UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779
 Chapter 7
Dennis E. Hecker,

       Debtor.

---

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY

---

1. Applicant Randall L. Seaver is the Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent the Trustee in carrying out his duties in conducting discovery and litigating avoidance actions and otherwise assisting the Trustee with legal matters as needed.

3. Matthew R. Burton and Leonard, O'Brien, Spencer, Gale & Sayre, Ltd., 100 South Fifth Street, Suite 2500, Minneapolis, MN 55402 are qualified by reason of practice and experience to render such representation or assistance to the Trustee.

4. Proposed compensation and reimbursement of expenses is: $190-$370 per hour plus expenses.

5. Said professionals have disclosed to the undersigned that they have the following connections with the debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except (a) Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. ("LOSGS") represents other panel trustees in unrelated matters; (b) Brian F. Leonard of LOSGS is a panel trustee; and, (c) Randall L. Seaver is "of counsel" to LOSGS and is also a panel trustee. A shareholder of LOSGS, Brian F. Leonard, is the Trustee in the case of ARC Ventures Holding Inc. and related cases of which entities the Debtor was the owner or principal. These disclosures are made on the basis of information known and further investigation will be made when the schedules are actually filed.

6. The Trustee believes that Debtor's financial affairs are complex and that the services of legal counsel will be necessary.

Wherefore, Applicant requests that the Court approve the employment Leonard, O'Brien, Spencer, Gale & Sayre, Ltd.

Dated: June 7, 2009

/e/ Randall L. Seaver
_____
Randall L. Seaver, Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779
Chapter 7

Dennis E. Hecker,

       Debtor.

___

### VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)
___

    I, Matthew R. Burton and Leonard, O'Brien, Spencer, Gale & Sayre, Ltd., 100 South Fifth Street, Suite 2500, Minneapolis, MN 55402, named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

    1.    I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

    2.    Said professionals have disclosed to the undersigned that they have the following connections with the debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except (a) Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. ("LOSGS") represents other panel trustees in unrelated matters; (b) Brian F. Leonard of LOSGS is a panel trustee; and, (c) Randall L. Seaver is "of counsel" to LOSGS and is also a panel trustee. A shareholder of our firm, Brian F. Leonard, is the Trustee in the case of ARC Ventures Holding Inc. and related cases of which entities the Debtor was the owner or principal. These disclosures are made on the basis of information known and further investigation will be made when the schedules are actually filed.

                        LEONARD, O'BRIEN
                        SPENCER, GALE & SAYRE, LTD.

Dated: June 7, 2009          By: /e/ Matthew R. Burton
                                  Matthew R. Burton, #210018
                                  100 South Fifth Street, Suite 2500
                                  Minneapolis, MN 55402
                                  (612) 332-1030

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779
 Chapter 7
Dennis E. Hecker,

    Debtor.

---

**ORDER**

---

The Application to Employ Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. and Matthew R. Burton as attorneys of the estate came before the undersigned. Based on the Application, the Recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code, §327,

IT IS HEREBY ORDERED the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States Code, §328.

Dated: _____, 2009      _____
                                                                       U.S. Bankruptcy Judge

402724