UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:  BKY No. 09-50779(RJK)
 Chapter 7
Dennis E. Hecker,

     Debtor(s).
_____

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF LINDA M. BERREAU**
_____

Randall L. Seaver, pursuant to Rule 2014, verifies and states as follows:

1. Applicant has been appointed trustee in the above reference case.

2. Applicant believes that the employment of an accountant is necessary to represent or assist the trustee in carrying out the trustee's duties as follows: to assist in the possible recovery of preferences and fraudulent conveyances, for the preparation of required fiduciary income tax returns and any other accounting services as required by the trustee.

3. Linda M. Berreau, CPA CMA CFE with an office at 16418 Gladys Lane, Minnetonka, MN telephone number (952) 933-6420 is qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: Linda M. Berreau to bill at $170.00 per hour. Billing rates may increase from time to time.

5. Said professional has disclosed to the undersigned that she has the following connections with the debtor, creditors, and other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: None, except that applicant has provided accounting services to this and other Chapter 7 panel trustees in unrelated cases including the Chapter 7 trustees at the law firm of Lapp, Libra, Thomson, Stoebner and Pusch Chartered.

6. The trustee has made the following efforts to recover the asset prior to submitting this Application: Not Applicable.

WHEREFORE, applicant prays that the Court approve such employment by the Trustee.


Dated: June 9, 2009

/e/ Randall Seaver
_____
Mr. Randall L. Seaver, Trustee
Portland Corporate Center
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337
(952) 890-0888

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779(RJK)
Chapter 7
Dennis E. Hecker,

    Debtor(s).

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

I, Linda M. Berreau CPA CMA CFE, the professional named in the application for employment on behalf of the above named bankruptcy estate, declares under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C § 327.

2. I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any other person employed in the offices of the United States Trustee, except for the following: None, except that Applicant has provided services to this and other Chapter 7 Trustees in unrelated matters.

Dated: June 9, 2009

*Linda M. Berreau*
Linda M. Berreau
16418 Gladys Lane
Minnetonka, MN 55345
(952) 933-6420

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:  BKY No. 09-50779(RJK)
  Chapter 7
Dennis E. Hecker,


  Debtor(s).
_____

**ORDER**
_____

The Application to Employ Linda M. Berreau, CPA CMA CFE, as accountant of the estate dated June 9, 2009 came before the undersigned. Based on the Application, the Recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code, § 327,

IT IS HEREBY ORDERED the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States Code, § 328.



Dated: _____  _____
  Robert J. Kressel
  United States Bankruptcy Judge