# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                          BKY No. 09-50779
                                                                      Chapter 7

Dennis E. Hecker,

      Debtor.

---

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF AUCTIONEER

---

1.      Applicant is the Trustee in this case.

2.      Applicant applies for approval of the employment of Fred W. Radde III and Fred W. Radde & Sons, Inc., as an auctioneer to sell the following property of the estate: Personal property and household goods.

3.      The terms and conditions of the compensation and reimbursement of expenses are as follows:  The agent will receive commission of 15% of gross sales price and will be paid expenses for pickup.  Said fees and expenses to be withheld from the sale proceeds.  Fred W. Radde III's has Dealer's License No. DLR23730 and Mr. Radde has Auctioneers Bond No. 016032980 through International Securities, Ltd.

4.      Said professional has disclosed to the undersigned that he has the following connections with the Debtor(s), creditors, and other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: None, except that he has provided services to the panel trustee in this case, and other panel trustees, in unrelated matters.  These disclosures are made on the basis of information known and further disclosure, if necessary, will be made when the schedules are actually filed.

WHEREFORE Applicant requests that the Bankruptcy Court approve such employment by the Trustee.

Dated: June 15, 2009                    /e/ Randall L. Seaver
                                        Randall L. Seaver, Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                    BKY No. 09-50779
                                                          Chapter 7
Dennis E. Hecker,

      Debtor.

---

## VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

---

    I, Fred W. Radde III of Fred W. Radde & Sons, Inc., named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

    1.    I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

    2.    I do not have any connections to the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following: None, except that I have provided services to the panel trustee in this case, and other panel trustees, in unrelated matters. These disclosures are made on the basis of information known and further disclosure, if necessary, will be made when the schedules are actually filed.

    3.    I have the appropriate bonding and insurance coverage: Dealer's License No. DLR23730, Type - Auctions - Expires August 31, 2009. Auctioneer's Bond No. 016032980 for the term of February 1, 2009 to February 1, 2010 through International Sureties, Ltd., New Orleans, Louisiana.

FRED W. RADDE & SONS, INC.

Dated: June 11, 2009                         By: _____
                                                 Fred W. Radde III
                                                 P.O. Box 70
                                                 New Germany, MN 55367-0070
                                                 (952) 442-1441

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                      BKY No. 09-50779
                                                            Chapter 7
Dennis E. Hecker,

      Debtor.

---

### ORDER

---

      The Application to Employ Fred W. Radde III of Fred W. Radde & Sons, Inc., as an

auctioneer of the estate came before the undersigned.   Based on the Application, the

Recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United

States Code §327,

      IT IS HEREBY ORDERED the professional employment applied for is hereby approved

subject to the limitations on compensation provided by Title 11, United States Code §328.


Dated: _____            _____
                                         Robert J. Kressel
                                         U.S. Bankruptcy Judge