# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779
 Chapter 7
Dennis E. Hecker,

    Debtor.

---

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF AGENT
---

1. Applicant is the Trustee in this case.

2. Applicant applies for approval of the employment of Fred W. Radde III and Fred W. Radde & Sons, Inc., as an agent is necessary to represent or assist trustee in carrying out the trustee's duties as follows: the appraisal of personal property and household goods at two locations, one in Medina, MN and the other in Crosslake, MN.

3. The terms and conditions of the compensation and reimbursement of expenses are as follows: The agent will receive payment of $600 per location for a total of $1,200.

4. Said professional has disclosed to the undersigned that he has the following connections with the Debtor(s), creditors, and other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: None, except that he has provided services to the panel trustee in this case, and other panel trustees, in unrelated matters. These disclosures are made on the basis of information known and further disclosure, if necessary, will be made when the schedules are actually filed.

WHEREFORE Applicant requests that the Bankruptcy Court approve such employment by the Trustee.


Dated: June 15, 2009             /e/ Randall L. Seaver
                                          Randall L. Seaver, Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

    Debtor.

BKY No. 09-50779
Chapter 7

---

### VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

---

I, Fred W. Radde III of Fred W. Radde & Sons, Inc., named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

2. I do not have any connections to the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following: None, except that I have provided services to the panel trustee in this case, and other panel trustees, in unrelated matters. These disclosures are made on the basis of information known and further disclosure, if necessary, will be made when the schedules are actually filed.

3. I have the appropriate bonding and insurance coverage: Dealer's License No. DLR23730, Type - Auctions - Expires August 31, 2009. Auctioneer's Bond No. 016032980 for the term of February 1, 2009 to February 1, 2010 through International Sureties, Ltd., New Orleans, Louisiana.

Dated: June 10, 2009

FRED W. RADDE & SONS, INC.

By: _____
Fred W. Radde III
P.O. Box 70
New Germany, MN 55367-0070
(952) 442-1441

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779
 Chapter 7
Dennis E. Hecker,

    Debtor.

---

### ORDER
---

The Application to Employ Fred W. Radde III of Fred W. Radde & Sons, Inc., as an auctioneer of the estate came before the undersigned. Based on the Application, the Recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code §327,

IT IS HEREBY ORDERED the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States Code §328.

Dated: _____      _____
                                                                                Robert J. Kressel
                                                             U.S. Bankruptcy Judge