UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Case No.: 09−50779 – RJK
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dennis E. Hecker

PO Box 1017
Crosslake, MN 56442

Social security/Taxpayer ID/Employer ID/Other Nos.: xxx−xx−4298

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 9/28/09, or, for governmental units, within 180 days from the date of the Order for Relief or 9/28/09, whichever is later. A proof of claim form is provided on the reverse side of this notice. Claims must be filed with the clerk of bankruptcy court at the address stated below.

Dated: 6/24/09

Lori Vosejpka
Clerk, U.S. Bankruptcy Court
404 U.S. Courthouse
515 West First Street
Duluth, MN 55802

BY: sherri
Deputy Clerk

## PROOF OF CLAIM FORM ON REVERSE SIDE OF THIS NOTICE

mnbflclm 12/1/2007