# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779
Chapter 7

Dennis E. Hecker,

      Debtor.

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY

1. Applicant Randall L. Seaver is the Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent the Trustee in carrying out the Trustee's duties as follows: To represent the Trustee with respect to claims, issues and litigation matters regarding ARC Venture Holding, Inc., and to provide such other legal services as may be necessary.

3. Gordon B. Conn, Jr., and the law firm of Kalina, Wills, Gisvold & Clark, P.L.L.P. ("Firm"), are qualified by reason of practice and experience to render such representation or assistance. Mr. Conn has been certified as a business bankruptcy specialist by the American Board of Certification since 1990 and has extensive experience in bankruptcy litigation and other civil litigation. Other lawyers in his firm are experienced in bankruptcy and civil litigation matters.

4. Proposed compensation is: $190-$370 per hour plus reimbursement for normal and customary expenses incurred by the Firm, including but not limited to long-distance telephone tolls, photocopy expenses, computer research and investigation through on-line services such as LEXIS, WESTLAW, and PACER, filing fees, process servers, witness and subpoena fees, public records searches and investigation expenses, and court reporter fees.

5. Said professionals have disclosed to the undersigned that they have the following connections with the debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except Gordon B. Conn, Jr., and the Firm represent other panel trustees in matters unrelated to this case. There are a large number of creditors in this case, and it is possible that the Firm has represented in matters unrelated to this case certain entities which are creditors of the Debtor or creditors of entities related to the Debtor, and will continue to represent such clients in matters unrelated to this case. The Firm has agreed that while representing the Trustee in matters relating to this case, it will not represent such entities or other such parties in interest with respect to matters related to this case.

6. The Trustee has made the following efforts to recover assets prior to submitting this Application: The Trustee has reviewed documents, obtained information, and believes such representation is necessary.

Wherefore, Applicant requests that the Court approve the employment of Gordon B. Conn, Jr., and the law firm of Kalina, Wills, Gisvold & Clark, P.L.L.P.

Dated: June 24, 2009

/e/ Randall L. Seaver
_____
Randall L. Seaver, Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779 Chapter 7

Dennis E. Hecker,

       Debtor.

---

VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

---

      I, Gordon B. Conn, Jr., and the law firm of Kalina, Wills, Gisvold & Clark, P.L.L.P., named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

      1.    I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

      2.    I do not have any connections with the Debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except for the following: None, except Gordon B. Conn, Jr., and the Firm represent other panel trustees in matters unrelated to this case. There are a large number of creditors in this case, and it is possible that the Firm has represented in matters unrelated to this case certain entities which are creditors of the Debtor or creditors of entities related to the Debtor, and will continue to represent such clients in matters unrelated to this case. The Firm has agreed that while representing the Trustee in matters relating to this ease, it will not represent such entities or other such parties in interest with respect to matters related to this case.

June 24, 2009                                                   /e/ Gordon B. Conn, Jr.
                                                                    Gordon B. Conn, Jr. (#18375)
                                                                    Kalina Wills Gisvold & Clark, PLLP
                                                                    6160 Summit Drive Suite 560
                                                                    Minneapolis, MN 55430
                                                                    Phone: (612) 789-9000
                                                                    Fax: (763) 503-7070

                                                                    conn@kwgc-law.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: BKY No. 09-50779 Chapter 7

Dennis E. Hecker,

    Debtor.

---

ORDER

---

The Application to employ Gordon B. Conn, Jr., and the law firm of Kalina, Wills, Gisvold & Clark, P.L.L.P., as attorneys of the estate came before the undersigned. Based on the Application, the Recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code, §327,

IT IS HEREBY ORDERED the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States Code, §328.

Dated: _____          _____
                                                                              Robert J. Kressel
                                                                              U.S. Bankruptcy Judge