# United States Bankruptcy Court
## District of Minnesota

In re   Dennis E. Hecker                                                                                      Case No.   09-50779
                                                    Debtor(s)                                                 Chapter    7

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and § 329(a) of the Bankruptcy Code, states that:

1. The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable rules.

2. (a) The filing fee paid by the undersigned to the clerk for the debtor(s) in this case is:   $   299.00

   (b) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:   $   30,000.00

   (c) Prior to filing this statement, the debtor(s) paid to the undersigned:   $   30,000.00

   (d) The unpaid balance due and payable by the debtor(s) to the undersigned is:   $   0.00

3. The services rendered or to be rendered include the following:
   (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code;
   (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court;
   (c) representation of the debtor(s) at the meeting of creditors;
   (d) negotiations with creditors and trustee with respect to turnover of information and assets; and

4. The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

   Since October 2008, Debtor and his affiliated companies have consulted with counsel from time to time on financial and debtor/creditor matters for the companies and debtor. Counsel has been paid from accounts of the affiliated companies and debtor for such services, including the amounts disclosed above as compensation for representation of Debtor in this chapter 7 case.

5. The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated:  July 1, 2009                                Signed:   /s/ Clinton E. Cutler
                                                              Clinton E. Cutler 158094
                                                              Attorney for Debtor(s)
                                                              Fredrikson & Byron, P.A.
                                                              200 South Sixth St
                                                              Suite 4000
                                                              Minneapolis, MN 55402
                                                              612.492.7000  Fax: 612.492.7077

LOCAL RULE REFERENCE: 1007-1