# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779
Chapter 7

Dennis E. Hecker,

      Debtor.
_____

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF
### THE REAL ESTATE COMPANY OF CROSSLAKE
_____

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of a real estate agent is necessary to represent or assist the Trustee in carrying out the Trustee's duties as follows: To provide an opinion as to value of property located in Crosslake, Minnesota.

3. Terry Pederson and The Real Estate Company of Crosslake are qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expense is as follows: The agent will receive a payment of $1,000.

5. Said professional has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except that Ted and Terry Pederson have had several real estate transactions with Dennis Hecker and/or DEH Properties and/or Jacob Holdings, however, that relationship terminated in 2003. There has been no connection, whatsoever, since that time with the above mentioned.

6. The Trustee has made the following efforts to recover the asset prior to submitting this Application: N/A.

Wherefore, applicant requests that the Court approve such employment by the Trustee.

Dated: July 22, 2009                                            /e/ Randall L. Seaver
                                                                                      Randall L. Seaver

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779
        Chapter 7

Dennis E. Hecker,

    Debtor.

---

### VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

---

I, Terry Pederson, named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I am an agent with The Real Estate Company of Crosslake. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

2. I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following: None, except that Ted and Terry Peterson have had several real estate transactions with Dennis Hecker and/or DEH Properties and/or Jacob Holdings, however, that relationship terminated in 2003. There has been no connection, whatsoever, since that time with the above mentioned.

THE REAL ESTATE COMPANY OF CROSSLAKE

Dated: July 22, 2009

By: /s/ Terry Pederson
    Terry Pederson

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                      BKY No. 09-50779

                                                                                    Chapter 7

Dennis E. Hecker,

        Debtor.

_____

## ORDER
_____

        The Application to Employ Terry and Ted Pederson and The Real Estate Company of Crosslake and to assist the estate with respect to insurance audits came before the undersigned. Based on the Application, the Recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code, §327,

        IT IS HEREBY ORDERED the professional employment applied for is hereby approved subject to the limitations on compensation provided by Title 11, United States Code , §328.

Dated: _____                   _____
                                                                               Robert J. Kressel
                                                                               U.S. Bankruptcy Judge