UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                     BKY No. 09-50779

Dennis E. Hecker,                                                                Chapter 7

                 Debtor.

_____

**NOTICE OF HEARING AND MOTION FOR ORDER
AUTHORIZING RULE 2004 EXAMINATIONS**

      1.       Randall L. Seaver, the Chapter 7 Trustee (the "**Trustee**") in the above-referenced case, applies to the Court for authorization to conduct Bankruptcy Rule 2004 examinations of the following and gives notice of hearing:

           A.     Dennis E. Hecker
           B.     Kaplan, Strangis & Kaplan, P.A.
           C.     Peter Hasselquist
           D.     Twin City Toyota, LLC
           E.     Stephen J. McDaniels
           F.     Midwest Motors, LLC
           G.     Tamitha D. Hecker
           H.     Rich Hage
           I.      Susan Miller
           J.      Greg Orthun
           K.     Grant Thornton LLP
           L.      Baker Tilly Virchow Krause LLP
           M.    Briggs & Morgan, P.A.
           N.     Chrysler Financial Services Americas, LLC
           O.     Spring Hill Golf Club
           P.     Wayzata Country Club
           Q.     Riverwood Bank
           R.     Christi M. Rowan
           S.      The Crown Jewelers
           T.      Susan Rhode
           U.     James W. Plummer
           V.     John "Chip" Lohmiller
           W.    Bill Prohovsky
           X.     Dan Aldridge
           Y.     Allen Eide
           Z.     The Whitney Hotel
           AA.   Erik Dove
           BB.   Venture Bank

        CC.    Premier Bank
        DD.    Vision Bank
        EE.    Pat Terharr
        FF.    TCF Bank
        GG.    US Bank
        HH.    Wells Fargo Bank
        II.    Wild Prairie Harley Davidson
        JJ.    Crosslake Property Solutions

2.    The Court will hold a hearing on this motion on August 13, 2009 at 10:00 a.m. before the Honorable Robert J. Kressel in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

3.    Any response to this motion must be filed and delivered no later than August 10, 2009 which is three (3) days before the time set for the hearing (excluding Saturdays, Sundays, and holidays), or filed and served by mail not later than August 4, 2009, which is seven (7) days before the time set for the hearing (excluding Saturdays, Sundays, and holidays).  **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4.    This case was commenced as an involuntary Chapter 7 case on June 4, 2009.  The case is now pending in this Court.  This Court has jurisdiction over this application pursuant to 28 U.S.C. §§157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1.  This proceeding is a core proceeding.  This Application arises under Bankruptcy Rule 2004.  This Application is filed under Local Rule 2004-1.

5.    The entities for which Rule 2004 examination authority is sought are as follows and are expected to have the following information:

    a.    Dennis E. Hecker:  the Debtor.

    b.    Kaplan, Strangis & Kaplan, P.A.: this firm represented Debtor in the sale of Denny Hecker's Inver Grove Toyota ("**Dealership**") which included a "Personal Services Agreement" ("**PSA**").  On or about June 18, 2005, the Court approved a settlement which reserved parties rights, claims and interests in the PSA.  The Kaplan firm will have files, records, and knowledge of the transaction and the negotiations related thereto.

2

 c. Peter Hasslequist and Twin City Toyota, LLC: Mr. Hasslequist is the Chief Executive Office of this corporate entity which was to be the original buyer of the Dealership. They will have knowledge about the PSA.

 d. Stephen McDaniels and Midwest Motors, LLC: Mr. McDaniels is the President of this corporate entity which is the actual buyer of the Dealership. Midwest Motors, LLC has commenced making payments under the PSA to the Trustee.

 e. Tamitha Hecker is Debtor's spouse. She possesses knowledge about financial affairs pertinent to this bankruptcy case.

 f. Rich Hage, Susan Miller, Greg Orthun, Grant Thornton LLP, Baker Tilly Virchow Krause LLP are all listed in Debtors' schedules as individuals or entities involved in Debtor's financial affairs.

 g. Briggs & Morgan, P.A. represented Debtor in litigation with Chrysler Financial Services Americas, LLC ("**Chrysler**").

 h. Chrysler has information relating to its business dealings with Debtor and his business entities.

 i. Spring Hill Golf Club and Wayzata Country Club– Debtor had memberships at said clubs which may have value to the estate.

 j. Riverwood Bank engaged in real estate transactions with Debtor, or his entities, on real estate in Crosslake, Minnesota.

 k. Christi M. Rowen – A tenant of Debtor's former home and recipient of transfers may possess information about Debtor's financial affairs.

 l. The Crown Jewelers – Both the entity and its officers or employees have engaged in sales and financial transactions with the Debtor.

 m. Susan Rhode: Ms. Rhode is an attorney representing the Debtor and possesses records relating to his financial affairs.

 n. John "Chip" Lohmiller – Mr. Lohmiller and is a friend and business associate of the Debtor. Mr. Lohmiller possesses information regarding the Debtor's financial affairs and, in particular, those of Crosslake, MN.

 o. James W. Plummer, Bill Prohovsky and Dan Aldridge are all purported tenants or individuals with authorized access to Debtor's properties in Crosslake. Mr. Prohovsky is Debtor's former father-in-law.

 p. Allen Eide – is a business associate of the Debtor and may have information related to the Debtor's financial affairs.

3

    q.    The Whitney Hotel: has information regarding charges and payments of the Debtor.

    r.    Erik Dove – is a business associate of Debtor with intimate knowledge of his financial affairs.

    s.    Venture Bank, Premier Bank, Vision Bank, TCF Bank, US Bank and Wells Fargo Bank - all of the foregoing will have records relating to Debtor's financial affairs.

    t.    Pat Terharr - is a business associate of the Debtor and may have information related to the Debtor's financial affairs.

    u    Wild Prairie Harley Davidson - Both the entity and its officers or employees have engaged in sales and financial transactions with the Debtor.

    v.    Crosslake Property Solutions - possesses information regarding the Debtor's financial affairs and, in particular, those of Crosslake, MN.

**WHEREFORE**, the Trustee requests that this Court enter an order approving, pursuant to Bankruptcy Rule 2004, the Trustee's examination of Dennis E. Hecker, Kaplan, Strangis & Kaplan, P.A., Peter Hasselquist, Twin City Toyota, LLC, Stephen J. McDaniels, Midwest Motors, LLC, Tamitha D. Hecker, Rich Hage, Susan Miller, Greg Orthun, Grant Thornton LLP, Baker Tilly Virchow Krause LLP, Briggs & Morgan, P.A., Chrysler Financial Services Americas, LLC, Spring Hill Golf Club, Wayzata Country Club, Riverwood Bank, Christi M. Rowen, The Crown Jewelers, Susan Rhode, John "Chip" Lohmiller , James W. Plummer, Bill Prohovsky, Dan Aldridge, Allen Eide, The Whitney Hotel, Erik Drove, Venture Bank, Premier Bank, Vision Bank, Pat Terharr, TCF Bank, US Bank, Wells Fargo Bank, Wild Prairie Harley Davidson and Crosslake Property Solutions.

4

**LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.**

/e/ Matthew R. Burton

Dated: July 22, 2009  By_____
　　　　　　　　　　　　　　　Matthew R. Burton, #210018
　　　　　　　　　　　　　　　Attorney for Randall L. Seaver - Trustee
　　　　　　　　　　　　　　　100 South Fifth Street, Suite 2500
　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402-1216
　　　　　　　　　　　　　　　(612) 332-1030

5

## **VERIFICATION**

    I, Randall L. Seaver, the Trustee and moving party named in the foregoing notice of hearing and motion declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: July 22, 2009

/e/ Randall L. Seaver
_____
Randall L. Seaver

403914

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---------------------------------------------

BKY No. 09-50779

In re:

Chapter 7

Dennis E. Hecker,

        Debtor.

---------------------------------------------

**UNSWORN CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2009, I caused the following documents:

*Notice of Hearing and Motion for Order Authorizing Rule 2004 Examinations and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Patti H Bass    ecf@bass-associates.com
- Bruce H. Carlson    bruce.carlson@mlcfargolaw.com, tricia.fossen@mlcfargolaw.com
- Monica L. Clark    clark.monica@dorseylaw.com
- Gordon B. Conn    conn@kwgc-law.com
- Clinton E. Cutler    ccutler@fredlaw.com, mdavis@fredlaw.com
- Stephen F Grinnell    stephen.grinnell@gpmlaw.com
- Douglas W. Kassebaum    dkassebaum@fredlaw.com, scharter@fredlaw.com
- Jeffrey D. Klobucar    jklobucar@foleymansfield.com
- Connie Lahn    connie.lahn@fmjlaw.com, Aong.Moua@fmjlaw.com
- Thomas Lallier    tlallier@foleymansfield.com
- Joseph W. Lawver    jlawver@messerlikramer.com, mnygaard@messerlikramer.com
- Nauni J. Manty    ecf@mantylaw.com
- Michael L Meyer    mlmeyer@ravichmeyer.com
- Cynthia A. Moyer    cmoyer@fredlaw.com, cthomas@fredlaw.com

- Jamie R. Pierce    jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com;mpocock@hinshawlaw.com;kmoore@hinshawlaw.com

- Recovery Management Systems Corp    claims@recoverycorp.com

- Craig E. Reimer    creimer@mayerbrown.com, samahdi@mayerbrown.com;srozen@mayerbrown.com;hroin@mayerbrown.com

- David E. Runck    david.runck@fmjlaw.com, Aong.Moua@fmjlaw.com

- Randall L. Seaver    rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com

- Brad A Sinclair    bsinclair@serklandlaw.com, crohr@serklandlaw.com

- Matthew A Swanson    matthew.swanson@leonard.com, callie.sanford@leonard.com

- US Trustee    ustpregion12.mn.ecf@usdoj.gov

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

**SEE ATTACHED SERVICE LIST**

      /e/ Stephanie Wood

Dated: July 22, 2009    _____

Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

406042

# DENNIS E. HECKER
# BKY CASE NO. 09-50779

## SERVICE LIST

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Kaplan, Strangis & Kaplan, P.A.
5500 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Twin City Toyota, LLC
Attn: Peter Hasslequist, CEO
1001 Clover Drive
Bloomington, MN 55420

Midwest Motors, LLC
Attn: Stephen McDaniels, President
2873 Hwy 61 N
Maplewood, MN, 55109

Tamitha Hecker
P.O. Box 1017
Crosslake, MN 56442

Rich Hage
500 Ford Road
Minneapolis, MN 55426

Susan Miller
500 Ford Road
Minneapolis, MN 55426

Greg Orthun
500 Ford Road
Minneapolis, MN 55426

Grant Thornton LLP
200 South Sixth Street, Suite 500
Minneapolis, MN 55402

Baker Tilly Virchow Krause LLP
225 South Sixth Street
Suite 2300
Minneapolis, MN 55402

Briggs & Morgan, P.A.
Attn: Officer/Managing Agent
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Chrysler Financial Services Americas
Attn: Officer/Managing Agent
CIMS 405-23-01
27777 Inkster Road
Farmington, MI 48334

Spring Hill Golf Club
725 County Road 6
Wayzata, MN 55391

Wayzata Country Club
200 Wayzata Boulevard West
Wayzata, MN 55391

Riverwood Bank
Loan Production Office
P.O. Box 899
Crosslake, MN 56442

Christi M. Rowen
1615 Northridge Drive
Medina, MN 55391

The Crown Jewelers
605 Northern Pacific Avenue
Fargo, ND 58102

Susan C. Rhode, Esq.
Moss & Barnett
90 South Seventh Street
Suite 4800
Minneapolis, MN 55402

John "Chip" Lohmiller
Crosslake Property Solutions, Inc.
12243 Northgate Lane
P.O. Box 810
Crosslake, MN 56442

James W. Plummer
11700 Cross Avenue
Crosslake, MN 56442

Bill Prohovsky
11700 Cross Avenue
Crosslake, MN 56442

Dan Aldridge
11700 Cross Avenue
Crosslake, MN 56442

Allen Eide
3221 – 32nd Avenue South
Suite 900
Grand Forks, ND 58201

The Whitney Hotel
1382 Willow Street
Minneapolis, MN 55403

Erik Dove
8835 Aviary Path
Inver Grove Heights, MN 55077

Venture Bank
5601 Green Valley Drive
Suite 120
Bloomington, MN 55437

Premier Bank
1875 W. Highway 36
Roseville, MN 55113

Vision Bank
3000-25th Street South, Suite 120
Bloomington, MN 55437

Pat Terharr
1600 Northridge Drive
Medina, MN 55391

TCF Bank
801 Marquette Avenue
Minneapolis, MN 55402

US Bank
BC-MN-H22A
800 Nicollet Mall, 22nd Floor
Minneapolis, MN 55402

Wells Fargo Bank
Loan Adjustment Group
90 South Seventh Street
Minneapolis, MN 55402

Wild Prairie Harley Davidson
12480 Plaza Drive
Eden Prairie, MN 55344

Michael B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Nicholas N. Nierengarten
Gray, Plant, Mooty & Bennett
500 IDS Center
80 S 8th St
Minneapolis, MN 55402

405003

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                          BKY No. 09-50779

Dennis E. Hecker,                                                                      Chapter 7

        Debtor.

_____

**ORDER FOR RULE 2004 EXAMINATIONS**

This case is before the court on the Motion of Randall L. Seaver, Trustee to allow him to conduct an examination pursuant to Federal Rule of Bankruptcy Procedure 2004.

Based on the files and records,

IT IS HEREBY ORDERED: The Trustee, Randall L. Seaver, may examine Dennis E. Hecker, Kaplan, Strangis & Kaplan, P.A., Peter Hasselquist, Twin City Toyota, LLC, Stephen J. McDaniels, Midwest Motors, LLC, Tamitha D. Hecker, Rich Hage, Susan Miller, Greg Orthun, Grant Thornton LLP, Baker Tilly Virchow Krause LLP, Briggs & Morgan, P.A., Chrysler Financial Services Americas, LLC, Spring Hill Golf Club, Wayzata Country Club, Riverwood Bank, Christi M. Rowen, The Crown Jewelers, Susan Rhode, John "Chip" Lohmiller, James W. Plummer, Bill Prohovsky, Dan Aldridge, Allen Eide, The Whitney Hotel, Erik Drove, Venture Bank, Premier Bank, Vision Bank, Pat Terharr, TCF Bank, US Bank, Wells Fargo Bank, Wild Prairie Harley Davidson and Crosslake Property Solutions herein pursuant to Federal Rule of Bankruptcy Procedure 2004.

Dated: _____        _____
                                                                           Robert J. Kressel
                                                                           U.S. Bankruptcy Judge

403918