# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

-----------------------------------------

In re:

Dennis E. Hecker,

       Debtor

-----------------------------------------

BKY No. 09-50779

**NOTICE OF SALE BY AUCTION**

To:    The United States Trustee, all creditors and other parties in interest.

On August 19, 2009 commencing at 5:00 p.m. at FWR Auction Center, 5545 County Road 33, New German, MN, various personal property of the estate including, but not limited to, property described at Schedule A hereto will be sold at public auction. No jewelry or watches will be sold at this auction.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: July 27, 2009

    /e/ Randall L. Seaver
Randall L. Seaver, Trustee
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337
(952) 890-0888

# DENNY HECKER

(Bankruptcy Case # 09-50779)

## *New Germany, MN - 5:00 PM*

Located at FWR Auction Center, 5545 County Road 33, New Germany, Minnesota. 11 miles West of St. Bonifacius on Highway 7, at the intersection of Highway 7 & County Road 33.

# Wednesday, August 19

**IRONS: Big Bertha Gold:** #7-60°, 7, A, S, L. **Hawk Eye VFT:** 7, 5, 4, 6, L, S, 9. **Big Bertha:** 2, 3, 6, 7, 5, 4, 8, 9, P. **rAC:** 8, 6, A, 4, 9, 5, 7, 5, P, Taylor Made. **Calloway Steel Head:** 3, 4, 5, 6, 7, 8, 9, P. **Calloway Titanium:** 4, 5, 6, 7, 8, 9, S, P. **Ping Eye 2 Gold:** 7, W, 2, 3, 6, 9, 5, 8. **Precept Tungsten:** 3, 4, 5, 6, 7, 8, 9, P. **Ping Zing Gold:** 3, 4, 5, 6, 7, 8, 9, S, W. **Calloway Steelhead X-16:** 8, S, S, 9, 6, 7, A, 4, 7, 5, P. **Ping Eye 2 Gold:** 2, 3, 4, 5, 6, 7, 8. **Ping Eye 2 Gold:** 5, 6, 7, 7, 7, 8, 9. **Taylor Made rAC:** 3, 4, 5, 6, 7, 8, 9, P. **Calloway Titanium:** 6, 7, 5, S, 4, 8, 7, 7, 7, 9, P, 7. **Ping Eye 2 Gold:** 3, 4, 5, 6, 7, 8, 9, W, W, S. **Taylor Made r7cgb:** 4, 4, 7, A, 7, 6, 8, 3, 3, P, A, S, 9, 5, A, S, 7, 7, 9. **Nike:** W, 60°, 58°, 56°, 4, 9, P, 3, 6, 7, 8, 5. **Ping Zing Gold:** 4, 5, 8, 7, W, 4, S, Chip O. **Momentus Swing Trainer:** 40 oz. **Calloway V:** 60°, 60°, 52°, 60°; 52°. **Cleveland:** 60°, 60°, 60°, 60°. **Big Bertha:** P, A, 3, 4, 5, <u>6</u>, 7, 7, 8, 9, S, S. **Big Bertha:** A, 3, 4, 5, 6, 7, 7, 8, 9, S, 7. **Ultra System 45:** 3, 4, 5, 6, 7, 8, 9, P.

**DRIVERS:** Ping Zing 5; Ping Zing #1; Ping Eye 2 #1; Kasco 44°; Wedgewood 34°; Taylor #7; MT Closed #7; Titleist 9.5°; Rescue Mid 25°; Great Big Bertha #7; The Biggest Big Bertha 10°; Big Bertha Hawk Eye #7; Big Bertha Hawk Eye #7; Great Big Bertha 11°; Impact #5, 18°; Wilson Pro Staff 18°; Wilson Whale Killer 1, 10.5°; Ping 10°; Orlimar 17°; Cleveland #5, 19°; Kasco 55°; Orlimar 26°; Taylor 20°; Precept 21°; Great Big Bertha 11°; Taylor 17°; Taylor 15°; Great Big Bertha 9.5°; Orlimar 17°; Bobby Jones 10.75°; Ping 8.5°; King Cobra 10.5°; Ping 5, 17°; Big Bertha Hawk Eye #7; Bobby Jones 10.75°; Great Big Bertha 8.5°; Taylor 9.5°; The Biggest Big Bertha 9°; Taylor r7, 425; Founder Club #1; Titleist 9.5°; Ping #5, 17°; AUDP XL 9°; The Biggest Big Bertha 10°; Big Bertha Hawk Eye #3; Big Bertha Hawk Eye #5; Ping 10°; Great Big Bertha #3; Big Bertha Heavenwood 32°; Great Big Bertha 10°; Big Bertha 11°; Big Bertha 9°; Taylor #1, 10.5°; Calloway #1; Taylor R580; Taylor r7; Steel V 15°; Taylor 23°; Titleist 20.5°; Taylor r7, 10.5°; Taylor r7, 9.5°; Taylor r7 quad 10.5°; Taylor R5, 80 #3; Taylor 8.5° Loft; Steel V #5, 18°; Ping Eye 2 #1; Taylor Burner 10.5°; AMF 12°; Ping Zing #1; Taylor r7, 425, 10.5°; Titleist 909 D3; FT iQ 9.5°; Ping 460, 10.5°; FT-i 10°; Steel V 21°; Ping Tour #9; The Biggest Big Bertha 9°; FT-i 10°; Ping Eye 2 #7; Bridgestone 33R 8.5°; Nike 10.5°.

**(32) PUTTERS:** Taylor; Wilson: Titleist; Odyssey; Nike; Scotty Cameron.

**GOLF CART:** Club Car elec. charger S/N 287557.

**(14) GOLF BAGS:** Tiger Woods Buick; Calloway Fusion; Wilson Staff; Titleist; (3) Calloway Big Bertha; Calloway; Nike; Trashmaster; Ping; Sedona; Calloway; Top Flite.

**GUNS:** H&R 088 single shot .410 Benelli 12 ga. semi-automatic, 3½ in. Super Black Eagle.

**LAWN MOWER:** JD X728 Ultimate 4x4 tractor w/54 in. mower; 47 in. snow blower; 60 in. broom; collection cart; weights.

**SPORTING:**

2004 Vespa scooter Last 6 of VIN 008224
2004 Vespa scooter last 6 of VIN 008591
John Deere tractor/mower Model 335, Registration # M00335A086709 (Medina?)
1998 Polaris snowmobile 700 XCR Registration # BT8675
1998 Polaris snowmobile Super Sport Registration # BT8676
1998 Polaris snowmobile XGF Registration # BT8677
1998 Polaris snowmobile 440 XCR Registration # CK8179
1998 Polaris snowmobile SC 700 Registration # CK8180
1998 Polaris snowmobile XC 700 Registration # CN9370
2000 Polaris snowmobile Super Sport Registration # CN9371
2002 Shorelander trailer (Jet Ski) Last 6 of VIN 207412
2007 Yacht trailer Last 6 of VIN 417984
2000 Harris Kay pontoon boat 26 ft. 260 Royal Registration # 2702HV
2000 Crestliner pontoon boat 26 ft. 2465 LSI Registration # 9917JA
2000 Bombardier Jet Ski 13 ft. LRV w/trailer Registration # 4348HT
2002 Bombardier Jet Ski 13 ft. SeaDoo w/trailer Registration # 9642JM
1999 Bombardier Jet Ski 12-1/2 ft. GTX w/trailer Registration # 1151HN
2002 Kawasaki Jet Ski 10 ft. 3 in. jet Registration # 6284JL
2001 Bombardier Jet Ski 10 ft. GTXDI Registration # 9556JD
1993 Polaris Storm Registration # AS6272, VIN 8974
2001 Polaris Indy Registration # HG2138, VIN 09447

*All items must be paid for within 15 minutes after the auction.*