# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

In re:

Dennis E. Hecker,

      Debtor.

Bky No. 09-50779

STIPULATION

---

The §341 meeting in the above matter was originally scheduled for July 15, 2009. The Debtor hereby extends the time through September 30, 2009 for the Trustee to object to the Debtor's claimed exemptions, and consents to entry of an Order in the form attached hereto as Exhibit A.

Dated: August _____, 2009

                                                    Randall L. Seaver, Trustee
                                                  12400 Portland Avenue South, Suite 132
                                                  Burnsville, MN 55337
                                                  (952) 890-0888

                                                  FREDRIKSON & BYRON, P.A.

Dated: August 10, 2009                     By: _____
                                                  Clinton E. Cutler
                                                  200 South Sixth Street, Suite 4000
                                                  Minneapolis, MN 55402-1425
                                                  (952) 492-7000

                                                  Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

----------------------------------------------

Bky No. 09-50779

In re:

Dennis E. Hecker, **ORDER**

    Debtor.

----------------------------------------------

    Pursuant to a Stipulation between the Trustee and the Debtor, the time for the Trustee to object to exemptions in this case is extended through September 30, 2009.

**BY THE COURT:**

Dated: _____     _____

                                                       Robert J. Kressel
                                                       United States Bankruptcy Judge

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------------

In re:

Dennis E. Hecker,

     Debtor.

------------------------------------------------

Bky No. 09-50779

**ORDER**

     Pursuant to a Stipulation between the Trustee and the Debtor, the time for the Trustee to object to exemptions in this case is extended through September 30, 2009.

BY THE COURT:

Dated: _____   _____
                                                       Robert J. Kressel
                                                     United States Bankruptcy Judge