MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

BKY No. 09-50779

In re:

Dennis E. Hecker,   **NOTICE OF SETTLEMENT AND SALE**

       Debtor.

---

To: The United States Trustee, all creditors and other parties in interest.

On September 4, 2009 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the Debtor named above will sell property and settle a controversy as follows: The Debtor has indicated that he transferred a 2007 Harley Davidson motorcycle to Erik Dove, with a scheduled value of $12,000, in the year prior to filing. However, title to the Harley Davidson was not transferred to Erik Dove. The Trustee has indicated to Erik Dove that he believes the transfer of the Harley Davidson motorcycle to be an avoidable transfer. The Trustee has agreed to settle the transfer avoidance issue and transfer the estate's interest in the motorcycle to Erik Dove in exchange for a payment to he estate of $12,000. The Trustee believes the settlement to be reasonable and in the best interests of the estate.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address |
| --- | --- | --- |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | below) |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: August 11, 2008    /e/ Randall L. Seaver
                                                           Randall L. Seaver, Trustee
                                                         12400 Portland Avenue South, Suite 132
                                                         Burnsville, MN 55337
                                                         (952) 890-0888