UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                              BKY No. 09-50779

Dennis E. Hecker,                                                           Chapter 7

          Debtor.

---

**NOTICE OF HEARING AND EXPEDITED MOTION FOR AN ORDER
AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS**

---

To:      Parties specified in Local Rule 9013-3.

1.      Randall L. Seaver, the duly-appointed Chapter 7 Trustee in the above-referenced bankruptcy case ("**Trustee**"), moves the Court for the relief requested below and gives notice of hearing.

2.      The Court will hold a hearing on this motion at 2:30 p.m. on August 26, 2009 Courtroom No. 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415 or as soon thereafter as counsel can be heard.

3.      As this Motion is brought on an <u>expedited basis</u>, any response to this Motion must be filed and served by delivery as soon as possible and suggestion is made that a response should be filed at least twenty-four (24) hours prior to the hearing.  UNLESS A RESPONSE IS TIMELY SERVED AND FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4.      This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334, Rule 5005 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"), and Local Rules 1070-1 and 1073-1.  This is a core proceeding.  This case was commenced as a voluntary Chapter 7 proceeding on June 4, 2009.  The case is now pending before this Court.

5.      This Motion arises under 11 U.S.C. §363(b)(f) and (m) and Bankruptcy Rule 6004. The Trustee seeks to sell Todd A. Montpetit ("**Buyer**") Debtor's interest in ITR Group, Inc. ("**Company**"), including all shares of Company stock which Debtor may own and all rights under that certain Stock Purchase Agreement dated March 1, 2004 between Debtor and Buyer (the **"Stock Purchase Agreement"**) for the sum of $40,000.00 (such interests and rights are referred to herein collectively as the **"Debtor's ITRG Rights"**).

6.      The sale will be free and clear of the interests of any parties.  The net proceeds of the sale would be subject to any secured party's interests and would be held in the Trustee's trust account subject to further order of the Court.

7.      The Trustee has investigated the financial affairs of ITRG and believes, given said review, that the sum of $40,000.00 for the Debtor's ITRG Rights is a fair purchase price.  Upon information and belief, the Company's assessed value is roughly equivalent to its secured debt and any ITGR shares which Debtor may own would constitute a 50% stake in ITRG.

8.      The Trustee believes that there are three possible creditors which may claim security interests in the interest being sold pursuant to this Motion.  The first is Cornerstone Bank that has a UCC-1 filed on January 1, 2009 covering among other things, general intangibles.  The second is Chrysler Financial which filed a UCC financing statement on January 28, 2009 covering among other things, contract rights, documents, instruments, investment property and general intangibles. The third is Toyota Motor Credit with a UCC filing dated April 7, 2009 covering among other things instruments, securities, documents, contract rights, general intangibles and investment property.

9.      The definition of "general intangibles" specifically excludes "investment property" (see Minn. Stat. §336.9-102(42).  Investment property includes certificated and non- certificated

2

securities or securities entitlement.  (See Minn. Stat. §336.9-102(49).  The definition of securities

and securities entitlement comes from Article 8.

> a.    (15) "Security," except as otherwise provided in section 336.8-103, means an obligation of an issuer or a share, participation, or other interest in an issuer or in property or an enterprise of an issuer:
>> (i)  which is represented by a security certificate in bearer or registered form, or the transfer of which may be registered upon books maintained for that purpose by or on behalf of the issuer;
>> (ii)  which is one of a class or series or by its terms is divisible into a class or series of shares, participations, interests, or obligations; and
>> (iii)  which:
>>> (A)  is, or is of a type, dealt in or traded on securities exchanges or securities markets; or
>>> (B)  is a medium for investment and by its terms expressly provides that it is a security governed by this article.
>> (16)  "Security certificate" means a certificate representing a security.
>> (18)  "Uncertificated security" means a security that is not represented by a certificate.

10.    It may be that Debtor was never actually a shareholder in ITRG because a stock

certificate was never issued in the Debtor's name for any ITRG shares and because his ownership of

ITRG shares was never registered on the stock records of ITRG.  *See.* Minn. Stat § 302A.011 Subd

2a; ITRG Bylaws, Article VI, Section2.  However, even if the certificate had been issued, it would

have contained a restrictive legend that it could not be pledged without complying with the rights of

first refusal in the Stock Purchase Agreement.

11.    If the estate is a shareholder, then Cornerstone Bank does not have a perfected

interest in investment property.  Chrysler and Toyota would not have a lien because the certificate

would have carried the legend that it could not be encumbered which defeats a blanket security

interest in certificated stock.  See Minn. Stat. §302A.429, Subd. 2.

12.    If the estate is not a shareholder, it would have succeeded to whatever contractual

3

rights Hecker had under the Stock Purchase Agreement. These rights could be contract rights or general intangibles and therefore fall under the security interest of all three lenders. But as contractual rights, these lenders get whatever rights Debtor had – the right to stock with a legend restricting encumbering the stock and prohibiting such encumbrance without first affording the right of first refusal. The right of first refusal was not provided and, therefore, the granting of the blanket security interest was not valid, even in the contract rights.

13.     If the estate is not a shareholder, it should be able to demand the delivery of the stock certificate from Buyer. Debtor could not have owned any Company stock before the certificate representing such stock was issued and registered on the books and records of the Company and thus would not have had an interest in Company stock to which the secured claims could attach. If Buyer delivers the stock with the legend to the Trustee post-petition, the after-acquired property clauses of these lenders would be cut off by 11 U.S.C. §552.

14.     The Trustee believes that any interest claimed by the three lenders is either void or voidable.

15.     There exists therefore a *bona fide* dispute whether any shares of ITRG are property of the estate and over whether the three lenders have security interests in the shares. The Trustee may therefore sell the estate's interest, if any, in the shares of ITRG and the rights under the and the Stock Purchase Agreement free and clear of interests under 11 U.S.C. §363(f)(4).

16.     Expedited relief is required as Buyer requires Court approval by August 28, 2009 as a condition to the purchase.

17.     Pursuant to Local Rule 9013-2(c), the Trustee gives notice that he may, if necessary, testify at the hearing regarding the proposed sale.

4

**WHEREFORE**, the Trustee moves the Court for an order authorizing a sale of assets of the

Debtor free and clear of interests and granting such other relief as the Court may deem just and

equitable.

**LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.**

/e/  Matthew R. Burton

Dated: August 17, 2009                By_____
                                            Matthew R. Burton, #210018
                                            Attorneys for Randall L. Seaver, Trustee
                                            100 South Fifth Street, Suite 2500
                                            Minneapolis, Minnesota  55402
                                            (612) 332-1030

## <u>VERIFICATION</u>

I, Randall L. Seaver, Trustee of the Bankruptcy Estate of Dennis E. Hecker, the moving party named in the foregoing Notice of Hearing and Motion for an Order Authorizing Sale of Assets Free and Clear of Liens, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

/e/  Randall L. Seaver

Dated:  August 17, 2009                    _____

Randall L. Seaver, Trustee

407463

6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                          BKY No. 09-50779

Dennis E. Hecker,                                                        Chapter 7

        Debtor.

---

## UNSWORN CERTIFICATE OF SERVICE

---

I hereby certify that on August 17, 2009, I caused the following documents:

***Notice of Hearing and Expedited Motion for an Order Authorizing Sale of Assets
Free and Clear of Liens***

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of
the electronic filing to the following:

- Patti H Bass    ecf@bass-associates.com
- Bruce H. Carlson    bruce.carlson@mlcfargolaw.com, tricia.fossen@mlcfargolaw.com
- Monica L. Clark    clark.monica@dorseylaw.com
- Gordon B. Conn    conn@kwgc-law.com
- Clinton E. Cutler    ccutler@fredlaw.com, mdavis@fredlaw.com
- Stephen F Grinnell    stephen.grinnell@gpmlaw.com
- Douglas W. Kassebaum    dkassebaum@fredlaw.com,
  scharter@fredlaw.com;bankruptcy@fredlaw.com
- Jeffrey D. Klobucar    jklobucar@foleymansfield.com
- Connie Lahn    connie.lahn@fmjlaw.com, Aong.Moua@fmjlaw.com
- Thomas Lallier    tlallier@foleymansfield.com
- Joseph W. Lawver    jlawver@messerlikramer.com, mnygaard@messerlikramer.com
- Nauni J Manty    ecf@mantylaw.com
- Michael L Meyer    mlmeyer@ravichmeyer.com
- Ralph Mitchell    rmitchell@lapplibra.com, jpipp@lapplibra.com

- Andrew Paul Moratzka    apm@mcmlaw.com, jef@mcmlaw.com;ldj@mcmlaw.com

- Cynthia A. Moyer    cmoyer@fredlaw.com, cthomas@fredlaw.com

- Robert G. Parish    rparish@faegre.com

- Jamie R. Pierce    jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com;
  mpocock@hinshawlaw.com;kmoore@hinshawlaw.com

- Recovery Management Systems Corp    claims@recoverycorp.com

- Craig E. Reimer    creimer@mayerbrown.com, samahdi@mayerbrown.com;
  srozen@mayerbrown.com;hroin@mayerbrown.com

- David E. Runck    david.runck@fmjlaw.com, Aong.Moua@fmjlaw.com

- Randall L. Seaver    rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com

- Brad A Sinclair    bsinclair@serklandlaw.com, crohr@serklandlaw.com

- Rebecca G. Sluss    rsluss@oppenheimer.com

- Matthew A Swanson    matthew.swanson@leonard.com, callie.sanford@leonard.com

- US Trustee    ustpregion12.mn.ecf@usdoj.gov

I further certify that I caused a copy of the foregoing documents to be faxed, e-mailed and/or mailed by first class mail, postage paid, to the following:

**SEE ATTACHED SERVICE LIST**

Dated:  August 17, 2009

/e/  Valerie Rittenbach

_____

Valerie Rittenbach
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
(612) 332-1030

407513

2

**DENNIS E. HECKER**
**SERVICE LIST**
**BKY CASE NO. 09-50779**

**Case Number:     09-50779**

Associated bank
Messerli & Kramer, PA
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN  55402
UNITED STATES

Crown Bank
c/o Foley & Mansfield, P.L.L.P.
250 Marquette Avenue
Suite 1200
Minneapolis, MN  55401

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ  85712

Hyundai Capital America
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN  55344

LEONARD OBRIEN SPENCER GALE
& SAYRE LTD
100 SOUTH 5TH STREET
SUITE 2500
MINNEAPOLIS, MN  55376

Midwest Motors, LLC
Mackall, Crounse & Moore
c/o William O'Brien
1400 AT&T Tower
901 Marquette Ave

KAPLAN STRANGIS & KAPLAN
PA
5500 WELLS FARGO CENTER
90 SOUTH 7TH STREET
MINNEAPOLIS MN 55402

KELLY K. HECKER
13905 - 53RD AVE N. APT. 1
PLYMOUTH MN 55446

KLEINBANK
14141 GLENDALE ROAD
SAVAGE MN 55378

KLOBUCAR, JEFFREY D, ESQ
250 MARQUETTE AVE
STE 1200
MINNEAPOLIS MN 55401

KSTP-FM LLC
3415 UNIVERSITY AVE
SAINT PAUL MN 55114

LAKE BANK, N.A., THE
613 FIRST AVENUE
TWO HARBORS MN 55616

LALLIER, THOMAS J
FOLEY & MANSFIELD
250 MARQUETTE AVE STE 1200
MINNEAPOLIS MN 55401

LLOYD SECURITY
1097 10TH SE
MINNEAPOLIS MN 55414

LUBIC, MICHAEL, ESQ.
601 S FIGUEROA ST

Minneapolis, MN  55402

Recovery Management Systems Corp
25 SE 2nd Ave
Suite 1120
Miami, FL  33131

TCF NATIONAL BANK
C/O ROBERT G. PARISH
FAEGRE & BENSON LLP
90 SOUTH SEVENTH ST
STE 2200
MINNEAPOLIS, MN  55402

United States Rent A Car, Inc.
4744 Paradise Road
Las Vegas,, NV  89121

VISIONBank
c/o Bruce H. Carlson
McNair, Larson & Carlson, Ltd.
P.O. Box 2189
Fargo, ND  58108-2189

Duluth
404 U.S. Courthouse
515 West First Street
Duluth, MN  55802

ACE INSURANCE COMPANY
P.O. BOX 294836
CLEVELAND OH 44101

ALDRIDGE, DAN
11700 CROSS AVE
CROSSLAKE MN 56442

ALLEN EIDE
3221 32ND AVENUE SOUTH
SUITE 900
GRAND FORKS ND 58201

STE 2500
LOS ANGELES CA 90017-5704

M&I BANK
770 N. WATER STREET
MILWAUKEE WI 53202

MAC OF PINE CITY, LLC
3221 32ND AVENUE SOUTH
SUITE 900
GRAND FORKS ND 58201

MARC D. KOHL
39101 DARLING LANE
HINCKLEY MN 55037

MARC E TRESSLER
3400 BARBARA LN
BURNSVILLE MN 55337

MARSH CONSUMER
333 SOUTH SEVENTH, STE 1600
MINNEAPOLIS MN 55402-2427

MARSHALL BANK FIRST
225 SOUTH SIXTH STREET, SUITE 2900
MINNEAPOLIS MN 55402

MCENROE, CATHERINE
LEONARD STREET & DEINARD
150 S FIFTH ST STE 2300
MINNEAPOLIS MN 55402

MEYER, MICHAEL, ESQ.
4545 IDS CENTER
80 S EIGHTH ST
MINNEAPOLIS MN 55402

MICHAEL REYES

ALLIANCE BANK
55 EAST 5TH STREET, SUITE 115
ST. PAUL MN 55101

AMERICAN BANK
1060 DAKOTA DRIVE
MENDOTA HEIGHTS MN 55120

AMERICAN EXPRESS
P. O. BOX 0001
LOS ANGELES CA 90096

AMERICAN NATIONAL BANK OF
MN
7638 WOIDA RD
BAXTER MN 56425

ANCHOR BANK
1570 CONCORDIA AVE
SAINT PAUL MN 55104

ANCHOR BANK
P.O. BOX 7933
MADISON WI 53707

ASSOCIATED BANK
1270 YANKEE DOODLE RD
SAINT PAUL MN 55121

ASSOCIATED BANK
IDS CENTER
740 MARQUETTE AVENUE
MINNEAPOLIS MN 55402

AV CARD/OASIS
164 LAKE FRONT DR
COCKEYSVILLE MD 21030

AXIS CAPITAL, INC.

PO BOX 205
BACKUS MN 56435

MIKDEN PROPERTIES
7002 6TH STREET NORTH
OAKDALE MN 55128

MINNESOTA DEPT. OF REVENUE
MAIL STATION 7701
SAINT PAUL MN 55146-7701

MINNESOTA DEPT. OF REVENUE
PO BOS 64649
SAINT PAUL MN 55164-0649

MIRAGE
3400 LAS VEGAS BLVD
LAS VEGAS NV 89109

MN DEPT OF PUBLIC SAFETY
DRIVER & VEHICLE SERVICES
445 MINNESOTA ST
SAINT PAUL MN 55101-5160

MN DEPT OF PUBLIC SAFETY
DRIVER AND VEHICLE SERVICES
445 MINNESOTA ST
SAINT PAUL MN 55101

MONICA CLARK, ESQ.
50 S SIXTH ST
STE 1500
MINNEAPOLIS MN 55402-1498

MOSS AND BARNETT
4800 WELLS FARGO CENTER
90 S. 7TH STREET
MINNEAPOLIS MN 55402

NATHAN THIEMAN
1030 8TH AVE SW

308 N LOCUST ST
PO BOX 2555
GRAND ISLAND NE 68802


AXLE CAPITAL, LLC / SAGECREST
3 PICKWICK PLAZA
GREENWICH CT 06830


American Bank
1578 University Avenue W
Saint Paul, MN 55104


American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701


American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701


Associated Bank
222 Bush Street
Red Wing, MN 55066


BANK OF THE WEST
P.O. BOX 65020
WEST DES MOINES IA 50265


BARBARA LYNN CUTTER
2350 S BEVERLY GLEN BLVD #5
W LOS ANGELES CA 90064


BAYPORT MARINA ASSOCIATION
200 5TH STREET
BAYPORT MN 55003

PINE CITY MN 55063


NEIMAN MARCUS
P.O. BOX 5235
CAROL STREAM IL 60197


NEVADA STATE BANK
6505 NORTH BUFFALO DRIVE
LAS VEGAS NV 89131


NIEDERNHOEFER, MANFRED
1563 RIVERCREST RD
LAKELAND MN 55043


NITROGREEN
P.O. BOX 41
MAPLE PLAINE MN 55359


NORTHMARQ CAPITAL
3500 AMERICAN BLVD WEST,
SUITE 500
BLOOMINGTON MN 55431


NORTHRIDGE FARM ASSOCIATION
P.O. BOX 767
WAYZATA MN 55391


NORTHWOODS BANK
PO BOX 112
PARK RAPIDS MN 56470


OLD REPUBLIC SURETY
1503 - 42ND ST
STE 100
DES MOINES IA 50305


PRALLE, GARY
3625 PINE HOLLOW PL
STILLWATER MN 55082

SAINT PAUL MN 55118

BELLAGIO
3600 LAS VEGAS BLVD
LAS VEGAS NV 89109

BREICH, WALTER
13670 -- 122ND STREET
NORWOOD YOUNG AMERICA MN
55368

BREMER BANK
633 SOUTH CONCORD STREET,
SUITE 350
SOUTH ST. PAUL MN 55075

BRIGGS & MORGAN PA
2200 IDS CENTER
MINNEAPOLIS MN 55402

C AND C BOAT WORKS
36448 CTY RD 66
CROSSLAKE MN 56442

CA BOARD OF EQUALIZATION
PO BOX 942879
SACRAMENTO CA 94279-7072

CA DEPT OF MOTOR VEHICLES
PO BOX 942869
SACRAMENTO CA 94269-0001

CARLTON FINANCIAL
CORPORATION
1907 E. WAYZATA BLVD. SUITE 180
WAYZATA MN 55391

CENTER POINT ENERGY
P.O. BOX 1144
MINNEAPOLIS MN 55440

PREMIER AQUARIUM
6340 IRVING AVE S.
RICHFIELD MN 55423

PREMIER BANKS
1875 W. HIGHWAY 36
ROSEVILLE MN 55113

PRESS A DENT INC
1154 S HIGH ST
DENVER CO 80210

PRINDLE, DECKER & AMARO, LLP
310 GOLDER SHORE - 4TH FLOOR
LONG BEACH CA 90802

PROFESSIONAL SERVICE BUREAU
11110 INDUSTRIAL CIRCLE NW
STE B
ELK RIVER MN 55330-0331

PROHOVSKY, BILL
11700 CROSS AVE
CROSSLAKE MN 56442

R. OLSON / WATERFORD
PROPERTIES
73 N. BROADWAY
FARGO ND 58102

R. OLSON/WATERFRONT
PROPERTIES
73 N BROADWAY
FARGO ND 58102

RANDY'S SANITATION
P.O. BOX 169
DELANO MN 55328

CESSNA AIRCRAFT COMPANY
P.O. BOX 12270
WICHITA KS 67277

CHRYSLER FINANCIAL
CIMS 740-01-19
6400 S FIDDLERS GREEN CIR., STE. 700
ENGLEWOOD CO 80111-4979

CHRYSLER FINANCIAL SERVICES
CIMS 405-23-01
27777 INKSTER RD
FARMINGTON MI 48334

CITY OF ASPEN
130 S. GALENA ST.
ASPEN CO 81611

CITY OF BAYPORT
294 N. 3RD STREET
BAYPORT MN 55003

CITY OF MEDINA
2052 CO RD 24
HAMEL MN 55340

COMMUNITY NATIONAL BANK
845 EAST COUNTY ROAD E
VADNAIS HEIGHTS MN 55127

CONDOR FIREPLACE & STONE CO
8282 ARTHUR ST NE
MINNEAPOLIS MN 55432

COOPERATIVE POWER
P.O. BOX 69
TWO HARBORS MN 55616

RIVERLAND BANCORPORATION
700 SEVILLE DRIVE
JORDAN MN 55352

RIVERWOOD BANK
LOAN PRODUCTION OFFICE
PO BOX 899
CROSSLAKE MN 56442

RIVERWOOD BANK/FIRST
FEDERAL SAVINGS BAN
CROSSLAKE - LOAN PRODUCTION
OFFICE
PO BOX 899
CROSSLAKE MN 56442

ROE, JESSICA LIPSKY, ESQ.
BERNICK LIFSON ET AL
500 WAYZATA BLVD STE 1200
MINNEAPOLIS MN 55416

ROMANO, MARIA IND AND USRAC
3800 HOWARD HUGHES PKWY
7TH FLOOR
LAS VEGAS NV 89169

ROWAN, CHRISTI M.
1615 NORTHRIDGE DR
MEDINA MN 55391

ROYAL JEWLERS
73 BROADWAY
FARGO, ND 58102

RUNCK, DAVID E, ESQ.
400 FLAGSHIP CORP CENTER
775 PRAIRIE CENTER DR
EDEN PRAIRIE MN 55344

RUTH ANN BIEDERMAN
414 7TH AVE NE

CORNERSTONE BANK
2627 SOUTH UNIVERSITY
FARGO ND 58103

CRAIG E. REIMER, ESQ.
MAYER BROWN
71 SOUTH WACKER DRIVE
CHICAGO IL 60606

CROSSLAKE PROPERTY
SOLUTIONS
P.O. BOX 810
CROSSLAKE MN 56442

CROW WING COUNTY TREASURER
JUDICIAL CENTER
213 LAUREL ST
BRAINERD MN 56401

CROWN BANK
6600 FRANCE AVENUE SOUTH,
SUITE 125
EDINA MN 55435

Carlton Financial Corporation
1902 E. Wayzata Blvd., Suite 180
Wayzata, MN 55391-2064

Chrysler Financial Services Americas
LLC
c/o Anne M. Kline, Sr. Manager-
National
27777 Inkster Road
CIMS 405-23-05
Farmington Hills, MI 48334-5326

DEERWOOD BANK
P.O. BOX 527
724 W. WASHINGTON STREET
BRAINERD MN 56401

PINE CITY MN 55063

SCHUYLER SCARBOROUGH
19181 SPENCER ROAD UNIT #15
BRAINERD MN 56401

SCOTT A. KEYPORT
1802 AIRWAVES RD NE
PINE CITY MN 55063

SILVER CLIFF ASSOCIATION
1201 CEDAR LAKE RD S.
MINNEAPOLIS MN 55416

SOURCE GAS
P.O. BOX 660474
DALLAS TX 75266

ST. CROIS YACHT CLUB
P.O. BOX 2263
STILLWATER MN 55082

STATE OF MINNESOTA DEPT OF
REVENUE
600 NORTH ROBERT STREET
ST. PAUL MN 55101

STORCHECK CLEANERS
857 7TH STREET
ST. PAUL MN 55106

SUMMERS PROPERTY
MANAGEMENT
111K AABC
ASPEN CO 81611

SWANSON, MATTHEW A, ESQ.
150 S FIFTH ST
STE 2300
MINNEAPOLIS MN 55402

DON GILBERT
1700 PHEASANT RUN
HUDSON WI 54016


DONALD M HALSTEAD III
15626 SUNSET WAY
BRAINERD MN 56401


ELIZABETH A JOHNSON
PO BOX 624
PINE RIVER MN 56474


ENCORE BANK
3003 TAMIAMI TRAIL NORTH,
SUITE 100
NAPLES FL 34103


EXXONMOBILE OIL CORPORATION
ATTN JENNIFER FRASER
120 MCDONALD STREET SUITE B
SAINT JOHN NB CANADA E2J 1M5


FAMILY HOLDINGS OF MN LLC
11614 ECHO BAY DRIVE
CROSSLAKE MN 56442


FIFTH THIRD BANK
999 VANDERBILT BEACH, 7TH
FLOOR
MD B9997E
NAPLES FL 34108


FIFTH THIRD BANK
C/O RICHARD J. SWIFT, JR.
GARLICK STETLER & SKRIVIAN
LLP
9115 CORSEA DE FONTANA WAY
STE 100
NAPLES FL 34109


TCF NATIONAL BANK
801 MARQUETTE AVENUE
MINNEAPOLIS MN 55402


TCHIDA, BRYANT D., ESQ.
LEONARD STREET & DEINARD
150 S 5TH ST STE 2300
MINNEAPOLIS MN 55402


THE MIRAGE CASINO-HOTEL
C/O MARK W. RUSSELL ESQ
3400 LAS VEGAS BLVD S
LAS VEGAS NV 89109


TOYOTA FINANCIAL SAVINGS
BANK
2485 VILLAGE VIEW DRIVE
SUITE 200
HENDERSON NV 89074


TOYOTA FINANCIAL SERVICES
301 CARLSON PKWY, STE. 210
MINNETONKA MN 55305


TOYOTA MOTOR CREDIT CORP
301 CARLSON PKWY STE 210
MINNETONKA MN 55305


U.S. BANK
BC-MN-H22A
800 NICOLLET MALL, 22ND FLOOR
MINNEAPOLIS MN 55402


US BANK VISA CARD
P.O. BOX790408
ST. LOUIS MO 63179


US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN  55415

1415 WEST 22ND STREET, SUITE 600
OAKBROOK IL 60523

GE CAPITAL, FLEET SERVICES
3 CAPITAL DRIVE
EDEN PRAIRIE MN 55344

GELCO CORP
THREE CAPITAL DR
EDEN PRAIRIE MN 55344

GELCO CORPORATION
THREE CAPITAL DRIVE
ATTN: GENERAL COUNSEL
EDEN PRAIRIE MN 55344

GEMB LENDING INC
2995 RED HILL AVE STE 250
COSTA MESA CA 92626

GEMB LENDING, INC.
P.O. BOX 57091
IRVINE CA 92619

GMAC MORTGAGE
9661 W. 143RD STREET
SUITE 200
ORLAND PARK IL 60462

GMAC MORTGAGE
P.O. BOX 4622
WATERLOO IA 50704

GMAC, LLC
15303 94TH AVENUE
ORLAND PARK IL 60462

GWYN M DOENZ
10600 COUNTRY DRIVE
PINE CITY MN 55063

VENTURE BANK
5601 GREEN VALLEY DRIVE
SUITE 120
BLOOMINGTON MN 55437

VFS FINANCING, INC.
10 RIVERVIEW DR
ATTN BETH BONELL
DANBURY CT 06810

VICTORIA INSURANCE
1100 LOCUST STREET
DES MOINES IA 50391

VISION BANK
3000 25TH ST. SOUTH
P.O. BOX 10008
FARGO ND 58106

WAGENER, MAURICE J.
13700 WAYZATA BLVD
HOPKINS MN 55305

WASHINGTON COUNTY
TREASURER
GOVERNMENT CENTER
14949 - 62ND ST N
STILLWATER MN 55082

WASHINGTON MUTUAL BANK, FA
400 E MAIN ST
STOCKTON CA 95290

WASTE PARTNERS
P.O. BOX 677
PINE RIVER MN 56474-0677

WATERFORD ASSOCIATION
P.O. BOX 1353
MINNEAPOLIS MN 55480-1353

HECKER, SANDRA
13755 - 84TH PL N
MAPLE GROVE MN 55369

HENNEPIN COUNTY TREASURER
300 S SIXTH ST
A600 GOVERNMENT CNT
MINNEAPOLIS MN 55487

HOLY CROSS ENERGY
3799 HWY 82
GLENWOOD SPRINGS CO 81602

HOME FEDERAL SAVINGS BANK
1016 CIVIC CENTER DR NW
STE 300
ROCHESTER MN 55903

HSBC BANK NEVADA NA
BASS & ASSOCIATES, PC
3936 E FT LOWELL RD, STE 200
TUCSON AZ 85712

HYUNDAI MOTOR AMERICA
10550 TALBERT AVE
MOUNTAIN VALLEY CA 92708

HYUNDAI MOTOR FINANCE
COMPANY
10550 TALBERT AVENUE
MOUNTAIN VALLEY CA 92708

INTER BANK
P.O. BOX 986
NEWARK NJ 07184

INTERBANK EDINA
3400 WEST 66TH STREET, SUITE 100
EDINA MN 55435

WAYN BELISLE
1843 EAGLE RIDGE
MENDOTA HEIGHTS MN 55118

WELLS FARGO
C/O DAVID GALLE
45 SOUTH SEVENTH ST, STE 3300
MINNEAPOLIS MN 55402

WELLS FARGO BANK N.A.
LOAN ADJUSTMENT GROUP
90 SOUTH 7TH STREET
MINNEAPOLIS MN 55402

WELLS FEDERAL BANK
53 FIRST ST. SW
WELLS MN 56097

WI DEPT OF TRANSPORTATION
PO BOX 7949
MADISON WI 53707

WILLIAM BRODY
BUCHALTERNEMER
1000 WILSHIRE BLVD, STE 1500
LOS ANGELES CA 90017-2457

WORLD OMNI FINANCIAL CORP.
190 JIM MORAN BOULEVARD
DEERFIELD BEACH FL 33442

ZAPPIA, THOMAS M., ESQ.
ZAPPIA & LEVAHN
941 HILLWIND RD NE STE 301
MINNEAPOLIS MN 55432

Clinton E. Cutler
Fredrikson & Byron, P.A.
200 South Sixth Street
Ste 4000

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
389 US COURTHOUSE 316 N
ROBERT
ST. PAUL MN 55101


IRS
DEPARTMENT OF TREASURY
OGDEN UT 84201


JACOB HOLDINGS OF MEDINA,
LLC
500 FORD RD
MINNEAPOLIS MN 55426


JACOB PROPERTIES OF ASPEN, LLC
500 FORD RD
MINNEAPOLIS MN 55426


JASON S. COLBAUGH
PO BOX 1220
BRAINERD MN 56401


JAVAN CARL
13942 GRAND OAKS DR
BAXTER MN 56425


JAVER ESQUIVEL
2807 W AVE 30
LOS ANGELES CA 90065


JC BROMAC
11860 S. LA CIENEGA BLVD.
LOS ANGELES CA 90250


JOHN J. SORCI TRUST
2300 EAST VALLEY COURT
SAN JOSE CA 95148

Minneapolis, MN  55402


Craig E Reimer
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL  60606


Cynthia A. Moyer
Fredrikson & Byron, PA
200 South Sixth Street
Suite 4000
Minneapolis, MN  55402


Dennis E. Hecker
PO Box 1017
Crosslake, MN  56442


Douglas W. Kassebaum
Fredrikson & Byron, P.A.
200 South Sixth Street
Suite 4000
Minneapolis, MN  55402


Howard J Roin
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL  60606

Maria Romano
4744 Paradise Road
Las Vegas, NV  89121


Randall L. Seaver
12400 Portland Avenue South
Suite 132
Burnsville, MN  55337


Sajida Mahdi Ali
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL  60606

| | |
|---|---|
| JOHN J. SORCI TRUST<br>2300 EAST VALLEY COURT<br>SAN JOSE CA 95148<br><br>JP MORGAN CHASE BANK, N.A.<br>726 MADISON AVENUE<br>NEW YORK NY 10021 | Stuart M Rozen<br>Mayer Brown LLP<br>71 South Wacker Drive<br>Chicago, IL  60606 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                          BKY No. 09-50779

Dennis E. Hecker,                                                               Chapter 7

                    Debtor.

_____

**ORDER AUTHORIZING EXPEDITED SALE OF ASSETS OF
DEBTOR FREE AND CLEAR OF INTERESTS**

_____

The above matter came before the Court on the Motion of Randall L. Seaver, Trustee ("**Trustee**") seeking an order authorizing sale of assets free and clear of interests.

Based upon all the files, records and proceedings herein, and the court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

1.      The Notice of the sale motion and of the hearing was sufficient under the circumstances.

2.      The Trustee is entitled to expedited relief.

3.      The Trustee is authorized to sell to Todd A. Montpetit ("Buyer") all of the Debtor's interest in ITR Group, Inc. ("ITRG") including shares of ITRG's stock and all of the Debtor's rights under that certain Stock Purchase Agreement dated March 1, 2004 between Debtor and Buyer for the sum of $40,000.00.

4.      The property and rights sold shall be free and clear of any interest in such property pursuant to 11 U.S.C. §363(a), (b) and (f) with such interests, if any, attaching to the proceeds of sale with the same priority, dignity and effect as such interests existed pre-petition.

5.     The proceeds shall be deposited in the Trustee's account and held subject to further order of the Court.

6.     The Buyer has acted in good faith within the meaning of 11 U.S.C. §363(m) and is entitled to the benefits thereof.

7.     Notwithstanding Fed. R. Bankr. P. 6004(g), this Order is effective immediately.

**BY THE COURT:**

Dated: _____          _____

                                        Robert J. Kressel
                                        U.S. Bankruptcy Court Judge

407464

2