UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Dennis E. Hecker,**

**Debtor.**

Case No. BKY 09-50779
Chapter 7 Case

### RESPONSE OF CHRYSLER FINANCIAL SERVICES AMERICAS LLC, F/K/A DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC TO MOTION FOR RELIEF FROM STAY AND ABANDONMENT OF BLACKSTONE FINANCIAL LLC

Chrysler Financial Services Americas LLC, f/k/a DaimlerChrysler Financial Services Americas LLC ("Chrysler Financial"), by and through its undersigned counsel, respectfully submits this response ("Response") to the Motion for Relief From Stay and Abandonment (the "Motion") filed by Blackstone Financial LLC's ("Blackstone"). Capitalized terms used herein but not defined are intended to have the same meaning as in Blackstone's Motion. In response, Chrysler Financial states as follows:

**Background**

1. By its Motion, Blackstone seeks to lift the stay so it can foreclose on collateral comprised of the MH Claim and the Debtor's uncertificated ownership interests in the Hecker LLCs (collectively hereinafter referred to as the "Subject Collateral"). Blackstone alleges it holds a valid security interest in the Debtor's general intangibles, including the Subject Collateral. The Subject Collateral also is encumbered by a valid and perfected security interest and lien held by Chrysler Financial, as evidenced by, among other things, the UCC-1 financing statement recorded by Chrysler Financial on January 28, 2009, a copy of which is attached hereto as Exhibit A and incorporated herein by reference.

1

2.     Chrysler Financial's lien on the Subject Collateral secures repayment of amounts due and owing to Chrysler Financial by the Debtor that exceed $364,000,000 as evidenced by, among other things, the proof of secured claim filed by Chrysler Financial in this bankruptcy on July 23, 2009.

3.     On August 13, 2009, Randall L. Seaver, the chapter 7 trustee in this case (the "Trustee") filed a response to the Motion. The Trustee objects to the Motion on the grounds that Blackstone fails to make a *prima facie* case that cause exists for lifting the stay.

## Response

4.     Chrysler Financial joins in the objections made by the Trustee in his Response to Motion. Blackstone provides no evidence to meet its burden that the Subject Collateral lacks equity.

5.     Blackstone's Motion says the MH Claim is worthless (though query why, if that were truly the case, Blackstone appears so intent to foreclose upon it) and that the Debtor's interest in the Hecker LLCs is worth less than $750,000.00. These assertions are only supported by the wholly unsupported, undocumented, hearsay statements contained in the Affidavit of Dennis White (the "Affidavit"), who is an agent of Blackstone. Mr White states that he "believes from personal investigation and contacting appraisers that the MH Claim has a value no greater than $0." Affidavit, ¶ 7. Yet, there is no discussion as to how the "personal investigation" was conducted, no appraisals are attached and no further information is provided to determine the reasonableness of Mr. White's conclusion. Moreover, White claims that the Debtor's interest in the Hecker LLCs has a value substantially less than $750,000.00, but White fails to provide any explanation regarding what this value is based upon, let alone any information regarding the "how, what, when or who" regarding its calculation. Under these

2

circumstances, as the Trustee's Response points-out, the Motion plainly fails to demonstrate a lack of equity in the Subject Collateral.

6. Moreover, Chrysler Financial does not concede that Blackstone has a first priority lien with respect to the portion of the Subject Collateral comprised of the Debtor's interests in the Hecker LLCs. The UCC financing statement filed by Blackstone's predecessor in interest, Cornerstone Bank, only identifies a security interest in the Debtor's general intangibles, it does not purport to impose a lien on any investment property. In contrast, Chrysler Financial's UCC financing statement covers both general intangibles and investment property.

7. Minnesota's commercial code specifically excludes "investment property" from its definition of "general intangibles." (*see* Minn. Stat. Section 336.9-102(42)). Investment property may include uncertificated membership interests in limited liability companies depending on the opt-in provisions regarding membership in each LLC as set forth in their respective operating agreements (*see* Minn. Stat. Sections 336-8-103(c) and 336.9-102(49)). Under these circumstances, a genuine issue exists whether Blackstone even has a first lien in the Hecker LLC interests and if, in fact, those interests constitute investment property Blackstone may not have any valid security interest at all. Under these circumstances, no stay relief should be granted unless and until it has been finally determined whether Blackstone has a valid and first priority lien in the Debtor's interests in the Hecker LLCs.

8. For these reasons and the reasons set forth in the Trustee's Response, the Motion should be denied. Alternatively, to the extent the Court concludes that stay relief is warranted with respect to any of the Subject Collateral, Chrysler Financial respectfully requests that the stay also be modified as to it to the extent necessary to permit Chrysler Financial to protect its

interests in the Subject Collateral in any foreclosure or other enforcement proceedings undertaken by Blackstone.

Dated: August 19, 2009                                    Respectfully Submitted,


  /s/ Stephen F. Grinnell
Stephen F. Grinnell (#37928)
**Gray, Plant, Mooty, Mooty & Bennett, P.A.**
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-3796
Telephone: (612) 632-3070

Stuart M. Rozen (admitted *pro hac vice*)
Craig E. Reimer (admitted *pro hac vice*)
**Mayer Brown LLP**
70 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600

**Attorneys for Chrysler Financial Services Americas LLC**

GP:2631298 V1

4

**EXHIBIT A**

# UCC FINANCING STATEMENT

**A. NAME & PHONE OF CONTACT AT FILER** (optional)

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

UCC DIRECT SERVICES
2727 ALLEN PARKWAY, #1000
HOUSTON, TX 77019

| | |
|---|---|
| Filing Number: | 200914750610 |
| Filing Date: | 01/28/2009 |
| Filing Time: | 1:46 pm |
| Processing Office: | State of Minnesota Secretary of State |
| Filed By: | UCCOnlineFiling |

## 1. DEBTOR'S EXACT FULL LEGAL NAME
### INDIVIDUAL'S NAME

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| HECKER | DENNIS | E. | |

| Mailing Address | City | State | Postal Code | Country |
|---|---|---|---|---|
| 1492 HUNTER DR. | WAYZATA | MN | 55391 | USA |

Tax ID #: SSN or EIN

## 2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME
### INDIVIDUAL'S NAME

| Last Name | First Name | Middle Name | Suffix |
|---|---|---|---|
| | | | |

| Mailing Address | City | State | Postal Code | Country |
|---|---|---|---|---|
| | | | | |

Tax ID #: SSN or EIN

## 3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)
### ORGANIZATION'S NAME
**CHRYSLER FINANCIAL SERVICES AMERICAS LLC**

| Mailing Address | City | State | Postal Code | Country |
|---|---|---|---|---|
| 27777 INKSTER ROAD CIMS: 405-23-05 | FARMINGTON HILLS | MI | 48334 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

This financing statement covers and the debtor hereby grants the secured party a security interest in:  1. All inventory, including but not limited to all new and used motor vehicles, campers, travel trailers, mobile homes and motor homes, all automotive parts and accessories, all inventory on order but not yet delivered to debtor and all consigned goods, whether now owned or hereafter acquired, together with all additions and accessions thereto and  2. All tangible chattel paper, electronic chattel paper, accounts, payment intangibles, franchise rights, books, records, files, computer disks, software, commercial tort claims, contract rights, documents, instruments, promissory notes, general intangibles, investment property, supporting obligations, equipment, furniture, machinery, tools, supplies, fixtures and leasehold improvements, whether now owned or hereafter acquired, together with all substitutions, replacements, accessories, additions and accessions thereto or therefor and  3. All products and proceeds of the property covered by this statement, including but not limited to insurance proceeds on the property, money, tangible chattel paper, electronic chattel paper, goods including without limitation motor vehicles received in trade, contract rights, accounts, documents, instruments, promissory notes, general intangibles, payment intangibles, claims, tort recoveries and manufacturer or distributor credits, compensation, allowances, rebates or other payments relating to the property.

**5. ALTERNATIVE DESIGNATION** (if applicable)  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Bailee/Bailor  ☐ Seller/Buyer  ☐ AG. Lien  ☐ Non-UCC Filing

**6.** ☐ This FINANCING STATEMENT is to be filed (for recorded) in the REAL ESTATE RECORDS.  Attach Addendum  (if applicable)    **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) (optional)   ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA:**
MN-0-34904280

1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

Debtor.

Case No. 09-50779

Chapter 7 Case

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2009, I caused the following:

Response of Chrysler Financial Services Americas LLC, f/k/a DaimlerChrysler Financial Services Americas LLC to Motion for Relief From Stay and Abandonment of Blackstone Financial LLC;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Clinton E. Cutler
Fredrikson & Byron, P.A.
200 South 6th Street, Ste. 4000
Minneapolis, MN 55402
ccutler@fredlaw.com

U.S. Trustee
1015 US Courthouse
300 South 4th Street
Minneapolis, MN 55415
Ustpregion12.mn.ecf@usdoj.gov

Randall L. Seaver
12400 Portland Avenue So.
Suite 132
Burnsville, MN 55337
rlseaver@fullerseaverramette.com

Douglas W. Kassebaum
Fredrikson & Byron, P.A.
200 South 6th Street, Ste. 4000
Minneapolis, MN 55402
dkassebaum@fredlaw.com

Thomas J. Lallier
Foley & Mansfield, P.L.L.P.
250 Marquette Avenue, Ste. 1200
Minneapolis, MN 55401
tlallier@foleymansfield.com

Monica Clark
Dorsey & Whitney LLP
50 South 6th Street, Ste. 1500
Minneapolis, MN 55402
Clark.monica@dorsey.com

Connie A. Lahn
Fafinski Mark & Johnson, P.A.
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN 55344
Connie.Lahn@fmjlaw.com


Cynthia A. Moyer
Fredrikson & Byron, P.A.
200 South 6th Street, Ste. 4000
Minneapolis, MN 55402
cmoyer@fredlaw.com

Gordon B. Conn
Kalina Wills Gisvold & Clark
6160 Summit Drive, Ste. 560
Minneapolis, MN 55430
conn@kwgc-law.com

Ralph Mitchell
Lapp Libra Thomson Stoebner & Pusch
One Financial Plaza, Ste. 2500
120 S. 6th St.
Minneapolis, MN 55402
rmitchell@lapplibra.com

Nauni Jo Manty
Manty & Associates, P.A.
510 First Avenue North
Suite 305
Minneapolis, MN 55403
ecf@mantylaw.com

Matthew A. Swanson
Leonard, Street & Deinard
150 South 5th St., Ste. 2300
Minneapolis, MN 55402
Matthew.swanson@leonard.com

David E. Runck
Fafinski Mark & Johnson, P.A.
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN 55344
David.Runck@fmjlaw.com


Andrea M. Hauser
Leonard O'Brien Spencer Gale& Sayre
100 South 5th St., Ste. 2500
Minneapolis, MN 55402
ahauser@losgs.com

Matthew R. Burton
Leonard O'Brien Spencer Gale& Sayre
100 South 5th St., Ste. 2500
Minneapolis, MN 55402
mburton@losgs.com

Andrew Paul Moratzka
Mackall Crounce & Moore
901 Marquette Ave.
1400 AT&T Tiower
Minneapolis, MN 55402
apm@mcmlaw.com

Jamie R. Pierce
Hinshaw & Culbertson LLP
333 South 7th Street
Suite 2000
Minneapolis, MN 55402
jpierce@hinshawlaw.com

Michael Meyer
Ravich Meyer Kirkman
4545 IDS Center
80 South 8th Street
Minneapolis, MN 55402
mlmeyer@ravichmeyer.com

Jeffrey D. Klobucar
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
jklobucar@foleymansfield.com

Bruce H. Carlson
McNair, Larson & Carlson, Ltd.
51 Broadway, Ste. 600
Fargo, ND 58102
Bruce.carlson@mlcfargolaw.com

HSBC Bank Nevada, N.A.
Attn: Patti H. Bass
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ 85712
ecf@bass-associates.com

Brad A. Sinclair
Serkland Law Firm
10 Roberts Street
P.O. Box 6017
Fargo, ND 58108-6017
bsinclair@serklandlaw.com

Joseph W. Lawver
Messerli & Kramer, P.A.
1800 Fifth Street Towers
150 South 5th Street
Minneapolis, MN 55402
Jlawver@messerlikramer.com

Robert G. Parish
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
rparish@faegre.com

Ramesh Singh
Recovery Management Systems Corp.
Financial Controller
25 SE 2nd Avenue, Ste. 1120
Miami, FL 33131-1605
claims@recoverycorp.com

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participants:

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Linda M. Berreau, CPA, CMA, CFE
16418 Gladys Lane
Minnetonka, MN 55345

Bayport Marina Association, Inc.
Attn: President, Managing Agent or other Officer
200 Fifth Avenue South
Bayport, MN 55003

Michael B. Lubic
Sonnenschein Nath & Rosenthal, LLP
601 S. Figueroa St., Ste. 2500
Los Angeles, CA 90017-5704

Dated: August 19, 2009

    GRAY, PLANT, MOOTY,
      MOOTY & BENNETT, P.A.

    /e/ Stephen F. Grinnell
    Stephen F. Grinnell (MN# 37928)

GP:2631301 v1