## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:  
Dennis E. Hecker,

Debtor.

Case No. 09-50779-RJK  
Chapter 7

**WITHDRAWAL OF MOTION TO LIFT STAY FILED BY CHRYSLER FINANCIAL SERVICES SERVICES AMERICAS, L.L.C. F/K/A DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS, L.L.C.**

COMES NOW Chrysler Financial Services Services Americas, L.L.C. f/k/a DaimlerChrysler Financial Services Americas, L.L.C. ("Chrysler Financial"), by and through its attorney, Marilyn Washburn, and withdraws its Motion to Lift Stay filed in this case on August 19, 2009, without prejudice.

Respectfully submitted,

RIEZMAN BERGER, P.C.

By: **/e/Marilyn J. Washburn**
Marilyn J. Washburn, #324140
7700 Bonhomme Avenue, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101 Telephone
(314) 727-1086 Facsimile
Attorney for Chrysler Financial

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

Case No. 09-50779-RJK
In Re     Chapter 7

Dennis E. Hecker,

              Debtor.

---

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

---

    I, Marilyn J. Washburn, an attorney licensed to practice law in this Court, and employed by Riezman Berger, P.C. with an office address of 7700 Bonhomme Avenue, 7th Floor, St. Louis, Missouri 63105, declare that on the date stated below, I served a **Withdrawal of Motion to Lift Stay** upon each of the entities named below by mailing to each of them a copy thereof by enclosing same in an envelope with first class postage prepaid and depositing same in the post office at St. Louis, Missouri, addressed to each of them as follows:

| | |
|---|---|
| (Debtor's Attorney)<br>Clinton E. Cutler<br>200 S. 6th St, Ste 4000<br>Minneapolis, MN 55402 | (Chapter 7 Trustee)<br>Randall L. Seaver<br>12400 Portland Avenue<br>South, Suite 132<br>Burnsville, MN 55337 |
| (Debtor)<br>Dennis E. Hecker<br>P.O. Box 1017<br>Crosslake, MN 56442 | Office of the U.S. Trustee<br>1015 US Courthouse, 300 South 4th St.<br>Minneapolis, MN 55415 |

And I declare, under penalty of perjury, that the foregoing is true and correct.

Executed: August 19, 2009

                                         Signed:   **/e/Marilyn J. Washburn**