B6C (Official Form 6C) (12/07)

In re   Dennis E. Hecker                                                    Case No.   09-50779
_____                                    _____
                                    Debtor(s)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☒ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $136,875.
☐  11 U.S.C. §522(b)(2)
☒  11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 11706 Cross Avenue, Crosslake, MN | Minn. Stat. §§ 510.01, 510.02 | **330,000.00** | 3,983,000.00 |
| (tax legal description - Those parts of Lots 3 & 4, Block 2, Security Interest Cross Lake Homesites, lying Easterly of the following described line: commencing at the Southwest corner of said Lot 4, thence North 89 degrees 41 minutes, 32 seconds East, assumed bearing, along the South line of said Lot 4 for a distance of 55 feet to the point of beginning, according to the recorded plat thereof, Crow Wing County, Minnesota) | | 0.00 | |
| (Titled of record in name of Jacob Holdings of Crosslake, LLC.  Debtor asserts ownership interest through reverse piercing claim.) | | | |
| **Household Goods and Furnishings** | | | |
| 1/2 interest in Household Goods and Furnishings located at 11706 Cross Ave., Crosslake, MN 56442. | Minn. Stat. § 550.37(4)(b) | 9,450.00 | 15,715.00 |
| **Wearing Apparel** | | | |
| Debtor's Clothing | Minn. Stat. § 550.37(4)(a) | 25,000.00 | 25,000.00 |
| **Furs and Jewelry** | | | |
| Wedding Ring (See Exhibit B (7)) | Minn. Stat. section 550.37, subd. 4(c) | 1,225.00 | 24,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 1985 Kawai Baby Grand Piano | Minn. Stat. § 550.37(2) | 1,500.00 | 1,500.00 |
| **Interests in Insurance Policies** | | | |
| See Exhibit B (9) attached hereto.  Some policies held by trusts.  Records seized by debtor believes one policy has cash surrender value. | Minn. Stat. § 550.37(23) | 8,400.00 | 12,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| UBS Financial Services, Inc. (xxxxx8133) - IRA - ending balance as of 12/31/08 - records seized. | 11 U.S.C. § 522(b)(3)(C) | 58,150.41 | 58,150.41 |

Schedule of Property Claimed as Exempt consists of 2 total page(s)

Form B6C
(04/07)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| IRA with Pershing, LLC (approx. value) | Minn. Stat. § 550.37(24) | 58,220.11 | 58,220.11 |
| | Total: | **491,945.52**<br>~~161,945.52~~ | 4,177,585.52 |

Sheet 2 of 2 total sheets in Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

    Dennis Earl Hecker                  **SIGNATURE DECLARATION**
          Debtor(s).

                                             Case No. _____

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☒ OTHER (Please describe: **Amended Schedule C**_____ )

    I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: ___August 18, 2009___

X _____
    Signature of Debtor or Authorized Representative

X _____
    Signature of Joint Debtor

    Dennis E. Hecker
    Printed Name of Debtor or Authorized Representative

    Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)