**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Dennis E. Hecker,                                                                                    BKY No. 09-50779

       Debtor.

**NOTICE OF HEARING AND MOTION**
**FOR TURNOVER OF RECORDS**

TO:   Officer/Managing Agent, Leeds & Son Fine Jewelers, 73-670 El Paseo, Palm Desert, CA 92260; Furrier and Fur Shop, Attn. Dennis Basso, 645 E. Durant Ave., Aspen, CO 81611; Officer/Managing Agent, Chanel Boutique at Bellagio, 3600 Las Vegas Blvd. South, Las Vegas, NV 89109; Officer/Managing Agent, Chrome Hearts, 2184 Kalakaua Avenue, Honolulu, HI 96815; Officer/Managing Agent, Molina Fine Jewelers, 3134 Camelback, Phoenix, AZ 85016; Officer/Managing Agent, RF Moeller Jeweler, 555 Nicollet Mall, Minneapolis, MN 55402; Officer/Managing Agent, Harrison K-9 Security Services, LLC, 112 Farmingdale Court, Aiken, SC 29805; Officer/Managing Agent, Moncler Aspen Doudounes, 432 E. Hyman Avenue, Aspen, CO 81611; Officer/Managing Agent, Fendi Aspen, Inc., 208 S. Mill Street, Aspen, CO 81611; Officer/Managing Agent, Gucci, 7000 East Camelback Road, Scottsdale, AZ 85251; Officer/Managing Agent, Nordstrom, 324 West Market, Bloomington, MN 55423; Officer/Managing Agent, Nieman Marcus, 505 Nicollet Mall, Minneapolis, MN 55402; Officer/Managing Agent, Belle Reve Boutique, 320 E. Hennepin Avenue, Minneapolis, MN 55414; Officer/ Managing Agent, Gorsuch Limited, 611 East Durant Avenue, Aspen, CO 81611; Officer/Managing Agent, Chepita, 525 E. Cooper Ave., Suite A, Aspen, CO 81611; Officer/Managing Agent, Minnesota Vikings, 9520 Viking Drive, Eden Prairie, MN, 55344, Officer/Managing Agent, OSA of Aspen, 308 S. Galena St., Aspen, CO 81611; Officer/Managing Agent, Louis Vuitton NA, Inc., 205 S. Mill St., Ste 212, Aspen, CO 81611.

    1.    Randall L. Seaver, the Chapter 7 Trustee herein, moves the Court for the relief request below and gives Notice of hearing herewith.

    2.    The Court will hold a hearing on this motion at 9:30 a.m. on September 9, 2009 Courtroom No. 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415 or as soon thereafter as counsel can be heard. Under applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the

clerk, not later than September 3, 2009 which is 3 days before the above date or filed and served by mail not later than August 28, 2009 which is 7 days before the time set for hearing in accordance with Local Rules. UNLESS A RESPONSE IS TIMELY SERVED AND FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

3. This Court has jurisdiction over this Motion under 28 U.S.C. §157 and §1334 and Bankruptcy Rule 5005. This Motion is filed under Local Rule 9013-2, this proceeding arises under 11 U.S.C. §542(e) and Local Rule 6072-1.

4. The petition commencing this Chapter 7 case was filed on June 4, 2009. The case is now pending in this Court.

5. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to Leeds & Son Fine Jewelers for the purchase of any goods or services by any of the following from January 1, 2008 to date:

   a. Dennis Hecker;
   b. Tamitha Hecker; and,
   c. Christi Rowan.

6. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to Dennis Basso, Furrier and Fur Shop for the purchase of any goods or services by any of the following from January 1, 2008 to date:

   a. Dennis Hecker;
   b. Tamitha Hecker; and,
   c. Christi Rowan.

7. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to Chanel Boutique at Bellagio for the purchase of any goods or services by any of the following from January 1, 2008 to date:

   a. Dennis Hecker;
   b. Tamitha Hecker; and,
   c. Christi Rowan.

8. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to Chrome Hearts for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

9. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to Molina Fine Jewelers for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

10. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to RF Moeller Jeweler for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

11. Any and all dogs, goods or services purchased from, and any payments made to Harrison K-9 Security Services, LLC for the purchase of any goods or services by any of the following from January 1, 2006 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

12. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to Moncler Aspen Doudounes for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

13. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to Fendi Aspen, Inc. for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

14. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to Gucci for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

15. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to Nordstrom for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

16. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to Nieman Marcus for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

17. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to Belle Reve Boutique for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

18. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to Gorsuch Limited for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

19. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to Chepita for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

20. Any and all documents including but not limited to purchases of $720 and $4,800 both made on December 31, 2008, reference 2008123 and relating to or evidencing any goods or services purchased from, and any payments made to the Minnesota Vikings for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

21. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to OSA Aspen for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

22. Any and all documents relating to or evidencing any goods or services purchased from, and any payments made to Louis Vuitton for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

WHEREFORE, the Trustee requests an Order of the Court as follows:

1. Requiring Leeds & Son Fine Jewelers to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

2. Requiring Dennis Basso, Furrier and Fur Shop to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

3. Requiring Chanel Boutique at Bellagio to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

4. Requiring Chrome Hearts to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

  a. Dennis Hecker;
  b. Tamitha Hecker; and,
  c. Christi Rowan.

5. Requiring Molina Fine Jewelers to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

  a. Dennis Hecker;
  b. Tamitha Hecker; and,
  c. Christi Rowan.

6. Requiring RF Moeller Jeweler to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

  a. Dennis Hecker;
  b. Tamitha Hecker; and,
  c. Christi Rowan.

7. Requiring Harrison K-9 Security Services, LLC to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

  a. Dennis Hecker;
  b. Tamitha Hecker; and,
  c. Christi Rowan.

8. Requiring Moncler Aspen Doudounes to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

9. Requiring Fendi Aspen, Inc., to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

10. Requiring Gucci to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

11. Requiring Nordstrom to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

12. Requiring Nieman Marcus to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

13. Requiring Belle Reve Boutique to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

14. Requiring Gorsuch Limited to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

15. Requiring Chepita to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

16. Requiring the Minnesota Vikings to turnover over to the Trustee any and all documents relating to or evidencing, including but not limited to purchases of $720 and $4,800 both made on December 31, 2008, reference 2008123, and any other goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

17. Requiring OSA Aspen to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

18. Requiring Louis Vuitton NA, Inc. to turnover over to the Trustee any and all documents relating to or evidencing any goods or services purchased from, and any payments made to it for any goods or services by any of the following from January 1, 2008 to date:

    a. Dennis Hecker;
    b. Tamitha Hecker; and,
    c. Christi Rowan.

**LEONARD, O'BRIEN,
SPENCER, GALE & SAYRE LTD.**

Dated: August 24, 2009

By: /e/ Matthew R. Burton
_____
Matthew R. Burton #210018
Attorneys for Trustee
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

## **VERIFICATION**

I, Randall L. Seaver, Trustee for the Bankruptcy Estate of Dennis E. Hecker, named in the foregoing Notice of Hearing and Motion for Turnover of Property declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

/e/ Randall L. Seaver

Executed on August 24, 2009    _____

Randall L. Seaver, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:  BKY No. 09-50779

Dennis E. Hecker,  Chapter 7

　　　　　　Debtor.

---

## UNSWORN CERTIFICATE OF SERVICE
---

I hereby certify that on August 24, 2009, I caused the following documents:

*Notice of Hearing and Motion for Turnover of Records and proposed Order*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Patti H Bass    ecf@bass-associates.com
- Tyler D. Candee    tcandee@lapplibra.com, dwegler@lapplibra.com
- Bruce H. Carlson    bruce.carlson@mlcfargolaw.com, tricia.fossen@mlcfargolaw.com
- Monica L. Clark    clark.monica@dorseylaw.com
- Gordon B. Conn    conn@kwgc-law.com
- Clinton E. Cutler    ccutler@fredlaw.com, mdavis@fredlaw.com
- Stephen F Grinnell    stephen.grinnell@gpmlaw.com
- Andrea M. Hauser    ahauser@losgs.com
- Douglas W. Kassebaum    dkassebaum@fredlaw.com, scharter@fredlaw.com;bankruptcy@fredlaw.com
- Jeffrey D. Klobucar    jklobucar@foleymansfield.com
- Connie Lahn    connie.lahn@fmjlaw.com, Aong.Moua@fmjlaw.com
- Thomas Lallier    tlallier@foleymansfield.com
- Joseph W. Lawver    jlawver@messerlikramer.com, mnygaard@messerlikramer.com
- Nauni J Manty    ecf@mantylaw.com
- Michael L Meyer    mlmeyer@ravichmeyer.com

- Ralph Mitchell    rmitchell@lapplibra.com, jpipp@lapplibra.com

- William F Mohrman    mohrman@mklaw.com, gynild@mklaw.com

- Andrew Paul Moratzka    apm@mcmlaw.com, jef@mcmlaw.com;ldj@mcmlaw.com

- Cynthia A. Moyer    cmoyer@fredlaw.com, cthomas@fredlaw.com

- Robert G. Parish    rparish@faegre.com

- Jamie R. Pierce    jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com;mpocock@hinshawlaw.com;kmoore@hinshawlaw.com

- Recovery Management Systems Corp    claims@recoverycorp.com

- Craig E. Reimer    creimer@mayerbrown.com, samahdi@mayerbrown.com;srozen@mayerbrown.com;hroin@mayerbrown.com

- David E. Runck    david.runck@fmjlaw.com, Aong.Moua@fmjlaw.com

- Randall L. Seaver    rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com

- Brad A Sinclair    bsinclair@serklandlaw.com, crohr@serklandlaw.com

- Rebecca G. Sluss    rsluss@oppenheimer.com

- Matthew A Swanson    matthew.swanson@leonard.com, callie.sanford@leonard.com

- US Trustee    ustpregion12.mn.ecf@usdoj.gov

I further certify that I caused a copy of the foregoing documents to be mailed by first-class mail, postage paid, to the following:

**SEE ATTACHED SERVICE LIST**

Dated: August 24, 2009

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

407802

2

Document      Page 14 of 16

**DENNIS E. HECKER**
**BKY CASE NO. 09-50779**

**SERVICE LIST**

Officer/Managing Agent
Leeds & Son Fine Jewelers
73-670 El Paseo
Palm Desert, CA 92260

Mr. Dennis Basso
Furrier and Fur Shop
645 E. Durant Avenue
Aspen, CO 81611

Officer/Managing Agent
Chanel Boutique at Bellagio
3600 Las Vegas Blvd. South
Las Vegas, NV 89109

Officer/Managing Agent
Chrome Hearts
2184 Kalakaua Avenue
Honolulu, HI 96815

Officer/Managing Agent
Molina Fine Jewelers
3134 Camelback
Phoenix, AZ 85016

Officer/Managing Agent
RF Moeller Jeweler
555 Nicollet Mall
Minneapolis, MN 55402

Officer/Managing Agent
Harrison K-9 Security Services, LLC
112 Farmingdale Court
Aiken, SC 29805

Officer/Managing Agent
Moncler Aspen Doudounes
432 E. Hyman Avenue
Aspen, CO 81611

Officer/Managing Agent
Fendi Aspen, Inc.
208 S. Mill Street
Aspen, CO 81611

Officer/Managing Agent
Gucci
7000 East Camelback Road
Scottsdale, AZ 85251

Officer/Managing Agent
Nordstrom
324 West Market
Bloomington, MN 55423

Officer/Managing Agent
Nieman Marcus
505 Nicollet Mall
Minneapolis, MN 55402

Officer/Managing Agent
Belle Reve Boutique
320 E. Hennepin Avenue
Minneapolis, MN 55414

Officer/ Managing Agent
Gorsuch Limited
611 East Durant Avenue
Aspen, CO 81611

Officer/Managing Agent
Chepita
525 E. Cooper Avenue
Suite A
Aspen, CO 81611

Officer/Managing Agent
Minnesota Vikings
9520 Viking Drive
Eden Prairie, MN, 55344

Officer/Managing Agent
OSA of Aspen
308 S. Galena Street
Aspen, CO 81611

Officer/Managing Agent
Louis Vuitton NA, Inc.
205 S. Mill Street
Suite 212
Aspen, CO 81611

Micahel B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Nicholas N. Nierengarten
Gray, Plant, Mooty & Bennett
500 IDS Center
80 S 8th St
Minneapolis, MN 55402

407803

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Dennis E. Hecker,                                                                                BKY No. 09-50779

Debtor.

**ORDER**

This case is before the court on the motion of Randall L. Seaver, Chapter 7 Trustee, for turnover of property of the estate.

Upon the motion and the files,

IT IS HEREBY ORDERED that within seven (7) days from the entry of this Order, Leeds & Son Fine Jewelers, Dennis Basso, Furrier and Fur Shop, Chanel Boutique at Bellagio, Chrome Hearts, Molina Fine Jewelers, RF Moeller Jeweler, Harrison K-9 Security Services, LLC, Moncler Aspen Doudounes, Fendi Aspen, Inc., Gucci, Nordstrom, Nieman Marcus, Belle Reve Boutique, Gorsuch Limited, Chepita, Minnesota Vikings, OSA of Aspen, and Louis Vuitton NA, Inc. shall turnover to the Trustee:

1.   Any and all documents relating to or evidencing any goods or services purchased, and any payments made to each entity listed above for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a.   Dennis Hecker;
    b.   Tamitha Hecker; and,
    c.   Christi Rowan.

**BY THE COURT:**

Dated: _____        _____
                                     Robert J. Kressel
                                     U.S. Bankruptcy Judge

407799