**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Dennis E. Hecker

Debtor(s)

Case No: 09−50779 − RJK

Chapter 7 Case

**ORDER RE: STATUS OF AMENDED SCHEDULE**

The Debtor(s) has filed an amended Schedule B−4 or Schedule C in this case. The file lacks proof of service on each entity listed in the address matrix for this case, as required by Loc. R. Bankr. P. (D. Minn.) 1009−1(b).

**IT IS ORDERED:**

1. The Debtor(s)' amended claim of exemptions shall be without force and effect until it has complied with the service requirements of Loc. R. Bankr. P. (D. Minn.) 1009−1(b), and has filed proof of service.

2. Until the Debtor(s) has complied with Loc. R. Bankr. P. (D. Minn.) 1009−1(b), and the applicable period for objection has expired, the clerk shall not issue a Certificate Regarding Property Claimed as Exempt.

Dated: 8/25/09

Robert J Kressel
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on August 25, 2009
Lori Vosejpka  Clerk, United States Bankruptcy Court
By: amm Deputy Clerk

**mnboams**05/27/2005 − pb