UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                      BKY No. 09-50779

Dennis E. Hecker,                                                          Chapter 7 Bankruptcy

       Debtor.

_____

**NOTICE OF HEARING AND EXPEDITED MOTION FOR AN ORDER
AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS AND OTHER
INTERESTS AND ASSUMPTION AND ASSIGNMENT OF LEASES**

TO:    PARTIES SPECIFIED IN LOCAL RULE 9013-3.

      1.     Randall L. Seaver, the duly-appointed Chapter 7 Trustee in the above-referenced

bankruptcy case (**"Trustee"**), moves the Court for the relief requested below and gives notice of

hearing.

      2.     The Court will hold a hearing on this motion at 9:30 a.m. on September 9, 2009,

before the Honorable Robert J. Kressel, United States Bankruptcy Court, Courtroom 8 West, 300

South Fourth Street, Minneapolis, Minnesota 55415.

      3.     While this is an expedited motion, the notice period is actually larger than a normal

motion. Accordingly, any response to this motion must be filed and delivered no later than

September 3, 2009 which is three (3) days before the time set for the hearing (excluding Saturdays,

Sundays, and holidays), or filed and served by mail not later than August 28, 2009, which is seven

(7) days before the time set for the hearing (excluding Saturdays, Sundays, and holidays). **UNLESS**

**A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT**

**THE MOTION WITHOUT A HEARING.**

4. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334, Rule 5005 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"), and Local Rules 1070-1 and 1073-1. This is a core proceeding. This case was commenced as a Chapter 7 proceeding on June 4, 2009 (the "**Filing Date**"). The case is now pending before this Court.

5. This Motion arises under 11 U.S.C. §§363 and 365 and Bankruptcy Rule 6004. The Trustee seeks to sell and assign Debtor's membership interest, specifically, Ownership Interest Numbers 157, 186, 270, 271 and 363 in Bayport Marina Association, Inc. ("**Membership Interests**"). Further, the Trustee seeks to assume and assign the Member Power Boat Slip Lease Agreements ("**Slip Contracts**") which correspond to the Membership Interests. The documentation evidencing the Membership Interests and Slip Contracts is attached hereto as Exhibit A.

6. Ownership of the Membership Interests entitles the owner to enter into the Slip Contracts.

7. Debtor has also subleased the slips subject to the Slip Contracts to third parties pursuant to separate lease agreements ("**Subleases**"). Copies of the Subleases are attached hereto as Exhibit B.

8. The Trustee will assume and assign the Slip Contracts and Subleases ("**Contracts**") to Buyer.

9. The Trustee received an offer of $1.1 million dollars from Hasse A&Y, LLC ("**Buyer**") to purchase the Membership Interests on or before September 10, 2009 ("**Offer**"). A copy of the term sheet is attached hereto as Exhibit C. Buyer is a Delaware limited liability corporation and the Trustee is unaware of any relationship or affiliation of the Buyer with the Debtor, his agents or assigns.

10. The terms of purchase are more specifically described in the Offer.

11.     The Trustee believes that the sum of $16,014.41 is required to cure amounts due on the Slip Contracts and the Trustee proposes to pay said amount from the sale proceeds.

12.     The sale will be free and clear of interest of any parties. The net proceeds of the sale would be subject to any secured party's interests and would be held in the trustee's trust account subject to further order of the Court with the exception that the Trustee will surcharge the proceeds in the amount of $50,000.00 pursuant to 11 U.S.C. §506(c) and the consent of alleged secured creditors, Crown Bank and Chrysler Financial Services Americas LLC ("Chrysler Financial").[1]

13.     The Trustee expects that other potential buyers may want to be heard on this Motion.

14.     Other interested buyers may give notice of their desire to outbid Buyer at least 24 hours prior to the hearing. The Trustee will entertain other offers made in $10,000.00 increments over Buyer's offer. Buyer has requested a $5,000.00 "break up fee" which the Trustee will honor with the proceeds of the highest bidder and the Trustee seeks Court approval to do the same.

15.     The highest bidder must be able to close immediately after Court approval of the sale of Membership Interests and assumption and assignment of Contracts.

16.     Expedited relief is required as Buyer desires approval by September 10, 2009. Bankruptcy Rule 2002 requires 20 days notice by mail and this motion is being served and filed with 19 days notice by mail.

17.     Pursuant to Local Rule 9013-2(c), the Trustee gives notice that he may, if necessary, testify at the hearing regarding the proposed sale.

---

[1] Crown Bank and Chrysler Financial each asserts a perfected security interest in the Asset and Contracts. Crown Bank has other collateral, namely a lot in Brainerd, MN estimated to have a value of $400,000.00. Crown Bank has consented to the Trustee's additional surcharge of $50,000.00 when the Brainerd lot is sold.

**WHEREFORE**, the Trustee moves the Court for an order authorizing a sale of the Membership Interests of the Debtor free and clear of interests and assumption and assignment of the Contracts, and granting such other relief as the Court may deem just and equitable.

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

/e/ Matthew R. Burton

Dated: August 25, 2009                    By_____

Matthew R. Burton, #210018
Attorneys for Randall L. Seaver, Trustee
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
(612) 332-1030

## <u>VERIFICATION</u>

I, Randall L. Seaver, Trustee for the Bankruptcy Estate of Dennis E. Hecker named in the foregoing Notice of Hearing and Motion declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

/e/ Randall L. Seaver

Executed on August 25, 2009

_____

Randall L. Seaver, Trustee

407701

5

In re:                                                                    BKY No. 09-50779

Dennis E. Hecker,                                                   Chapter 7 Bankruptcy

         Debtor.

## MEMORANDUM IN SUPPORT OF MOTION AUTHORIZING SALE OF ASSETS AND ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS

Randall L. Seaver, Trustee ("**Trustee**") seeks approval of the sale of membership interests and concomitant executory contracts related to Debtor's boat slips at the Bayport Marina.

Section 363 of the Bankruptcy Code provides, in part, as follows:

> (b)(1)  The Trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate.

Section 365 of the Bankruptcy Code provides, in part, as follows:

> (a)  Except as provided in Section 765 and 766 of this title and in subsections (b), (c), and (d) of this Section, the trustee, subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor.

The Trustee seeks to make the sale of the membership interests and to assume and assign the executory contracts to Hasse A&Y, LLC or the highest bidder at the time of the hearing.  The Trustee is seeking to surcharge the proceeds in the amount of $50,000.00 pursuant to 11 U.S.C. §506(c) and the consent of the known alleged secured creditors, Crown Bank and Chrysler Financial Services Americas LLC.  The Trustee believes that it is in the estate's best interest, and in the best interest of its creditors, that the Court approve the motion before the Court.

Expedited relief is need under Local Rule 9006-1(e), as Buyer needs approval by September 10, 2009 and this motion does not comply with Bankruptcy Rule 2--2 (i.e, not 20 days notice by mail).

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

/e/ Matthew R. Burton

Dated: August 24, 2009      By_____

                Matthew R. Burton, #210018
                Attorneys for Randall L. Seaver, Trustee
                100 South Fifth Street, Suite 2500
                Minneapolis, Minnesota 55402
                (612) 332-1030

407702

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                      BKY No. 09-50779

Dennis E. Hecker,                                                                          Chapter 7

                            Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2009, I caused the following documents:

*Notice of Hearing and Motion for an Order Authorizing Sale of Assets Free and Clear of Liens and Other Interests and Assumption and Assignment of Leases, Memorandum in Support of Motion Authorizing Sale of Assets and Assumption and Assignment of Executory Contracts, and Proposed Order.*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Patti H Bass   ecf@bass-associates.com

- Bruce H. Carlson    bruce.carlson@mlcfargolaw.com, tricia.fossen@mlcfargolaw.com

- Monica L. Clark    clark.monica@dorseylaw.com

- Gordon B. Conn    conn@kwgc-law.com

- Clinton E. Cutler    ccutler@fredlaw.com, mdavis@fredlaw.com

- Stephen F Grinnell    stephen.grinnell@gpmlaw.com

- Douglas W. Kassebaum    dkassebaum@fredlaw.com, scharter@fredlaw.com;bankruptcy@fredlaw.com

- Jeffrey D. Klobucar    jklobucar@foleymansfield.com

- Connie Lahn    connie.lahn@fmjlaw.com, Aong.Moua@fmjlaw.com

- Thomas Lallier    tlallier@foleymansfield.com

- Joseph W. Lawver    jlawver@messerlikramer.com, mnygaard@messerlikramer.com

- Nauni J Manty    ecf@mantylaw.com

- Michael L Meyer    mlmeyer@ravichmeyer.com

- Ralph Mitchell    rmitchell@lapplibra.com, jpipp@lapplibra.com

- Andrew Paul Moratzka    apm@mcmlaw.com, jef@mcmlaw.com;ldj@mcmlaw.com

- Cynthia A. Moyer    cmoyer@fredlaw.com, cthomas@fredlaw.com

- Robert G. Parish    rparish@faegre.com

- Jamie R. Pierce    jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com;
  mpocock@hinshawlaw.com;kmoore@hinshawlaw.com

- Recovery Management Systems Corp    claims@recoverycorp.com

- Craig E. Reimer    creimer@mayerbrown.com, samahdi@mayerbrown.com;
  srozen@mayerbrown.com;hroin@mayerbrown.com

- David E. Runck    david.runck@fmjlaw.com, Aong.Moua@fmjlaw.com

- Randall L. Seaver    rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com

- Brad A Sinclair    bsinclair@serklandlaw.com, crohr@serklandlaw.com

- Rebecca G. Sluss    rsluss@oppenheimer.com

- Matthew A Swanson    matthew.swanson@leonard.com, callie.sanford@leonard.com

- US Trustee    ustpregion12.mn.ecf@usdoj.gov

I further certify that I caused a copy of the foregoing documents to be faxed, e-mailed and/or mailed
by first class mail, postage paid, to the following:

## SEE ATTACHED SERVICE LIST

/e/ Stephanie Wood

Dated:  August 25, 2009

_____

Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
(612) 332-1030

407733

2

HSBC BANK NEVADA, N.A.
BASS & ASSOCIATES, P.C.
3936 E. FT. LOWELL RD., SUITE 200
TUCSON, AZ 85712

HYUNDAI CAPITAL AMERICA
400 FLAGSHIP CORPORATE CENTER
775 PRAIRIE CENTER DRIVE
EDEN PRAIRIE, MN 55344

RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVE
SUITE 1120
MIAMI, FL 33131

UNITED STATES RENT A CAR, INC.
4744 PARADISE ROAD
LAS VEGAS,, NV 89121

ACE INSURANCE COMPANY
P.O. BOX 294836
CLEVELAND OH 44101

ALDRIDGE, DAN
11700 CROSS AVE
CROSSLAKE MN 56442

ALLEN EIDE
3221 32ND AVENUE SOUTH
SUITE 900
GRAND FORKS ND 58201

ALLIANCE BANK
55 EAST 5TH STREET, SUITE 115
ST. PAUL MN 55101

AMERICAN BANK
1060 DAKOTA DRIVE
MENDOTA HEIGHTS MN 55120

AMERICAN EXPRESS
P. O. BOX 0001
LOS ANGELES CA 90096

AMERICAN NATIONAL BANK OF MN
7638 WOIDA RD
BAXTER MN 56425

ANCHOR BANK
1570 CONCORDIA AVE
SAINT PAUL MN 55104

ANCHOR BANK
P.O. BOX 7933
MADISON WI 53707

AV CARD/OASIS
164 LAKE FRONT DR
COCKEYSVILLE MD 21030

AXIS CAPITAL, INC.
308 N LOCUST ST
PO BOX 2555
GRAND ISLAND NE 68802

AXLE CAPITAL, LLC / SAGECREST
3 PICKWICK PLAZA
GREENWICH CT 06830

AMERICAN BANK
1578 UNIVERSITY AVENUE W
SAINT PAUL, MN 55104

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

BARBARA LYNN CUTTER
2350 S BEVERLY GLEN BLVD #5
W LOS ANGELES CA 90064

BAYPORT MARINA ASSOCIATION
200 5TH STREET
BAYPORT MN 55003

BELISLE, WAYNE
1843 EAGLE RIDGE DR
SAINT PAUL MN 55118

BELLAGIO
3600 LAS VEGAS BLVD
LAS VEGAS NV 89109

BREICH, WALTER
13670 -- 122ND STREET
NORWOOD YOUNG AMERICA MN 55368

BREMER BANK
633 SOUTH CONCORD STREET, SUITE 350
SOUTH ST. PAUL MN 55075

BRIGGS & MORGAN PA
2200 IDS CENTER
MINNEAPOLIS MN 55402

C AND C BOAT WORKS
36448 CTY RD 66
CROSSLAKE MN 56442

CA BOARD OF EQUALIZATION
PO BOX 942879
SACRAMENTO CA 94279-7072

CA DEPT OF MOTOR VEHICLES
PO BOX 942869
SACRAMENTO CA 94269-0001

CARLTON FINANCIAL CORPORATION
1907 E. WAYZATA BLVD. SUITE 180
WAYZATA MN 55391

CENTER POINT ENERGY
P.O. BOX 1144
MINNEAPOLIS MN 55440

CESSNA AIRCRAFT COMPANY
P.O. BOX 12270
WICHITA KS 67277

CHRYSLER FINANCIAL
CIMS 740-01-19
6400 S FIDDLERS GREEN CIR., STE. 700
ENGLEWOOD CO 80111-4979

CHRYSLER FINANCIAL SERVICES
CIMS 405-23-01
27777 INKSTER RD
FARMINGTON MI 48334

CITY OF ASPEN
130 S. GALENA ST.
ASPEN CO 81611

CITY OF BAYPORT
294 N. 3RD STREET
BAYPORT MN 55003

CITY OF MEDINA
2052 CO RD 24
HAMEL MN 55340

COMMUNITY NATIONAL BANK
845 EAST COUNTY ROAD E
VADNAIS HEIGHTS MN 55127

CONDOR FIREPLACE & STONE CO
8282 ARTHUR ST NE
MINNEAPOLIS MN 55432

COOPERATIVE POWER
P.O. BOX 69
TWO HARBORS MN 55616

CORNERSTONE BANK
2627 SOUTH UNIVERSITY
FARGO ND 58103

CRAIG E. REIMER, ESQ.
MAYER BROWN
71 SOUTH WACKER DRIVE
CHICAGO IL 60606

CROSSLAKE PROPERTY SOLUTIONS
P.O. BOX 810
CROSSLAKE MN 56442

CROW WING COUNTY TREASURER
JUDICIAL CENTER
213 LAUREL ST
BRAINERD MN 56401

CROWN BANK
6600 FRANCE AVENUE SOUTH, SUITE 125
EDINA MN 55435

CARLTON FINANCIAL CORPORATION
1902 E. WAYZATA BLVD., SUITE 180
WAYZATA, MN 55391-2064

CHRYSLER FINANCIAL SERVICES AMERICAS LLC
C/O ANNE M. KLINE, SR. MANAGER-NATIONAL
27777 INKSTER ROAD
CIMS 405-23-05
FARMINGTON HILLS, MI 48334-5326

DEERWOOD BANK
P.O. BOX 527
724 W. WASHINGTON STREET
BRAINERD MN 56401

DON GILBERT
1700 PHEASANT RUN
HUDSON WI 54016

DONALD M HALSTEAD III
15626 SUNSET WAY
BRAINERD MN 56401

ELIZABETH A JOHNSON
PO BOX 624
PINE RIVER MN 56474

ENCORE BANK
3003 TAMIAMI TRAIL NORTH, SUITE 100
NAPLES FL 34103

EXXONMOBILE OIL CORPORATION
ATTN JENNIFER FRASER
120 MCDONALD STREET SUITE B
SAINT JOHN NB CANADA E2J 1M5

FAMILY HOLDINGS OF MN LLC
11614 ECHO BAY DRIVE
CROSSLAKE MN 56442

FIFTH THIRD BANK
999 VANDERBILT BEACH, 7TH FLOOR
MD B9997E
NAPLES FL 34108

FIFTH THIRD BANK
C/O RICHARD J. SWIFT, JR.
GARLICK STETLER & SKRIVIAN LLP
9115 CORSEA DE FONTANA WAY STE 100
NAPLES FL 34109

GE CAPITAL
1415 WEST 22ND STREET, SUITE 600
OAKBROOK IL 60523

GE CAPITAL, FLEET SERVICES
3 CAPITAL DRIVE
EDEN PRAIRIE MN 55344

GELCO CORP
THREE CAPITAL DR
EDEN PRAIRIE MN 55344

GELCO CORPORATION
THREE CAPITAL DRIVE
ATTN: GENERAL COUNSEL
EDEN PRAIRIE MN 55344

GEMB LENDING INC
2995 RED HILL AVE STE 250
COSTA MESA CA 92626

GEMB LENDING, INC.
P.O. BOX 57091
IRVINE CA 92619

GMAC MORTGAGE
9661 W. 143RD STREET
SUITE 200
ORLAND PARK IL 60462

GMAC MORTGAGE
P.O. BOX 4622
WATERLOO IA 50704

GMAC, LLC
15303 94TH AVENUE
ORLAND PARK IL 60462

GWYN M DOENZ
10600 COUNTRY DRIVE
PINE CITY MN 55063

HECKER, SANDRA
13755 - 84TH PL N
MAPLE GROVE MN 55369

HENNEPIN COUNTY TREASURER
300 S SIXTH ST
A600 GOVERNMENT CNT
MINNEAPOLIS MN 55487

HOLY CROSS ENERGY
3799 HWY 82
GLENWOOD SPRINGS CO 81602

HOME FEDERAL SAVINGS BANK
1016 CIVIC CENTER DR NW
STE 300
ROCHESTER MN 55903

HSBC BANK NEVADA NA
BASS & ASSOCIATES, PC
3936 E FT LOWELL RD, STE 200
TUCSON AZ 85712

HYUNDAI MOTOR AMERICA
10550 TALBERT AVE
MOUNTAIN VALLEY CA 92708

HYUNDAI MOTOR FINANCE COMPANY
10550 TALBERT AVENUE
MOUNTAIN VALLEY CA 92708

INTER BANK
P.O. BOX 986
NEWARK NJ 07184

INTERBANK EDINA
3400 WEST 66TH STREET, SUITE 100
EDINA MN 55435

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
389 US COURTHOUSE 316 N ROBERT
ST. PAUL MN 55101

IRS
DEPARTMENT OF TREASURY
OGDEN UT 84201

JACOB HOLDINGS OF MEDINA, LLC
500 FORD RD
MINNEAPOLIS MN 55426

JACOB PROPERTIES OF ASPEN, LLC
500 FORD RD
MINNEAPOLIS MN 55426

JASON S. COLBAUGH
PO BOX 1220
BRAINERD MN 56401

JAVAN CARL
13942 GRAND OAKS DR
BAXTER MN 56425

JAVER ESQUIVEL
2807 W AVE 30
LOS ANGELES CA 90065

JC BROMAC
11860 S. LA CIENEGA BLVD.
LOS ANGELES CA 90250

JOHN J. SORCI TRUST
2300 EAST VALLEY COURT
SAN JOSE CA 95148

JP MORGAN CHASE BANK, N.A.
726 MADISON AVENUE
NEW YORK NY 10021

KAPLAN STRANGIS & KAPLAN PA
5500 WELLS FARGO CENTER
90 SOUTH 7TH STREET
MINNEAPOLIS MN 55402

KELLY K. HECKER
13905 - 53RD AVE N. APT. 1
PLYMOUTH MN 55446

KLEINBANK
14141 GLENDALE ROAD
SAVAGE MN 55378

KLOBUCAR, JEFFREY D, ESQ
250 MARQUETTE AVE
STE 1200
MINNEAPOLIS MN 55401

KSTP-FM LLC
3415 UNIVERSITY AVE
SAINT PAUL MN 55114

LAKE BANK, N.A., THE
613 FIRST AVENUE
TWO HARBORS MN 55616

LLOYD SECURITY
1097 10TH SE
MINNEAPOLIS MN 55414

LUBIC, MICHAEL, ESQ.
601 S FIGUEROA ST
STE 2500
LOS ANGELES CA 90017-5704

M&I BANK
770 N. WATER STREET
MILWAUKEE WI 53202

MAC OF PINE CITY, LLC
3221 32ND AVENUE SOUTH
SUITE 900
GRAND FORKS ND 58201

MARC D. KOHL
39101 DARLING LANE
HINCKLEY MN 55037

MARC E TRESSLER
3400 BARBARA LN
BURNSVILLE MN 55337

MARSH CONSUMER
333 SOUTH SEVENTH, STE 1600
MINNEAPOLIS MN 55402-2427

MARSHALL BANK FIRST
225 SOUTH SIXTH STRE
MINNEAPOLIS MN 5540

MCENROE, CATHERINE
LEONARD STREET & DI
150 S FIFTH ST STE 2300
MINNEAPOLIS MN 55402



MICHAEL REYES
PO BOX 205
BACKUS MN 56435

MIKDEN PROPERTIES
7002 6TH STREET NORTH
OAKDALE MN 55128

MINNESOTA DEPT. OF RE
MAIL STATION 7701
SAINT PAUL MN 55146-7701

MINNESOTA DEPT. OF REVENUE
PO BOX 64649
SAINT PAUL MN 55164-0649

MIRAGE
3400 LAS VEGAS BLVD
LAS VEGAS NV 89109

MN DEPT OF PUBLIC SAFETY
DRIVER & VEHICLE SERVICES
445 MINNESOTA ST
SAINT PAUL MN 55101-5160

MN DEPT OF PUBLIC SAFETY
DRIVER AND VEHICLE SERVICES
445 MINNESOTA ST
SAINT PAUL MN 55101

NATHAN THIEMAN
1030 8TH AVE SW
PINE CITY MN 55063

NEIMAN MARCUS
P.O. BOX 5235
CAROL STREAM IL 60197

NEVADA STATE BANK
6505 NORTH BUFFALO DRIVE
LAS VEGAS NV 89131

NIEDERNHOEFER, MANFRED
1563 RIVERCREST RD
LAKELAND MN 55043

NITROGREEN
P.O. BOX 41
MAPLE PLAINE MN 55359

NORTHMARQ CAPITAL
3500 AMERICAN BLVD WEST, SUITE 500
BLOOMINGTON MN 55431

NORTHRIDGE FARM ASSOCIATION
P.O. BOX 767
WAYZATA MN 55391

NORTHWOODS BANK
PO BOX 112
PARK RAPIDS MN 56470

OLD REPUBLIC SURETY
1503 - 42ND ST
STE 100
DES MOINES IA 50305

PRALLE, GARY
3625 PINE HOLLOW PL
STILLWATER MN 55082

PREMIER AQUARIUM
6340 IRVING AVE S.
RICHFIELD MN 55423

PREMIER BANKS
1875 W. HIGHWAY 36
ROSEVILLE MN 55113

PRESS A DENT INC
1154 S HIGH ST
DENVER CO 80210

PRINDLE, DECKER & AMARO, LLP
310 GOLDER SHORE - 4TH FLOOR
LONG BEACH CA 90802

PROFESSIONAL SERVICE BUREAU
11110 INDUSTRIAL CIRCLE NW
STE B
ELK RIVER MN 55330-0331

PROHOVSKY, BILL
11700 CROSS AVE
CROSSLAKE MN 56442

R. OLSON / WATERFORD PROPERTIES
73 N. BROADWAY
FARGO ND 58102

R. OLSON/WATERFRONT PROPERTIES
73 N BROADWAY
FARGO ND 58102

RANDY'S SANITATION
P.O. BOX 169
DELANO MN 55328

RIVERLAND BANCORPORATION
700 SEVILLE DRIVE
JORDAN MN 55352

RIVERWOOD BANK
LOAN PRODUCTION OFFICE
PO BOX 899
CROSSLAKE MN 56442

RIVERWOOD BANK/FIRST FEDERAL SAVINGS BAN
CROSSLAKE - LOAN PRODUCTION OFFICE
PO BOX 899
CROSSLAKE MN 56442

ROE, JESSICA LIPSKY, ESQ.
BERNICK LIFSON ET AL
500 WAYZATA BLVD STE 1200
MINNEAPOLIS MN 55416

ROMANO, MARIA IND AND USRAC
3800 HOWARD HUGHES PKWY
7TH FLOOR
LAS VEGAS NV 89169

ROWAN, CHRISTI M.
1615 NORTHRIDGE DR
MEDINA MN 55391

ROYAL JEWELERS
73 BROADWAY
FARGO, ND 58102

RUTH ANN BIEDERMAN
414 7TH AVE NE
PINE CITY MN 55063

SCHUYLER SCARBOROUGH
19181 SPENCER ROAD UNIT #15
BRAINERD MN 56401

SCOTT A. KEYPORT
1802 AIRWAVES RD NE
PINE CITY MN 55063

SILVER CLIFF ASSOCIATION
1201 CEDAR LAKE RD S.
MINNEAPOLIS MN 55416

SOURCE GAS
P.O. BOX 660474
DALLAS TX 75266

ST. CROIS YACHT CLUB
P.O. BOX 2263
STILLWATER MN 55082

STATE OF MINNESOTA DEPT OF REVENUE
600 NORTH ROBERT STREET
ST. PAUL MN 55101

STORCHECK CLEANERS
857 7TH STREET
ST. PAUL MN 55106

SUMMERS PROPERTY MANAGEMENT
111K AABC
ASPEN CO 81611

TCF NATIONAL BANK
801 MARQUETTE AVENUE
MINNEAPOLIS MN 55402

TCHIDA, BRYANT D., ESQ.
LEONARD STREET & DEINARD
150 S 5TH ST STE 2300
MINNEAPOLIS MN 55402

THE MIRAGE CASINO-HOTEL
C/O MARK W. RUSSELL ESQ
3400 LAS VEGAS BLVD S
LAS VEGAS NV 89109

TOYOTA FINANCIAL SAVINGS BANK
2485 VILLAGE VIEW DRIVE
SUITE 200
HENDERSON NV 89074

TOYOTA FINANCIAL SERVICES
301 CARLSON PKWY, STE. 210
MINNETONKA MN 55305

TOYOTA MOTOR CREDIT CORP
301 CARLSON PKWY STE 210
MINNETONKA MN 55305

U.S. BANK
BC-MN-H22A
800 NICOLLET MALL, 22ND FLOOR
MINNEAPOLIS MN 55402

US BANK VISA CARD
P.O. BOX790408
ST. LOUIS MO 63179

VENTURE BANK
5601 GREEN VALLEY DRIVE
SUITE 120
BLOOMINGTON MN 55437

VFS FINANCING, INC.
10 RIVERVIEW DR
ATTN BETH BONELL
DANBURY CT 06810

VICTORIA INSURANCE
1100 LOCUST STREET
DES MOINES IA 50391

VISION BANK
3000 25TH ST. SOUTH
P.O. BOX 10008
FARGO ND 58106

WAGENER, MAURICE J.
13700 WAYZATA BLVD
HOPKINS MN 55305

WASHINGTON COUNTY TREASURER
GOVERNMENT CENTER
14949 - 62ND ST N
STILLWATER MN 55082

WASHINGTON MUTUAL BANK, FA
400 E MAIN ST
STOCKTON CA 95290

WASTE PARTNERS
P.O. BOX 677
PINE RIVER MN 56474-0677

WATERFORD ASSOCIATION
P.O. BOX 1353
MINNEAPOLIS MN 55480-1353

WAYN BELISLE
1843 EAGLE RIDGE
MENDOTA HEIGHTS MN 55118

WELLS FARGO
C/O DAVID GALLE
45 SOUTH SEVENTH ST, STE 3300
MINNEAPOLIS MN 55402

WELLS FARGO BANK N.A.
LOAN ADJUSTMENT GROUP
90 SOUTH 7TH STREET
MINNEAPOLIS MN 55402

WELLS FEDERAL BANK
53 FIRST ST. SW
WELLS MN 56097

WI DEPT OF TRANSPORTATION
PO BOX 7949
MADISON WI 53707

WILLIAM BRODY
BUCHALTERNEMER
1000 WILSHIRE BLVD, STE 1500
LOS ANGELES CA 90017-2457

WORLD OMNI FINANCIAL CORP.
190 JIM MORAN BOULEVARD
DEERFIELD BEACH FL 33442

ZAPPIA, THOMAS M., ESQ.
ZAPPIA & LEVAHN
941 HILLWIND RD NE STE 301
MINNEAPOLIS MN 55432

CRAIG E REIMER
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

DENNIS E. HECKER
PO BOX 1017
CROSSLAKE, MN 56442

HOWARD J ROIN
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

MARIA ROMANO
4744 PARADISE ROAD
LAS VEGAS, NV 89121

SAJIDA MAHDI ALI
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

STUART M ROZEN
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

WILLIAM KRANZ
MONTPETIT, FREILING & KRANZ
222 GRAND AVENUE WEST, SUITE 100
SOUTH ST. PAUL, MN 55075

MICHAEL J. BARRETT
MOLLER & BARRETT, LLP
225 SOUTH SIXTH STREET
SUITE 4390
MINNEAPOLIS, MN 55402

407514

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                    BKY No. 09-50779

Dennis E. Hecker,                                                   Chapter 7 Bankruptcy

                    Debtor.

## ORDER AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND FOR ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS

The above matter came before the Court on the Motion of Randall L. Seaver, Trustee ("**Trustee**") seeking an order authorizing sale of assets free and clear of interests and for assumption and assignment of executory contracts. More specifically, the Trustee seeks an Order (1) authorizing the sale of Debtor's membership interests, specifically, Ownership Interest Numbers 157, 186, 270, 271 and 363 in Bayport Marina Association, Inc. ("**Membership Interests**") to Hasse A&Y, LLC ("**Buyer**") free and clear of all liens, claims, interests and encumbrances; and (2) authorizing and approving the assumption and assignment to Buyer of Member Power Boat Slip Lease Agreements ("**Slip Contracts**") and Debtor's subleases ("**Subleases**") (together referred to as "**Contracts**"). It appearing that no other or further notice need be given; a hearing on the Sale Motion having been held before this Court on _____, 2009 (the "**Sale Hearing**"); all objections having been resolved, overruled or withdrawn, the arguments of counsel and the record of the Sale Hearing; and after due deliberation thereon and good cause appearing therefore:

### IT IS HEREBY FOUND AND DETERMINED THAT:

1.       The Trustee's request for expedited relief is granted.

2.       This Court has jurisdiction to hear and determine this Motion pursuant to 11 U.S.C. §§157 and 1334 and Local Rule 1070-1.

3.    The Notice of the Motion and of the hearing was sufficient.

4.    The sale of Membership Interests to _____
and assumption and assignment of the Contracts is hereby authorized under 11 U.S.C. §363(b) and
§365 of the Bankruptcy Code in a form as substantially proposed by the Trustee.

5.    The assumption and assignment of the contracts is authorized under §365 of the
Bankruptcy Code.

6.    The Trustee and _____,
through any corporate officer, are authorized and directed to execute and deliver, and empowered to
fully perform under, consummate and implement, the sale and assignment, together with all
additional instruments and documents that may be reasonably necessary or desirable to implement
such agreements, and to take all further actions as may be reasonably requested by the parties for the
purpose    of    assigning,    transferring,    granting,    conveying    and    conferring    to
_____, or reducing to possession, any or all Membership
Interests and Contracts, or as may be necessary or appropriate to the performance of the obligations
of the Trustee.

7.    Pursuant to 11 U.S.C. §365, the Trustee is authorized to assume the Slip Contracts
between the Debtor and Bayport Marina Association, Inc., as well as the Subleases.

8.    The Trustee is authorized to assign the Contracts to _____
with all the rights and obligations, claims, and liabilities of the Debtor under the Contracts. Further,
the Trustee shall cure the arrearages to Bayport Marina, Inc., estimated to be $16,014.41, from the
proceeds of this sale.

9.  Pursuant to 11 U.S.C. §§ 105(a), 363(b) and 363(f)(3), the Membership Interests shall be transferred to _____ free and clear of all claimed liens, claims and interest, with such liens, claims and interests, if any, to attach to the proceeds in the same dignity, priority and effect as they held at the commencement of the case with the exception that the Trustee may surcharge the proceeds in the amount of $50,000.00. The Trustee shall hold the net proceeds of the sale in the Trustee's trust account subject to further order of the Court.

10.  _____ has acted in good faith within the meaning of 11 U.S.C. §363(m).

11.  This Court retains exclusive jurisdiction to (i) enforce and implement the terms and provisions of the Sale and each of the agreements executed in connection therewith, (ii) compel delivery of the Membership Interests to _____, (iii) resolve any disputes arising under or related to the Sale Motion, except as otherwise provided therein, (iv) enjoin the assertion of Claims against Buyer or the Membership Interests, and (v) interpret, implement and enforce the provisions this Sale Order.

12.  Notwithstanding Bankruptcy Rules 6004(g) and 6006(d), and as provided by Bankruptcy Rule 7062, this Sale Approval Order shall be effective and enforceable immediately upon entry.

**BY THE COURT:**

Dated: _____         _____
                                        Robert J. Kressel
                                        U.S. Bankruptcy Court Judge

407703

3