UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                                           Chapter 7

Dennis E. Hecker,                                                                                BKY Case No. 09-50779

          Debtor.

_____

**WITHDRAWAL OF PROOF OF CLAIM**

The undersigned hereby withdraws his Proof of Claim filed on August 26, 2009 as Claim No. 42 on behalf of the creditor Alliance Bank.

                                               **LEONARD, O'BRIEN,
SPENCER, GALE & SAYRE LTD.**

Dated: August 26, 2009                              By: /e/ Brian F. Leonard
                                                                Brian F. Leonard, #62236
                                                                 Attorneys for Creditor Alliance Bank
                                                                 100 South Fifth Street, Suite 2500
                                                                 Minneapolis, MN 55402
                                                                 (612) 332-1030

407979