UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                                                          BKY No. 09-50779

Dennis E. Hecker,                                                                          Chapter 7

      Debtor.

---

## ORDER

---

This case is before the court on the motion of Randall L. Seaver, Chapter 7 Trustee, for turnover of property of the estate.

Upon the motion and the file ,

IT IS ORDERED: Within seven days from the entry of this rder Jaguar Land Rover Minneapolis shall turn over to the trustee:

1.    Copies of all documents including, without limitation, bills of sale, proof of insurance, title transfers, contracts, and records of payment relating to or evidencing the purchase of items from Jaguar Land Rover Minneapolis from January 1, 2007 to date, by any of the following:

        a.    Dennis Hecker;
        b.    Christi Rowan;
        c.    North State Financial Corp.;
        d.    Rosedale Leasing; and,
        e.    Any business entities owned by, or associated with, Dennis Hecker.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/26/2009*
Lori Vosejpka, Clerk, by LMH

2. All documents including, without limitation, bills of sale, proof of insurance, title transfers, contracts, and records of payment relating to the purchase by any of the individuals or entities set forth at paragraph 1 hereof any of the following vehicles:

    a.      2008 Land Rover SRHC #SALMF13438A291452
    b.      2008 Land Rover SRHC #SALMF13428A296951

Dated: August 26, 2009

/e/ Robert J. Kressel
Robert J. Kressel
UnitedStates Bankruptcy Judge

407285