UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                                    BKY No. 09-50779

Dennis E. Hecker,                                                                                 Chapter 7

          Debtor.
_____

**ORDER AUTHORIZING EXPEDITED SALE OF ASSETS OF
DEBTOR FREE AND CLEAR OF INTERESTS**
_____

     This case is before the court on the motion of Randall L. Seaver, trustee seeking an order authorizing a sale free and clear of interests.

     Based on the motion and the file,

     **IT IS ORDERED**:

     1.    The notice of the sale motion and of the hearing was sufficient under the circumstances.

     2.    The trustee is entitled to expedited relief.

     3.    The trustee is authorized to sell to Todd A. Montpetit all of the debtor's interest in ITR Group, Inc. including shares of ITRG's stock and all of the debtor's rights under that certain Stock Purchase Agreement dated March 1, 2004 between the debtor and the buyer for the sum of $40,000.00.

     4.    The property and rights sold shall be free and clear of any interest in such property pursuant to 11 U.S.C. §363(a), (b) and (f) with such interests, if any, attaching to the proceeds of sale with the same priority, dignity and effect as such interests existed pre-petition.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/26/2009*
Lori Vosejpka, Clerk, by LMH

      5.       The proceeds shall be deposited in the trustee's account and held subject to further order.

      6.       The buyer has acted in good faith within the meaning of 11 U.S.C. §363(m) and is entitled to the benefits thereof.

      7.       Notwithstanding Fed. R. Bankr. P. 6004(g), this order is effective immediately.

Dated: August 26, 2009

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

407464