**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                     Chapter 7

Dennis E. Hecker,                          BKY Case No. 09-50779

           Debtor.

**VERIFIED SECOND SUPPLEMENTAL DISCLOSURE**
**PURSUANT TO BANKRUPTCY RULE 2014(a)**

I, Matthew R. Burton and Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. as and for their Verified Second Supplemental Disclosure pursuant to Federal Rule of Bankruptcy Procedure 2014(a), state as follows:

1.  This Verified Second Supplemental Disclosure is made in connection with the retention by Randall Seaver, the Chapter 7 Trustee in this case, of Matthew R. Burton and Leonard, O'Brien, Spencer, Gale & Sayre, Ltd., as counsel to the Chapter 7 Trustee in this case.

2.  The law firm of Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. (the "Firm") will not represent Alliance Bank in any matter in this bankruptcy case. The Firm will not represent the Trustee, Randall Seaver, in any matters related to or concerning Alliance Bank.

3.  The Firm does currently represent Alliance Bank on matters unrelated to this bankruptcy case.

                                             **LEONARD, O'BRIEN,**
                                             **SPENCER, GALE & SAYRE LTD.**

                                             /e/ Matthew R. Burton

Dated: August 27, 2009           By: _____
                                               Matthew R. Burton, #210018
                                               100 South Fifth Street, Suite 2500
                                               Minneapolis, MN 55402
                                               (612) 332-1030

## **VERIFICATION**

    I, Matthew R. Burton, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated:  August 27, 2009　　　　　　　　　　/e/ Matthew R. Burton_____
　　　　　　　　　　　　　　　　　　　　Matthew R. Burton

408074