UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker, Debtor.

Case No. BKY 09-50779
Chapter 7 Case

**DEBTOR'S VERIFIED RESPONSE TO CHRYSLER FINANCIAL'S MOTION OBJECTING TO THE DEBTOR'S CLAIMED HOMESTEAD EXEMPTION**

## INTRODUCTION

Debtor Dennis E. Hecker ("Debtor") files this Response (the "Response") to Chrysler Financial Services Americas LLC, f/k/a DaimlerChrysler Financial Services Americas LLC's ("Chrysler Financial") Motion Objecting to the Debtor's Claimed Homestead Exemption (the "Objection"). Because application of the "reverse pierce" doctrine is appropriate in the instant case, Debtor has properly claimed a homestead exemption created by Minn. Stat. § 510.01 and the Objection should be overruled.

## FACTUAL BACKGROUND

Except to the extent noted in this section, the facts relevant to this Response are set forth in the Objection. All capitalized terms have the meaning ascribed to them in the Objection.

**1. Debtor Is Claiming the Exemption on the 11700 Cross Avenue Property.**

In footnote 4 of the Objection, Chrysler Financial expresses its uncertainty regarding which property Debtor is claiming for purposes of the homestead exemption. Chrysler Financial assumes for the purposes of its Objection that Debtor intended to claim the homestead exemption on property located at 11700 Cross Avenue, rather than 11706 Cross Avenue. This assumption is correct; Debtor is claiming a homestead exemption on the property located at 11700 Cross Avenue. Debtor is preparing and will file and serve the amendment to Schedule C correcting this error.

**2.      The Exemption Amount is $330,000.**

In paragraph 17 of the Objection, Chrysler Financial notes that Debtor indicated on Schedule C that the value of his claimed homestead exemption was $0.  In the amendment to schedule C, Debtor intends to change the value of his claimed homestead exemption to an amount up to $330,000.[1]

**3.      Jacob Holdings of Cross Lake and Jacob Properties of Minnesota are Controlled by the Debtor.**

The Homestead Property is titled in the name of Jacob Holdings of Cross Lake, LLC ("JH Cross Lake") and not by Debtor personally.  All member units of JH Cross Lake are owned by Jacob Properties of Minnesota LLC ("JPM").  Debtor directly owned 91% of JPM units.  Of the remaining units, approximately 5% are held by Rosedale Dodge, Inc., which in turn was wholly owned by Debtor.  Thus, Debtor directly and indirectly owned 96% of the JPM units. The remaining 4% of JPM units are held by four separate trusts, each of which holds 1% of the JPM units.  The trusts were established by Debtor and the beneficiaries are Debtor's children. Two of Debtor's minor children reside with him from time to time in the Homestead Property.

**4.      There Are Three Cross Lake Properties.**

Through JH Cross Lake, Debtor owned, at the filing date, three properties in Crosslake, Minnesota.  These properties are: (a) Tract A, located at 11614 Echo Bay Drive, Crosslake, Minnesota 56442; (b) Tract B, located at 11706 Cross Avenue, Crosslake, MN 56442; and (c) Tract C, located at 11700 Cross Avenue, Crosslake, MN 56442.  Tract C is the property being claimed by Debtor as his homestead (hereinafter, the "Homestead Property").  Tracts A and B are adjacent to the Homestead Property (collectively, the "Adjacent Properties").  Debtor held

---

[1] Minn. Stat. § 510.02 subd. 1 limits the size of the homestead exemption to $330,000 for non-agricultural property. Debtor does not assert that he is entitled to an exemption in an amount greater than the limits imposed by § 510.02.

the Homestead and Adjacent Properties through JH Cross Lake merely as a convenience relating to his pre-nuptial agreement with his wife. *See* Transcript of § 341 Meeting, p. 76, attached as Exhibit A (Debtor testified that the limited liability entities were created so that his spouse would not share "any of the upside or any of the downside" of ownership).

**5. TCF Holds the Mortgages and Notes on the Properties.**

As of the petition date, TCF National Bank ("TCF") held three notes executed by JH Cross Lake in the aggregate principal amount of approximately $6.5 million (the "Notes"), plus accrued and accruing interest. Pursuant to that certain Combination Mortgage, Security Agreement and Fixture Financing Statement dated June 22, 2007, all three Notes are secured by a mortgage covering all three Tracts. Debtor also personally guaranteed all three Notes.

**6. The Value of the Homestead Property Is Less Than the Tax-Assessed Value.**

Chrysler Financial asserts that the Homestead Property is worth approximately $8.9 million, and the Adjacent Properties are worth approximately $2.9 million collectively, for a combined total of $11.8 million. In determining the value of the Homestead Property, Chrysler Financial relied on the estimated market value articulated by the Crow Wing County Assessor (the "Crow Wing County Assessment"). *See* Objection, Ex. 1. This assessment fails to take into account the precipitous decline in the value of real estate.

In contrast to the tax assessed value of $8.9 million, Debtor valued the Homestead Property at $3.983 million on Schedule A of his petition and schedules. Debtor based this value on a broker's opinion of value obtained from Larson Group Real Estate. A copy of the valuation letter is attached as Exhibit B. This valuation considers recent changes in the real estate market and consequently, is likely more accurate than the Crow Wing County Assessment. Debtor

values the Adjacent parcels at $1,850,000 collectively, based on the same broker's opinion of value (for a combined total of $5.833 million).

At the request of the Trustee, Debtor has given access to all three parcels to the Trustee and the Trustee has obtained a separate market analysis, a copy of which is attached as Exhibit C. That analysis suggests a listing price for all three parcels combined of between $7.85 million and $8.05 million, and the Homestead Property specifically as between $5.5 and $6 million.

Even if the Trustee's listing price is an accurate valuation, in light of the TCF liens ($6.5 million) and Debtor's homestead exemption claim ($330,000), and taking into account the time delay for selling high-end real estate, coupled with the ongoing costs of the property for taxes, maintenance and upkeep, and accruing interest on the mortgage debt, there likely is no realizable equity in the Homestead Property for the estate.

## LEGAL ANALYSIS

### A. An Individual May Homestead Property Owned by a Limited Liability Company.

Pursuant to Minnesota law, a "house owned and occupied by a debtor as the debtor's dwelling place, together with the land upon which it is situated . . . shall constitute the homestead of such debtor and the debtor's family, and be exempt from seizure or sale under legal process on account of any debt." Minn. Stat. § 510.01. Although the statute limits the homestead designation to a house owned and occupied by a debtor, Minnesota courts have nonetheless concluded that a home occupied by an individual but owned by a limited liability entity may be claimed as the homestead of the occupant. *See Cargill, Inc. v. Hedge*, 375 N.W.2d 477 (Minn. 1985); *State Bank in Eden Valley v. Euerle Farms, Inc.*, 441 N.W.2d 121 (Minn. Ct. App. 1989). In a reverse pierce, the corporate entity is "set aside so protections that are available to noncorporate entities or individuals would be available to the shareholder to avoid injustice." *Id.*

(quoting *Miller & Schroeder, Inc. v. Gearman*, 413 N.W.2d 194, 198 (Minn. Ct. App. 1987) (Wozniak, J., dissenting)).

Minnesota courts have examined the following factors to determine if a reverse pierce is appropriate: (1) the degree of identity between the individual and his or her corporation; (2) the extent to which the corporation is an alter ego; and (3) whether others, such as a creditor or other shareholder, would be harmed by piercing the corporate veil. *Cargill*, 375 N.W.2d at 479.

In *Cargill*, the debtors transferred their property into a farm corporation. *Id.* at 478. In determining that there was close identity between the debtors and their corporation, the court relied on the following factors: (1) they had no lease with the corporation and paid no rent to the corporation; (2) the farmhouse was their family home; (3) the debtors owned all the stock in the corporation; and (4) they received no salary for their roles as officers of the corporation. *Id.* The fact that the debtors maintained some of the corporate formalities, such as keeping corporate minutes and filing corporate tax returns, did not prevent the court from concluding that the corporation was the alter ego of the individual claiming the exemption. *Id.*

In determining that no shareholder or creditor would be harmed by the reverse pierce, the court noted that "any unfairness [to Cargill] in allowing [the debtors] the homestead exemption is merely inherent in the exemption itself. Creditors are deemed to extend credit in awareness that, should an individual debtor default, a homestead is exempt." *Id.* As a result, any unfairness to Cargill stemmed not from allowing the debtors to claim their property as exempt, but rather because Minnesota law allows a debtor to claim their homestead as exempt.

The court also recognized "strong policy reasons for a reverse pierce, . . . furtherance of the purpose of the homestead exemption." *Id.* Minnesota has "long recognized the importance, notwithstanding the just demands of creditors, for a debtor's home to be a 'sanctuary.'" *Id.* The

homestead exemption is a "wise and humane policy," not just for the debtor's benefit, but also "in the interest of the state, whose welfare and prosperity so largely depend upon the growth and cultivation among its citizens of feelings of personal independence, together with love of country and kindred-sentiments that find their deepest root and best nourishment where the home life is spent and enjoyed." *Ferguson v. Kumler*, 6 N.W. 618, 619 (Minn. 1880).

In *Euerle Farms, Inc.*, 441 N.W.2d at 124, the court allowed individuals to claim the homestead exemption in property owned by their corporation. The debtors in *Euerle Farms* transferred their land into a corporation and continued to occupy their homes. In concluding that a reverse pierce was appropriate, the court found a strong degree of identity between the debtors and their corporation. *Id.* The court found it significant that: (1) after incorporation, the parties continued to occupy and use their farm homes as their own and continued to receive real estate homestead tax exemptions on the property; (2) the debtors were corporate officers and owned all the corporate stock; (3) they did not pay rent to the farm corporation; and (4) although they received salaries for the work they performed, they did not receive salaries as corporate officers. *Id.*

**B. A Reverse Pierce is Appropriate in the Instant Case.**

Applying the analysis of the cases discussed above to the case at bar demonstrates that Chrysler's Objection should be overruled. Such a holding is appropriate because: (1) JPM and JH Cross Lake are merely alter egos of Debtor; (2) no creditor or unitholder will be harmed by Debtor claiming the homestead exemption; (3) the Debtor personally made all the mortgage payments for the Homestead Property and loaned money to JH Cross Lake for improvements to the property; (4) JH Cross Lake has no ability to repay amounts owed to Debtor for improvements or mortgage payments made by Debtor; (5) the Debtor does not have a written

lease and never paid JH Cross Lake for use and occupancy of the Homestead Property; and (6) it is irrelevant when Debtor moved to the Homestead Property.

**1. JPM and JH Cross Lake are Alter Egos of Debtor.**

Debtor indirectly owns the Homestead Property through JH Cross Lake and JPM. As described above, Debtor owned directly or indirectly 96% of all JPM units. The remaining units were contributed by Debtor to trusts he established for the benefit of his children, including two minor children who reside with Debtor. Debtor has never paid rent to JH Cross Lake, and there is no written lease for the property. Moreover, as discussed below, Debtor paid the mortgage and taxes directly to TCF and the taxing authorities out of his own personal account.

Costs for improvements to the parcels were paid for by Debtor and were treated as advances to JH Cross Lake on its books and records. However, JH Cross Lake never repaid any of the advances, nor could it since it had no source of income. Accordingly, Debtor never had any expectation of repayment.[2] Additionally, Debtor was the sole governor, chief manager and president of JH Cross Lake, and the sole governor and president of JPM. He received no salary for his role as governor or officer of the entities. These minimal activities and interactions between Debtor and JH Cross Lake demonstrate that JH Cross Lake was never meant to function as an independent entity.

Moreover, it is uncontested that Debtor made all mortgage payments and property taxes on the Homestead Property, as well as the Adjacent Properties, out of his personal account. Attached as Exhibit D is a copy of Debtor's personal cash activity from June 2007 through April

[2] Shortly before the petition date, Debtor leased the Adjacent Properties to third parties. The rents collected so far have been turned over to the Trustee and are subject to the lien of TCF under the assignment of rents provision of its mortgage.

2008 demonstrating that he personally made the mortgage payments on the Homestead Property. Attached as Exhibit E are copies of bank statements from June 2008 through July 2009 for Debtor's personal checking account showing automatic withdrawals for mortgage payments made on the Homestead Property.

Chrysler Financial argues that "reverse piercing has never been permitted in a case like this one, which the Debtor deliberately created and holds virtually all of his property interests in dozens of entities." Memorandum of Law in Support of Motion Objecting to the Debtor's Claimed Homestead Exemption ("Memorandum"), at 4. That is incorrect. In both *Cargill* and *Euerle Farms*, the debtors did exactly that; namely, they deliberately created and held all of their property in limited liability entities.

Further, the fact that Debtor holds his property interests in dozens of such entities simply reinforces the notion that JH Cross Lake is the alter ego of Debtor. Specifically, Debtor held ownership interests in numerous limited liability entities, and almost all of them engaged in business activities (e.g., operation of automobile dealerships, operation of fleet leasing and sales, financing activities, or daily car rental operations). In contrast to the vast majority of them, however, JH Cross Lake did not engage in any business activities. Rather, it was organized by Debtor solely for familial and estate planning purposes. As such, it should be held to be Debtor's alter ego. *See U.S. v. Scherping*, 187 F.3d 796, 802 (8th Cir. 1999) (concluding that an entity may be deemed an "alter ego" when it is without economic substance).

**2. Allowance of the Homestead Exemption Will not Harm Debtor's Creditors or Other Unitholders of JPM.**

Any harm to Chrysler Financial as a result of Debtor's homestead exemption results from the homestead exemption itself. Chrysler Financial does not claim that it specifically relied on the ownership structure of the Homestead or Adjacent Properties in extending credit to Debtor or

Debtor's other businesses.  JH Cross Lake was not a borrower from Chrysler Financial and did not guarantee the debts owed to Chrysler Financial by Debtor's business enterprises.  Further, Chrysler Financial has not shown that it relied on the fact that Debtor did not directly own a home in extending credit to Debtor.  Chrysler Financial's only complaint is that it claims a lien on Debtor's direct and indirect ownership interest of JPM and thus is somehow deprived of an asset.

This position is unfounded for two reasons.  First, one can safely assume Chrysler Financial did not consider the lien material to its interests because it did not take steps to perfect its lien on Debtor's assets for more than six years after the lien was granted.  Second, it is doubtful that Chrysler Financial's lien has any value since it will only be entitled to some payment once the creditors of JH Cross Lake and JPM are satisfied in full.  Chrysler Financial's claimed interest, therefore, is simply too attenuated to be given any credence here.  Chrysler Financial has made no arguments that would allow the Court to conclude that it would be harmed in some way beyond the harm inherent in the homestead exemption and the "wise and humane policy" that it represents.  *Ferguson v. Kumler*, 6 N.W. 618, 619 (Minn. 1880).

Chrysler Financial also agues that a reverse pierce is inappropriate here because Debtor is not the sole owner of JPM.  A reverse pierce of the corporate veil is appropriate where an individual owns all or substantially all of the ownership units of a limited liability entity.  *See Roepke v. Western National Mutual Insurance Co.*, 302 N.W.2d 350, 352 (Minn. 1981) ("[C]ourts of equity have repeatedly held that where an individual owns all, or practically all, the stock of a corporation, the corporation and such individual will be regarded as one and the same if the equities of a case so require.").  Here, Debtor owns, either directly or indirectly through Rosedale Dodge, 96% of all units of JPM, which owns 100% of all JH Cross Lake units.  The

other JPM unitholders are trusts established by Debtor for the benefit of Debtor's family members, some of whom reside with Debtor at the Homestead Property.

**3. It is Irrelevant when Debtor Moved to the Homestead Property.**

The homestead exemption is available when a house is "owned and occupied by a debtor as the debtor's dwelling place." Minn. Stat. § 510.01. The statute does not require that a debtor live in a house for a specified period of time before being eligible to benefit from the homestead exemption. The right to the homestead exemption is determined on the date of filing of the petition for relief. *See Myers v. Matley*, 318 U.S. 622, 784 (1943) ("[T]he bankrupt's right to a homestead exemption becomes fixed at the date of the filing of the petition in bankruptcy . . . ."). The question of when Debtor homesteaded the property is simply irrelevant to whether Debtor should be allowed to assert a claim for reverse piercing.

## CONCLUSION

Because JPM and JH Cross Lake are alter egos of the Debtor, and because no creditor or unit holder will be adversely affected, application of the "reverse pierce" doctrine is appropriate in the instant case. The Court should therefore deny Chrysler Financial's motion objecting to Debtor's homestead exemption.

Pursuant to Local Rule 9013-2(b), this Response is verified and is accompanied by a Proposed Order and proof of service.

## NOTICE OF WITNESSES

Pursuant to Local Rule 9013-2, Debtors give notice that they may, if necessary call Dennis E. Hecker to testify at the hearing on the Objection regarding the facts set out herein. Debtor also gives notice that it may call Robert Birkeland of Larson Group Real Estate to testify at the hearing on the Objection. Mr. Birkeland's business address is 35770 Allen Avenue, Suite

Two, P.O. Box 929, Crosslake, Minnesota, 56442.  Debtor reserves the right to call any additional witnesses as necessary to testify at any evidentiary hearing related to the Objection.

WHEREFORE, Debtor respectfully requests that the Court enter an order: (a) overruling Chrysler Financial's Objection; and (b) granting such other and further relief as the Court deems just and equitable.

Dated:  August 28, 2009                FREDRIKSON & BYRON, P.A.

                                       */s/ Clinton E. Cutler*
                                       Clinton E. Cutler (#158094)
                                       Cynthia A. Moyer (#211229)
                                       Kendall L. Bader (#389001)
                                       200 South Sixth Street, Suite 4000
                                       Minneapolis, MN 55402
                                       Phone (612) 492-7000
                                       Fax (612) 492-7077

                                       ATTORNEYS FOR DEBTORS

4609367_1

**VERIFICATION**

I, Dennis E. Hecker, am Debtor named in the foregoing Response. Based on my personal information and belief, I declare under penalty of perjury that the facts set forth in the preceding Response are true and correct, according to the best of my knowledge, information and belief.

Dated: August 28, 2009

Signed: ______________________
Dennis E. Hecker

4609367_1

# EXHIBIT A

Page 73

Q Where would the deposits have been made?
A Who owns the property?
Q I'm asking you where the deposits --
A I don't have the document in front of me. I'm not sure who --
MR. MOHRMAN: Do you want to see the document again?
THE DEBTOR: Yeah.
BY THE TRUSTEE:
Q Jacob Holdings.
A It would either be Jacob Holdings or my personal accounts.
Q Does Jacob Holdings have a bank account?
A Yes, it does.
Q Where is that?
A I don't know. We can find that for you.
Q Who's the signatory on the account?
A Mr. Seaver, we had a hundred bank accounts.
Q Yeah. I'm --
A I'm not sure who is the only signer or who signed and made the deposits. We can find that information.
Q Okay. And you'll do that, right?
A Yes.
Q Okay. Is Mr. Aldrich employed?

Page 74

A He has a company.
Q What's the name of the company?
A I'm at a loss for the name.
Q Okay. Mr. Hecker, I sent a letter to your attorney just recently asking, among other things, that you specify what items of personal property you're claiming as exempt as household goods. And I'm not going to ask you here today what those are, but I just want to make certain that you knew that I'm asking you to tell me exactly what it is that you want to claim as exempt in whatever homes you want to. You'll do that, right?
A Yes.
Q Okay. I received a letter from Mr. Cutler dated July 13. I'm sorry. It's not from Mr. Cutler, it's from Doug Nusbaum at his firm. And he says various things, but there is a list attached to it in which there's a list of items that were gifted to your children, he indicates. Are there any documents to verify those gifts?
A First of all, they were registered in my name because the children are 14 and 8. So I wouldn't have any document between myself and an 8-year-old or a 14-year-old.

Page 75

Q Sir, my question is, are there any documents to verify those gifts to them?
A No.
Q Okay. When was the property in Cabos purchased, Mr. Hecker?
A Approximately three to five years ago.
Q Okay. What was the original purchase price?
A I believe a million two.
Q Okay. And where did the funds come from to purchase it?
A I believe Wells Fargo.
Q Okay. Wells Fargo didn't finance the entire million dollar purchase, though, did it?
A No.
Q Okay. Did Denny Hecker also pay some money towards the purchase?
A Yes.
Q Okay. Does Jacob Holdings of Ventanas, LLC, have a bank account?
A I believe they do.
Q Where is that?
A We can provide that for you.
Q Okay. Does Jacob Holdings of Ventanas have any business? Do you understand my question?
MR. CUTLER: Other than owning the condo?

Page 76

BY THE TRUSTEE:
Q Yeah. Let me rephrase it. Is the only thing that Jacob Holdings of Ventanas, LLC, exists for is to hold that property?
A Yes.
Q Okay. Why did you put it in the name of that LLC rather than in your name personally?
A Can I just ask a question just for a minute?
(Discussion held off the record between the Debtor and his attorney.)
THE DEBTOR: All of the entities that I own were in LLCs because I had a premarital agreement that over the period of time, everything that I acquired would be in the LLCs and my spouse wouldn't be -- have any of the upside or any of the downside.
BY THE TRUSTEE:
Q Okay. So if it had been in your name personally -- And I'll just stick to this one example. So if Cabos had been in your name personally, your understanding is it wouldn't have been protected by the antenuptial agreement?
A I believe so.
Q Okay. Who paid the mortgage on the Cabos

# EXHIBIT B



May 20, 2009

Jacobs Holdings of Crosslake
500 Ford Road
Minneapolis, MN 55426

Dear Mr. Hecker,

Pursuant to your request I have completed an appraisal of the Crosslake property with the address of:

**11700 Cross Ave**

I find the subject property to have low elevation with 487 feet of shoreline. The property is located on the South bay of Cross Lake. The setting is one of the most private settings on the Whitefish Chain.

Improvements to the site consist of a 5 bedroom, 7 bath, 11438 sq. ft. home that is in excellent condition and takes full advantage of the great views and access to Cross Lake. Additional improvements to the site consist of a 2100 sq ft finished attached garage, boat house and pool. Other features of the house include 5 fireplaces, extensive lakeside patio, theater, weight room, office and a gated entry. This house was constructed to the highest standard for our area.

There are few comparables in the current market as we have a large number of listings compared to the number of sales. The value depreciation that other parts of the county have experience are also playing out for Real Estate values on the Whitefish Chain. This year we are not able to use replacement costs for land and buildings to determine market prices for homes.

Your property has a total of 487 feet of shoreline. We can value 250 feet of the property at the current market price of $5,000 per foot. We also need to add value for the remaining frontage as that creates privacy however we are not able to give that frontage the current market price per foot. The total for the land component for this property is $1,550,000.

The current market value for the 11,438 square foot house is $2,287,600. The value of the landscaping, boathouse and other exterior features of the home increase the value of the property by $145,400. The unique features of this property will help the properties marketability but will not increase the value like we would have been able to do in past years.

The current market value of this property is $3,983,000.

I appreciate your confidence in asking me to prepare this analysis for you.

Sincerely,

Robert Birkeland, ABR/GRI
Owner/Partner
Larson Group Real Estate

35770 Allen Avenue, Suite Two / P.O. Box 929 / Crosslake, MN 56442
Office (218)692-6920 / (888)692-6920 / Fax (218)692-6921

# EXHIBIT C

The Real Estate Company of Crosslake
Shores & More
PedersonTeam.com
BUSINESS: (877) 692-LAKE (5253) FAX: (218) 692-5252

August 20, 2009

Mr. Randall L. Seaver
United States Chapter 7 Panel Trustee
12400 Portland Avenue S. Suite 132
Burnsville, MN 55337

Dear Mr. Seaver:

Thank you for contacting us to prepare a Comparative Market Analysis for the three properties owned by Jacob Holdings of Crosslake LLC. We will assist you in any way we can.

We have prepared a separate report for each property with a list of some of the main features, survey, photos and comparable properties that have sold and competitive properties that are active listings.

There is a separate summary of all three properties and their respective values for your easy reference.

Our market values, as you know, have seen a decline. The Short Sales and REO (Bank Owned Properties) sales, have placed a lot of downward pressure on our market values. That combined with a diminishing number of qualified buyers makes pricing the properties realistically very important. The goal obviously is to sell and close in a very timely manner.

Should the court decide to list the properties for sale on the active market, we would appreciate the opportunity to market the properties. We feel that the properties will generate a lot of interest from the general public and will bring the best price by individual listing. If an auction is the method chosen to market the property, we could recommend an auction company. If there is anything further we can do for you, please contact us at any time.

Sincerely,

Ted & Terry Pederson

Ted and Terry Pederson
Broker/Owners
The Real Estate Company

lakes@PedersonTeam.com
P.O. Box 345 • 35548 County Road 66 • Crosslake, MN 56442
The Pederson Team

Document Page 19 of 48

# Market Summary

| | | |
|---|---|---|
| Tract A | 11614 Echo Bay Drive<br>Crosslake, MN 56442 | $1,100,000 to $1,150,000 |
| Tract B | 11706 Cross Avenue<br>Crosslake, MN 56442 | $5,500,000 to $5,600,000 |
| Tract C | 11700 Cross Avenue<br>Crosslake, MN 56442 | $1,250,000 to $1,300,000 |

GET MOVING ... WITH THE PEDERSON TEAM 877-692-LAKE PedersonTeam.com

# EXHIBIT D

**Dennis E. Hecker**
**TCF Bank**
**Personal Cash Activity**

| | |
|---|---|
| ***June 2007*** | |
| Loan Payment - JH Cross Lake | (7,403) |
| Loan Payment - JH Cross Lake | (1,767) |
| Loan Payment - JH Cross Lake | (1,767) |
| ***July 2007*** | |
| Loan Payment - JH Cross Lake | (25,499) |
| Loan Payment - JH Cross Lake | (6,085) |
| Loan Payment - JH Cross Lake | (6,085) |
| ***August 2007*** | |
| Loan Payment - JH Cross Lake | (25,499) |
| Loan Payment - JH Cross Lake | (6,085) |
| Loan Payment - JH Cross Lake | (6,085) |
| ***September 2007*** | |
| Loan Payment - JH Cross Lake | (24,677) |
| Loan Payment - JH Cross Lake | (5,889) |
| Loan Payment - JH Cross Lake | (5,889) |
| ***October 2007*** | |
| Loan Payment - JH Cross Lake | (25,499) |
| Loan Payment - JH Cross Lake | (6,085) |
| Loan Payment - JH Cross Lake | (6,085) |
| ***November 2007*** | |
| Loan Payment - JH Cross Lake | (24,677) |
| Loan Payment - JH Cross Lake | (5,889) |
| Loan Payment - JH Cross Lake | (5,889) |

**Dennis E. Hecker**
**TCF Bank (Preferred Checking)**
**Personal Cash Activity**

| | |
|---|---|
| Automated Withdrawl Loan Payment (1/2/08) | (25,499) |
| Automated Withdrawl Loan Payment (1/2/08) | (6,085) |
| Automated Withdrawl Loan Payment (1/2/08) | (6,085) |
| Automated Withdrawl Loan Payment (2/1/08) | (25,499) |
| Automated Withdrawl Loan Payment (2/1/08) | (6,085) |
| Automated Withdrawl Loan Payment (2/1/08) | (6,085) |
| Automated Withdrawl Loan Payment (3/03/08) | (23,854) |
| Automated Withdrawl Loan Payment (3/03/08) | (5,692) |
| Automated Withdrawl Loan Payment (3/03/08) | (5,692) |
| Automated Withdrawl Loan Payment (4/1/08) | (25,499) |
| Automated Withdrawl Loan Payment (4/1/08) | (6,085) |
| Automated Withdrawl Loan Payment (4/1/08) | (6,085) |
| Automated Withdrawl Loan Payment (5/1/08) | (24,677) |
| Automated Withdrawl Loan Payment (5/1/08) | (5,889) |
| Automated Withdrawl Loan Payment (5/1/08) | (5,889) |

**Dennis E. Hecker**
**TCF Bank (Preferred Checking)**
**Personal Cash Activity**

| | |
|---|---|
| *June Standard Automated Withdrawl Loan Payment* | *(95,708)* |
| *Automated Withdrawl Loan Payment (7/1/08)* | *(24,677)* |
| *Automated Withdrawl Loan Payment (7/1/08)* | *(5,889)* |
| *Automated Withdrawl Loan Payment (7/1/08)* | *(5,889)* |
| *Automated Withdrawl Loan Payment (8/1/08)* | *(25,499)* |
| *Automated Withdrawl Loan Payment (8/1/08)* | *(6,085)* |
| *Automated Withdrawl Loan Payment (8/1/08)* | *(6,085)* |
| *Automated Withdrawl Loan Payment (09/02/08)* | *(25,231)* |
| *Automated Withdrawl Loan Payment (09/02/08)* | *(6,085)* |
| *Automated Withdrawl Loan Payment (09/02/08)* | *(6,085)* |
| *Automated Withdrawl Loan Payment (10/01/08)* | *(24,677)* |
| *Automated Withdrawl Loan Payment (10/01/08)* | *(5,889)* |
| *Automated Withdrawl Loan Payment (10/01/08)* | *(5,889)* |
| *Automated Withdrawl Loan Payment (11/03/08)* | *(25,499)* |
| *Automated Withdrawl Loan Payment (11/03/08)* | *(6,085)* |
| *Automated Withdrawl Loan Payment (11/03/08)* | *(6,085)* |
| *Nov / Dec Standard Automated Withdrawl Loan Payment* | *(110,938)* |
| *Dec Standard Automated Withdrawl Loan Payment* | *(59,493)* |

**Dennis E. Hecker**
**TCF Bank (Preferred Checking)**
**Personal Cash Activity**

| | |
|---|---|
| Automated Withdrawl Loan Payment (2/2) - Real Estate | (25,499) |
| Automated Withdrawl Loan Payment (2/2) - Real Estate | (6,085) |
| Automated Withdrawl Loan Payment (2/2) - Real Estate | (6,085) |
| Automated Withdrawl Loan Payment (3/2) - Real Estate | (23,032) |
| Automated Withdrawl Loan Payment (3/2) - Real Estate | (5,496) |
| Automated Withdrawl Loan Payment (3/2) - Real Estate | (5,496) |

| | | | | |
|---|---|---|---|---|
| *3/24/09* | *WITHDRAWAL* | *(58,706)* | *Other Withdrawal* | *TCF Real Estate Loans* |
| *3/27/09* | *WITHDRAWAL* | *(47,812)* | *Other Withdrawal* | *TCF Real Estate Loans* |

# EXHIBIT E

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

TCF BANK Since 1923

Open 7 Days

STATEMENT DATE
06-10-08

1008
1

1 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

FOR INFORMATION CALL JEFFREY ARNOLD 612-661-8391

TCF BANK GIVES YOU A BREAK AT THE GAS PUMP. STOP INTO ANY TCF BANK LOCATION AND REGISTER TO WIN THE $1,000 WEEKLY GAS CARD GIVEAWAY. NO PURCHASE NECESSARY TO ENTER OR WIN. SEE OFFICIAL RULES FOR DETAILS. MEMBER FDIC.

**TCF PREFERRED CHECKING** STATEMENT PERIOD 05-10-08 THROUGH 06-10-08

**ACCOUNT NUMBER** 1008

**ACCOUNT SUMMARY**

| BALANCE 05-09-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 06-10-08 |
|---|---|---|---|
| 1,019,071.79 | 895,708.21 | 501,381.52 | 624,745.10 |

INTEREST EARNED IN STATEMENT PERIOD 1,381.52
ANNUAL PERCENTAGE YIELD EARNED 2.50%

**CHECKS PAID**

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5062 | 800,000.00 | 0516 | 25060794 | | | | | | | | |

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 0602 | 32,808.33 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0602 | 25,499.22 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0602 | 25,230.56 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0602 | 6,085.05 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0602 | 6,085.05 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 0523 | 500,000.00 | DEPOSIT REF # 25096985 |
| 0610 | 1,381.52 | INTEREST PAID |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $34.

TCF BANK
Since 1923
Open 7 Days

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

Page 1

STATEMENT DATE
07-10-08

1008
1

1 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

FOR INFORMATION CALL JEFFREY ARNOLD 612-661-8391

TCF BANK GIVES YOU A BREAK AT THE GAS PUMP. STOP INTO ANY TCF BANK LOCATION AND REGISTER TO WIN THE $1,000 WEEKLY GAS CARD GIVEAWAY. NO PURCHASE NECESSARY TO ENTER OR WIN. SEE OFFICIAL RULES FOR DETAILS. MEMBER FDIC.

**TCF PREFERRED CHECKING** STATEMENT PERIOD 06-11-08 THROUGH 07-10-08

**ACCOUNT NUMBER** 1008

| **ACCOUNT SUMMARY** | BALANCE 06-10-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 07-10-08 |
|---|---|---|---|---|
| | 624,745.10 | 620,597.70 | 100,273.39 | 104,420.79 |

INTEREST EARNED IN STATEMENT PERIOD 273.39
ANNUAL PERCENTAGE YIELD EARNED 2.25%

**CHECKS PAID**

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5030 | 500,000.00 | 0611 | 23041097 | | | | | | | | |

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0616 | 14,735.20 | AUTOMATED WITHDRAWAL<br>TCF CONSUMER LEN DB CR MIX | 0701 | 24,676.67 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 0618 | 5,012.99 | WITHDRAWAL | 0701 | 5,888.75 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 0618 | 5,012.99 | WITHDRAWAL | | | |
| 0618 | 3,215.68 | WITHDRAWAL | 0701 | 5,888.75 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 0630 | 31,750.00 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT | | | |
| 0630 | 24,416.67 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT | | | |

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0617 | 100,000.00 | DEPOSIT REF # 22134206 | 0710 | 273.39 | INTEREST PAID |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $34.

www.tcfbank.com

TCF BANK
Since 1923

Open 7 Days

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

STATEMENT DATE
08-11-08

1008
0

0 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

FOR INFORMATION CALL JEFFREY ARNOLD 612-661-8391

TCF BANK GIVES YOU A BREAK AT THE GAS PUMP. STOP INTO ANY TCF BANK LOCATION AND REGISTER TO WIN THE $1,000 WEEKLY GAS CARD GIVEAWAY. NO PURCHASE NECESSARY TO ENTER OR WIN. SEE OFFICIAL RULES FOR DETAILS. MEMBER FDIC.

**TCF PREFERRED CHECKING**

STATEMENT PERIOD 07-11-08 THROUGH 08-11-08

**ACCOUNT NUMBER** 1008

| **ACCOUNT SUMMARY** | BALANCE 07-10-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 08-11-08 |
|---|---|---|---|---|
| | 104,420.79 | 95,708.19 | 100,173.61 | 108,886.21 |

INTEREST EARNED IN STATEMENT PERIOD 173.61
ANNUAL PERCENTAGE YIELD EARNED 2.19%

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0731 | 32,808.34 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT | 0801 | 6,085.04 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0731 | 25,230.55 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT | 0801 | 6,085.04 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0801 | 25,499.22 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT | | | |

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0805 | 100,000.00 | DEPOSIT REF # 22096047 | 0811 | 173.61 | INTEREST PAID |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $34.

TCF BANK
Since 1923

Open 7 Days

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

Page 1

STATEMENT DATE
09-10-08

1008
2

2 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

FOR INFORMATION CALL JEFFREY ARNOLD 612-661-8391

TELL ALL OF YOUR FRIENDS! TCF BANK IS GIVING AWAY A $50 CUB FOODS GIFT CARD TO NEW TCF CHECKING CUSTOMERS WHO OPEN A NEW FREE TCF CHECKING ACCOUNT. ALSO, USE YOUR TCF CHECK CARD OR WRITE A TCF CHECK AND BE ENTERED TO WIN A $1,000 GROCERY SHOPPING SPREE! NO PURCHASE NECESSARY TO ENTER OR WIN. SEE OFFICIAL RULES FOR DETAILS. MEMBER FDIC.

**TCF PREFERRED CHECKING** — STATEMENT PERIOD 08-12-08 THROUGH 09-10-08

**ACCOUNT NUMBER** 1008

**ACCOUNT SUMMARY**

| BALANCE 08-11-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 09-10-08 |
|---|---|---|---|
| 108,886.21 | 250,567.05 | 175,047.89 | 33,367.05 |

INTEREST EARNED IN STATEMENT PERIOD 47.89
ANNUAL PERCENTAGE YIELD EARNED 1.28%

**CHECKS PAID**

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5063 | 40,000.00 | 0819 | 22053937 | * 5091 | 100,000.00 | 0814 | 24040844 | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0815 | 14,858.85 | AUTOMATED WITHDRAWAL TCF CONSUMER LEN DB CR MIX | 0902 | 25,230.56 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0902 | 32,808.33 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT | 0902 | 6,085.04 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0902 | 25,499.23 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT | 0902 | 6,085.04 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0818 | 100,000.00 | DEPOSIT REF # 26178314 | 0910 | 47.89 | INTEREST PAID |
| 0902 | 75,000.00 | DEPOSIT REF # 26213823 | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $34.

www.tcfbank.com

TCF BANK
Since 1923

Open 7 Days℠

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

STATEMENT DATE
10-09-08

1008
1

1 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

FOR INFORMATION CALL JEFFREY ARNOLD 612-661-8391

TELL ALL OF YOUR FRIENDS! TCF BANK IS GIVING AWAY A $50 CUB FOODS GIFT CARD TO NEW TCF CHECKING CUSTOMERS WHO OPEN A NEW FREE TCF CHECKING ACCOUNT. ALSO, USE YOUR TCF CHECK CARD OR WRITE A TCF CHECK AND BE ENTERED TO WIN A $1,000 GROCERY SHOPPING SPREE! NO PURCHASE NECESSARY TO ENTER OR WIN. SEE OFFICIAL RULES FOR DETAILS. MEMBER FDIC.

**TCF PREFERRED CHECKING** STATEMENT PERIOD 09-11-08 THROUGH 10-09-08

**ACCOUNT NUMBER** 1008

**ACCOUNT SUMMARY**

| BALANCE 09-10-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 10-09-08 |
|---|---|---|---|
| 33,367.05 | 117,463.23 | 104,000.00 | 19,903.82 |

**CHECKS PAID**

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5064 | 10,000.00 | 1003 | 25040221 | | | | | | | | |

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 0915 | 14,842.40 | AUTOMATED WITHDRAWAL<br>TCF CONSUMER LEN DB CR MIX |
| 0930 | 31,750.00 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 0930 | 24,416.66 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 1001 | 24,676.67 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 1001 | 5,888.75 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 1001 | 5,888.75 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 1001 | 79,000.00 | DEPOSIT REF # 23124478 |
| 1007 | 25,000.00 | DEPOSIT REF # 22100505 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $35.

Document Page 32 of 48

TCF BANK
Since 1923
Open 7 Days

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

Page 1
STATEMENT DATE
11-10-08

1008
1

1 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

FOR INFORMATION CALL JEFFREY ARNOLD 612-661-8391

GIVE THE GIFT THAT IS SURE TO FIT! GIFT CARDS ARE THE PERFECT GIFT FOR FRIENDS, FAMILY, AND EMPLOYEES. TCF CUSTOMERS CAN ENJOY THE BENEFIT OF PURCHASE-FEE FREE TCF VISA GIFT CARDS. PURCHASE GIFT CARDS AT ANY TCF BANK LOCATION OR ORDER ONLINE AT WWW.TCFBANK.COM\GIFTCARD. GIFT CARDS ARE NOT FDIC INSURED AND ARE SUBJECT TO OTHER FEES, SUCH AS MONTHLY MAINTENANCE AND CARD EXPIRATION FEES. SEE TERMS AND CONDITIONS. SHIPPING AND HANDLING FEES MAY APPLY.

## TCF PREFERRED CHECKING

STATEMENT PERIOD 10-10-08 THROUGH 11-10-08

**ACCOUNT NUMBER** 1008

| ACCOUNT SUMMARY | BALANCE 10-09-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 11-10-08 |
|---|---|---|---|---|
| | 19,903.82 | 1,470,748.22 | 1,485,256.82 | 34,412.42 |

INTEREST EARNED IN STATEMENT PERIOD 1,385.32
ANNUAL PERCENTAGE YIELD EARNED 2.56%

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5065 | 175,000.00 | 1010 | 15006511 | | | | | | | | |

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 1015 | .01 | AUTOMATED WITHDRAWAL<br>TCF CONSUMER LEN DB CR MIX |
| 1031 | 15.00 | WIRE TRANSFER FEE |
| 1031 | 32,808.33 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 1031 | 25,230.56 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 1103 | 25,499.22 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 1103 | 6,085.05 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 1103 | 6,085.05 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 1107 | 1,200,000.00 | WITHDRAWAL-WIRE TRANSFER |
| 1107 | 25.00 | WIRE TRANSFER FEE |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 1013 | 175,000.00 | DEPOSIT | REF # 26122831 |
| 1017 | 60,000.00 | DEPOSIT | REF # 25119296 |
| 1021 | 1,000,000.00 | DEPOSIT | REF # 22105186 |
| 1031 | 248,871.50 | DEPOSIT-WIRE TRANSFER | |
| 1110 | 1,385.32 | INTEREST PAID | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $35.

www.tcfbank.com

TCF BANK
Since 1923

Open 7 Days

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

STATEMENT DATE
12-09-08

1008
0

0 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

FOR INFORMATION CALL JEFFREY ARNOLD 612-661-8391

GIVE THE GIFT THAT IS SURE TO FIT! GIFT CARDS ARE THE PERFECT GIFT FOR FRIENDS, FAMILY, AND EMPLOYEES. TCF CUSTOMERS CAN ENJOY THE BENEFIT OF PURCHASE-FEE FREE TCF VISA GIFT CARDS. PURCHASE GIFT CARDS AT ANY TCF BANK LOCATION OR ORDER ONLINE AT WWW.TCFBANK.COM\GIFTCARD. GIFT CARDS ARE NOT FDIC INSURED AND ARE SUBJECT TO OTHER FEES, SUCH AS MONTHLY MAINTENANCE AND CARD EXPIRATION FEES. SEE TERMS AND CONDITIONS. SHIPPING AND HANDLING FEES MAY APPLY.

**TCF PREFERRED CHECKING** STATEMENT PERIOD 11-11-08 THROUGH 12-09-08

**ACCOUNT NUMBER** 1008

**ACCOUNT SUMMARY**

| BALANCE 11-10-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 12-09-08 |
|---|---|---|---|
| 34,412.42 | 110,937.04 | 79,000.00 | 2,475.38 |

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 1120 | 7,323.00 | WITHDRAWAL-WIRE TRANSFER |
| 1120 | 25.00 | WIRE TRANSFER FEE |
| 1121 | 10,953.20 | WITHDRAWAL |
| 1201 | 31,750.00 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 1201 | 24,676.67 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 1201 | 24,416.67 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 1201 | 5,888.75 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 1201 | 5,888.75 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 1202 | 15.00 | WIRE TRANSFER FEE |

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 1202 | 79,000.00 | DEPOSIT-WIRE TRANSFER |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $35.

TCF BANK
Since 1923

Open 7 Days

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

STATEMENT DATE
01-12-09

1008
0

0 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

FOR INFORMATION CALL JEFFREY ARNOLD 612-661-8391

ENCLOSED ARE TCF'S PRIVACY POLICY AND AMENDMENTS TO YOUR TERMS AND CONDITIONS.

MANAGING YOUR FINANCES HAS NEVER BEEN EASIER OR MORE CONVENIENT. TCF OFFERS FREE ONLINE BANKING AND FREE BILL PAY WITH FREE ONLINE STATEMENTS. VISIT TCFBANK.COM TO ENROLL TODAY! MEMBER FDIC.

**TCF PREFERRED CHECKING** STATEMENT PERIOD 12-10-08 THROUGH 01-12-09

**ACCOUNT NUMBER** 1008

| **ACCOUNT SUMMARY** | BALANCE 12-09-08 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 01-12-09 |
|---|---|---|---|---|
| | 2,475.38 | 97,162.19 | 123,812.96 | 29,126.15 |

INTEREST PAID IN 2008 10,963.56

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 1215 | 1,454.00 | DEPOSIT ADJUSTMENT DR 26277128 |
| 1231 | 32,808.34 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 1231 | 25,230.55 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0102 | 25,499.22 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0102 | 6,085.04 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0102 | 6,085.04 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 1215 | 2,083.33 | DEPOSIT | REF # 26277127 |
| 1215 | 579.63 | DEPOSIT | REF # 26277132 |
| 1216 | 21,000.00 | DEPOSIT | REF # 22136725 |
| 1217 | 150.00 | DEPOSIT | REF # 23097684 |
| 0102 | 100,000.00 | DEPOSIT | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $35.

TCF BANK
Since 1923

*Open 7 Days*℠

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

STATEMENT DATE
02-10-09

1008
11

11 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

FOR INFORMATION CALL JEFFREY ARNOLD 612-661-8391

EARNING $25 CASH FROM TCF BANK IS EASY! REFER A FRIEND TO OPEN A NEW FREE TCF CHECKING ACCOUNT AND FOR EVERY FRIEND YOU REFER, YOU GET $25. SEE A TCF REPRESENTATIVE FOR DETAILS AND REQUIREMENTS.

## PREMIER CHECKING

STATEMENT PERIOD 01-13-09 THROUGH 02-10-09

**ACCOUNT NUMBER** 1008

MIN. BAL. TIERS\APYS AS OF 02-01-09
$225,000+\ 2.75% |$100,000+ \ 2.50%
$ 50,000+\ 1.00% |$ 10,000+ \ 0.50%

**ACCOUNT SUMMARY**

| BALANCE 01-12-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 02-10-09 |
|---|---|---|---|
| 29,126.15 | 1,571,814.36 | 1,601,892.13 | 59,203.92 |

INTEREST EARNED IN STATEMENT PERIOD 176.72
ANNUAL PERCENTAGE YIELD EARNED 2.37%

INTEREST PAID IN 2008 10,963.56

## CHECKS PAID

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|
| 5066 | 95,000.00 | 0202 | 26118749 |
| 5067 | 22,981.48 | 0202 | 26134130 |
| 5068 | 20,000.00 | 0202 | 26121812 |
| 5069 | 300,000.00 | 0202 | 16051558 |
| * 5071 | 45,000.00 | 0202 | 26094787 |
| 5072 | 50,000.00 | 0203 | 1203[illegible] |
| 5073 | 25,000.00 | 0204 | 1302194[illegible] |
| 5074 | 90,000.00 | 0205 | 1403635[illegible] |
| 5075 | 84,000.00 | 0206 | 15015013 |
| 5076 | 37,000.00 | 0206 | 15015012 |
| [illegible]77 | 45,000.00 | 0209 | 26105322 |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

## OTHER WITHDRAWALS AND CHARGES

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 0122 | 16,687.83 | WITHDRAWAL |
| 0130 | 15.00 | WIRE TRANSFER FEE |
| 0130 | 15.00 | WIRE TRANSFER FEE |
| 0130 | 125,000.00 | WITHDRAWAL-WIRE TRANSFER |
| 0130 | 25.00 | WIRE TRANSFER FEE |
| 0202 | 260,000.00 | WITHDRAWAL-WIRE TRANSFER |
| 0202 | 25.00 | WIRE TRANSFER FEE |
| 0202 | 32,808.33 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0202 | 25,499.22 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0202 | 25,230.56 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0202 | 17,101.86 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0202 | 6,085.04 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0202 | 6,085.04 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0203 | 15.00 | WIRE TRANSFER FEE |
| 0203 | 175.00 | UNAVL FDS FEE-ITEM PD |
| 0206 | 141,000.00 | WITHDRAWAL-WIRE TRANSFER |
| 0206 | 25.00 | WIRE TRANSFER FEE |
| 0206 | 102,000.00 | WITHDRAWAL-WIRE TRANSFER |
| 0206 | 25.00 | WIRE TRANSFER FEE |
| 0209 | 15.00 | WIRE TRANSFER FEE |

## DEPOSITS AND OTHER ADDITIONS

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 0129 | 6,000.00 | DEPOSIT REF # 24067531 |
| 0130 | 500,000.00 | DEPOSIT-WIRE TRANSFER |
| 0130 | 171,240.41 | DEPOSIT-WIRE TRANSFER |
| 0202 | 100,000.00 | DEPOSIT REF # 26014821 |
| 0203 | 200,000.00 | DEPOSIT-WIRE TRANSFER |
| 0203 | 430,000.00 | DEPOSIT REF # 22023112 |
| 0204 | 175.00 | UNAVAIL FUNDS OVERDRAFT FEE RV |
| 0206 | 16,000.00 | DEPOSIT REF # 25101601 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $35.

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

TCF BANK
Since 1923
Open 7 Days

STATEMENT DATE
02-10-09

1008
11

11 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0209 | 75,000.00 | DEPOSIT-WIRE TRANSFER | 0209 | 30,000.00 | DEPOSIT REF # 26278367 |
| 0209 | 43,300.00 | DEPOSIT REF # 26264451 | 0210 | 176.72 | INTEREST PAID |
| 0209 | 30,000.00 | DEPOSIT REF # 26264455 | | | |

TCF BANK
Since 1923
Open 7 Days

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

STATEMENT DATE
03-10-09

1008
23

23 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

FOR INFORMATION CALL JEFFREY ARNOLD 612-661-8391

GET MORE CONTROL AND LESS HASSLE WITH DIRECT DEPOSIT AT TCF! DIRECT DEPOSIT GIVES YOU CONVENIENT ACCESS TO YOUR FUNDS, A SAVED TRIP TO THE BANK, AND IT'S FREE! SEE A TCF REPRESENTATIVE OR VISIT WWW.TCFBANK.COM FOR DETAILS.

**PREMIER CHECKING** STATEMENT PERIOD 02-11-09 THROUGH 03-10-09

**ACCOUNT NUMBER** 1008

MIN. BAL. TIERS\APYS AS OF 03-01-09
$225,000+\ 2.50% |$100,000+ \ 2.00%
$ 50,000+\ 1.00% |$ 10,000+ \ 0.50%

**ACCOUNT SUMMARY**

| BALANCE 02-10-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 03-10-09 |
|---|---|---|---|
| 59,203.92 | 1,290,568.59 | 1,343,028.29 | 111,663.62 |

INTEREST EARNED IN STATEMENT PERIOD 114.78
ANNUAL PERCENTAGE YIELD EARNED 1.62%

INTEREST PAID IN 2008 10,963.56

AS OF 02/23/2009, YOUR TCF MILES PLUS REWARDS POINT TOTAL WAS 0.
TO REDEEM OR TO ACCESS YOUR MOST RECENT TCF MILES PLUS REWARDS POINT TOTAL, PLEASE SIGN IN TO ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

**CHECKS PAID**

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5078 | 20,000.00 | 0213 | 15017276 | 5086 | 14,350.77 | 0226 | 14011924 | * 5102 | 37,950.00 | 0302 | 26094363 |
| 5079 | 7,300.00 | 0213 | 15061987 | 5087 | 65,000.00 | 0226 | 14011925 | 5103 | 87,000.00 | 0303 | 22070688 |
| 5080 | 25,000.00 | 0217 | 12023463 | 5088 | 65,000.00 | 0227 | 25016825 | 5104 | 69,000.00 | 0303 | 22070687 |
| 5081 | 20,000.00 | 0223 | 16061548 | 5089 | 10,000.00 | 0302 | 16027932 | 5105 | 24,391.54 | 0306 | 15007759 |
| 5082 | 126,903.66 | 0224 | 12021450 | 5090 | 10,000.00 | 0227 | 25020502 | 5106 | 45,000.00 | 0305 | 14026910 |
| 5083 | 38,000.00 | 0223 | 16061555 | * 5092 | 42,000.00 | 0227 | 25020503 | 5107 | 100,689.95 | 0306 | 15029527 |
| 5084 | 8,000.00 | 0223 | 16061556 | 5093 | 13,500.00 | 0305 | 24077927 | 5108 | 44,295.68 | 0309 | 26116297 |
| 5085 | 200,000.00 | 0224 | 22043633 | * 5100 | 50,000.00 | 0302 | 26098779 | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 0216 | 20,000.00 | WITHDRAWAL |
| 0219 | 30,000.00 | WITHDRAWAL-WIRE TRANSFER |
| 0219 | 25.00 | WIRE TRANSFER FEE |
| 0224 | 15.00 | WIRE TRANSFER FEE |
| 0227 | 5.95 | CHK PRINTING S-H FEE<br>HARLAND CHECK MN SHIPHAND F |
| 0302 | 15.00 | WIRE TRANSFER FEE |
| 0302 | 29,633.33 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 0302 | 23,031.56 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 0302 | 22,788.89 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 0302 | 15,459.92 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |
| 0302 | 5,496.17 | AUTOMATED WITHDRAWAL<br>TCF NATIONAL BAN LOAN PMT |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $35.



TCF BANK
Since 1923

Open 7 Days℠

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

Page 2

STATEMENT DATE
03-10-09

1008
23

23 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 0302 | 5,496.17 | AUTOMATED WITHDRAWAL TCF NATIONAL BAN LOAN PMT |
| 0304 | 15,000.00 | RETURNED DEPOSITED ITEM |
| 0304 | 15.00 | RETURN DEPOSITED ITEM FEE |
| 0304 | 70.00 | NSF FEE-ITEM PAID |
| 0305 | 15.00 | WIRE TRANSFER FEE |
| 0309 | 35.00 | UNAVL FDS FEE-ITEM PD |
| 0309 | 35.00 | NSF FEE-ITEM PAID |
| 0310 | 15.00 | WIRE TRANSFER FEE |
| 0310 | 35.00 | NSF FEE-ITEM PAID |

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 0211 | 37,000.00 | DEPOSIT REF # 23079829 |
| 0212 | 25,000.00 | DEPOSIT REF # 24104817 |
| 0218 | 33.50 | DEPOSIT REF # 23057347 |
| 0218 | 432.50 | DEPOSIT |
| 0219 | 224,395.00 | DEPOSIT REF # 24078428 |
| 0219 | 50,000.00 | DEPOSIT REF # 24102547 |
| 0223 | 138,000.00 | DEPOSIT REF # 26113615 |
| 0224 | 110,000.00 | DEPOSIT-WIRE TRANSFER |
| 0226 | 40,000.00 | DEPOSIT REF # 24091680 |
| 0226 | 30,000.00 | DEPOSIT REF # 24074007 |
| 0226 | 16,250.00 | DEPOSIT REF # 24074010 |
| 0227 | 16,250.00 | DEPOSIT REF # 25095596 |
| 0227 | 14,350.00 | DEPOSIT REF # 25095593 |
| 0302 | 171,768.45 | DEPOSIT-WIRE TRANSFER |
| 0302 | 25,000.00 | DEPOSIT REF # 16008732 |
| 0303 | 5.75 | CHECK PRINTING CHARGE REVERSAL |
| 0304 | 29,633.33 | EFFECTIVE DATE 3-02-09 WITHDRAWAL CORRECTION |
| 0304 | 23,031.56 | EFFECTIVE DATE 3-02-09 WITHDRAWAL CORRECTION |
| 0304 | 22,788.89 | EFFECTIVE DATE 3-02-09 WITHDRAWAL CORRECTION |
| 0304 | 15,459.92 | EFFECTIVE DATE 3-02-09 WITHDRAWAL CORRECTION |
| 0304 | 5,496.17 | EFFECTIVE DATE 3-02-09 WITHDRAWAL CORRECTION |
| 0304 | 5,496.17 | EFFECTIVE DATE 3-02-09 WITHDRAWAL CORRECTION |
| 0304 | 35,582.32 | DEPOSIT REF # 23018756 |
| 0305 | 50,000.00 | DEPOSIT-WIRE TRANSFER |
| 0309 | 100,689.95 | DEPOSIT REF # 26205187 |
| 0309 | 25,00^ ^^ | DEPOSIT REF # 26010974 |
| 0310 | 25,00[illegible] | DEPOSIT-WIRE TRANSFER |
| 0310 | 80,000.0[illegible] | [illegible]OSIT REF # 22024637 |
| 0310 | 26,250.00 | DEPOSIT REF # 22024644 |
| 0310 | 114.78 | INTEREST PAID |

TCF BANK
Since 1923
Open 7 Days

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

STATEMENT DATE
04-10-09

1008
8

8 R 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

FOR INFORMATION CALL JEFFREY ARNOLD 612-661-8391

GET MORE CONTROL AND LESS HASSLE WITH DIRECT DEPOSIT AT TCF! DIRECT DEPOSIT GIVES YOU CONVENIENT ACCESS TO YOUR FUNDS, A SAVED TRIP TO THE BANK, AND IT'S FREE! SEE A TCF REPRESENTATIVE OR VISIT WWW.TCFBANK.COM FOR DETAILS.

**PREMIER CHECKING**
STATEMENT PERIOD 03-11-09 THROUGH 04-10-09

**ACCOUNT NUMBER** 1008

MIN. BAL. TIERS\APYS AS OF 04-01-09
$225,000+\ 2.25% |$100,000+ \ 2.00%
$ 50,000+\ 1.00% |$ 10,000+ \ 0.50%

**ACCOUNT SUMMARY**

| BALANCE 03-10-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 04-10-09 |
|---|---|---|---|
| 111,663.62 | 633,272.30 | 629,090.25 | 107,481.57 |

INTEREST EARNED IN STATEMENT PERIOD 16.80
ANNUAL PERCENTAGE YIELD EARNED 1.06%

INTEREST PAID IN 2008 10,963.56

AS OF 03/25/2009, YOUR TCF MILES PLUS REWARDS POINT TOTAL WAS 0.
TO REDEEM OR TO ACCESS YOUR MOST RECENT TCF MILES PLUS REWARDS POINT TOTAL, PLEASE SIGN IN TO ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

**CHECKS PAID**

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5109 | 52,500.00 | 0313 | 15013268 | * 5116 | 25,376.01 | 0323 | 16011791 | 5120 | 12,200.00 | 0330 | 26136885 |
| 5110 | 42,000.00 | 0316 | 16025641 | 5117 | 44,567.46 | 0323 | 16011789 | 5121 | 3,000.00 | 0402 | 24096899 |
| * 5112 | 10,500.00 | 0318 | 23063591 | 5118 | 25,000.00 | 0327 | 15008262 | 5122 | 8,500.00 | 0407 | 12072789 |
| 5113 | 50,000.00 | 0319 | 24039077 | 5119 | 10,000.00 | 0330 | 26136886 | * 5124 | 2,000.00 | 0408 | 23110623 |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0312 | 100,689.95 | RETURNED DEPOSITED ITEM | 0325 | 33,564.68 | RETURNED DEPOSITED ITEM |
| 0312 | 15.00 | RETURN DEPOSITED ITEM FEE | 0325 | 15.00 | RETURN DEPOSITED ITEM FEE |
| 0316 | 40,000.00 | WITHDRAWAL-WIRE TRANSFER | 0327 | 47,811.71 | WITHDRAWAL |
| 0317 | 33,006.68 | WITHDRAWAL-WIRE TRANSFER | 0330 | 35.00 | NSF FEE-ITEM NOT PAID |
| 0317 | 70.00 | UNAVL FDS FEE-ITEM PD | 0331 | 35.00 | UNAVL FDS FEE-ITEM NT PD |
| 0320 | 33,564.68 | WITHDRAWAL-WIRE TRANSFER | 0331 | 35.00 | NSF FEE-ITEM NOT PAID |
| 0320 | 35.00 | UNAVL FDS FEE-ITEM PD | 0408 | 15.00 | WIRE TRANSFER FEE |
| 0324 | 15.00 | WIRE TRANSFER FEE | 0410 | 15.00 | MINIMUM BALANCE FEE |
| 0324 | 58,706.13 | WITHDRAWAL | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $35.

TCF BANK
Since 1923
Open 7 Days

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

STATEMENT DATE
04-10-09

1008
8

8 R 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|
| 0311 | 25,000.00 | DEPOSIT | REF # 23099183 |
| 0313 | 52,499.03 | DEPOSIT | REF # 25139401 |
| 0313 | 25,000.00 | DEPOSIT | REF # 25139703 |
| 0313 | 5,000.00 | DEPOSIT | REF # 25074707 |
| 0316 | 42,874.17 | DEPOSIT | REF # 26211056 |
| 0316 | 15,000.00 | DEPOSIT | REF # 26213500 |
| 0316 | 15,000.00 | DEPOSIT | REF # 26235872 |
| 0317 | 28,122.52 | DEPOSIT | REF # 22145154 |
| 0317 | 4,884.16 | DEPOSIT | REF # 22113247 |
| 0319 | 25,000.00 | DEPOSIT | REF # 24009986 |
| 0319 | 20,000.00 | DEPOSIT | REF # 24094522 |
| 0320 | 25,000.00 | DEPOSIT | REF # 25079193 |
| 0320 | 25,000.00 | DEPOSIT | REF # 25114878 |
| 0323 | 33,564.68 | DEPOSIT | REF # 26006001 |
| 0323 | 25,000.00 | DEPOSIT | REF # 26174786 |
| 0324 | 25,000.00 | DEPOSIT-WIRE TRANSFER | |
| 0324 | 44,567.46 | DEPOSIT | REF # 22127278 |
| 0324 | 33,564.68 | DEPOSIT | REF # 22127182 |
| 0330 | 25,000.00 | RETURNED CHECK # 5118 | |
| 0331 | 12,200.00 | RETURNED CHECK # 5120 | |
| 0331 | 10,000.00 | RETURNED CHECK # 5119 | |
| 0402 | 2,500.00 | DEPOSIT | REF # 24080363 |
| 0408 | 8,500.00 | RETURNED CHECK # 5122 | |
| 0408 | 5,000.00 | DEPOSIT-WIRE TRANSFER | |
| 0408 | 1,571.25 | DEPOSIT | REF # 23125171 |
| 0410 | 94,225.50 | DEPOSIT | |
| 0410 | 16.80 | INTEREST PAID | |

TCF BANK
Since 1923
Open 7 Days

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

Page 1
STATEMENT DATE
05-08-09

1008
32

32 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

FOR INFORMATION CALL JEFFREY ARNOLD 612-661-8391

DON'T FORGET YOUR MOM, DAD, OR GRAD THIS SEASON! PURCHASE-FEE FREE TCF VISA GIFT CARDS ARE THE GIFT THAT'S SURE TO FIT! VISIT ANY TCF LOCATION OR GO TO WWW.TCFBANK.COM\GIFTCARD TO MAKE YOUR PURCHASE. GIFT CARDS ARE SUBJECT TO TERMS AND CONDITIONS.

**PREMIER CHECKING** STATEMENT PERIOD 04-11-09 THROUGH 05-08-09
**ACCOUNT NUMBER** 1008

MIN. BAL. TIERS\APYS AS OF 05-01-09
$225,000+\ 1.75% |$100,000+ \ 1.50%
$ 50,000+\ 1.25% |$ 10,000+ \ 1.00%

**ACCOUNT SUMMARY**

| BALANCE 04-10-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 05-08-09 |
|---|---|---|---|
| 107,481.57 | 192,267.65 | 86,166.34 | 1,380.26 |

INTEREST EARNED IN STATEMENT PERIOD 27.37
ANNUAL PERCENTAGE YIELD EARNED 1.23%

AS OF 04/24/2009, YOUR TCF MILES PLUS REWARDS POINT TOTAL WAS
TO REDEEM OR TO ACCESS YOUR MOST RECENT TCF MILES PLUS REWARDS POINT TOTAL, PLEASE SIGN IN TO ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

**CHECKS PAID**

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5125 | 1,263.42 | 0414 | 12020930 | 5139 | 174.50 | 0420 | 26106459 | 5157 | 527.50 | 0427 | 26106588 |
| * 5128 | 50,000.00 | 0413 | 16054194 | 5140 | 3,237.00 | 0428 | 12066288 | 5158 | 5,000.00 | 0422 | 23008324 |
| 5129 | 5,000.00 | 0417 | 15005043 | 5141 | 177.00 | 0428 | 12066292 | 5159 | 2,082.41 | 0430 | 14039064 |
| 5130 | 1,446.08 | 0414 | 12014968 | * 5147 | 2,082.40 | 0422 | 23046292 | * 5161 | 1,113.00 | 0424 | 15012429 |
| 5131 | 77.00 | 0414 | 12014967 | 5148 | 350.00 | 0416 | 24111025 | 5162 | 2,260.00 | 0427 | 26009701 |
| * 5133 | 4,000.00 | 0413 | 26132874 | 5149 | 10,737.78 | 0423 | 24025061 | 5163 | 3,581.07 | 0430 | 84075013 |
| 5134 | 5,000.00 | 0421 | 12007393 | 5150 | 5,000.00 | 0417 | 25121041 | * 5165 | 208.48 | 0504 | 16026618 |
| * 5136 | 500.00 | 0415 | 23104091 | 5151 | 2,000.00 | 0417 | 25100535 | 5166 | 2,500.00 | 0427 | 26208957 |
| 5137 | 9,011.90 | 0427 | 26130741 | * 5153 | 45,000.00 | 0421 | 12030972 | 5167 | 298.79 | 0428 | 22003913 |
| 5137 | 9,011.90 | 0430 | 84074387 | * 5155 | 819.50 | 0424 | 15012430 | 5168 | 947.43 | 0504 | 16021132 |
| 5138 | 371.55 | 0421 | 22078123 | 5156 | 1,052.80 | 0422 | 23001447 | 5169 | 4,000.00 | 0430 | 24000636 |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 0413 | 15.00 | WIRE TRANSFER FEE |
| 0414 | 97.39 | AUTOMATED WITHDRAWAL XCEL ENERGY XCELENERGY 05126 |
| 0424 | 15.00 | WIRE TRANSFER FEE |
| 0428 | 9,728.75 | AUTOMATED WITHDRAWAL CREDIT CARD ELECT PYMT |
| 0429 | 15.00 | WIRE TRANSFER FEE |
| 0429 | 1,000.00 | AUTOMATED WITHDRAWAL WAYZATA COUNTRY CHECKPYMNT 05164 |
| 0501 | 2,500.00 | RETURNED DEPOSITED ITEM |
| 0501 | 15.00 | RETURN DEPOSITED ITEM FEE |
| 0501 | 35.00 | NSF FEE-ITEM NOT PAID |
| 0508 | 15.00 | MINIMUM BALANCE FEE |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $35.



TCF BANK
Since 1923

Open 7 Days℠

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

STATEMENT DATE
05-08-09

1008
32

32 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 0413 | 3,500.00 | DEPOSIT-WIRE TRANSFER |
| 0413 | 4,300.00 | DEPOSIT REF # 26132862 |
| 0414 | 5,000.00 | DEPOSIT REF # 22134472 |
| 0415 | 5,532.00 | DEPOSIT REF # 23104067 |
| 0415 | 5,000.00 | DEPOSIT REF # 23104065 |
| 0416 | 350.50 | DEPOSIT REF # 24111020 |
| 0417 | 6,500.00 | DEPOSIT REF # 25100516 |
| 0417 | 2,932.67 | DEPOSIT REF # 25090610 |
| 0424 | 10,000.00 | DEPOSIT-WIRE TRANSFER |
| 0427 | 10,000.00 | DEPOSIT REF # 26009687 |
| 0428 | 9,011.90 | CREDIT ADJ REF # 00000422 |
| 0428 | 7,500.00 | DEPOSIT REF # 22091441 |
| 0429 | 7,500.00 | DEPOSIT-WIRE TRANSFER |
| 0501 | 9,011.90 | RETURNED CHECK # 5137 |
| 0508 | 27.37 | INTEREST PAID |



*Open 7 Days*

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

Page 1

STATEMENT DATE
06-10-09

1008
19

19 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

FOR INFORMATION CALL JEFFREY ARNOLD 612-661-8391

EFFECTIVE AUGUST 5, 2009, THE SERVICE FEE KNOWN AS THE "RETURNED MAIL FEE" WILL BE RENAMED THE "MAIL HANDLING FEE." THE AMOUNT AND ASSESSMENT OF THIS FEE REMAINS UNCHANGED.

PASS THE WORD TO ALL YOUR FRIENDS ABOUT HOW GREAT TCF IS AND POCKET $25 CASH! SIMPLY REFER A QUALIFIED FRIEND TO OPEN A TOTALLY FREE TCF CHECKING ACCOUNT AND TCF WILL DEPOSIT $25 CASH INTO YOUR ACCOUNT, EASY AS THAT! SEE A BANK REPRESENT ATIVE FOR DETAILS.

**PREMIER CHECKING** STATEMENT PERIOD 05-09-09 THROUGH 06-10-09

**ACCOUNT NUMBER** 1008

MIN. BAL. TIERS\APYS AS OF 06-01-09
$225,000+\ 1.75% |$100,000+ \ 1.25%
$ 50,000+\ 1.00% |$ 10,000+ \ 0.75%

| **ACCOUNT SUMMARY** | BALANCE 05-08-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 06-10-09 |
|---|---|---|---|---|
| | 1,380.26 | 25,253.52 | 28,424.38 | 4,551.12 |

INTEREST EARNED IN STATEMENT PERIOD .44
ANNUAL PERCENTAGE YIELD EARNED .19%

AS OF 05/22/2009, YOUR TCF MILES PLUS REWARDS POINT TOTAL WAS 0.
TO REDEEM OR TO ACCESS YOUR MOST RECENT TCF MILES PLUS REWARDS POINT TOTAL, PLEASE SIGN IN TO ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

**CHECKS PAID**

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5170 | 1,737.72 | 0518 | 81172661 | 5177 | 566.80 | 0520 | 83108451 | 5185 | 609.11 | 0601 | 26113059 |
| 5171 | 704.88 | 0512 | 22006367 | 5178 | 2,985.97 | 0519 | 82028315 | 5186 | 1,000.00 | 0602 | 82157113 |
| 5172 | 350.00 | 0513 | 83169832 | 5179 | 1,277.19 | 0527 | 83161320 | 5187 | 947.43 | 0603 | 83177716 |
| 5173 | 2,500.00 | 0519 | 82088314 | 5180 | 3,000.00 | 0519 | 22067878 | 5188 | 1,000.00 | 0601 | 26113137 |
| 5174 | 2,500.00 | 0514 | 24011033 | * 5182 | 120.34 | 0605 | 85024106 | 5189 | 800.00 | 0603 | 23038498 |
| 5175 | 500.00 | 0514 | 24042295 | 5183 | 255.92 | 0526 | 82203986 | 5190 | 1,307.19 | 0603 | 23038497 |
| 5176 | 947.43 | 0519 | 82174587 | 5184 | 1,500.00 | 0522 | 85027738 | | | | |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0513 | 15.00 | WIRE TRANSFER FEE | 0609 | 500.00 | RETURNED DEPOSITED ITEM |
| 0526 | 98.54 | AUTOMATED WITHDRAWAL | 0609 | 15.00 | RETURN DEPOSITED ITEM FEE |
| | | XCEL ENERGY XCELENERGY | 0610 | 15.00 | MINIMUM BALANCE FEE |
| | | 05181 | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $35.

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

TCF BANK
Since 1923

Open 7 Days℠

STATEMENT DATE
06-10-09

1008
19

19 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0513 | 2,500.00 | DEPOSIT-WIRE TRANSFER | 0528 | 1,494.20 | DEPOSIT REF # 24063869 |
| 0513 | 2,872.00 | DEPOSIT REF # 23034304 | 0529 | 2,137.18 | DEPOSIT REF # 25063384 |
| 0514 | 6,103.86 | DEPOSIT REF # 24042287 | 0601 | 2,413.00 | DEPOSIT REF # 26113080 |
| 0518 | 4,726.51 | DEPOSIT | 0604 | 2,500.00 | DEPOSIT REF # 24048787 |
| 0527 | 100.00 | DEPOSIT REF # 23001246 | 0605 | 2,300.00 | DEPOSIT REF # 25038673 |
| 0528 | 1,277.19 | RETURNED CHECK # 5179 | 0610 | .44 | INTEREST PAID |

TCF BANK
Since 1923

Open 7 Days

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

STATEMENT DATE
07-13-09

1008
0

0 168 99
DENNIS EARL HECKER
500 FORD RD
MINNEAPOLIS MN 55426-1062

TCF CASHREWARDS - EARN UP TO 30% CASH BACK BY USING A TCF CHECK CARD AT HUNDREDS OF LEADING NATIONAL & LOCAL RETAILERS. SHOP & DINE WITH YOUR TCF CARD & SEE CASH ADDED TO YOUR ACCOUNT MONTHLY. SEE ALL THE RETAILERS, OFFERS & PROGRAM INFORMATION AT WWW.TCFBANK.COM OR CALL FOR DETAILS.

FOR INFORMATION CALL JEFFREY ARNOLD 612-661-8391

PASS THE WORD TO ALL YOUR FRIENDS ABOUT HOW GREAT TCF IS AND POCKET $25 CASH! SIMPLY REFER A QUALIFIED FRIEND TO OPEN A TOTALLY FREE TCF CHECKING ACCOUNT AND TCF WILL DEPOSIT $25 CASH INTO YOUR ACCOUNT, EASY AS THAT! SEE A BANK REPRESENTATIVE FOR DETAILS.

**PREMIER CHECKING**
STATEMENT PERIOD 06-11-09 THROUGH 07-13-09

**ACCOUNT NUMBER** 1008

MIN. BAL. TIERS\APYS AS OF 07-01-09
$225,000+\ 1.75% |$100,000+ \ 1.25%
$ 50,000+\ 1.00% |$ 10,000+ \ 0.75%

| **ACCOUNT SUMMARY** | BALANCE 06-10-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 07-13-09 |
|---|---|---|---|---|
| | 4,551.12 | 103.00 | 104.03 | 4,552.15 |

INTEREST EARNED IN STATEMENT PERIOD 1.03
ANNUAL PERCENTAGE YIELD EARNED .25%

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0619 | 103.00 | TRANSFER WITHDRAWAL TRANSFER TO 1852387588 | | | |

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0618 | 103.00 | DEPOSIT REF # 24041916 | 0713 | 1.03 | INTEREST PAID |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $35.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker, Debtor.

Case No. BKY 09-50779
Chapter 11 Case

---

**CERTIFICATE OF SERVICE**

---

Kendall L. Bader, under penalty of perjury, states that on August 28, 2009, he caused to be served the following:

1. Debtor's Verified Response to Chrysler Financial's Motion Objecting to the Debtor's Claimed Homestead Exemption;

2. Certificate of Service; and

3. Proposed Order.

by sending true and correct copies via ECF to the parties on the attached list.

Dated: August 28, 2009

*/s/ Kendall L. Bader*
Kendall L. Bader

Dennis E. Hecker
Service List
Bky No. 09-50779

**SERVICE VIA ECF**

U.S. Trustee's Office
1015 US Courthouse
300 S Fourth St
Minneapolis MN 55415
ustpregion12.mn.ecf@usdoj.gov

Randall L. Seaver
U.S. Trustee
Portland Corporate Center
12400 Portland Avenue South, #132
Burnsville, MN 55337
rlseaver@fullerseaverramette.com

Randall L. Seaver
c/o Matthew R. Burton
Matthew R. Burton Esq.
Leonard, O'Brien, Spencer, Gale & Sayre
100 South Fifth Street, #2500
Minneapolis MN 55402
mburton@losgs.com

Randall L. Seaver
c/o Gordon B. Conn Jr.
Kalina, Wills, Gisvold & Clark & PLLP
6160 Summit Drive, Suite 560
Minneapolis MN 55430
conn@kwgc-law.com

U.S. Bank National Association
c/o Monica Clark
Dorsey & Whitney, LLP
50 South Sixth Street, #1500
Minneapolis, MN 55402-1498
clark.monica@dorseylaw.com

Hyundai Capital America
c/o Connie A. Lahn
David E. Runck
Fafinski Mark & Johnson, PA
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN 55344
connie.lahn@fmjlaw.com
david.runck@fmjlaw.com

Tamitha Hecker
c/o Nauni Jo Manty
Manty & Associates, P.A.
510 First Avenue North, #305
Minneapolis, MN 55403
ecf@mantylaw.com

United States Rent A Car and Maria Romano
c/o Jamie R. Pierce
Hinshaw & Culbertson, LLP
333 South Seventh Street, #2000
Minneapolis, MN 55402
jpierce@hinshawlaw.com

Chrysler Financial Services Americas, LLC, f/k/a DaimlerChrysler Financial Services Americas, LLC
c/o Stephen F. Grinnell
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
stephen.grinnell@gpmlaw.com

Chrysler Financial Services Americas LLC, f/k/a DaimlerChrysler Financial Services Americas, LLC
c/o Craig E. Reimer
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606
creimer@mayerbrown.com

Chrysler Financial Services Americas, LLC, f/k/a DaimlerChrysler Financial Services Americas, LLC
c/o Marilyn J. Washburn
Riezman Berger, P.C.
7700 Bonhonne, 7th Floor
St. Louis, MO 63105
MN_bank@riezmanberger.com

Crown Bank
c/o Thomas J. Lallier
Jeffrey D. Klobucar
Foley & Mansfield, P.L.L.P.
250 Marquette Avenue, #1200
Minneapolis MN 55401
tlallier@foleymansfield.com
jklobucar@foleymansfield.com

JPMorgan Chase Bank, N.A.
c/o Matthew A. Swanson
Leonard, Street and Deinard, PA
2300 Fifth Street Towers
150 South Fifth Street
Minneapolis MN 55402
matthew.swanson@leonard.com

Toyota Financial Savings Bank
Toyota Motor Credit Corporation
c/o Michael L. Meyer
Ravich Meyer Kirkman McGrath Nauman & Tansey, P.A.
4545 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
mlmeyer@ravichmeyer.com

GE Money Bank
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 S.E. Second Avenue, #1120
Miami, FL 33131-1605
claims@recoverycorp.com

HSBC Bank Nevada, N.A.
c/o Patti H. Bass
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, #200
Tucson, AZ 85712-1083
ecf@bass-associates.com

Associated Bank
c/o Joseph W. Lawver
Messerli & Kramer P.A.
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis MN 55402-1217
jlawver@messerlikramer.com

VISIONBank
c/o Bruce H. Carlson
McNair, Larson & Carlson, Ltd.
51 Broadway, #600
Fargo, ND 58102
bruce.carlson@mlcfargolaw.com

Blackstone Financial, LLC
c/o Brad A. Sinclair
Serkland Law Firm
10 Roberts Street
P.O. Box 6017
Fargo, ND 58108-6017
bsinclair@serklandlaw.com

TCF National Bank
c/o Robert G. Parish
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
rparish@faegre.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker, Debtor.

Case No. BKY 09-50779
Chapter 11 Case

**ORDER DENYING CHRYSLER FINANCIAL'S MOTION OBJECTING TO THE DEBTOR'S CLAIMED HOMESTEAD EXEMPTION**

Chrysler Financial Services Americas LLC, f/k/a DaimlerChrysler Financial Services Americas LLC's ("Chrysler Financial's") Motion Objecting to the Debtor's Claimed Homestead Exemption (the "Motion") came on for a hearing before the undersigned United States Bankruptcy Judge. Appearances are noted on the record. All capitalized terms not otherwise defined in this Order have the meaning ascribed to them in the Motion.

Based upon the arguments of counsel, all the files, records and proceedings herein, the Court being advised in the premises in the Court's findings of fact and conclusions of law, if any, have been stated orally and recorded in open court following the close of argument:

IT IS HEREBY ORDERED,

1. Chrysler Financial's Motion is denied.

Dated: ___________, 2009

_________________________________
United States Bankruptcy Judge

4611613_1