**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Dennis E. Hecker

Debtor(s)

Case No: 09–50779 – RJK

Chapter 7 Case

**NOTICE TO DEBTOR(S) RE: FINANCIAL MANAGEMENT CERTIFICATION**

The debtor(s) in this case failed to file a Certificate of Debtor Education from the course provider within the time period required by Interim Bankruptcy Rule 1007(c).

This case will be closed without discharge unless the debtor(s) files the Certificate on or before September 14, 2009.

Dated: 9/1/09

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: sherri
Deputy Clerk

**mnbn7fmc** 3/10/08