B6A (Official Form 6A) (12/07)

In re    Dennis E. Hecker                                              Case No.    09-50779
                                    Debtor(s)

# AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 1615 Northridge Dr., Medina, MN 55391 (Lot 15, Block 3, North Ridge Farm, Hennepin County, MN) (Leased through May 2011) | Fee simple | - | $1,100,000.00 | $1,088,783.38 |
| 13905 - 53rd Ave N. Apt 1, Plymouth, MN 55446 (Unit No. 401, CIC No. 1042, Condominiums at the Reserve, A condominium located in the County of Hennepin County) (Jointly owned by debtor and daughter Kelly K. Hecker.) | Fee simple | J | $110,000.00 | $232,304.00 |
| 106 Mariner Way, Bayport, MN 55003 (Unit 3, Building 1, Condominium Number 62, Waterford on the St. Croix, a Condominium, together with an undivided 1/41st interest in the common areas and facilities as set forth in the Declaration and shown on the Condominium Plat on file and of record in the office of the Washington County Recorder, Minnesota)) | Fee simple | - | $300,000.00 | $550,000.00 |
| 205 Mariner Drive Ct, Bayport, MN 55003 (Unit 4, Building 8, Condominium Number 62, Waterford on the St. Croix, Second Supplemental Condominium Plat, together with an undivided 1/41st interest in the common areas and facilities as set forth in the Declaration and shown on the Condominium Plat on file and of record in the office of the Washington County Recorder, Minnesota) | Fee simple | - | $300,000.00 | $550,000.00 |
| 11706 Cross Avenue, Crosslake, MN (tax legal description - Those parts of Lots 3 & 4, Block 2, Security Interest Cross Lake Homesites, lying Easterly of the following described line: commencing at the Southwest corner of said Lot 4, thence North 89 degrees 41 minutes, 32 seconds East, assumed bearing, along the South line of said Lot 4 for a distance of 55 feet to the point of beginning, according to the recorded plat thereof, Crow Wing County, Minnesota) (Title of record in name of Jacob Holdings of Crosslake, LLC. ~~Debtor asserts ownership interest through reverse piercing claim.~~) | Fee simple | - | **$975,000.00** ~~3,983,000.00~~ | **$1,050,000.00\*\*** ~~4,400,000.00~~ |

Sheet 1 of 2 total sheets in Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re <u>Dennis E. Hecker</u>                                    Case No    <u>09-50779</u>
                    Debtor(s)

# AMENDED SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Comm- unity | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 11700 Cross Avenue, Crosslake, MN (tax legal description - That part of Lot 2, Block 2, Cross Lake Homesites, lying Easterly of the following described line; commencing at the Southeast corner of said Lot 2, thence North 81 degrees 39 minutes 23 seconds West, assumed bearing, along the South line of said Lot 2 for a distance of 60.38 feet to the point of beginning, according to the recorded plat thereof, Crow Wing County, Minnesota) (Titled of record in name of Jacob Holdings of Crosslake, LLC. **Debtor asserts ownership interest through reverse piercing claim.**) | | - | **$3,983,000.00** ~~975,000.00~~ | **$4,400,000.00**\*\* ~~1,050,000.00~~ |
| 11614 Echo Bay Drive, Crosslake, MN (tax legal description - That part of Lot 2, Block 2, Cross Lake Homesites, lying Westerly of the following described line; commencing at the Southeast corner of said Lot 2, thence North 81 degrees 39 minutes 23 seconds West, assumed bearing, along the South line of said Lot 2 for a distance of 60.38 feet to the point of beginning, according to the recorded plat thereof, Crow Wing County, Minnesota) (Titled of record in name of Jacob Holdings of Crosslake, LLC.) | | - | $875,000.00 | $1,050,000.00\*\* |
| | | Total: | $7,643,000.00 | |

(Report also on Summary of Schedules)

**\*\*  These properties are subject to a combined mortgage such that each property secures three notes totaling $6,500,000. Debtor has assigned one note to each property in this Schedule to avoid the appearance of a total debt that is three times the actual debt.**

Sheet 2 of 2 total sheets in Schedule of Real Property

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

| In re | Dennis E. Hecker | Case No. | 09-50779 |
|---|---|---|---|
| | Debtor(s) | | |

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Debtor's possession | - | $5,500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | US Bank (2088) | - | $176.00 |
| | | TCF Bank (1008) | - | **$4,551.00** ~~$2,523.00~~ |
| | | Bremer Bank (4350) | - | **$1,117.00** ~~$0.00~~ |
| | | ~~Vision Bank (0845)~~ | - | ~~$0.00~~ |
| | | Premier Bank (Savings) (8172) | - | **$275.00** ~~$5,773.00~~ |
| | | Venture Bank (Savings) (0665) | - | **$0.00** ~~$2,739.00~~ |
| | | Drake Bank (Savings) (0777) | - | $1,156.00 |
| | | Drake Bank (Checking) (3693) | - | $494.00 |
| | | Signature Bank (9850) | - | **$120.00** ~~$100.00~~ |
| | | Crown Bank (3697) | - | **$0.00** ~~$744.00~~ |
| | | ~~First Federal Bank (0241)~~ | - | ~~$96.00~~ |
| | | ~~Deerwood Bank (3824)~~ | - | ~~$903.00~~ |
| | | Associated Savings (Savings) (4662) | - | **$0.00** ~~$2,741.00~~ |

B 6B (Official Form 6B) (12/07) - Cont.

In re   Dennis E. Hecker                                    Case No.   09-50779
                    **Debtor**                                              **(If known)**

## AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Associated Checking (Checking) (2303) | - | **$0.00**<br>~~$990.00~~ |
| | | Alliance Bank (8933) | - | $509.00 |
| | | Alliance Bank (**2239**) | - | **$747.00**<br>~~$258.00~~ |
| | | RiverWood Bank (**0241**) | - | $96.95 |
| | | First National (2303) | - | $0.00 |
| | | CIBC, 203 Scott Street, Fort Francis, Ontario, Canada, P9A 1G8 - accounts (xx-x1413) and (xx-x9019) - records seized. | - | Unknown |
| | | Wells Fargo (2942) | - | $0.00 |
| | | Wells Fargo (4407) | J | $0.00 |
| | | Wells Fargo (4399) | - | $0.00 |
| | | First National (4662) | - | $0.00 |
| | | **US Bank (0537)** | - | **$334.32** |
| | | **US Bank (0545)** | - | **$6,200.20** |
| | | **US Bank (0553)** | - | **$7,721.87** |
| | | **Bremer Bank (7027)** | - | **$6,231.42** |
| | | **Bremer Bank (9968)** | - | **$5,656.59** |
| | | **Alliance Bank (6401)** | - | **$83.00** |
| | | **Associated Bank (1682)** | - | **$0.00** |
| | | **Venture Bank (0502)** | - | **$1,602.00** |
| | | **Bank of the West (5411)** | - | **$485.17** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Interest in an unknown portion of Household Goods and Furnishings located at 7175 E. Camel Back Rd., Scottsdale, AZ 85258 | J | Unknown |
| | | 1/2 interest in Household Goods and Furnishings located at 1492 Hunter Drive, Medina, MN 55391 | J | $46,330.00 |

B 6B (Official Form 6B) (12/07) - Cont.

In re   Dennis E. Hecker                                                          Case No.   09-50779
_____                                            _____
              **Debtor**                                                                         **(If known)**

## AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1/2 interest in Household Goods and Furnishings located at 1615 Northridge Dr., Wayzata, MN 55391 (some goods at this location belong to renters). | J | $6,000.00 |
| | | Interest in an unknown portion of Household Goods and Furnishings located at Las Ventanas Unit 3103, Los Cabos | J | Unknown |
| | | 1/2 interest in Household Goods and Furnishings located at 1816 Silvercliff Rd, Two Harbours, MN 55616 - in foreclosure. | J | $2,500.00 |
| | | 1/2 interest in Household Goods and Furnishings located at 1761 Silvercliff Rd., Two Harbours, MN 55616 - in foreclosure. | J | $2,520.00 |
| | | 1/2 interest in Household Goods and Furnishings located at 1759 Silvercliff Rd., Two Harbours, MN 55616 - in foreclosure. | J | $2,595.00 |
| | | 1/2 interest in Household Goods and Furnishings located at ~~11706~~ **11700** Cross Ave., Crosslake, MN 56442. | J | $15,715.00 |
| | | 1/2 interest in Household Goods and Furnishings located at ~~11700~~ **11706** Cross Ave., Crosslake, MN 56442. | J | $4,620.00 |
| | | 1/2 interest in Household Goods and Furnishings located at 11614 Echo Bay Dr., Crosslake, MN 56442. | J | $2,650.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Grandfather Clock | - | $2,500.00 |
| | | Misc. DVDs, books, Compact Discs. | J | $2,500.00 |
| 6. Wearing apparel. | | Debtor's Clothing | - | $25,000.00 |
| 7. Furs and jewelry. | | Watches (See Exhibit B (7) **and Supplemental Exhibit B (7)**) | - | $35,290.00 |
| | | Wedding Ring (See Exhibit B (7)) | - | $24,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 1985 Kawai Baby Grand Piano **(Hunter Rd)** | J | $1,500.00 |
| | | 12 gauge shotgun | J | $300.00 |
| | | 410 single shot shotgun | J | $200.00 |
| | | **Handgun (in possession of Chip Lohmiller)** | **J** | **$500.00** |

B 6B (Official Form 6B) (12/07) - Cont.

In re    Dennis E. Hecker                                                         Case No.   09-50779
                    **Debtor**                                                                    **(If known)**

# AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Misc. sporting goods | J | $500.00 |
| | | Eight (8) complete sets of golf clubs and misc. clubs not part of complete sets. | J | $5,000.00 |
| | | **2000 Grand Piano (Northridge Rd)** | - | **Unknown** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See Exhibit B (9) attached hereto.  Some policies held by trusts.  Records seized by debtor believes one policy has cash surrender value. | - | $12,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | UBS Financial Services, Inc. (xxxxx8133) - IRA - ending balance as of 12/31/08 - records seized. | - | $58,150.41 |
| | | IRA with Pershing, LLC (approx. value) | - | $58,220.11 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Smith Barney Consolidated Account (0005) - records seized. | - | $0.00 |
| | | JP Morgan - Collateral Acct. (1000) - records seized. | - | $1.45 |
| | | JP Morgan - Asset Acct. (2008) - records seized. | - | $0.37 |
| | | UBS Financial Services, Inc. (8033) - records seized. | - | $0.00 |
| | | See list of entity ownership interests attached as Exhibit B (13). | - | $0.00 |
| | | Stifel Nicolaus **(6423)** (8826) - records seized. | - | $0.00 |
| | | Citi Smith Barney (8516) - records seized. | - | Unknown |
| | | JPMorgan - Collateral Acct. (5170) | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | | See list of entity ownership interests attached as Exhibit B-13. | - | $0.00 |

B 6B (Official Form 6B) (12/07) - Cont.

In re  Dennis E. Hecker                                                                    Case No.  09-50779
                        **Debtor**                                                                          **(If known)**

## AMENDED SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Note receivable - David Koch, 1143 Orchard Cir, Mendota Hts, MN 55118. | - | $15,000.00 |
| | | Note receivable - Donald Schroeder, 15709 Highland Dr, Minnetonka, MN 55345. | - | $18,711.86 |
| | | Note receivable from Snapdragon Venture with Wayne and Jan Belisle. | - | $502,970.00 |
| | | Notes receivable from Champps Sports Cafe - New Brighton and Des Moines. | - | $43,889.00 |
| | | Note receivable from Transcend Communications, Inc. | - | $606,565.00 |
| | | **Ike's Restaurant note receivable** | - | **$42,451.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Pending tax refund for tax years 2002-2006. | - | $2,000,000.00 |
| | | **Right to settlement of class action in Rudolph v. UTSarcom., ND CA, US Dist. Ct., S. Fran. Div. Court File No.: 3: 07-cv-04578-SI** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Interests as beneficiary of life insurance policies owned by family members and listed on Exhibit B (9). | - | $0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | GELCO Corporation Sales Commission Agreement. | - | $6,000,000.00 |
| | | Pending litigation against GMAC. | - | Unknown |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B 6B (Official Form 6B) (12/07) - Cont.

| In re | Dennis E. Hecker | | Case No. | 09-50779 |
|---|---|---|---|---|
| | Debtor | | | (If known) |

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With- Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Pending litigation against Chrysler Financial, DaimlerChrysler Financial, and DaimlerChrysler Motors filed in Minnesota Federal District Court but not served. | - | Unknown |
| | | Personal Services Agreement with Twin Cities Automotive, LLC. | - | $1,000,000.00 |
| | | Causes of action against shareholders and directors of HogRider Investments, LLC. | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | ~~John Deere tractor/mower Model 335 (reg # M00335A086709)~~ ~~(liquidation value provided by Forest Lake Motorsports)~~ **Tractor with attachments (insurance replacement value)** | J | ~~$2,500.00~~ **$19,740.00** |
| | | Four (4) - Dirt Bikes (Some gifted to children) (liquidation value provided by Forest Lake Motorsports) | J | $1,495.00 |
| | | Seven (7) - snowmobiles (Some gifted to children) (liquidation value provided by Forest Lake Motorsports) | J | $4,450.00 |
| | | Three (3) - Vespa Scooters (Some gifted to children) | J | $1,700.00 |
| | | Two (2) - Yamaha Mini Bikes (Some gifted to children) | J | $400.00 |
| | | Two (2) - Mini bike trailers | J | $800.00 |
| | | Six (6) - 4-wheelers (Some gifted to children) (liquidation value provided by Forest Lake Motorsports) | J | $4,500.00 |
| 26. Boats, motors, and accessories. | | 2002 Shorelander trailer (jetski) (last 6 of VIN 207412) | J | $500.00 |

B 6B (Official Form 6B) (12/07) - Cont.

In re    Dennis E. Hecker                                                    Case No.    09-50779
_____                                              _____
                    Debtor                                                                    (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2007 Yacht trailer (last 6 of VIN 417984) | J | $2,500.00 |
| | | 2000 Harris Kay pontoon boat 26 ft. 260 Royal (reg # 2702HV) (liquidation value provided by C&C Boatworks, Crosslake, MN) | J | $10,000.00 |
| | | 2000 Crestliner pontoon boat 26 ft 2465 LSI (reg # 9917JA) (liquidation value provided by C&C Boatworks, Crosslake, MN) | J | $5,000.00 |
| | | Seven (7) - jet skis (Some gifted to children) (liquidation value provided by Forest Lake Motorsports) | J | $11,600.00 |
| | | 53' Hatteras boat - in foreclosure and in possession of lender. | - | $300,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Misc. furniture and supplies in home office | J | $1,500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Membership interests in Bayport Marina Association, Inc. and related boat slip lease agreements. | - | Unknown |
| | | Membership in Spring Hill club. | - | $0.00 |
| | | Social memberships in various clubs believed to have no value. | - | $0.00 |
| | | **Membership in Wayzata Country Club** | - | **$1,000.00** |
| | | *This total has not been recalculated to reflect amendments* | Total > | $10,998,737.72 |

(Report also on Summary of Schedules)

**Hecker - Supplemental Exhibit B(7)**

| Watches | Band | Make | Model | Misc. | Lot Value |
|---|---|---|---|---|---|
| Stainless | Stainless | Breitling | | | |
| Silver | Black leather | Breitling | | | |
| Black | | Bulgari | | Lookalike | |
| | Orange | Lockman | | | |
| | Leather | Panerai | | | |
| | | Panerai | Luminor Marina | | |
| | Brown leather | Panerai | Luminor | | |
| | Red | Porsche | | | |
| Black face with gold trim | Gold | Rolex | Submariner | | |
| Blue face with gold trim | Stainless | Rolex | Submariner | | |
| Gold | Gold | Rolex | Yachtmaster | | |
| Gold | Gold | Rolex | Daytona | | |
| Platinum | Platinum | Rolex | Day/Date | | |
| Black face with stainless trim | Black leather | Tudor | Tiger | | |

Hecker Exhibit B (9)

Dennis E. Hecker and Family
Personal Insurance Coverage

Policies on Dennis E. Hecker

| Company | Policy Number | Issue Date | Policy Type | Rating Class | Owner | Beneficiary | Assignment | Premium | Face amount: |
|---|---|---|---|---|---|---|---|---|---|
| **DEH Estate:** | | | | | | | | | |
| Prudential | #77-211-188 | 6/1/1984 | Annual Term | Prefered | Dennis | Estate | None | $4,565.00 | $1,000,000.00 |
| Protective Life | #PL-0657339 | 8/1/1999 | Life to 65 | Prefered | Dennis | Estate- | Yes- | | $1,000,000.00 |
| | | | | | | Don Gilbert | $90,065.00 | | |
| Daimler Chrysler | 475694298+Dealer # | 09/2004 | Life to 69 | Prefered | Dennis | Estate | None | $40,210.00 | $9,000,000.00 |
| | | | | | | | | VIA Dealership | $600,000 |
| | | | | | Sydney's trust | Sydney | | | $150,000 |
| TransAmerica | #42184509 | 1/22/2004 | Term 15 year | Standard | Dennis | Estate | None | $15,760.00 | $3,000,000.00 |
| TransAmerica | #60113682 | '08/2004 | Universal Life | Standard | Dennis | Estate | None | $155,752.00 | $10,000,000.00 |
| TransAmerica | #42244994 | 04/2004 | Term Life 15 Year | Standard | Dennis | Estate | None | $11,820.00 | $2,000,000.00 |
| Prudential | #L8885670A | 8/1/2007 | Term 10 Year | Standard | Dennis | Estate | None | $80,725.00 | $16,000,000.00 |
| **DEH Children:** | | | | | | | | | |
| Prudential | #44-403-420 | 12/7/1971 | Life to 65 | Standard | Dennis | children | None | $87.00 | $5,000.00 |
| Prudential | #34-394-580 | 3/18/1973 | Life to 65 | Standard | Dennis | Children | None | $180.00 | $10,000.00 |
| Prudential | #34-552-810 | 10/1/1975 | Dec. Term | Standard | Dennis | Children | None | $180.00 | $10,000.00 |
| Prudential | #34-396-805 | 5/5/1977 | Life to 65 | Standard | Dennis | Children | None | $10,580.00 | $20,000.00 |
| Prudential | #77-121-604 | 11/11/1982 | Annual Term | Standard | Dennis | Children | None | $177.00 | $10,000.00 |
| | V1002304 | | | | | | | $7,200.00 | $1,300,000.00 |
| **Trusts of DEH:** | | | | | | | | | |
| Protective Life | #PL-0657342 40 | 8/1/1999 | Life to 65 | Prefered | Dennis | Holly | None | $13,450.00 | $3,000,000.00 |
| Protective Life | #PL-0657343 42 | 8/1/1999 | Life to 65 | Prefered | Dennis | Kelly | None | $13,450.00 | $3,000,000.00 |
| Protective Life | #PL-0657344 41 | 8/1/1999 | Life to 65 | Prefered | Dennis | Jacob | None | $13,450.00 | $3,000,000.00 |
| Protective Life | #L-0733845 | 1/10/2002 | Life to 69 | Prefered | Dennis | Sydney | None | $25,769.00 | $6,000,000.00 |
| **Tamitha's Trust:** | | | | | | | | | |
| Protective Life | #PL-0657340 43 | 8/1/1999 | Life to 65 | Prefered | Dennis | Tamitha | None | $7,652.00 | $1,700,000.00 |

## Additional Trusts

| | Owner | Premium | Face Value | Net CSV |
|---|---|---|---|---|
| Pacific Life VF51453460 | Irrevocable trust for Sydney Hecker | $21,647 | $1,500,000 | $27,035.21 |
| Pacific Life VF51453510 | Irrevocable trust for Kelly Hecker | $21,647 | $1,500,000 | $27,035.21 |
| Pacific Life VF51453470 | Irrevocable trust for Holly Hecker | $21,647 | $1,500,000 | $27,035.21 |
| Pacific Life VF51453490 | Irrevocable trust for Jacob Hecker | $21,647 | $1,500,000 | $27,035.21 |
| Pacific Life VF51453500 | Irrevocable trust for Grainger Stageberg | $21,647 | $1,000,000 | $18,031.79 |
| Pacific Life VF51453480 | Irrevocable trust for Austin Aldridge | $21,647 | $1,000,000 | $18,030.52 |

**DEH:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Prudential | #77-764-531 | 6/19/1995 | 7 Yr Term Renewal | Prefered | Tamitha | Dennis | /es? (checking on | $1,230.00 | $2,000,000.00 |
| Prudential | #98-631-668 | 5/7/1992 | Variable Whole Life | Standard | Holly | Dennis | None | $2,400.00 | $500,000.00 |
| Prudential | #94-550-031 | 6/9/1994 | Variable Whole Life | Standard | Holly | Dennis | None | $2,480.00 | $500,000.00 |
| Prudential | #77-191-094 | 8/16/1993 | Life to 65 | Standard | Holly | Dennis | None | $1,130.00 | $100,000.00 |
| Prudential | #77-191-096 | 9/9/1983 | Life to 65 | Standard | Kelly | Dennis | None | $980.00 | $100,000.00 |
| Prudential | #94-550-029 | 6/9/1994 | Variable Whole Life | Standard | Kelly | Dennis | None | $2,720.00 | $500,000.00 |
| Prudential | #98-631-983 | 4/14/1992 | Variable Whole Life | Standard | Kelly | Dennis | None | $2,370.00 | $500,000.00 |
| Prudential | #94-602-336 | 5/26/1995 | Variable Whole | Standard | Jacob | Dennis | None | $4,200.00 | $1,000,000.00 |
| Reliastar | #72-054-38 | 11/8/2002 | Variable Life | Standard | Sydney | Dennis | None | $5,000.00 | $1,000,000.00 |

**Other:**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Protective Life | #PL-06557341-44 | 8/1/1999 | Life to 65 | Prefered | Dennis | Sandra | None | $1,408.00 | $300,000.00 |
| Prudential | #H-62930000 | | Annual Disability | Standard | Dennis | | None | $179.40 | % of Income Varies |
| Prudential | #H-6315327 | | Annual Disability | Standard | Dennis | | None | $1,980.00 | % of Income Varies |

B6C (Official Form 6C) (12/07)

In re  Dennis E. Hecker
_____
Debtor(s)

Case No.  09-50779

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☒ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **11700 Cross Avenue, Crosslake, MN** | Minn. Stat. §§ 510.01, 510.02 | **$330,000.00** | $3,983,000.00 |
| **(tax legal description - That part of Lot 2, Block 2, Cross Lake Homesites, lying Easterly of the following described line; commencing at the Southeast corner of said Lot 2, thence North 81 degrees 39 minutes 23 seconds West, assumed bearing, along the South line of said Lot 2 for a distance of 60.38 feet to the point of beginning, according to the recorded plat thereof, Crow Wing County, Minnesota)** | Reverse pierce of property titled to Jacob Holdings of Cross Lake, LLC, pursuant to Cargill, Inc. v. Hedge, 372 N.W.2d 477 (Minn. 1985) | $0.00 | |
| **(Titled of record in name of Jacob Holdings of Crosslake, LLC.)** | | | |
| ~~11706 Cross Avenue, Crosslake, MN~~ | | | |
| ~~(tax legal description - Those parts of Lots 3 & 4, Block 2, Security Interest Cross Lake Homesites, lying Easterly of the following described line: commencing at the Southwest corner of said Lot 4, thence North 89 degrees 41 minutes, 32 seconds East, assumed bearing, along the South line of said Lot 4 for a distance of 55 feet to the point of beginning, according to the recorded plat thereof, Crow Wing County, Minnesota)~~ | | | |
| ~~(Titled of record in name of Jacob Holdings of Crosslake, LLC. Debtor asserts ownership interest through reverse piercing claim.)~~ | | ~~$0.00~~ | ~~3,983,000.00~~ |
| **Household Goods and Furnishings** | | | |
| 1/2 interest in Household Goods and Furnishings located at ~~11706~~ **11700** Cross Ave., Crosslake, MN 56442. | Minn. Stat. § 550.37(4)(b) | 9,450.00 | 15,715.00 |
| **Wearing Apparel** | | | |
| Debtor's Clothing | Minn. Stat. § 550.37(4)(a) | 25,000.00 | 25,000.00 |
| **Furs and Jewelry** | | | |
| Wedding Ring (See Exhibit B (7)) | Minn. Stat. section 550.37, subd. 4(c) | 1,225.00 | 24,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 1985 Kawai Baby Grand Piano (Hunter) | Minn. Stat. § 550.37(2) | 1,500.00 | 1,500.00 |

Schedule of Property Claimed as Exempt consists of 2 total page(s)

Form B6C
(04/07)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in Insurance Policies** | | | |
| See Exhibit B (9) attached hereto. Some policies held by trusts. Records seized by debtor believes one policy has cash surrender value. | Minn. Stat. § 550.37(23) | 8,400.00 | 12,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| UBS Financial Services, Inc. (xxxxx8133) - IRA - ending balance as of 12/31/08 - records seized. | 11 U.S.C. § 522(b)(3)(C) | 58,150.41 | 58,150.41 |
| IRA with Pershing, LLC (approx. value) | Minn. Stat. § 550.37(24) | 58,220.11 | 58,220.11 |
| | Total: | **491,945.52**<br>~~161,945.52~~ | 4,177,585.52 |

Sheet 2 of 2 total sheets in Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07)

In re __Dennis E. Hecker__                                           Case No. __09-50779__
                        Debtor(s)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☒ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **11700 Cross Avenue, Crosslake, MN** | Minn. Stat. §§ 510.01, 510.02 | **$330,000.00** | $3,983,000.00 |
| **(tax legal description - That part of Lot 2, Block 2, Cross Lake Homesites, lying Easterly of the following described line; commencing at the Southeast corner of said Lot 2, thence North 81 degrees 39 minutes 23 seconds West, assumed bearing, along the South line of said Lot 2 for a distance of 60.38 feet to the point of beginning, according to the recorded plat thereof, Crow Wing County, Minnesota)** | Reverse pierce of property titled to Jacob Holdings of Cross Lake, LLC, pursuant to Cargill, Inc. v. Hedge, 372 N.W.2d 477 (Minn. 1985) | $0.00 | |
| **(Titled of record in name of Jacob Holdings of Crosslake, LLC. Debtor asserts ownership interest through reverse piercing claim.)** | | | |
| ~~11706 Cross Avenue, Crosslake, MN~~ | | | |
| ~~(tax legal description - Those parts of Lots 3 & 4, Block 2, Security Interest Cross Lake Homesites, lying Easterly of the following described line: commencing at the Southwest corner of said Lot 4, thence North 89 degrees 41 minutes, 32 seconds East, assumed bearing, along the South line of said Lot 4 for a distance of 55 feet to the point of beginning, according to the recorded plat thereof, Crow Wing County, Minnesota)~~ | | | |
| ~~(Titled of record in name of Jacob Holdings of Crosslake, LLC. Debtor asserts ownership interest through reverse piercing claim.)~~ | | ~~$0.00~~ | ~~3,983,000.00~~ |
| **Household Goods and Furnishings** | | | |
| 1/2 interest in Household Goods and Furnishings located at ~~11706~~ **11700** Cross Ave., Crosslake, MN 56442. | Minn. Stat. § 550.37(4)(b) | 9,450.00 | 15,715.00 |
| **Wearing Apparel** | | | |
| Debtor's Clothing | Minn. Stat. § 550.37(4)(a) | 25,000.00 | 25,000.00 |
| **Furs and Jewelry** | | | |
| Wedding Ring (See Exhibit B (7)) | Minn. Stat. section 550.37, subd. 4(c) | 1,225.00 | 24,000.00 |

Schedule of Property Claimed as Exempt consists of 2 total page(s)

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6C
(04/07)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Firearms and Sports, Photographic and Other Hobby Equipment | | | |
| 1985 Kawai Baby Grand Piano (Hunter) | Minn. Stat. § 550.37(2) | 1,500.00 | 1,500.00 |
| Interests in Insurance Policies | | | |
| See Exhibit B (9) attached hereto.  Some policies held by trusts.  Records seized by debtor believes one policy has cash surrender value. | Minn. Stat. § 550.37(23) | 8,400.00 | 12,000.00 |
| Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans | | | |
| UBS Financial Services, Inc. (xxxxx8133) - IRA - ending balance as of 12/31/08 - records seized. | 11 U.S.C. § 522(b)(3)(C) | 58,150.41 | 58,150.41 |
| IRA with Pershing, LLC (approx. value) | Minn. Stat. § 550.37(24) | 58,220.11 | 58,220.11 |

|  | | | |
|---|---|---|---|
| Total: | | **491,945.52**<br>~~161,945.52~~ | 4,177,585.52 |

Sheet 2 of 2 total sheets in Schedule of Property Claimed as Exempt

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re    Dennis E. Hecker                           Case No.    09-50779

                                    Debtor(s)             Chapter    7

# AMENDED STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $101,319.00 | 2009 YTD: W-2 Income |
| $460,137.00 | 2008: W-2 Income |
| $471,348.00 | 2007: W-2 Income |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $20,921.00 | 2009 YTD: Gross income before adjustments for losses and pass-through depreciation |
| $6,492,325.00 | 2008: Gross income before adjustments for losses and pass-through depreciation |
| $22,814,926.00 | 2007: Gross income before adjustments for losses and pass-through depreciation of $35,376,919.00 |

**3. Payments to creditors**

None
☒

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Exhibit 3.b. | | $0.00 | $0.00 |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached Exhibit 3.c. | | $0.00 | $0.00 |

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Chrysler Financial Services Americas LLC, et al., vs. Dennis E. Hecker (02-CV-09-4185) | Transcript Judgment from other Minnesota County | Minnesota District Court (Anoka County) | Judgment 4/28/09 ($476,925,874.60) |
| Daniel G. Sjogren vs. Dennis E. Hecker (04-CV-07-6345) | Contract | Minnesota District Court Beltrami County) | Dismissal by stipulation (5/7/08) |
| Chrysler Financial Services Americas LLC vs. Dennis E. Hecker (18-CV-09-2784) | Transcript of Judgment from Other Minnesota County | Minnesota District Court (Crow Wing County) | Judgment 4/28/09 ($476,925,874.60) |
| M & I Marshall, Ilsley Bank vs. Michael Holdings of Baxter, LLC, et al. (18-CV-09-2917) | Civil Other/Misc. | Minnesota District Court (Crow Wing County) | |
| Chrysler Financial Services Americas LLC vs. Dennis E Hecker (19HA-CV-09-3205) | Transcript of Judgment from Other Minnesota County | Minnesota District Court (Dakota County) | Judgment 4/28/09 ($476,925,874.60) |
| Northstate Financial Corporation vs. Motorpless Inc. d/b/a Norther States Wholesale, et al. (27-CV-07-8240) | Replevin | Minnesota District Court (Hennepin County) | |
| Dennis Hecker vs. Koch Group Mpls LLC et al (27-CV-08-25766) | Civil Other/Misc. | Minnesota District Court (Hennepin County) | Judgment 4/29/09 (against Hecker) ($813.67) |
| Chrysler Financial Services Americas LLC vs. Dennis E Hecker (27-CV-09-2152) | Contract | Minnesota District Court (Hennepin County) | Judgment 4/28/09 ($476,925,874.60) |
| New Buffalo Auto Sales LLC f/k/a New Buffalo Chrysler LLC, et al. vs. Monticello Motors LLC, et al. (27-CV-09-2692) | Contract | Minnesota District Court (Hennepin County) | Judgment 5/7/09 ($324,938.72) |
| JPMorgan Chase Bank NA vs. Dennis E. Hecker (27-CV-09-3719) | Contract | Minnesota District Court (Hennepin County) | Judgment 5/18/09 ($3,044,046.00) |
| Carlton Financial Corporation vs. Rosedale Dodge Inc, d/b/a Rosedale Leasing, et al. (27-CV-09-5284) | Contract | Minnesota District Court (Hennepin County) | |
| Carlton Financial Corporation vs. Jacob Motors of Shakopee LLC, et al. (27-CV-09-5782) | Contract | Minnesota District Court (Hennepin County) | 6/9/09 - summary judgment granted |
| BankFirst vs. Dennis E. Hecker, et al. (27-CV-09-8670) | Contract | Minnesota District Court (Hennepin County) | Judgment 5/26/09 ($4,168,707.10) |
| Dennis Earl Hecker vs. Commissioner of Public Safety (27-CV-09-9125) | Implied Consent | Minnesota District Court (Hennepin County) | |
| In the Marriage of Dennis Earl Hecker vs. Tamitha Dawn Hecker (27-FA-08-2731) | Dissolution with child | Minnesota District Court (Hennepin County) | Dismissal by stipulation 10/30/08 |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Carlton Financial Corporation vs. Dennis E. Hecker, et al. (58-CV-08-822) | Contract | Minnesota District Court (Pine County) | Dismissal without prejudice 3/17/09 |
| Chrysler Financial Services Americas LLC vs. Dennis E. Hecker (58-CV-09-354) | Transcript Judgment from Other Minnesota County | Minnesota District Court (Pine County) | Judgment 6/9/09 ($476,925,874.60) |
| Community National Bank vs. Dennis E. Hecker (62-CV-08-12648) | Contract | Minnesota District Court (Ramsey County) | Judgment 6/11/09 ($99,993.32) |
| BankFirst vs. Brighton Ventures LLC, et al (62-CV-09-4599) | Contract | Minnesota District Court (Ramsey County) | |
| Chrysler Financial Services Americas LLC vs. Dennis E. Hecker (62-CV-09-5718) | Transcript Judgment from Other Minnesota County | Minnesota District Court (Ramsey County) | Judgment 5/19/09 ($476,925,874.60) |
| Dennis E. Hecker vs. Boyd Morrow (70-CO-08-26659) | Conciliation | Scott County Conciliation Court | Notice of Dismissal without prejudice 1/21/09 |
| Dennis E. Hecker vs. Boyd Morrow (70-CO-09-3853) | Conciliation | Scott County Conciliation Court | Settled 6/1/09 |
| Chrysler Financial Services Americas LLC vs. Dennis E. Hecker (82-CV-09-3278) | Transcript Judgment from Other Minnesota County | Minnesota District Court (Washington County) | Judgment 4/28/09 ($476,925,874.60) |
| M&I Marshall & Ilsley Bank vs. Mikden of Oakdale, LLC, et al. (82-CV-09-3324) | Civil Other/Misc. | Minnesota District Court (Washington County) | |
| Chrysler Financial Services Americas LLC vs. Dennis E. Hecker (86-CV-09-3533) | Transcript Judgment from Other Minnesota County | Minnesota District Court (Wright County) | Judgment 5/19/09 ($476,925,874.60) |
| Maria Romano, et al. vs. Southwest-Tex Leasing, et al (A576016) | | Clark County District Court - Regional Justice Center, 200 Lewsi Ave, Las Vegas, NV 89155 | Pending |
| Dennis E. Hecker vs. Chrysler Financial Services Americas LLC (Civil Docket 08-cv-05972-DSD-JJG) | | U.S. District Court, District of Minnesota | Pending |
| Gelco Corporation vs. Rosedale Dodge, Inc., et al. (Civil Docket #09-cv-01108-MJD-FLN) | | U.S. District Court, District of Minnesota | Pending - Demand of $7,196,000.00 |
| John J. Sorci Trust v. Dennis E. Hecker | Contract | California | |
| City of Los Angeles vs. Steven E. Gross, et al. (BC386470) | | Los Angeles Superior Court | Pending - filed 2/29/08 |

5

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Associated Bank 1270 Yankee Doodle Rd Saint Paul, MN 55121 | 5/2009 | Seizure of approximately $5,000 in checking account for guaranty liability of Rosedale Dodge, Inc. |
| JP Morgan Chase Bank, N.A. 726 Madison Avenue New York, NY 10021 | 5/2009 | Seizure of funds from investment account |
| Wells Fargo Bank N.A. Loan Adjustment Group 90 S 7th St Minneapolis, MN 55402 | | Seizure of $1,385.30 in two bank accounts |

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| GEMB Lending, Inc. PO Box 57091 Irvine, CA 92619 | May 2009 | Hatterus Boat voluntarily surrendered for foreclosure. |
| Turnover of assets by corporate entities | 2008 and 2009 | Numerous corporate entities turned over assets to secured lenders. |

**6. Assignments and receiverships**

None ☐ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| TCF National Bank 801 Marquette Ave Minneapolis, MN 55402 | | Deeds in lieu and voluntary surrender agreement with respect to real property owned by Jacob Holdings of Medina, LLC and Jacob Holdings of Aspen, LLC |

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

6

**7. Gifts**

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Tamitha Hecker | Wife | ~~June and July 2008~~ **within one year of petition date** | Rolex Watch - $60,450<br>Misc. Jewelry - $9,500<br>Misc. Gifts and Cash - ~~$75,000~~ **$50,000**<br>**Fur Coat - $60,000** |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| J    H | Son | within one year of petition date | $25,000.00 - Hublot watch; Mac Airbook Computer; Two (2) iPods; Blackberry; Two (2) 4-wheelers; Bike; Skateboard Ramp; Apple Computer; Video Games; Segway; hunting shot guns; wake boards; 2 mini bikes; cell phone |
| S    H | Daughter | within year prior to filing date | Mac Airbook computer; cellphone; two (2) 4-wheelers; video games; trampoline; horse arcade; Segway; Skis |
| Kellie Hecker **13905 53rd Ave. N., Unit 1 Plymouth, MN 55446** | Daughter | within one year of petition date | $10,000 - Misc. Gifts |
| Holly Hecker-**Aldridge 1600 Kenwood Parkway Minneapolis, MN 55405** | Daughter | within one year of petition date | $10,000 - Misc. Gifts |
| G    S | Grandson | within one year of petition date | $25,000 - Breck Tuition $1,500 - Mini Bike & Trailer |
| Loni Jansen **560 Elk Avenue Eden Valley, MN 55329** | Sister | within one year of petition date | Cash - $5,000 |
| Beverly Halfpenny **10369 Grand Forest Ln. Woodbury, MN 55129** | Sister | within one year of petition date | Cash - $5,000 |
| In addition to the above | Misc. Family members | within one year of petition date | I have given or provided my family with cash and gifts in excess of $200.00.  I did not maintain records of these gifts. |
| Erik Dove 500 Ford Rd Minneapolis, MN 55426 | Business Associate | | 2007 Harley Davidson Motorcycle - $12,000 Panerai Watch - $7,500 |
| Chris McIntire **11860 S. LaCienega Blvd. Hawthorne, CA 90250** | Business Associate | within one year of petition date | Hublot watch - $20,000 |
| Judith ~~Pownall~~ **Pownall 18176 70th Avenue N Maple Grove, MN 55311** | Business Associate | within one year of petition date | Misc. and cash - $5,000 |
| Chris McIntire and Jeff Brown **11860 S. LaCienega Blvd. Hawthorne, CA 90250** | Business Associates | within one year of petition date | Travel and lodging - $25,000 |
| Maddie Mernick **3500 Wedgewood Lane Plymouth, MN 55441** | Business Associate | within one year of petition date | Cash - $2,000 |
| Amy ~~Kenett~~ **Kmett 10883 53rd Street NE Albertville, MN 55301** | Business Associate | within one year of petition date | Cash - $1,500 |

8

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| In addition to the above | | | I have given or provided my employees with cash, gifts, and incentives totaling approx. $50,000.00 |
| ~~CM Rowan~~ | | ~~within one year of petition date~~ | ~~Misc. and cash - $65,000~~ |
| Stanek for Sheriff | | 3/19/09 | $200.00 - Political contribution |
| Pacer Center | | 3/24/09 | $25.00 - Political contribution |
| Hank Luechen/Ducks Unlimited | | 6/13/08 | $500.00 - contribution |
| North American Adoption Council | | 7/23/08 | $1,000.00 - contribution |
| Breast Cancer 3 Day | | 8/8/08 | $100.00 - contribution |
| Crosslake Fire Department | | 8/18/08 | $2,656.91 (lights for firetruck) |
| Crosslake Firemans Relief Assoc | Charity | within one year of petition date | Cash - $2,800 |
| MADA/CAR | | 9/5/08 | $5,350.00 - contribution |
| DEAC | | 9/5/08 | $2,500.00 - contribution |
| Heather's Hope Fund Raiser | | 12/2/08 | $250.00 - contribution |
| Lisa Goodman | | 8/11/08 | $100.00 - Political contribution |
| Kurt Zellar | | 10/17/08 | $250.00 - Political contribution |
| Wishes & Moore Charity | | within one year of petition date | Cash - $2,500 |
| J. Robb **c/o Greenspring Media Group Inc. 600 US Trust Building 730 Second Ave. S. Minneapolis, MN 55402** | | within one year of petition date | Cash - $10,000 |
| ~~Rowen~~ **Rowan**, Christi M | | within one year of petition date | ~~Misc. and Cash - $35,000~~ **Travel, Lodging, Gifts and Cash - $110,426.31 Dog - $30,900 Fur Coat - $60,000** |
| Nisswa Chamber of Commerce | Charity | within one year of petition date | Cash - $800 |
| Dave Thomas Foundation | Charity | within one year of petition date | Cash - $35,000 |
| **Lisa Gagliardi** | | **within one year of petition date** | **Cash - $15,000** |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

9

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Cindy Bowser** **13792 43rd Bay** **St. Michael, MN 55376** | **Employee** | **May 2009** | **$750 cash advance on payroll** |

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| $ 250,000.00 cash | Gambling losses - Mirage Hotel and Casino, Las Vegas, NV | within one year prior to filing date |
| $ 400,000.00 cash | Gambling losses - Bellagio Hotel and Casino, Las Vegas, NV | within one year prior to filing date |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Fredrikson & Byron PA 200 S 6th St Ste 4000 Minneapolis, MN 55402 | See statement of attorney compensation. In addition, Debtor and affiliated companies have paid counsel a total of $127,665 for representation of debtor and affiliated companies on debtor/creditor or litigation matters.  The source of payment has been from accounts of the debtor and the affiliated companies. | |

### 10. Other transfers

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Companies owned by debtor 500 Ford Road Minneapolis, MN 55426 | Numerous instances | Numerous transfers detailed on Exhibit 3c. |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Venture Bank<br>5601 Green Valley Dr<br>Suite 120<br>Bloomington, MN 55437 | February 2009 | Stock in Venture Bank exchanged for reduction in debt. |
| U.S. Bank<br>BC-MN-H22A<br>800 Nicollet Mall, 22nd Floor<br>Minneapolis, MN 55402 | 2009 | Grant of 2nd position mortgages on Bayport, Minnesota condominiums and residence at 1492 Hunter Dr., Medina, Minnesota; pledges of LLC membership interests in exchange for pledged assets from LLC for funds lent to debtor. |
| Crown Bank<br>6600 France Ave S Ste 125<br>Edina, MN 55435 | January 2009 | Grant of security interests in Bayport, MN boat slips. |
| Bremer Bank<br>633 S Concord St Ste 350<br>South St. Paul, MN 55075 | February 2009 | Return of bank stock granted to debtor as director, $2,000 in value. |
| JC Bromac<br>11860 S La Cienega Blvd<br>Los Angeles, CA 90250 | April 2009 | Release of causes of action against officers and directors in exchange for 90-day renewal of $1,000,000 promissory note. |
| TCF National Bank<br>801 Marquette Ave<br>Minneapolis, MN 55402 | 6/3/2009 | Deeds in lieu and voluntary surrender agreement with respect to personal residences of debtor owned by Jacob Holdings of Medina, LLC and Jacob Holdings of Aspen, LLC |
| **Northstate Financial Corp<br>500 Ford Rd<br>Minneapolis, MN 55426** | **11/28/07** | **Harley Davidson Motorcycle - $23,590** |
| **Northstate Financial Corp<br>500 Ford Rd<br>Minneapolis, MN 55426** | **February 2009** | **2008 Malibu Wavesetter 23 boat - title transferred to Northstate Financial** |
| **Northstate Financial Corp<br>500 Ford Rd<br>Minneapolis, MN 55426** | **February 2009** | **2007 Cobalt 220 boat - title transferred to Northstate Financial** |
| **Hecker, Tamitha<br>1492 Hunter Dr<br>Wayzata, MN 55391<br>    Wife** | **within two years of petition date** | **$17,000.00 check 6/3/2009; $100,000 cash 12/3/2008; $454,817.41 miscellaneous credit card charges 6/4/2007 - 6/3/2009; other cash of at least $100,000.** |

None ☒  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Lakes State Bank | Checking | $0.00 |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Vision Bank** | **Money Market (0845)** | **$0.00, 03/13/09** |

**12.  Safe deposit boxes**

None ☐  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Wells Fargo | Donna Rizner | Empty box | |
| Lakes State Bank | Chip Lohemiller | None | March 2009 |

**13.  Setoffs**

None ☐  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| GELCO Corp<br>Three Capital Dr<br>Eden Prairie, MN 55344 | May 2009 | $1.544 M applied to obligation of Rosedale Dodge, Inc. |

**14.  Property held for another person**

None ☐  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Northstate Financial Corp.<br>500 Ford Road<br>Minneapolis, MN 55426 | Boats, inventory, etc. with $150,000.00 value held for resale and securing $1.5 million debt to Bremer Bank. | Crosslake, MN; Minneapolis, MN; and Brainerd, MN |
| Walden Fleet Services II, Inc. | $50,000.00 Cadillac-Escalade subject to security interest of US Bank | Minneapolis |
| Brainerd Toyota<br>500 Ford Rd<br>Minneapolis, MN 55426 | Dealer demo Toyota 4 Runner subject to security interest of Toyota Motor Credit Corp. | Minneapolis |
| Jacob D. Hecker | UBS Financial Services, Inc. UdR MN Uni Tfr to Minor account - ending balance of $47,186.28 as of 3/31/09 | |
| Tamitha Hecker | Half interest in household goods | Various homes |

**15.  Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1492 Hunter Dr., Medina, MN 55391 | Dennis E. Hecker | 2003-2009 |

**16.  Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

   "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

   "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

13

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| See Exhibit B-13 | | | | |

None
☐

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|
| See Exhibit B-13 | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| Hage, Rich<br>500 Ford Road<br>Minneapolis, MN 55426 | Longer than two years prior to petition date |
| Miller, Susan<br>500 Ford Rd<br>Minneapolis, MN 55426 | Longer than two years prior to petition date |
| Orthun, Greg<br>500 Ford Rd<br>Minneapolis, MN 55426 | Longer than two year priors to petition date |
| Larson Allen<br>Attn Jason Flattern<br>220 South Sixth Street, Suite 300<br>Minneapolis, MN 55402 | Longer than two year priors to petition date |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Grant Thorton | 200 South Sixth Street, Ste 500 Minneapolis, MN 55402 | Longer than two years prior to petition date. |
| Virchow Krause | 225 South 6th Street Suite 2300 Minneapolis, MN 55402 | Longer than two years prior to petition date. |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| See above, 19(b) | |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| See attached Exhibit 19 (d) | |

### 20. Inventories

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☒ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☒ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

15

**23 . Withdrawals from a partnership or distributions by a corporation**


None

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**


None

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

16

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    September 1, 2009                    Signature    /s/ Dennis E. Hecker

                                                          Dennis E. Hecker
                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

    Dennis Earl Hecker                    **SIGNATURE DECLARATION**

    Debtor(s).

                                          Case No.  09-50779

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☒ OTHER (Please describe: **Amended Schedules A, B, C; Supplemental Schedule D; Amended Statement of Financial Affairs**)

    I [We], the undersigned debtor(s) or authorized representative of the debtor, ***make the following declarations under penalty of perjury:***

- ☐ The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- ☐ The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- ☐ **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- ☐ I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- ☐ **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 9/1/09

X _____      X _____
  Signature of Debtor or Authorized Representative       Signature of Joint Debtor

  Dennis E. Hecker_____
  Printed Name of Debtor or Authorized Representative      Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                                Case No. BKY 09-50779

            Debtor.                                        Chapter 11 Case

---

### CERTIFICATE OF SERVICE

---

       Douglas W. Kassebaum, under penalty of perjury, states that on September 1, 2009, he caused to be served the following:

      1.      Amended Schedule A;

      2.      Amended Schedule B;

      3.      Amended Schedule C;

      4.      Supplemental Schedule D; and

      5.      Amended Statement of Financial Affairs

by sending true and correct copies via ECF and U.S. Mail to the parties on the attached service list.

Dated:  September 1, 2009                      _____*/s/ Douglas W. Kassebaum*_____
                                               Douglas W. Kassebaum

4611745_1/058978.0887

Dennis E. Hecker
Service List
Bky No. 09-50779

**SERVICE VIA ECF**

U.S. Trustee's Office
1015 US Courthouse
300 S Fourth St
Minneapolis MN 55415
ustpregion12.mn.ecf@usdoj.gov

Randall L. Seaver
U.S. Trustee
Portland Corporate Center
12400 Portland Avenue South, #132
Burnsville, MN  55337
rlseaver@fullerseaverramette.com

Randall L. Seaver
c/o Matthew R. Burton
Matthew R. Burton Esq.
Leonard, O'Brien, Spencer, Gale &
Sayre
100 South Fifth Street, #2500
Minneapolis MN 55402
mburton@losgs.com

Randall L. Seaver
c/o Gordon B. Conn Jr.
Kalina, Wills, Gisvold & Clark &
PLLP
6160 Summit Drive, Suite 560
Minneapolis MN 55430
conn@kwgc-law.com

U.S. Bank National Association
c/o Monica Clark
Dorsey & Whitney, LLP
50 South Sixth Street, #1500
Minneapolis, MN  55402-1498
clark.monica@dorseylaw.com

Hyundai Capital America
c/o Connie A. Lahn
David E. Runck
Fafinski Mark & Johnson, PA
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN  55344
connie.lahn@fmjlaw.com
david.runck@fmjlaw.com

Tamitha Hecker
c/o Nauni Jo Manty
Manty & Associates, P.A.
510 First Avenue North, #305
Minneapolis, MN 55403
ecf@mantylaw.com

United States Rent A Car and
Maria Romano
c/o Jamie R. Pierce
Hinshaw & Culbertson, LLP
333 South Seventh Street, #2000
Minneapolis, MN  55402
jpierce@hinshawlaw.com

Chrysler Financial Services
Americas, LLC, f/k/a
DaimlerChrysler Financial Services
Americas, LLC
c/o Stephen F. Grinnell
Gray, Plant, Mooty, Mooty &
Bennett, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
stephen.grinnell@gpmlaw.com

Chrysler Financial Services
Americas LLC, f/k/a
DaimlerChrysler Financial Services
Americas, LLC
c/o Craig E. Reimer
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL  60606
creimer@mayerbrown.com

Chrysler Financial Services
Americas, LLC, f/k/a
DaimlerChrysler Financial Services
Americas, LLC
c/o Marilyn J. Washburn
Riezman Berger, P.C.
7700 Bonhonne, 7th Floor
St. Louis, MO  63105
MN_bank@riezmanberger.com

Crown Bank
c/o Thomas J. Lallier
Jeffrey D. Klobucar
Foley & Mansfield, P.L.L.P.
250 Marquette Avenue, #1200
Minneapolis MN 55401
tlallier@foleymansfield.com
jklobucar@foleymansfield.com

JPMorgan Chase Bank, N.A.
c/o Matthew A. Swanson
Leonard, Street and Deinard, PA
2300 Fifth Street Towers
150 South Fifth Street
Minneapolis MN 55402
matthew.swanson@leonard.com

Toyota Financial Savings Bank
Toyota Motor Credit Corporation
c/o Michael L. Meyer
Ravich Meyer Kirkman McGrath
Nauman & Tansey, P.A.
4545 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
mlmeyer@ravichmeyer.com

GE Money Bank
c/o Recovery Management Systems
Corp.
Attn:  Ramesh Singh
25 S.E. Second Avenue, #1120
Miami, FL  33131-1605
claims@recoverycorp.com

HSBC Bank Nevada, N.A.
c/o Patti H. Bass
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, #200
Tucson, AZ  85712-1083
ecf@bass-associates.com

Associated Bank
c/o Joseph W. Lawver
Messerli & Kramer P.A.
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis MN 55402-1217
jlawver@messerlikramer.com

VISIONBank
c/o Bruce H. Carlson
McNair, Larson & Carlson, Ltd.
51 Broadway, #600
Fargo, ND  58102
bruce.carlson@mlcfargolaw.com

Blackstone Financial, LLC
c/o Brad A. Sinclair
Serkland Law Firm
10 Roberts Street
P.O. Box 6017
Fargo, ND  58108-6017
bsinclair@serklandlaw.com

TCF National Bank
c/o Robert G. Parish
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
rparish@faegre.com

**SERVICE VIA EMAIL**

***Debtor***

Dennis Hecker
Denny Hecker Automotive Group,
Inc.
500 Ford Road
Minneapolis MN 55426
heckerauto@aol.com

Toyota Financial Savings Bank
c/o Michael B. Lubic
Sonnenschein Nath & Rosenthal,
LLP
601 S. Figueroa Street, #2500
Los Angeles, CA  90017-5704
mlubic@sonnenschein.com

Dennis E. Hecker
Service List
Bky No. 09-50779

| SERVICE VIA U.S. MAIL |
|---|
| IRS District Counsel<br>380 Jackson St, Ste 650<br>St Paul MN 55101-4804 |
| Internal Revenue Service<br>Wells Fargo Place<br>30 E 7th St, Mail Stop 5700<br>St Paul MN 55101 |
| MN Department of Revenue<br>Collection Enforcement<br>551 Bankruptcy Section<br>600 North Robert Street<br>PO Box 64447<br>St Paul MN 55101-2228 |
| US Attorney<br>600 US Courthouse<br>300 S Fourth St<br>Minneapolis MN 55415 |
| Minnesota Department of Economic<br>Security<br>332 Minnesota Street<br>St. Paul MN 55101-1351 |
| ACE INSURANCE COMPANY<br>P.O. BOX 294836<br>CLEVELAND OH 44101 |
| ALLEN EIDE<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 |
| ALLIANCE BANK<br>55 EAST 5TH STREET, SUITE 115<br>ST. PAUL MN 55101 |
| AMERICAN BANK<br>1060 DAKOTA DRIVE<br>MENDOTA HEIGHTS MN 55120 |
| AMERICAN EXPRESS<br>P. O. BOX 0001<br>LOS ANGELES CA 90096 |
| ANCHOR BANK<br>1570 CONCORDIA AVE<br>SAINT PAUL MN 55104 |
| ANCHOR BANK<br>P.O. BOX 7933<br>MADISON WI 53707 |
| ASSOCIATED BANK<br>IDS CENTER<br>740 MARQUETTE AVENUE<br>MINNEAPOLIS MN 55402 |
| AXLE CAPITAL, LLC /<br>SAGECREST<br>3 PICKWICK PLAZA<br>GREENWICH CT 06830 |
| BANK OF THE WEST<br>P.O. BOX 65020<br>WEST DES MOINES IA 50265 |

| |
|---|
| BAYPORT MARINA<br>ASSOCIATION<br>200 5TH STREET<br>BAYPORT MN 55003 |
| BELLAGIO<br>3600 LAS VEGAS BLVD<br>LAS VEGAS NV 89109 |
| BREMER BANK<br>633 SOUTH CONCORD STREET,<br>SUITE 350<br>SOUTH ST. PAUL MN 55075 |
| BRIGGS & MORGAN PA<br>2200 IDS CENTER<br>MINNEAPOLIS MN 55402 |
| C AND C BOAT WORKS<br>36448 CTY RD 66<br>CROSSLAKE MN 56442 |
| CARLTON FINANCIAL<br>CORPORATION<br>1907 E. WAYZATA BLVD. SUITE<br>180<br>WAYZATA MN 55391 |
| CENTER POINT ENERGY<br>P.O. BOX 1144<br>MINNEAPOLIS MN 55440 |
| CESSNA AIRCRAFT COMPANY<br>P.O. BOX 12270<br>WICHITA KS 67277 |
| CHRYSLER FINANCIAL<br>CIMS 740-01-19<br>6400 S FIDDLERS GREEN CIR.,<br>STE. 700<br>ENGLEWOOD CO 80111-4979 |
| CITY OF ASPEN<br>130 S. GALENA ST.<br>ASPEN CO 81611 |
| CITY OF BAYPORT<br>294 N. 3RD STREET<br>BAYPORT MN 55003 |
| COMMUNITY NATIONAL BANK<br>845 EAST COUNTY ROAD E<br>VADNAIS HEIGHTS MN 55127 |
| COOPERATIVE POWER<br>P.O. BOX 69<br>TWO HARBORS MN 55616 |
| CORNERSTONE BANK<br>2627 SOUTH UNIVERSITY<br>FARGO ND 58103 |
| CROSSLAKE PROPERTY<br>SOLUTIONS<br>P.O. BOX 810<br>CROSSLAKE MN 56442 |
| CROWN BANK<br>6600 FRANCE AVENUE SOUTH,<br>SUITE 125<br>EDINA MN 55435 |

| |
|---|
| DEERWOOD BANK<br>P.O. BOX 527<br>724 W. WASHINGTON STREET<br>BRAINERD MN 56401 |
| DON GILBERT<br>1700 PHEASANT RUN<br>HUDSON WI 54016 |
| ENCORE BANK<br>3003 TAMIAMI TRAIL NORTH,<br>SUITE 100<br>NAPLES FL 34103 |
| FIFTH THIRD BANK<br>999 VANDERBILT BEACH, 7TH<br>FLOOR<br>MD B9997E<br>NAPLES FL 34108 |
| GE CAPITAL<br>1415 WEST 22ND STREET, SUITE<br>600<br>OAKBROOK IL 60523 |
| GE CAPITAL, FLEET SERVICES<br>3 CAPITAL DRIVE<br>EDEN PRAIRIE MN 55344 |
| GEMB LENDING, INC.<br>P.O. BOX 57091<br>IRVINE CA 92619 |
| GMAC MORTGAGE<br>9661 W. 143RD STREET<br>SUITE 200<br>ORLAND PARK IL 60462 |
| GMAC MORTGAGE<br>P.O. BOX 4622<br>WATERLOO IA 50704 |
| GMAC, LLC<br>15303 94TH AVENUE<br>ORLAND PARK IL 60462 |
| HOLY CROSS ENERGY<br>3799 HWY 82<br>GLENWOOD SPRINGS CO 81602 |
| HYUNDAI MOTOR FINANCE<br>COMPANY<br>10550 TALBERT AVENUE<br>MOUNTAIN VALLEY CA 92708 |
| INTER BANK<br>P.O. BOX 986<br>NEWARK NJ 07184 |
| INTERBANK EDINA<br>3400 WEST 66TH STREET, SUITE<br>100<br>EDINA MN 55435 |
| IRS<br>DEPARTMENT OF TREASURY<br>OGDEN UT 84201 |
| JC BROMAC<br>11860 S. LA CIENEGA BLVD.<br>LOS ANGELES CA 90250 |
| JOHN J. SORCI TRUST<br>2300 EAST VALLEY COURT<br>SAN JOSE CA 95148 |

Dennis E. Hecker
Service List
Bky No. 09-50779

JP MORGAN CHASE BANK, N.A.
726 MADISON AVENUE
NEW YORK NY 10021

KAPLAN STRANGIS & KAPLAN
PA
5500 WELLS FARGO CENTER
90 SOUTH 7TH STREET
MINNEAPOLIS MN 55402

KLEINBANK
14141 GLENDALE ROAD
SAVAGE MN 55378

LAKE BANK, N.A., THE
613 FIRST AVENUE
TWO HARBORS MN 55616

LLOYD SECURITY
1097 10TH SE
MINNEAPOLIS MN 55414

M&I BANK
770 N. WATER STREET
MILWAUKEE WI 53202

MAC OF PINE CITY, LLC
3221 32ND AVENUE SOUTH
SUITE 900
GRAND FORKS ND 58201

MARSHALL BANK FIRST
225 SOUTH SIXTH STREET,
SUITE 2900
MINNEAPOLIS MN 55402

MIKDEN PROPERTIES
7002 6TH STREET NORTH
OAKDALE MN 55128

MIRAGE
3400 LAS VEGAS BLVD
LAS VEGAS NV 89109

MOSS AND BARNETT
4800 WELLS FARGO CENTER
90 S. 7TH STREET
MINNEAPOLIS MN 55402

NEIMAN MARCUS
P.O. BOX 5235
CAROL STREAM IL 60197

NEVADA STATE BANK
6505 NORTH BUFFALO DRIVE
LAS VEGAS NV 89131

NITROGREEN
P.O. BOX 41
MAPLE PLAINE MN 55359

NORTHMARQ CAPITAL
3500 AMERICAN BLVD WEST,
SUITE 500
BLOOMINGTON MN 55431

NORTHRIDGE FARM
ASSOCIATION
P.O. BOX 767
WAYZATA MN 55391

NORTHWOODS BANK
PO BOX 112
PARK RAPIDS MN 56470

PREMIER AQUARIUM
6340 IRVING AVE S.
RICHFIELD MN 55423

PREMIER BANKS
1875 W. HIGHWAY 36
ROSEVILLE MN 55113

R. OLSON / WATERFORD
PROPERTIES
73 N. BROADWAY
FARGO ND 58102

RANDY'S SANITATION
P.O. BOX 169
DELANO MN 55328

RIVERLAND
BANCORPORATION
700 SEVILLE DRIVE
JORDAN MN 55352

RIVERWOOD BANK/FIRST
FEDERAL SAVINGS BAN
CROSSLAKE - LOAN
PRODUCTION OFFICE
PO BOX 899
CROSSLAKE MN 56442

ROYAL JEWLERS
73 BROADWAY
FARGO, ND 58102

SILVER CLIFF ASSOCIATION
1201 CEDAR LAKE RD S.
MINNEAPOLIS MN 55416

SOURCE GAS
P.O. BOX 660474
DALLAS TX 75266

ST. CROIS YACHT CLUB
P.O. BOX 2263
STILLWATER MN 55082

STATE OF MINNESOTA DEPT
OF REVENUE
600 NORTH ROBERT STREET
ST. PAUL MN 55101

STORCHECK CLEANERS
857 7TH STREET
ST. PAUL MN 55106

SUMMERS PROPERTY
MANAGEMENT
111K AABC
ASPEN CO 81611

TCF NATIONAL BANK
801 MARQUETTE AVENUE
MINNEAPOLIS MN 55402

TOYOTA FINANCIAL SAVINGS
BANK
2485 VILLAGE VIEW DRIVE
SUITE 200
HENDERSON NV 89074

TOYOTA FINANCIAL SERVICES
301 CARLSON PKWY, STE. 210
MINNETONKA MN 55305

U.S. BANK
BC-MN-H22A
800 NICOLLET MALL, 22ND
FLOOR
MINNEAPOLIS MN 55402

US BANK VISA CARD
P.O. BOX790408
ST. LOUIS MO 63179

VENTURE BANK
5601 GREEN VALLEY DRIVE
SUITE 120
BLOOMINGTON MN 55437

VICTORIA INSURANCE
1100 LOCUST STREET
DES MOINES IA 50391

VISION BANK
3000 25TH ST. SOUTH
P.O. BOX 10008
FARGO ND 58106

WASTE PARTNERS
P.O. BOX 677
PINE RIVER MN 56474-0677

WATERFORD ASSOCIATION
P.O. BOX 1353
MINNEAPOLIS MN 55480-1353

WAYN BELISLE
1843 EAGLE RIDGE
MENDOTA HEIGHTS MN 55118

WELLS FARGO BANK N.A.
LOAN ADJUSTMENT GROUP
90 SOUTH 7TH STREET
MINNEAPOLIS MN 55402

WELLS FEDERAL BANK
53 FIRST ST. SW
WELLS MN 56097

WORLD OMNI FINANCIAL
CORP.
190 JIM MORAN BOULEVARD
DEERFIELD BEACH FL 33442

Midwest Motors, LLC
Mackall, Crounse & Moore
c/o William O'Brien
1400 AT&T Tower
901 Marquette Ave
Minneapolis, MN  55402

United States Rent A Car, Inc.
4744 Paradise Road
Las Vegas,, NV  89121

Duluth
404 U.S. Courthouse
515 West First Street
Duluth, MN  55802

ALDRIDGE, DAN
11700 CROSS AVE
CROSSLAKE MN 56442

Dennis E. Hecker
Service List
Bky No. 09-50779

AMERICAN NATIONAL BANK
OF MN
7638 WOIDA RD
BAXTER MN 56425

ASSOCIATED BANK
1270 YANKEE DOODLE RD
SAINT PAUL MN 55121

AV CARD/OASIS
164 LAKE FRONT DR
COCKEYSVILLE MD 21030

AXIS CAPITAL, INC.
308 N LOCUST ST
PO BOX 2555
GRAND ISLAND NE 68802

American Bank
1578 University Avenue W
Saint Paul, MN 55104

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Associated Bank
222 Bush Street
Red Wing, MN 55066

BARBARA LYNN CUTTER
2350 S BEVERLY GLEN BLVD #5
W LOS ANGELES CA 90064

BELISLE, WAYNE
1843 EAGLE RIDGE DR
SAINT PAUL MN 55118

BREICH, WALTER
13670 -- 122ND STREET
NORWOOD YOUNG AMERICA
MN 55368

CA BOARD OF EQUALIZATION
PO BOX 942879
SACRAMENTO CA 94279-7072

CA DEPT OF MOTOR VEHICLES
PO BOX 942869
SACRAMENTO CA 94269-0001

CITY OF MEDINA
2052 CO RD 24
HAMEL MN 55340

CONDOR FIREPLACE & STONE
CO
8282 ARTHUR ST NE
MINNEAPOLIS MN 55432

CRAIG E. REIMER, ESQ.
MAYER BROWN
71 SOUTH WACKER DRIVE
CHICAGO IL 60606

CROW WING COUNTY
TREASURER
JUDICIAL CENTER
213 LAUREL ST
BRAINERD MN 56401

Chrysler Financial Services
Americas LLC
c/o Anne M. Kline, Sr. Manager-
National
27777 Inkster Road
CIMS 405-23-05
Farmington Hills, MI 48334-5326

DONALD M HALSTEAD III
15626 SUNSET WAY
BRAINERD MN 56401

ELIZABETH A JOHNSON
PO BOX 624
PINE RIVER MN 56474

EXXONMOBILE OIL
CORPORATION
ATTN JENNIFER FRASER
120 MCDONALD STREET SUITE
B
SAINT JOHN NB CANADA E2J
1M5

FAMILY HOLDINGS OF MN LLC
11614 ECHO BAY DRIVE
CROSSLAKE MN 56442

FIFTH THIRD BANK
C/O RICHARD J. SWIFT, JR.
GARLICK STETLER &
SKRIVIAN LLP
9115 CORSEA DE FONTANA
WAY STE 100
NAPLES FL 34109

GELCO CORP
THREE CAPITAL DR
EDEN PRAIRIE MN 55344

GELCO CORPORATION
THREE CAPITAL DRIVE
ATTN: GENERAL COUNSEL
EDEN PRAIRIE MN 55344

GEMB LENDING INC
2995 RED HILL AVE STE 250
COSTA MESA CA 92626

GWYN M DOENZ
10600 COUNTRY DRIVE
PINE CITY MN 55063

HECKER, SANDRA
13755 - 84TH PL N
MAPLE GROVE MN 55369

HENNEPIN COUNTY
TREASURER
300 S SIXTH ST
A600 GOVERNMENT CNT
MINNEAPOLIS MN 55487

HOME FEDERAL SAVINGS
BANK
1016 CIVIC CENTER DR NW
STE 300
ROCHESTER MN 55903

HSBC BANK NEVADA NA
BASS & ASSOCIATES, PC
3936 E FT LOWELL RD, STE 200
TUCSON AZ 85712

JACOB HOLDINGS OF MEDINA,
LLC
500 FORD RD
MINNEAPOLIS MN 55426

JACOB PROPERTIES OF ASPEN,
LLC
500 FORD RD
MINNEAPOLIS MN 55426

Dennis E. Hecker
Service List
Bky No. 09-50779

JASON S. COLBAUGH
PO BOX 1220
BRAINERD MN 56401

JAVAN CARL
13942 GRAND OAKS DR
BAXTER MN 56425

JAVER ESQUIVEL
2807 W AVE 30
LOS ANGELES CA 90065

KELLY K. HECKER
13905 - 53RD AVE N. APT. 1
PLYMOUTH MN 55446

KEVIN LUEDTKE
18703 ISLAND RESORT ROAD
PINE CITY MN

KLEINBANK
1550 AUDUBON RD STE 200
CHASKA MN 55318

KLOBUCAR, JEFFREY D, ESQ
250 MARQUETTE AVE
STE 1200
MINNEAPOLIS MN 55401

KSTP-FM LLC
3415 UNIVERSITY AVE
SAINT PAUL MN 55114

LUBIC, MICHAEL, ESQ.
601 S FIGUEROA ST
STE 2500
LOS ANGELES CA 90017-5704

MARC D. KOHL
39101 DARLING LANE
HINCKLEY MN 55037

MARC E TRESSLER
3400 BARBARA LN
BURNSVILLE MN 55337

MARSH CONSUMER
333 SOUTH SEVENTH, STE 1600
MINNEAPOLIS MN 55402-2427

MCENROE, CATHERINE
LEONARD STREET & DEINARD
150 S FIFTH ST STE 2300
MINNEAPOLIS MN 55402

MICHAEL REYES
PO BOX 205
BACKUS MN 56435

MINNESOTA DEPT. OF
REVENUE
MAIL STATION 7701
SAINT PAUL MN 55146-7701

MINNESOTA DEPT. OF
REVENUE
PO BOS 64649
SAINT PAUL MN 55164-0649

MN DEPT OF PUBLIC SAFETY
DRIVER & VEHICLE SERVICES
445 MINNESOTA ST
SAINT PAUL MN 55101-5160

MN DEPT OF PUBLIC SAFETY
DRIVER AND VEHICLE
SERVICES
445 MINNESOTA ST
SAINT PAUL MN 55101

NATHAN THIEMAN
1030 8TH AVE SW
PINE CITY MN 55063

NIEDERNHOEFER, MANFRED
1563 RIVERCREST RD
LAKELAND MN 55043

OLD REPUBLIC SURETY
1503 - 42ND ST
STE 100
DES MOINES IA 50305

PRALLE, GARY
3625 PINE HOLLOW PL
STILLWATER MN 55082

PRESS A DENT INC
1154 S HIGH ST
DENVER CO 80210

PRINDLE, DECKER & AMARO,
LLP
310 GOLDER SHORE - 4TH
FLOOR
LONG BEACH CA 90802

PROFESSIONAL SERVICE
BUREAU
11110 INDUSTRIAL CIRCLE NW
STE B
ELK RIVER MN 55330-0331

PROHOVSKY, BILL
11700 CROSS AVE
CROSSLAKE MN 56442

ROE, JESSICA LIPSKY, ESQ.
BERNICK LIFSON ET AL
500 WAYZATA BLVD STE 1200
MINNEAPOLIS MN 55416

ROMANO, MARIA IND AND
USRAC
3800 HOWARD HUGHES PKWY
7TH FLOOR
LAS VEGAS NV 89169

RONALD R SMETANA
11057TH STREET SW
PINE CITY MN 55063

ROWAN, CHRISTI M.
1615 NORTHRIDGE DR
MEDINA MN 55391

RUTH ANN BIEDERMAN
414 7TH AVE NE
PINE CITY MN 55063

SCHUYLER SCARBOROUGH
19181 SPENCER ROAD UNIT #15
BRAINERD MN 56401

SCOTT A. KEYPORT
1802 AIRWAVES RD NE
PINE CITY MN 55063

TCHIDA, BRYANT D., ESQ.
LEONARD STREET & DEINARD
150 S 5TH ST STE 2300
MINNEAPOLIS MN 55402

THE MIRAGE CASINO-HOTEL
C/O MARK W. RUSSELL ESQ
3400 LAS VEGAS BLVD S
LAS VEGAS NV 89109

TOYOTA MOTOR CREDIT CORP
301 CARLSON PKWY STE 210
MINNETONKA MN 55305

VFS FINANCING, INC.
10 RIVERVIEW DR
ATTN BETH BONELL
DANBURY CT 06810

Dennis E. Hecker
Service List
Bky No. 09-50779

WAGENER, MAURICE J.
13700 WAYZATA BLVD
HOPKINS MN 55305

WASHINGTON COUNTY
TREASURER
GOVERNMENT CENTER
14949 - 62ND ST N
STILLWATER MN 55082

WASHINGTON MUTUAL BANK,
FA
400 E MAIN ST
STOCKTON CA 95290

WELLS FARGO
C/O DAVID GALLE
45 SOUTH SEVENTH ST, STE
3300
MINNEAPOLIS MN 55402

WI DEPT OF TRANSPORTATION
PO BOX 7949
MADISON WI 53707

WILLIAM BRODY
BUCHALTERNEMER
1000 WILSHIRE BLVD, STE 1500
LOS ANGELES CA 90017-2457

ZAPPIA, THOMAS M., ESQ.
ZAPPIA & LEVAHN
941 HILLWIND RD NE STE 301
MINNEAPOLIS MN 55432

Dennis E. Hecker
PO Box 1017
Crosslake, MN 56442

Howard J Roin
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Maria Romano
4744 Paradise Road
Las Vegas, NV 89121

Sajida Mahdi Ali
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

Stuart M Rozen
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

4611745_1/058978.0887