B6D (Official Form 6D) (12/07)

In re   Dennis E. Hecker                                                                  Case No.   09-50779
                                         Debtor(s)

## SUPPLEMENTAL SCHEDULE D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. TCF National Bank 801 Marquette Ave Minneapolis, MN 55402 | | N A | 11614 Echo Bay Drive, Crosslake, MN (tax legal description - That part of Lot 2, Block 2, Cross Lake Homesites, lying Westerly of the following described line; commencing at the Southeast corner of said Lot 2, thence North 81 degrees 39 mi VALUE    $875,000.00 | | | | $1,050,000.00** | $175,000.00 |
| ACCOUNT NO. TCF National Bank 801 Marquette Ave Minneapolis, MN 55402 | | N A | 11706 Cross Avenue, Crosslake, MN (tax legal description - Those parts of Lots 3 & 4, Block 2, Security Interest Cross Lake Homesites, lying Easterly of the following described line: commencing at the Southwest corner of said Lot 4, thence VALUE    **$975,000.00** ~~$3,983,000.00~~ | | | | **$1,050,000.00**** ~~$4,400,000.00~~ | **$75,000.00** ~~$417,000.00~~ |

Sheet 1 of 2 total sheets in Supplemental Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re  Dennis E. Hecker  
Debtor(s)

Case No. 09-50779

# SUPPLEMENTAL SCHEDULE D

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TCF National Bank<br>801 Marquette Ave<br>Minneapolis, MN 55402 | | NA | 11700 Cross Avenue, Crosslake, MN<br>(tax legal description - That part of Lot 2, Block 2, Cross Lake Homesites, lying Easterly of the following described line; commencing at the Southeast corner of said Lot 2, thence North 81 degrees 39 minu<br><br>VALUE **$3,983,000.00**<br>~~$975,000.00~~ | | | | **$4,400,000.00\*\***<br>~~$1,050,000.00~~ | **$417,000.00**<br>~~$75,000.00~~ |

**\*\*  These properties are subject to a combined mortgage such that each property secures three notes totaling $6,500,000. Debtor has assigned one note to each property in this Schedule to avoid the appearance of a total debt that is three times the actual debt.**

Sheet 2 of 2 total sheets in Supplemental Schedule of Creditors Holding Secured Claims

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
Dennis Earl Hecker
Debtor(s).

**SIGNATURE DECLARATION**

Case No. 09-50779

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☐ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☒ OTHER (Please describe: **Amended Schedules A, B, C; Supplemental Schedule D; Amended Statement of Financial Affairs**)

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- ☐ The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- ☐ The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- ☐ **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- ☐ I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- ☐ **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 9/1/09

X _____
Signature of Debtor or Authorized Representative

X _____
Signature of Joint Debtor

Dennis E. Hecker
Printed Name of Debtor or Authorized Representative

Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,     Case No. BKY 09-50779
Debtor.     Chapter 11 Case

**CERTIFICATE OF SERVICE**

     Douglas W. Kassebaum, under penalty of perjury, states that on September 2, 2009, he caused to be served the following:

     Supplemental Schedule D

by sending true and correct copies via ECF to the parties on the attached service list.


Dated:  September 2, 2009            */s/ Douglas W. Kassebaum*
                                                                  Douglas W. Kassebaum



4613748_1/058978.0887

Dennis E. Hecker
Service List
Bky No. 09-50779

| | | |
|---|---|---|
| **SERVICE VIA ECF** | Chrysler Financial Services Americas, LLC, f/k/a DaimlerChrysler Financial Services Americas, LLC c/o Stephen F. Grinnell Gray, Plant, Mooty, Mooty & Bennett, P.A. 500 IDS Center 80 South Eighth Street Minneapolis, MN 55402 stephen.grinnell@gpmlaw.com | 25 S.E. Second Avenue, #1120 Miami, FL 33131-1605 claims@recoverycorp.com |
| U.S. Trustee's Office 1015 US Courthouse 300 S Fourth St Minneapolis MN 55415 ustpregion12.mn.ecf@usdoj.gov | | HSBC Bank Nevada, N.A. c/o Patti H. Bass Bass & Associates, P.C. 3936 E. Ft. Lowell Road, #200 Tucson, AZ 85712-1083 ecf@bass-associates.com |
| Randall L. Seaver U.S. Trustee Portland Corporate Center 12400 Portland Avenue South, #132 Burnsville, MN 55337 rlseaver@fullerseaverramette.com | Chrysler Financial Services Americas LLC, f/k/a DaimlerChrysler Financial Services Americas, LLC c/o Craig E. Reimer Mayer Brown, LLP 71 South Wacker Drive Chicago, IL 60606 creimer@mayerbrown.com | Associated Bank c/o Joseph W. Lawver Messerli & Kramer P.A. 1400 Fifth Street Towers 100 South Fifth Street Minneapolis MN 55402-1217 jlawver@messerlikramer.com |
| Randall L. Seaver c/o Matthew R. Burton Matthew R. Burton Esq. Leonard, O'Brien, Spencer, Gale & Sayre 100 South Fifth Street, #2500 Minneapolis MN 55402 mburton@losgs.com | | VISIONBank c/o Bruce H. Carlson McNair, Larson & Carlson, Ltd. 51 Broadway, #600 Fargo, ND 58102 bruce.carlson@mlcfargolaw.com |
| Randall L. Seaver c/o Gordon B. Conn Jr. Kalina, Wills, Gisvold & Clark & PLLP 6160 Summit Drive, Suite 560 Minneapolis MN 55430 conn@kwgc-law.com | Chrysler Financial Services Americas, LLC, f/k/a DaimlerChrysler Financial Services Americas, LLC c/o Marilyn J. Washburn Riezman Berger, P.C. 7700 Bonhomme, 7th Floor St. Louis, MO 63105 MN_bank@riezmanberger.com | Blackstone Financial, LLC c/o Brad A. Sinclair Serkland Law Firm 10 Roberts Street P.O. Box 6017 Fargo, ND 58108-6017 bsinclair@serklandlaw.com |
| U.S. Bank National Association c/o Monica Clark Dorsey & Whitney, LLP 50 South Sixth Street, #1500 Minneapolis, MN 55402-1498 clark.monica@dorseylaw.com | Crown Bank c/o Thomas J. Lallier Jeffrey D. Klobucar Foley & Mansfield, P.L.L.P. 250 Marquette Avenue, #1200 Minneapolis MN 55401 tlallier@foleymansfield.com jklobucar@foleymansfield.com | TCF National Bank c/o Robert G. Parish Faegre & Benson, LLP 2200 Wells Fargo Center 90 South Seventh Street Minneapolis, MN 55402-3901 rparish@faegre.com |
| Hyundai Capital America c/o Connie A. Lahn David E. Runck Fafinski Mark & Johnson, PA 400 Flagship Corporate Center 775 Prairie Center Drive Eden Prairie, MN 55344 connie.lahn@fmjlaw.com david.runck@fmjlaw.com | JPMorgan Chase Bank, N.A. c/o Matthew A. Swanson Leonard, Street and Deinard, PA 2300 Fifth Street Towers 150 South Fifth Street Minneapolis MN 55402 matthew.swanson@leonard.com | |
| Tamitha Hecker c/o Nauni Jo Manty Manty & Associates, P.A. 510 First Avenue North, #305 Minneapolis, MN 55403 ecf@mantylaw.com | Toyota Financial Savings Bank Toyota Motor Credit Corporation c/o Michael L. Meyer Ravich Meyer Kirkman McGrath Nauman & Tansey, P.A. 4545 IDS Center 80 South Eighth Street Minneapolis, MN 55402 mlmeyer@ravichmeyer.com | |
| United States Rent A Car and Maria Romano c/o Jamie R. Pierce Hinshaw & Culbertson, LLP 333 South Seventh Street, #2000 Minneapolis, MN 55402 jpierce@hinshawlaw.com | GE Money Bank c/o Recovery Management Systems Corp. Attn: Ramesh Singh | |

4613748_1/058978.0887