## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

-------------------------------------------------

Bky No. 09-50779

In re:

Dennis E. Hecker,

**NOTICE OF HEARING AND MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATIONS**

Debtor.

-------------------------------------------------

1. Randall L. Seaver, the Chapter 7 Trustee of the above-captioned bankruptcy estate ("Trustee"), applies to the court for authorization to conduct Bankruptcy Rule 2004 examinations. The examinations for which authorization is sought are those of Jessica Robb, Harrison Prather, Harrison K-9 Security, LLC, Bellagio Las Vegas, Mirage Las Vegas, Gittleman Management Corporation, R.W. LLC, Downtown Resource Group, Holly Hecker-Aldridge and Breck School.

2. The Court will hold a hearing on this motion at 9:30 a.m. on September 16, 2009, in Courtroom 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415.

3. Any response to this motion must be filed and served by delivery not later than September 11, 2009 which is three days before the time set for the hearing (excluding Saturdays, Sundays and holidays), or filed and served by mail not later than September 40, 2009 which is seven days before the time set for the hearing (excluding Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This case was commenced by the filing of a voluntary petition under Chapter 7 on June 4, 2009. The case is currently pending in this court. This court has jurisdiction over this application pursuant to 28 U.S.C. §157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1.

This proceeding is a core proceeding. This Application arises under Bankruptcy Rule 2004. This Application is filed under Local Rule 2004-1(a).

     5.     The individuals and entities for which Rule 2004 discovery examination authorization is sought are believed to have information relating to the Debtor's financial affairs. The connections and information of those individuals and entities known by the Trustee at this time are as follows:

    a.    Jessica Robb. According to Mr. Hecker's attorney, Mr. Hecker transferred a ring to Mrs. Robb in May, 2008. Mr. Hecker had apparently purchased the ring for $154,000. Additionally, according to Mr. Hecker's schedules, he transferred cash to Mrs. Robb in the year prior to filing.

    b.    Harrison Prather and Harrison K-9 Security, LLC. The Debtor purchased dogs from Harrison K-9. Harrison Prather is the principal of that entity. It appears that Mr. Hecker purchased a dog as recently as February, 2009 and paid Harrison K-9 Security over $30,000 at that time.

    c.    Bellagio Las Vegas. It appears that the Debtor may have received $275,000 in chips from Bellagio in April, 2009. It would have further information regarding the Debtor's business or financial affairs.

    d.    Mirage Las Vegas. It appears that the Debtor may have received $250,000 in chips from the Mirage in April, 2009. It would have further information regarding the Debtor's business or financial affairs.

    e.    Gittleman Management Corporation. This entity may have information regarding the Debtor's financial affairs relating to a lease to Christi Rowan.

    f.    R.W. LLC. This entity may have information regarding the Debtor's financial affairs relating to a lease to Christi Rowan.

    g.    Downtown Resource Group. This entity may have information regarding the Debtor's financial affairs relating to a lease to Christi Rowan.

    h.    Holly Hecker-Aldridge. Ms. Hecker-Aldridge is the Debtor's daughter. She may possess knowledge about financial affairs pertinent to this bankruptcy case.

    i.    Breck School. The Debtor's children have attended this school. This entity has information relating to the Debtor's financial affairs.

6.      The Trustee needs to obtain information from above individuals and entities so that he can determine the assets of this bankruptcy estate and administer the estate.

WHEREFORE, the Trustee requests that the court enter an order approving the Trustee's examination, pursuant to Bankruptcy Rule 2004, of Jessica Robb, Harrison Prather, Harrison K-9 Security, LLC, Bellagio Las Vegas, Mirage Las Vegas, Gittleman Management Corporation, R.W. LLC, Downtown Resource Group, Hecker-Aldridge and Breck School.

                                     **LEONARD, O'BRIEN**
                                       **SPENCER, GALE & SAYRE, LTD.**

                                         /e/ Matthew R. Burton

Dated: September 2, 2009          By_____
                                         Matthew R. Burton, #210018
                                         Attorneys for Brian F. Leonard, Trustee
                                         100 South Fifth Street, Suite 2500
                                         Minneapolis, Minnesota 55402-1234
                                         (612) 332-1030

## **VERIFICATION**

      I, Randall L. Seaver, the Chapter 7 Trustee in the above-captioned matter state under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

                                                                               /e/  Randall L. Seaver

Executed on September 2, 2009              _____

                                                        Randall L. Seaver, Trustee

408313

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

--------------------------------------------

BKY No. 09-50779

In re:

Chapter 7

Dennis E. Hecker,

      Debtor.

--------------------------------------------

**UNSWORN CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2009, I caused the following documents:

*Notice of Hearing and Motion for Order Authorizing Rule 2004 Examinations and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Patti H Bass    ecf@bass-associates.com
- Bruce H. Carlson    bruce.carlson@mlcfargolaw.com, tricia.fossen@mlcfargolaw.com
- Monica L. Clark    clark.monica@dorseylaw.com
- Gordon B. Conn    conn@kwgc-law.com
- Clinton E. Cutler    ccutler@fredlaw.com, mdavis@fredlaw.com
- Stephen F Grinnell    stephen.grinnell@gpmlaw.com
- Douglas W. Kassebaum    dkassebaum@fredlaw.com, scharter@fredlaw.com
- Jeffrey D. Klobucar    jklobucar@foleymansfield.com
- Connie Lahn    connie.lahn@fmjlaw.com, Aong.Moua@fmjlaw.com
- Thomas Lallier    tlallier@foleymansfield.com
- Joseph W. Lawver    jlawver@messerlikramer.com, mnygaard@messerlikramer.com
- Nauni J. Manty    ecf@mantylaw.com
- Michael L Meyer    mlmeyer@ravichmeyer.com
- Cynthia A. Moyer    cmoyer@fredlaw.com, cthomas@fredlaw.com
- Robert G. Parish    rparish@faegre.com

- Jamie R. Pierce    jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com;mpocock@hinshawlaw.com;kmoore@hinshawlaw.com

- Recovery Management Systems Corp    claims@recoverycorp.com

- Craig E. Reimer    creimer@mayerbrown.com, samahdi@mayerbrown.com;srozen@mayerbrown.com;hroin@mayerbrown.com

- David E. Runck    david.runck@fmjlaw.com, Aong.Moua@fmjlaw.com

- Randall L. Seaver    rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com

- Brad A Sinclair    bsinclair@serklandlaw.com, crohr@serklandlaw.com

- Matthew A Swanson    matthew.swanson@leonard.com, callie.sanford@leonard.com

- US Trustee    ustpregion12.mn.ecf@usdoj.gov

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

**SEE ATTACHED SERVICE LIST**

Dated: September 2, 2009

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

406460

2

# DENNIS E. HECKER
# BKY CASE NO.: 09-50779

## SERVICE LIST

Ms. Jessica Robb
c/o Greenspring Media Group
630 US Trust Building
730 Second Avenue South
Minneapolis, MN 55402

Harrison Prather
Harrison K-9 Security, LLC
P.O. Box 1620 HM
Aiken, South Carolina 29802

Bellagio Las Vegas
3600 Las Vegas Blvd
Las Vegas, NV 89109

Mirage Las Vegas
3400 Las Vegas Blvd
Las Vegas, NV 89109

Gittleman Management Corporation
1801 American Boulevard East, Suite 21
Bloomington, MN 55425

R.W. LLC
10400 Viking Drive, #500
Eden Prairie, MN, 55344

Downtown Resource Group
700 Washington Ave N
Minneapolis, MN 55401

Holly Hecker-Aldridge
1600 Kenwood Parkway
Minneapolis, MN 55405

Breck School
123 Ottawa Avenue North
Minneapolis, MN 55422-5189

Michael B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Nicholas N. Nierengarten
Gray, Plant, Mooty & Bennett
500 IDS Center
80 S 8th St
Minneapolis, MN 55402

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

408443

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                              BKY No. 09-50779

Dennis E. Hecker,                                                                       Chapter 7

           Debtor.

_____

**ORDER FOR RULE 2004 EXAMINATIONS**

Randall L. Seaver, the Trustee in the above-entitled matter has applied for authorization to conduct the examinations of Jessica Robb, Harrison Prather, Harrison K-9 Security, LLC, Bellagio Las Vegas, Mirage Las Vegas, Gittleman Management Corporation, R.W. LLC, Downtown Resource Group, Holly Hecker-Aldridge and Breck School pursuant to Bankruptcy Rule 2004(a) and Local Rule 2004-1(a).

IT IS HEREBY ORDERED:

The Trustee's motion for order authorizing 2004 examinations of Jessica Robb, Harrison Prather, Harrison K-9 Security, LLC, Bellagio Las Vegas, Mirage Las Vegas, Gittleman Management Corporation, R.W. LLC, Downtown Resource Group, Holly Hecker-Aldridge and Breck School is GRANTED.


Dated: _____           _____
                                                                    Robert J. Kressel
                                                                    U.S. Bankruptcy Judge

408314