## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

-------------------------------------------------

In re:

Dennis E. Hecker,

Debtor.

-------------------------------------------------

Bky No. 09-50779

NOTICE OF HEARING AND MOTION FOR
ORDER AUTHORIZING RULE 2004
EXAMINATIONS

1. Randall L. Seaver, the Chapter 7 Trustee of the above-captioned bankruptcy estate ("Trustee"), applies to the court for authorization to conduct Bankruptcy Rule 2004 examinations.  The examinations for which authorization is sought are those of Bremer Bank, Drake Bank, Signature Bank, Crown Bank, Deerwood Bank, Associated Bank, Alliance Bank, RiverWood Bank, First National Bank, Bank of the West and Freedom First Financial, LLC.

2. The Court will hold a hearing on this motion at 9:30 a.m. on September 16, 2009, in Courtroom 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415.

3. Any response to this motion must be filed and served by delivery not later than September 11, 2009 which is three days before the time set for the hearing (excluding Saturdays, Sundays and holidays), or filed and served by mail not later than September 40, 2009 which is seven days before the time set for the hearing (excluding Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This case was commenced by the filing of a voluntary petition under Chapter 7 on June 4, 2009.  The case is currently pending in this court.  This court has jurisdiction over this application pursuant to 28 U.S.C. §157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1.

This proceeding is a core proceeding. This Application arises under Bankruptcy Rule 2004. This Application is filed under Local Rule 2004-1(a).

5. The individuals and entities for which Rule 2004 discovery examination authorization is sought are believed to have information relating to the Debtor's financial affairs. The connections and information of those individuals and entities known by the Trustee at this time are as follows:

    a. Bremer Bank. Dennis Hecker or businesses operated by Dennis Hecker had an account or accounts at this bank and the Bank would therefore have information regarding the Debtor's financial affairs.

    b. Drake Bank. Dennis Hecker or businesses operated by Dennis Hecker had an account or accounts at this bank and the Bank would therefore have information regarding the Debtor's financial affairs.

    c. Signature Bank. Dennis Hecker or businesses operated by Dennis Hecker had an account or accounts at this bank and the Bank would therefore have information regarding the Debtor's financial affairs.

    d. Crown Bank. Dennis Hecker or businesses operated by Dennis Hecker had an account or accounts at this bank and the Bank would therefore have information regarding the Debtor's financial affairs.

    f. Deerwood Bank. Dennis Hecker or businesses operated by Dennis Hecker had an account or accounts at this bank and the Bank would therefore have information regarding the Debtor's financial affairs.

    g. Associated Bank. Dennis Hecker or businesses operated by Dennis Hecker had an account or accounts at this bank and the Bank would therefore have information regarding the Debtor's financial affairs.

    h. Alliance Bank. Dennis Hecker or businesses operated by Dennis Hecker had an account or accounts at this bank and the Bank would therefore have information regarding the Debtor's financial affairs.

    i. RiverWood Bank. Dennis Hecker or businesses operated by Dennis Hecker had an account or accounts at this bank and the Bank would therefore have information regarding the Debtor's financial affairs.

j. First National Bank. Dennis Hecker or businesses operated by Dennis Hecker had an account or accounts at this bank and the Bank would therefore have information regarding the Debtor's financial affairs.

k. Bank of the West. Dennis Hecker or businesses operated by Dennis Hecker had an account or accounts at this bank and the Bank would therefore have information regarding the Debtor's financial affairs.

l. Freedom First Financial, LLC. Dennis Hecker had an interest in this entity and it would have information regarding the Debtor's financial affairs.

6. The Trustee needs to obtain information from above entities so that he can determine the assets of this bankruptcy estate and administer the estate.

WHEREFORE, the Trustee requests that the court enter an order approving the Trustee's examination, pursuant to Bankruptcy Rule 2004, of Bremer Bank, Drake Bank, Signature Bank, Crown Bank, Deerwood Bank, Associated Bank, Alliance Bank, RiverWood Bank, First National Bank, Bank of the West and Freedom First Financial, LLC.

**LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.**

Dated: September 2, 2009     By /e/ Matthew R. Burton
_____
Matthew R. Burton, #210018
Attorneys for Brian F. Leonard, Trustee
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402-1234
(612) 332-1030

3

## **VERIFICATION**

     I, Randall L. Seaver, the Chapter 7 Trustee in the above-captioned matter state under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

/e/ Randall L. Seaver

Executed on August 31, 2009    _____

Randall L. Seaver, Trustee

408311

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

BKY No. 09-50779

In re:

Chapter 7

Dennis E. Hecker,

      Debtor.

---

**UNSWORN CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2009, I caused the following documents:

*Notice of Hearing and Motion for Order Authorizing Rule 2004 Examinations and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Patti H Bass   ecf@bass-associates.com
- Bruce H. Carlson   bruce.carlson@mlcfargolaw.com, tricia.fossen@mlcfargolaw.com
- Monica L. Clark   clark.monica@dorseylaw.com
- Gordon B. Conn   conn@kwgc-law.com
- Clinton E. Cutler   ccutler@fredlaw.com, mdavis@fredlaw.com
- Stephen F Grinnell   stephen.grinnell@gpmlaw.com
- Douglas W. Kassebaum   dkassebaum@fredlaw.com, scharter@fredlaw.com
- Jeffrey D. Klobucar   jklobucar@foleymansfield.com
- Connie Lahn   connie.lahn@fmjlaw.com, Aong.Moua@fmjlaw.com
- Thomas Lallier   tlallier@foleymansfield.com
- Joseph W. Lawver   jlawver@messerlikramer.com, mnygaard@messerlikramer.com
- Nauni J. Manty   ecf@mantylaw.com
- Michael L Meyer   mlmeyer@ravichmeyer.com
- Cynthia A. Moyer   cmoyer@fredlaw.com, cthomas@fredlaw.com
- Robert G. Parish   rparish@faegre.com

- Jamie R. Pierce    jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com;mpocock@hinshawlaw.com;kmoore@hinshawlaw.com

- Recovery Management Systems Corp    claims@recoverycorp.com

- Craig E. Reimer    creimer@mayerbrown.com, samahdi@mayerbrown.com;srozen@mayerbrown.com;hroin@mayerbrown.com

- David E. Runck    david.runck@fmjlaw.com, Aong.Moua@fmjlaw.com

- Randall L. Seaver    rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com

- Brad A Sinclair    bsinclair@serklandlaw.com, crohr@serklandlaw.com

- Matthew A Swanson    matthew.swanson@leonard.com, callie.sanford@leonard.com

- US Trustee    ustpregion12.mn.ecf@usdoj.gov

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

**SEE ATTACHED SERVICE LIST**

Dated:  September 2, 2009

/e/  Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
(612) 332-1030

406460

2

**DENNIS E. HECKER**
**BKY CASE NO.: 09-50779**

**SERVICE LIST**

Bremer Bank
633 South Concord Street
Suite 350
South St. Paul, MN 55075

Drake Bank
60 East Plato Boulevard
St. Paul, MN 55107

Signature Bank
9800 Bren Road East
Suite 200
Hopkins, MN 55343

Crown Bank
6600 France Avenue South
Suite 125
Edina, MN 55435

Deerwood Bank
P.O. Box 527
724 W. Washington Street
Brainerd, MN 56401

Associated Bank
1270 Yankee Doodle Road
St. Paul, MN 55121

Alliance Bank
55 E. Fifth Street
Suite 115
St. Paul, MN 55105

RiverWood Bank
36139 County Rd 66
PO Box 899
Crosslake, MN 56442

First National Bank
13605 27th Ave N.
Plymouth, MN 55441

Bank of the West
4885 Mills Civic Parkway
West Des Moines, IA 50265

Freedom First Financial, LLC
P.O. Box 186
Osseo, MN 55369

Michael B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Nicholas N. Nierengarten
Gray, Plant, Mooty & Bennett
500 IDS Center
80 S 8th St
Minneapolis, MN 55402

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

408432

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                                        BKY No. 09-50779

Dennis E. Hecker,                                                                                    Chapter 7

               Debtor.

_____

**ORDER FOR RULE 2004 EXAMINATIONS**

Randall L. Seaver, the Trustee in the above-entitled matter has applied for authorization to conduct the examinations of Bremer Bank, Drake Bank, Signature Bank, Crown Bank, Deerwood Bank, Associated Bank, Alliance Bank, RiverWood Bank, First National Bank, Bank of the West and Freedom First Financial, LLC pursuant to Bankruptcy Rule 2004(a) and Local Rule 2004-1(a).

IT IS HEREBY ORDERED:

The Trustee's motion for order authorizing 2004 examinations of Bremer Bank, Drake Bank, Signature Bank, Crown Bank, Deerwood Bank, Associated Bank, Alliance Bank, RiverWood Bank, First National Bank, Bank of the West and Freedom First Financial, LLC is GRANTED.

Dated: _____          _____
                                                                 Robert J. Kressel
                                                                 U.S. Bankruptcy Judge

408312