UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Dennis E. Hecker,

       Debtor.

---

BKY No. 09-50779

**ORDER**

This case is before the court on the motion of Randall L. Seaver, the trustee, for turnover of property of the estate.

Upon the motion and the file,

IT IS ORDERED: Within seven days from the entry of this order, Erickson Marine, Inc., shall turn over to the trustee:

Copies of all documents including, without limitation, the purchase by the debtor of any boats, personal water craft or any other items from January 1, 2005 to date including, but not limited to, the following:

    2005 Cobalt 343 Boat, Hull ID# FGE34050B505

Dated: September 2, 2009

/e/ Robert J. Kressel
Robert J. Kressel
UnitedStates Bankruptcy Judge

407477

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/02/2009*
Lori Vosejpka, Clerk, by LMH