# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                                                BKY No. 09-50779

    Debtor.

## ORDER

This case is before the court on the motion of Randall L. Seaver, the trustee, for turnover of property of the estate.

Upon the motion and the file,

IT IS ORDERED:  Within seven days from the entry of this order, Leeds & Son Fine Jewelers, Dennis Basso, Furrier and Fur Shop, Chanel Boutique at Bellagio, Chrome Hearts, Molina Fine Jewelers, RF Moeller Jeweler, Harrison K-9 Security Services, LLC, Moncler Aspen Doudounes, Fendi Aspen, Inc., Gucci, Nordstrom, Nieman Marcus, Belle Reve Boutique, Gorsuch Limited, Chepita, Minnesota Vikings, OSA of Aspen, and Louis Vuitton NA, Inc. shall turn over to the trustee:

Any and all documents relating to or evidencing any goods or services purchased, and any payments made to each entity listed above for the purchase of any goods or services by any of the following from January 1, 2008 to date:

    a.    Dennis Hecker;
    b.    Tamitha Hecker; and,
    c.    Christi Rowan.

Dated: September 2, 2009

/e/ Robert J. Kressel
Robert J. Kressel
UnitedStates Bankruptcy Judge

407799

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/02/2009
Lori Vosejpka, Clerk, by LMH