MICHAEL W. MALTER, #96533
JULIE H. ROME-BANKS, #142364
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: michael@bindermalter.com
Email: julie@bindermalter.com

Attorneys for Creditor
John J. Sorci Trust

RECEIVED

2009 SEP -2 PM 12: 30

U.S. BANKRUPTCY COURT
DULUTH, MN

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MINNESOTA

| In re | Case No. 09-50779 |
|---|---|
| DENNIS E. HECKER, | Chapter 7 |
| Debtor. | |

## REQUEST FOR SPECIAL NOTICE

NOTICE IS HEREBY GIVEN that the JOHN J. SORCI TRUST is a creditor of the Debtor in the above-entitled bankruptcy estate, and hereby requests pursuant to Federal Rule of Bankruptcy Procedure 2002 that it be added to electronic services lists and to receive notice of all pleadings, notices and other documents, filed and served in this matter by sending copies of the same to:

Michael W. Malter
Julie H. Rome-Banks
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: michael@bindermalter.com
Email: julie@bindermalter.com

| | | |
|---|---|---|
| 1 | Dated: September 1, 2009 | BINDER & MALTER LLP |
| 2 | | |
| 3 | | By /s/ Julie Rome-Banks |
| 4 | | Julie H. Rome-Banks |
| | | Attorneys for Creditor |
| 5 | | |

JHR:F:\DATAFILES\Clients\Sorci, John re Dennis Hecker and Autocal LLC\Pleading\Request for Special Notice.wpd

MICHAEL W. MALTER, #96533
JULIE H. ROME-BANKS, #142364
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: michael@bindermalter.com
Email: julie@bindermalter.com

Attorneys for Creditor
John J. Sorci Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF MINNESOTA

| In re | Case No. 09-50779 |
|---|---|
| DENNIS E. HECKER, | Chapter 7 |
| Debtor. | |

## CERTIFICATE OF SERVICE

I hereby certify and declare that the following statements are true and correct:

I am over the age of eighteen (18) and not a party to the within cause; My business address is 2775 Park Avenue, Santa Clara, California, 95050; I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in the interoffice mail; and know that postage thereon is fully prepaid.

On September 1, 2009, I served a true copy of the documents titled exactly as follows:

**REQUEST FOR SPECIAL NOTICE**

a copy thereof in a sealed envelope, affixed with the correct amount of postage thereto, in the United States first-class mail at Santa Clara, California, to the persons

1  listed below:

2  <u>Chapter 7 Trustee</u>
   Randall L. Seaver
3  12400 Portland Avenue South, Suite 132
   Burnsville, MN 55337
4

5  <u>Attorneys for Chapter 7 Trustee</u>
   Andrea M. Hauser
6  Leonard, O'Brien, Spencer, Gale & Sayre
   100 South Fifth Street, Suite 2500
7  Minneapolis, MN 55402-1234

8  <u>Attorneys for Debtor</u>
   Clinton E. Cutler
9  Fredrikson & Byron, P.A.
   200 South Sixth Street, Suite 4000
10 Minneapolis, MN 55402

11

12      Executed on September 1, 2009, at Santa Clara, California.  I certify under

13 penalty of perjury that the foregoing is true and correct.

14

15                                                        Tam Tran

16 JHR:F:\DATAFILES\Clients\Sorci, John re Dennis Hecker and Autocal LLC\Pleading\Request for Special Notice - POS.wpd

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE                                                                PAGE 2

MICHAEL W. MALTER
HEINZ BINDER
GAYLE ZICKGRAFF GREEN
ROBERT G. HARRIS
JULIE H. ROME-BANKS
DAVID B. RAO
WENDY W. SMITH
ROYA SHAKOORI
---------------
NAN L. CORBER
 PARALEGAL

# BINDER & MALTER, LLP
ATTORNEYS AT LAW

RECEIVED
2009 SEP -2  PM 12: 30

U.S. BANKRUPTCY COURT
DULUTH, MN

2775 PARK AVENUE
SANTA CLARA, CA 95050

Please reply to:
P.O. Box 28461
San Jose, CA 95159-8461

TELEPHONE 408-295-1700
FACSIMILE 408-295-1531

September 1, 2009

VIA FEDEX
Clerk, United States Bankruptcy Court
404 U.S. Courthouse
515 West First Street
Duluth, Minnesota 55802

Re:   In re Dennis E. Hecker
      Chapter 7; Case No. 09-50779-RJK

Dear Sir or Madam:

Enclosed for filing please find an original and three copies of our Request for Special Notice and Certificate of Service in connection with the above-referenced matter. Please return the filed-endorsed copies in the enclosed pre-paid Fedex envelope.

Thank you for your cooperation and assistance.

Very truly yours,

BINDER & MALTER LLP

JULIE H. ROME-BANKS
Attorney at Law

encls.
JHR;F:\DATAFILES\Clients\Sorci, John re Dennis Hecker and Autocal LLC\Corr\Duluth Bankruptcy Court Lt 090109.wpd