UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                    Case No. BKY 09-50779

               Debtor.                                     Chapter 7 Case

**ORDER DENYING TRUSTEE'S MOTION FOR PROTECTIVE ORDER**

The trustee's motion for protective order is before the court.

Based on the motion and the file,

IT IS ORDERED: The trustee's motion for protective order is denied.

Dated: September 2, 2009

/e/ Robert J. Kressel
```
Robert J. Kressel
United States Bankruptcy Judge
```

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/02/2009*
Lori Vosejpka, Clerk, by LMH