# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                                                                      BKY No. 09-50779

Dennis E. Hecker,                                                                                          Chapter 7

        Debtor.

## ORDER

The above matter came before the Court on the motion of Randall L. Seaver, the trustee requesting an order extending the time to assume or reject executory contracts and leases. The debtor has filed an objection to the motion. The trustee and the debtor have agreed to an order extending the time to assume or reject the PSA until September 18, 2009.

Based upon the agreement of the trustee and the debtor, all the files, records and proceedings and the court being advised in the premises,

**IT IS ORDERED**:

The deadline for the trustee to assume or reject the PSA is extended through September 18, 2009.

Dated: September 2, 2009

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

408498

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/02/2009*
Lori Vosejpka, Clerk, By amm, Deputy Clerk