IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Case No. 09-50779 |
| DENNIS E. HECKER, | Chapter 7 |
| Debtor. | Hon. Robert J. Kressel |

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE

Pursuant to Fed. R. Bankr. P. 9010(b), 2002(g) and 2002(i) and 11 U.S.C. § 1109(b), the undersigned herein provides notice of appearance in the above-captioned case, and requests that a copy of all notices given and all papers (including, but not limited to, pleadings, motions, applications, orders and reports) served or filed in this case, be served upon:

Larry D. Espel
Greene Espel P.L.L.P.
200 South Sixth Street
Suite 1200
Minneapolis, MN 55402
612-373-8342
lespel@greeneespel.com

Neither this Notice, nor any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) the right to trial by jury in any case, controversy or proceeding; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other Rights, claims, actions, defenses, set-offs or recoupments.

Dated: September 4, 2009          GREENE ESPEL, P.L.L.P.

/s/Larry D. Espel
Larry D. Espel, Reg. No. 27595
Kathleen K. Statler, Reg. No. 161809
200 S. Sixth Street, Suite 1200
Minneapolis, MN 55402
lespel@greeneespel.com
kstatler@greeneespel.com
(612) 373-0830

Attorneys for Alliance Bank

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>DENNIS E. HECKER,<br><br>Debtor. | Case No. 09-50779<br><br>Chapter 7<br><br>Hon. Robert J. Kressel |

## CERTIFICATE OF SERVICE

I, Larry D. Espel, declare, under penalty of perjury, that on September 4, 2009, I filed the following:

    1.    Notice of Appearance and Request for Electronic Notice,

by enclosing in an envelope, postage prepaid, directed to the following via United States mail at their last known address:

Michael B. Lubic
Sonnenschein Nath & Rosenthal, LLC
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017

Nicholas N. Nierengarten
Gray, Plant, Mooty & Bennett
500 IDS Center
80 S. Eighth Street
Minneapolis MN  55402

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Michael M. Malter
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Dated: September 4, 2009              GREENE ESPEL, P.L.L.P.

                                                      /s/Larry D. Espel
                                      Larry D. Espel, Reg. No. 27595
                                      Kathleen K. Statler, Reg. No. 161809
                                      200 S. Sixth Street, Suite 1200
                                      Minneapolis, MN 55402
                                      lespel@greeneespel.com
                                      kstatler@greeneespel.com
                                      (612) 373-0830

                                      Attorneys for Alliance Bank