# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                                    **NOTICE OF SALE BY AUCTION**

      Debtor.

------------------------------------------

To:     The United States Trustee, all creditors and other parties in interest.

On October 19, 2009, commencing at 5:00 p.m., the undersigned trustee of the estate of the Debtor named above will sell property of the estate as follows: Watches and jewelry as described at Exhibits A and B attached hereto will be sold at public auction at FWR Auction Center, 5545 County Road 33, New Germany, MN 55367.  The sale items will be available for viewing commencing at 1:00 p.m. on the date of the sale.  Items will also be available for view on line at fwr-auctioneers.com

Fred W. Radde & Sons will receive commission of 15% of gross sales price, plus expenses involved in transporting for public auction.

**OBJECTION: MOTION: HEARING.**  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: September 10, 2009                   /e/ Randall L. Seaver_____
                                        Randall L. Seaver, Trustee
                                        12400 Portland Avenue South, Suite 132
                                        Burnsville, MN 55337
                                        (952) 890-0888

Hecker - Exhibit B (7)

| Watches | Band | Make | Model | Misc. |
|---------|------|------|-------|-------|
| yellow 18k | 18K Gold | Rolex | Day Date | |
| yellow 18k | 18K Gold | Rolex | Daytona | |
| yellow 18k | 18K Gold | Rolex | Submariner | |
| yellow 18k | Leather | Rolex Cellini | Cellini | |
| Stainless | Leather | Tudor | Tiger Woods | |
| *Stainless | Stainless | Yahtmaster | Rolex | |
| | | | | |
| Stainless | Leather black | Breitling | Chrono | lookalike |
| Stainless | Stainless | Breitling | Colt Superdean | |
| *Stainless | Navy Rubber | Breitling | Chrono | lookalike |
| | | | | |
| Stainless | Rubber | Hublot | Big Bang | lookalike |
| Stainless | Leather | Corum | Joker | |
| Stainless | Leather | Baume Mercier | Tank | |
| *Rose Gold | Chocolate Rubber | Hublot | Big Bang | |
| | | | | |
| Stainless | Rubber | Panerai | Luminor | lookalike |
| Stainless | Leather | Panerai | Luminor | |
| Stainless | Stainless | Montblanc | GMT | |
| Stainless | Stainless | Montblanc | Chrono | |
| Goldplate | Leather | Montblanc | Chrono | |
| | | | | |
| Stainless | Leather | Euro Watch Co. | Ganador | |
| Stainless | Leather | Officin a del tempo | #A26361 | |
| Stainless | Leather | Damiani | Tank | |
| Stainless | Leather | Versace | Chrono | |
| Stainless | Stainless | Versace | | |
| | | | | |
| Stainless | Both | Kobold | Automatic | |
| Stainless | Both | Kobold | Automatic | |
| BLK Stainless | Rubber | Momo | Chrono | |
| Stainless | Leather | Chevy logo | | |
| Stainless | Rubber | Empirio Armani | | |
| | | | | |
| Stainless | Yellow Rubber | Techno Marine | | |
| Stainless | Blue Rubber | Techno Marine | | |
| Stainless | Black Rubber | Swiss Army | | |
| Stainless | Stainless | Swiss Army | | |
| Stainless | Stainless | Swiss Army | | |
| | | | | |
| Stainless | Leather | Grimoldi | Borgonvo | |
| Stainless | Nylon | Nixon | Square | |
| *Stainless | Rubber | Tommy Bahama | | |
| Stainless | Stainless | Tommy Hilfiger | | |
| Stainless | Nylon | Tommy Bahama | | |
| | | | | |
| ? | | | Cartier | Travel Clock |
| | | | | |
| 18k | Ring | | N/A | Wedding band |


EXHIBIT A

**Hecker - Supplemental Exhibit B(7)**

| Watches | Band | Make | Model | Misc. | Lot Value |
|---|---|---|---|---|---|
| Stainless | Stainless | Breitling | | | |
| Silver | Black leather | Breitling | | | |
| Black | | Bulgari | | Lookalike | |
| | Orange | Lockman | | | |
| | Leather | Panerai | | | |
| | | Panerai | Luminor Marina | | |
| | Brown leather | Panerai | Luminor | | |
| | Red | Porsche | | | |
| Black face with gold trim | Gold | Rolex | Submariner | | |
| Blue face with gold trim | Stainless | Rolex | Submariner | | |
| Gold | Gold | Rolex | Yachtmaster | | |
| Gold | Gold | Rolex | Daytona | | |
| Platinum | Platinum | Rolex | Day/Date | | |
| Black face with stainless trim | Black leather | Tudor | Tiger | | |



EXHIBIT B