**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---------------------------------------------

In re:

Dennis E. Hecker,

      Debtor.

---------------------------------------------

BKY No. 09-50779

Chapter 7

RESPONSE TO NOTICE OF HEARING AND MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION

## I. INTRODUCTION

First National Bank submits the following response to the motion (the "Motion") of Randall L. Seaver, the Chapter 7 trustee of the above-captioned bankruptcy estate ("Trustee") dated September 2, 2009, for authority to conduct Bankruptcy Rule 2004 Examinations.

## II. ANALYSIS

As this Court is well aware, the scope of a 2004 examination is limited to "the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge." FED.R.BANKR.P. 2004 (b). Examinations of an entity regarding "'matters having no relationship to the bankrupt's affairs or the administration of his estate…is improper." COLLIER ON BANKRUPTCY, King, 15th ed. Rev., ¶ 2004.02[2] (citing *Keene Corp. v. Johns-Manville Corp (In re Johns-Manville Corp.)*, 42 B.R. 362, 364 (S.D.N.Y. 1984); *In re Coffee Cupboard, Inc.*, 128 B.R. 509, 514 (Bankr.E.D.N.Y. 1991); *In re Financial Corp. of Am.*, 119 B.R. 728, 733 (Bankr.C.D.Cal. 1990); *In re Wilcher*, 56 B.R. 428, 433 (Bankr.N.D.Ill. 1985); *In re Express One Int'l, Inc.*, 217 B.R. 215, 216 (Bankr.E.D.Tex. 1998)).

Here, the proposed examination of First National Bank will have no relationship with Dennis Hecker ("Debtor") or any of his various entities. As demonstrated in the attached

affidavit, First National Bank reviewed its records and found no relationship with Debtor or any entities in which Debtor was involved. Therefore, First National Bank opposes the Motion and requests this Court to specifically exclude First National Bank from any order authorizing the Trustee to conduct Bankruptcy Rule 2004 examinations.

Dated: September 11, 2009    MACKALL, CROUNSE & MOORE, PLC

/s/ Andrew P. Moratzka
Andrew P. Moratzka (#0322131)
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
Tele: 612-305-1400
Fax: 612-305-1414

ATTORNEYS FOR FIRST NATIONAL BANK

APM/apm/1109591v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Dennis E. Hecker,

      Debtor.

---

BKY No. 09-50779

Chapter 7

**AFFIDAVIT OF J. E. GRANDGEORGE**

STATE OF MINNESOTA   )
                                 ) ss
COUNTY OF MURRAY    )

    J. E. Grandgeorge, having been sworn on oath states as follows:

1.    I am the Chief Executive Officer of First National Bank.

2.    First National Bank reviewed its records and files and was unable to locate any information related to Dennis Hecker or any entity in which First National Bank understands Dennis Hecker was involved.

Dated: September 10, 2009

                                                                J. E. Grandgeorge

Subscribed and sworn to before me
this 10th day of September 2009.

_____
Notary Public


MARY JEAN WEHR
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

APM/apm/1109604v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                       Bky No. 09-50779

Chapter 7

Dennis E. Hecker,

       Debtor.

UNSWORN DECLARATION
FOR PROOF OF SERVICE

<u>Jinah E. Finnes</u>, employed by Mackall, Crounse & Moore, attorney(s) licensed to practice law in this court, with office address of 1400 AT&T Tower, 901 Marquette Avenue, Minneapolis, MN 55402-2859, declares that on the date set forth below, caused the following documents:

**Response to Notice of Hearing and Motion for Order Authorizing Rule 2004 Examination and Affidavit of J.E. Grandgeorge**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Kendall L. Bader    kbader@fredlaw.com, klbader@yahoo.com
- Patti H Bass    ecf@bass-associates.com
- Matthew R. Burton    mburton@losgs.com
- Tyler D. Candee    tcandee@lapplibra.com, dwegler@lapplibra.com
- Bruce H. Carlson    bruce.carlson@mlcfargolaw.com, tricia.fossen@mlcfargolaw.com
- Monica L. Clark    clark.monica@dorseylaw.com
- Gordon B. Conn    conn@kwgc-law.com
- Clinton E. Cutler    ccutler@fredlaw.com, mdavis@fredlaw.com
- Larry D. Espel    lespel@greeneespel.com, lbulson@greeneespel.com;sholenko@greeneespel.com
- Stephen F Grinnell    stephen.grinnell@gpmlaw.com
- Andrea M. Hauser    ahauser@losgs.com
- Douglas W. Kassebaum    dkassebaum@fredlaw.com, scharter@fredlaw.com;bankruptcy@fredlaw.com
- Jeffrey D. Klobucar    jklobucar@foleymansfield.com
- Connie Lahn    connie.lahn@fmjlaw.com, Aong.Moua@fmjlaw.com
- Thomas Lallier    tlallier@foleymansfield.com
- Joseph W. Lawver    jlawver@messerlikramer.com, mnygaard@messerlikramer.com
- Nauni J Manty    ecf@mantylaw.com
- Michael L Meyer    mlmeyer@ravichmeyer.com
- Ralph Mitchell    rmitchell@lapplibra.com, jpipp@lapplibra.com

1109975-1

- William F Mohrman    mohrman@mklaw.com, gynild@mklaw.com;kaardal@mklaw.com;grzybek@mklaw.com
- Andrew Paul Moratzka    apm@mcmlaw.com, jef@mcmlaw.com;ldj@mcmlaw.com
- Cynthia A. Moyer    cmoyer@fredlaw.com, cthomas@fredlaw.com
- Robert G. Parish    rparish@faegre.com
- Jamie R. Pierce    jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com;mpocock@hinshawlaw.com;kmoore@hinshawlaw.com
- Recovery Management Systems Corp    claims@recoverycorp.com
- Craig E. Reimer    creimer@mayerbrown.com, samahdi@mayerbrown.com;srozen@mayerbrown.com;hroin@mayerbrown.com
- David E. Runck    david.runck@fmjlaw.com, Aong.Moua@fmjlaw.com
- Randall L. Seaver    rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com
- Brad A Sinclair    bsinclair@serklandlaw.com, crohr@serklandlaw.com
- William R. Skolnick    wskolnick@skolnick-shiff.com, zpuchtel@skolnick-shiff.com;petricka@visi.com;rcargill@skolnick-shiff.com
- Rebecca G. Sluss    rsluss@oppenheimer.com
- Kathleen K. Statler    kstatler@gr-espel.com, storkelson@greeneespel.com
- Matthew A. Swanson    matthew.swanson@leonard.com, callie.sanford@leonard.com
- US Trustee    ustpregion12.mn.ecf@usdoj.gov
- Nicholas J. Vivian    nvivian@eckberglammers.com, dneumann@eckberglammers.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Leonard Obrien
Spencer Gale & Sayre Ltd
100 South 5th St, Ste 2500
Minneapolis, MN 55376

Michael W Malter
Binder & Malter Llp
2775 Park Ave
Santa Clara, CA 95050

Micahel B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St, Ste 2500
Los Angeles, CA 90017-5704

Nicholas N. Nierengarten
Gray, Plant, Mooty & Bennett
500 IDS Center
80 S 8th St
Minneapolis, MN 55402

And I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: September 11, 2009                Signed: /e/ Jinah E. Finnes

1109975-1