UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                                          BKY No. 09-50779

Dennis E. Hecker,                                                                                  Chapter 7 Bankruptcy

           Debtor.

_____

**NOTICE OF CONTINUED HEARING**

PLEASE TAKE NOTICE that the hearing on the Trustee's Motion Under §365 to Reject an Unexpired Lease previously set for September 16, 2009 at 9:30 a.m. has been continued to October 7, 2009 at 10:00 a.m. before the Honorable Robert J. Kressel in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

                                                     **LEONARD, O'BRIEN**
                                                     **SPENCER, GALE & SAYRE, LTD.**

                                                       /e/ Matthew R. Burton

Dated: September 14, 2009         By_____
                                               Matthew R. Burton, #210018
                                               Attorneys for Randall L. Seaver, Trustee
                                               100 South Fifth Street, Suite 2500
                                               Minneapolis, Minnesota 55402-1234
                                               (612) 332-1030

408926

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                                                              BKY No. 09-50779

Dennis E. Hecker,                                                                         Chapter 7

Debtor.

---

**UNSWORN CERTIFICATE OF SERVICE**

---

I hereby certify that on September 14, 2009, I caused the following documents:

*Notice of Continued Hearing*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Kendall L. Bader    kbader@fredlaw.com, klbader@yahoo.com
- Patti H Bass    ecf@bass-associates.com
- Tyler D. Candee    tcandee@lapplibra.com, dwegler@lapplibra.com
- Bruce H. Carlson    bruce.carlson@mlcfargolaw.com, tricia.fossen@mlcfargolaw.com
- Monica L. Clark    clark.monica@dorseylaw.com
- Gordon B. Conn    conn@kwgc-law.com
- Clinton E. Cutler    ccutler@fredlaw.com, mdavis@fredlaw.com
- Larry D. Espel    lespel@greeneespel.com, lbulson@greeneespel.com;sholenko@greeneespel.com
- Stephen F Grinnell    stephen.grinnell@gpmlaw.com
- Douglas W. Kassebaum    dkassebaum@fredlaw.com, scharter@fredlaw.com;bankruptcy@fredlaw.com
- Jeffrey D. Klobucar    jklobucar@foleymansfield.com
- Connie Lahn    connie.lahn@fmjlaw.com, Aong.Moua@fmjlaw.com
- Thomas Lallier    tlallier@foleymansfield.com
- Joseph W. Lawver    jlawver@messerlikramer.com, mnygaard@messerlikramer.com

- Nauni J Manty    ecf@mantylaw.com

- Michael L Meyer    mlmeyer@ravichmeyer.com

- Ralph Mitchell    rmitchell@lapplibra.com, jpipp@lapplibra.com

- William F Mohrman    mohrman@mklaw.com, gynild@mklaw.com;kaardal@mklaw.com;grzybek@mklaw.com

- Andrew Paul Moratzka    apm@mcmlaw.com, jef@mcmlaw.com;ldj@mcmlaw.com

- Cynthia A. Moyer    cmoyer@fredlaw.com, cthomas@fredlaw.com

- Robert G. Parish    rparish@faegre.com

- Jamie R. Pierce    jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com;mpocock@hinshawlaw.com;kmoore@hinshawlaw.com

- Recovery Management Systems Corp    claims@recoverycorp.com

- Craig E. Reimer    creimer@mayerbrown.com, samahdi@mayerbrown.com;srozen@mayerbrown.com;hroin@mayerbrown.com

- David E. Runck    david.runck@fmjlaw.com, Aong.Moua@fmjlaw.com

- Randall L. Seaver    rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com

- Brad A Sinclair    bsinclair@serklandlaw.com, crohr@serklandlaw.com

- William R. Skolnick    wskolnick@skolnick-shiff.com, zpuchtel@skolnick-shiff.com;petricka@visi.com;rcargill@skolnick-shiff.com

- Rebecca G. Sluss    rsluss@oppenheimer.com

- Kathleen K. Statler    kstatler@gr-espel.com, storkelson@greeneespel.com

- Matthew A. Swanson    matthew.swanson@leonard.com, callie.sanford@leonard.com

- US Trustee    ustpregion12.mn.ecf@usdoj.gov

- Nicholas J. Vivian    nvivian@eckberglammers.com, dneumann@eckberglammers.com

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Michael B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Nicholas N. Nierengarten
Gray, Plant, Mooty & Bennett
500 IDS Center
80 S 8th St
Minneapolis, MN 55402

Michael W. Malter
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Dated: September 14, 2009

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

408066