UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

        Debtor.

<u>ORDER FOR RULE 2004 EXAMINATIONS</u>

BKY 09-50779

At Minneapolis, Minnesota, September 16, 2009.

       This case is before the court on the motion of the trustee to allow him to conduct examinations pursuant to Federal Rule of Bankruptcy Procedure 2004. There were no objections to the motion.

       Based on the files and records,

       IT IS ORDERED:  The trustee may examine Jessica Robb, Harrison Prather, Harrison K-9 Security, LLC, Bellagio Las Vegas, Mirage Las Vegas, Gittleman Management Corporation, R.W. LLC, Downtown Resource Group, Holly Hecker-Aldridge and Breck School pursuant to Federal Rule of Bankruptcy Procedure 2004.

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/16/2009*
Lori Vosejpka, Clerk, by LMH