# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:     BKY No. 09-50779

Dennis E. Hecker,     Chapter 7

       Debtor.

## ORDER

This case is before the court on the motion of the trustee to extend the time to assume or reject an executory contract, more particularly, a "Personal Services Agreement" (scheduled by the debtor as an executory contract).

Based upon the file and the court being advised in the premises,

**IT IS ORDERED**:

1. The deadline for the trustee to assume or reject the PSA is extended through February 4, 2010.

2. The trustee shall commence an action on or before September 30, 2009 seeking a determination of the nature of PSA. If the trustee fails to commence such an action, the PSA shall be deemed to be rejected by the trustee.

Dated: September 16, 2009

/e/ Robert J. Kressel
Robert J. Kressel
UnitedStates Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/16/2009*
Lori Vosejpka, Clerk, by LMH