# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

------------------------------------------

In re:

Dennis E. Hecker,

      Debtor.

------------------------------------------

BKY No. 09-50779

Chapter 7

# WITHDRAWAL

Please take notice that Randall L. Seaver, Trustee hereby withdraws his Motion for Order Authorizing Rule 2004 Examinations as to First National Bank, alone.

Dated: September 16, 2009

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

By: /e/ Matthew R. Burton
    Matthew R. Burton, #210018
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
Telephone: (612) 332-1030
Facsimile: (612) 332-2740

ATTORNEYS FOR RANDALL L. SEAVER, TRUSTEE

409153

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                                                        BKY No. 09-50779

Dennis E. Hecker,                                                                    Chapter 7

        Debtor.

---

**UNSWORN CERTIFICATE OF SERVICE**

---

I hereby certify that on August 24, 2009, I caused the following documents:

    *Withdrawal*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Kendall L. Bader    kbader@fredlaw.com, klbader@yahoo.com
Patti H Bass    ecf@bass-associates.com
Tyler D. Candee    tcandee@lapplibra.com, dwegler@lapplibra.com
Bruce H. Carlson    bruce.carlson@mlcfargolaw.com, tricia.fossen@mlcfargolaw.com
Monica L. Clark    clark.monica@dorseylaw.com
Gordon B. Conn    conn@kwgc-law.com
Clinton E. Cutler    ccutler@fredlaw.com, mdavis@fredlaw.com
Larry D. Espel    lespel@greeneespel.com, lbulson@greeneespel.com; sholenko@greeneespel.com
Stephen F Grinnell    stephen.grinnell@gpmlaw.com
Joshua A. Hasko    jhasko@messerlikramer.com, nkuhnly@messerlikramer.com
David L. Johnson    david.johnson@mlcfargolaw.com
Douglas W. Kassebaum    dkassebaum@fredlaw.com, scharter@fredlaw.com; bankruptcy@fredlaw.com
Jeffrey D. Klobucar    jklobucar@foleymansfield.com
Connie Lahn    connie.lahn@fmjlaw.com, Aong.Moua@fmjlaw.com
Thomas Lallier    tlallier@foleymansfield.com
Joseph W. Lawver    jlawver@messerlikramer.com, mnygaard@messerlikramer.com
Seth Leventhal    seth.leventhal@fmjlaw.com, sherri.debettignies@fmjlaw.com
Nauni J Manty    ecf@mantylaw.com
Michael L Meyer    mlmeyer@ravichmeyer.com
Ralph Mitchell    rmitchell@lapplibra.com, jpipp@lapplibra.com
William F Mohrman    mohrman@mklaw.com, gynild@mklaw.com; kaardal@mklaw.com;grzybek@mklaw.com
Andrew Paul Moratzka    apm@mcmlaw.com, jef@mcmlaw.com;ldj@mcmlaw.com

Cynthia A. Moyer     cmoyer@fredlaw.com, cthomas@fredlaw.com
Robert G. Parish     rparish@faegre.com
Jamie R. Pierce     jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com;
mpocock@hinshawlaw.com;kmoore@hinshawlaw.com
Recovery Management Systems Corp     claims@recoverycorp.com
Craig E. Reimer     creimer@mayerbrown.com, samahdi@mayerbrown.com;
srozen@mayerbrown.com;hroin@mayerbrown.com
David E. Runck     david.runck@fmjlaw.com, Aong.Moua@fmjlaw.com
Randall L. Seaver     rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com
Eric J Sherburne     esherburne@steinmoore.com, notices@steinmoore.com
Brad A Sinclair     bsinclair@serklandlaw.com, crohr@serklandlaw.com
William R. Skolnick     wskolnick@skolnick-shiff.com, zpuchtel@skolnick-
shiff.com;petricka@visi.com;rcargill@skolnick-shiff.com
Rebecca G. Sluss     rsluss@oppenheimer.com
Kathleen K. Statler     kstatler@gr-espel.com, storkelson@greeneespel.com
Matthew A. Swanson     matthew.swanson@leonard.com, callie.sanford@leonard.com
US Trustee     ustpregion12.mn.ecf@usdoj.gov
Nicholas J. Vivian     nvivian@eckberglammers.com, dneumann@eckberglammers.com

Dated: August 24, 2009

/e/  Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
(612) 332-1030

407802