## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                                          BKY No. 09-50779

Dennis E. Hecker,                                                                          Chapter 7

　　　　　Debtor.

## TRUSTEE'S WITHDRAWAL OF OBJECTION TO MOTION OF BLACKSTONE FINANCIAL, LLC FOR RELIEF FROM AUTOMATIC STAY

Randall L. Seaver, Trustee ("**Trustee**"), by and through his undersigned counsel, hereby withdraws its Objection to the Motion of Blackstone Financial, LLC for relief from the automatic stay.

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

　　　　　　　　　　　　　　/e/ Matthew R. Burton
Dated: September 17, 2009          By_____
　　　　　　　　　　　　　　Matthew R. Burton, #210018
　　　　　　　　　　　　　　Attorneys for Randall L. Seaver, Trustee
　　　　　　　　　　　　　　100 South Fifth Street, Suite 2500
　　　　　　　　　　　　　　Minneapolis, Minnesota  55402-1234
　　　　　　　　　　　　　　(612) 332-1030

409237

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

-----------------------------------------------

BKY No. 09-50779

In re:

Chapter 7

Dennis E. Hecker,

        Debtor.

-----------------------------------------------

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2009, I caused the following documents:

***Trustee's Withdrawal of Objection to Motion of Blackstone Financial, LLC for Relief From Automatic Stay***

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Kendall L. Bader    kbader@fredlaw.com, klbader@yahoo.com
- Patti H Bass    ecf@bass-associates.com
- Tyler D. Candee    tcandee@lapplibra.com, dwegler@lapplibra.com
- Bruce H. Carlson    bruce.carlson@mlcfargolaw.com, tricia.fossen@mlcfargolaw.com
- Monica L. Clark    clark.monica@dorseylaw.com
- Gordon B. Conn    conn@kwgc-law.com
- Clinton E. Cutler    ccutler@fredlaw.com, mdavis@fredlaw.com
- Larry D. Espel    lespel@greeneespel.com, lbulson@greeneespel.com;sholenko@greeneespel.com
- Stephen F Grinnell    stephen.grinnell@gpmlaw.com
- Douglas W. Kassebaum    dkassebaum@fredlaw.com, scharter@fredlaw.com;bankruptcy@fredlaw.com
- Jeffrey D. Klobucar    jklobucar@foleymansfield.com
- Connie Lahn    connie.lahn@fmjlaw.com, Aong.Moua@fmjlaw.com
- Thomas Lallier    tlallier@foleymansfield.com
- Joseph W. Lawver    jlawver@messerlikramer.com, mnygaard@messerlikramer.com
- Nauni J Manty    ecf@mantylaw.com

- Michael L Meyer      mlmeyer@ravichmeyer.com

- Ralph Mitchell      rmitchell@lapplibra.com, jpipp@lapplibra.com

- William F Mohrman      mohrman@mklaw.com,
  gynild@mklaw.com;kaardal@mklaw.com;grzybek@mklaw.com

- Andrew Paul Moratzka      apm@mcmlaw.com, jef@mcmlaw.com;ldj@mcmlaw.com

- Cynthia A. Moyer      cmoyer@fredlaw.com, cthomas@fredlaw.com

- Robert G. Parish      rparish@faegre.com

- Jamie R. Pierce      jpierce@hinshawlaw.com,
  akulbeik@hinshawlaw.com;mpocock@hinshawlaw.com;kmoore@hinshawlaw.com

- Recovery Management Systems Corp      claims@recoverycorp.com

- Craig E. Reimer      creimer@mayerbrown.com,
  samahdi@mayerbrown.com;srozen@mayerbrown.com;hroin@mayerbrown.com

- David E. Runck      david.runck@fmjlaw.com, Aong.Moua@fmjlaw.com

- Randall L. Seaver      rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com

- Brad A Sinclair      bsinclair@serklandlaw.com, crohr@serklandlaw.com

- William R. Skolnick      wskolnick@skolnick-shiff.com, zpuchtel@skolnick-
  shiff.com;petricka@visi.com;rcargill@skolnick-shiff.com

- Rebecca G. Sluss      rsluss@oppenheimer.com

- Kathleen K. Statler      kstatler@gr-espel.com, storkelson@greeneespel.com

- Matthew A. Swanson      matthew.swanson@leonard.com, callie.sanford@leonard.com

- US Trustee      ustpregion12.mn.ecf@usdoj.gov

- Nicholas J. Vivian      nvivian@eckberglammers.com, dneumann@eckberglammers.com

/e/  Stephanie Wood

Dated:  September 17, 2009

_____

Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
(612) 332-1030

407138

2