UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Dennis E. Hecker

Case No. 09-50779
Chapter 7

Debtor.

## ORDER FOR RELIEF FROM AUTOMATIC STAY

Blackstone Financial, LLC has filed a motion for relief from the automatic stay and abandonment. Blackstone Financial, LLC, seeks relief from the automatic stay to enforce its security interests in certain general intangibles and accounts as detailed in the motion. Specifically, Blackstone Financial, LLC, seeks to enforce its security interests in the following limited liability companies in which the debtor has an uncertificated ownership interest:

Clearwater Retail Center, LLC; Mikden of Minnetonka, LLC; Mikden, LLC; Mikden of Stillwater, LLC; Michael Holdings of Baxter, LLC; and Mikden of Oakdale, LLC.

Blackstone Financial, LLC also seeks to foreclose its interest in the debtor's claims against Michael Holdings, LLC.

The court having reviewed the files and records and being advised in the premises, and all objections having beeb withdrawn,

IT IS ORDERED: (1) The automatic stay under 11 U.S.C. § 362 is modified a to allow Blackstone Financial, LLC, its successors and assigns, to foreclose its security interests in Blackstone Financial, LLC's collateral and proceed with all other remedies available to Blackstone Financial, LLC, under applicable state law, with respect to the property; and (2) Nothwithstanding Fed. R. Bankr. P. 4001(a)(3) this order is effective immediately.

Dated: September 18, 2009

/e/ Robert J. Kressel

Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/18/2009*
Lori Vosejpka, Clerk, by LMH