UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                                         BKY No. 09-50779

Dennis E. Hecker,                                                                                       Chapter 7

          Debtor.

_____

**NOTICE OF HEARING AND MOTION FOR TURNOVER OF RECORDS**

TO:    Steve Mathiesen, 612 Weber Drive, Sturgis, SD 57785-2016.

    1.    Randall L. Seaver, the Chapter 7 Trustee herein, moves the Court for the relief request below and gives Notice of hearing herewith.

    2.    The Court will hold a hearing on this motion at 10:00 a.m. on October 7, 2009 Courtroom No. 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415 or as soon thereafter as counsel can be heard. Under applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the clerk, not later than October 2, 2009 which is 3 days before the above date or filed and served by mail not later than September 28, 2009 which is 7 days before the time set for hearing in accordance with Local Rules. UNLESS A RESPONSE IS TIMELY SERVED AND FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

    3.    This Court has jurisdiction over this Motion under 28 U.S.C. §157 and §1334 and Bankruptcy Rule 5005. This Motion is filed under Local Rule 9013-2, this proceeding arises under 11 U.S.C. §542 and Local Rule 6072-1.

    4.    The petition commencing this Chapter 7 case was filed on June 4, 2009. The case is now pending in this Court.

5. It appears that the Debtor had paid Steve Mathiesen several thousand dollars pre-petition for use of Mr. Mathiesen's Sturgis, South Dakota home in conjunction with the Sturgis Motorcycle Rally held in August, 2009. The Trustee seeks turnover of all documents relating to or evidencing any correspondence (written or e-mail), payments, lease agreements and contracts relating to or evidencing negotiations for the lease, lease payments, and the lease or contract for any use or rental of the Mathiesen home or other property from Mr. Mathiesen by Dennis E. Hecker or any of his entities.

**WHEREFORE**, the Trustee requests an Order of the Court requiring the Debtor to turn over to the Trustee, within seven (7) days from the date of the hearing, all documents relating to or evidencing any correspondence (written or e-mail), payments, lease agreements and contracts relating to or evidencing negotiations for the lease, lease payments, and the lease or contract for any use or rental of the Mathiesen home or other property from Mr. Mathiesen by Dennis E. Hecker or any of his entities.

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

Dated: September 18, 2009

/e/ Matthew R. Burton
By_____
Matthew R. Burton, #210018
Attorneys for Randall L. Seaver, Trustee
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402-1216
(612) 332-1030

2

## **VERIFICATION**

I, Randall L. Seaver, Trustee for the Bankruptcy Estate of Dennis E. Hecker, named in the foregoing Notice of Hearing and Motion for Turnover of Property declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

|  |  |
|---|---|
| Executed on September 18, 2009 | /e/ Randall L. Seaver<br>_____<br>Randall L. Seaver, Trustee |

408876

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                                                          BKY No. 09-50779

Dennis E. Hecker,                                                                    Chapter 7

       Debtor.

---

### UNSWORN CERTIFICATE OF SERVICE
---

I hereby certify that on September 18, 2009, I caused the following documents:

*Notice of Hearing and Motion for Turnover of Records and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Kendall L. Bader    kbader@fredlaw.com, klbader@yahoo.com
Patti H Bass    ecf@bass-associates.com
Tyler D. Candee    tcandee@lapplibra.com, dwegler@lapplibra.com
Bruce H. Carlson    bruce.carlson@mlcfargolaw.com, tricia.fossen@mlcfargolaw.com
Monica L. Clark    clark.monica@dorseylaw.com
Gordon B. Conn    conn@kwgc-law.com
Clinton E. Cutler    ccutler@fredlaw.com, mdavis@fredlaw.com
Larry D. Espel    lespel@greeneespel.com, lbulson@greeneespel.com; sholenko@greeneespel.com
Stephen F Grinnell    stephen.grinnell@gpmlaw.com
Joshua A. Hasko    jhasko@messerlikramer.com, nkuhnly@messerlikramer.com
David L. Johnson    david.johnson@mlcfargolaw.com
Douglas W. Kassebaum    dkassebaum@fredlaw.com, scharter@fredlaw.com; bankruptcy@fredlaw.com
Jeffrey D. Klobucar    jklobucar@foleymansfield.com
Connie Lahn    connie.lahn@fmjlaw.com, Aong.Moua@fmjlaw.com
Thomas Lallier    tlallier@foleymansfield.com
Joseph W. Lawver    jlawver@messerlikramer.com, mnygaard@messerlikramer.com
Seth Leventhal    seth.leventhal@fmjlaw.com, sherri.debettignies@fmjlaw.com
Nauni J Manty    ecf@mantylaw.com
Michael L Meyer    mlmeyer@ravichmeyer.com
Ralph Mitchell    rmitchell@lapplibra.com, jpipp@lapplibra.com
William F Mohrman    mohrman@mklaw.com, gynild@mklaw.com; kaardal@mklaw.com;grzybek@mklaw.com
Andrew Paul Moratzka    apm@mcmlaw.com, jef@mcmlaw.com;ldj@mcmlaw.com

Cynthia A. Moyer    cmoyer@fredlaw.com, cthomas@fredlaw.com
Robert G. Parish    rparish@faegre.com
Jamie R. Pierce    jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com; mpocock@hinshawlaw.com;kmoore@hinshawlaw.com
Recovery Management Systems Corp    claims@recoverycorp.com
Craig E. Reimer    creimer@mayerbrown.com, samahdi@mayerbrown.com; srozen@mayerbrown.com;hroin@mayerbrown.com
David E. Runck    david.runck@fmjlaw.com, Aong.Moua@fmjlaw.com
Randall L. Seaver    rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com
Eric J Sherburne    esherburne@steinmoore.com, notices@steinmoore.com
Brad A Sinclair    bsinclair@serklandlaw.com, crohr@serklandlaw.com
William R. Skolnick    wskolnick@skolnick-shiff.com, zpuchtel@skolnick-shiff.com;petricka@visi.com;rcargill@skolnick-shiff.com
Rebecca G. Sluss    rsluss@oppenheimer.com
Kathleen K. Statler    kstatler@gr-espel.com, storkelson@greeneespel.com
Matthew A. Swanson    matthew.swanson@leonard.com, callie.sanford@leonard.com
US Trustee    ustpregion12.mn.ecf@usdoj.gov
Nicholas J. Vivian    nvivian@eckberglammers.com, dneumann@eckberglammers.com

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

Steve Mathiesen
612 Weber Drive
Sturgis, SD 57785-2016

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Michael B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Nicholas N. Nierengarten
Gray, Plant, Mooty & Bennett
500 IDS Center
80 S 8th St
Minneapolis, MN 55402

Michael W. Malter
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Dated: September 18, 2009

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

409319

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Dennis E. Hecker,                                                                      BKY No. 09-50779

        Debtor.

**ORDER**

This case is before the court on the motion of Randall L. Seaver, Chapter 7 Trustee, for turnover of property of the estate.

Upon the motion and the files,

IT IS HEREBY ORDERED that within seven (7) days from the entry of this Order, Steve Mathiesen shall turnover to the Trustee all documents relating to or evidencing any correspondence (written or e-mail), payments, lease agreements and contracts relating to or evidencing negotiations for the lease, lease payments, and the lease or contract for any use or rental of the Mathiesen home or other property from Mr. Mathiesen by Dennis E. Hecker or any of his entities.

                                                                   **BY THE COURT:**

Dated: _____                       _____

                                                                         Robert J. Kressel
                                                                         U.S. Bankruptcy Judge

408878