## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In re:                                                                                           BKY No. 09-50779

Dennis E. Hecker,

      Debtor.

---

Randall L. Seaver, Trustee,                                                          ADV No. 09-_____

      Plaintiff,

vs.

Dennis E. Hecker,

      Defendant.

---

## COMPLAINT

---

      Randall L. Seaver, Trustee ("**Trustee**") of the Bankruptcy Estate of Dennis E. Hecker ("**Debtor**") as and for his Complaint against Defendant Dennis E. Hecker ("**Defendant**"), states and alleges as follows:

      1.    Trustee is the duly appointed Chapter 7 Trustee of the bankruptcy estate of the Debtor.

      2.    This bankruptcy case was commenced on June 4, 2009, by the filing of a voluntary Chapter 7 petition.

      3.    This adversary proceeding is a core proceeding within the meaning of 28 U.S.C. §§157 and 1334 and Bankruptcy Rule 5005.  This proceeding arises under 11 U.S.C. §§521(a)(4), 541 and 542.

      4.    The Debtor's schedules were filed on July 1, 2009.  The time for the Trustee to object to the exemptions was extended by Stipulation and Order through September 30, 2009.

The Debtor filed an Amended Schedule C on August 21, 2009, and filed another Amended Schedule C on September 12, 2009.

5. Each Schedule C filed by the Debtor asserts an exemption interest of $9,450.00 in household goods and furnishings. The most recent Amended Schedule C asserts an exemption in such items located at 11700 Cross Avenue, Crosslake, MN ("**Large Crosslake House**").

6. The household goods and furnishings and personal property including that not subject to exemption located at and around the Large Crosslake House, have a value significantly in excess of the amount of the exemption available to the Debtor.

7. The Trustee needs to obtain possession of the households goods and furnishings and all other personal property in and around the Large Crosslake House so that those items can be liquidated.

8. The Trustee has attempted to negotiate a sale of the non-exempt personal property and other items to the Debtor, but has been unable to reach an agreement.

9. In addition to other personal property located in and around the Large Crosslake House, there is an extensive dock and boat lift system at the Large Crosslake House which has substantial value. A copy of an estimate of value apparently provided by Waterfront Services, Inc., and given to the Trustee by the Debtor's attorney, is attached hereto as Exhibit A. The Trustee has also tried to negotiate a sale of the dock and boat lift system to the Debtor to no avail. The Trustee needs to obtain possession of those items so they can be liquidated.

10. The Trustee has tried to obtain specificity from the Debtor about items in which he is claiming an exemption at the Large Crosslake House, but has been unable to obtain specificity as to certain items. Copies of correspondence relating to those discussions are attached as Exhibit B.

11. The personal property in and around the Large Crosslake Home and the dock and boat lift system are all property of the bankruptcy estate pursuant to 11 U.S.C. §541.

12. The Debtor is required to surrender that property to the Trustee under 11 U.S.C. §521(a)(4).

13. The Trustee is entitled to immediate possession of the personal property including the dock and boat lift system in and around the Large Crosslake House.

**WHEREFORE**, Plaintiff Randall L. Seaver, Trustee requests a Judgment of the Court:

1. Ordering the Debtor to immediately turnover to the Trustee all personal property, including the dock system and boat lifts and excluding such personal property as may be found by this Court to be exempt, in and around the Large Crosslake Home located at 11700 Cross Avenue, Crosslake, MN.

2. Ordering the Debtor to immediately provide the Trustee and his agents with access to the Large Crosslake House to take possession of and remove personal property including the dock system and boat lifts in and around the Large Crosslake House.

3. For such other and further relief as the court deems just and equitable.

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

Dated: September 18, 2009

By: /e/ Matthew R. Burton

Matthew R. Burton, #210018
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota  55402
Telephone:  (612) 332-1030
Facsimile:  (612) 332-2740

ATTORNEYS FOR RANDALL L. SEAVER, TRUSTEE

409341

Jul 28 09 06:48p          Chip Lohmiller                              218-543-4251                    p.2

**Waterfront Services Inc.**
34720 County Road 3
Crosslake, MN 56442-2715

# Estimate

| Date | Estimate # |
|---|---|
| 7/28/2009 | 200982 |

**Name / Address**

Crosslake Property Solutions
PO Box 810
Crosslake, MN 56442

| LOCATION |
|---|
| Hecker |

| Description | Qty | Cost | Total |
|---|---|---|---|
| 5 x 8 Aluminum Framework Dock Section with Vinyl Panels (List $820) | 1 | 410.00 | 410.00T |
| 5 x 10 Aluminum Framework Dock Section with Vinyl Panels (List $940) | 34 | 470.00 | 15,980.00T |
| 4 x 12 Aluminum Framework Dock with Vinyl Panels (List $965) | 5 | 482.50 | 2,412.50T |
| 4 x 10 Aluminum Framework Dock with Vinyl Panels (List $840) | 12 | 420.00 | 5,040.00T |
| Brock Dock Pipe Covers (List $40) | 93 | 20.00 | 1,860.00T |
| ShoreStation 20100 Boat Lifts with 18' Canopies (List $5500) | 2 | 2,750.00 | 5,500.00T |
| ShoreStation 10531 Double PWC Boat Lift with 13' Canopy (List $4100) | 1 | 2,050.00 | 2,050.00T |
| ShoreStation 1288 Boat Lifts with 18' Canopies (List $3900) | 2 | 1,950.00 | 3,900.00T |
| ShoreStation 10621 Boat Lift (List $1590) | 1 | 795.00 | 795.00T |
| ShoreStation 50120 Boat Lift (List $6900) | 1 | 3,450.00 | 3,450.00T |
| Telescoping 20' Flag Pole (List $269) | 2 | 134.50 | 269.00T |
| Dock Bracket for Telescoping Flag Pole (List $60) | 2 | 30.00 | 60.00T |
| 6-Step Dock Stairs (List $550) | 1 | 275.00 | 275.00T |
| 6-Foot Vinyl/Aluminum Dock Bench (List $390) | 1 | 195.00 | 195.00T |
| Carvel Large Dock Box (List $875) | 2 | 437.50 | 875.00T |
| Dock Box Stand, Aluminum (List $300) | 2 | 150.00 | 300.00T |
| 36' Covered Slip (List $7000) | 2 | 3,500.00 | 7,000.00T |

www.docks-by-wfs.com
waterfront@crosslake.net
218-692-2760

| | |
|---|---|
| **Subtotal** | $50,371.50 |
| **Sales Tax (6.875%)** | $3,463.04 |
| **Total** | $53,834.54 |

H810-82

**EXHIBIT A**

Jul 28 09 06:49p    Chip Lohmiller                                  218-543-4251              p.3

# VoyageR Aluminum

803 Central Avenue North
Brandon, MN 56315-0566

Phone:  800-980-4940
Fax:    320-834-4439

Visit our website
www.voyageraluminum.com



H810-83



Cynthia A. Moyer
612.492.7167
cmoyer@fredlaw.com

September 11, 2009

VIA EMAIL
Randall L. Seaver
United States Chapter 7 Panel Trustee
Portland Corporate Center
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337

Re: Dennis E. Hecker
Bky No. 09-50779

Dear Mr. Seaver:

Thank you for your letter dated September 10, 2009, which I received today. Regarding the "miscellaneous artwork and home accessories" and the "tools and sports equipment" claimed by Mr. Hecker on his list of household exempt inventory, he is claiming all of the items at the Cross Lake home that fall into those categories. With regard to the artwork and home accessories, this includes things like lamps, throw rugs, coasters, placemats, pictures and frames, paperweights, and other knick-knacks and decorative items, as well as wall-hangings, vases, and the like.

Please feel free to contact me with any questions or concerns.

Very truly yours,

Cynthia Moyer

Cynthia A. Moyer

cc: Matthew R. Burton
Dennis E. Hecker
Clinton E. Cutler
4618097_1.DOC

Attorneys & Advisors
main 612.492.7000
fax 612.492.7077
www.fredlaw.com

Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota
55402-1425

MEMBER OF THE WORLD SERVICES GROUP
A Worldwide Network of Professional Service Providers

OFFICES:
Minneapolis / Bismarck / Des Moines / London / Monterrey, Mexico / Shanghai

EXHIBIT B



Direct Dial: 612.492.7167
Email: cmoyer@fredlaw.com

September 1, 2009

**Via Email**
Matthew R. Burton, Esq.
Leonard, O'Brien, Spencer, Gale & Sayre
100 South Fifth Street
Suite 2500
Minneapolis, MN 55402

    Re:    **Dennis E. Hecker**
             **Bankruptcy Case No. 09-50779**

Dear Mr. Burton:

    Enclosed please find a list of the household items that the Debtor is claiming as exempt under Minn. Stat. § 550.37. Please feel free to contact me with any questions or concerns.

                                Very truly yours,

                                Cynthia A. Moyer

cc:    Randall Seaver

4613634_1.DOC

Attorneys & Advisors
main 612.492.7000
fax 612.492.7077
www.fredlaw.com

Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota
55402-1425

MEMBER OF THE WORLD SERVICES GROUP
A Worldwide Network of Professional Service Providers

OFFICES:
Minneapolis / Bismarck / Des Moines / London / Monterrey, Mexico / Shanghai

## HOUSEHOLD EXEMPT INVENTORY

| Category | Description | Value |
|---|---|---|
| **Gym** | Treadmill Life Fitness 95TI | |
| (All 3 years old) | Life Stride Total Body Trainer | |
| | Stairmaster bike | |
| | Massage table | |
| | Hoist bench/free weights, dumbell | |
| **Total of Gym Items** | | $1,500 |
| | | |
| **Kitchen/Household** | Plates (dinner, salad) | |
| (All 3 years old) | Bowls | |
| | Coffee cups | |
| | Glassware | |
| | Wine glasses | |
| | Lowball glasses | |
| | Utensils | |
| | Silverware | |
| | Pots | |
| | Baking pans | |
| | Mixing bowls | |
| | Cookware | |
| | Toaster | |
| | Fryer | |
| | Crockpots | |
| | Coffeemaker | |
| | BBQ | |
| | Barstools | |
| | 6 Stools/Chairs | |
| | Knives, kitchen set | |
| | Linens (4 sets of sheets) | |
| | Towels (4x4 bath, 4x4 wash cloth, 4x4 hand towel) | |
| **Total of Kitchen/Household** | | $250 |
| | | |
| **Miscellaneous** | Jukebox | 500 |
| **Total Miscellaneous** | | $500 |
| | | |
| **Outdoor Furniture** | Lawn Furniture/Outdoor Furniture | 800 |
| **Total Outdoor Furniture** | | $800 |
| | | |
| **Interior Furniture** | Misc artwork and home accessories | 900 |
| | Misc household tools and sports equipment | 500 |
| | Great Room Furniture | 2,000 |
| | Dining Room Table and 8 chairs | 1,500 |
| | Master Bedroom Furniture | 1,500 |
| **Interior Total** | | $6,400 |
| | | |
| **GRAND TOTAL** | | $9,450 |