MN - 204

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                                    **NOTICE OF SETTLEMENT**

       Debtor.

---------------------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On October 16, 2009 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the Debtors named above will settle a controversy as follows: The Trustee learned that an unscheduled 2004 Ford police interceptor was in the possession of Automotive Concepts, Inc. Automotive Concepts, Inc. asserted to the Trustee that it had painted the vehicle and had provided other services having a total value of $1,940. Automotive Concepts, Inc. also asserted to the Trustee that it was entitled to storage fees in the amount of $4,560. The Trustee and Automotive Concepts, Inc. have agreed to settle all of Automotive Concepts, Inc.'s claims relating to the vehicle., including those claims for storage, painting and repair, in exchange for a payment from the estate in the amount of $1,720. The Trustee will pay the $1,720 settlement payment to Automotive Concepts, Inc., 11 days after entry of a final order approving the settlement. The Trustee believes that settlement to be reasonable and in the best interests of the estate. Automotive Concepts, Inc., has agreed to immediately turn the vehicle over to the Trustee. In the event between the settlement and Automotive Concepts, Inc., is not approved, all claimed lien rights of Automotive Concepts, Inc., pursuant to the alleged services and storage shall be retained by Automotive Concepts, Inc., even though it has turned the vehicle over to the Trustee. The Trustee believes the above terms to be reasonable and in the best interests of the estate.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | below) |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: September 21, 2009

                                      /e/ Randall L. Seaver
                                      Randall L. Seaver, Trustee
                                      12400 Portland Avenue South, Suite 132
                                        Burnsville, MN 55337
                                        (952) 890-0888