UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

-----------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                          **NOTICE OF SALE BY AUCTION**

        Debtor.

-----------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On October 19, 2009, commencing at 5:00 p.m., the undersigned trustee of the estate of the Debtor named above will sell personal property including, but not limited to, a 2004 Ford Police Interceptor vehicle, and those items identified at Exhibit A hereto and will be sold at public auction at FWR Auction Center, 5545 County Road 33, New Germany, MN 55367. The sale items will be available for viewing commencing at 1:00 p.m. on the date of the sale. Items will also be available for view on line at fwr-auctioneers.com

Fred W. Radde & Sons will receive commission of 15% of gross sales price, plus expenses involved in transporting for public auction.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: September 22, 2009                              /e/ Randall L. Seaver
                                                                              Randall L. Seaver, Trustee
                                                                              12400 Portland Avenue South, Suite 132
                                                                              Burnsville, MN 55337
                                                                              (952) 890-0888

1 "Sunday in August" by Ted Hamlin.
2 Champions of Golf - The Masters Collection, 1934-1997.
3 Arnold Palmer signed.
4 Amen Corner Edition by Charles Beck, August National Golf Club, Hole # 10, Camellia, Par 4 - 485 yards, 6 HDCP.
5 1986 Masters Champion Augusta, Georgia, Apr 10-13-1986, # 30 of 1000.
6 Miracle signed Neal Broten H9, 1980.
7 Masters Greater 2002 Signed Flog, photos of Woods, Palmer, Nelson, O'Meara, Nicklaus, Player.
8 Jerome F. Ryan 80, 307/1000, Herb Brooks signed.
9 1997 Arnold Palmer golf gala signed by Palmer, Lehman, Love III, Woods.
10 Woods photo, signed.
11 Jack Nicklaus photo, signed.
12 1991 US Open, Hazeltine National June 10-16.
13 Cartoon by Bill Davey 6-2-1973, "Maybe we should take a day off and go to the office".
14 Cartoon by Bill Davey 7-3-1974, "Shall we call it a season".
15 Cartoon by Bill Davey, "He's my accountant, it's the only way we can keep track of our bets".
16 Amen Corner Edition by Charles Beck, August National Golf Club, Hole # 12, Golden Bell, Par 3 - 155 yards, 16 HDCP.
17 # 10 Alps International Golf & Climbing Club by Loyal H. Chapman 1977.
18 The Dream Course, Hole # 7 Pebble by Elizabeth Peper 1994.
19 The Open St. Andrews 1995, Arnie's 1st British Open 1961-1962, 1995 Arnie's Last British Open.
20 Water Color August National Golf Club, April 7, 1973, Arnold Palmer.
21 Arnold Palmer signed 384/900 by B. Fuchs.
22 Wall hanging w/duck.
23 Jack Nicklaus 25th Anniversary Commemorative Club # 48/150 proof sets. Reproduction of Macgregor Club 1961-1967.
24 Set of 4 photos by Ben Hogan.
25 Calamity and Company print 495/950.
26 Large 3D of USA Olympics.
27 Classic Finish Bonded Sand, Bill Mack 1940, 16/145.

Fimco lawn sprayer
Troy Bilt leaf blower
Kidster pedal car
(7) rods & reels

Child's gas mini chopper bike
(4) Razor elec. Scooter
Zappy Pro Elec. 3 wheel scooter
Mongoose Pro elec. 2-wheeler
Mongoose elec. 4-wheeler
Craftsman 150 PSI air compressor
Green machine pedal 3-wheeler
(4) helmets
Trike
(2) children's bikes
Red Wagon
(3) skate boards
2005 VINO 125 scooter by Yamaha, 4 mi., LPRSE13Y35A302010, 39-795 ME, 07
Club car Carryall 2 gas cart, 12 hr.



EXHIBIT A