## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                                                                      BKY No. 09-50779

        Debtor.

## NOTICE OF HEARING AND MOTION
### FOR PROTECTIVE ORDER

TO:    ENTITIES SPECIFIED IN LOCAL RULE 9013-3

1.    Randall L. Seaver, the Chapter 7 Trustee herein, moves the Court for the relief request below and gives Notice of hearing herewith.

2.    The Court will hold a hearing on this motion at 3:00 p.m. on October 7, 2009, in Courtroom 8 West, before the Honorable Robert J. Kressel, Federal Building, 300 South Fourth Street, Minneapolis, MN 55415, or as soon thereafter as counsel can be heard.

3.    Any response to this Motion must be filed and served by delivery no later than October 2, 2009, which is three (3) days before the above date (excluding Saturdays, Sundays and holidays), or be filed and served by mail not later than September 28, 2009, which is seven (7) days before the date set for the hearing (excluding Saturdays, Sundays and holidays) in accordance with Local Rules.  UNLESS A RESPONSE IS TIMELY SERVED AND FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4.    This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334, Fed.R.Bankr.P. 5005, and Local Rule 1070-1.  The petition commencing this chapter 7 case was filed on June 4, 2009.  The case is now pending in this court.

5.      This Motion arises under 28 U.S.C. §1404 and Local Rule 1002-1(a) and is filed under Local Rules 9013-2 and 9013-5.  The Trustee requests protective order pursuant to 11 U.S.C. §§107 and 704.

6.      Debtor Dennis E. Hecker ("**Debtor**"), through his bankruptcy counsel, has requested that the Trustee share with Debtor all records received pursuant to request of the Trustee.  Further, Debtor has requested that the Trustee provide him with copies and exhibits intended to be used in Debtor's 2004 examination, presently set for October 14, 2009, in advance of the hearing.  A copy of such a request is attached hereto as Exhibit A.

7.      The Trustee believes that his ability to investigate Debtor's complex financial affairs and to recover assets of the estate would be severely prejudiced if Debtor had access to the records received by the Trustee as well as advanced production of his own examination exhibits.

8.      The Trustee is concerned that in the absence of a protective order, 11 U.S.C. §704(7) may require him to furnish to the Debtor information received by way of Bankruptcy Rule 2004 and otherwise.  The disclosure may undermine the Trustee's efforts to effectively liquidate this estate.

9.      Virtually all of the information sought by the Trustee from others directly relates to Debtor's financial affairs about which he should already have knowledge.

10.     The Trustee also believes that interested parties exist which may seek access to the Trustee's records for the benefit of the Debtor.  Accordingly, until some later time, the Trustee requests that the Court relieve him of all disclosure requests under 11 U.S.C. §704.

11.     The Trustee may testify at the hearing of this matter.

**WHEREFORE**, the Trustee requests an Order of the Court:

1.      Granting the Trustee a protective order and holding that information and records received by the Trustee need not be disclosed to the Debtor absent further order of this Court;

2.      Suspending the Trustee's obligation to provide information to "interested parties"

under 11 U.S.C. §704 until June 4, 2010; and,

3.      Such other relief as is just and equitable.

**LEONARD, O'BRIEN,**
**SPENCER, GALE & SAYRE LTD.**

/e/ Matthew R. Burton

Dated: September 24, 2009          By: _____
                                            Matthew R. Burton #210018
                                            Attorneys for Trustee
                                            100 South Fifth Street, Suite 2500
                                            Minneapolis, MN 55402
                                            (612) 332-1030

## <u>VERIFICATION</u>

I, Randall L. Seaver, Trustee for the Bankruptcy Estate of Dennis E. Hecker named in the

foregoing Notice of Hearing and Motion for Protective Order, declare under penalty of perjury

that the foregoing is true to the best of my knowledge, information and belief.


/e/  Randall L. Seaver

Executed on September 24, 2009

Randall L. Seaver, Trustee


407501



Direct Dial: 612.492.7167
Email: cmoyer@fredlaw.com

July 29, 2009

**VIA EMAIL**
Matthew R. Burton, Esq.
Leonard, O'Brien, Spencer, Gale & Sayre
100 South Fifth Street
Suite 2500
Minneapolis, MN  55042

      Re:   **Dennis E. Hecker ("Hecker")**
              **Bankruptcy Case No. 09-50779**

Dear Mr. Burton:

I write on behalf of the Debtor to request copies of any documents produced to you (or the Trustee) from the numerous persons and/or entities to whom requests have been made by you and/or the Trustee.  Please let me know if you will provide us with copies, and if necessary, I will make arrangements for a copy service.

I look forward to hearing from you.

Very truly yours,

Cynthia A. Moyer

cc:   Randall Seaver (via email)

4597536_1.DOC



Attorneys & Advisors  /  Fredrikson & Byron, P.A.
main  612.492.7000  /  200 South Sixth Street, Suite 4000
fax  612.492.7077  /  Minneapolis, Minnesota
www.fredlaw.com  /  55402-1425

MEMBER OF THE WORLD SERVICES GROUP  / OFFICES:
A Worldwide Network of Professional Service Providers  / Minneapolis / Bismarck / Des Moines / London / Monterrey, Mexico / Shanghai

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                    BKY No. 09-50779

Dennis E. Hecker,                                         Chapter 7 Bankruptcy

      Debtor.

---

## MEMORANDUM IN SUPPORT OF MOTION
## PURSUANT TO 11 U.S.C. §§107 AND 704

---

Randall L. Seaver, Trustee ("**Trustee**"), a Chapter 7 trustee, has duties of disclosure pursuant to 11 U.S.C. §704.  The Trustee is continuing his investigation of the Debtor's financial affairs and desires to obtain truthful testimony from the Debtor about information collected by the Trustee.  If the Debtor can get access to all information collected by the Trustee, he can tailor subsequent testimony and actions in accordance with that knowledge.   If the information received could not maintain its confidential nature, the purpose of the investigation could be frustrated.

It appears that such §704(7) is intended to provide a means by which creditors are able to monitor the progress of the bankruptcy case and obtain information from the Trustee regarding matters in the case.   The Trustee does not believe that this section is designed to provide a debtor, who provides less than complete information in his Chapter 7 filing, to demand that the Trustee provide him with the fruits of all of the Trustee's investigation of his financial affairs.  If that were the case, debtors who have been less than candid could simply disclose limited information in their schedules and then monitor the Trustee's activities through a demand upon the Trustee for "all information received."  The debtor would then be able to engage in activities, and tailor his testimony and activities in accordance with information which he knew that the Trustee had discovered.

By way of example, when Mr. Hecker filed his original statement of financial affairs, he did not disclose the following transactions:

1.      In December, 2008, he purchased a 2008 Harley Davidson motorcycle using a check drawn on his personal account in the amount of $23,590.00.  He titled that motorcycle in the name of Northstate Financial Corporation and continued his possession and use of that motorcycle.   Affidavit of Randall L. Seaver, Ex. 3.

2.      In February, 2009, Mr. Hecker was the registered joint owner of a 2008 Malibu Wavesetter boat.  He then caused documents to be delivered to appropriate state agencies transferring his interest in that boat to Northstate Financial Corporation.  Again, Mr. Hecker continued in possession of the boat.  Affidavit of Randall L. Seaver, Ex. 2.

3.      In February, 2009, Mr. Hecker was the registered joint owner of a 2007 Cobalt boat.  He then caused documents to be delivered to appropriate state agencies transferring his interest in that boat to Northstate Financial Corporation.   Again, Mr. Hecker continued in possession of the boat.  Affidavit of Randall L. Seaver, Ex. 1.

After he had learned that the Trustee had discovered these deceptions, the Debtor filed an amended statement of financial affairs "disclosing" the transfers.  The Trustee believes the only reason Mr. Hecker filed that amended statement of financial affairs is because he knew the Trustee had discovered his concealment of those transfers.  If Mr. Hecker has unfettered access to information collected by the Trustee, he will simply tailor his testimony and future actions in accordance with the extent of the Trustee's knowledge.

The Debtor has an obligation to truthfully and fully disclose all financial information. There should be no need for him to "monitor" the Trustee's activities in order to ascertain what the Trustee is discovering about Mr. Hecker's financial activities.   Mr. Hecker has the knowledge of all of those activities and was required to disclose all of those activities.  His desire and attempt to seek to "monitor" the Trustee's activity is simply an attempt by him to stay abreast of the Trustee's extensive activities so that he can act accordingly.  This is certainly not the purpose of 11 U.S.C. §704(7).

Section 704(7) gives the court discretion to decide whether the trustee should furnish information concerning the estate to a party in interest.  The exact language contained in §704(7)

2

states: "unless the court orders otherwise."  One case has noted that:

> . . . a trustee's right to a protective order under section 704(7) is informed by the trustee's fiduciary duties, because the requirement to disclose information under section 704(7) derives from a trustee's fiduciary duties to creditors and the estate. *In re Scott,* 172 F.3d 959, 967 (7th Cir. 1999); *In re Modern Office Supply, Inc.,* 28 B.R. 943, 944 (Bankr. W.D. Okla. 1983).  If the request for such an order is not also in furtherance of those duties, but is, rather, designed to obtain an undue advantage over a party in interest, it should be denied. *Robert Landau,* 50 B.R. at 677. *To override the duty to disclose, a trustee should point to a countervailing fiduciary duty, such as to protect creditors and the estate from a particular harm, whose performance is more important than avoiding the harm resulting from withholding the information in question.*

*In re Refco, Inc.*, 336 B.R. 187, 193, 194 (S.D. N.Y. 2006) (emphasis added).

The *Refco* court also noted that,

> Bankruptcy Code section 107(a) provides for public access to all papers filed in a bankruptcy case, but subjects such access to the right to obtain an order preventing the disclosure of trade secrets, confidential research, development, or commercial information; protecting a person with respect to disclosure of scandalous or defamatory matter; and protecting individuals from disclosure of means of identification that would create undue risk of identity theft or other unlawful injury. 11 U.S.C. §107(b), (c).

*Refco*, at 193 n. 6.

In this case, the Trustee needs relief because he has been conducting a vast investigation collecting records from many parties about the Debtor's financial affairs, many of which are ongoing matters.  The Trustees' investigation could be compromised if the Debtor or others could prematurely access the fruits of the Trustee's efforts.

3

## CONCLUSION

The Trustee requests relief from this Court in accord with the proposed order served and

filed herewith.

**LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.**

/e/  Matthew R. Burton

Dated:  September 24, 2009                    By:_____

  Matthew R. Burton, #210018
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota  55402
Telephone:  (612) 332-1030
Facsimile:  (612) 332-2740

ATTORNEYS    FOR    RANDALL    L.
SEAVER, TRUSTEE

407507

4

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

-----------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                                         **AFFIDAVIT OF RANDALL L. SEAVER**

      Debtor.

-----------------------------------------------

STATE OF MINNESOTA  )
               )
COUNTY OF DAKOTA   )         Randall L. Seaver, being first duly sworn,
deposes and states as follows:

    1.     I am the Trustee in the above matter and have knowledge of the facts contained herein.

    2.     Attached hereto as Exhibit 1 is a true and correct copy of a letter and attachments from Andrea Hauser to Clinton Cutler dated July 27, 2009.

    3.     Attached hereto as Exhibit 2 is a true and correct copy of a letter and attachments from Andrea Hauser to Clinton Cutler dated July 29, 2009.

    4.     Attached hereto as Exhibit 3 is a true and correct copy of a letter and attachments from Andrea Hauser to Clinton Cutler dated August 3, 2009. (Account numbers on the check copy have been redacted.)

    5.     Attached hereto as Exhibit 4 is a true and correct copy of page 10 of the Amended Statement of Financial Affairs filed by the Debtor on September 1, 2009.

    **FURTHER YOUR AFFIANT SAYETH NOT.**

                               Randall L. Seaver

Subscribed and sworn to before me
this _24_ day of September 2009.

_____
Notary Public

KARI L. FOGARTY
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

C:\Data\randy\Seaver\Hecker\aff of RLS.wpd

# LEONARD, O'BRIEN
# SPENCER, GALE & SAYRE



Thomas W. Newcome**
Brian F. Leonard+
Eldon J. Spencer, Jr.+
Michael R. O'Brien‡
Edward W. Galet
Grover C. Sayre, III+◊
Thomas W. Newcome III*
Michelle McQuarrie Colton
Joseph J. Deuhs, Jr.
Thomas C. Atmore +
Ernest F. Peake
Matthew R. Burton◊
James M. Jorissen+
Peter J. Sajevic, III◊

**Attorneys at Law**
A Professional Association

100 South Fifth Street
Suite 2500
Minneapolis, Minnesota 55402-1234
Telephone (612) 332-1030
Fax (612) 332-2740

Internet: *www.losgs.com*

July 27, 2009

Andrea M. Hauser*
Scott S. Payzant◊
Jennifer K. Eggers+§
Jordan W. Sayre
Patrick J. Lindmark
Andrew J. Budish

Of Counsel
  George B. Ingebrand, Jr.
  Randall L. Seaver

◊ Also admitted in Arizona
↔ Also admitted in California
● Also admitted in Illinois
＼ Also admitted in Iowa
§ Also admitted in Montana
+ Also admitted in Wisconsin
† Board Certified Civil Trial Specialist
  (Minnesota State Bar Association and
  National Board of Trial Advocacy)
* Certified Real Property Law Specialist
  (Minnesota State Bar Association)
‡ Qualified Neutral (Rule 114)
** Retired Status

Clinton E. Cutler, Esq.
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425

*VIA FACSIMILE 612-492-7077*
*AND E-MAIL CCUTLER@FREDLAW.COM*

Re:   Dennis E. Hecker
      BKY Case No. 09-50779

Dear Clint:

The Trustee has just discovered that a 2007 Cobalt, Title No. LJO480063, which was originally titled in the names of Rosedale Leasing, LLC and Dennis Earl Hecker, was purportedly transferred by Rosedale Leasing, LLC and Mr. Hecker to Northstate Financial Corp. when a title transfer document was delivered to the appropriate state office on February 17, 2009. A copy of the Certificate of Title, together with DNR information on this boat and transfer are enclosed with this correspondence. We will also e-mail this to you so you have better copies of the records.

Given the date of this undisclosed transfer by the Debtor, there is little doubt that this is an avoidable transfer. The Trustee demands that there be no use of the boat, or transfer of the boat or any interest in the boat pending resolution of the litigation that will be commenced to recover the transfer.

Very truly yours,

LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.

By _____
Andrea M. Hauser
Email: *ahauser@losgs.com*

AMH/slw
Enclosures
cc:   Randall L. Seaver (via e-mail)
406315



EXHIBIT 1

MDNR Boat and Vehicle Registration

Page 1 of

Production

 

Logout

| Info | Renewal | Transfer | Title Functions | Transfer to Same Owner | Other |

**3037KG**
TITLED BOAT
Expires: 12/31/2009
Title Nbr: LJ0480063
Title status: ACTIVE

Remove Title

**11167871**
NORTHSTATE
FINANCIAL CORP
500 FORD RD
MINNEAPOLIS MN 55426
(952) 512-8800

**CUSTOMER MENU**
Customer Info
Vehicle List
Customer Sales
New Registration
Other

**MAIN MENU**
Main Search Page
Reports
Order Supplies
Blank Title Apps
Boat Registration
Procedures and Fees
User Admin
Printer Templates
Email DNR ✉
Tier 1 Web Admin
Deputy Registrar Info
Return to Portal

Reg Nbr: 3037KG
Title Nbr: LJ0480063
Current Owner: NORTHSTATE FINANCIAL CORP
Purchase Date: 09/15/2008
Year, Make, Model: 2007 COBALT 222
Hull ID: FGE11242A707 NOT QUESTIONABLE
Boat Length: 22ft 6in
Type: OPEN MOTORBOAT
County Used: 27 HENNEPIN
Drive: INBOARD STERN
Fuel: GASOLINE
Distinctive: No
Send Title: No
Last Txn Type: TRANSFER
Flag: NONE
Flag Description:

Expiration Date: 12/31/2009
Title Status: ACTIVE

Last Titled State and Reg Nbr:

Hull Material: FIBERGLASS
Use: PLEASURE

Propulsion: PROPELLOR
HP1: 0  HP2: 0
Bonded: No
Title Print Date: 02/24/2009
Last Txn Date: 02/17/2009
Flag Change Date:

Edit Vehicle Info    Maint Log    View Comments

| ADDITIONAL OWNERS | | | | | Manage |

| LIEN INFORMATION | | | | | Add New |

**REGISTRATION HISTORY**

| Title Number | Open Date | Reg Thru | Status | Name | Owner Type | |
|---|---|---|---|---|---|---|
| LG2070037 | 07/26/2007 | 12/31/2009 | PREVIOUS | ROSEDALE LEASING LLC | PRIMARY | view |
| LG2070037 | | | | DENNIS EARL HECKER | SECONDARY | |

| FILM INFORMATION | | | Add New |

| Name | Date | Reel Seq Nbr | |
|---|---|---|---|
| TITLE APPLICATION | 02/26/2008 | 137002733 | 🗑 |
| MSO | 03/03/2008 | 137002839 | 🗑 |
| TITLE | 03/02/2009 | 137806298 | 🗑 |

Version 1.0.0.0000
7/23/2009 4:03 PM



ROSEDALE LEASING LLC
800 FORD RD
MINNEAPOLIS MN 55426

LJ0480063

REGISTRATION NUMBER  1037KG

HULL NUMBER
L620700037

DATE ISSUED 2007 09 25

HULL IDENTIFICATION NUMBER
FGEH242A707

HULL MATERIAL
FIBERGLASS

MAKE
COBALT

YEAR
2007

LENGTH
02 28 00m

MODEL
222

BOAT TYPE
OPEN MOTOR

1 OWNER
0001-01 01
ROSEDALE LEASING LLC
800 FORD RD
MINNEAPOLIS MN 55426

2 OWNER
1952 06 19
DENNIS EARL HECKER
17700 CROSS AVE
CROSS LAKE MN 56442

(WE HEREBY CERTIFY THAT THIS WATERCRAFT IS FREE FROM ALL SECURITY INTERESTS WARRANT TITLE & ASSIGN TO
WATERCRAFT & REGISTRATION FEE PAID TO *Northstate Financial Corp*

X _____    *Fred Bartz*    *Rosedale Leasing LLC*

NO SECURED PARTY LISTED

154834

## APPLICATION FOR A WATERCRAFT

Norwest Financial Corp.

500 Ford Road          Minneapolis    MN        55436

IS WATERCRAFT SUBJECT TO SECURITY AGREEMENT(S)?     NO      YES    IF YES, COMPLETE SECTION BELOW

Rosedale Dodge Inc.

9/15/08

95: 518-8810

**PAID**

FEB 17 '09

### REASSIGNMENT BY A DEALER

TOTAL          17.00

THIS CERTIFICATE ISSUED BY THE MINNESOTA DEPARTMENT OF NATURAL RESOURCES
LICENSE BUREAU • 500 LAFAYETTE ROAD BOX 26 • ST. PAUL, MN 55155 4026

# LEONARD, O'BRIEN
## SPENCER, GALE & SAYRE

Thomas W. Newcome**
Brian F. Leonard+
Eldon J. Spencer, Jr.+
Michael R. O'Brien‡
Edward W. Gale†
Grover C. Sayre, III+◊
Thomas W. Newcome III*
Michelle McQuarrie Colton
Joseph J. Deuhs, Jr.
Thomas C. Atmore +
Ernest F. Peake
Matthew R. Burton◌
James M. Jorissen+
Peter J. Sajevic, III□

Andrea M. Hauser✳
Scott S. Payzant∞
Jennifer K. Eggers+§
Jordan W. Sayre
Patrick J. Lindmark
Andrew J. Budish

Of Counsel
   George B. Ingebrand, Jr.
   Randall L. Seaver

◌  Also admitted in Arizona
∞  Also admitted in California
✳  Also admitted in Illinois
◊  Also admitted in Iowa
§  Also admitted in Montana
+  Also admitted in Wisconsin
†  Board Certified Civil Trial Specialist
     (Minnesota State Bar Association and
     National Board of Trial Advocacy)
*  Certified Real Property Law Specialist
     (Minnesota State Bar Association)
‡  Qualified Neutral (Rule 114)
** Retired Status

Attorneys at Law
A Professional Association

100 South Fifth Street
Suite 2500
Minneapolis, Minnesota 55402-1234
Telephone (612) 332-1030
Fax (612) 332-2740

Internet: *www.losgs.com*

July 29, 2009

Clinton E. Cutler, Esq.
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425

*VIA FACSIMILE 612-492-7077*
*AND E-MAIL CCUTLER@FREDLAW.COM*

Re:    Dennis E. Hecker
       BKY Case No. 09-50779

Dear Mr. Cutler:

The Trustee has just discovered that a 2008 Mailbu Wakesetter 23 Boat, Title No. LJO480051, which was originally titled in the names of Rosedale Leasing, LLC and Dennis Earl Hecker, was purportedly transferred by Rosedale Leasing, LLC and Mr. Hecker to Northstate Financial Corp. when a title transfer document was delivered to the appropriate state office on February 17, 2009. A copy of the Certificate of Title, together with DNR information on this boat and transfer are enclosed with this correspondence. We will also e-mail this to you so you have better copies of the records.

Given the date of this undisclosed transfer by the Debtor, there is little doubt that this is an avoidable transfer. The Trustee demands that there be no use of the boat, or transfer of the boat or any interest in the boat pending resolution of the litigation that will be commenced to recover the transfer.

Very truly yours,

LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.

By    *Andrea M Hauser*

Andrea M. Hauser
Email:  *ahauser@losgs.com*

AMH/slw
Enclosures
cc:    Randall L. Seaver (via e-mail)
406511

# EXHIBIT 2



## Manufacturer's Statement of Origin

The undersigned corporation certifies . . . . boat . . . . below . . . . property of
Malibu Boats, LLC . . . has been transfer . . . . . **09/07/2007** . . . . . **#127607** to
**Minnesota Inboard Water Sports, Inc** . . . . . 140 Hwy 7, Excelsior MN
**55331 USA** . . The make model of the b . . . . Malibu/Wakesetter 23 LSV . . . Dye Hat
double also number is **US MB2S746711208** . . Model year 2008 . . Date built **08/20/2007** . . . . . .
length 23' . Engine Manufacturer Indmar . . Engine Horsepower size 400 . Hull materials .
**Fiberglass** . Type of propulsion Inboard . Document serial **#14267**2 . Malibu Boats, LLC
further certifies that this was the first . . . . . that the boat . . . . ordinary trade and
commerce.

Malibu Boats, LLC                         By: _Ber by Caxton_
One Malibu Court                          Title:    GENERAL MANAGER
Merced CA 95340 USA

### First Assignment

For value received, the undersigned . . . . by transfers the statement of origin and the
boat described therein to _Riverdale Leasing LLC . . . . . . Leasing LLC . . ._
whose address is
_500 Ford Rd Mpls mn 55426_ . . . . . and
certifies that the boat is new and has not been registered in this or any other state . he also
warrants the title of said boat at time of . . . . subject to the liens and encumbrances, if
any, as follows. Amount of lien _____ Date _____ To whom
due _____ As to . . . . _____

transferred at _Hennepin_ . . . . . . . Date of transfer _6/11/08_
_Stym Mueller Passive Mgr_ . . . . . . . (company) By (signature and title)
Mr. Ricard . . . . . . . . . . . . . . . .
who by me being duly sworn upon oath . . . that the statements set forth above are true
and correct. Subscribed and sworn before me this _____ day of _____ 20___
        Notary public                             Date commission expires

### Second Assignment

For value received, the undersigned hereby transfers the statement of origin and the
boat described therein to _____
whose address is _____
_____
certifies that the boat is new and has not been registered in this or any other state . he also
warrants the title of said boat at time of . . . . subject to the liens and encumbrances, if
any, as follows. Amount of lien _____ Date _____ To whom
due _____ As to . . . . _____

transferred at _____ . . . . . Date of transfer _____
. . . . . . . . . . . . . . . (company) By (signature and title)
. . . . . . . . . . . . . . .
who by me being duly sworn upon oath . . . . . . that the statements set forth above are true
and correct. Subscribed and sworn before me this _____ day of _____ 20___
        Notary public                             Date commission expires

MDNR Boat and Vehicle Registration

Page 1 of



**Production**

| | Info | Renewal | Transfer | Title Functions | Transfer to Same Owner | Other |

**9177KJ**
TITLED BOAT
Expires: 12/31/2010
Title Nbr: LJ0480051
Title status: ACTIVE

Remove Title

**11167871**
NORTHSTATE
FINANCIAL CORP
500 FORD RD
MINNEAPOLIS MN 55426
(952) 512-8800

**CUSTOMER MENU**
Customer Info
Vehicle List
Customer Sales
New Registration
Other

**MAIN MENU**
Main Search Page
Reports
Order Supplies
Blank Title Apps
Boat Registration
Procedures and Fees
User Admin
Printer Templates
Email DNR
Tier 1 Web Admin
Deputy Registrar Info
Return to Portal

Reg Nbr: 9177KJ
Title Nbr: LJ0480051
Current Owner: NORTHSTATE FINANCIAL CORP
Purchase Date: 09/15/2008
Year, Make, Model: 2008 MALIBU WAKESETTER 23
Hull ID: MB2S7167H708 NOT QUESTIONABLE
Boat Length: 23ft 0in
Type: OPEN MOTORBOAT
County Used: 27 HENNEPIN
Drive: INBOARD
Fuel: GASOLINE
Distinctive: No
Send Title: No
Last Txn Type: TRANSFER
Flag: NONE
Flag Description:

Expiration Date: 12/31/2010
Title Status: ACTIVE

Last Titled State and Reg Nbr:

Hull Material: FIBERGLASS
Use: PLEASURE

Propulsion: PROPELLOR
HP1: 0  HP2: 0
Bonded: No
Title Print Date: 02/24/2009
Last Txn Date: 02/17/2009
Flag Change Date:

Edit Vehicle Info    Main Loss    View Comment

**ADDITIONAL OWNERS**    Manage

**LIEN INFORMATION**    Add New

**REGISTRATION HISTORY**

| Title Number | Open Date | Reg Thru | Status | Name | Owner Type | |
|---|---|---|---|---|---|---|
| LH1820177 | 06/30/2008 | 12/31/2010 | PREVIOUS | ROSEDALE LEASING LLC | PRIMARY | view |
| LH1820177 | | | | DENNY HECKER | SECONDARY | |

**FILM INFORMATION**    Add New

| Name | Date | Reel Seq Nbr | |
|---|---|---|---|
| TITLE APP | 09/15/2008 | 137402968 | 🗑 |
| MSO | 09/12/2008 | 137404679 | 🗑 |
| TITLE | 03/02/2009 | 137806299 | 🗑 |

Version 1.0.0.0000
7/28/2009 8:35 AM

# LEONARD, O'BRIEN
## SPENCER, GALE & SAYRE

**FILE COPY**

Thomas W. Newcome••
Brian F. Leonard+
Eldon J. Spencer, Jr.+
Michael R. O'Brien‡
Edward W. Galet
Grover C. Sayre, III+◊
Thomas W. Newcome III•
Michelle McQuarrie Colton
Joseph J. Deuhs, Jr.
Thomas C. Atmore +
Ernest F. Peake
Matthew R. Burton⌐
James M. Jorissen+
Peter J. Sajevic, III◦

Attorneys at Law
A Professional Association

100 South Fifth Street
Suite 2500
Minneapolis, Minnesota 55402-1234
Telephone (612) 332-1030
Fax (612) 332-2740

Internet:  *www.losgs.com*

August 3, 2009

Andrea M. Hauser✴
Scott S. Payzant∞
Jennifer K. Eggers+§
Jordan W. Sayre
Patrick J. Lindmark
Andrew J. Budish

Of Counsel
   George B. Ingebrand, Jr.
   Randall L. Seaver

⌐  Also admitted in Arizona
↔  Also admitted in California
●  Also admitted in Illinois
◊  Also admitted in Iowa
§  Also admitted in Montana
+  Also admitted in Wisconsin
†  Board Certified Civil Trial Specialist
      *(Minnesota State Bar Association and
       National Board of Trial Advocacy)*
•  Certified Real Property Law Specialist
      *(Minnesota State Bar Association)*
‡  Qualified Neutral (Rule 114)
••  Retired Status

Clinton E. Cutler, Esq.
Fredrikson & Byron, P.A.
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425

*VIA FACSIMILE 612-492-7077*
*AND E-MAIL CCUTLER@FREDLAW.COM*

Re:   Dennis E. Hecker, BKY Case No. 09-50779
       2008 Harley Davidson Motorcycle, VIN 1HD1PS8148K977133

Dear Mr. Cutler:

The Trustee has just discovered that Mr. Hecker purchased a 2008 Harley Davidson Motorcycle, Model FXDSE2, VIN 1HD1PS8148K977133, on November 28, 2008 from Twin Cities Harley Davidson, Inc. for $23,590.00.  The Motorcycle is titled in the name of Northstate Financial Corporation.  I am enclosing a copy of Mr. Hecker's personal check for $23,590.00 made payable to Wild Prairie Harley, the purchase agreement, and the motorcycle's Certificate of Origin.  We will also e-mail this to you so you have better copies of the records.

Given the date of this undisclosed transfer by the Debtor, there is little doubt that this is an avoidable transfer.  The Trustee demands that there be no use of the motorcycle, or transfer of the motorcycle, or any interest in the motorcycle pending resolution of the litigation that will be commenced to recover the transfer.

Very truly yours,

LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.

By       *Andrea M. Hauser*
         Andrea M. Hauser
         Email:   *ahauser@losgs.com*

AMH/slw
Enclosures
cc:     Randall L. Seaver (via e-mail)
406687

# EXHIBIT 3

 

**WILD PRAIRIE HARLEY-DAVIDSON/BUELL**
12480 Plaza Drive • EDEN PRAIRIE, MN 55344
PH: (952) 698-5000 • FAX: (952) 698-6004 • www.wildprairiehd.com

Stock #: 0904353VES   Date: 11/28/2008   Salesperson: BILL B SIGEL

Buyer Name: (Last) NORTHSTATE   (First) FINANCIAL   (Middle)

Co-Buyer Name: (Last)   (First)   (Middle)

Address: 500 FORD ROAD   City: MINNEAPOLIS   State: MN   County:   Zip: 55426

Home Phone:   Bus. Phone:   Buyer DOB:   Co-Buyer DOB:

Buyer D.L. #:   Co-Buyer D.L.#:

Buyers Insurance Co.:   Policy #:

PLEASE ENTER MY ORDER FOR:   New ☐   Used ☐   Demo ☐   Lienholder   Address

| YEAR | MAKE | MODEL | BODY | TRANSMISSION | COLOR | INTERIOR |
|------|------|-------|------|--------------|-------|----------|
| 2008 | HD | FXDSE3 | MC | | 061 COBALT | N/A |
| VIN # HD1PSS14SK977133 | | LIC. # | TAB EXP. DATE | STATE | MILEAGE 10 | DELIVERED ON OR ABOUT 11/28/2008 |

| | | |
|---|---|---|
| **OTHER CHARGES:** | CASH PRICE OF VEHICLE | 23,590.00 |
| USED H.O.G. MEMBER    N/A | FREIGHT | N/A |
| | DEALER INSTALLED OPTIONS XXXXXXXXXXXXXXXXXxxxxxxxxxx   SET UP | N/A |
| | ACCESSORIES | -359.80 |
| | LABOR | 359.80 |
| | **SUBTOTAL BEFORE TRADE** | 23,590.00 |
| | MVP | N/A |
| **TOTAL**    N/A | EXTENDED SERVICE PLAN | N/A |
| | GAP | N/A |
| **TRADE-IN DATA** | PREPAID MAINTENANCE | N/A |
| | PREPAID WORK ORDER | N/A |
| | GIFT CARD | N/A |
| | DEBT PROTECTION | N/A |
| | CREDIT LIFE/AH | N/A |
| | OTHER CHARGES | N/A |
| | MONEY ON ACCOUNT | N/A |
| | TOTAL | 23,590.00 |

| YEAR | MAKE | MODEL | BODY STYLE MC |
|------|------|-------|---------------|
| VIN # | | | |

LIEN HOLDERS NAME

| LICENSE PLATE | EXP. DATE |
| MILEAGE NOW | TRANSMISSION |

DOES YOUR TRADE-IN HAVE A BRANDED TITLE OR INSURANCE SALVAGE HISTORY?   YES☐   NO☐

**POLLUTION CONTROL SYSTEM DISCLOSURE (TRADE-IN VEHICLE)**

In order to comply with Minnesota Statutes, Section 325E.0951, no person may transfer a motor vehicle without providing a written disclosure to the transferee of any certifying the condition of the pollution control system.

Transferor (seller) hereby certifies, to the best of his/her knowledge, that the pollution control systems on this vehicle being traded in, including the restricted gasoline tank fill pipe, have not been removed, altered, or rendered inoperative.

Seller's Signature (X)

**DEALER'S DISCLAIMER OF WARRANTY**

The Dealer expressly disclaims all warranties, either express or implied on the vehicle sold, except any warranties offered and explained in Paragraph 16 on the back of this contract. Buyer acknowledges receiving this information before the sale and further acknowledges having read and understood the provisions on the back of the contract.

Buyer's Signature (X)

**DEALER'S POLLUTION CONTROL SYSTEM DISCLOSURE (VEHICLE BEING SOLD)**

Transferor (Dealer) hereby certifies, to the best of his/her knowledge, that the pollution control systems on this vehicle being sold, including the restricted gasoline fill pipe, have not been removed, altered, or rendered inoperative.

| | | | | | |
|---|---|---|---|---|---|
| | | | LESS TRADE-IN ALLOWANCE FOR USED VEHICLE | | N/A |
| LICENSE PLATE | | N/A | **SUBTOTAL** | | 23,590.00 |
| TITLE FEES | | N/A | TRADE DIFFERENCE | | N/A |
| TRANSFER FEES | | N/A | STATE & LOCAL TAXES | | N/A |
| LIEN RECORDING FEE | | N/A | FEDERAL LUXURY TAX | | N/A |
| OPTIONAL ELECTRONIC TRANSFER FEE | | N/A | DOCUMENT ADMINISTRATIVE FEE | | N/A |
| TOTAL | | N/A | SERVICE CONTRACT | | N/A |
| TOTAL LICENSE & FEES | | | | | |
| CASH SUBMITTED WITH ORDER | | N/A | SUBTOTAL | | 23,590.00 |
| LESS BALANCE OWING TO LIENHOLDER ON TRADE-IN | | N/A | | | |
| TOTAL DOWN PAYMENT | | N/A | | | |
| **TOTAL AMOUNT DUE ON DELIVERY** | | | | | 23,590.00 |

**IMPORTANT: THIS MAY BE A BINDING CONTRACT AND YOU MAY LOSE ANY DEPOSITS IF YOU DO NOT PERFORM ACCORDING TO ITS TERMS.**

BUYER SIGNS X   DATE   11/28/2008

CO-BUYER SIGNS X   DATE

Buyer agrees that this Agreement includes all of the terms and conditions on the front and back side hereof, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date below comprises, with any retail installment sale contract, the complete and exclusive statement of the terms of the agreement relating to







Buyer agrees that this Agreement includes all of the terms and conditions on the front and back side hereof, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date below comprises, with any retail installment sale contract, the complete and exclusive statement of the agreement relating to the subject matters covered by this Agreement. Buyer, by signing this Agreement, acknowledges that he has read its terms and has received a true copy of this Agreement.

If Buyer is buying the Vehicle for cash (this includes a Buyer arranging Buyer's own financing from a party other than dealer), this Agreement is not binding upon either Dealer or Buyer until signed by an authorized Dealer representative.

If Buyer is buying the Vehicle in a credit sale transaction with Dealer evidenced by a signed retail installment sale contract, this Agreement is binding when the retail installment sale contract is signed, but will not remain binding if a third party finance source does not agree to purchase the retail installment sale contract executed by Buyer and Dealer based on this Agreement. See paragraph 13 on the other side of this Agreement.

**BUYER HAS READ ALL PAGES OF THIS AGREEMENT AND AGREES TO ALL TERMS AND CONDITIONS IN THIS AGREEMENT.**

BUYER SIGNS X _____ DATE ___11/28/2008___

CO-BUYER SIGNS X _____ DATE _____

MANAGER'S APPROVAL
(Must Be Accepted By An Authorized Representative of the Dealer)
X _____ DATE _____11/28/2008_____

### This ODOMETER DISCLOSURE STATEMENT and ASSIGNMENT Refers to Vehicle Being Sold

Federal and State law require that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I (we), _____, the owner(s) of the vehicle described below, certify the vehicle is free of all security interests,
warrant title, assign the vehicle and taxes paid to the person(s) named below and state that the odometer now reads ____ ____ 16 ____ (no tenths) miles and to the best of my knowledge and it reflects the actual mileage of the vehicle, unless one of the following statements is checked.

[ ] (1)  I hereby certify to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

[ ] (X)  I hereby certify that the odometer reading is NOT the actual mileage.

WARNING -- ODOMETER DISCREPANCY if box (1) or (2) is checked.

| YEAR | MAKE | MODEL | | | BODY TYPE |
|------|------|-------|---|---|-----------|
| 2008 | HD | | LIC. PLATE NO. FXCBE2 | LIC. EXP. DATE | |
| TRANSFEREE'S NAME HD1FS81M48K977133 | | | TRANSFEROR'S (SELLER) STREET ADDRESS | | |
| STREET ADDRESS FINANCIAL NORTHSTATE | | | CITY 12480 PLAZA DRIVE STATE | | ZIP |
| CITY 500 FORD ROAD STATE | | ZIP | TRANSFEROR'S PRINTED NAME (PRINT SIGNER'S NAME ALSO) EDEN PRAIRIE MN | | 55344 |
| TRANSFEREE'S PRINTED NAME (PRINT SIGNER'S NAME ALSO) MINNETONKA MN | | 55426 | | STATEMENT DATE | |
| Receipt of copy acknowledged (S) | | | | | |



NH60035

## CERTIFICATE OF ORIGIN FOR A VEHICLE

### HARLEY-DAVIDSON

DATE
05/29/08

INVOICE NO
0904353VE8

VEHICLE IDENTIFICATION NO
1HD1PS8148K977133

YEAR
2008

MAKE
HARLEY-DAVIDSON

BODY TYPE
MOTORCYCLE

SHIPPING WEIGHT
678.00

H.P. (S.A.E.)
12.80

G.V.W.R.

NO CYLS
2

SERIES OR MODEL
2008 FXDSE2 DOM

ENGINE NUMBER  *  PS88977133*

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

TWIN CITIES HARLEY-DAVIDSON, INC.
DBA TWIN CITIES HARLEY-DAVIDSON NORTH
1441 85TH AVENUE N.E.
BLAINE, MN 55449

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**HARLEY-DAVIDSON MOTOR COMPANY**

BY _James A. Brotour_
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)   AGENT

**MILWAUKEE, WISCONSIN**
CITY - STATE

HD3317699

*Wild Prairie H-D*
*12380 Plaza Dr.   Edge Prairie, MN 55344*
*FCHD Vehl 0100067*
*Minnesota*
*Anoka*

*B. Silman*

**WILD PRAIRIE HARLEY-DAVIDSON DLR #36365**
**MINNESOTA**
**HENNEPIN**

10

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Venture Bank<br>5601 Green Valley Dr<br>Suite 120<br>Bloomington, MN 55437 | February 2009 | Stock in Venture Bank exchanged for reduction in debt. |
| U.S. Bank<br>BC-MN-H22A<br>800 Nicollet Mall, 22nd Floor<br>Minneapolis, MN 55402 | 2009 | Grant of 2nd position mortgages on Bayport, Minnesota condominiums and residence at 1492 Hunter Dr., Medina, Minnesota; pledges of LLC membership interests in exchange for pledged assets from LLC for funds lent to debtor. |
| Crown Bank<br>6600 France Ave S Ste 125<br>Edina, MN 55435 | January 2009 | Grant of security interests in Bayport, MN boat slips. |
| Bremer Bank<br>633 S Concord St Ste 350<br>South St. Paul, MN 55075 | February 2009 | Return of bank stock granted to debtor as director, $2,000 in value. |
| JC Bromac<br>11860 S La Cienega Blvd<br>Los Angeles, CA 90250 | April 2009 | Release of causes of action against officers and directors in exchange for 90-day renewal of $1,000,000 promissory note. |
| TCF National Bank<br>801 Marquette Ave<br>Minneapolis, MN 55402 | 6/3/2009 | Deeds in lieu and voluntary surrender agreement with respect to personal residences of debtor owned by Jacob Holdings of Medina, LLC and Jacob Holdings of Aspen, LLC |
| **Northstate Financial Corp**<br>**500 Ford Rd**<br>**Minneapolis, MN 55426** | **11/28/07** | **Harley Davidson Motorcycle - $23,590** |
| **Northstate Financial Corp**<br>**500 Ford Rd**<br>**Minneapolis, MN 55426** | **February 2009** | **2008 Malibu Wavesetter 23 boat - title transferred to Northstate Financial** |
| **Northstate Financial Corp**<br>**500 Ford Rd**<br>**Minneapolis, MN 55426** | **February 2009** | **2007 Cobalt 220 boat - title transferred to Northstate Financial** |
| **Hecker, Tamitha**<br>**1492 Hunter Dr**<br>**Wayzata, MN 55391**<br>　**Wife** | **within two years of petition date** | **$17,000.00 check 6/3/2009; $100,000 cash 12/3/2008; $454,817.41 miscellaneous credit card charges 6/4/2007 - 6/3/2009; other cash of at least $100,000.** |

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Lakes State Bank | Checking | $0.00 |



EXHIBIT 4

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

-----------------------------------------------

BKY No. 09-50779

In re:

Chapter 7

Dennis E. Hecker,

          Debtor.

-----------------------------------------------

### UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2009, I caused the following documents:

> ***Notice of Hearing and Motion for Protective Order, Memorandum in Support of Motion Pursuant to 11 U.S.C. §107 and 704, Affidavit of Randall L. Seaver, Trustee and Order (proposed)***

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be faxed and/or mailed by first class mail, postage paid, to the following:

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Michael B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St Ste 2500
Los Angeles, CA 90017-5704
Fax No.:  213-623-9924

Nicholas N. Nierengarten
Gray, Plant, Mooty & Bennett
80 South Eighth Street, Suite 500
Minneapolis, MN 55402
Fax No.:  612-632-4444

Michael W. Malter
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050
Fax No.:  408-295-1531

Dated:  September 24, 2009

/e/  Stephanie Wood

_____

Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
(612) 332-1030

409686

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                                    BKY No. 09-50779

        Debtor.

## ORDER

This case is before the Court on the motion of Randall L. Seaver, Chapter 7 Trustee ("**Trustee**"), for a protective order.  Upon the motion and the files,

IT IS HEREBY ORDERED:

1.      The Trustee is not required by 11 U.S.C. §704(7) to the Debtor or any interested party, records and information received by the Trustee without further order of this Court; and

**BY THE COURT:**

Dated: _____        _____
                                   Robert J. Kressel
                                   U.S. Bankruptcy Judge

407510