# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: | BKY 09-50779 | Ch. 7 |
| Dennis E. Hecker, | ORDER | |
| | FOR RELIEF FROM | |
| Debtor. | THE AUTOMATIC STAY | |

This case is before the court on a motion by U.S. Bank National Association for an order for relief from the automatic stay. Based on the motion and file,

IT IS ORDERED:

1. U.S. Bank National Association is granted relief from the automatic stay of 11 U.S.C. § 362 with respect to real property described as

> **Lot 15, Block 3, North Ridge Farm, according to the recorded plat thereof, Hennepin County, Minnesota.**

2. Notwithstanding FED. R. BANKR. P. 4001(a)(3), this order is effective immediately.

Dated: September 28, 2009

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/28/2009*
Lori Vosejpka, Clerk, By amm, Deputy Clerk