# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

## APPLICATION FOR ADMISSION PRO HAC VICE

NOTICE TO ATTORNEY APPLICANTS FOR ADMISSION PRO HAC VICE: THE FILING OF THIS
APPLICATION AND ENTRY OF ANY ORDER GRANTING IT DO NOT AUTOMATICALLY PROVIDE YOU
WITH NOTICES IN THIS CASE OR "FILING USER" ACCESS TO THE U.S. BANKRUPTCY COURT FOR
THE DISTRICT OF MINNESOTA CM/ECF SYSTEM. IN ORDER TO RECEIVE E-MAIL NOTICES AND/OR
TO FILE DOCUMENTS ELECTRONICALLY, ATTORNEYS ADMITTED PRO HAC VICE MUST SUBMIT A
COMPLETED CM/ECF REGISTRATION FORM (See www.mnb.uscourts.gov, CM/ECF, Registration/Update
Form), SUCCESSFULLY COMPLETE A TEST FILING [DOCUMENT/NOTICE OF APPEARANCE] AND FILE
A NOTICE OF APPEARANCE.

**Case Number:** BKY No. 09-50779 RJK

**Case Title:** In re: Dennis E. Hecker, debtor

### Affidavit of Movant

I, Timothy J. Peters                          , an active member in good standing of the bar of the U.S.
District Court for the District of Minnesota, request that this Court admit pro hac vice
Gregory L. Taddonio                          , an attorney admitted to practice and currently in good
standing in the U.S. District Court for (please identify the specific district to which the attorney is
admitted) Western District of Pennsylvania              , but not admitted to the bar of this court, who
will be counsel for Toyota Motor Credit Corporation        in the case listed above.[1] I am aware that
the local rules of this court require that an active Minnesota resident, unless the court grants a
motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing
of the bar of this court participate in the preparation and presentation of the case listed above, and
accept service of all papers served.

Check one of the following:

☑ I am a resident of the State of Minnesota, and agree to participate in the preparation and the
presentation of the case above and accept service of all papers served as required by U.S. District
Court Local Rule 83.5(d) (sign and complete information below).

☐ I am not a resident of the State of Minnesota and hereby move for permission to act as local
counsel under U.S. District Court Local Rule 83.5(d). I agree to participate in the preparation and

---

[1]
    The Order granting this Application will serve to admit the proposed admittee to
practice in the case noted above and any adversary proceedings to that case in which the
admittee appears. If the movant declines to serve as local counsel in any such adversary
proceedings, a second Application for Pro Hac Vice involving a different movant will be
required.

the presentation of the case listed above, and accept service of all papers served as required by Local Rule 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature: _____    Date: 9-28-09 _____

MN Attorney License #: 269979 _____

### Affidavit of Proposed Admittee

I, Gregory L. Taddonio _____, am currently a member in good standing of the U.S. District Court for the (please identify the specific district to which you are admitted) Western District of Pennsylvania _____, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that, while the U.S. Bankruptcy Court for the District of Minnesota is an electronic court, I will receive notice and service by mail unless and until I submit the *CM/ECF New Registration and Change User Information Form* and one test motion, after which I will receive notice by electronic means.

Signature: _____    Date: 9-28-09

Typed Name: Gregory L. Taddonio _____

Attorney License Number: 88564 _____    issued by the State of PA (initials)

Law Firm Name: Reed Smith LLP _____

Law Firm Address: 225 Fifth Avenue _____

Pittsburgh, PA 15222 _____

_____

Main phone: (412) 288-3131 _____

Direct line: (412) 288-7102 _____

E-mail address: gtaddonio@reedsmith.com _____

You must file this form and the Pro Hac Vice admission fee of $100 with the Clerk of Bankruptcy Court before you will be included in the roll of admitted attorneys and receive notices in the above-entitled bankruptcy case.

RESET FORM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

BKY No. 09-50779 RJK

Dennis E. Hecker,

Debtor.

## UNSWORN CERTIFICATE OF SERVICE

TIMOTHY J. PETERS, certifies that on Monday, September 28, 2009, he caused an

Application for Admission Pro Hac Vice as to Creditor Toyota Motor Credit Corporation to be

filed electronically with the Clerk of Court in the above-captioned action via ECF and that ECF

will send an e-notice of filing to the following attorneys of record in this case:

| | |
|---|---|
| U.S. Trustee | ustpregion12mn.ecf@usdoj.gov |
| Kendall L. Bader | kbader@fredlaw.com |
| Patti H. Bass | ecf@bass-associates.com |
| Matthew R. Burton | mburton@losgs.com |
| Tyler D. Candee | tcandee@lapplibra.com, dwegler@lapplibra.com |
| Bruce H. Carlson | bruce.carlson@mlcfargolaw.com, tricia.fossen@mlcfargolaw.com |
| Monica L. Clark | clark.monica@dorseylaw.com |
| Gordon B. Conn | conn@kwgc-law.com |
| Clinton E. Cutler | ccutler@fredlaw.com, mdavis@fredlaw.com |
| Larry D. Espel | lespel@greeneespel.com, lbulson@greeneespel.com, sholenko@greeneespel.com |
| Stephen F. Grinnell | stephen.grinnell@gpmlaw.com |
| Andrea M. Hauser | ahauser@losgs.com |
| Douglas W. Kassebaum | dkassebaum@fredlaw.com, scharter@fredlaw.com, bankruptcy@fredlaw.com |
| Jeffrey D. Klobucar | jklobucar@foleymansfield.com |
| Connie Lahn | connie.lahn@fmjlaw.com, aong.moua@fmjlaw.com |
| Thomas Lallier | tlallier@foleymansfield.com |
| Joseph W. Lawver | jlawver@messerlikramer.com, mnygaard@messerlikramer.com |
| Brian Leonard | bleonard@losgs.com, mn03@ecfebis.com |
| Nauni J. Manty | ecf@mantylaw.com |
| Michael L. Meyer | mlmeyer@ravichmeyer.com |
| Ralph Mitchell | rmitchell@lapplibra.com, jpipp@lapplibra.com |

1

| | |
|---|---|
| William F. Mohrman | mohrman@mklaw.com, gynild@mklaw.com, kaardel@mklaw.com, grzybek@mklaw.com |
| Andrew Paul Moratzka | apm@mcmlaw.com, jef@mcmlaw.com, ldj@mcmlaw.com |
| Cynthia A. Moyer | cmoyer@fredlaw.com, cthomas@fredlaw.com |
| Robert G. Parish | rparish@faegre.com |
| Jamie R. Pierce | jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com, mpocock@hinshawlaw.com, kmoore@hinshawlaw.com |
| Recovery Mgmt Systems Corp. | claims@recoverycorp.com |
| Craig E. Reimer | creamer@mayerbrown.com, samahdi@mayerbrown.com, srozen@mayerbrown.com, hroin@mayerbrown.com |
| David E. Runck | david.runck@fmjlaw.com |
| Randall L. Seaver | rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com |
| Brad A. Sinclair | bsinclair@serklandlaw.com, crohr@serklandlaw.com |
| William R. Skolnick | wskolnick@skolnick-shiff.com, zpuchtel@skolnick-shiff.com |
| Rebecca G. Sluss | rsluss@oppenheimer.com |
| Kathleen K. Statler | kstatler@greeneespel.com, storkelson@greeneespel.com |
| Matthew A. Swanson | matthew.swanson@leonard.com, callie.sanford@leonard.com |

I have also caused a copy of the Notice of Appearance to be sent directly via U.S. Mail,

first class postage prepaid, to the following individuals:

Michael B. Lubic
Sonnenschein Nath & Rosenthal, LLC
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Nicholas N. Nierengarten
Gray Plant Mooty
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Dated: September 28, 2009    PETERS LAW FIRM, P.L.C.

By:  *s/ Timothy J. Peters*
       Timothy J. Peters, #269979
       2116 Second Avenue South
       Minneapolis, MN 55404-2606
       Telephone:    (612) 746-1475
       Facsimile:    (612) 874-9793
       Email:    tpeters@peterslawplc.com