UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                                          BKY No. 09-50779

Dennis E. Hecker,                                                                                    Chapter 7 Bankruptcy

　　　　　　Debtor.

_____

**NOTICE OF CONTINUED HEARING**

PLEASE TAKE NOTICE that the hearing on the Trustee's Motion Under §365 to Reject an Unexpired Lease previously set for October 7, 2009 at 10:00 a.m. has been continued to October 21, 2009 at 10:30 a.m. before the Honorable Robert J. Kressel in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

　　　　　　　　　　　　　　　　　　　　　　**LEONARD, O'BRIEN**
　　　　　　　　　　　　　　　　　　　　　　**SPENCER, GALE & SAYRE, LTD.**

　　　　　　　　　　　　　　　　　　　　　　/e/ Matthew R. Burton
Dated: September 30, 2009              By_____
　　　　　　　　　　　　　　　　　　　　　　Matthew R. Burton, #210018
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Randall L. Seaver, Trustee
　　　　　　　　　　　　　　　　　　　　　　100 South Fifth Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55402-1234
　　　　　　　　　　　　　　　　　　　　　　(612) 332-1030

409995

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                              BKY No. 09-50779

Dennis E. Hecker,                                                   Chapter 7

      Debtor.

---

**UNSWORN CERTIFICATE OF SERVICE**

---

I hereby certify that on September 30, 2009, I caused the following documents:

*Notice of Continued Hearing*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Michael B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Nicholas N. Nierengarten
Gray, Plant, Mooty & Bennett
500 IDS Center
80 S 8th St
Minneapolis, MN 55402

Michael W. Malter
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Dated: September 30, 2009

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

408066