UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                                                              BKY No. 09-50779

Dennis E. Hecker,                                                                                                         Chapter 7

                Debtor.

_____

**AMENDED NOTICE OF HEARING**

The hearing on Randall L. Seaver, Trustee's motion for authorization to conduct Bankruptcy Rule 2004 examinations of Forest Lake Motor Sports, Deborah Fallon, Lisa Gagliardi, Nancy Applebaum, Gordon and Robyn Brooks, Steve Mathiesen, Keith Schweiger, Kevin Schweiger, Teachers Federal Credit Union, Definitive Integrations, Power Lodge, Bill Rickard, Automotive Concepts, Highland Bank, Equity 4 U, New Dimension Advisors, Minnesota Department of Public Safety, Driver and Vehicle Services and American Express will be held on October 21, 2009 at **10:30 a.m.** before the Honorable Robert J. Kressel in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

Any response to this motion must be filed and delivered no later than October 16, 2009 which is three (3) days before the time set for the hearing (excluding Saturdays, Sundays, and holidays), or filed and served by mail not later than October 9, 2009, which is seven (7) days before the time set for the hearing (excluding Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

2

                    **LEONARD, O'BRIEN**
                    **SPENCER, GALE & SAYRE, LTD.**

                      /e/ Matthew R. Burton

Dated: September 30, 2009    By_____
                                         Matthew R. Burton, #210018
                                         Attorneys for Randall L. Seaver, Trustee
                                         100 South Fifth Street, Suite 2500
                                         Minneapolis, Minnesota  55402-1216
                                         (612) 332-1030

409991

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

----------------------------------------------

BKY No. 09-50779

In re:

                                                                                      Chapter 7

Dennis E. Hecker,

            Debtor.

----------------------------------------------

**UNSWORN CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2009, I caused the following documents:

    *Amended Notice of Hearing*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

**SEE ATTACHED SERVICE LIST**

                                                                     /e/  Stephanie Wood

Dated: September 30, 2009                  _____

                                                                  Stephanie Wood
                                                                  100 South Fifth Street, Suite 2500
                                                                 Minneapolis, MN  55402
                                                                 (612) 332-1030

409994

# DENNIS E. HECKER
## BKY CASE NO.: 09-50779
## SERVICE LIST

Forest Lake Motor Sports
15219 Feller Street
Forest Lake, MN 55025

Deborah Fallon
35533 Sand Point Drive, Unit 7
Crosslake, MN 56442

Deborah Fallon
5215 Ridge Road
Edina, MN 55436

Lisa Gagliardi
5348 Humboldt Avenue
Minneapolis, MN 55419

Nancy Applebaum
15815 16th Place
Minneapolis, MN 55447

Gordon and Robyn Brooks
31838 Green Scene Drive
Pequot Lakes, MN 56472

Steve Mathiesen
612 Weber Drive
Sturgis, SD 57785-2016

Keith Schweiger
2291 Ocala Court
Mendota Heights, MN 55120

Kevin Schweiger
2291 Ocala Court
Mendota Heights, MN 55120

Teachers Federal Credit Union
P.O. Box 1260
Minneapolis, MN 55440

Definitive Integrations
2630 Pioneer Lane
St. Cloud, MN 56301

Power Lodge
17821 State Highway 371
Brainerd, MN 56401

Bill Rickard
4632 Tree Farm Rd
Pequot Lakes, MN 56472-2811

Automotive Concepts
2731 Nevada Avenue North
New Hope, MN 55427

Highland Bank
1200 Nicollet Mall
Minneapolis, MN 55403

Equity 4 U
209 11th Street
Lamar, MO 64759

New Dimension Advisors LLC
500 Ford Road
Minneapolis, MN 55426

Minnesota Attorney General
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101

Minnesota Department of Public Safety,
Driver and Vehicle Services
500 Lafayette Road
St. Paul, MN 55155

American Express
c/o CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Michael B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St Ste 2500
 Los Angeles, CA 90017-5704

Nicholas N. Nierengarten
Gray, Plant, Mooty & Bennett
80 South Eighth Street, Suite 500
Minneapolis, MN 55402

Michael W. Malter
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

408879