UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                            Case No. BKY 09-50779

                       Debtor.                                                Chapter 7 Case

**NOTICE OF CONTINUED HEARING**
**(DEBTOR'S MOTION FOR PROTECTIVE ORDER RELATING TO HIS 2004 EXAMINATION)**

TO:    The Parties listed on the attached Service List.

       1.    PLEASE TAKE NOTICE that the hearing on the above referenced Debtor's Motion for Protective Order Relating to his 2004 Examination (the "Motion") has been continued from October 7, 2009 at 3:00 p.m. to **October 21, 2009 at 10:30 a.m.** in Courtroom 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, before the Honorable Robert J. Kressel.

       2.    Any response to the Motion must be filed and served by delivery on or before October 16, 2009, which is three days before the time set for the hearing (excluding Saturdays, Sundays and holidays) or filed and served by U.S. Mail on or before October 12, 2009, which is seven days before the time set for the hearing (excluding Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING**.

Dated: October 1, 2009                    FREDRIKSON & BYRON, P.A.

*/s/ Clinton E. Cutler*
Clinton E. Cutler (#158094)
Cynthia A. Moyer (#211229)
Kendall L. Bader (#389001)
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone (612) 492-7000
Fax (612) 492-7077

-and-

*/s/ William R. Skolnick*
William R. Skolnick
Skolnick & Shiff, P.A.
2100 Rand Tower
527 Marquette Avenue
Minneapolis, Minnesota 55402
Phone (612) 667-7600
Fax (612) 667-7601

ATTORNEYS FOR DEBTORS

4628249_1.DOC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

Debtor.

Case No. BKY 09-50779
Chapter 11 Case

## CERTIFICATE OF SERVICE

Kendall L. Bader, under penalty of perjury, states that on October 1, 2009, he caused to be served the following:

1. Notice of Continued Hearing (Debtor's Motion for Protective Order Relating to his 2004 Examination); and

2. Certificate of Service

by sending true and correct copies to the parties on the attached service list.

Dated: October 1, 2009

*/s/ Kendall L. Bader*
Kendall L. Bader

4628256_1.DOC

Dennis E. Hecker
Service List
Bky No. 09-50779

| | | |
|---|---|---|
| **SERVICE VIA ECF**<br><br>U.S. Trustee's Office<br>1015 US Courthouse<br>300 S Fourth St<br>Minneapolis MN 55415<br>ustpregion12.mn.ecf@usdoj.gov | Tamitha Hecker<br>c/o Nauni Jo Manty<br>Manty & Associates, P.A.<br>510 First Avenue North, #305<br>Minneapolis, MN  55403<br>ecf@mantylaw.com | JPMorgan Chase Bank, N.A.<br>c/o Matthew A. Swanson<br>Leonard, Street and Deinard, PA<br>2300 Fifth Street Towers<br>150 South Fifth Street<br>Minneapolis MN 55402<br>matthew.swanson@leonard.com |
| Randall L. Seaver<br>U.S. Trustee<br>Portland Corporate Center<br>12400 Portland Avenue South, #132<br>Burnsville, MN  55337<br>rlseaver@fullerseaverramette.com | United States Rent A Car and<br>Maria Romano<br>c/o Jamie R. Pierce<br>Hinshaw & Culbertson, LLP<br>333 South Seventh Street, #2000<br>Minneapolis, MN  55402<br>jpierce@hinshawlaw.com | Toyota Financial Savings Bank<br>Toyota Motor Credit Corporation<br>c/o Michael L. Meyer<br>Ravich Meyer Kirkman McGrath<br>Nauman & Tansey, P.A.<br>4545 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>mlmeyer@ravichmeyer.com |
| Randall L. Seaver<br>c/o Matthew R. Burton<br>Matthew R. Burton Esq.<br>Andrea M. Hauser<br>Leonard, O'Brien, Spencer, Gale & Sayre<br>100 South Fifth Street, #2500<br>Minneapolis MN 55402<br>mburton@losgs.com<br>ahauser@losgs.com | Chrysler Financial Services<br>Americas, LLC, f/k/a<br>DaimlerChrysler Financial Services<br>Americas, LLC<br>c/o Stephen F. Grinnell<br>Gray, Plant, Mooty, Mooty &<br>Bennett, P.A.<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>stephen.grinnell@gpmlaw.com | GE Money Bank<br>c/o Recovery Management Systems Corp.<br>Attn:  Ramesh Singh<br>25 S.E. Second Avenue, #1120<br>Miami, FL  33131-1605<br>claims@recoverycorp.com |
| Randall L. Seaver<br>c/o Gordon B. Conn Jr.<br>Kalina, Wills, Gisvold & Clark & PLLP<br>6160 Summit Drive, Suite 560<br>Minneapolis MN 55430<br>conn@kwgc-law.com | Chrysler Financial Services<br>Americas LLC, f/k/a<br>DaimlerChrysler Financial Services<br>Americas, LLC<br>c/o Craig E. Reimer<br>Mayer Brown, LLP<br>71 South Wacker Drive<br>Chicago, IL  60606<br>creimer@mayerbrown.com | HSBC Bank Nevada, N.A.<br>c/o Patti H. Bass<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, #200<br>Tucson, AZ  85712-1083<br>ecf@bass-associates.com |
| Randall L. Seaver<br>c/o Tyler D. Candee<br>Ralph Mitchell<br>Lapp, Libra, Thomson, Stoebner & Pusch<br>2500 One Financial Plaza<br>120 South Sixth Street<br>Minneapolis MN 55402<br>tcandee@lapplibra.com<br>rmitchell@lapplibra.com | Chrysler Financial Services<br>Americas, LLC, f/k/a<br>DaimlerChrysler Financial Services<br>Americas, LLC<br>c/o Marilyn J. Washburn<br>Riezman Berger, P.C.<br>7700 Bonhonne, 7th Floor<br>St. Louis, MO  63105<br>MN_bank@riezmanberger.com | Associated Bank<br>c/o Joseph W. Lawver<br>Messerli & Kramer P.A.<br>1400 Fifth Street Towers<br>100 South Fifth Street<br>Minneapolis MN 55402-1217<br>jlawver@messerlikramer.com |
| U.S. Bank National Association<br>c/o Monica Clark<br>Dorsey & Whitney, LLP<br>50 South Sixth Street, #1500<br>Minneapolis, MN  55402-1498<br>clark.monica@dorseylaw.com | Crown Bank<br>c/o Thomas J. Lallier<br>Jeffrey D. Klobucar<br>Foley & Mansfield, P.L.L.P.<br>250 Marquette Avenue, #1200<br>Minneapolis MN 55401<br>tlallier@foleymansfield.com<br>jklobucar@foleymansfield.com | VISIONBank<br>c/o Bruce H. Carlson<br>McNair, Larson & Carlson, Ltd.<br>51 Broadway, #600<br>Fargo, ND  58102<br>bruce.carlson@mlcfargolaw.com |
| Hyundai Capital America<br>c/o Connie A. Lahn<br>David E. Runck<br>Fafinski Mark & Johnson, PA<br>400 Flagship Corporate Center<br>775 Prairie Center Drive<br>Eden Prairie, MN  55344<br>connie.lahn@fmjlaw.com<br>david.runck@fmjlaw.com | | Blackstone Financial, LLC<br>c/o Brad A. Sinclair<br>Serkland Law Firm<br>10 Roberts Street<br>P.O. Box 6017<br>Fargo, ND  58108-6017<br>bsinclair@serklandlaw.com |

Dennis E. Hecker
Service List
Bky No. 09-50779

| | |
|---|---|
| TCF National Bank<br>c/o Robert G. Parish<br>Faegre & Benson, LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>rparish@faegre.com | Anchor Bank, fsb<br>c/o Nicholas J. Vivian<br>Eckberg, Lammers, Briggs, Wolff<br>& Vierling, PLLP<br>1809 Northwestern Avenue<br>Stillwater, MN  55082<br>nvivian@eckberglammers.com |
| Alliance Bank<br>c/o Brian F. Leonard<br>Leonard, O'Brien, Spencer, Gale &<br>Sayre<br>100 South Fifth Street, #2500<br>Minneapolis MN 55402<br>bleonard@losgs.com | **SERVICE VIA EMAIL**<br><br>*Debtor* |
| Alliance Bank<br>c/o Kathleen K. Statler<br>Larry D. Espel<br>Greene Espel PLLP<br>200 South Sixth Street, #1200<br>Minneapolis, MN  55402<br>kstatler@greeneespel.com<br>lespel@greeneespel.com | Dennis Hecker<br>Denny Hecker Automotive Group, Inc.<br>500 Ford Road<br>Minneapolis MN 55426<br>heckerauto@aol.com |
| LKMCD Properties, LLC<br>c/o Andrew P. Moratzka<br>Mackall, Crounse & Moore, PLC<br>1400 AT&T Tower<br>901 Marquette Avenue<br>Minneapolis MN 55402-2859<br>apm@mcmlaw.com | Toyota Financial Savings Bank<br>c/o Michael B. Lubic<br>Sonnenschein Nath & Rosenthal, LLP<br>601 S. Figueroa Street, #2500<br>Los Angeles, CA  90017-5704<br>mlubic@sonnenschein.com |
| Grant Thornton, LLP<br>c/o Rebecca G. Sluss<br>Oppenheimer, Wolff & Donnelly<br>Plaza VII, Suite 3300<br>45 South Seventh Street<br>Minneapolis MN 55402<br>rsluss@oppenheimer.com | John J. Sorci Trust<br>c/o Michael W. Malter<br>Julie H. Rome-Banks<br>Binder & Malter, LLP<br>2775 Park Avenue<br>Santa Clara, CA  95050<br>michael@bindermalter.com<br>Julie@bindermalter.com |
| Dennis E. Hecker<br>c/o William F. Mohrman<br>mohrman@mklaw.com | |
| Dennis E. Hecker<br>c/o William R. Skolnick<br>Skolnick & Shiff, P.A.<br>2100 Rand Tower<br>527 Marquette Avenue South<br>Minneapolis, MN  55402<br>wskolnick@skolnick-shiff.com | |
| Christi M. Rowan<br>c/o William R. Skolnick<br>Skolnick & Shiff, P.A.<br>2100 Rand Tower<br>527 Marquette Avenue South<br>Minneapolis, MN  55402<br>wskolnick@skolnick-shiff.com | |

4571482_1/058978.0002