### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                                     Case No. BKY 09-50779

                    Debtor.                                                    Chapter 7 Case

_____

### NOTICE OF APPEAL

_____

Dennis E. Hecker appeals under 28 U.S.C. § 158(a) and (b) from the Memorandum

Opinion and Order Disallowing Homestead Exemption entered September 25, 2009.

The names of all the parties to the Order appealed from and the names, addresses, and

telephone numbers of their respective attorneys are as follows:

**Appellant:**    **Dennis E. Hecker**

Attorneys:    Clinton E. Cutler
              Cynthia A. Moyer (#211229)
              200 South Sixth Street, Suite 4000
              Minneapolis, MN 55402
              (612) 492-7000

**Appellee:**    **Chrysler Financial Services Americas LLC, f/k/a/ DaimlerChrysler
                 Financial Services Americas LLC**

Attorney:    Stephen F. Grinnell
             Gray, Plant, Mooty, & Bennett, P.A.
             500 IDS Center
             80 South Eighth Street
             Minneapolis, MN  55402
             (612) 632-3000

Dated:  October 5, 2009                         FREDRIKSON & BYRON, P.A.

                                                */s/ Clinton E. Cutler*
                                                Clinton E. Cutler (#158094)
                                                Cynthia A. Moyer (#211229)
                                                Kendall L. Bader (#389001)
                                                200 South Sixth Street, Suite 4000
                                                Minneapolis, MN 55402
                                                Phone (612) 492-7000
                                                Fax (612) 492-7077

                                                ATTORNEYS FOR DEBTOR

4628601_1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                          Case No. BKY 09-50779

               Debtor.                              Chapter 7 Case

---

**APPELLANT'S ELECTION THAT APPEAL BE HEARD BY THE UNITED STATES
DISTRICT COURT**

---

      Appellant, Dennis E. Hecker, hereby elects pursuant to 28 U.S.C. § 158(c)(1)(A), to have

his appeal heard by the United States District Court for the District of Minnesota.

Dated:  October 5, 2009                    FREDRIKSON & BYRON, P.A.

                                            */s/ Clinton E. Cutler*
                                            Clinton E. Cutler (#158094)
                                            Cynthia A. Moyer (#211229)
                                            Kendall L. Bader (#389001)
                                            200 South Sixth Street, Suite 4000
                                            Minneapolis, MN 55402
                                            Phone (612) 492-7000
                                            Fax (612) 492-7077

                                            ATTORNEYS FOR DEBTOR

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                                Case No. BKY 09-50779
                        Debtor.                                           Chapter 7 Case

## CERTIFICATE OF SERVICE

Kendall L. Bader, under penalty of perjury, states that on October 5, 2009, he caused to be served the following:

1.      Notice of Appeal;

2.      Appellant's Election that Appeal be Heard by the United States District Court; and

3.      Certificate of Service

by sending true and correct copies to the parties on the attached service list.

Dated:  October 5, 2009                          */s/ Kendall L. Bader*
                                                 Kendall L. Bader

4628985_1

Dennis E. Hecker
Service List
Bky No. 09-50779

**SERVICE VIA ECF**

U.S. Trustee's Office
1015 US Courthouse
300 S Fourth St
Minneapolis MN 55415
ustpregion12.mn.ecf@usdoj.gov

Randall L. Seaver
U.S. Trustee
Portland Corporate Center
12400 Portland Avenue South, #132
Burnsville, MN  55337
rlseaver@fullerseaverramette.com

Randall L. Seaver
c/o Matthew R. Burton
Matthew R. Burton Esq.
Andrea M. Hauser
Leonard, O'Brien, Spencer, Gale &
Sayre
100 South Fifth Street, #2500
Minneapolis MN 55402
mburton@losgs.com
ahauser@losgs.com

Randall L. Seaver
c/o Gordon B. Conn Jr.
Kalina, Wills, Gisvold & Clark &
PLLP
6160 Summit Drive, Suite 560
Minneapolis MN 55430
conn@kwgc-law.com

Randall L. Seaver
c/o Tyler D. Candee
Ralph Mitchell
Lapp, Libra, Thomson, Stoebner &
Pusch
2500 One Financial Plaza
120 South Sixth Street
Minneapolis MN 55402
tcandee@lapplibra.com
rmitchell@lapplibra.com

U.S. Bank National Association
c/o Monica Clark
Dorsey & Whitney, LLP
50 South Sixth Street, #1500
Minneapolis, MN  55402-1498
clark.monica@dorseylaw.com

U.S. Bank National Association
c/o Eric J. Sherburne
Stein & Moore, P.A.
The First National Bank Building
332 Minnesota St, Ste W-1650
St. Paul MN 55101
esherburne@steinmoore.com

Hyundai Capital America
c/o Connie A. Lahn
David E. Runck
Seth Leventhal
Fafinski Mark & Johnson, PA
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN  55344
connie.lahn@fmjlaw.com
david.runck@fmjlaw.com
seth.leventhal@fmjlaw.com

Tamitha Hecker
c/o Nauni Jo Manty
Manty & Associates, P.A.
510 First Avenue North, #305
Minneapolis, MN  55403
ecf@mantylaw.com

United States Rent A Car and
Maria Romano
c/o Jamie R. Pierce
Hinshaw & Culbertson, LLP
333 South Seventh Street, #2000
Minneapolis, MN  55402
jpierce@hinshawlaw.com

Chrysler Financial Services
Americas, LLC, f/k/a
DaimlerChrysler Financial Services
Americas, LLC
c/o Stephen F. Grinnell
Gray, Plant, Mooty, Mooty &
Bennett, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
stephen.grinnell@gpmlaw.com

Chrysler Financial Services
Americas LLC, f/k/a
DaimlerChrysler Financial Services
Americas, LLC
c/o Craig E. Reimer
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL  60606
creimer@mayerbrown.com

Crown Bank
c/o Thomas J. Lallier
Jeffrey D. Klobucar
Foley & Mansfield, P.L.L.P.
250 Marquette Avenue, #1200
Minneapolis MN 55401
tlallier@foleymansfield.com
jklobucar@foleymansfield.com

JPMorgan Chase Bank, N.A.
c/o Matthew A. Swanson
Leonard, Street and Deinard, PA
2300 Fifth Street Towers
150 South Fifth Street
Minneapolis MN 55402
matthew.swanson@leonard.com

Toyota Financial Savings Bank
Toyota Motor Credit Corporation
c/o Michael L. Meyer
Ravich Meyer Kirkman McGrath
Nauman & Tansey, P.A.
4545 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
mlmeyer@ravichmeyer.com

GE Money Bank
c/o Recovery Management Systems
Corp.
Attn:  Ramesh Singh
25 S.E. Second Avenue, #1120
Miami, FL  33131-1605
claims@recoverycorp.com

HSBC Bank Nevada, N.A.
c/o Patti H. Bass
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, #200
Tucson, AZ  85712-1083
ecf@bass-associates.com

Associated Bank
c/o Joseph W. Lawver
Messerli & Kramer P.A.
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis MN 55402-1217
jlawver@messerlikramer.com

VISIONBank
c/o Bruce H. Carlson
David L. Johnson
McNair, Larson & Carlson, Ltd.
51 Broadway, #600
Fargo, ND  58102
bruce.carlson@mlcfargolaw.com
david.johnson@mlcfargolaw.com

Blackstone Financial, LLC
c/o Brad A. Sinclair
Serkland Law Firm
10 Roberts Street
P.O. Box 6017
Fargo, ND  58108-6017
bsinclair@serklandlaw.com

Dennis E. Hecker
Service List
Bky No. 09-50779

TCF National Bank
c/o Robert G. Parish
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
rparish@faegre.com

Alliance Bank
c/o Kathleen K. Statler
Larry D. Espel
Greene Espel PLLP
200 South Sixth Street, #1200
Minneapolis, MN  55402
kstatler@greeneespel.com
lespel@greeneespel.com

LKMCD Properties, LLC
c/o Andrew P. Moratzka
Mackall, Crounse & Moore, PLC
1400 AT&T Tower
901 Marquette Avenue
Minneapolis MN 55402-2859
apm@mcmlaw.com

Grant Thornton, LLP
c/o Rebecca G. Sluss
Oppenheimer, Wolff & Donnelly
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis MN 55402
rsluss@oppenheimer.com

Dennis E. Hecker
c/o William F. Mohrman
mohrman@mklaw.com

Dennis E. Hecker
c/o William R. Skolnick
Skolnick & Shiff, P.A.
2100 Rand Tower
527 Marquette Avenue South
Minneapolis, MN  55402
wskolnick@skolnick-shiff.com

Christi M. Rowan
c/o William R. Skolnick
Skolnick & Shiff, P.A.
2100 Rand Tower
527 Marquette Avenue South
Minneapolis, MN  55402
wskolnick@skolnick-shiff.com

Anchor Bank, fsb
c/o Nicholas J. Vivian
Eckberg, Lammers, Briggs, Wolff
& Vierling, PLLP
1809 Northwestern Avenue
Stillwater, MN  55082
nvivian@eckberglammers.com

Toyota Motor Credit Corporation
c/o Timothy J. Peters
Peters Law Firm, PLC
2116 Second Avenue South
Minneapolis, MN  55404-2064
tpeters@peterslawplc.com

Carlton Financial Corporation
c/o Joshua A. Hasko
Messerli & Kramer P.A.
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis MN 55402-1217
jhasko@messerlikramer.com

RiverWood Bank
c/o Steven R. Qualley
Gammello & Qualley, P.A.
14275 Golf Course Drive, #200
Baxter MN 56425
steveq@gqlaw.net

Beal Bank Nevada
c/o Aaron R. Hartman
Anthony Ostlund Baer & Louwagie
P.A.
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402
ahartman@aoblaw.com

4571482_1/058978.0002