UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                                    Case No. BKY 09-50779

                 Debtor.                                               Chapter 7 Case

**APPELLANT'S ELECTION THAT APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT**

Appellant, Dennis E. Hecker, hereby elects pursuant to 28 U.S.C. § 158(c)(1)(A), to have his appeal heard by the United States District Court for the District of Minnesota.

Dated: October 5, 2009                      FREDRIKSON & BYRON, P.A.

                                                      */s/ Clinton E. Cutler*
                                                      Clinton E. Cutler (#158094)
                                                      Cynthia A. Moyer (#211229)
                                                      Kendall L. Bader (#389001)
                                                      200 South Sixth Street, Suite 4000
                                                      Minneapolis, MN 55402
                                                      Phone (612) 492-7000
                                                      Fax (612) 492-7077

                                                      ATTORNEYS FOR DEBTOR