**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Dennis E. Hecker

Debtor(s)

Case No: 09–50779

Chapter 7 Case

**CLERK'S NOTICE ON APPEAL**

To: Clinton E. Cutler
Attorney for Appellant

You filed a Notice of Appeal on 10/5/09, with respect to the order dated 9/25/09, entered by United States Bankruptcy Judge Robert J Kressel. Accordingly, you and the attorney for the appellee are hereby notified that:

1. Transcript If a transcript of proceedings is to be transmitted as part of the printed record on appeal, *please order the transcript immediately.* See Rule 8007–1 F.R.Bkr.P. Transcripts are generally not received from the tape transcribing service company until about 30 days after the date the transcript is ordered.

2. Statement of Issues You must serve and file the Appellant's Statement of Issues to be Presented on Appeal within *ten days* after filing the notice of appeal. See Local Rule 8006–2 and Rule 8006 F.R.Bkr.P.

3. Designation of Record You must serve and file the Appellant's Designation of Papers for the Designated Record, within *ten days* after filing the notice of appeal. See Local Rule 8006–1 and Rule 8006 F.R.Bkr.P.

4. Designation Detail *All* of the original papers and exhibits filed with the clerk of bankruptcy court are the *Official Record on Appeal.* See Local Rule 8006–1. You should therefore designate only limited, *relevant* papers for the *Designated Record.* See Local Rule 8006–1. **Each paper designated must be listed separately and described specifically by name of document and date filed.**

5. <u>Further Items for Designated Record</u> The appellee may file and serve on the appellant a designation of additional items to be included in the Designated Record, within *ten days* after service of the statement of issues by appellant. See Local Rule 8006–1 and Rule 8006 F.R.Bkr.P.

6. <u>Briefs with Addendums</u> A copy of the Transmittal of Designated Record on Appeal will be mailed to you when it is filed with the clerk of district court. The clerk of district court will give notice of the filing. Within *15 days* after the appeal is filed with the clerk of district court, you must serve and file the Appellant's Brief with Addendum. The Appellee's Brief with Addendum must be served and filed *within 15 days after service of the Appellant's Brief with Addendum. See Local Rule 8010–3.*

7. <u>Brief Suggestion</u> *Designating an item and including the item in the Designated Record does not ensure attention. If a particular document or part thereof, or an excerpt from a transcript is really important, the interested party should place a copy in the addendum to the brief for maximum impact. See Local Rule 8010–1.*

8. <u>Separate Appendices</u> *The newest and best way to provide a printed record on appeal to the district court is for each party to file <u>Separate Appendices</u>. You even get more time to decide which papers to include. The separate appendices are then served and filed along with your appeal briefs with the clerk of district court. See new Local Rule 8006–1.* A Stipulation for Separate Appendices must be filed within ten days after filing the notice of appeal, in lieu of filing the Appellant's Designation of Papers for the Designated Record. A form for the Stipulation for Separate Appendices is attached.

Dated: 10/5/09　　　　　　　　　　　　　　　　Lori Vosejpka
　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　By: sherri
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

**mnbcntap** 04/05/2005 – kb

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker

Debtor(s)

Case No: 09–50779

Chapter 7 Case

## STIPULATION OF APPENDICES ON APPEAL

Dennis E. Hecker, the appellant(s) in this appeal, was filed on 9/25/09. The appellant and the appellee hereby stipulate that the parties to this appeal shall prepare and file separate appendices with the clerk of the district court, prepared in the manner provided in Eighth Circuit Rule 30A(b)(3), pursuant to Local Rule 8006–1.

Dated: _____    _____
                                                                                    Attorney for Appellant

Dated: _____    _____
                                                                                    Attorney for Appellee