UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                  Case No. BKY 09-50779
                                                   Chapter 7 Case
            Debtor.

**LIMITED OBJECTION OF CHRYSLER FINANCIAL SERVICES AMERICAS
LLC TO TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE
OF ASSETS FREE AND CLEAR OF LIENS**

Chrysler Financial Services Americas LLC ("Chrysler Financial") by and through its undersigned counsel, files this limited objection (the "Objection") to the Motion for an Order Authorizing Sale of Assets Free and Clear of Liens (the "Motion") filed by Randall L. Seaver, the Chapter 7 trustee (the "Trustee") in the above-referenced case involving Dennis E. Hecker (the "Debtor"). In support thereof, Chrysler Financial states as follows:

1. As evidenced by Chrysler Financial's filed proof of claim in this case, the Debtor was indebted to Chrysler Financial in an amount exceeding $360,000,000 as of the Petition Date. Chrysler Financial holds a perfected security interest in substantially all of the Debtor's personal property, including without limitation all of the Debtor's equipment, including all furniture, fixtures, machinery, tools and all additions, substitutions, replacements, accessories, attachments and accessions, together with all products and proceeds thereof.

2. Pursuant to the Motion, the Trustee seeks to sell a Harley-Davidson motorcycle and certain docks and boat lift systems to the Debtor for an aggregate purchase price of $40,000, subject to higher and better offers.

4. Chrysler Financial does not object to the relief sought in the Motion except to the extent the Trustee seeks authority to sell this property to the Debtor without inquiry and confirmation as to the source of funds the Debtor will use to purchase the property. According to the Debtor's Schedule I (*Current Income of Individual Debtor(s)*), the Debtor has no current income. In response to question 17 of this schedule ("*[d]escribe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document*"), the Debtor states:

> "Debtor is not drawing a regular salary. Debtor's income has been based on the availability of funds from owned entities, most of which have ceased operations or are winding down operations. Debtor anticipates income at substantially lower levels than in the past, but is unable to anticipate future income at this time."

5. In addition, the Trustee has recently filed a motion to compel the Debtor to file complete and accurate schedules asserting that he believes the Debtor's schedules and statement of financial affairs are incomplete and inaccurate, and identifying various substantial known omissions.

6. In these circumstances, Chrysler Financial believes there is a substantial risk that the Debtor will utilize undisclosed funds or property constituting property of the estate to purchase the property to be sold pursuant to the Motion. Accordingly, Chrysler Financial submits that no such sale of these assets to the Debtor should be authorized unless and until Debtor satisfactorily identifies the source of funds to be utilized and it is determined that such funds are not property of the estate.

WHEREFORE, Chrysler Financial respectfully requests that the Motion be denied insofar as it seeks authority to sell the described property to the Debtor, unless and

2

until it is determined that the purchase price will not be paid from property constituting property of the estate.

Dated: October 5, 2009

Respectfully Submitted,

/s/ Stephen F. Grinnell
Stephen F. Grinnell (#37928)
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-3796
Telephone: (612) 632-3070

Attorneys for Chrysler Financial Services Americas LLC

GP:2652676 v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

        Debtor.

Case No. 09-50779

Chapter 7 Case

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2009, I caused the following:

    Limited Objection of Chrysler Financial Services Americas LLC to Trustee's Motion for Order Authorizing Sale of Assets Free and Clear of Liens

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Clinton E. Cutler
Fredrikson & Byron, P.A.
200 South 6th Street, Ste. 4000
Minneapolis, MN 55402
ccutler@fredlaw.com

U.S. Trustee
1015 US Courthouse
300 South 4th Street
Minneapolis, MN 55415
Ustpregion12.mn.ecf@usdoj.gov

Randall L. Seaver
12400 Portland Avenue So.
Suite 132
Burnsville, MN 55337
rlseaver@fullerseaverramette.com

Douglas W. Kassebaum
Fredrikson & Byron, P.A.
200 South 6th Street, Ste. 4000
Minneapolis, MN 55402
dkassebaum@fredlaw.com

Thomas J. Lallier
Foley & Mansfield, P.L.L.P.
250 Marquette Avenue, Ste. 1200
Minneapolis, MN 55401
tlallier@foleymansfield.com

Monica Clark
Dorsey & Whitney LLP
50 South 6th Street, Ste. 1500
Minneapolis, MN 55402
Clark.monica@dorsey.com

Connie A. Lahn
Fafinski Mark & Johnson, P.A.
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN 55344
Connie.Lahn@fmjlaw.com

Cynthia A. Moyer
Fredrikson & Byron, P.A.
200 South 6th Street, Ste. 4000
Minneapolis, MN 55402
cmoyer@fredlaw.com

Gordon B. Conn
Kalina Wills Gisvold & Clark
6160 Summit Drive, Ste. 560
Minneapolis, MN 55430
conn@kwgc-law.com

Ralph Mitchell
Lapp Libra Thomson Stoebner & Pusch
One Financial Plaza, Ste. 2500
120 S. 6th St.
Minneapolis, MN 55402
rmitchell@lapplibra.com

Nauni Jo Manty
Manty & Associates, P.A.
510 First Avenue North
Suite 305
Minneapolis, MN 55403
ecf@mantylaw.com

Matthew A. Swanson
Leonard, Street & Deinard
150 South 5th St., Ste. 2300
Minneapolis, MN 55402
Matthew.swanson@leonard.com

David E. Runck
Fafinski Mark & Johnson, P.A.
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN 55344
David.Runck@fmjlaw.com

Andrea M. Hauser
Leonard O'Brien Spencer Gale& Sayre
100 South 5th St., Ste. 2500
Minneapolis, MN 55402
ahauser@losgs.com

Matthew R. Burton
Leonard O'Brien Spencer Gale& Sayre
100 South 5th St., Ste. 2500
Minneapolis, MN 55402
mburton@losgs.com

Andrew Paul Moratzka
Mackall Crounce & Moore
901 Marquette Ave.
1400 AT&T Tiower
Minneapolis, MN 55402
apm@mcmlaw.com

Jamie R. Pierce
Hinshaw & Culbertson LLP
333 South 7th Street
Suite 2000
Minneapolis, MN 55402
jpierce@hinshawlaw.com

Michael Meyer
Ravich Meyer Kirkman
4545 IDS Center
80 South 8th Street
Minneapolis, MN 55402
mlmeyer@ravichmeyer.com

Jeffrey D. Klobucar
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
jklobucar@foleymansfield.com

Joseph W. Lawver
Messerli & Kramer, P.A.
1800 Fifth Street Towers
150 South 5th Street
Minneapolis, MN 55402
Jlawver@messerlikramer.com

Bruce H. Carlson
McNair, Larson & Carlson, Ltd.
51 Broadway, Ste. 600
Fargo, ND 58102
Bruce.carlson@mlcfargolaw.com

Robert G. Parish
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
rparish@faegre.com

HSBC Bank Nevada, N.A.
Attn: Patti H. Bass
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ 85712
ecf@bass-associates.com

Ramesh Singh
Recovery Management Systems Corp.
Financial Controller
25 SE 2nd Avenue, Ste. 1120
Miami, FL 33131-1605
claims@recoverycorp.com

Brad A. Sinclair
Serkland Law Firm
10 Roberts Street
P.O. Box 6017
Fargo, ND 58108-6017
bsinclair@serklandlaw.com

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participants:

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Bayport Marina Association, Inc.
Attn: President, Managing Agent or other Officer
200 Fifth Avenue South
Bayport, MN 55003

Linda M. Berreau, CPA, CMA, CFE
16418 Gladys Lane
Minnetonka, MN 55345

Michael B. Lubic
Sonnenschein Nath & Rosenthal, LLP
601 S. Figueroa St., Ste. 2500
Los Angeles, CA 90017-5704

Nicholas J. Vivian
Eckberg, Lamers, Briggs, Wolff
  & Vierling, PLLP
1809 Northwestern Avenue
Stillwater, MN 55082

Timothy J. Peters
Peters Law Firm, PLC
2116 Second Avenue South
Minneapolis, MN 55404

Gregory L. Taddonio
Reed Smith, LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222

Dated: October 5, 2009                                GRAY, PLANT, MOOTY,
                                                       MOOTY & BENNETT, P.A.


                                                      /e/ Stephen F. Grinnell
                                                      Stephen F. Grinnell (MN#37928)

GP:2653174 v1