**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,

Debtor.

---------------------------------------------

**MEMORANDUM IN REPLY TO THE DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO COMPEL SCHEDULE AMENDMENT**

## BACKGROUND

On June 4, 2009, Debtor Dennis E. Hecker ("**Debtor**") filed bankruptcy. Schedules were due on June 22, 2009. On June 17, 2009, search warrants were executed on Debtor's homes and business headquarters. On June 22, 2009, the Debtor filed an application to extend the time to file schedules to July 1, 2009. An order was entered extending the time to file schedules.

Over 120 days have passed since this case was commenced. The Debtor has apparently made no effort to review documents which were seized in the execution of the June 17, 2009 search warrants. Seaver Aff.

The Debtor has never filed amended Schedules I and J. The original schedules have "0.00" on every line.

In response to this motion, the Debtor has not provided the Court with any detail of the supposed "efforts" he has made and time he has expended in compiling information to prepare and file truthful schedules.

It does appear, however, that since filing his bankruptcy petition, the Debtor has had time to take vacation trips to Hawaii and Las Vegas. He has also had the time available to attempt to purchase a multi-million dollar home in Kenwood. Affidavit of Randall L. Seaver dated October 6, 2009 ("**Seaver Aff**.") at Ex. A.

For the reasons set forth herein, the Trustee's original motion, and as set forth below, the relief requested by the Trustee should be granted.

**1. The Debtor has not exercised any diligence.**

Strangely, the Debtor has cited the case of *In re Fauchier,* 71 B.R. 212 (9th Cir. BAP 1987) for the proposition that he only has to use "reasonable diligence" in preparing his schedules. The *Fauchier* case specifically concerned provisions of 11 U.S.C. §523(a)(3) and the statutory language of that section. That case, and that section of the Bankruptcy Code, have no relevance or application to the matter before the Court.

If the Debtor was exercising any diligence, he would have gathered together most of the information needed to file truthful schedules between June 4, the date of filing, and June 17, the date the warrants were executed. After all, his schedules were due on June 22, 2009.

Since the records were seized the Debtor has had over 100 days to review documents and file complete schedules. Yet, he apparently has made no attempt to review records seized in the raids.

In order to have received access to documents seized by authorities, the Debtor would have had to perform the following actions over the past several months:

1. Pick up the telephone and call the Office of the U.S. Attorney at (612) 664-5600.

2. In that conversation with the U.S. Attorney's Office, arrange a time to review documents seized by the authorities.

3. Review and if necessary, request copies of the documents (perhaps cutting short the Hawaii or Las Vegas vacations by a couple of days).

Obviously, the Debtor did not bother to take these simple steps.

Further, other than a general statement to this Court, he has provided the Court with no detail or an accounting of the time he supposedly expended in obtaining and compiling information for the filing of truthful schedules. Instead, the Debtor argues that he could have

worked towards providing truthful schedules "if only" the Trustee had given the Debtor access to records (which the Trustee, through an immense amount of time and expense has obtained). Apparently the Debtor believes that his primary role in this case is to vacation and let the Trustee compile information. Then, if he is ordered to do so by the Court, perhaps expend some time in preparing truthful and complete schedules. The actions of the Debtor evidence a complete and cavalier disregard for his statutory obligations.

Filing truthful schedules and documents does not appear to be a priority for this Debtor. He has presented this Court with no detail to his "efforts" to compile information and prepare truthful schedules in the four months since he filed (or before). His true priorities include known vacation trips to Hawaii and Las Vegas. If he had devoted as much time to reviewing documents, compiling truthful information and amending schedules, as he did on just a fraction of one of his vacations, he would have had complete schedules filed long ago.

Instead, Debtor's strategy appears to be let the Trustee collect information while Debtor enjoys life. Then, it appears, the Debtor intends to simply get information from the Trustee and then, perhaps, amend his schedules.

This Debtor's behavior and cavalier regard for his obligations is outrageous and cannot be condoned by this Court.

**2.      The Debtor must truthfully answer Item 10 of the Statement of Financial Affairs.**

The Debtor has now told this Court that he has no obligation to disclose transfers made between one and two years before filing so long as the Debtor considers those transfers to be "gifts."

This argument has no basis. Item 10 of the Statement of Financial Affairs form requires the following:

> 10. Other transfers.
> a. List all other property, other than property transferred in the ordinary course of business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) (Emphasis added.)

The requirement that a Debtor disclose "all other property transferred . . . within two years immediately preceding commencement of this case" requires all Debtors, including Debtor Dennis Hecker to do just that.

Through his false responses to item 10 in both the original and amended statement of financial affairs, the Debtor has effectively concealed hundreds of thousands of dollars of transfers. He should be required, as is every other debtor, to answer this item truthfully.

**3. The Debtor has already had over 120 days to file accurate schedules.**

The Debtor asserts that the Trustee's request that he be required to file complete and truthful documents within 5 days of the hearing does not provide him with enough time. This argument ignores the fact that the Debtor has already had since June 4, 2009 to file complete schedules. He has already had far more than enough time to file complete schedules.

## CONCLUSION

The Debtor has had over 120 days to prepare truthful and complete schedules. He should be required to file them within five (5) days including, but not limited to, full disclosure under Item 10 of the statement of financial affairs.

                                                                   **LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

Dated: October 6, 2009

/e/ Matthew R. Burton
By:______________________________
Matthew R. Burton, #210018
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
Telephone: (612) 332-1030
Facsimile: (612) 332-2740

ATTORNEYS FOR RANDALL L. SEAVER, TRUSTEE

410291

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,

**AFFIDAVIT OF RANDALL L. SEAVER**

Debtor.

---------------------------------------------

STATE OF MINNESOTA )
)
COUNTY OF DAKOTA )

Randall L. Seaver, being first duly sworn, deposes and states as follows:

1. I am the Trustee in the above matter and have knowledge of the facts contained herein.

2. I have been advised by an attorney in the Office of the U.S. Attorney that on the request of the Debtor or his attorney, that office would have made and would now make records seized from the Debtor available to him for review. I have also been advised that no such request has been made.

3. Christi Rowan recently produced some records in response to a Rule 2004 Subpoena. Attached as Exhibits A are true and correct copies (with redaction if appropriate) of documents provided by Ms. Rowan bearing control numbers Rowan 0027, 40, 41, 54, 56, 57 and 69.

4. Attached hereto as Exhibit B is a true and correct copy (with redaction where appropriate) of a statement produced by TCF for a TCF account for New Dimension Advisors, LLC for the time period ending 8/31/09. I believe that New Dimension Advisors, LLC is a business entity used by the Debtor for post-petition activities.

5. Attached hereto as Exhibit C are true and correct copies of the Debtor's original B(7) and the supplemental B(7). After the complaint in ADV No. 09-5020 was filed, the Debtor turned additional unscheduled watches over to me. Those watches are itemized at the Debtor's

Supplemental Schedule B(7) filed on September 1, 2009. I have met with a representative from AAA Watches and he has inspected watches turned over by the Debtor. It was estimated by that individual that the value of Rolex and other watches not originally scheduled by the Debtor, but turned over to the Trustee after commencement of ADV No. 09-5020, which watches are itemized at Supplemental Schedule B(7), filed by the Debtor on September 1, 2009, have a total value of in the tens of thousands of dollars. On July 13, ADV No. 09-5020 was commenced by me against the Debtor, seeking, among other things, the turnover of unscheduled watches. I request that the court take judicial notice of that complaint.

6. Attached hereto as Exhibit D is a true and correct copy of one page of a "transaction detail account" report was provided to me by Mr. Hecker's attorneys. It is my understanding that this report relates to transactions by Mr. Hecker. I have underlined apparent payments to the Mathiesens and the apparent payment for the purchase of a 2008 Harley Davidson motorcycle.

7. Attached hereto as Exhibit E is a true and correct copy of a document entitled "Lease Agreement" provided to me by Steve Mathiesen.

FURTHER YOUR AFFIANT SAYETH NOT.

Randall L. Seaver

Subscribed and sworn to before me this 6 day of October, 2009.

Kari L Fogarty
Notary Public

KARI L. FOGARTY
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

**From:** heckerauto[redacted]
**Subject:** Important
**Date:** August 26, 2009 7:07:51 AM CDT
**To:** Eric Redlinger [redacted]
**Cc:** Christi Rowan [redacted]
**Reply-To:** heckerauto@aol.com

Eric make this last and final offer. 2.4 purchase price c/d for 2 years int at 6 percent
200k down at closing
100k in 12 months
Bal in 24 months

Or
100k down rent for 2years purchase price 2.4 any time during 24 months for all cash. If don't exercise purchase they keep 100k

Its my intention to spend 100k this fall painting land scape pool and window treatments etc.

I can do the 2nd tomorrow.

Thanks denny
200k down
Sent via BlackBerry by AT&T

ROWAN0027

From: [redacted]
Subject: Re: Arrive
Date: August 20, 2009 1:53:06 PM CDT
To: Ms <mshulman@mirage.com>
Cc: Christi Rowan [redacted]
Reply-To: hecke[redacted]

Matt I am sorry. We arrive Fri at 430 I am all screwed up on my times. Everything else the same. Thanks. Denny
Sent via BlackBerry by AT&T

-----Original Message-----
From: "Shulman, Matt" <mshulman@mirage.com>

Date: Thu, 20 Aug 2009 08:47:53
To: <[redacted]>
Subject: Re: Arrive

??????

----- Original Message -----
From: hecker[redacted]
To: Shulman, Matt
Sent: Thu Aug 20 08:46:21 2009
Subject: Re: Arrive

Matt good morning
Sent via BlackBerry by AT&T

-----Original Message-----
From: "Shulman, Matt" <mshulman@mirage.com>

Date: Wed, 19 Aug 2009 13:06:32
To: <HECKERA[redacted]>
Subject: Arrive

Thur or fri? Tail #

**From:** hecker[redacted]
**Subject:** Fw: Dolphins
**Date:** August 19, 2009 11:42:21 AM CDT
**To:** Christi Rowan [redacted]
**Reply-To:** heckerauto@aol.com

Sent via BlackBerry by AT&T

-----Original Message-----
From: hecker[redacted]

Date: Wed, 19 Aug 2009 16:42:09
To: Ms<mshulman@mirage.com>
Subject: Re: Dolphins

[redacted] christi 35. Thanks a Lani? I got $$$$ 4 _u. 630 PM
Sent via BlackBerry by AT&T

-----Original Message-----
From: "Shulman, Matt" <mshulman@mirage.com>

Date: Wed, 19 Aug 2009 09:15:51
To: <HECKERA[redacted]>
Subject: Dolphins

Need name and specific ages of kids for dolphins. Eta thur?

**From:** heckerauto[redacted]
**Date:** August 3, 2009 10:31:27 PM CDT
**To:** Jessica 11Robb [redacted]
**Reply-To:** heckerauto[redacted]

Jessica,

The items that you were given by myself from June 2007 - 2009 have been given to the trustee. By the request of my attorneys by the trustee , it's best that all are returned ASAP.
When the items are ready for pick up I will send a courier to retrieve them.
As you are aware of the abusive publicity and negative recourse
Of the BK , this may keep you out of being subject to the media frenzy.

Sent via BlackBerry by AT&T

Redacted

**The following flights are confirmed:**

**Date:** Tuesday, August 4 **Flight:** NW 624
**Departs:** Honolulu-Int'l, HI (HNL) at 5:15PM

Check in on August 3

**Arrives:** Minneapolis/St. Paul-Int'l, MN (MSP) at 6:05AMon Wednesday, August 5
**Class of Service:** First Class(P) **Seat:** 06-A, 06-B, 06-C
**Flight Duration:** 7 hours 50 minutes **Approximate Miles:** 3,967
**Meal Service:** Dinner **Aircraft:** Airbus A330
**Note:** Operated by Northwest Airlines
**Note:** Check in with Northwest / Delta Air Lines

**The following E-Tickets have been issued:**
**Passenger Name:**HECKER/DENNIS.E
**Receipt Information for your E-Ticket Number(s):**0122176830964
**E-Ticket Issue Date:** March 02, 2009

| Flight | Origin-Destination | Date | Fare Basis Code | Status |
|---|---|---|---|---|
| NW 0221 | MSP-HNL | 28Mar2009 | F7R9N | Exchanged |
| NW 4994 | HNL-OGG | 28Mar2009 | F7R9N | Exchanged |
| NW 9295 | OGG-SLC | 04Apr2009 | F7R9N | Exchanged |
| NW 1026 | SLC-MSP | 05Apr2009 | F7R9N | Exchanged |

**Base Fare:** USD2073.42 **Tax:** 23.50
**Tax:** 78.62 **Tax:** 18.00
**Fare includes fuel surcharge if applicable.** **E-Ticket Total:**USD2193.54
**Method of Payment:** American Express ************7006
**Fare Calculation:** 7 MSP NW X/HNL Q100.00NW OGG 936.71NW X/SLC Q100.00NW MSP 936.71USD2073.42END NW ZPMSPSFOHNLOGGSLC XT10.00AY 13.50XF MSP4.5OGG4.5SLC4.5
**Other Restrictions:** NON-REFUNDABLE
**Name/Place of Issue:** NWA.COM US E-TICKET TAR MPLS/ST PAUL MN/

**Passenger Name:**HECKER/DENNIS.E
**Receipt Information for your E-Ticket Number(s):**0122180771353
**E-Ticket Issue Date:** June 07, 2009

| Flight | Origin-Destination | Date | Fare Basis Code | Status |
|---|---|---|---|---|
| NW 0625 | MSP-HNL | 09Jul2009 | YR07UPNQ | Exchanged |
| NW 0624 | HNL-MSP | 18Jul2009 | YR07UPNQ | Exchanged |

**Base Fare:** USD2182.10 **Tax:** 14.00
**Tax:** 81.90 **Tax:** 7.20
**Fare includes fuel surcharge if applicable.** **E-Ticket Total:**USD2285.20
**Additional amount collected during ticket exchange:**USD241.66
**Method of Payment:** Visa************6633
**Fare Calculation:** MSP NW HNL1091.05NW MSP1091.05USD2182.10END NW ZPMSPHNL XT 5.00AY9.00XF MSP4.5HNL4.5
**Other Restrictions:** NON-REFUNDABLE
**Name/Place of Issue:** NWA.COM US E-TICKET TAR MPLS/ST PAUL MN/

**Passenger Name:**HECKER/DENNIS.E

Receipt Information for your E-Ticket Number(s):0122182506275
E-Ticket Issue Date: July 24, 2009

| Flight | Origin-Destination | Date | Fare Basis Code | Status |
|---|---|---|---|---|
| NW 0625 | MSP-HNL | 29Jul2009 | YA00UPRQ | Flown |
| NW 0624 | HNL-MSP | 06Aug2009 | YA00UPRQ | Exchanged |

Base Fare: USD2409.24 Tax: 14.00
Tax: 88.76 Tax: 7.20
Fare includes fuel surcharge if applicable. E-Ticket Total:USD2519.20
Additional amount collected during ticket exchange:USD384.00
Method of Payment: American Express ************1032
Fare Calculation: MSP NW HNL1204.62NW MSP1204.62USD2409.24END NW ZPMSPHNL XT 5.00AY9.00XF MSP4.5HNL4.5
Other Restrictions: NON-REFUNDABLE 2285.20 USD
Name/Place of Issue: NWA.COM US E-TICKET TAR MPLS/ST PAUL MN/

Passenger Name:HECKER/DENNIS.E
Receipt Information for your E-Ticket Number(s):0122182778636
E-Ticket Issue Date: July 31, 2009

| Flight | Origin-Destination | Date | Fare Basis Code | Status |
|---|---|---|---|---|
| NW 0624 | HNL-MSP | 03Aug2009 | P0 | Exchanged |

Base Fare: USD2551.93 Tax: 14.00
Tax: 93.07 Tax: 7.20
Fare includes fuel surcharge if applicable. E-Ticket Total:USD2666.20
Additional amount collected during ticket exchange:USD147.00
Method of Payment: Visa************4986
Fare Calculation: MSP NW HNL1204.62NW MSP1347.31USD2551.93END NW ZPMSPHNL XT 5.00AY9.00XF MSP4.5HNL4.5
Other Restrictions:
Name/Place of Issue: NWA.COM US E-TICKET TAR MPLS/ST PAUL MN/

Passenger Name:HECKER/DENNIS.E
Receipt Information for your E-Ticket Number(s):0122182849956
E-Ticket Issue Date: August 04, 2009

| Flight | Origin-Destination | Date | Fare Basis Code | Status |
|---|---|---|---|---|
| NW 0624 | HNL-MSP | 04Aug2009 | P0 | Available |

Base Fare: USD2551.93 Tax: 93.07
Tax: 5.00 Tax: 16.20
Fare includes fuel surcharge if applicable. E-Ticket Total:USD2666.20
Method of Payment: Visa************4986
Document(s) Used during E-Ticket Issue: 0122182778636 Document(s) value total: USD2666.20
Fare Calculation: MSP NW HNL 1204.62 NW MSP 1347.31 USD2551.93END NW ZPMSPHNL XT 7.20ZP 9.00XF MSP4.5HNL4.5
Other Restrictions:
Name/Place of Issue: NWA TICKETING CENTER SINGAPORE/

Redacted

**From:** heckerauto@aol.com
**Subject:** Fw:
**Date:** July 29, 2009 10:13:51 AM CDT
**To:** Christi Rowan [redacted]
**Reply-To:** heckerauto@aol.com

Sent via BlackBerry by AT&T

---

**From:** "Susan A. Miller"
**Date:** Wed, 29 Jul 2009 07:47:03 -0500
**To:** Denny Hecker [redacted]
**Subject:**

Sturgis:

Your rental unit with the Mathisens starts July 30th thru August 9th.

IMPORTANT NOTICE: This e-mail message is intended to be received only by persons entitled to receive the confidential information it may contain. E-mail messages to clients of the Denny Hecker Automotive Group may contain information that is confidential and legally privileged. Please do not read, copy, forward, or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it to the sender and delete it completely from your computer system.

TCF BANK
Since 1923
Open 7 Days

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

Page 1

STATEMENT DATE
08-31-09

7532
8

S T A T E M E N T

8 168 99
NEW DIMENSION ADVISORS LLC
500 FORD RD
MINNEAPOLIS MN 55426-1062

REFER YOUR FRIENDS TO TCF AND GET REWARDED! $25 FREE FOR YOU, $50 FREE FOR YOUR FRIENDS. PICK UP YOUR FORMS AT ANY TCF BANK OR PRINT THEM ONLINE AT WWW.TCFBANK.COM. OFFER SUBJECT TO LIMITATIONS AND REQUIREMENTS. SEE A TCF REPRESENTATIVE FOR DETAILS.

FOR INFORMATION CALL GREG DREHMEL 612-661-8349

PAYING WITH YOUR TCF CHECK CARD IS EASY AND SAFE. TO MAKE EVERYDAY PURCHASES, SIMPLY PRESENT YOUR CARD AT PARTICIPATING RETAILERS, SELECT CREDIT, AND SIGN! IF YOU HAVE NOT ALREADY ACTIVATED YOUR CHECK CARD, CALL 1-800-823-0919. MEMBER FDIC.

**FREE SMALL BUSINESS CHECKING** — STATEMENT PERIOD 08-01-09 THROUGH 08-31-09

**ACCOUNT NUMBER** 7532

**ACCOUNT SUMMARY**

| BALANCE 07-31-09 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 08-31-09 |
|---|---|---|---|
| 31,569.40 | 53,339.76 | 36,063.36 | 14,293.00 |

AS OF 08/25/2009, YOUR TCF MILES PLUS BUSINESS REWARDS POINT TOTAL WAS 2,078. TO REDEEM OR TO ACCESS YOUR MOST RECENT TCF MILES PLUS BUSINESS REWARDS POINT TOTAL, PLEASE SIGN IN TO ONLINE BANKING AT WWW.TCFBANK.COM AND CLICK ON THE REWARDS TAB.

**CHECKS PAID**

| CHECK NUMBER | AMOUNT | DATE PAID | REF NUMBER |
|---|---|---|---|
| 101 | 717.00 | 0831 | 81169151 |
| * 1005 | 3,000.00 | 0807 | 25018107 |
| 1006 | 750.00 | 0810 | 81266383 |
| 1007 | 1,500.00 | 0811 | 82133849 |
| 1008 | 5,300.00 | 0818 | 82134200 |
| 1009 | 231.44 | 0819 | 83011622 |
| 1010 | 5,690.00 | 0826 | 83031632 |
| 1011 | 5,800.00 | 0821 | 25045256 |
| 1012 | 900.00 | 0813 | 24009463 |
| * 1014 | 9,800.00 | 0826 | 83028359 |

* INDICATES A SKIP IN SEQUENTIAL CHECK NUMBERS

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 0814 | 12,000.00 | WITHDRAWAL-WIRE TRANSFER |
| 0814 | 25.00 | WIRE TRANSFER FEE |
| 0824 | 2,078.49 | SCOOP LAS VEGAS IN LAS VEGAS NV |
| 0825 | 357.83 | J CREW #584 LAS VEGAS NV |
| 0826 | 5,000.00 | MIRAGE HOTEL & CAS LAS VEGAS NV |
| 0827 | 70.00 | UNAVL FDS FEE-ITEM NT PD |
| 0827 | 35.00 | NSF FEE-ITEM PAID |
| 0831 | 15.00 | WIRE TRANSFER FEE |
| 0831 | 70.00 | STOP PAYMENT FEE |

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION |
|---|---|---|
| 0812 | 5,073.36 | DEPOSIT REF # 23055450 |
| 0826 | 7,500.00 | DEPOSIT REF # 23033971 |
| 0827 | 9,800.00 | RETURNED CHECK # 1014 |
| 0827 | 5,690.00 | RETURNED CHECK # 1010 |
| 0828 | 500.00 | DEPOSIT REF # 25054123 |
| 0831 | 7,500.00 | DEPOSIT-WIRE TRANSFER |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR CALL: 612-TCF-BANK (612-823-2265). TOLL FREE AT 1-800-823-2265. TDD 612-339-3075. THANK YOU FOR BANKING WITH TCF. NSF\OVERDRAFT FEE IS $35.

www.tcfbank.com

B

T000003

Hecker - Exhibit B (7)

| Watches | Band | Make | Model | Misc. | Lot Value |
|---|---|---|---|---|---|
| yellow 18k | 18K Gold | Rolex | Day Date | | $22,400 |
| yellow 18k | 18K Gold | Rolex | Daytona | | |
| yellow 18k | 18K Gold | Rolex | Submariner | | |
| yellow 18k | Leather | Rolex Cellini | Cellini | | |
| Stainless | Leather | Tudor | Tiger Woods | | |
| *Stainless | Stainless | Yahtmaster | Rolex | | |
| | | | | | |
| Stainless | Leather black | Breitling | Chrono | lookalike | $750 |
| Stainless | Stainless | Breitling | Colt Superdean | | |
| *Stainless | Navy Rubber | Breitling | Chrono | lookalike | |
| | | | | | |
| Stainless | Rubber | Hublot | Big Bang | lookalike | $8,750 |
| Stainless | Leather | Corum | Joker | | |
| Stainless | Leather | Baume Mercier | Tank | | |
| *Rose Gold | Chocolate Rubber | Hublot | Big Bang | | |
| | | | | | |
| Stainless | Rubber | Panerai | Luminor | lookalike | $2,500 |
| Stainless | Leather | Panerai | Luminor | | |
| Stainless | Stainless | Montblanc | GMT | | |
| Stainless | Stainless | Montblanc | Chrono | | |
| Goldplate | Leather | Montblanc | Chrono | | |
| | | | | | |
| Stainless | Leather | Euro Watch Co. | Ganador | | $300 |
| Stainless | Leather | Officin a del tempo | #A26361 | | |
| Stainless | Leather | Damiani | Tank | | |
| Stainless | Leather | Versace | Chrono | | |
| Stainless | Stainless | Versace | | | |
| | | | | | |
| Stainless | Both | Kobold | Automatic | | $150 |
| Stainless | Both | Kobold | Automatic | | |
| BLK Stainless | Rubber | Momo | Chrono | | |
| Stainless | Leather | Chevy logo | | | |
| Stainless | Rubber | Empirio Armani | | | |
| | | | | | |
| Stainless | Yellow Rubber | Techno Marine | | | $250 |
| Stainless | Blue Rubber | Techno Marine | | | |
| Stainless | Black Rubber | Swiss Army | | | |
| Stainless | Stainless | Swiss Army | | | |
| Stainless | Stainless | Swiss Army | | | |
| | | | | | |
| Stainless | Leather | Grimoldi | Borgonvo | | $100 |
| Stainless | Nylon | Nixon | Square | | |
| *Stainless | Rubber | Tommy Bahama | | | |
| Stainless | Stainless | Tommy Hilfiger | | | |
| Stainless | Nylon | Tommy Bahama | | | |
| | | | | | |
| ? | | | Cartier | Travel Clock | $90 |
| | | | | | |
| 18k | Ring | | N/A | Wedding band | $24,000 |

EXHIBIT C

**Hecker - Supplemental Exhibit B(7)**

| Watches | Band | Make | Model | Misc. | Lot Value |
|---|---|---|---|---|---|
| Stainless | Stainless | Breitling | | | |
| Silver | Black leather | Breitling | | | |
| Black | | Bulgari | | Lookalike | |
| | Orange | Lockman | | | |
| | Leather | Panerai | | | |
| | | Panerai | Luminor Marina | | |
| | Brown leather | Panerai | Luminor | | |
| | Red | Porsche | | | |
| Black face with gold trim | Gold | Rolex | Submariner | | |
| Blue face with gold trim | Stainless | Rolex | Submariner | | |
| Gold | Gold | Rolex | Yachtmaster | | |
| Gold | Gold | Rolex | Daytona | | |
| Platinum | Platinum | Rolex | Day/Date | | |
| Black face with stainless trim | Black leather | Tudor | Tiger | | |

Personal
Transaction Detail By Account
June 1, 2008 through June 4, 2009

| | Type | Date | Num | Name | Memo | Split | Paid Amount |
|---|---|---|---|---|---|---|---|
| | Check | 06/02/2008 | 23042 | Cash | | Wells Fargo - Primary Checking | (900) |
| | Deposit | 06/10/2008 | | Florida Power and Light | refund | Wells Fargo - Primary Checking | 198 |
| | Deposit | 06/13/2008 | | Florida Power and Light | refund | Wells Fargo - Primary Checking | 252 |
| | Check | 06/17/2008 | 23060 | Miller Construction- Crosslake | | Wells Fargo - Primary Checking | (258) |
| | Check | 06/17/2008 | 23069 | Cash | doh, house misc petty | Wells Fargo - Primary Checking | (1,900) |
| | Check | 06/18/2008 | 23079 | Cash | house expenses and pay A. terhaar for hours | Wells Fargo - Primary Checking | (2,000) |
| | Check | 06/19/2008 | 23081 | Starchak Cleaners | | Wells Fargo - Primary Checking | (488) |
| | Deposit | 06/19/2008 | | Dr. Sheldon Burns | Deposit | Wells Fargo - Primary Checking | 3,300 |
| | Check | 06/23/2008 | 23384 | Mahnomen Pueblo and Leisure Seasonal | | Wells Fargo - Primary Checking | (841) |
| | Check | 06/23/2008 | 23386 | Cash | per diem offset partial deposit | Wells Fargo - Primary Checking | (3,925) |
| | Deposit | 06/23/2008 | | Rick Bern | owed DEH | Wells Fargo - Primary Checking | 6,800 |
| | Deposit | 06/23/2008 | | Ray Schaeffer | owed DEH | Wells Fargo - Primary Checking | 780 |
| | Deposit | 06/29/2008 | | Florida Power and Light | refund | Wells Fargo - Primary Checking | 429 |
| | Check | 06/30/2008 | 23386 | Sittel Mcmahon | broker fee | Wells Fargo - Primary Checking | (2,603) |
| | Check | 10/01/2008 | 23101 | Cash | | Wells Fargo - Primary Checking | (1,305) |
| | Check | 10/08/2008 | 23126 | French Lake Stables | | Wells Fargo - Primary Checking | (360) |
| | Check | 10/08/2008 | 23132 | Dr. Mark Schaeffer | | Wells Fargo - Primary Checking | (1,005) |
| | Check | 10/10/2008 | 23136 | Bill Rambow | | Wells Fargo - Primary Checking | (288) |
| | Check | 10/14/2008 | 23146 | Cash | DEH petty $ | Wells Fargo - Primary Checking | (1,000) |
| | Check | 10/17/2008 | 6093 | Madeline Mornick | | USBank - New Primary Checking | (484) |
| | Check | 10/24/2008 | 6099 | Cash | DEH petty for house ect | USBank - New Primary Checking | (780) |
| | Check | 10/28/2008 | 6138 | Alex Terhaar | | USBank - New Primary Checking | (846) |
| | Check | 10/28/2008 | 6140 | Alex Terhaar | petty cash for house items | USBank - New Primary Checking | (300) |
| | Check | 10/30/2008 | 6148 | Cash | | USBank - New Primary Checking | (600) |
| | Deposit | 10/31/2008 | | Uptown Mental Health Clinic | refund | USBank - New Primary Checking | 4,486 |
| | Check | 11/03/2008 | 6160 | Cash | doh petty for house and his misc | USBank - New Primary Checking | (760) |
| | Check | 11/03/2008 | 6163 | French Lake Stables | | USBank - New Primary Checking | (380) |
| | Check | 11/03/2008 | 6173 | District Court Administrator | | USBank - New Primary Checking | (88) |
| | Check | 11/06/2008 | 23184 | Cash | | Wells Fargo - Primary Checking | (2,800) |
| | General Journ | 11/06/2008 | | | | USBank | (18) |
| | Check | 11/10/2008 | 23186 | Cash | DEH petty and house petty | Wells Fargo - Primary Checking | (2,606) |
| | Check | 11/11/2008 | 6184 | Starchak Cleaners | | USBank - New Primary Checking | (518) |
| | Check | 11/11/2008 | 6186 | Premier Aquarium Service | | USBank - New Primary Checking | (481) |
| | Check | 11/11/2008 | 6187 | Cash | $ from Dr. Burns Rent to DEH | USBank - New Primary Checking | (3,290) |
| | Check | 11/17/2008 | 6196 | Cash | per doh | USBank - New Primary Checking | (8,800) |
| | Check | 11/17/2008 | 6197 | Cash | misc house and office petty $ | USBank - New Primary Checking | (3,800) |
| | Check | 11/22/2008 | 6236 | Cash | paid back dad and advanced on needed petty | USBank - New Primary Checking | (1,800) |
| | Check | 11/22/2008 | 6236 | Alex Terhaar | DEH/House help | USBank - New Primary Checking | (708) |
| | Check | 11/26/2008 | 23167 | Cash | deposit US bank to close Wells account | Wells Fargo - Primary Checking | (1,800) |
| | Check | 12/02/2008 | 6238 | Wild Prairie Harley Davidson | 08 Harley FXD | USBank - New Primary Checking | (21,865) |
| | Check | 12/02/2008 | 6240 | [illegible] Russell | | USBank - New Primary Checking | (1,362) |
| | Check | 12/02/2008 | 6242 | Elizabeth LaBrun | Grainger Tutoring | USBank - New Primary Checking | (540) |
| | Check | 12/03/2008 | 6243 | Cash | Alex, House, DEH, misc | USBank - New Primary Checking | (2,000) |
| | Check | 12/03/2008 | 6246 | Steve and Julie Mathiesen | deposit Sturgis 2009 | USBank - New Primary Checking | (1,003) |
| | Check | 12/03/2008 | 6249 | Cash | $ for jake/ offset deposit | USBank - New Primary Checking | (360) |
| | Check | 12/12/2008 | 6296 | Starchak Cleaners | | USBank - New Primary Checking | (360) |
| | Check | 01/06/2009 | 6317 | US Bank | | USBank - New Primary Checking | (3,900) |
| | Check | 01/06/2009 | 6318 | Alex Terhaar | DEH expenses | USBank - New Primary Checking | (1,020) |
| | Check | 01/08/2009 | 6375 | French Lake Stables | | USBank - New Primary Checking | (340) |
| | Check | 01/08/2009 | 6294 | Cash | VOID: | USBank - New Primary Checking | 0 |
| | Check | 01/09/2009 | 6297 | Alex Terhaar | VOID: | USBank - New Primary Checking | 0 |
| | Check | 01/16/2009 | 6284 | Cash | owed back from DHAG/ outside services workers | USBank - New Primary Checking | (2,860) |
| | Check | 01/16/2009 | 6287 | Alex Terhaar | Gcc and Hunter Drive expenses | USBank - New Primary Checking | (652) |
| | Check | 01/16/2009 | 6282 | Monica Kincaid DDs | | USBank - New Primary Checking | (38) |
| | Check | 01/30/2009 | 6326 | SOS Exterminating | old 7000 Voyager | USBank - New Primary Checking | (97) |
| | Check | 01/30/2009 | 6327 | Cash | off set deposit | USBank - New Primary Checking | (1,100) |
| | Check | 01/30/2009 | 6331 | Alex Terhaar | house petty $ and gas | USBank - New Primary Checking | (884) |
| | Deposit | 02/03/2009 | | Dennis Hecker | deposit travelers checks | USBank - New Primary Checking | 1,430 |
| | Deposit | 02/03/2009 | | Dennis Hecker | deposit travelers checks | USBank - New Primary Checking | 1,600 |
| | Deposit | 02/03/2009 | | Dennis Hecker | deposit of travelrs checks | USBank - New Primary Checking | 1,600 |
| | Deposit | 02/03/2009 | | Dennis Hecker | deposit travelers checks | USBank - New Primary Checking | 400 |
| | Deposit | 02/03/2009 | | Dennis Hecker | deposit travelers checks | USBank - New Primary Checking | 1,800 |
| | Deposit | 02/03/2009 | | Dennis Hecker | deposit of travelrs checks | USBank - New Primary Checking | 1,800 |
| | Check | 02/06/2009 | 6323 | Cash | petty doh/housemisc | USBank - New Primary Checking | (1,836) |
| | Check | 02/06/2009 | 6341 | Quest | | USBank - New Primary Checking | (304) |
| | Check | 02/06/2009 | 6366 | Lundgrens Clothing | | USBank - New Primary Checking | (47) |
| | Check | 02/10/2009 | 6366 | French Lake Stables | | USBank - New Primary Checking | (300) |
| | Check | 02/11/2009 | 6368 | PETTY CASH | deposit to offset | USBank - New Primary Checking | (1,800) |
| | Check | 02/11/2009 | 6368 | Steve and Julie Mathiesen | final Sturgis pymt 2009 | USBank - New Primary Checking | (6,800) |
| | Check | 02/13/2009 | 6376 | PETTY CASH | doh/hwag/outside serv. | USBank - New Primary Checking | (1,800) |
| | Check | 02/17/2009 | 6361 | CROSSLAKE PROPERTY SOLUTIONS | misc invoices fix snomobiles and cobalt boat | USBank - New Primary Checking | (2,180) |
| | Check | 02/17/2009 | 6365 | PETTY CASH | being paid back DHAG | USBank - New Primary Checking | (1,250) |
| | Check | 02/18/2009 | 6369 | Department of Motor Vehicle | | USBank - New Primary Checking | (56) |
| | Check | 02/18/2009 | 6380 | Alex Terhaar | items for N ridge and Hunter | USBank - New Primary Checking | (1,134) |
| | Check | 02/23/2009 | 6392 | CROSSLAKE PROPERTY SOLUTIONS | crosslake properties, etal | USBank - New Primary Checking | (1,802) |
| | Check | 02/28/2009 | 6387 | PETTY CASH | outside services/ paid back by DHAG | USBank - New Primary Checking | (760) |
| | Check | 03/03/2009 | 6400 | Starchak Cleaners | | USBank - New Primary Checking | (1,485) |
| | Check | 03/06/2009 | 6411 | Crosslake Holiday | | USBank - New Primary Checking | (29) |
| | Check | 03/06/2009 | 6422 | Alex Terhaar | DHAG and DEH items | USBank - New Primary Checking | (1,336) |
| | Check | 03/10/2009 | 6434 | Cash | petty Cash owed from dHAG | USBank - New Primary Checking | (730) |
| | Check | 03/10/2009 | 6431 | French Lake Stables | | USBank - New Primary Checking | (386) |
| | Check | 03/10/2009 | 6420 | Donna Risner | owed back to DEH from DHAG | USBank - New Primary Checking | (441) |
| | Check | 03/10/2009 | 6444 | O and T Appliances | | USBank - New Primary Checking | (83) |
| | Check | 03/18/2009 | 6460 | Starchak Cleaners | | USBank - New Primary Checking | (368) |
| | Check | 03/19/2009 | 6468 | Cash | DEH | USBank - New Primary Checking | (8,800) |
| | Check | 03/23/2009 | 6480 | Cash | | USBank - New Primary Checking | (1,800) |
| | Check | 03/24/2009 | 6481 | PETTY CASH | doh/hwag/misc off set deposit | USBank - New Primary Checking | (1,190) |
| | Check | 03/30/2009 | 6863 | CR | | USBank - New Primary Checking | (8,800) |
| | General Journ | 03/30/2009 | | | | USBank - New Primary Checking | 8,800 |
| | Check | 04/16/2009 | 6610 | Dennis Hecker | | USBank - New Primary Checking | (2,800) |
| | Check | 04/21/2009 | 6618 | Cash | | USBank - New Primary Checking | (2,800) |
| | Check | 04/21/2009 | 6620 | Will Plummer | owed back for expenses | USBank - New Primary Checking | (3,000) |
| | | | | | | | (148,537) |
| Alliance | | | | | | | |
| | Check | 11/01/2008 | 6180 | Alliance Bank | pymt on $1.1 | USBank - New Primary Checking | (28,665) |
| | Check | 11/01/2008 | 6181 | Alliance Bank | on $1.1 | USBank - New Primary Checking | (25,380) |
| | Check | 12/03/2008 | 6221 | Alliance Bank | In on $1.1 | USBank - New Primary Checking | (28,290) |
| | Check | 12/15/2008 | 6304 | Alliance Bank | | USBank - New Primary Checking | (1,623) |
| | Check | 12/22/2008 | 6318 | Alliance Bank | pymt on Wayne/DEH note | USBank - New Primary Checking | (1,640) |
| | Check | 02/09/2009 | 6386 | Alliance Bank | | USBank - New Primary Checking | (2,613) |
| Total Alliance | | | | | | | (88,138) |
| Bremer | | | | | | | |
| | Check | 06/01/2008 | 22460 | Bremer Bank | Int on $2.8 | Wells Fargo - Primary Checking | (12,917) |
| | Check | 07/08/2008 | 22527 | Bremer Bank | In on 2.8 | Wells Fargo - Primary Checking | (13,347) |
| | Check | 07/28/2008 | 22584 | Bremer Bank | Int on $2.4 note | Wells Fargo - Primary Checking | (18,368) |
| | Check | 08/06/2008 | 22916 | Bremer Bank | | Wells Fargo - Primary Checking | (13,884) |
| | Check | 08/06/2008 | 22920 | Bremer Bank | pay down bremer line | Wells Fargo - Primary Checking | (180,080) |
| | Check | 09/02/2008 | 23011 | Bremer Bank | | Wells Fargo - Primary Checking | (10,321) |
| | Check | 09/03/2008 | 23013 | Bremer Bank | | Wells Fargo - Primary Checking | (9,878) |
| | Check | 10/01/2008 | 23690 | Bremer Bank | | Wells Fargo - Primary Checking | (7,860) |
| | Deposit | 10/01/2008 | | Bremer Bank | Deposit | Wells Fargo - Primary Checking | 31 |
| | Check | 10/17/2008 | 23118 | Bremer Bank | | Wells Fargo - Primary Checking | (18,377) |
| | Check | 10/23/2008 | 6138 | Bremer Bank | Int on 2.4 | USBank - New Primary Checking | (3,880) |
| | Check | 11/05/2008 | 6170 | Bremer Bank | In on $2.8 | USBank - New Primary Checking | (18,481) |
| | Check | 11/12/2008 | 6201 | Bremer Bank | Int owed on 2.4 | USBank - New Primary Checking | (7,482) |
| | Check | 11/22/2008 | 6262 | Bremer Bank | In on 2.8 | USBank - New Primary Checking | (18,377) |
| | Deposit | 04/06/2009 | | Bremer Bank | misc income | USBank - New Primary Checking | 28 |
| Total Bremer | | | | | | | (283,386) |
| Community National | | | | | | | |
| | Check | 09/04/2008 | 22453 | Community National Bank | qrtly payment | Wells Fargo - Primary Checking | (163,848) |
| | Check | 11/03/2008 | 6174 | Community National Bank | VOID: In on note o $262K | USBank - New Primary Checking | 0 |
| Total Community National | | | | | | | (163,848) |
| Crown | | | | | | | |
| | Check | 06/10/2008 | 22177 | Crown Bank | | Wells Fargo - Primary Checking | (826) |
| | Check | 06/10/2008 | 22178 | Crown Bank | | Wells Fargo - Primary Checking | (2,318) |
| | Check | 07/29/2008 | 22877 | Crown Bank | | Wells Fargo - Primary Checking | (2,348) |
| | Check | 08/23/2008 | 22946 | Crown Bank | | Wells Fargo - Primary Checking | (2,319) |
| | Check | 09/17/2008 | 23067 | Crown Bank | | Wells Fargo - Primary Checking | (2,319) |
| | Check | 09/29/2008 | 23099 | Crown Bank | | Wells Fargo - Primary Checking | (5,600) |
| | Check | 10/27/2008 | 6127 | Crown Bank | Int on $432,834.66 | USBank - New Primary Checking | (3,663) |
| | Check | 12/03/2008 | 6252 | Crown Bank | Int on credit line | USBank - New Primary Checking | (2,541) |
| | Check | 12/22/2008 | 6301 | Crown Bank | Int on432K | USBank - New Primary Checking | (2,864) |
| | Check | 02/11/2009 | 6367 | Crown Bank | fee | USBank - New Primary Checking | (10,836) |
| | Check | 02/26/2009 | 6462 | Crown Bank | | USBank - New Primary Checking | (6,532) |
| Total Crown | | | | | | | (38,881) |

EXHIBIT D



# LEASE AGREEMENT

| | |
|---|---|
| LEASEE | DENNY HECKER<br>500 FORD ROAD<br>MINNEAPOLIS, MN 55426<br>612 850 1254/763 493 2093 fax |
| LEASOR | STEVE AND JULIE MATHIESEN<br>612 WEBER DR<br>STURGIS, SD 57785 |
| RENTAL FEE | $8000.00<br>$ 500.00 Discount<br>$7500.00 TOTAL RENTAL FEE<br>$1000.00 Non-refundable deposit due Nov 24, 2008<br>$6500.00 rental balance due by January 1, 2009 |
| LENGTH OF STAY | THURSDAY JULY 30, 2009 NOON THROUGH<br>SUNDAY AUGUST 9, 2009 NOON |
| OCCUPANCY | 8 PERSONS MAXIMUM. NO PARTIES. NO PETS. OCCUPANTS WILL ABIDE BY DIRECTIONS/ REQUESTS ASSOCIATED WITH LIMITATIONS OF PROPERTY/UTILITIES. |

NON-SMOKING. NO SUBLEASING ALLOWED. LEASEE WILL BE LIABLE FOR DAMAGES UNDER CONDITIONS OF LEASE. NO TENTS OR CAMPERS. THE OCCUPANTS OF STATED PROPERTY WILL ADHERE TO THE LAWS AND ORDINANCES OF THE STATE OF SOUTH DAKOTA, MEADE COUNTY AND THE CITY OF STURGIS. NOT RESPONSIBLE FOR INJURIES, ACCIDENTS OR NEGLIGENCE.

LEASEE SIGNATURE Shelia for D. Hecker

LESSOR SIGNATURE ____________________

EMERGENCY/LOCAL CONTACT PERSON TO BE DETERMINED.

EXHIBIT E

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---------------------------------------------

BKY No. 09-50779

In re:

Chapter 7

Dennis E. Hecker,

Debtor.

---------------------------------------------

**UNSWORN CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2009, I caused the following documents:

***Memorandum in Reply to the Debtor's Opposition to Trustee's Motion to Compel Schedule Amendment and Affidavit of Randall L. Seaver***

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

/e/ Stephanie Wood

Dated: October 6, 2009

______________________________

Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

409641