# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,  BKY No. 09-50779

    Debtor.

## ORDER

    This case is before the court on the motion of Randall L. Seaver, the trustee, for turnover of property of the estate.

    Upon the motion and the file,

    IT IS ORDERED: Within seven days from the entry of this order, Steve Mathiesen shall turn over to the trustee all documents relating to or evidencing any correspondence (written or e-mail), payments, lease agreements and contracts relating to or evidencing negotiations for the lease, lease payments, and the lease or contract for any use or rental of the Mathiesen home or other property from Mathiesen by Dennis E. Hecker or any of his entities.

Dated:   October 7, 2009        /e/ Robert J. Kressel
                                                           Robert J. Kressel
                                                           UnitedStates Bankruptcy Judge

408878

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/07/2009*
Lori Vosejpka, Clerk, by LMH