UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                          Case No. BKY 09-50779
           Debtor.                                    Chapter 7 Case

**ORDER REGARDING CHAPTER 7 TRUSTEE'S MOTION TO COMPEL
DEBTOR TO FILE COMPLETE AND ACCURATE SCHEDULES**

The trustee's Motion to Compel Debtor to File Complete and Accurate Schedules is before the court.

Based on the motion and the file,

IT IS ORDERED: The debtor shall file an amended Schedule J on or before October 22, 2009. The trustee's motion is otherwise denied.

Dated: October 8, 2009

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/08/2009*
Lori Vosejpka, Clerk, By amm, Deputy Clerk