UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                                          BKY No. 09-50779

Dennis E. Hecker,                                                                                      Chapter 7

            Debtor.

_____

**NOTICE OF HEARING AND MOTION FOR ORDER**
**AUTHORIZING RULE 2004 EXAMINATIONS**

    1.    Randall L. Seaver, the Chapter 7 Trustee (the "**Trustee**") in the above-referenced case, applies to the Court for authorization to conduct Bankruptcy Rule 2004 examinations of AOL LLC, Apple, Sprint (Blackberry), Yahoo! Inc. and Atomic Data Center and gives notice of hearing:

    2.    The Court will hold a hearing on this motion on November 12, 2009 at 11:00 a.m. before the Honorable Robert J. Kressel in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

    3.    Any response to this motion must be filed and delivered no later than November 6, 2009 which is three (3) days before the time set for the hearing (excluding Saturdays, Sundays, and holidays), or filed and served by mail not later than November 2, 2009, which is seven (7) days before the time set for the hearing (excluding Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

    4.    This case was commenced as a voluntary Chapter 7 case on June 4, 2009. The case is now pending in this Court. This Court has jurisdiction over this application pursuant to 28 U.S.C. §§157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This proceeding is a

core proceeding. This Application arises under Bankruptcy Rule 2004. This Application is filed under Local Rule 2004-1.

5. The entities for which Rule 2004 examination authority is sought are as follows and are expected to have the following information:

    a.    AOL LLC – The Debtor uses this entity for e-mail.

    b.    Apple – Christi Rowan uses this entity for e-mail.

    c.    Sprint (Blackberry) – The Debtor uses this entity for e-mail.

    d.    Yahoo! Inc. – Christi Rowan uses this entity for e-mail.

    e.    Atomic Data Center – Debtor uses this entity for e-mail.

**WHEREFORE**, the Trustee requests that this Court enter an order pursuant to Bankruptcy Rule 2004 approving the Trustee's examination of AOL LLC, Apple, Sprint (Blackberry), Yahoo! Inc. and Atomic Data Center.

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

Dated: October 19, 2009

By /e/ Matthew R. Burton
_____
Matthew R. Burton, #210018
Attorneys for Randall L. Seaver, Trustee
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402-1216
(612) 332-1030

## **VERIFICATION**

     I, Randall L. Seaver, the Trustee and moving party named in the foregoing notice of hearing and motion declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

|  |  |
|---|---|
|  | /e/  Randall L. Seaver |
| Dated:  October 19, 2009 | _____ |
|  | Randall L. Seaver |

410638

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---------------------------------------------

In re:

Dennis E. Hecker,

       Debtor.

---------------------------------------------

BKY No. 09-50779

Chapter 7

**UNSWORN CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2009, I caused the following documents:

> *Notice of Hearing and Motion for Order Authorizing Rule 2004 Examinations and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

**SEE ATTACHED SERVICE LIST**

Dated: October 19, 2009

           /e/ Stephanie Wood
           _____
           Stephanie Wood
           100 South Fifth Street, Suite 2500
           Minneapolis, MN 55402
           (612) 332-1030

406460

**DENNIS E. HECKER**
**BKY CASE NO.: 09-50779**
**SERVICE LIST**

AOL LLC
770 Broadway
New York, NY 10003

Apple
1 Infinite Loop
Cupertino, CA 95014

Sprint
KSOPHT0101-Z4300
8391 Spring Parkway
Overland Park, KS 66251-4300

Blackberry
c/o Research in Motion
295 Phillip Street
Waterloo, Ontario
Canada N2L 3W8

Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94089

Atomic Data Center
615 North Third Street
Minneapolis, MN 55401

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Michael B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Michael W. Malter
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

410761

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                           BKY No. 09-50779

Dennis E. Hecker,                                                                        Chapter 7

        Debtor.

_____

**ORDER FOR RULE 2004 EXAMINATIONS**

This case is before the Court on the Motion of Randall L. Seaver, Trustee to allow him to conduct an examination pursuant to Federal Rule of Bankruptcy Procedure 2004 of AOL LLC, Apple, Sprint (Blackberry), Yahoo! Inc. and Atomic Data Center.

Based on the files and records,

IT IS HEREBY ORDERED:  The Trustee, Randall L. Seaver, may examine AOL LLC, Apple, Sprint (Blackberry), Yahoo! Inc. and Atomic Data Center pursuant to Federal Rule of Bankruptcy Procedure 2004.


Dated: _____          _____
                                                                Robert J. Kressel
                                                                U.S. Bankruptcy Judge
410760