RECEIVED

2009 OCT 19 PM 9:44

U.S. BANKRUPTCY COURT
DULUTH, MN

RECEIVED

09 OCT 15 PM 2:59

U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Dennis E. Hecker,

Debtor.

Case No. BKY 09-50779
Chapter 7 Case

## DEBTOR'S STATEMENT OF ISSUES AND DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Dennis E. Hecker (the "Debtor") submits the following statement of the issues to be presented in connection with his appeal from a final order dated and entered on September 25, 2009 by the Honorable Robert J. Kressel, United States Bankruptcy Judge for the District of Minnesota and designates the following items of the official record to be included in the record on appeal:

### STATEMENT OF THE ISSUES

1. Did the Bankruptcy Court err in denying Debtor's homestead exemption for the property located at 11700 Cross Avenue, Crosslake, Minnesota (the "Cross Lake Property") pursuant to Minn. Stat. §§ 510.01 and 510.02?

2. Did the Bankruptcy Court err in failing to hold that Debtor could apply the "reverse pierce" doctrine and claim the Cross Lake Property as exempt despite being owned by a limited liability entity in which substantially all of the equity interests were owned by Debtor?

### DESIGNATION OF PAPERS FOR THE DESIGNATED RECORD

| Filing Date | Docket Entry | Title of Document |
| --- | --- | --- |
| August 13, 2009 | 116 | Notice of Hearing and Motion Objecting to Debtor's Claimed Homestead Exemption, and exhibits attached thereto |
| August 28, 2009 | 145 | Debtor's Verified Response to Chrysler Financial's Motion Objecting to Debtor's Claimed Homestead Exemption, and exhibits attached thereto |

| | | |
|---|---|---|
| September 2, 2009 | —— | Transcript of Hearing on Chrysler Financial's Motion Objecting to Debtor's Claimed Homestead Exemption |
| September 25, 2009 | 207 | Memorandum Opinion and Order Disallowing Homestead Exemption |
| October 5, 2009 | 226 | Notice of Appeal |

Dated:  October 15, 2009

FREDRIKSON & BYRON, P.A.

*/s/ Cynthia A. Moyer*
Clinton E. Cutler (#158094)
Cynthia A. Moyer (#211229)
Kendall L. Bader (#389001)
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402
Phone (612) 492-7000
Fax (612) 492-7077

ATTORNEYS FOR DEBTOR

4632701_1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

Debtor.

Case No. BKY 09-50779
Chapter 7 Case

### CERTIFICATE OF SERVICE

Kendall L. Bader, under penalty of perjury, states that on October 15, 2009, he caused to be served the following:

1. Debtor's Statement of Issues and Designation of Items for the Record on Appeal; and

2. Certificate of Service

by sending true and correct copies to the parties on the attached service list.


Dated: October 15, 2009

*/s/ Kendall L. Bader*
Kendall L. Bader

4628985_1

Dennis E. Hecker
Service List
Bky No. 09-50779

| SERVICE VIA ECF | Hyundai Capital America<br>c/o Connie A. Lahn<br>David E. Runck<br>Seth Leventhal<br>Fafinski Mark & Johnson, PA<br>400 Flagship Corporate Center<br>775 Prairie Center Drive<br>Eden Prairie, MN 55344<br>connie.lahn@fmjlaw.com<br>david.runck@fmjlaw.com<br>seth.leventhal@fmjlaw.com | JPMorgan Chase Bank, N.A.<br>c/o Matthew A. Swanson<br>Leonard, Street and Deinard, PA<br>2300 Fifth Street Towers<br>150 South Fifth Street<br>Minneapolis MN 55402<br>matthew.swanson@leonard.com |
|---|---|---|
| U.S. Trustee's Office<br>1015 US Courthouse<br>300 S Fourth St<br>Minneapolis MN 55415<br>ustpregion12.mn.ecf@usdoj.gov | | |
| Randall L. Seaver<br>U.S. Trustee<br>Portland Corporate Center<br>12400 Portland Avenue South, #132<br>Burnsville, MN 55337<br>rlseaver@fullerseaverramette.com | | Toyota Financial Savings Bank<br>Toyota Motor Credit Corporation<br>c/o Michael L. Meyer<br>Ravich Meyer Kirkman McGrath<br>Nauman & Tansey, P.A.<br>4545 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>mlmeyer@ravichmeyer.com |
| | Tamitha Hecker<br>c/o Nauni Jo Manty<br>Manty & Associates, P.A.<br>510 First Avenue North, #305<br>Minneapolis, MN 55403<br>ecf@mantylaw.com | |
| Randall L. Seaver<br>c/o Matthew R. Burton<br>Matthew R. Burton Esq.<br>Andrea M. Hauser<br>Leonard, O'Brien, Spencer, Gale & Sayre<br>100 South Fifth Street, #2500<br>Minneapolis MN 55402<br>mburton@losgs.com<br>ahauser@losgs.com | | GE Money Bank<br>c/o Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 S.E. Second Avenue, #1120<br>Miami, FL 33131-1605<br>claims@recoverycorp.com |
| | United States Rent A Car and<br>Maria Romano<br>c/o Jamie R. Pierce<br>Hinshaw & Culbertson, LLP<br>333 South Seventh Street, #2000<br>Minneapolis, MN 55402<br>jpierce@hinshawlaw.com | |
| Randall L. Seaver<br>c/o Gordon B. Conn Jr.<br>Kalina, Wills, Gisvold & Clark & PLLP<br>6160 Summit Drive, Suite 560<br>Minneapolis MN 55430<br>conn@kwgc-law.com | Chrysler Financial Services Americas, LLC, f/k/a<br>DaimlerChrysler Financial Services Americas, LLC<br>c/o Stephen F. Grinnell<br>Gray, Plant, Mooty, Mooty & Bennett, P.A.<br>500 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>stephen.grinnell@gpmlaw.com | HSBC Bank Nevada, N.A.<br>c/o Patti H. Bass<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, #200<br>Tucson, AZ 85712-1083<br>ecf@bass-associates.com |
| | | Associated Bank<br>c/o Joseph W. Lawver<br>Messerli & Kramer P.A.<br>1400 Fifth Street Towers<br>100 South Fifth Street<br>Minneapolis MN 55402-1217<br>jlawver@messerlikramer.com |
| Randall L. Seaver<br>c/o Tyler D. Candee<br>Ralph Mitchell<br>Lapp, Libra, Thomson, Stoebner & Pusch<br>2500 One Financial Plaza<br>120 South Sixth Street<br>Minneapolis MN 55402<br>tcandee@lapplibra.com<br>rmitchell@lapplibra.com | Chrysler Financial Services Americas LLC, f/k/a<br>DaimlerChrysler Financial Services Americas, LLC<br>c/o Craig E. Reimer<br>Mayer Brown, LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>creimer@mayerbrown.com | VISIONBank<br>c/o Bruce H. Carlson<br>David L. Johnson<br>McNair, Larson & Carlson, Ltd.<br>51 Broadway, #600<br>Fargo, ND 58102<br>bruce.carlson@mlcfargolaw.com<br>david.johnson@mlcfargolaw.com |
| U.S. Bank National Association<br>c/o Monica Clark<br>Dorsey & Whitney, LLP<br>50 South Sixth Street, #1500<br>Minneapolis, MN 55402-1498<br>clark.monica@dorseylaw.com | Crown Bank<br>c/o Thomas J. Lallier<br>Jeffrey D. Klobucar<br>Foley & Mansfield, P.L.L.P.<br>250 Marquette Avenue, #1200<br>Minneapolis MN 55401<br>tlallier@foleymansfield.com<br>jklobucar@foleymansfield.com | Blackstone Financial, LLC<br>c/o Brad A. Sinclair<br>Serkland Law Firm<br>10 Roberts Street<br>P.O. Box 6017<br>Fargo, ND 58108-6017<br>bsinclair@serklandlaw.com |
| U.S. Bank National Association<br>c/o Eric J. Sherburne<br>Stein & Moore, P.A.<br>The First National Bank Building<br>332 Minnesota St, Ste W-1650<br>St. Paul MN 55101<br>esherburne@steinmoore.com | | |

Dennis E. Hecker
Service List
Bky No. 09-50779

| | |
|---|---|
| TCF National Bank<br>c/o Robert G. Parish<br>Faegre & Benson, LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>rparish@faegre.com | Toyota Motor Credit Corporation<br>c/o Timothy J. Peters<br>Peters Law Firm, PLC<br>2116 Second Avenue South<br>Minneapolis, MN 55404-2606<br>tpeters@peterslawplc.com |
| Alliance Bank<br>c/o Kathleen K. Statler<br>Larry D. Espel<br>Greene Espel PLLP<br>200 South Sixth Street, #1200<br>Minneapolis, MN 55402<br>kstatler@greeneespel.com<br>lespel@greeneespel.com | Carlton Financial Corporation<br>c/o Joshua A. Hasko<br>Messerli & Kramer P.A.<br>1400 Fifth Street Towers<br>100 South Fifth Street<br>Minneapolis MN 55402-1217<br>jhasko@messerlikramer.com |
| LKMCD Properties, LLC<br>c/o Andrew P. Moratzka<br>Mackall, Crounse & Moore, PLC<br>1400 AT&T Tower<br>901 Marquette Avenue<br>Minneapolis MN 55402-2859<br>apm@mcmlaw.com | RiverWood Bank<br>c/o Steven R. Qualley<br>Gammello & Qualley, P.A.<br>14275 Golf Course Drive, #200<br>Baxter MN 56425<br>steveq@gqlaw.net |
| Grant Thornton, LLP<br>c/o Rebecca G. Sluss<br>Oppenheimer, Wolff & Donnelly<br>Plaza VII, Suite 3300<br>45 South Seventh Street<br>Minneapolis MN 55402<br>rsluss@oppenheimer.com | Beal Bank Nevada<br>c/o Aaron R. Hartman<br>Anthony Ostlund Baer & Louwagie P.A.<br>3600 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>ahartman@aoblaw.com |
| Dennis E. Hecker<br>c/o William F. Mohrman<br>mohrman@mklaw.com | |
| Dennis E. Hecker<br>c/o William R. Skolnick<br>Skolnick & Shiff, P.A.<br>2100 Rand Tower<br>527 Marquette Avenue South<br>Minneapolis, MN 55402<br>wskolnick@skolnick-shiff.com | |
| Christi M. Rowan<br>c/o William R. Skolnick<br>Skolnick & Shiff, P.A.<br>2100 Rand Tower<br>527 Marquette Avenue South<br>Minneapolis, MN 55402<br>wskolnick@skolnick-shiff.com | |
| Anchor Bank, fsb<br>c/o Nicholas J. Vivian<br>Eckberg, Lammers, Briggs, Wolff & Vierling, PLLP<br>1809 Northwestern Avenue<br>Stillwater, MN 55082<br>nvivian@eckberglammers.com | |

4571482_1/058978.0002