UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                              BKY No. 09-50779

Dennis E. Hecker,                                                                        Chapter 7

          Debtor.

_____

**ORDER FOR RULE 2004 EXAMINATIONS**

This case is before the court on the motion of the trustee to allow him to conduct an examination pursuant to Federal Rule of Bankruptcy Procedure 2004. There were no objections to the motion.

Based on the files and records,

IT IS ORDERED: The trustee may examine Forest Lake Motor Sports, Deborah Fallon, Lisa Gagliardi, Nancy Applebaum, Gordon and Robyn Brooks, Steve Mathiesen, Keith Schweiger, Kevin Schweiger, Teachers Federal Credit Union, Definitive Integrations, Power Lodge, Bill Rickard, Automotive Concepts, Highland Bank, Equity 4 U, New Dimension Advisors, Minnesota Department of Public Safety, Driver and Vehicle Services and American Express pursuant to Federal Rule of Bankruptcy Procedure 2004.

Dated: __October 21, 2009__                                 /e/ Robert J. Kressel
                                                                                   Robert J. Kressel
                                                                                   UnitedStates Bankruptcy Judge

408707

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/21/2009*
Lori Vosejpka, Clerk, by LMH