# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:

Dennis E. Hecker,

      Debtor.

_____

BKY No. 09-50779

**ORDER**

This case is before the court on the motion of Randall L. Seaver, chapter 7 trustee, for turnover of property of the estate.

Upon the motion and the file,

IT IS ORDERED: Within seven days from the entry of this order Dennis E. Hecker shall turnover to the trustee the following:

1. Copies of all bank statements, check images and registers for all Hecker business entities listed on Exhibit B-13 of the debtor's bankruptcy schedules as well as those of New Dimension Advisors LLC from June 1, 2009 to October 1, 2009.

2. Copies of all utility bills for the properties at Crosslake and 1615 North Ridge Drive from June 1, 2009 to October 1, 2009.

3. Copies of all credit card statements for any credit cards that Dennis Hecker has used or upon which he is a signatory from May 1, 2009 to October 1, 2009.

4. Copies of all documents relating to or evidencing expenses incurred or paid in conjunction with any travel and lodging of Dennis Hecker outside the State of Minnesota from June 1, 2009 to October 1, 2009.

5. Copies of all checks, wire transfers and all other documents relating to or evidencing any payments to any attorney or law firm by Dennis Hecker, New Dimension Advisors LLC or any of the business entities listed at Exhibit B-13 of the Dennis Hecker bankruptcy schedules from January 1, 2009 to October 1, 2009.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/21/2009*
Lori Vosejpka, Clerk, by LMH

6. Copies of all documents relating to or evidencing the transfer of any monies or property to or for the benefit of Christi Rowan made by Dennis Hecker, New Dimension Advisors LLC, or any of the business entities listed on Exhibit B-13 of the Dennis Hecker bankruptcy schedules, from January 1, 2008 to October 1, 2009.

7. Copies of all account statements for any bank account held by any person or entity from June 1, 2009 - October 1, 2009 into which any monies paid to any of the business entities listed on Exhibit B13 of the bankruptcy schedules have been deposited.

8. Any and all bank account statements, check registers, check images, account receivable ledgers, balance sheets, depreciation schedules and income statements for Northstate Financial Corporation from January 1, 2008 to date.

9. Copies of all loan agreements between Northstate Financial Corporation and Bremer Bank.

10. Copies of all insurance policies maintained by Northstate Financial Corporation for any of its property on January 1, 2008 to date.

11. Tax returns for Northstate Financial Corporation from 2006 - 2008.

12. Copies of the following for Inver Grove Investments LLC:

   a. Tax returns from 2006 - 2008;

   b. Bank account statements and check images, together with check register, from January 1, 2008 to date;

   c. Copies of all insurance policies maintained by Inver Grove Investments for any of its property.

   d. Copies of all documents evidencing the purchase by Inver Grove Investments LLC of a 2006 Prevost.

   e. Copies of any and all documents evidencing the receipt of funds from the sale of the Prevost, including, without limitation, documents evidencing the disposition or transfer of any funds received which were in excess of the amount of the TCF lien on the vehicle.

13. Any and all documents reflecting or relating to the lease or purchase by the debtor or any of his business entities of any aircraft from and after May 1, 2009,

including copies of any leases and purchase agreements and checks making payments on any leases or purchase agreements.

14. Copies of all checks or other instruments by which any payments were made by the debtor or any related entity to Simcon Training Center, or any other entities, from May 1, 2009 to date, for the training of any pilots, including, without limitation, Jayson Gallus.

15. Copies of all checks and other items by which any payments were made by the debtor or any related entity to Jayson Gallus from April 1, 2009 to date.

16. All documents evidencing maintenance of, improvements made to and services provided by anyone to the property located at 1615 North Ridge Drive, Medina, MN from June 1, 2008 to date. Also, for the same time frame, copies of checks or other financial instruments which paid for services, improvement or items provided, for or to the property located at 1615 North Ridge Drive, Medina, MN, from June 1, 2008 to date.

17. Copies of all e-mails between Dennis E. Hecker and anyone, except for e-mails between Hecker and his attorneys, and e-mails between Hecker and his spouse, for the time period of June 1, 2008 to date.

18. Copies of all records evidencing the transfer of funds to the debtor, personally, from any source, either as income, loan or repayment, since June 4, 2009.

Dated: October 21, 1009                     /e/ Robert J. Kressel
                                            Robert J. Kressel
                                            UnitedStates Bankruptcy Judge

410086

3