UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                               BKY No. 09-50779

Dennis E. Hecker,                                            Chapter 7 Bankruptcy

       Debtor.

_____

**ORDER**

This case is before the court on the motion of Randall L. Seaver, the trustee, to approve his rejection of a residential lease for 1615 North Ridge Drive, Medina, MN 55391.

Upon the motion and the files,

IT IS ORDERED:

1. The trustee's motion is denied without prejudice.

2. Christi Rowan shall pay to the trustee all post-petition rents due under the lease within ten days of this order and remain current. The trustee's receipt and acceptance of the same shall not constitute wavier any rights of the trustee.

Dated: October 21, 2009

/e/ Robert J. Kressel
Robert J. Kressel
UnitedStates Bankruptcy Judge

407341

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/21/2009*
Lori Vosejpka, Clerk, By amm, Deputy Clerk