UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:	BKY No. 09-50779

Dennis E. Hecker,	Chapter 7 Bankruptcy

      Debtor.

_____

**ORDER**

This case is before the court on the motion of the debtor for a protective order relating to his Rule 2004 examination.

Upon the motion and the files,

IT IS ORDERED:

The debtor's motion is denied.

Dated: October 21, 2009		/e/ Robert J. Kressel
                                            Robert J. Kressel
                                            UnitedStates Bankruptcy Judge

411139

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/21/2009*
Lori Vosejpka, Clerk, By amm, Deputy Clerk