UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

-------------------------------------------

In re:

BKY No. 09-50779

Dennis E. Hecker,

STIPULATION TO EXTEND TIME

Debtor

-------------------------------------------

The financial affairs of the Debtor are complex, and the Trustee needs time to investigate those affairs. Accordingly, the Debtor agrees to, and hereby does extend the time for the Trustee to file a complaint under 11 U.S.C. §727 through January 15, 2010 and consents to entry an Order in the form attached hereto as Exhibit A.

Dated: October 27, 2009

Randall L. Seaver, Trustee
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337
(952) 890-0888; (952) 890-0244 (fax)
Rlseaver@fullerseaverramette.com

SKOLNICK & SHIFF, P.A.

Dated: October 27, 2009

By
William R. Skolnick, #137182
527 Marquette Avenue
Suite 2100
Minneapolis, MN 55402
(612) 677-7600

Attorneys for Debtor

411345

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

----------------------------------------

In re:

Dennis E. Hecker,

       Debtor

----------------------------------------

BKY No. 09-50779

**ORDER**

      The time for the Trustee to commence an action under 11 U.S.C. §727 is hereby extended through January 15, 2010.

**BY THE COURT:**

Dated: _____

_____
Robert J. Kressel
U.S. Bankruptcy Judge

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

----------------------------------------

In re:

Dennis E. Hecker,

       Debtor

----------------------------------------

BKY No. 09-50779

**ORDER**

      The time for the Trustee to commence an action under 11 U.S.C. §727 is hereby extended through January 15, 2010.

**BY THE COURT:**

Dated: _____       _____
                                                                     Robert J. Kressel
                                                                     U.S. Bankruptcy Judge