# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

In re:

Dennis E. Hecker,

           Debtor.

Case No. BKY 09-50779
Chapter 7 Case

---

## LIMITED OBJECTION OF CHRYSLER FINANCIAL SERVICES AMERICAS LLC TO TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Chrysler Financial Services Americas LLC ("Chrysler Financial"), by and through its undersigned counsel, files this Limited Objection (the "Objection") to the Motion for Approval of Settlement Agreement and for Expedited Hearing (the "Motion") filed by Randall L. Seaver, the Chapter 7 trustee (the "Trustee") in the above-referenced case involving Dennis E. Hecker (the "Debtor"). In support thereof, Chrysler Financial states as follows:

1.    Pursuant to the Motion, the Trustee seeks approval of a settlement agreement (the "Settlement") by and among the Trustee, Paul M. Walser ("Walser") and the Debtor under which the Trustee would authorize and consent to the sale of assets of Brainerd Imports, LLC d/b/a Denny Hecker's Toyota Scion of Baxter/Brainerd ("Brainerd Imports") to Walser under the terms of an Asset Purchase Agreement dated as of September 14, 2009 (the "APA") by and among Walser, Brainerd Imports, the Debtor and Jacob Holdings of Baxter, LLC ("JH Baxter"). In connection with the transaction, Walser and the Debtor also entered into a certain Consulting Agreement under which the Debtor is to provide services to Walser, and an affiliate of Walser and JH Baxter entered into an agreement for the sale of real estate owned by JH Baxter. Under the Settlement,

the Trustee is to receive on behalf of the estate a portion of the payments to be received by the Debtor under the Consulting Agreement.

2. As evidenced by Chrysler Financial's filed proof of claim in this case, the Debtor was indebted to Chrysler Financial in an amount exceeding $360 million as of the Petition Date. Chrysler Financial holds a perfected security interest in substantially all of the Debtor's personal property, including without limitation all of the Debtor's investment property, accounts, contract rights and general intangibles, together with all proceeds thereof. According to Exhibit B-13 to the Debtor's Schedule B, the Debtor owns, directly and indirectly, 100% of the membership interests in Brainerd Imports. These membership interests, and any distributions to or for the benefit of the Debtor on account of such interests, constitute Chrysler Financial's collateral.

3. Pursuant to Section 4.2 of the APA, $100,000 of the purchase price to be paid for Brainerd Imports' assets is to be paid directly to two identified law firms for unspecified legal services, with another $100,000 to be paid "for other legal and accounting expenses as [Debtor] may designate". Pursuant to Paragraph 1.b. of the Settlement, the Trustee and the Debtor have agreed that $40,000 of the $100,000 amount the Debtor may designate shall be delivered to the Trustee and used for the purpose of paying the professional fees required to complete the Debtor's tax returns. The remaining $60,000 of such amount is to be paid at closing to William Skolnick, an attorney providing legal services to the Debtor in this bankruptcy case and in related adversary proceedings. There is no indication that any of the professionals to be paid from the proceeds of Brainerd Imports' assets provided or will provide any services to Brainerd Imports, or that Brainerd Imports is in any way liable for such fee claims. To

the contrary, Chrysler Financial submits it is likely (if not certain) that the services being compensated were or will be provided to the Debtor and that the Debtor is solely liable for the fees owed to these professionals.

4. Chrysler Financial objects to the Settlement and to the transactions contemplated by the APA insofar as any portion of the purchase price payable for Brainerd Imports' assets is to be paid to attorneys or other professionals for services rendered or to be rendered to the Debtor (or is otherwise to be paid to or for the benefit of the Debtor). Such payments represent distributions to the Debtor on account of his member interests in Brainerd Imports, which member interests, and any proceeds thereof, are subject to Chrysler Financials' security interest. Chrysler Financial does not consent to the use of its cash collateral by the Debtor or the diversion of such cash collateral to professionals providing services on the Debtor's behalf.

WHEREFORE, Chrysler Financial objects to the Settlement and requests that the Court deny approval thereof unless and until the payments described above constituting distributions to the Debtor and subject to Chrysler Financial's security interest are paid to Chrysler Financial for application to its outstanding secured claim against the Debtor.

Dated: October 27, 2009  Respectfully Submitted,

 /e/ Stephen F. Grinnell
Stephen F. Grinnell (#37928)
Gray, Plant, Mooty, Mooty & Bennett, P.A.
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-3796
Telephone: (612) 632-3070
Attorneys for Chrysler Financial Services Americas LLC

GP:2665597

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

        Debtor.

Case No. 09-50779

Chapter 7 Case

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2009, I caused the following:

    Limited Objection of Chrysler Financial Services Americas LLC to Trustee's Motion for Approval of Settlement Agreement

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Clinton E. Cutler
Fredrikson & Byron, P.A.
200 South 6th Street, Ste. 4000
Minneapolis, MN 55402
ccutler@fredlaw.com

U.S. Trustee
1015 US Courthouse
300 South 4th Street
Minneapolis, MN 55415
Ustpregion12.mn.ecf@usdoj.gov

Randall L. Seaver
12400 Portland Avenue So.
Suite 132
Burnsville, MN 55337
rlseaver@fullerseaverramette.com

Douglas W. Kassebaum
Fredrikson & Byron, P.A.
200 South 6th Street, Ste. 4000
Minneapolis, MN 55402
dkassebaum@fredlaw.com

Thomas J. Lallier
Foley & Mansfield, P.L.L.P.
250 Marquette Avenue, Ste. 1200
Minneapolis, MN 55401
tlallier@foleymansfield.com

Monica Clark
Dorsey & Whitney LLP
50 South 6th Street, Ste. 1500
Minneapolis, MN 55402
Clark.monica@dorsey.com

Connie A. Lahn
Fafinski Mark & Johnson, P.A.
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN 55344
Connie.Lahn@fmjlaw.com

Cynthia A. Moyer
Fredrikson & Byron, P.A.
200 South 6th Street, Ste. 4000
Minneapolis, MN 55402
cmoyer@fredlaw.com

Gordon B. Conn
Kalina Wills Gisvold & Clark
6160 Summit Drive, Ste. 560
Minneapolis, MN 55430
conn@kwgc-law.com

Ralph Mitchell
Lapp Libra Thomson Stoebner & Pusch
One Financial Plaza, Ste. 2500
120 S. 6th St.
Minneapolis, MN 55402
rmitchell@lapplibra.com

Nauni Jo Manty
Manty & Associates, P.A.
510 First Avenue North
Suite 305
Minneapolis, MN 55403
ecf@mantylaw.com

Matthew A. Swanson
Leonard, Street & Deinard
150 South 5th St., Ste. 2300
Minneapolis, MN 55402
Matthew.swanson@leonard.com

David E. Runck
Fafinski Mark & Johnson, P.A.
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN 55344
David.Runck@fmjlaw.com

Andrea M. Hauser
Leonard O'Brien Spencer Gale& Sayre
100 South 5th St., Ste. 2500
Minneapolis, MN 55402
ahauser@losgs.com

Matthew R. Burton
Leonard O'Brien Spencer Gale& Sayre
100 South 5th St., Ste. 2500
Minneapolis, MN 55402
mburton@losgs.com

Andrew Paul Moratzka
Mackall Crounce & Moore
901 Marquette Ave.
1400 AT&T Tiower
Minneapolis, MN 55402
apm@mcmlaw.com

Jamie R. Pierce
Hinshaw & Culbertson LLP
333 South 7th Street
Suite 2000
Minneapolis, MN 55402
jpierce@hinshawlaw.com

Michael Meyer
Ravich Meyer Kirkman
4545 IDS Center
80 South 8th Street
Minneapolis, MN 55402
mlmeyer@ravichmeyer.com

Jeffrey D. Klobucar
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
jklobucar@foleymansfield.com

Bruce H. Carlson
McNair, Larson & Carlson, Ltd.
51 Broadway, Ste. 600
Fargo, ND 58102
Bruce.carlson@mlcfargolaw.com

HSBC Bank Nevada, N.A.
Attn: Patti H. Bass
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ 85712
ecf@bass-associates.com

Brad A. Sinclair
Serkland Law Firm
10 Roberts Street
P.O. Box 6017
Fargo, ND 58108-6017
bsinclair@serklandlaw.com

Tayler D. Candee
Lapp Libra Thomson Stoebner & Pusch
2500 One Financial Plaza
120 South 6th Street
Minneapolis, MN 55402
tcandee@lapplibra.com

Seth Leventhal
Fafinski Mark & Johnson, PA
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN 55344
Seth.leventhal@fmjlaw.com

Kathleen K. Statler
Greene Espel PLLP
200 South 6th Street, #1200
Minneapolis, MN 55402
kstatler@greeneespel.com

Joseph W. Lawver
Messerli & Kramer, P.A.
1800 Fifth Street Towers
150 South 5th Street
Minneapolis, MN 55402
Jlawver@messerlikramer.com

Robert G. Parish
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
rparish@faegre.com

Ramesh Singh
Recovery Management Systems Corp.
Financial Controller
25 SE 2nd Avenue, Ste. 1120
Miami, FL 33131-1605
claims@recoverycorp.com

Kendall L. Bader
Fredrikson & Byron, P.A.
200 South 6th Street, Ste. 4000
Minneapolis, MN 55402
kbader@fredlaw.com

Eric J. Sherburne
Stein & Moore, P.A.
First National Bank Bldg.
332 Minnesota St., Ste. W-1650
St. Paul, MN 55101
esherburne@steinmoore.com

David L. Johnson
McNair, Larson & Carlson, Ltd.
51 Broadway, #600
Fargo, ND 58102
David.johnson@mlcfargolaw.com

Larry D. Espel
Greene Espel PLLP
200 South 6th Street, #1200
Minneapolis, MN 55402
lespel@greeneespel.com

Rebecca G. Sluss
Oppenheimer Wolff & Donnelly
Plaza VII, Suite 3300
45 south 7th Street
Minneapolis, MN 55402
rsluss@oppenheimer.com

William R. Skolnick
Skolnick @ Shiff, P.A.
2100 Rand Tower
527 Marquette Avenue So.
Minneapolis, MN 55402
wskolnick@skolnick-shiff.com

Nicholas J. Vivian
Eckberg Lammers Briggs Wolff & Vierling
1809 Northwestern Avenue
Stillwater, MN 55082
nvivian@eckberglammers.com

Timothy J. Peters
Peters Law Firm PLC
2116 Second Avenue So.
Minneapolis, MN 55404
Tpeters@peterslawplc.com

Joshua A. Hasko
Messerli & Kramer, P.A.
1400 Fifth Street Towers
100 South 5th Street
Minneapolis, MN 55402
jhasko@messerlikramer.com

Steven R. Qualley
Gammello & Qualley, P.A.
14275 Golf Course Drive, #200
Baxter, MN 56425
steveq@gqlaw.net

Aaron R. Hartman
Anthony Ostlund Baer & Louwagie, PA
3600 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
ahartman@aoblaw.com

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participants:

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Bayport Marina Association, Inc.
Attn: President, Managing Agent or other Officer
200 Fifth Avenue South
Bayport, MN 55003

Linda M. Berreau, CPA, CMA, CFE
16418 Gladys Lane
Minnetonka, MN 55345

Michael B. Lubic
Sonnenschein Nath & Rosenthal, LLP
601 S. Figueroa St., Ste. 2500
Los Angeles, CA 90017-5704

Dated: October 27, 2009

GRAY, PLANT, MOOTY,
  MOOTY & BENNETT, P.A.

  /e/ Stephen F. Grinnell
Stephen F. Grinnell (MN# 37928)

GP:2665538 v1