# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| In re: | ) Case No. 09-50779 |
|---|---|
| Dennis E. Hecker, | ) Chapter 7 |
| Debtor. | ) Hon. Robert J. Kressel |

## ORDER

This case is before the court on the expedited motion of the trustee for an order approving a settlement agreement.

Based on the motion and the file,

IT IS ORDERED:

1. The motion for expedited hearing is granted;

2. The motion for approval of the settlement agreement is denied.

Dated: October 28, 2009

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/28/2009*
Lori Vosejpka, Clerk, by LMH