# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY No.: 09-50779

Dennis E. Hecker,  Chapter 7

    Debtor.

## ORDER

This case is before the court on the objection of the trustee to exemptions.

Based upon the motion and the files,

IT IS ORDERED:

1. That the trustee's objection is sustained and

    a. The debtor's claimed exemption of a piano is denied.

    b. The debtor's claimed exemption of "household goods and furnishings" is denied.

    c. The debtor's claimed $1,225 exemption of a wedding ring entitles the debtor only to receive $1,225 upon the trustee's liquidation of the ring.

    d. The debtor shall only receive $8,400 upon the trustee's liquidation of the insurance policy, and additional surrender value of the policy, together with the policy itself, remains property of the bankruptcy estate.

2. The trustee's objection to the debtor's claimed homestead exemption is continued indefinately.

Dated: October 28, 2009

/e/ Robert J. Kressel
Robert J. Kressel
UnitedStates Bankruptcy Judge

411427

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/28/2009*
Lori Vosejpka, Clerk, By amm, Deputy Clerk