UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY No. 09-50779 |
| Dennis E. Hecker, | Chapter 7 |
| Debtor. | |

### ORDER AUTHORIZING EXPEDITED SALE

This case is before the court on the motion of Randall L. Seaver, the trustee seeking an order authorizing the trustee to consent to the sale of assets.

Based on the motion and the file,

**IT IS ORDERED**:

1. The trustee's request for expedited relief is approved.

2. The trustee is authorized to vote the debtor's shares in approval of the sale of the assets of Transcend Communications, Inc. to Fastech Acquisition, LLC conditioned upon the trustee receiving not less than $439,200.00 at closing, together with the debtor's appropriate share of holdback money, if any, in the future.

3. The proceeds shall be deposited in the trustee's account and held subject to further order of the court.

Dated: __October 28, 2009__

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

411250

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/28/2009*
Lori Vosejpka, Clerk, By amm, Deputy Clerk