Form 1007-1 - Statement Of Compensation By Debtor's Attorney

# United States Bankruptcy Court
## District of Minnesota

In re: Dennis E. Hecker
Debtor(s)

Case No. 09-50779
Chapter 7

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) and § 329(a) of the Bankruptcy Code, states that:

1. The undersigned is one of the attorneys for the debtor(s) in this case and files this statement as required by applicable rules.

2. (a) The filing fee paid by the undersigned to the clerk for the debtor(s) in this case is: $ _____ .00

    The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (b) On an hourly basis at the regular hourly billing rates of $375.00 per hour     $ _____

    (c) Prior to filing this statement, the debtor(s) paid to the undersigned:     $ 20,000.00

    (d) The unpaid balance due and payable by the debtor(s) to the undersigned is:     $ 59,000.00

3. The services rendered or to be rendered include the following:
    (a) representation of debtor in adversary proceedings;
    (b) negotiations with creditors and trustee with respect to turnover of information and assets; and

4. The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

    In addition to the $20,000 paid above for representation in the bankruptcy matters, Debtor has retained the undersigned's firm to represent him in a marital dissolution action and has paid a $25,000 retainer to the firm. The fee agreement is on an hourly basis at the regular hourly billing rates. The undersigned's firm is representing the Debtor in certain adversary proceedings and contested matters in the case on an hourly rate basis.

5. The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated: October 29, 2009

Signed: /s/ William R. Skolnick
William R. Skolnick 137182
Attorney for Debtor(s)
Skolnick & Shiff, P.A.
527 Marquette Ave. S. #2100
Minneapolis, MN 55402
612.677.7600  Fax: 612.677.7601

LOCAL RULE REFERENCE: 1007-1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker                                                    BKY No. 09-50779 RJK

Debtor.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 29, 2009, I caused a **Statement of Compensation by Attorney for Debtor(s)** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following listed below:

| | |
|---|---|
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Kendall L. Bader | kbader@fredlaw.com, klbader@yahoo.com |
| Patti H. Bass | ecf@bass-associates.com |
| Matthew R. Burton | mburton@losgs.com |
| Tyler D. Candee | tcandee@lapplibra.com, dwegler@lapplibra.com |
| Bruce H. Carlson | bruce.carlson@mlcfargolaw.com, tricia.fossen@mlcfargolaw.com |
| Monica L. Clark | clark.monica@dorseylaw.com |
| Gordon B. Conn | conn@kwgc-law.com |
| Clinton E. Cutler | ccutler@fredlaw.com, mdavis@fredlaw.com |
| Larry D. Espel | lespel@greeneespel.com, lbulson@greeneespel.com, sholenko@greeneespel.com |
| Stephen F. Grinnell | Stephen.grinnell@gpmlaw.com |
| Andrea M. Hauser | ahauser@losgs.com |
| Douglas W. Kassebaum | dkassebaum@fredlawcom, scharter@fredlaw.com, bankruptcy@fredlaw |
| Jeffrey D. Klobucar | jklobucar@foleymansfield.com |
| Connie Lahn | connie.lahn@fmjlaw.com, Aong.Moua@fmjlaw.com |
| Thomas Lallier | tlallier@foleymansfield.com |
| Joseph W. Lawver | jlawver@messerlikramer.com, mnygaard@messerlikramer.com |
| Brian Leonard | bleonard@losgs.com, mn03@ecfebis.com |
| Nauni J. Manty | ecf@mantylaw.com |
| Michael L. Meyer | mlmeyer@ravichmeyer.com |
| Ralph Mitchell | rmitchell@lapplibra.com, jpipp@lapplibra.com |
| William F. Mohrman | mohrman@mklaw.com, gynild@mklaw.com, kaardal@mklaw.com grzybek@mklaw.com |

| | |
|---|---|
| Andrew Paul Moratzka | apm@mcmlaw.com, jef@mcmlaw.com, ldj@mcmlaw.com |
| Cynthia A. Moyer | emoyer@fredlaw.com, cthomas@fredlaw.com |
| Robert G. Parish | rparish@faegre.com |
| Jamie R. Pierce | jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com, mpocock@hinshawlaw.com, kmoore@hinshawlaw.com |
| Recovery Management Systems Corp. | claims@recoverycorp.com |
| Craig E. Reimer | creimer@mayerbrown.com, samahdi@mayerbrown.com srozen@mayerbrown.com, hroin@mayerbrown.com |
| David E. Runck | david.runck@fmjlaw.com, Aong.Moua@fmjlaw.com |
| Randall L. Seaver | rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com |
| Brad A. Sinclair | bsinclair@serklandlaw.com, crohr@serklandlaw.com |
| William R. Skolnick | wskolnick@skolnick-shiff.com, zpuchtel@skolnick-shiff.com |
| Rebecca G. Sluss | rsluss@oppenheimer.com |
| Kathleen K. Statler | kstatler@gr-espel.com, storkelson@greeneespel.com |
| Matthew A. Swanson | matthew.swanson@leonard.com, callie.sanford@leonard.com |
| Nicholas Nierengarten | Nicholas.Nierengarten@gpmlaw.com |

I also caused a copy of the Notice of Appearance to be sent directly via U.S. Mail, postage paid to the following listed below:

Michael B. Lubic
Sonnenschein Nath & Rosenthal, LLC
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017


Dated: October 29, 2009  **SKOLNICK & SHIFF, P.A.**

/e/ William R. Skolnick
William R. Skolnick #137182
2100 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402
(612) 677-7600
wskolnick@skolnick-shiff.com
**ATTORNEY FOR DENNIS E. HECKER**