**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Dennis E. Hecker

Debtor(s)

Case No: 09–50779

Chapter 7 Case

# TRANSMITTAL OF DESIGNATED RECORD ON APPEAL

To Clerk of District Court.

Dennis E. Hecker represented by Clinton Cutler , the appellant in this bankruptcy case or adversary proceeding, has appealed to the district court the order or judgment dated 09/25/09, filed and docket entry made on 09/25/09 of United States Bankruptcy Judge Robert J Kressel. An appropriate Civil Cover Sheet listing the parties to this appeal and their attorneys is enclosed. Please docket this appeal, assign a district judge and case number, and give notice thereof to the parties listed in the cover sheet, the Clerk of Bankruptcy Court and the United States Trustee.

The original record on appeal is complete for purposes of this appeal but has been retained by the office of the Clerk of Bankruptcy Court. All original papers and exhibits filed in the bankruptcy, the transcript of proceedings if any, and the docket of this bankruptcy case or adversary proceeding, are the official record on appeal under Local Rule 8006–1.

Included as part of this document and specified below is the designated record on appeal under Local Rules 8006–1 and 8007–2, except an original transcript if designated or an original exhibit:

**mnbdsrap** 03/15/2005 – kb

Docket of Bankruptcy Case, BKY 09–50779

Document numbers: 284 – 63, 116, 134, 145, 148, 149, 207, 226, 227, 228, 246, 267

*63* – EDITED ENTRY, Chapter 7 completion filed by Dennis E. Hecker. Summary of schedules and statistical summary of certain liabilities, Schedules – Forms 6A – 6J, Declaration concerning debtor schedules – Form 6, Statement of financial affairs – Form 7, Ch 7 Individual debtors statement of intention – Form 8, Statement of Compensation by Attorney for Debtor – Local Form 1007–1, Statement of current monthly income and means–test calculation (Form 22A). SIGNATURE DECLARATION (Kassebaum, Douglas) Modified on 7/2/2009 (Debi MNBD).

*116* – Motion objecting to homestead exemption filed by Interested Party Chrysler Financial Services Americas LLC, f/k/a DaimlerChrysler Financial Services Americas LLC. An affidavit or verification, Memorandum of law, Proof of service, Proposed order. Hearing scheduled 9/2/2009 at 10:30 AM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis – Judge Robert J. Kressel. (Grinnell, Stephen)

*134* – Amended schedules filed by Dennis E. Hecker. Schedule C Claimed exempt property, Verification by debtor. (Kassebaum, Douglas)

*145* – Response by Debtor Dennis E. Hecker to [116] Motion objecting to homestead exemption. An affidavit or verification, Proof of service. (Bader, Kendall)

*148* – Amended schedules filed by Dennis E. Hecker. Schedule A Real property, Schedule B Personal property, Schedule C Claimed exempt property, Schedule D Secured claims, Stmt of financial affairs, Verification by debtor, proof of service. Fee Amount $26. (Kassebaum, Douglas)

*149* – Amended schedules filed by Dennis E. Hecker. Schedule D Secured claims, Verification by debtor, proof of service. Fee Amount $26. (Kassebaum, Douglas)

*207* – MEMORANDUM OPINION AND Order DISALLOWING HOMESTEAD EXEMPTION RE: Motion objecting to homestead exemption (Related Doc # [116]) (RJK: 09/25/09) (AnitaM MNBD)

*226* – Notice of appeal filed by Debtor Dennis E. Hecker re: [207] Order on motion objecting homestead exemption. Proof of service. Fee Amount $255.(Bader, Kendall)

*227* – Election by Debtor Dennis E. Hecker to have appeal heard by U. S. District Court re: [226] Notice of appeal. (Sherri MNBD)

*228* – Clerk's notice on appeal to District Court re: [226] Notice of appeal. Proof of service. (Sherri MNBD)

*246* – Appellant designation of contents for inclusion in record on appeal filed by Debtor Dennis E. Hecker re: [226] Notice of appeal, [228] Clerk's notice on appeal to District Court. Proof of service. Appellee designation due by 10/29/2009. Transmission of Designation Due by 11/18/2009. DOCUMENT SUBMITTED IN PAPER FORM DUE TO COMPUTER MALFUNCTION IN MINNEAPOLIS OFFICE ON 10/15/09. (AnitaM MNBD) Modified on 10/27/2009 (AnitaM MNBD).

*267* – Appellee designation of contents for inclusion in record on appeal filed by Interested Party Chrysler Financial Services Americas LLC, f/k/a DaimlerChrysler Financial Services Americas LLC re: [226] Notice of appeal, [228] Clerk's notice on appeal to District Court. Proof of service.(Grinnell, Stephen)

Dated: 11/2/09

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: amm
Deputy Clerk