# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

In re:  Chapter 7
 Case No. 09-50779 RJK
Dennis E. Hecker,

      Debtor.

---

## ORDER APPROVING STIPULATION

---

    Pursuant to the stipulation of the parties,

    **IT IS ORDERED:** The Stipulation Regarding Distribution of Proceeds, among Crown Bank, Randall L. Seaver, the trustee, and Chrysler Financial Services Americas LLC, on October 29, 2009, is approved.


Dated: November 02, 2009      /e/ Robert J. Kressel
    Robert J. Kressel
    United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on **11/02/2009**
Lori Vosejpka, Clerk, by LMH