UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

          Debtor.

Case No. BKY 09-50779

Chapter 7 Case

## STIPULATION TO EXTEND TIME

The deadline for turnover of documents pursuant to the certain Order dated October 21, 2009 [Docket No. 248], is October 28, 2009. The Debtor requested that such deadline be extended until November 11, 2009, and the Trustee agrees that additional time is reasonable and consents to entry of an order in the form attached hereto as Exhibit A.

Dated: October __, 2009

                              Randall L. Seaver, Trustee
                              12400 Portland Avenue South, Suite 132
                              Burnsville, MN 55337
                              (952) 890-0888; (952) 809-0244 (fax)
                              Rlseaver@fullerseaverramette.com

Dated: October 30, 2009

                              FREDRIKSON & BYRON, P.A.

                              Clinton E. Cutler (#158094)
                              Douglas W. Kassebaum (#386802)
                              200 South Sixth Street, Suite 4000
                              Minneapolis, MN 55402
                              Phone (612) 492-7292
                              Fax (612) 492-7077
                              dkassebaum@fredlaw.com

                              Attorneys for Debtor

4640703_1.DOC

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                               Case No. BKY 09-50779
                        Debtor.                                            Chapter 7 Case

**ORDER**

In accordance with a stipulation between the trustee and the debtor, the time for the debtor to turn over documents set forth in the Order dated October 21, 2009 [Docket No. 248], is extended through November 11, 2009.

Dated: _____                                _____
                                                                            Robert J. Kressel
                                                                             United States Bankruptcy Judge