**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Dennis E. Hecker

Debtor(s)

Case No: 09−50779

Chapter 7 Case

**Notice of Filing of Transcript**
**and of Deadlines Related to Restriction and Redaction**

A transcript of the proceeding held on 09/02/2009 was filed on 11/4/09. The following deadlines apply:

The parties have until 11/12/09 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is 11/25/09.

If a request for redaction is filed, the redacted transcript is due 12/7/09.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/2/10 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Neil K. Johnson 651−681−8550 or you may view the document at the clerk's office public terminal.

Dated: 11/4/09

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: amm
Deputy Clerk

**mnbntrdl** 09/25/2008 – kb