**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Dennis E. Hecker

Debtor(s)

Case No: 09–50779

Chapter 7
Case Civil Case No. 09–CV–03054 PAM

# SUPPLEMENTAL TRANSMITTAL OF TRANSCRIPT FOR APPEAL

To Clerk of District Court.

Dennis E. Hecker represented by Clinton Cutler , the appellant in this bankruptcy case or adversary proceeding, has appealed to the district court the order or judgment dated 09/25/09, filed and docket entry made on 09/25/09 of United States Bankruptcy Judge Robert J Kressel.

Appropriate papers from the record on appeal were transmitted previously. This appeal was assigned to the Honorable District Judge, Paul A. Magnuson , under Civil Action No. 09–CV–03054 PAM , on 11/02/09 .

Transmitted herewith as supplemental papers under Local Rule 8007–2 are original exhibits or transcripts of hearings as designated or requested by the parties to this appeal, to wit:

Docket of Bankruptcy Case, BKY 09–50779

Document numbers: 295 – 226

*226* – Notice of appeal filed by Debtor Dennis E. Hecker re: [207] Order on motion objecting homestead exemption. Proof of service. Fee Amount $255.(Bader, Kendall)

| | |
|---|---|
| Dated: 11/5/09 | <u>Lori Vosejpka</u><br>Clerk, United States Bankruptcy Court |
| | By: amm<br>Deputy Clerk |

**mnbsupta** 11/24/06 – lm