UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                  ORDER FOR HEARING ON CONTEMPT

        Debtor.               BKY 09-50779

At Minneapolis, Minnesota, November 9, 2009.

      William F. Mohrman failed to comply with his obligations under 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b). On October 22, 2009, I ordered him to comply with the statute and the rule no later than October 30, 2009. He still has not complied with the statute, the rule, or my order.

      THEREFORE, IT IS ORDERED:

      1.     There will be a hearing on November 25, 2009, at 10:30 a.m., in Courtroom 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, to determine whether William F. Mohrman should be held in contempt for violation of the order of October 22, 2009.

      2.     No later than Monday, November 23, 2009, William F. Mohrman shall file an affidavit and any memorandum he wishes to file, indicating the facts and law he wants me to consider in determining whether or not to hold him in contempt.

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/09/2009*
Lori Vosejpka, Clerk, by LMH