```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF MINNESOTA
```

In re:                                    ORDER VACATING ORDER
Dennis E. Hecker,                         FOR HEARING ON CONTEMPT

        Debtor.                           BKY 09-50779

At Minneapolis, Minnesota, November 10, 2009

The Order for Hearing on Contempt dated and entered November 9, 2009, was entered improvidently.

THEREFORE, IT IS ORDERED: The Order for Hearing on Contempt dated and entered November 9, 2009, is vacated.

/e/ Robert J. Kressel

ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/10/2009*
Lori Vosejpka, Clerk, by LMH