# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

DENNIS E. HECKER,

    Debtor.

Bky. 09-50779

Chapter 7

## **ORDER**

This case is before the court upon the motion of Toyota Motor Sales, U.S.A., Inc. for relief from the automatic stay. Based on the motion and the file,

IT IS ORDERED:

1. The motion is granted.

2. The automatic stay is modified to permit Toyota to terminate the Dealer Agreement.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: November 12, 2009

        /e/ Robert J. Kressel
        ROBERT J. KRESSEL
        UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/12/2009*
Lori Vosejpka, Clerk, by LMH