UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: BKY No. 09-50779

Dennis E. Hecker, Chapter 7

      Debtor.

## ORDER

This case is before the court on the motion of Randall L. Seaver, the trustee seeking an order holding the debtor in civil contempt of court.

Based on the motion and the file,

**IT IS ORDERED**:

1. The trustee's request for expedited relief is approved.

2. The debtor must comply with the turnover order by 12:00 p.m. on November 23, 2009.

3. The trustee is awarded his costs and fees incurred in bringing this motion. The debtor shall pay $660.00 to the trustee, by check made payable to "Randall L. Seaver, Trustee," on or before November 20, 2009.

Dated: November 19, 2009

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

412337

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/19/2009*
Lori Vosejpka, Clerk, by LMH