UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

BKY No. 09-50779

In re:

Chapter 7

Dennis E. Hecker,

       Debtor.

---

## WITHDRAWAL

Please take notice that Randall L. Seaver, Trustee hereby withdraws his Motion for Turnover of Records from Gelco Corporation.

**LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.**

Dated: November 19, 2009

By: /e/ Matthew R. Burton
    Matthew R. Burton, #210018
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
Telephone: (612) 332-1030
Facsimile: (612) 332-2740

ATTORNEYS FOR RANDALL L. SEAVER, TRUSTEE

412706

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                          BKY No. 09-50779

Dennis E. Hecker,                                                               Chapter 7

          Debtor.
_____

**UNSWORN CERTIFICATE OF SERVICE**
_____

I hereby certify that on November 19, 2009, I caused the following documents:

    *Withdrawal*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first-class mail, postage paid, to the following:

| | |
|---|---|
| Dennis E. Hecker<br>P.O. Box 1017<br>Crosslake, MN 56442 | Michael W. Malter<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |
| Michael B. Lubic<br>Sonnenschein Nath & Rosenthal LLP<br>601 S Figueroa St Ste 2500<br>Los Angeles, CA 90017-5704 | |

Dated: November 19, 2009

                                              /e/ Stephanie Wood
                                       _____
                                       Stephanie Wood
                                       100 South Fifth Street, Suite 2500
                                       Minneapolis, MN 55402
                                       (612) 332-1030

412483