UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:  BKY No. 09-50779

Dennis E. Hecker,  Chapter 7 Bankruptcy

              Debtor.

_____

**NOTICE OF CONTINUED HEARING**

PLEASE TAKE NOTICE that the hearing on the Trustee's Motion for Contempt previously set for December 2, 2009 at 10:30 a.m. has been continued to December 16, 2009 at 10:00 a.m. before the Honorable Robert J. Kressel in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

                                      **LEONARD, O'BRIEN**
                                      **SPENCER, GALE & SAYRE, LTD.**

                                          /e/ Matthew R. Burton

Dated: December 2, 2009        By_____
                                         Matthew R. Burton, #210018
                                         Attorneys for Randall L. Seaver, Trustee
                                         100 South Fifth Street, Suite 2500
                                         Minneapolis, Minnesota 55402-1234
                                         (612) 332-1030

413181

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

In re: BKY No. 09-50779

Dennis E. Hecker, Chapter 7

      Debtor.
_____

**UNSWORN CERTIFICATE OF SERVICE**
_____

I hereby certify that on December 2, 2009, I caused the following documents:

    *Notice of Continued Hearing*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first-class mail, postage paid, to the following:

| | |
|---|---|
| Dennis E. Hecker<br>P.O. Box 1017<br>Crosslake, MN 56442 | Michael B. Lubic<br>Sonnenschein Nath & Rosenthal LLP<br>601 S Figueroa St Ste 2500<br>Los Angeles, CA 90017-5704 |
| Christi Rowan<br>1615 North Ridge Drive<br>Medina, MN 55391 | Michael W. Malter<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |

                                                    /e/ Stephanie Wood

Dated: December 2, 2009                _____
                                                  Stephanie Wood
                                                    100 South Fifth Street, Suite 2500
                                                    Minneapolis, MN 55402
                                                    (612) 332-1030

412417