UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:

Dennis E. Hecker,

      Debtor.

_____

Chapter 7

BKY No. 09-50779

**NOTICE OF EXPEDITED HEARING AND APPLICATION FOR INTERIM COMPENSATION**

TO:    All interested parties.

    1.    Leonard, O'Brien, Spencer, Gayle & Sayre, Ltd. ("**Firm**") applies for the relief requested below.

    2.    The Court will hold a hearing on this motion on December 16, 2009 at 10:00 a.m. before the Honorable Robert J. Kressel in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard. Under applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee. Because of the expedited nature of this hearing, the Trustee will not object, as to timeliness, to any response. UNLESS A RESPONSE IS TIMELY SERVED AND FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

    3.    This Court has jurisdiction over this application pursuant to 28 U.S.C. §§157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This case was commenced as a voluntary Chapter 7 proceeding on June 4, 2009. The case is now pending before this Court.

4. This motion arises under 11 U.S.C. §331, Bankruptcy Rule 2016(b) and Local Rule 2016-1. This application is filed under Bankruptcy Rule 9014 and Local Rule 9013-2. The Applicant requests relief with respect to the allowance of interim compensation for attorneys' fees and expenses incurred by the Firm from June 5, 2009 to October 31, 2009.

5. Attached hereto as Exhibit A is the Court's Order approving this firm's employment as counsel for the Trustee.

6. There was no retainer fee paid to the Firm and the Firm has made no previous interim applications.

7. The attorneys and paralegals with time entries on this file, their normal hourly rates are as follows: Randall L. Seaver, $390.00 per hour, Matthew R. Burton, $360.00 per hour, Andrea M. Hauser, $275.00 per hour, Brian F. Leonard, $390.00 per hour, George B. Ingebrand, $300.00 per hour, Grover C. Sayre, III, $295.00 per hour, Jordan W. Sayre, $150.00 per hour, Michael R. O'Brien, $295.00 per hour, Scott S. Payzant, $275.00 per hour, Thomas C. Atmore, $330.00 per hour, Jennifer M. Adkisson, $90.00 per hour and Brianna M. Johnson, $80.00 per hour.

8. The total of fees sought by the Firm is $372,278.75, together with expenses in the amount of $11,834.17. A description of the services provided is as follows:

(a) **General** - This category related to communicating with the client and other interested parties regarding case administration. This category also includes many miscellaneous matters, matters which did not easily fit into any other category and some multiple category entries. Approval is sought for payment of legal fees in this category in the amount of $132,238.75. See attached Exhibit B.

(b) **2004 Discovery** – Time in this category related to preparing multiple motions for 2004 examinations of various individuals and entities. Issue subpoenas upon various parties for records; reviewing voluminous records produced pursuant to subpoenas and conducted examinations of various parties. Approval is sought for payment of legal fees in this category in the amount of $53,761.25. See attached Exhibit C.

(c)     **Blackstone Financial** – The time in this category related to reviewing Blackstone Financial, LLC's motion for relief from stay; preparing a Response objecting thereto; multiple correspondence with attorneys and interested parties and attendance at relief from stay hearing. Approval is sought for payment of legal fees in this category in the amount of $3,742.50. See attached Exhibit D.

(d)     **Property Research/Investigation** – The time in this category related to investigation of the Debtor's real and personal property; multiple requests to the DNR for records of the Debtor's boats, jetskis, etc. and review of the same. Approval is sought for payment of legal fees in this category in the amount of $52,608.50. See attached Exhibit E.

(e)     **Brainerd Toyota** – The time in this category related to reviewing voluminous documents regarding Brainerd Toyota; reviewing and analyzing the proposed sale of Brainerd Toyota; preparing motion documents to seek approval of a sale of the dealership and prepared for and attended sale hearing; continued negotiating with Debtor and his attorney; prepared a second motion for approval of sale and much time negotiating with interested parties. Approval is sought for payment of legal fees in this category in the amount of $27,035.50. See attached Exhibit F.

(f)     **Cabo** - The time in this category related to investigation into the Debtor's Mexico property at Las Ventanas in Cabo St. Lucas. Inspected Debtor's Mexico home, met with realtors, collected records to arrange sale of the condo and discovered a Mini Cooper. Commenced Adversary Proceeding No. 09-5042 against Jacob Holdings of Ventanas LLC, Jacob Properties of Minnesota LLC, Wells Fargo Bank, Cornerstone Bank, and Chrysler Financial Services Americas, LLC alleging that the assets of Jacob Holdings of Ventanas LLC are assets of this bankruptcy estate. Prepared a response to the Debtor's Motion to Stay Adv. No. 09-5042. Conducted negotiations with interested parties and defaulted Debtor-related entities. Approval is sought for payment of legal fees in this category in the amount of $18,838.50. See attached Exhibit G.

(g)     **Chrysler** – The time in this category related to legal research on Chrysler being an "insider"; prepared and revised a Stipulation regarding confidential sharing of information and sought approval of the same. Approval is sought for payment of legal fees in this category in the amount of $3,096.00. See attached Exhibit H.

(h)     **Continental Diamond** – The time in this category related to reviewing e-mails between Christi Rowan and a Continental Diamond representative; prepared and served a Subpoena on Continental Diamond; prepared for and examined Continental Diamond. Approval is sought for payment of legal fees in this category in the amount of $904.00. See attached Exhibit I.

(i)     **Crosslake** – The time in this category related to commencing an adversary proceeding against Sydney Holdings of Crosslake LLC, Jacob Properties of Minnesota LLC and RiverWood Bank, f/k/a First Federal Savings Bank (Adv. No. 09-5031) alleging that the assets of Sydney Holdings of Crosslake LLC are assets of this bankruptcy estate; drafted discovery to RiverWood Bank; prepared, served and filed an application for default judgment against Defendants Sydney Holdings of Crosslake LLC and Jacob Properties of Minnesota LLC. Time also includes investigation of Debtor's other Crosslake properties. Approval is sought for payment of legal fees in this category in the amount of $4,900.50. See attached Exhibit J.

(j)     **Bayport Marina** – The time in this category related to researching the nature of Debtor's interests in the boat slips; prepared a motion to sell the boat slips free and clear; prepared for and attended the sale hearing which resulted in a sale of over $1 million dollars of which the estate received $50,000.00. Approval is sought for payment of legal fees in this category in the amount of $4,714.50. See attached Exhibit K.

(k)     **Fraudulent Transfers** – The time in this category related to researching fraudulent transfers by way of perfection of security interest. Approval is sought for payment of legal fees in this category in the amount of $468.00. See attached Exhibit L.

(l)     **Homestead** – The time in this category related to reviewing Debtor's response to Chrysler's objection to the Debtor's claimed homestead exemption and legal research regarding the same. Approval is sought for payment of legal fees in this category in the amount of $5,424.00. See attached Exhibit M.

(m)     **Turnover Motions** – The time in this category related to preparing multiple motions for turnover of records from various entities and individuals and reviewing the voluminous documents produced pursuant to turnover orders. Approval is sought for payment of legal fees in this category in the amount of $7,079.50. See attached Exhibit N.

(n)     **Investments** – The time in this category related to reviewing corporate records for various entities of the Debtor and prepared documents to remove Debtor from controlling said entities. Approval is sought for payment of legal fees in this category in the amount of $4,984.00. See attached Exhibit O.

(o)     **Adversary Proceedings** – The time in this category related to reviewing documents and preparing adversary complaints against various entities/individuals. Approval is sought for payment of legal fees in this category in the amount of $10,650.50. See attached Exhibit P.

(p)     **Rowan** – The time in this category related to commencing an adversary proceeding against Christi Rowan (Adv. No. 09-5022) for turnover of information, property and rent for Northridge to Trustee and prepared an expedited, ex parte motion for temporary restraining order. Prepared for Rowan's 2004 examination and conducted the same. Approval is sought for payment of legal fees in this category in the amount of $18,071.50. See attached Exhibit Q.

(q)     **PSA Litigation (Inver Grove Toyota)** – The time in this category related to reviewing records; prepared an expedited motion to approve settlement; and prepared an adversary complaint against Dennis E. Hecker, Midwest Motors, LLC, LKMCD Properties, LLC, Chrysler Financial Services Americas LLC, Toyota Motor Credit Corporation, Toyota Financial Savings Bank, Inver Grove Motors LLC d/b/a Denny Hecker's Inver Grove Toyota, Jacob Holdings of Highway 110 LLC, and Jacob Holdings of Akron Avenue LLC (Adv. No. 09-5045) alleging that the Debtor had no interest in the PSA. Approval is sought for payment of legal fees in this category in the amount of $15,231.50. See attached Exhibit R.

(r)     **Transcend** – The time in this category related to negotiating a sale of assets to Transcend Communications which will result in estate receiving over $400,000.00 (subject to creditors' claims). Approval is sought for payment of legal fees in this category in the amount of $7,855.00. See attached Exhibit S.

(s)     **Shady Roost** – The time in this category related to negotiations to sell the Debtor's interest in Shady Roost Lodge Corporation. Approval is sought for payment of legal fees in this category in the amount of $674.75. See attached Exhibit T.

(t)     **Costs and Disbursements** – The costs and disbursements relate to the time period from June 5, 2009 to October 31, 2009. Approval is sought for payment of costs and disbursements in the amount of $11,834.17. See attached Exhibit U (additional costs and disbursements are also listed on Exhibits B, C, E, M, N and Q).

9.    The Firm is not aware of the total amount of other Chapter 7 administrative expense claims but knows that they include other counsel for the Trustee and an accounting professional. The Firm believes there will be sufficient funds to pay all Chapter 7 administrative expenses. The Firm has been advised that the Trustee has over $750,000.00 in his accounts for this case. The Trustee believes that in excess of $450,000.00 of those funds are not subject to secured or other claims of creditors or others.

10.    As disclosed in both the Verified Statement and the Employment Application in this case, Randall L. Seaver was a member of the Firm through an "Of Counsel" relationship with the Firm. That relationship was terminated on October 22, 2009. Accordingly, Randall L. Seaver shares in compensation only for fees billed by the Firm through October 22, 2009.

11.    Although all of his Trustee time has not yet been totaled, it is estimated that, in addition to the time Randall L. Seaver has billed as an attorney in this case, he has spent in excess of 300 hours performing his duties as a Trustee in this case.

12.    Expedited relief is being requested as to the Firm's application. Until the recent receipt of $400,000.00 from the Brainerd Toyota transaction, much of the money held by the Trustee was subject to secured claims or the estate's entitlement to the funds was disputed. Additionally,

prior to filing the application, there were discussions regarding Firm matters with the Office of the United States Trustee. The Firm believes that given the sheer volume of time and effort that it has dedicated to this matter, together with the substantial outlay of its own for costs and expenses, that expedited relief is appropriate so that income can largely be recognized, and that costs can be reimbursed, in the year in which they arose.

**WHEREFORE**, the Firm applies for allowance of interim compensation for attorneys' fees in the amount of $372,278.75 and for allowance of interim compensation for expenses in the amount of $11,834.17 and requests that the Trustee be authorized to pay such of these fees as is appropriate. Payment to the Firm from unencumbered and non-disputed funds, and only in such amount as the Trustee believes appropriate, considering other unpaid Chapter 7 expenses.

**LEONARD, OBRIEN,
SPENCER, GALE & SAYRE, LTD.**

Dated: December 2, 2009

By /e/ Matthew R. Burton
_____
Matthew R. Burton, #210018
Attorneys for Trustee Randall L. Seaver
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

## **VERIFICATION**

      I, Matthew R. Burton, attorney for the moving party named in the foregoing Application for Interim Compensation, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

                                                             /e/ Matthew R. Burton

Executed on December 2, 2009                    _____
                                                              Matthew R. Burton

412279

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

BKY No. 09-50779

In re:

Chapter 7

Dennis E. Hecker,

      Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2009, I caused the following documents:

*Notice of Expedited Hearing and Application for Interim Compensation and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

**SEE ATTACHED SERVICE LIST**

Dated: December 2, 2009

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

413226

| | | |
|---|---|---|
| UNITED STATES RENT A CAR<br>4744 PARADISE ROAD<br>LAS VEGAS,, NV 89121 | ACE INSURANCE COMPANY<br>P.O. BOX 294836<br>CLEVELAND OH 44101 | ALDRIDGE, DAN<br>11700 CROSS AVE<br>CROSSLAKE MN 56442 |
| ALLEN EIDE<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 | AMERICAN BANK<br>1060 DAKOTA DRIVE<br>MENDOTA HEIGHTS MN 55120 | AMERICAN EXPRESS<br>P. O. BOX 0001<br>LOS ANGELES CA 90096 |
| AMERICAN NAT'L BANK OF MN<br>7638 WOIDA RD<br>BAXTER MN 56425 | ANCHOR BANK<br>1570 CONCORDIA AVE<br>SAINT PAUL MN 55104 | ANCHOR BANK<br>P.O. BOX 7933<br>MADISON WI 53707 |
| AV CARD/OASIS<br>164 LAKE FRONT DR<br>COCKEYSVILLE MD 21030 | AXIS CAPITAL, INC.<br>308 N LOCUST ST<br>PO BOX 2555<br>GRAND ISLAND NE 68802 | AXLE CAPITAL, LLC / SAGECREST<br>3 PICKWICK PLAZA<br>GREENWICH CT 06830 |
| AMERICAN BANK<br>1578 UNIVERSITY AVENUE W<br>SAINT PAUL, MN 55104 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | BARBARA LYNN CUTTER<br>2350 S BEVERLY GLEN BLVD #5<br>W LOS ANGELES CA 90064 |
| BAYPORT MARINA ASSOCIATION<br>200 5TH STREET<br>BAYPORT MN 55003 | BELISLE, WAYNE<br>1843 EAGLE RIDGE DR<br>SAINT PAUL MN 55118 | BELLAGIO<br>3600 LAS VEGAS BLVD<br>LAS VEGAS NV 89109 |
| BREICH, WALTER<br>13670 -- 122ND STREET<br>NORWOOD YOUNG AMERICA MN 55368 | BREMER BANK<br>633 SOUTH CONCORD STREET, SUITE 350<br>SOUTH ST. PAUL MN 55075 | BRIGGS & MORGAN PA<br>2200 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS MN 55402 |
| C AND C BOAT WORKS<br>36448 CTY RD 66<br>CROSSLAKE MN 56442 | CA BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO CA 94279-7072 | CA DEPT OF MOTOR VEHICLES<br>PO BOX 942869<br>SACRAMENTO CA 94269-0001 |
| CARLTON FINANCIAL CORPORATION<br>1907 E. WAYZATA BLVD. SUITE 180<br>WAYZATA MN 55391 | CENTER POINT ENERGY<br>P.O. BOX 1144<br>MINNEAPOLIS MN 55440 | CESSNA AIRCRAFT COMPANY<br>P.O. BOX 12270<br>WICHITA KS 67277 |
| CHRYSLER FINANCIAL<br>CIMS 740-01-19<br>6400 S FIDDLERS GREEN CIR., STE. 700<br>ENGLEWOOD CO 80111-4979 | CITY OF ASPEN<br>130 S. GALENA ST.<br>ASPEN CO 81611 | CITY OF BAYPORT<br>294 N. 3RD STREET<br>BAYPORT MN 55003 |

| | | |
|---|---|---|
| CITY OF MEDINA<br>2052 CO RD 24<br>HAMEL MN 55340 | COMMUNITY NATIONAL BANK<br>845 EAST COUNTY ROAD E<br>VADNAIS HEIGHTS MN 55127 | D&H DOCKS<br>23624 SMILEY ROAD<br>NISSWA, MN 56468 |
| COOPERATIVE POWER<br>P.O. BOX 69<br>TWO HARBORS MN 55616 | CORNERSTONE BANK<br>2627 SOUTH UNIVERSITY<br>FARGO ND 58103 | CROSSLAKE PROPERTY SOLUTIONS<br>P.O. BOX 810<br>CROSSLAKE MN 56442 |
| CROW WING COUNTY TREASURER<br>JUDICIAL CENTER<br>213 LAUREL ST<br>BRAINERD MN 56401 | DEERWOOD BANK<br>P.O. BOX 527<br>724 W. WASHINGTON STREET<br>BRAINERD MN 56401 | DON GILBERT<br>1700 PHEASANT RUN<br>HUDSON WI 54016 |
| DONALD M HALSTEAD III<br>15626 SUNSET WAY<br>BRAINERD MN 56401 | ELIZABETH A JOHNSON<br>PO BOX 624<br>PINE RIVER MN 56474 | ENCORE BANK<br>3003 TAMIAMI TRAIL NORTH, #100<br>NAPLES FL 34103 |
| EXXONMOBILE OIL CORPORATION<br>ATTN JENNIFER FRASER<br>120 MCDONALD STREET SUITE B<br>SAINT JOHN NB CANADA E2J 1M5 | FAMILY HOLDINGS OF MN LLC<br>11614 ECHO BAY DRIVE<br>CROSSLAKE MN 56442 | FIFTH THIRD BANK<br>C/O RICHARD J. SWIFT, JR.<br>GARLICK STETLER & SKRIVIAN<br>9115 CORSEA DE FONTANA WAY, #100<br>NAPLES FL 34109 |
| GE CAPITAL<br>1415 WEST 22ND STREET, SUITE 600<br>OAKBROOK IL 60523 | GE CAPITAL, FLEET SERVICES<br>3 CAPITAL DRIVE<br>EDEN PRAIRIE MN 55344 | GELCO CORPORATION<br>THREE CAPITAL DRIVE<br>ATTN: GENERAL COUNSEL<br>EDEN PRAIRIE MN 55344 |
| GEMB LENDING INC<br>2995 RED HILL AVE STE 250<br>COSTA MESA CA 92626 | GEMB LENDING, INC.<br>P.O. BOX 57091<br>IRVINE CA 92619 | GMAC MORTGAGE<br>9661 W. 143RD STREET<br>SUITE 200<br>ORLAND PARK IL 60462 |
| GMAC MORTGAGE<br>P.O. BOX 4622<br>WATERLOO IA 50704 | GMAC, LLC<br>15303 94TH AVENUE<br>ORLAND PARK IL 60462 | GWYN M DOENZ<br>10600 COUNTRY DRIVE<br>PINE CITY MN 55063 |
| HECKER, SANDRA<br>13755 - 84TH PL N<br>MAPLE GROVE MN 55369 | HENNEPIN COUNTY TREASURER<br>300 S SIXTH ST<br>A600 GOVERNMENT CNT<br>MINNEAPOLIS MN 55487 | HOLY CROSS ENERGY<br>3799 HWY 82<br>GLENWOOD SPRINGS CO 81602 |
| HOME FEDERAL SAVINGS BANK<br>1016 CIVIC CENTER DR NW<br>STE 300<br>ROCHESTER MN 55903 | HSBC BANK NEVADA NA<br>BASS & ASSOCIATES, PC<br>3936 E FT LOWELL RD, STE 200<br>TUCSON AZ 85712 | HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>MOUNTAIN VALLEY CA 92708 |

| | | |
|---|---|---|
| INTER BANK<br>P.O. BOX 986<br>NEWARK NJ 07184 | INTERBANK EDINA<br>3400 WEST 66TH STREET, SUITE 100<br>EDINA MN 55435 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>389 US COURTHOUSE 316 N ROBERT<br>ST. PAUL MN 55101 |
| IRS<br>DEPARTMENT OF TREASURY<br>OGDEN UT 84201 | JACOB HOLDINGS OF MEDINA, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 | JACOB PROPERTIES OF ASPEN, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 |
| JASON S. COLBAUGH<br>PO BOX 1220<br>BRAINERD MN 56401 | JAVAN CARL<br>13942 GRAND OAKS DR<br>BAXTER MN 56425 | JAVER ESQUIVEL<br>2807 W AVE 30<br>LOS ANGELES CA 90065 |
| JC BROMAC<br>11860 S. LA CIENEGA BLVD.<br>LOS ANGELES CA 90250 | JOHN J. SORCI TRUST<br>2300 EAST VALLEY COURT<br>SAN JOSE CA 95148 | JP MORGAN CHASE BANK, N.A.<br>726 MADISON AVENUE<br>NEW YORK NY 10021 |
| KAPLAN STRANGIS & KAPLAN PA<br>5500 WELLS FARGO CENTER<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402 | KELLY K. HECKER<br>13905 - 53RD AVE N. APT. 1<br>PLYMOUTH MN 55446 | KLEINBANK<br>14141 GLENDALE ROAD<br>SAVAGE MN 55378 |
| KSTP-FM LLC<br>3415 UNIVERSITY AVE<br>SAINT PAUL MN 55114 | LAKE BANK, N.A., THE<br>613 FIRST AVENUE<br>TWO HARBORS MN 55616 | LLOYD SECURITY<br>1097 10TH SE<br>MINNEAPOLIS MN 55414 |
| LUBIC, MICHAEL, ESQ.<br>601 S FIGUEROA ST<br>STE 2500<br>LOS ANGELES CA 90017-5704 | M&I BANK<br>770 N. WATER STREET<br>MILWAUKEE WI 53202 | MAC OF PINE CITY, LLC<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 |
| MARC D. KOHL<br>39101 DARLING LANE<br>HINCKLEY MN 55037 | MARC E TRESSLER<br>3400 BARBARA LN<br>BURNSVILLE MN 55337 | MARSH CONSUMER<br>333 SOUTH SEVENTH, STE 1600<br>MINNEAPOLIS MN 55402-2427 |
| MARSHALL BANK FIRST<br>225 SOUTH SIXTH STREET, SUITE 2900<br>MINNEAPOLIS MN 55402 | MCENROE, CATHERINE<br>LEONARD STREET & DEINARD<br>150 S FIFTH ST STE 2300<br>MINNEAPOLIS MN 55402 | MICHAEL REYES<br>PO BOX 205<br>BACKUS MN 56435 |
| MIKDEN PROPERTIES<br>7002 6TH STREET NORTH<br>OAKDALE MN 55128 | MINNESOTA DEPT. OF REVENUE<br>MAIL STATION 7701<br>SAINT PAUL MN 55146-7701 | MINNESOTA DEPT. OF REVENUE<br>PO BOX 64649<br>SAINT PAUL MN 55164-0649 |

| | | |
|---|---|---|
| MN DEPT OF PUBLIC SAFETY<br>DRIVER & VEHICLE SERVICES<br>445 MINNESOTA ST<br>SAINT PAUL MN 55101-5160 | NATHAN THIEMAN<br>1030 8TH AVE SW<br>PINE CITY MN 55063 | NEIMAN MARCUS<br>P.O. BOX 5235<br>CAROL STREAM IL 60197 |
| NEVADA STATE BANK<br>6505 NORTH BUFFALO DRIVE<br>LAS VEGAS NV 89131 | NIEDERNHOEFER, MANFRED<br>1563 RIVERCREST RD<br>LAKELAND MN 55043 | NITROGREEN<br>P.O. BOX 41<br>MAPLE PLAINE MN 55359 |
| NORTHMARQ CAPITAL<br>3500 AMERICAN BLVD WEST, SUITE 500<br>BLOOMINGTON MN 55431 | NORTHRIDGE FARM ASSOCIATION<br>P.O. BOX 767<br>WAYZATA MN 55391 | NORTHWOODS BANK<br>PO BOX 112<br>PARK RAPIDS MN 56470 |
| OLD REPUBLIC SURETY<br>1503 - 42ND ST<br>STE 100<br>DES MOINES IA 50305 | PRALLE, GARY<br>3625 PINE HOLLOW PL<br>STILLWATER MN 55082 | PREMIER AQUARIUM<br>6340 IRVING AVE S.<br>RICHFIELD MN 55423 |
| PREMIER BANKS<br>1875 W. HIGHWAY 36<br>ROSEVILLE MN 55113 | PRESS A DENT INC<br>1154 S HIGH ST<br>DENVER CO 80210 | PRINDLE, DECKER & AMARO, LLP<br>310 GOLDER SHORE - 4TH FLOOR<br>LONG BEACH CA 90802 |
| PROFESSIONAL SERVICE BUREAU<br>11110 INDUSTRIAL CIRCLE NW<br>STE B<br>ELK RIVER MN 55330-0331 | ROHOVSKY, BILL<br>11700 CROSS AVE<br>CROSSLAKE MN 56442 | R. OLSON / WATERFORD PROPERTIES<br>73 N. BROADWAY<br>FARGO ND 58102 |
| RANDY'S SANITATION<br>P.O. BOX 169<br>DELANO MN 55328 | RIVERLAND BANCORPORATION<br>700 SEVILLE DRIVE<br>JORDAN MN 55352 | RIVERWOOD BANK<br>LOAN PRODUCTION OFFICE<br>PO BOX 899<br>CROSSLAKE MN 56442 |
| ROE, JESSICA LIPSKY, ESQ.<br>BERNICK LIFSON ET AL<br>500 WAYZATA BLVD STE 1200<br>MINNEAPOLIS MN 55416 | ROYAL JEWELERS<br>73 BROADWAY<br>FARGO, ND 58102 | RUTH ANN BIEDERMAN<br>414 7TH AVE NE<br>PINE CITY MN 55063 |
| SCHUYLER SCARBOROUGH<br>19181 SPENCER ROAD UNIT #15<br>BRAINERD MN 56401 | SCOTT A. KEYPORT<br>1802 AIRWAVES RD NE<br>PINE CITY MN 55063 | SILVER CLIFF ASSOCIATION<br>1201 CEDAR LAKE RD S.<br>MINNEAPOLIS MN 55416 |
| SOURCE GAS<br>P.O. BOX 660474<br>DALLAS TX 75266 | ST. CROIX YACHT CLUB<br>P.O. BOX 2263<br>STILLWATER MN 55082 | STATE OF MINNESOTA DEPT OF REVENUE<br>600 NORTH ROBERT STREET<br>ST. PAUL MN 55101 |

| | | |
|---|---|---|
| STORCHECK CLEANERS<br>857 7TH STREET<br>ST. PAUL MN 55106 | SUMMERS PROPERTY MANAGEMENT<br>111K AABC<br>ASPEN CO 81611 | TCF NATIONAL BANK<br>801 MARQUETTE AVENUE<br>MINNEAPOLIS MN 55402 |
| TCHIDA, BRYANT D., ESQ.<br>LEONARD STREET & DEINARD<br>150 S 5TH ST STE 2300<br>MINNEAPOLIS MN 55402 | THE MIRAGE CASINO-HOTEL<br>C/O MARK W. RUSSELL ESQ<br>3400 LAS VEGAS BLVD S<br>LAS VEGAS NV 89109 | TOYOTA FINANCIAL SAVINGS BANK<br>2485 VILLAGE VIEW DRIVE<br>SUITE 200<br>HENDERSON NV 89074 |
| TOYOTA FINANCIAL SERVICES<br>301 CARLSON PKWY, STE. 210<br>MINNETONKA MN 55305 | TOYOTA MOTOR CREDIT CORP<br>301 CARLSON PKWY STE 210<br>MINNETONKA MN 55305 | U.S. BANK<br>BC-MN-H22A<br>800 NICOLLET MALL, 22ND FLOOR<br>MINNEAPOLIS MN 55402 |
| US BANK VISA CARD<br>P.O. BOX 790408<br>ST. LOUIS MO 63179 | VENTURE BANK<br>5601 GREEN VALLEY DRIVE<br>SUITE 120<br>BLOOMINGTON MN 55437 | VFS FINANCING, INC.<br>10 RIVERVIEW DR<br>ATTN BETH BONELL<br>DANBURY CT 06810 |
| VICTORIA INSURANCE<br>1100 LOCUST STREET<br>DES MOINES IA 50391 | VISION BANK<br>3000 25TH ST. SOUTH<br>P.O. BOX 10008<br>FARGO ND 58106 | WAGENER, MAURICE J.<br>13700 WAYZATA BLVD<br>HOPKINS MN 55305 |
| WASHINGTON COUNTY TREASURER<br>GOVERNMENT CENTER<br>14949 - 62ND ST N<br>STILLWATER MN 55082 | WASHINGTON MUTUAL BANK, FA<br>400 E MAIN ST<br>STOCKTON CA 95290 | WASTE PARTNERS<br>P.O. BOX 677<br>PINE RIVER MN 56474-0677 |
| WATERFORD ASSOCIATION<br>P.O. BOX 1353<br>MINNEAPOLIS MN 55480-1353 | WAYNE BELISLE<br>1843 EAGLE RIDGE<br>MENDOTA HEIGHTS MN 55118 | WELLS FARGO<br>C/O DAVID GALLE<br>45 SOUTH SEVENTH ST, STE 3300<br>MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK N.A.<br>LOAN ADJUSTMENT GROUP<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402 | WELLS FEDERAL BANK<br>53 FIRST ST. SW<br>WELLS MN 56097 | WI DEPT OF TRANSPORTATION<br>PO BOX 7949<br>MADISON WI 53707 |
| WILLIAM BRODY<br>BUCHALTERNEMER<br>1000 WILSHIRE BLVD, STE 1500<br>LOS ANGELES CA 90017-2457 | WORLD OMNI FINANCIAL CORP.<br>190 JIM MORAN BOULEVARD<br>DEERFIELD BEACH FL 33442 | ZAPPIA, THOMAS M., ESQ.<br>ZAPPIA & LEVAHN<br>941 HILLWIND RD NE STE 301<br>MINNEAPOLIS MN 55432 |
| CRAIG E REIMER<br>MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | DENNIS E. HECKER<br>PO BOX 1017<br>CROSSLAKE, MN 56442 | HOWARD J ROIN<br>MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |

MARIA ROMANO
4744 PARADISE ROAD
LAS VEGAS, NV  89121

SAJIDA MAHDI ALI
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL  60606

STUART M ROZEN
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL  60606

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:  
Dennis E. Hecker,

      Debtor.

_____

Chapter 7  
BKY No. 09-50779

**ORDER ALLOWING INTERIM COMPENSATION**

The above matter came before the Court on the Application of Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. ("**LOSGS**") for approval of administrative expenses. Based upon all the files, records and proceedings herein, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED:** Interim compensation for services rendered from June 5, 2009 to October 31, 2009 and reimbursement of expenses incurred for the same period are allowed in the following amounts and the Trustee is authorized to pay said fees and expenses only from unencumbered, undisputed funds in such amount as the Trustee believes appropriate taking into consideration other unpaid Chapter 7 expenses as follows:

        Attorneys' Fees:    $372,278.75  
        Expenses:           $<u>11,834.17</u>  
        Total:               $384,112.92

Dated: _____               _____  
                                                                                Robert J. Kressel  
                                                                                U.S. Bankruptcy Judge

413211