# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: ) | |
| ) | **Bankruptcy Case No.** 09-50779 |
| Dennis E. Hecker, ) | **Chapter 7** |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEAL

CORNERSTONE Bank, CORNERSTONE Holding Company, Inc., and BLACKSTONE Financial, LLC, hereby appeal pursuant to 28 U.S.C. § 158(a) and (b) from the Bankruptcy Court's orders dated November 25, 2009, granting a motion for approval of settlement agreement and abandonment regarding Brainerd Import, LLC and Jacob Holdings of Baxter LLC.

The names of all the parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| **Appellant:** | **CornerStone Bank** <br> **CornerStone Holding Company, Inc., and** <br> **Blackstone Financial, LLC** |
| Attorneys: | Brad A. Sinclair <br> Serkland Law Firm <br> 10 Roberts Street <br> PO Box 6017 <br> Fargo, ND 58108-6017 <br> (701) 232-8957 |
| **Appellee:** | **Randall. L. Seaver, Trustee** |
| Attorneys: | Matthew Burton <br> Leonard, O'Brien, Spencer, Gale & Sayre <br> 100 South Fifth Street, #2500 <br> Minneapolis, MN 55402 <br> (612) 332-1030 |

Dated this 7th day of December, 2009.

/s/ Brad A. Sinclair
Brad A. Sinclair (#0161652), of
SERKLAND LAW FIRM
10 Roberts Street
PO Box 6017
Fargo, ND  58108-6017
(701) 232-8957
**ATTORNEYS FOR
CORNERSTONE BANK**