UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Dennis E. Hecker

                Debtor.

Case No. 09-50779
Chapter 7

---

CORNERSTONE BANK, CORNERSTONE HOLDING COMPANY, INC., AND BLACKSTONE FINANCIAL, LLC'S STATEMENT OF ISSUES AND DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL

---

Pursuant to Federal Rules of Bankruptcy Procedure Rule 8006, Cornerstone Bank, Cornerstone Holding Company, Inc., and Blackstone Financial, LLC, hereinafter jointly and severally referred to as "Cornerstone", hereby submit the following statement of the issues to be presented in connection with Cornerstone's appeal from a final Order dated/entered on November 25, 2009, by the Honorable Robert J. Kressell, United States Bankruptcy Judge for the District of Minnesota, and Cornerstone hereby designates the following items of the official record to be included in the record on appeal:

## **STATEMENT OF THE ISSUES**

1. Did the Bankruptcy Court error in approving the settlement with Brainerd Imports, LLC, Jacob Holdings of Baxter, LLC, and Toyota Motor Credit Corporation when the settlement agreement appears to circumvent Cornerstone's general intangibles security interest?

2. Did the Bankruptcy Court error in failing to grant Cornerstone Bank's request for an evidentiary hearing regarding when the settlement agreement appears to circumvent Cornerstone's general intangible security interest?

## DESIGNATION OF PAPERS FOR THE DESIGNATED RECORD

| Filing Date | Docket Entry | Title of Document |
|---|---|---|
| 11/20/09 | 315 | Notice of Motion and Motion for Approval of Settlement Agreement and Abandonment and For Expedited Hearing |
| 11/24/09 | 317 | Objection to Trustee's Motion for Approval of Settlement Agreement and Abandonment Regarding Brainerd Imports LLC and Jaco Holdings of Baxter LLC |
| 11/25/09 | Pending- On Order with Reporter | Transcript of Hearing on Trustee's Motion for Settlement with Brainerd Imports, LLC, Jacob Holdings of Baxter, LLC, and Toyota Motor Credit Corporation |
| 11/25/09 | 320 | Order Granting Motion to approve compromise Under Rule 9019 |
| 12/7/09 | 326 | Notice of Appeal |

Dated this 14th day of December, 2009.

/s/ Jane L. Dynes for
Brad A. Sinclair, of
SERKLAND LAW FIRM
10 Roberts Street
P.O. Box 6017
Fargo, ND 58108-6017
Telephone: (701) 232-8957
Fax: (701) 237-4049
North Dakota ID No. 04225
CORNERSTONE Bank, CORNERSTONE Holding Company, Inc., and BLACKSTONE Financial, LLC

# AFFIDAVIT OF SERVICE BY MAIL

## In Re: Dennis E. Hecker, Debtor
### Bankruptcy Case No. 09-50779
### Chapter 7 Bankruptcy Case

STATE OF NORTH DAKOTA )
) ss.
COUNTY OF CASS )

      Carmen D. Rohr, being duly sworn, deposes and says that she is a resident of the City of West Fargo, State of North Dakota, is of legal age; and that she served the within

> Cornerstone Bank, Cornerstone Holding Company, Inc., and Blackstone Financial, LLC's Statement of Issues and Designation of Items for the Record on Appeal

On December 15, 2009 to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Clinton E. Cutler
Fredrikson & Byron, P.A.
200 South 6th Street, Ste. 4000
Minneapolis, MN 55402
ccutler@fredlaw.com

Douglas W. Kassebaum
Fredrikson & Byron, P.A.
200 South 6th Street, Ste. 4000
Minneapolis, MN 55402
dkassebaum@fredlaw.com

U.S. Trustee
1015 US Courthouse
300 South 4th Street
Minneapolis, MN 55415
Ustpregion12.mn.ecf@usdoj.gov

Thomas J. Lallier
Foley & Mansfield, P.L.L.P.
250 Marquette Avenue, Ste. 1200
Minneapolis, MN 55401
tlallier@foleymansfield.com

Randall L. Seaver
12400 Portland Avenue So.
Suite 132
Burnsville, MN 55337
rlseaver@fullerseaverramette.com

Monica Clark
Dorsey & Whitney LLP
50 South 6th Street, Ste. 1500
Minneapolis, MN 55402
Clark.monica@dorsey.com

Connie A. Lahn
Fafinski Mark & Johnson, P.A.
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN 55344
Connie.Lahn@fmjlaw.com

David E. Runck
Fafinski Mark & Johnson, P.A.
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN 55344
David.Runck@fmjlaw.com

Cynthia A. Moyer
Fredrikson & Byron, P.A.
200 South 6th Street, Ste. 4000
Minneapolis, MN 55402
cmoyer@fredlaw.com

Andrea M. Hauser
Leonard O'Brien Spencer Gale& Sayre
100 South 5th St., Ste. 2500
Minneapolis, MN 55402
ahauser@losgs.com

Gordon B. Conn
Kalina Wills Gisvold & Clark
6160 Summit Drive, Ste. 560
Minneapolis, MN 55430
conn@kwgc-law.com

Matthew R. Burton
Leonard O'Brien Spencer Gale& Sayre
100 South 5th St., Ste. 2500
Minneapolis, MN 55402
mburton@losgs.com

Ralph Mitchell
Lapp Libra Thomson Stoebner & Pusch
One Financial Plaza, Ste. 2500
120 S. 6th St.
Minneapolis, MN 55402
rmitchell@lapplibra.com

Andrew Paul Moratzka
Mackall Crounce & Moore
901 Marquette Ave.
1400 AT&T Tiower
Minneapolis, MN 55402
apm@mcmlaw.com

Nauni Jo Manty
Manty & Associates, P.A.
510 First Avenue North
Suite 305
Minneapolis, MN 55403
ecf@mantylaw.com

Jamie R. Pierce
Hinshaw & Culbertson LLP
333 South 7th Street
Suite 2000
Minneapolis, MN 55402
jpierce@hinshawlaw.com

Matthew A. Swanson
Leonard, Street & Deinard
150 South 5th St., Ste. 2300
Minneapolis, MN 55402
Matthew.swanson@leonard.com

Michael Meyer
Ravich Meyer Kirkman
4545 IDS Center
80 South 8th Street
Minneapolis, MN 55402
mlmeyer@ravichmeyer.com

Jeffrey D. Klobucar
Foley & Mansfield, PLLP
250 Marquette Ave., Ste. 1200
Minneapolis, MN 55401
jklobucar@foleymansfield.com

Joseph W. Lawver
Messerli & Kramer, P.A.
1800 Fifth Street Towers
150 South 5th Street
Minneapolis, MN 55402
Jlawver@messerlikramer.com

Bruce H. Carlson
McNair, Larson & Carlson, Ltd.
51 Broadway, Ste. 600
Fargo, ND 58102
Bruce.carlson@mlcfargolaw.com

Robert G. Parish
Faegre & Benson, LLP
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
rparish@faegre.com

HSBC Bank Nevada, N.A.
Attn: Patti H. Bass
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ 85712
ecf@bass-associates.com

Ramesh Singh
Recovery Management Systems Corp.
Financial Controller
25 SE 2nd Avenue, Ste. 1120
Miami, FL 33131-1605
claims@recoverycorp.com

Kendall L. Bader
Fredrikson & Byron, P.A.
200 South 6th Street, Ste. 4000
Minneapolis, MN 55402
kbader@fredlaw.com

Tayler D. Candee
Lapp Libra Thomson Stoebner & Pusch
2500 One Financial Plaza
120 South 6th Street
Minneapolis, MN 55402
tcandee@lapplibra.com

Eric J. Sherburne
Stein & Moore, P.A.
First National Bank Bldg.
332 Minnesota St., Ste. W-1650
St. Paul, MN 55101
esherburne@steinmoore.com

Seth Leventhal
Fafinski Mark & Johnson, PA
400 Flagship Corporate Center
775 Prairie Center Drive
Eden Prairie, MN 55344
Seth.leventhal@fmjlaw.com

David L. Johnson
McNair, Larson & Carlson, Ltd.
51 Broadway, #600
Fargo, ND 58102
David.johnson@mlcfargolaw.com

Kathleen K. Statler
Greene Espel PLLP
200 South 6th Street, #1200
Minneapolis, MN 55402
kstatler@greeneespel.com

Larry D. Espel
Greene Espel PLLP
200 South 6th Street, #1200
Minneapolis, MN 55402
lespel@greeneespel.com

Rebecca G. Sluss
Oppenheimer Wolff & Donnelly
Plaza VII, Suite 3300
45 south 7th Street
Minneapolis, MN 55402
rsluss@oppenheimer.com

William R. Skolnick
Skolnick @ Shiff, P.A.
2100 Rand Tower
527 Marquette Avenue So.
Minneapolis, MN 55402
wskolnick@skolnick-shiff.com

Nicholas J. Vivian
Eckberg Lammers Briggs Wolff & Vierling
1809 Northwestern Avenue
Stillwater, MN 55082
nvivian@eckberglammers.com

Timothy J. Peters
Peters Law Firm PLC
2116 Second Avenue So.
Minneapolis, MN 55404
Tpeters@peterslawplc.com

Joshua A. Hasko  
Messerli & Kramer, P.A.  
1400 Fifth Street Towers  
100 South 5th Street  
Minneapolis, MN 55402  
jhasko@messerlikramer.com

Steven R. Qualley  
Gammello & Qualley, P.A.  
14275 Golf Course Drive, #200  
Baxter, MN 56425  
steveq@gqlaw.net

Aaron R. Hartman  
Anthony Ostlund Baer & Louwagie, PA  
3600 Wells Fargo Center  
90 South 7th Street  
Minneapolis, MN 55402  
ahartman@aoblaw.com

Stephen F. Grinnell  
Gray, Plant, Mooty, Mooty & Bennett, P.A.  
500 IDS Center  
80 South Eighth Street  
Minneapolis, MN 55402-3796  
stephen.grinnell@gpmlaw.com

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participants:

Dennis E. Hecker  
P.O. Box 1017  
Crosslake, MN 56442

Bayport Marina Association, Inc.  
Attn: President, Managing Agent or other Officer  
200 Fifth Avenue South  
Bayport, MN 55003

Linda M. Berreau, CPA, CMA, CFE  
16418 Gladys Lane  
Minnetonka, MN 55345

Michael B. Lubic  
Sonnenschein Nath & Rosenthal, LLP  
601 S. Figueroa St., Ste. 2500  
Los Angeles, CA 90017-5704

and depositing the same with postage prepaid in the United States mail at Fargo, North Dakota.

      To the best of affiant's knowledge, the address above given is the actual post office address of the party intended to be so served. The above document was mailed in accordance with the provisions of the Minnesota Rules of Civil Procedure.

                                                  *Carmen D. Rohr*
                                                  Carmen D. Rohr

Subscribed and sworn to before me this 15th day of December, 2009.

                                        JESSICA L. HOLLAND
                                          Notary Public
                                          State of North Dakota
(SEAL)            My Commission Expires Oct. 28, 2015     Notary Public
                                                                      Cass County, North Dakota
                                                                      My Commission Expires: