MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

--------------------------------------------------

In re:

Dennis E. Hecker,

        Debtor.

--------------------------------------------------

BKY No. 09-50779

**NOTICE OF ABANDONMENT**

To:    The United States Trustee, all creditors and other parties in interest.

On January 14, 2010 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will abandon property of the estate as follows: The trustee has been advised of the existence of certain documents and personal property located at 9909 South Shore Drive, Plymouth, MN. A representative of the Trustee has viewed the items and the Trustee has concluded that the personal property is of inconsequential value to the estate and that the business records stored there are not relevant or necessary to the administration of this estate. Therefore, both the personal property and business records will be abandoned.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: December 16, 2009

        /e/ Randall L. Seaver
        Randall L. Seaver, Trustee
        12400 Portland Avenue South, Suite 132
        Burnsville, MN 55337
        (952) 890-0888