MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,   **NOTICE OF ABANDONMENT**

        Debtor.

---------------------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On January 14, 2010 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the Debtor named above will abandon property of the estate as follows: The debtor scheduled two condominium units located in Bayport, Minnesota, legally described as:

> Unit 3, Building 1, Condominium Number 62, Waterford on the St. Croix, a Condominium, together with an undivided $1/41^{st}$ interest in the common areas and facilities as set forth in the Declaration and shown on the Condominium Plat on file and of record in the office of the Washington County Recorder, Minnesota.
>          and
> Unit 4, Building 8, Condominium Number 62, Waterford on the St. Croix, Second Supplemental Condominium Plat, together with an undivided $1/41^{st}$ interest in the common areas and facilities as set forth in the Declaration and shown on the Condominium Plat on file and of record in the office of the Washington County Recorder, Minnesota.

The trustee believes there is no equity in either of the Bayport units and therefore that real property will be abandoned. This is an abandonment only of real property, and is not an abandonment of any personal property.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: December 17, 2009                             /e/ Randall L. Seaver
                                                                   Randall L. Seaver, Trustee
                                                                   12400 Portland Avenue South, Suite 132
                                                                   Burnsville, MN 55337
                                                                   (952) 890-0888