**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:

Dennis E. Hecker,                                                                                               BKY No. 09-50779

        Debtor.

**NOTICE OF HEARING AND MOTION AUTHORIZING
ORDER FOR RULE 2004 EXAMINATIONS**

TO:    ENTITIES SPECIFIED IN LOCAL RULE 9013-3.

Randall L. Seaver, the Chapter 7 Trustee of the above-captioned bankruptcy estate ("**Trustee**"), applies to the court for authorization to conduct Bankruptcy Rule 2004 examinations. The examination for which authorization is sought is that of Larson Allen, LLP.

1.    The court will hold a hearing on this motion at 2:00 p.m. on January 6, 2010, in Courtroom 8 West, before the Honorable Robert J. Kressel, Federal Building, 300 South Fourth Street, Minneapolis, MN 55415, or as soon thereafter as counsel can be heard.

2.    Any response to this motion must be filed and served by delivery no later than December 31, 2009, which is five (5) days before the above date (including Saturdays, Sundays and holidays). UNLESS A RESPONSE IS TIMELY SERVED AND FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

3.    This case was commenced by the filing of a voluntary petition under Chapter 7 on June 4, 2009. The case is currently pending in this court. This court has jurisdiction over this application pursuant to 28 U.S.C. §157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This proceeding is a core proceeding. This Application arises under Bankruptcy Rule 2004. This Application is filed under Local Rule 2004-1(a).

4.    The individuals and entities for which Rule 2004 discovery examination authorization is sought are believed to have information relating to the Debtor's financial affairs.

The connections and information of those individuals and entities known by the Trustee at this time are as follows:

    a.    Larson Allen, LLP prepared tax returns for the Debtor and his business entities and would have knowledge regarding the Debtor's business and financial affairs.

    5.    The Trustee needs to obtain information from the above entity so that he can determine the assets of this bankruptcy estate and administer the estate.

WHEREFORE, the Trustee requests that the court enter an order approving the Trustee's examination, pursuant to Bankruptcy Rule 2004, of Larson Allen, LLP.

**LEONARD, O'BRIEN,**
**SPENCER, GALE & SAYRE LTD.**

Dated: December 18, 2009

By: /e/ Matthew R. Burton
Matthew R. Burton #210018
Attorneys for Trustee
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

## **VERIFICATION**

     I, Randall L. Seaver, Trustee for the Bankruptcy Estate of Dennis E. Hecker named in the foregoing Notice of Hearing and Motion for Turnover of Property, declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

|  |  |
|---|---|
| Executed on December 18, 2009 | /e/  Randall L. Seaver |
|  | Randall L. Seaver, Trustee |

414001

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re: BKY No. 09-50779

Dennis E. Hecker, Chapter 7

        Debtor.
_____

**UNSWORN CERTIFICATE OF SERVICE**
_____

I hereby certify that on December 18, 2009, I caused the following documents:

> *Notice of Hearing and Motion Authorizing Order for Rule 2004 Examinations and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first-class mail, postage paid, to the following:

| | |
|---|---|
| Officer/Managing Agent<br>Larson Allen, LLP<br>220 South Sixth Street<br>Suite 300<br>Minneapolis, MN 55402 | Michael B. Lubic<br>Sonnenschein Nath & Rosenthal LLP<br>601 S Figueroa St Ste 2500<br>Los Angeles, CA 90017-5704 |
| Dennis E. Hecker<br>P.O. Box 1017<br>Crosslake, MN 56442 | Michael W. Malter<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |

Dated: December 18, 2009

      /e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

414007

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

In re:                                                                                          BKY No. 09-50779

                                                                                                      Chapter 7

Dennis E. Hecker,

           Debtor.

_____

**ORDER FOR RULE 2004 EXAMINATIONS**
_____

This case came before the court on the motion of Randall L. Seaver, trustee seeking an order authorizing rule 2004 examinations.

Upon the motion of the trustee, and the documents of record herein, and the court being fully advised in the premises,

It is ordered:

The trustee's application for authorization to conduct a 2004 examination of Larson Allen, LLP is granted.

Dated:

_____
Robert J. Kressel
United States Bankruptcy Judge

414003