UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                          BKY No. 09-50779

Dennis E. Hecker,                                                                        Chapter 7

      Debtor.

**NOTICE OF HEARING AND MOTION FOR AN ORDER
AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS**

Parties specified in Local Rule 9013-3.

    1.    Randall L. Seaver, the duly-appointed Chapter 7 Trustee in the above-referenced bankruptcy case ("**Trustee**"), moves the Court for the relief requested below and gives notice of hearing.

    2.    The Court will hold a hearing on this motion on January 27, 2010 at 2:00 p.m. before the Honorable Robert J. Kressel in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

    3.    Any response to this motion must be filed and delivered no later than January 22, 2010 which is five (5) days before the time set for the hearing (including Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

    4.    This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334, Rule 5005 of the Federal Rules of Bankruptcy Procedure, and Local Rules 1070-1 and 1073-1. This is a core proceeding. This case was commenced as a voluntary Chapter 7 proceeding on June 4, 2009. The case is now pending before this Court.

5.      This Motion arises under 11 U.S.C. §363(b) and (f) and Bankruptcy Rule 6004. The Trustee seeks to sell nonexempt property of the estate to The Lake Bank.  More specifically, the Trustee seeks to sell to The Lake Bank the property listed on the attached Exhibit A, all of which property is located in the three condominium units at 1761 Silver Cliffs Road, 1759 Silver Cliffs Road, and at 1818 Silver Cliffs Road, Two Harbors, Minnesota 55616, together with all other personal property of the Debtor's estate located thereon (collectively, the "**Property**").

6.      The Property will be sold to The Lake Bank for the sum of $34,000.00, which amount, based upon the Trustee's investigation, is a fair and reasonable price.

7.      The Trustee does not believe that any party holds a perfected non-avoidable security interest in the Property.  Tamitha Hecker, the Debtor's spouse, may claim an interest in the Property on behalf of herself and her children.  However, the sale will be free and clear of any interests, liens, charges, claims, pledges and security interests and other encumbrances (collectively, "**Encumbrances**").  The interests, if any, of any purported secured creditors or Tamitha Hecker in the Property will attach to the sale proceeds with the same dignity and priority as those held at the commencement of this case.

8.      Prior to the hearing on this Motion, the Trustee will entertain bids for the Property that exceed The Lake Bank's offer.  However, any higher offer would have to include removal of the Property from the condominiums at 1761 Silver Cliffs Road, 1759 Silver Cliffs Road, and at 1818 Silver Cliffs Road, Two Harbors, Minnesota 55616, without damage to The Lake Bank's other collateral.  The Trustee will inform The Lake Bank if he receives any offer that he considers to be a higher and better offer, and The Lake Bank will have an opportunity, at its sole discretion, to submit another bid for the Property.

9. Pursuant to Local Rule 9013-2(c), the Trustee gives notice that he may, if necessary, testify at the hearing regarding the proposed sale.

WHEREFORE, the Trustee moves the court for an order as follows:

1. Authorizing the sale of the sale of the Property to The Lake Bank for the sum of $34,000.00 free and clear of any Encumbrances, with the claimed liens of any claimed secured parties attaching to the sale proceeds with the same dignity and priority as those claimed liens held at the commencement of this case.

2. Authorizing the sale of the Property to any other higher bidder on the terms contemplated herein and such terms as are acceptable to the Trustee.

                 **LEONARD, O'BRIEN**
                 **SPENCER, GALE & SAYRE, LTD.**

                 /e/ Matthew R. Burton

Dated: January 6, 2010        By_____
                 Matthew R. Burton, #210018
                 Attorneys for Randall L. Seaver, Trustee
                 100 South Fifth Street, Suite 2500
                 Minneapolis, Minnesota 55402
                 (612) 332-1030

# VERIFICATION

     I, Randall L. Seaver, Trustee of the Bankruptcy Estate of Dennis E. Hecker, the moving party named in the foregoing Notice of Hearing and Motion for an Order Authorizing Sale of Assets Free and Clear of Liens, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

/e/  Randall L. Seaver

Dated:  January 6, 2010  _____

Randall L. Seaver, Trustee

414292

# EXHIBIT A

**1761 Silver Cliff Road**

- Brown leather chair
- Gray office chair
- Barley twist legged desk
- Table lamp on above
- End table
- Lake Superior map
- Nautical prints, pair
- Globe and stand
- Approx. LG 20 inch flat screen TV
- Dining table and 6 chairs, 4 mates, 2 captains
- Matching sideboard
- Oil painting
- Bar stools (4)
- Approx. 6 ft. x 9 ft. area rugs (2)
- Misc. décor
- Misc. kitchen
- Misc. small appliances
- Misc. décor in kitchen
- Approx. 9 ft. x 12 ft. area rug
- Sofa and loveseat
- Coffee table
- Upholstered chairs, gold's and brown's, pair
- Round table lamp
- Lamp table, caramel colored
- Matching floor lamp
- Denon AVR-689 home theater receiver
- Phillips DVD player
- Faux plants (2)
- Black cube shelf
- Framed photos, pair
- Sony Bravia approx. 42 inch flat screen TV
- Misc. décor
- Misc. décor in pantry
- Sterling and Noble wall clock
- Sony wireless headphone, new (2)
- Misc. linens
- King size bed, complete
- Large mirror
- Orange retro chairs, pair
- 5 drawer chest
- End tables, pair
- Toshiba approx. 22 inch flat screen TV and DVD combo
- Acoustic Research surge protector
- Sofa Table
- Misc. linens
- Upholstered bench
- Misc. towels
- Hall mirror
- Misc. décor
- Wall sconce
- Mirror with hooks
- Framed print
- Hall shelf unit
- Hall umbrella stand
- Rag rugs (4)
- Bathroom round mirror
- Misc. décor
- Kenmore stainless steel, side by side refrigerator
- Kenmore stainless steel ice maker
- Kenmore stainless steel dishwasher
- G.E. Profile stainless steel electric range
- Kenmore HE2 front loading washer and dryer
- Step stool
- Misc. in closet
- Painting
- Lake Superior map, Feet and Phantoms
- Round mirror, upstairs bath
- Misc. linens
- Toshiba approx. 22 inch flat screen TV and DVD combo
- 8 drawer chest
- Sleigh type day beds (2)
- Shag rug
- King size bed complete
- Faux tree

- Chairs (brown's colors) (2)
- Patio furniture, balcony
- Table lamp
- Toshiba approx. 22 inch flat screen TV and DVD combo
- Floor lamp
- Framed print
- Misc. yard tools
- Echo PB-265L gas leaf blower
- Utility shelf units, plastic (4)
- Misc. on shelf
- Sportscraft ping pong table
- Patio table and 4 chairs
- Chaise lounge (2)
- Patio, round table (2)
- Patio, teak chairs (2)

## 1759 Silver Cliff Road

- Faux tree
- Pine framed mirrors (2)
- Recliners, tapestry (2)
- Approx. 6 ft. x 9 ft. area rug
- Misc. décor
- Framed sailing prints, pair
- Dinette table and 6 chairs
- Bar stools, wooden (4)
- Large mirror
- Sofa table
- Décor, plastic
- Leather sofa and love seat
- Leather chair and ottoman
- Round coffee table and end tables
- Approx. 9 ft. x 12 ft. area rug
- Approx. 42 inch LG flat screen TV
- Denon AVR-689 home theater receiver
- Serpentine shelf unit
- Misc. décor
- Table lamp "wicker"
- Floor lamp
- Kenmore stainless steel side by side refrigerator
- G.E. profile stainless steel electric range
- Kenmore stainless dishwasher
- Misc. kitchen
- Misc. small appliances
- Misc. décor
- Hallway framed print
- Queen size "sleigh" bed complete
- End tables, pair
- 8 drawer chest
- Approx. 20 inch LG flat screen TV
- Framed prints, pair
- Misc. linens
- Kenmore HE2 washer and dryer
- Beveled mirror in closet
- Bench in entry
- Misc. patio furniture
- Misc. small appliances
- Chromed framed mirror
- Misc. décor
- Tin framed mirror in bath
- Approx. 20 inch LG flat screen TV
- Framed print
- Queen size bed, padded headboard, complete
- End table
- Leopard fabric chairs, pair
- Sleigh day bed (2)
- 6 drawer chest
- Round rug
- 2 drawer end tables
- Approx. 20 inch LG flat screen TV
- Floor Lamp

**1818 Silver Cliff Road**

- Computer desk
- Approx. 7 ft. x 9 ft. area rug
- Beveled mirror
- Barrel back arm chair
- Sharp flat screen TV, analog
- Drop leaf dinette table and 4 chairs
- Stripped upholstered chairs (2)
- Approx. 8 ft. x 10 ft. area rug
- Tan "suede" sofa and chair
- Rust coffee/ottoman
- Approx. 7 ft. x 9 ft. area rug
- Balloon back arm chairs (2)
- Floor lamp
- Table lamp
- Approx. 42 inch HP flat screen TV
- Denon AVR-1706 home theater receiver
- Denon DVD-1702 DVD player
- Framed print "Trees"
- Beveled mirrors (2)
- Bar stools, leatherette (4)
- Kenmore stainless steel dishwasher
- Kenmore smooth top electric stove, free standing
- Kenmore stainless steel side by side refrigerator
- Misc. kitchen
- Misc. small appliances
- Misc. kitchen décor
- Beveled mirror, "wired"
- Arts and craft 5 drawer chest
- Queen size Arts and Craft bed, complete
- Framed print
- Shelf unit
- Stripped armless chair
- Sharp flat screen TV approx. 16 inch, analog
- Misc. towels
- Misc. décor
- Table lamp
- Framed photos, pair, trees
- Framed photos, pair, pine cones
- Kenmore series 80 top load washer and dryer
- Round mirror
- Wall coat hook
- Print in entry way
- Misc. patio furniture
- Insignia approx. 22 inch flat screen TV
- Computer desk with top hutch
- Single beds, complete (2)
- 5 drawer chest
- Sharp flat screen TV, small
- Murphy bed with side shelf, complete
- Gray upholstered chairs (2)
- Kenmore student refrigerator
- Round rug, bath
- Large mirror, bath
- Misc. towels
- Weber Genesis gas grill
- Misc. teak patio furniture

414360

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: BKY No. 09-50779

Dennis E. Hecker, Chapter 7

        Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2010, I caused the following documents:

*Notice of Hearing and Motion for an Order Authorizing Sale of Assets Free and Clear of Liens and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

**SEE ATTACHED SERVICE LIST**

Dated: January 6, 2010

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

414689

| | | |
|---|---|---|
| UNITED STATES RENT A CAR<br>4744 PARADISE ROAD<br>LAS VEGAS,, NV  89121 | ACE INSURANCE COMPANY<br>P.O. BOX 294836<br>CLEVELAND OH 44101 | ALDRIDGE, DAN<br>1600 KENWOOD PKWY.<br>MINNEAPOLIS MN 55405 |
| ALLEN EIDE<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 | AMERICAN BANK<br>1060 DAKOTA DRIVE<br>MENDOTA HEIGHTS MN 55120 | AMERICAN EXPRESS<br>P. O. BOX 0001<br>LOS ANGELES CA 90096 |
| AMERICAN NAT'L BANK OF MN<br>7638 WOIDA RD<br>BAXTER MN 56425 | ANCHOR BANK<br>1570 CONCORDIA AVE<br>SAINT PAUL MN 55104 | ANCHOR BANK<br>P.O. BOX 7933<br>MADISON WI 53707 |
| AV CARD/OASIS<br>164 LAKE FRONT DR<br>COCKEYSVILLE MD 21030 | AXIS CAPITAL, INC.<br>308 N LOCUST ST<br>PO BOX 2555<br>GRAND ISLAND NE 68802 | AXLE CAPITAL, LLC / SAGECREST<br>3 PICKWICK PLAZA<br>GREENWICH CT 06830 |
| AMERICAN BANK<br>1578 UNIVERSITY AVENUE W<br>SAINT PAUL, MN 55104 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | BARBARA LYNN CUTTER<br>2350 S BEVERLY GLEN BLVD #5<br>W LOS ANGELES CA 90064 |
| BAYPORT MARINA ASSOCIATION<br>200 5TH STREET<br>BAYPORT MN 55003 | BELISLE, WAYNE<br>1843 EAGLE RIDGE DR<br>SAINT PAUL MN 55118 | BELLAGIO<br>3600 LAS VEGAS BLVD<br>LAS VEGAS NV 89109 |
| BREICH, WALTER<br>13670 -- 122ND STREET<br>NORWOOD YOUNG AMERICA MN 55368 | BREMER BANK<br>633 SOUTH CONCORD STREET, SUITE 350<br>SOUTH ST. PAUL MN 55075 | BRIGGS & MORGAN PA<br>2200 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS MN 55402 |
| C AND C BOAT WORKS<br>36448 CTY RD 66<br>CROSSLAKE MN 56442 | CA BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO CA 94279-7072 | CA DEPT OF MOTOR VEHICLES<br>PO BOX 942869<br>SACRAMENTO CA 94269-0001 |
| CARLTON FINANCIAL CORPORATION<br>1907 E. WAYZATA BLVD. SUITE 180<br>WAYZATA MN 55391 | CENTER POINT ENERGY<br>P.O. BOX 1144<br>MINNEAPOLIS MN 55440 | CESSNA AIRCRAFT COMPANY<br>P.O. BOX 12270<br>WICHITA KS 67277 |
| CHRYSLER FINANCIAL<br>CIMS 740-01-19<br>6400 S FIDDLERS GREEN CIR., STE. 700<br>ENGLEWOOD CO 80111-4979 | CITY OF ASPEN<br>130 S. GALENA ST.<br>ASPEN CO 81611 | CITY OF BAYPORT<br>294 N. 3RD STREET<br>BAYPORT MN 55003 |

| | | |
|---|---|---|
| CITY OF MEDINA<br>2052 CO RD 24<br>HAMEL MN 55340 | COMMUNITY NATIONAL BANK<br>845 EAST COUNTY ROAD E<br>VADNAIS HEIGHTS MN 55127 | D&H DOCKS<br>23624 SMILEY ROAD<br>NISSWA, MN 56468 |
| COOPERATIVE POWER<br>P.O. BOX 69<br>TWO HARBORS MN 55616 | CORNERSTONE BANK<br>2627 SOUTH UNIVERSITY<br>FARGO ND 58103 | CROSSLAKE PROPERTY SOLUTIONS<br>P.O. BOX 810<br>CROSSLAKE MN 56442 |
| CROW WING COUNTY TREASURER<br>JUDICIAL CENTER<br>213 LAUREL ST<br>BRAINERD MN 56401 | DEERWOOD BANK<br>611 WASHINGTON STREET NE<br>BRAINERD MN 56401-3377 | DON GILBERT<br>1700 PHEASANT RUN<br>HUDSON WI 54016 |
| DONALD M HALSTEAD III<br>15626 SUNSET WAY<br>BRAINERD MN 56401 | ELIZABETH A JOHNSON<br>PO BOX 624<br>PINE RIVER MN 56474 | ENCORE BANK<br>3003 TAMIAMI TRAIL NORTH, #100<br>NAPLES FL 34103 |
| EXXONMOBILE OIL CORPORATION<br>ATTN JENNIFER FRASER<br>120 MCDONALD STREET SUITE B<br>SAINT JOHN NB CANADA E2J 1M5 | FAMILY HOLDINGS OF MN LLC<br>11614 ECHO BAY DRIVE<br>CROSSLAKE MN 56442 | FIFTH THIRD BANK<br>C/O RICHARD J. SWIFT, JR.<br>GARLICK STETLER & SKRIVIAN<br>9115 CORSEA DE FONTANA WAY, #100<br>NAPLES FL 34109 |
| GE CAPITAL<br>1415 WEST 22ND STREET, SUITE 600<br>OAKBROOK IL 60523 | GE CAPITAL, FLEET SERVICES<br>3 CAPITAL DRIVE<br>EDEN PRAIRIE MN 55344 | GELCO CORPORATION<br>THREE CAPITAL DRIVE<br>ATTN: GENERAL COUNSEL<br>EDEN PRAIRIE MN 55344 |
| GEMB LENDING INC<br>2995 RED HILL AVE STE 250<br>COSTA MESA CA 92626 | GEMB LENDING, INC.<br>P.O. BOX 57091<br>IRVINE CA 92619 | GMAC MORTGAGE<br>1100 VIRGINIA DRIVE<br>FORT WASHINGTON, PA 19034 |
| GMAC MORTGAGE<br>P.O. BOX 4622<br>WATERLOO IA 50704 | GMAC, LLC<br>15303 94TH AVENUE<br>ORLAND PARK IL 60462 | GWYN M DOENZ<br>10600 COUNTRY DRIVE<br>PINE CITY MN 55063 |
| HECKER, SANDRA<br>13755 - 84TH PL N<br>MAPLE GROVE MN 55369 | HENNEPIN COUNTY TREASURER<br>300 S SIXTH ST<br>A600 GOVERNMENT CNT<br>MINNEAPOLIS MN 55487 | HOLY CROSS ENERGY<br>3799 HWY 82<br>GLENWOOD SPRINGS CO 81602 |
| HOME FEDERAL SAVINGS BANK<br>1016 CIVIC CENTER DR NW<br>STE 300<br>ROCHESTER MN 55903 | HSBC BANK NEVADA NA<br>BASS & ASSOCIATES, PC<br>3936 E FT LOWELL RD, STE 200<br>TUCSON AZ 85712 | HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>MOUNTAIN VALLEY CA 92708 |

| | | |
|---|---|---|
| INTER BANK<br>P.O. BOX 986<br>NEWARK NJ 07184 | INTERBANK EDINA<br>3400 WEST 66TH STREET, SUITE 100<br>EDINA MN 55435 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>389 US COURTHOUSE 316 N ROBERT<br>ST. PAUL MN 55101 |
| IRS<br>DEPARTMENT OF TREASURY<br>OGDEN UT 84201 | JACOB HOLDINGS OF MEDINA, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 | JACOB PROPERTIES OF ASPEN, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 |
| JASON S. COLBAUGH<br>PO BOX 1220<br>BRAINERD MN 56401 | JAVAN CARL<br>13942 GRAND OAKS DR<br>BAXTER MN 56425 | JAVER ESQUIVEL<br>2807 W AVE 30<br>LOS ANGELES CA 90065 |
| JC BROMAC<br>11860 S. LA CIENEGA BLVD.<br>LOS ANGELES CA 90250 | JOHN J. SORCI TRUST<br>2300 EAST VALLEY COURT<br>SAN JOSE CA 95148 | JP MORGAN CHASE BANK, N.A.<br>726 MADISON AVENUE<br>NEW YORK NY 10021 |
| KAPLAN STRANGIS & KAPLAN PA<br>5500 WELLS FARGO CENTER<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402 | KELLY K. HECKER<br>13905 - 53RD AVE N. APT. 1<br>PLYMOUTH MN 55446 | KLEINBANK<br>14141 GLENDALE ROAD<br>SAVAGE MN 55378 |
| KSTP-FM LLC<br>3415 UNIVERSITY AVE<br>SAINT PAUL MN 55114 | LAKE BANK, N.A., THE<br>613 FIRST AVENUE<br>TWO HARBORS MN 55616 | LLOYD SECURITY<br>1097 10TH SE<br>MINNEAPOLIS MN 55414 |
| LUBIC, MICHAEL, ESQ.<br>601 S FIGUEROA ST<br>STE 2500<br>LOS ANGELES CA 90017-5704 | M&I BANK<br>770 N. WATER STREET<br>MILWAUKEE WI 53202 | MAC OF PINE CITY, LLC<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 |
| MARC D. KOHL<br>39101 DARLING LANE<br>HINCKLEY MN 55037 | MARC E TRESSLER<br>3400 BARBARA LN<br>BURNSVILLE MN 55337 | MARSH CONSUMER<br>333 SOUTH SEVENTH, STE 1600<br>MINNEAPOLIS MN 55402-2427 |
| MARSHALL BANK FIRST<br>225 SOUTH SIXTH STREET, SUITE 2900<br>MINNEAPOLIS MN 55402 | MCENROE, CATHERINE<br>LEONARD STREET & DEINARD<br>150 S FIFTH ST STE 2300<br>MINNEAPOLIS MN 55402 | MICHAEL REYES<br>PO BOX 205<br>BACKUS MN 56435 |
| MIKDEN PROPERTIES<br>7002 6TH STREET NORTH<br>OAKDALE MN 55128 | MINNESOTA DEPT. OF REVENUE<br>MAIL STATION 7701<br>SAINT PAUL MN 55146-7701 | MINNESOTA DEPT. OF REVENUE<br>PO BOX 64649<br>SAINT PAUL MN 55164-0649 |

| | | |
|---|---|---|
| MN DEPT OF PUBLIC SAFETY<br>DRIVER & VEHICLE SERVICES<br>445 MINNESOTA ST<br>SAINT PAUL MN 55101-5160 | NATHAN THIEMAN<br>1030 8TH AVE SW<br>PINE CITY MN 55063 | NEIMAN MARCUS<br>P.O. BOX 5235<br>CAROL STREAM IL 60197 |
| NEVADA STATE BANK<br>6505 NORTH BUFFALO DRIVE<br>LAS VEGAS NV 89131 | NIEDERNHOEFER, MANFRED<br>1563 RIVERCREST RD<br>LAKELAND MN 55043 | NITROGREEN<br>P.O. BOX 41<br>MAPLE PLAINE MN 55359 |
| NORTHMARQ CAPITAL<br>3500 AMERICAN BLVD WEST,<br>SUITE 500<br>BLOOMINGTON MN 55431 | NORTHRIDGE FARM<br>ASSOCIATION<br>P.O. BOX 767<br>WAYZATA MN 55391 | NORTHWOODS BANK<br>PO BOX 112<br>PARK RAPIDS MN 56470 |
| OLD REPUBLIC SURETY<br>1503 - 42ND ST<br>STE 100<br>DES MOINES IA 50305 | PRALLE, GARY<br>3625 PINE HOLLOW PL<br>STILLWATER MN 55082 | PREMIER AQUARIUM<br>6340 IRVING AVE S.<br>RICHFIELD MN 55423 |
| PREMIER BANKS<br>1875 W. HIGHWAY 36<br>ROSEVILLE MN 55113 | PRESS A DENT INC<br>1154 S HIGH ST<br>DENVER CO 80210 | PRINDLE, DECKER & AMARO, LLP<br>310 GOLDER SHORE - 4TH FLOOR<br>LONG BEACH CA 90802 |
| PROFESSIONAL SERVICE<br>BUREAU<br>11110 INDUSTRIAL CIRCLE NW<br>STE B<br>ELK RIVER MN 55330-0331 | PROHOVSKY, BILL<br>11700 CROSS AVE<br>CROSSLAKE MN 56442 | R. OLSON / WATERFORD<br>PROPERTIES<br>73 N. BROADWAY<br>FARGO ND 58102 |
| RANDY'S SANITATION<br>P.O. BOX 169<br>DELANO MN 55328 | RIVERLAND BANCORPORATION<br>700 SEVILLE DRIVE<br>JORDAN MN 55352 | RIVERWOOD BANK<br>LOAN PRODUCTION OFFICE<br>PO BOX 899<br>CROSSLAKE MN 56442 |
| ROE, JESSICA LIPSKY, ESQ.<br>BERNICK LIFSON ET AL<br>500 WAYZATA BLVD STE 1200<br>MINNEAPOLIS MN 55416 | ROYAL JEWELERS<br>73 BROADWAY<br>FARGO, ND 58102 | RUTH ANN BIEDERMAN<br>414 7TH AVE NE<br>PINE CITY MN 55063 |
| SCHUYLER SCARBOROUGH<br>19181 SPENCER ROAD UNIT #15<br>BRAINERD MN 56401 | SCOTT A. KEYPORT<br>1802 AIRWAVES RD NE<br>PINE CITY MN 55063 | SILVER CLIFF ASSOCIATION<br>1201 CEDAR LAKE RD S.<br>MINNEAPOLIS MN 55416 |
| SOURCE GAS<br>P.O. BOX 660474<br>DALLAS TX 75266 | ST. CROIX YACHT CLUB<br>P.O. BOX 2263<br>STILLWATER MN 55082 | STATE OF MINNESOTA DEPT OF<br>REVENUE<br>600 NORTH ROBERT STREET<br>ST. PAUL MN 55101 |

STORCHECK CLEANERS
857 7TH STREET
ST. PAUL MN 55106

SUMMERS PROPERTY MANAGEMENT
111K AABC
ASPEN CO 81611

TCF NATIONAL BANK
801 MARQUETTE AVENUE
MINNEAPOLIS MN 55402

TCHIDA, BRYANT D., ESQ.
LEONARD STREET & DEINARD
150 S 5TH ST STE 2300
MINNEAPOLIS MN 55402

THE MIRAGE CASINO-HOTEL
C/O MARK W. RUSSELL ESQ
3400 LAS VEGAS BLVD S
LAS VEGAS NV 89109

TOYOTA FINANCIAL SAVINGS BANK
2485 VILLAGE VIEW DRIVE
SUITE 200
HENDERSON NV 89074

TOYOTA FINANCIAL SERVICES
301 CARLSON PKWY, STE. 210
MINNETONKA MN 55305

TOYOTA MOTOR CREDIT CORP
301 CARLSON PKWY STE 210
MINNETONKA MN 55305

U.S. BANK
BC-MN-H22A
800 NICOLLET MALL, 22ND FLOOR
MINNEAPOLIS MN 55402

US BANK VISA CARD
P.O. BOX 790408
ST. LOUIS MO 63179

VENTURE BANK
5601 GREEN VALLEY DRIVE
SUITE 120
BLOOMINGTON MN 55437

VFS FINANCING, INC.
10 RIVERVIEW DR
ATTN BETH BONELL
DANBURY CT 06810

VICTORIA INSURANCE
1100 LOCUST STREET
DES MOINES IA 50391

VISION BANK
3000 25TH ST. SOUTH
P.O. BOX 10008
FARGO ND 58106

WAGENER, MAURICE J.
13700 WAYZATA BLVD
HOPKINS MN 55305

WASHINGTON COUNTY TREASURER
GOVERNMENT CENTER
14949 - 62ND ST N
STILLWATER MN 55082

WASHINGTON MUTUAL BANK, FA
400 E MAIN ST
STOCKTON CA 95290

WASTE PARTNERS
P.O. BOX 677
PINE RIVER MN 56474-0677

WATERFORD ASSOCIATION
P.O. BOX 1353
MINNEAPOLIS MN 55480-1353

WAYNE BELISLE
1843 EAGLE RIDGE
MENDOTA HEIGHTS MN 55118

WELLS FARGO
C/O DAVID GALLE
45 SOUTH SEVENTH ST, STE 3300
MINNEAPOLIS MN 55402

WELLS FARGO BANK N.A.
LOAN ADJUSTMENT GROUP
90 SOUTH 7TH STREET
MINNEAPOLIS MN 55402

WELLS FEDERAL BANK
53 FIRST ST. SW
WELLS MN 56097

WI DEPT OF TRANSPORTATION
PO BOX 7949
MADISON WI 53707

WILLIAM BRODY
BUCHALTERNEMER
1000 WILSHIRE BLVD, STE 1500
LOS ANGELES CA 90017-2457

WORLD OMNI FINANCIAL CORP.
190 JIM MORAN BOULEVARD
DEERFIELD BEACH FL 33442

ZAPPIA, THOMAS M., ESQ.
ZAPPIA & LEVAHN
941 HILLWIND RD NE STE 301
MINNEAPOLIS MN 55432

CRAIG E REIMER
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

DENNIS E. HECKER
PO BOX 1017
CROSSLAKE, MN 56442

HOWARD J ROIN
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

MARIA ROMANO  
4744 PARADISE ROAD  
LAS VEGAS, NV  89121

SAJIDA MAHDI ALI  
MAYER BROWN LLP  
71 SOUTH WACKER DRIVE  
CHICAGO, IL  60606

STUART ROZEN  
MAYER BROWN LLP  
71 SOUTH WACKER DRIVE  
CHICAGO, IL  60606

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                              BKY No. 09-50779

Dennis E. Hecker,                                                                                   Chapter 7

           Debtor.

**ORDER AUTHORIZING SALE OF ASSETS OF
DEBTOR FREE AND CLEAR OF INTERESTS**

This case is before the court on the motion of Randall L. Seaver, trustee seeking an order authorizing a sale of assets free and clear of interests.

Based on the motion and the file,

It is ordered:

1.      The trustee is authorized to sell the property listed as follows:

a.      Property located at 1761 Silver Cliff Road, Two Harbors, Minnesota:

Brown leather chair, Gray office chair, Barley twist legged desk, Table lamp on above, End table, Lake Superior map, Nautical prints, pair, Globe and stand, Approx. LG 20 inch flat screen TV, Dining table and 6 chairs, 4 mates, 2 captains, Matching sideboard, Oil painting, Bar stools (4), Approx. 6 ft. x 9 ft. area rugs (2), Misc. décor, Misc. kitchen, Misc. small appliances, Misc. décor in kitchen, Approx. 9 ft. x 12 ft. area rug, Sofa and loveseat, Coffee table, Upholstered chairs, gold's and brown's, pair, Round table lamp, Lamp table, caramel colored, Matching floor lamp, Denon AVR-689 home theater receiver, Phillips DVD player, Faux plants (2), Black cube shelf, Framed photos, pair, Sony Bravia approx. 42 inch flat screen TV, Misc. décor, Misc. décor in pantry, Sterling and Noble wall clock, Sony wireless headphone, new (2), Misc. linens, King size bed, complete, Large mirror, Orange retro chairs, pair, 5 drawer chest, End tables, pair, Toshiba approx. 22 inch flat screen TV and DVD combo, Acoustic Research surge protector, Sofa Table, Misc. linens, Upholstered bench, Misc. towels, Hall mirror, Misc. décor, Wall sconce, Mirror with hooks, Framed print, Hall shelf unit, Hall umbrella stand, Rag rugs (4), Bathroom round mirror, Misc. décor, Kenmore stainless steel, side by side refrigerator, Kenmore stainless steel ice maker, Kenmore stainless steel dishwasher, G.E. Profile stainless steel electric range, Kenmore HE2 front loading washer and dryer, Step stool, Misc. in closet, Painting, Lake Superior map, Feet and Phantoms, Round mirror, upstairs bath, Misc. linens, Toshiba approx. 22 inch flat screen TV and DVD combo, 8 drawer chest, Sleigh type day beds (2), Shag rug, King size

bed complete, Faux tree, Chairs (brown's colors) (2), Patio furniture, balcony, Table lamp, Toshiba approx. 22 inch flat screen TV and DVD combo, Floor lamp, Framed print, Misc. yard tools, Echo PB-265L gas leaf blower, Utility shelf units, plastic (4), Misc. on shelf, Sportscraft ping pong table, Patio table and 4 chairs, Chaise lounge (2), Patio, round table (2) and Patio, teak chairs (2);

b.      Property located at 1759 Silver Cliff Road, Two Harbors, Minnesota:

Faux tree, Pine framed mirrors (2), Recliners, tapestry (2), Approx. 6 ft. x 9 ft. area rug, Misc. décor, Framed sailing prints, pair, Dinette table and 6 chairs, Bar stools, wooden (4), Large mirror, Sofa table, Décor, plastic, Leather sofa and love seat, Leather chair and ottoman, Round coffee table and end tables, Approx. 9 ft. x 12 ft. area rug, Approx. 42 inch LG flat screen TV, Denon AVR-689 home theater receiver, Serpentine shelf unit, Misc. décor, Table lamp "wicker", Floor lamp, Kenmore stainless steel side by side refrigerator, G.E. profile stainless steel electric range, Kenmore stainless dishwasher, Misc. kitchen, Misc. small appliances, Misc. décor, Hallway framed print, Queen size "sleigh" bed complete, End tables, pair, 8 drawer chest, Approx. 20 inch LG flat screen TV, Framed prints, pair, Misc. linens, Kenmore HE2 washer and dryer, Beveled mirror in closet, Bench in entry, Misc. patio furniture, Misc. small appliances, Chromed framed mirror, Misc. décor, Tin framed mirror in bath, Approx. 20 inch LG flat screen TV, Framed print, Queen size bed, padded headboard, complete, End table, Leopard fabric chairs, pair, Sleigh day bed (2), 6 drawer chest, Round rug, 2 drawer end tables, Approx. 20 inch LG flat screen TV and Floor Lamp; and

c.      Property located at 1818 Silver Cliff Road, Two Harbors, Minnesota

Computer desk, Approx. 7 ft. x 9 ft. area rug, Beveled mirror, Barrel back arm chair, Sharp flat screen TV, analog, Drop leaf dinette table and 4 chairs, Stripped upholstered chairs (2), Approx. 8 ft. x 10 ft. area rug, Tan "suede" sofa and chair, Rust coffee/ottoman, Approx. 7 ft. x 9 ft. area rug, Balloon back arm chairs (2), Floor lamp, Table lamp, Approx. 42 inch HP flat screen TV, Denon AVR-1706 home theater receiver, Denon DVD-1702 DVD player, Framed print "Trees", Beveled mirrors (2), Bar stools, leatherette (4), Kenmore stainless steel dishwasher, Kenmore smooth top electric stove, free standing, Kenmore stainless steel side by side refrigerator, Misc. kitchen, Misc. small appliances, Misc. kitchen décor, Beveled mirror, "wired", Arts and craft 5 drawer chest, Queen size Arts and Craft bed, complete, Framed print, Shelf unit, Stripped armless chair, Sharp flat screen TV approx. 16 inch, analog, Misc. towels, Misc. décor, Table lamp, Framed photos, pair, trees, Framed photos, pair, pine cones, Kenmore series 80 top load washer and dryer, Round mirror, Wall coat hook, Print in entry way, Misc. patio furniture, Insignia approx. 22 inch flat screen TV, Computer desk with top hutch, Single beds, complete (2), 5 drawer chest, Sharp flat screen TV, small, Murphy bed with side shelf, complete, Gray upholstered chairs (2), Kenmore student refrigerator, Round rug, bath, Large mirror, bath, Misc. towels,, Weber Genesis gas grill and Misc. teak patio furniture.

2

to The Lake Bank for the sum of $34,000.00 free and clear of all interests, liens, charges, claims, pledges, security interests and other encumbrances, with the claimed interests, liens, claims, charges, pledges, security interests and encumbrances of any party attaching to the sale proceeds with the same dignity and priority as those claimed liens or interests held at the commencement of this case.

    2.    The property shall be sold free and clear of all interests, liens, claims, charges, pledges, security interests and encumbrances in such property pursuant to 11 U.S.C. §363(a), (b) and (f) with such interests, liens, claims, charges, pledges, security interests and encumbrances, if any, attaching to the proceeds of sale with the same priority, dignity and effect as such interests existed pre-petition.

    3.    The proceeds shall be deposited in the trustee's account and held subject to further order of the court.

Dated: _____

                                                                        _____
                                                                        Robert J. Kressel
                                                                        United States Bankruptcy Judge

414291