UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| In re: | BKY 09-50779 |
|---|---|
| DENNIS E. HECKER, | Chapter 7 |
| Debtor. | Hon. Robert J. Kressel |

**ORDER FOR RELIEF FROM THE AUTOMATIC STAY**

This case is before the court on a motion of Alliance Bank for an order for relief from the automatic stay. Based on the motion and file,

IT IS ORDERED:

1. Alliance Bank is granted relief from the automatic stay of 11 U.S.C. §362 with respect to debtor's membership interest in Jacob Holdings of Stimson LLC; and

2. Notwithstanding Fed. R. Bankr. P. 4001 (a) (3), this order is effective immediately.

Dated: January 7, 2010      /e/ Robert J. Kressel
                             Robert J. Kressel
                             United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/07/2010*
Lori Vosejpka, Clerk, by LMH