**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                               BKY No. 09-50779
                                                          Chapter 7
Dennis E. Hecker,

               Debtor.

**NOTICE OF HEARING AND MOTION AUTHORIZING**
**ORDER FOR RULE 2004 EXAMINATIONS**

TO:     ENTITIES SPECIFIED IN LOCAL RULE 9013-3

1.      Randall L. Seaver, the Chapter 7 Trustee of the above-captioned bankruptcy estate ("**Trustee**"), applies to the court for authorization to conduct Bankruptcy Rule 2004 examinations.  The examinations for which authorization is sought are those of Michael Miller, Multimedia Holdings Company I, Gannett Co., Inc., Kare 11, Brent Rowan and Embellir Gallery of Gems.

2.      The Court will hold a hearing on this motion at 2:00 p.m. on January 27, 2010, in Courtroom 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415.

3.      Any response to this motion must be filed and served by delivery not later than January 22, 2010 which is five (5) days before the time set for the hearing (including Saturdays, Sundays and holidays).   UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4.      This case was commenced by the filing of a voluntary petition under Chapter 7 on June 4, 2009.  The case is currently pending in this Court.  This court has jurisdiction over this application pursuant to 28 U.S.C. §157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1.

This proceeding is a core proceeding. This Application arises under Bankruptcy Rule 2004. This Application is filed under Local Rule 2004-1(a).

5.      The individuals/entities for which Rule 2004 examination authority is sought is as follows:

(a)      Michael Miller – This individual may have knowledge about Debtor's financial affairs.

(b)      Multimedia Holdings Company I, Gannett Co., Inc. – This entity may have information regarding Christi Rowan's income records and employment history.

(c)      Kare 11 - This entity may have information regarding Christi Rowan's income records and employment history.

(d)      Brent Rowan – This individual may have information to confirm the source of all cash and other deposits into accounts held by him and Christi Rowan.

(e)      Embellir Gallery of Gems – This entity may have information regarding the valuation of the Rolex watches of the Debtor.

6.      The Trustee needs to obtain information from the above individuals and entities so that he can determine the assets of this bankruptcy estate and administer the estate.

WHEREFORE, the Trustee requests that the court enter an order approving the Trustee's examination, pursuant to Bankruptcy Rule 2004, of Michael Miller, Multimedia Holdings Company I, Gannett Co, Inc., Kare 11, Brent Rowan and Embellir Gallery of Gems.

**LEONARD, O'BRIEN, SPENCER,
GALE & SAYRE, LTD.**

/e/  Matthew R. Burton

Dated: January 13, 2010     By:_____
                           Matthew R. Burton
                           100 South Fifth Street, Suite 2500
                           Minneapolis, MN 55402
                           (612) 332-1030

Attorneys for Randall L. Seaver, Trustee

3

## <u>VERIFICATION</u>

      I, Randall L. Seaver, Trustee for the Bankruptcy Estate of Dennis E. Hecker named in the foregoing Notice of Hearing and Motion declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

                                                /e/  Randall L. Seaver

Executed on January 13, 2010           _____

                                           Randall L. Seaver, Trustee

414739

In re:                                                    BKY No. 09-50779

Dennis E. Hecker,                                                    Chapter 7

                              Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2010, I caused the following documents:

**Notice of Hearing and Motion Authorizing Order for Rule 2004 Examinations and Order (proposed)**

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first-class mail, postage paid, to the following:

Michael Miller
111 Marquette Avenue
Minneapolis, MN 55401

Michael Miller
2400 Delaware Avenue
Sunfish Lake, MN 55118

Multimedia Holdings Company I, Gannett Co., Inc.
Attn: Officer/Managing Agent
7950 Jones Branch Drive
McLean, VA 22107

Kare 11
Attn: Officer/Managing Agent
8811 Olson Memorial Highway
Minneapolis, MN 55427

Brent W. Rowan
14555 Durham Road
Minnetonka, MN 55345-3703

Embellir Gallery of Gems
Attn: Officer/Managing Agent
750 Main Street
Suite 111
Mendota Heights, MN 55118

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Michael B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Michael W. Malter
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Dated:  January 13, 2010

415068

/e/  Stephanie Wood
_____

Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
(612) 332-1030

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                      BKY No. 09-50779
                                                                    Chapter 7
Dennis E. Hecker,

                    Debtor.

---

### ORDER FOR RULE 2004 EXAMINATIONS

This case is before the court on the motion of Randall L. Seaver, the trustee seeking authorization to conduct the examinations of Michael Miller, Multimedia Holdings Company I, Gannett Co, Inc., Kare 11, Brent Rowan and Embellir Gallery of Gems pursuant to Bankruptcy Rule 2004(a) and Local Rule 2004-1(a).

It is ordered:

The trustee's application for authorization to conduct 2004 examinations of Michael Miller, Multimedia Holdings Company I, Gannett Co, Inc., Kare 11, Brent Rowan and Embellir Gallery of Gems is granted.

_____

                                        _____

414738