

**WIXON JEWELERS**

*Fine Jewelry,
Gold, Diamonds,
Watches*

# STATEMENT OF AUTHENTICITY

## WITH AFTER-MARKET NON-ROLEX PARTS

PREPARED FOR:

**HECKER WATCH COLLECTION**
ITEM73

DESCRIPTION:

ONE GENT'S WRISTWATCH WITH THE FOLLOWING FEATURES:

- *NAME ON DIAL*: "ROLEX OYSTER PERPETUAL DAY-DATE"
- *CASE:* PLATINUM CASE WITH A SILVER METAL NON-ROLEX SMOOTH BEZEL, WHITE GOLD CROWN
- *DIAL:* METEORITE DIAL WITH TWO CALF'S HEAD DIAMOND HOUR MARKERS, ONE AT 6:00 AND ONE AT 9:00; ARABIC NUMERAL MINUTE MARKS, WHITE GOLD HANDS, DAY WINDOW AT 12:00, DATE WINDOW AT 3:00
- *BRACELET:* PLATINUM "OYSTER SPECIAL EDITION" BRACELET WITH A FOLDING CONCEALED CLASP
- *MOVEMENT:* JEWELED SWISS SELF-WINDING MOVEMENT, ROLEX CALIBRE 3135

MODEL NUMBER:      18946
SERIAL NUMBER:      U735387

AFTER EXAMINATION BY OUR WATCH EXPERTS – BOTH IN OUR APPRAISAL DEPARTMENT AND BY OUR FACTORY TRAINED WATCHMAKERS, WE HAVE FOUND THE ABOVE WATCH TO BE A GENUINE **ROLEX** TIMEPIECE.

DAN WIXON
OWNER – WIXON JEWELERS

11/20/04
DATE

EXHIBIT 14



**WIXON JEWELERS**

*Fine Jewelry,*
*Gold, Diamonds,*
*Watches*

# STATEMENT OF AUTHENTICITY

PREPARED FOR:

**HECKER WATCH COLLECTION**
ITEM 74

DESCRIPTION:

ONE GENT'S WRISTWATCH WITH THE FOLLOWING FEATURES:

- *NAME ON DIAL*: "ROLEX OYSTER PERPETUAL COSMOGRAPH DAYTONA"
- *CASE*: 18K YELLOW GOLD CASE WITH A YELLOW GOLD ENGRAVED TACHYMETRE BEZEL, YELLOW GOLD CROWN AND PUSHERS
- *DIAL*: WHITE DIAL WITH THREE BLACK-FRAMED WHITE SUBDIALS, YELLOW ARABIC NUMERALS, YELLOW GOLD LUNINOUS HANDS
- *BRACELET*: CROCODILE STRAP WITH AN 18K YELLOW GOLD DEPLOYANT BUCKLE
- *MOVEMENT*: JEWELED SWISS SELF-WINDING MECHANICAL MOVEMENT, ROLEX CALIBRE 4030

MODEL NUMBER:      16518
SERIAL NUMBER:     S728449

AFTER EXAMINATION BY OUR WATCH EXPERTS – BOTH IN OUR APPRAISAL DEPARTMENT AND BY OUR FACTORY TRAINED WATCHMAKERS, WE HAVE FOUND THE ABOVE WATCH TO BE A GENUINE **ROLEX** TIMEPIECE.

DAN WIXON
OWNER – WIXON JEWELERS

11/20/09
DATE





**WIXON JEWELERS**

*Fine Jewelry,*
*Gold, Diamonds,*
*Watches*

## STATEMENT OF AUTHENTICITY

PREPARED FOR:

**HECKER WATCH COLLECTION**
ITEM 81

DESCRIPTION:

ONE GENT'S WRISTWATCH WITH THE FOLLOWING FEATURES:

- *NAME ON DIAL*: "ROLEX OYSTER PERPETUAL DATE" AND "YACHTMASTER,"
- *CASE*: 18K YELLOW GOLD CASE WITH A 60-MINUTE ROTATING YELLOW GOLD BEZEL AND YELLOW GOLD CROWN
- *DIAL*: BLUE DIAL WITH ONE TRIANGULAR, TWO RECTANGULAR, AND EIGHT ROUND LUMINOUS HOUR MARKERS; YELLOW GOLD LUMINOUS HANDS, DATE WINDOW AT 3:00
- *BRACELET*: 18K YELLOW GOLD OYSTER BRACELET WITH A FOLDING SECURITY CLASP
- *MOVEMENT*: JEWELED SWISS SELF-WINDING MEHCANICAL MVOEMENT, ROLEX CALIBRE *3135*

MODEL NUMBER:    16628B
SERIAL NUMBER:    U940216

AFTER EXAMINATION BY OUR WATCH EXPERTS – BOTH IN OUR APPRAISAL DEPARTMENT AND BY OUR FACTORY TRAINED WATCHMAKERS, WE HAVE FOUND THE ABOVE WATCH TO BE A GENUINE **ROLEX** TIMEPIECE.

DAN WIXON
OWNER – WIXON JEWELERS

11/30/09
DATE

# STATEMENT OF AUTHENTICITY

**WIXON JEWELERS**

*Fine Jewelry, Gold, Diamonds, Watches*

PREPARED FOR:

**FRED RADDE & SONS, INC.**
ITEM 83

DESCRIPTION:

ONE GENT'S WRISTWATCH WITH THE FOLLOWING FEATURES:

- *NAME ON DIAL*: "ROLEX OYSTER PERPETUAL DATE" AND "YACHT-MASTER"
- *CASE*: 18K YELLOW GOLD CASE WITH A YELLOW GOLD ROTATING 60-MINUTE BEZEL, YELLOW GOLD CROWN
- *DIAL*: BLACK MOTHER OF PEARL DIAL WITH ONE TRIANGULAR, TWO RECTANGULAR AND EIGHT ROUND LUMINOUS HOUR MARKERS, YELLOW GOLD LUMINOUS HANDS, DATE WINDOW AT 3:00
- *BRACELET*: 18K YELLOW GOLD OYSTER BRACELET WITH A FOLDING SECURITY CLASP
- *MOVEMENT*: JEWELED SWISS SELF-WINDING MECHANICAL MOVEMENT, CALIBRE *3135*

MODEL NUMBER:    16628
SERIAL NUMBER:   Y346472

AFTER EXAMINATION BY OUR WATCH EXPERTS – BOTH IN OUR APPRAISAL DEPARTMENT AND BY OUR FACTORY TRAINED WATCHMAKERS, WE HAVE FOUND THE ABOVE WATCH TO BE A GENUINE **ROLEX** TIMEPIECE.

DAN WIXON
OWNER – WIXON JEWELERS

11/20/09
DATE



**WIXON JEWELERS**

*Fine Jewelry,*
*Gold, Diamonds,*
*Watches*

# STATEMENT OF AUTHENTICITY

PREPARED FOR:

**HECKER WATCH COLLECTION**
ITEM 84

DESCRIPTION:

ONE GENT'S WRISTWATCH WITH THE FOLLOWING FEATURES:

- *NAME ON DIAL*: "ROLEX OYSTER PERPETUAL DATE SUBMARINER"
- *CASE:* STAINLESS STEEL CASE WITH AN 18K YELLOW GOLD ROTATING BEZEL WITH A BLUE 60-MINUTE BEZEL INSERT; YELLOW GOLD CROWN
- *DIAL:* BLUE DIAL WITH ONE TRIANGULAR, TWO RECTANGULAR AND EIGHT ROUND LUMINOUS HOUR MARKERS, YELLOW GOLD LUMINOUS HANDS, DATE WINDOW AT 3:00
- *BRACELET:* STAINLESS STEEL AND 18K YELLOW GOLD OYSTER BRACELET WITH A FOLDING STEEL CLASP
- *MOVEMENT*: JEWELED SWISS SELF-WINDING MECHANICAL MOVEMENT, ROLEX CALIBRE 3135

MODEL NUMBER:     16613
SERIAL NUMBER:    X679765

AFTER EXAMINATION BY OUR WATCH EXPERTS – BOTH IN OUR APPRAISAL DEPARTMENT AND BY OUR FACTORY TRAINED WATCHMAKERS, WE HAVE FOUND THE ABOVE WATCH TO BE A GENUINE **ROLEX** TIMEPIECE.

DAN WIXON
OWNER – WIXON JEWELERS

11/20/09
DATE



# *Embellír*
## Gallery of Gems

750 Main Street, Suite 111 • Mendota Hights, MN 55118 • Office: 651-905-1168 • Fax: 651-905-1503
brenda@embellirgems.com • embellirgems.com

## Liquidation Appraisal
### No. 1961-2000

| | | |
|---|---|---|
| **Customer:** | Dennis Hecker | Page Number: 1 |
| **Address:** | 500 Ford Road<br>St. Louis Park<br>MN 55426 | April 28, 2009 |

**Jewelry:** Watch

**Description:** One lot of gent's genuine Rolex wristwatches:

1) 18kt yellow gold Cellini model with black leather band and yellow gold deployment buckle. Model #6623, Case #E154756, engraved "MMSA".

2) Stainless Steel Tiger Woods series made by Tudor for Rolex with black leather band and stainless steel deployment buckle. Model Prince Date.

3) Stainless Steel Yacht-Master series, full size, with platinum bezel.

4) 18kt yellow gold Daytona Cosmograph series, with black diamond dial, Model #16528.

5) 18kt yellow gold Submariner series, with black diamond and ruby dial.

6) 18kt yellow gold Oyster Quartz series in the Day-Date series with baguette diamond dial and round diamond bezel in white gold with 44 diamonds = 0.88ct tw.

**Value of items not priced individually:** $22,400.00

**Total Value:** $22,400.00

**Today's prices:** Gold- $891 per ounce ; Platinum- $1068 per ounce

*Brenda S. Machnik - Gemologist GIA*
*Embellir Gallery of Gems*





34.
1-5-10









EXHIBIT 18



## LEASE AGREEMENT

LEASEE          DENNY HECKER
                500 FORD ROAD
                MINNEAPOLIS, MN  55426
                612 850 1254/763 493 2093 fax

LEASOR          STEVE AND JULIE MATHIESEN
                612 WEBER DR.
                STURGIS, SD  57785

RENTAL FEE      $8000.00
                $  500.00 Discount
                $7500.00 TOTAL RENTAL FEE
                $1000.00 Non-refundable deposit due Nov 24, 2008
                $6500.00 rental balance due by January 1, 2009

LENGTH OF STAY  THURSDAY JULY 30, 2009 NOON THROUGH
                SUNDAY AUGUST 9, 2009 NOON

OCCUPANCY        8 PERSONS MAXIMUM.  NO PARTIES. NO PETS.
                OCCUPANTS WILL ABIDE BY DIRECTIONS/
                REQUESTS ASSOCIATED WITH LIMITATIONS
                OF PROPERTY/UTILITIES.

NON-SMOKING.  NO SUBLEASING ALLOWED.  LEASEE WILL BE LIABLE FOR
DAMAGES UNDER CONDITIONS OF LEASE.  NO TENTS OR CAMPERS.  THE
OCCUPANTS OF STATED PROPERTY WILL ADHERE TO THE LAWS AND
ORDINANCES OF THE STATE OF SOUTH DAKOTA, MEADE COUNTY AND
THE CITY OF STURGIS.  NOT RESPONSIBLE FOR INJURIES. ACCIDENTS OR
NEGLIGENCE.

LEASEE
SIGNATURE _____

LESSOR
SIGNATURE _____

EMERGENCY/LOCAL CONTACT PERSON TO BE DETERMINED.

EXHIBIT 19

HOST ACQUISITION, LLC.
DBA: PAYLESS CAR RENTAL
PH. 973-446-5010
1408 2 NTHST
RICHFIELD, MN 55423

3926

08/26/2009

PAY TO THE ORDER OF  DENNIS HECKER

$ *7,500.00

Seven Thousand Five Hundred and 00/100*************************** DOLLARS

BANK OF THE WEST - MINNESOTA
MINNEAPOLIS, MN 55440
Transit

DENNIS HECKER

MEMO  Expense Reimbursement Jan '09 - Jul '09

CHECK# 3926, PAID 8/27/2009, AMOUNT $7,500.00

3925

08/24/2009

$ *76.20

DOLLARS

BANK OF THE WEST - MINNESOTA
MINNEAPOLIS, MN 55440
Transit

8/25/2009, AMOUNT $76.20

HECKER (11/18) 298

EXHIBIT 20

**Document No.**
**A 492787**

45
1.5-10

OFFICE OF THE
COUNTY RECORDER
CARVER COUNTY, MINNESOTA

Fee: $ 46.00 Check#: 5248

Certified Recorded on 12-11-2008 at 12:30 ☐ AM ☑ PM

492787

Carl W. Hanson, Jr.
County Recorder

## AMENDMENT TO PROMISSORY NOTE AND MORTGAGE

THIS AMENDMENT is made as of June 17, 2008, between Karen Signe Peterson (the "**Borrower**"), and Dennis E. Hecker (the "**Holder**").

### RECITALS

**WHEREAS,** the Holder and Borrower entered into a promissory note dated September 28, 2007 (the "**Promissory Note**") under which Holder lent to Borrower $10,226.00 secured by a mortgage dated September 28, 2007, recorded October 18, 2007 as Document No. A473484 in the office of the Carver County, Minnesota Recorder (the "**Mortgage**"); and

**WHEREAS,** the entire Promissory Note principal balance and all accrued interest was due and payable in full on December 31, 2007; and

**WHEREAS,** Holder is willing to advance an additional $13,202.69 to Borrower and extend the maturity date.

NOW, THEREFORE, in consideration of the above and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Borrower and the Holder agree as follows:

1. <u>Loan Amount.</u>  The principal balance of the loan of $10,226.00 is increased by an advance of new funds of $13,202.69 for a new loan principal balance of $23,468.69 as of date hereof.

2. <u>Extension of Maturity Date.</u>  The maturity date of the Promissory Note is extended from December 31, 2007 to earlier of (a) December 31, 2008 or (b) closing date of sale of Borrower's home which this Promissory Note is secured by the Mortgage.

STATE OF MINNESOTA, COUNTY OF CARVER
Certified to be a true and correct copy of the
original on file and of record in my office
CARL W HANSON, JR
County Recorder / Registrar of Titles
8-5____20 09 By____
Deputy

EXHIBIT 21

3.  **Mortgage Amendment.**   The Mortgage is amended to secure the additional advance of funds of $13,202.69 for a total indebtedness of $23,468.69.

4.  **Continuing Effect.**   Except as expressly amended by this Amendment, the Promissory Note and all the provisions thereof shall remain in full force and effect.

IN WITNESS WHEREOF, the Holder and Borrower have caused this Amendment to be duly executed and delivered as of the day and year first above written.

BORROWER:

_____
Karen Signe Peterson

HOLDER:

_____
Dennis E. Hecker

STATE OF MINNESOTA  )
                    ) ss.
COUNTY OF HENNEPIN  )

The foregoing instrument was acknowledged before me this _19_ day of June, 2008 by Karen Signe Peterson and Dennis E. Hecker.

JEAN G SCHULDT
NOTARY PUBLIC - MINNESOTA
My Commission Expires 01/31/2010

_____
Notary Public

This instrument was drafted by:
Real Estate Specialties
685 Heinel Drive
Roseville, MN 55113

# Pitkin County Assessor

## Sales Detail Information

Assessor/Treasurer Property Search | Assessor Subset Query | Assessor Sales Search
Clerk & Recorder Reception Search

Parcel Detail | Value Detail | Sales Detail | Residential/Commercial Improvement Detail
Land Detail | Photographs

| Account Number |
| --- |
| R018962 |

| Reception Number | Book | Page | Sale Date | Sale Price | Deed Type | Doc Fee |
| --- | --- | --- | --- | --- | --- | --- |
| 504325 | | | 11/12/2004 | 55,000 | SWD | |
| Grantor Name | | | | Grantee Name | | |
| TIMBERS CLUB AT SNOWMASS HOA | | | | HECKER DENNY & TAMITHA | | |

Top of Page
Assessor Database Search Options | Treasurer Database Search Options

Pitkin County Home Page

The Pitkin County Assessor's Office makes every effort to collect and maintain accurate data. However, Good Turns Software and the Pitkin County Assessor's Office are unable to warrant any of the information herein contained.

Copyright © 2008 Good Turns Software. All Rights Reserved.
Database & Web Design by Good Turns Software.


EXHIBIT 21A

# Pitkin County Assessor/Treasurer

## Parcel Detail Information

Assessor/Treasurer Property Search | Assessor Subset Query | Assessor Sales Search
Clerk & Recorder Reception Search

Basic Building Characteristics | Tax Information

Parcel Detail | Value Detail | Sales Detail | Residential/Commercial Improvement Detail
Land Detail | Photographs

| Tax Area | Account Number | Parcel Number | 2008 Mill Levy |
|---|---|---|---|
| 004 | R018962 | 273301406036 | |

## Owner Name and Address

| |
|---|
| HECKER DENNY & TAMITHA |
| 500 FORD RD |
| MINNEAPOLIS, MN 55426 |

## Legal Description

| |
|---|
| Subdivision: TIMBERS CLUB AT SNOWMASS Unit: S6 DESC: PARKING SPACE |

## Location

| | |
|---|---|
| Physical Address: | SNOWMASS VILLAGE |
| Subdivision: | TIMBERS CLUB AT SNOWMASS |
| Land Acres: | |
| Land Sq Ft: | 0 |

## 2009 Property Tax Valuation Information

| | Actual Value | Assessed Value |
|---|---|---|
| Land: | 0 | 0 |
| Improvements: | 130,000 | 37,700 |
| Total: | 130,000 | 37,700 |

| Sale Date: | 11/12/2004 |
|---:|:---|
| Sale Price: | 55,000 |

## Basic Building Characteristics

| Number of Residential Buildings: | 1 |
|---:|:---|
| Number of Comm/Ind Buildings: | 0 |

| Residential Building Occurrence 0 Characteristics ||
|---:|:---|
| FINISHED GARAGE: | 171 |
| Total Heated Area: | 0 |
| Actual Year Built: | 2002 |
| Finish Quality: | TYP MAINT |
| Location Rating: | TYP LOC |
| Neighborhood: | 407574.2 |
| Super Nbhd: | SMASS VILL CONDOS |

## Tax Information

### No Tax Records Found

Top of Page
Assessor Database Search Options | Treasurer Database Search Options

Pitkin County Home Page

The Pitkin County Assessor and Treasurer's Offices make every effort to collect and maintain accurate data. However, Good Turns Software and the Pitkin County Assessor and Treasurer's Offices are unable to warrant any of the information herein contained.

Copyright © 2008 Good Turns Software. All Rights Reserved.
Database & Web Design by Good Turns Software.

**Hecker - Supplemental Exhibit B(7)**

| Watches | Band | Make | Model | Misc. | Lot Value |
|---|---|---|---|---|---|
| Stainless | Stainless | Breitling | | | |
| Silver | Black leather | Breitling | | | |
| Black | | Bulgari | | Lookalike | |
| | Orange | Lockman | | | |
| | Leather | Panerai | | | |
| | | Panerai | Luminor Marina | | |
| | Brown leather | Panerai | Luminor | | |
| | Red | Porsche | | | |
| Black face with gold trim | Gold | Rolex | Submariner | | |
| Blue face with gold trim | Stainless | Rolex | Submariner | | |
| Gold | Gold | Rolex | Yachtmaster | | |
| Gold | Gold | Rolex | Daytona | | |
| Platinum | Platinum | Rolex | Day/Date | | |
| Black face with stainless trim | Black leather | Tudor | Tiger | | |

EXHIBIT 22

<u>Insurance Summary as of July 27, 2009</u>
(yearly premiums)

| Name of Trust | Life Insurance Policy | Annual Payment | Date Due | Status |
|---|---|---|---|---|
| DEH Irrev. Trust of 7/8/99 (Sandra) | Protective Life ($300,000) ████344 | $1,408 | August 19 | Not paid No CSV |
| Marital Trust for Tamitha Hecker | Protective Life ($1.7M) ████343 | $7,652 | August 19 | Not paid No CSV |
| Irrevocable Trust for Kelly K. Hecker | Protective Life ($3M) ████342 | $13,450 | August 19 | Not paid No CSV |
| Irrevocable Trust for Holly K. Hecker | Protective Life ($3M) ████7340 | $13,450 | August 19 | Not paid No CSV |
| Irrevocable Trust for ████ | Protective Life ($3M) ████7341 | $13,450 | August 19 | Not paid No CSV |
| Irrevocable Trust for ████ | Transamerica ($3M) ████609-0 | $15,760 | February 1 | Paid 1/28/09 No CSV |
| Irrevocable Trust for ████ | Pacific Life ($1.5M) ████8460 | $21,647 | December 4 | Paid 12/1/08 CSV = $27,035.21 |
| Irrevocable Trust for Kelly K. Hecker | Pacific Life ($1.5M) ████3510 | $21,647 | December 4 | Paid 12/1/08 CSV = $27,035.21 |
| Irrevocable Trust for Holly K. Hecker | Pacific Life ($1.5M) ████63470 | $21,647 | December 4 | Paid 12/1/08 CSV = $27,035.21 |
| Irrevocable Trust for ████ | Pacific Life ($1.5M) ████3490 | $21,647 | December 4 | Paid 12/1/08 CSV = $27,035.21 |
| Irrevocable Trust for G████ | Pacific Life ($1.M) ████3500 | $14,462.00 | December 4 | Paid 12/1/08 CSV = $18,031.79 |
| Irrevocable Trust for A████ | Pacific Life ($1.M) ████9480 | $14,462.00 | December 4 | Paid 12/1/08 CSV = $18,030.52 |

Note: The CSV noted for each of the Pacific Life policies is the net CSV and has taken into account the surrender charges for each of the policies.

107410/v2


EXHIBIT 23          H814-259

THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK PRINTED ON THE BACK. THE FRONT OF THIS DOCUMENT HAS A MICRO-PRINT SIGNATURE LINE. ABSENCE OF THESE FEATURES WILL INDICATE A COPY.

**Premier Bank**
2866 WHITE BEAR AVENUE • 651/777-7700
MAPLEWOOD, MINNESOTA 55109
MAPLEWOOD • OSSEO • ROSEVILLE • WHITE BEAR LAKE
OSSEO

[redacted]251

REMITTER

Hecker/Jacob Holdings St Cloud [redacted]2701

DATE June 1, 2009

93-541/920

PAY TO THE ORDER OF ***Bill Prohovsky*** $ 5,500.00

FIVE THOUSAND FIVE HUNDRED AND 00/100 DOLLARS

## CASHIER'S CHECK

PAYABLE THROUGH
FIRST INTERSTATE BANK
HELENA, MT

MP

⑆092005411⑆00421 [redacted]16⑈

TELLER # 10272
TRN ACCOUNT# 47 13:56:41 6/01/2009 ON
49 MISCELLANEOUS OUT
CASH OUT $ 5,500.00

CASH OUT $ 11,000.00
45 SELL CASH
TRN 46 13:56:05 6/01/2009 ON
ACCOUNT#
TELLER # 10272

**EXHIBIT 24**

1  A  Randy, I don't know.
2  Q  How was it that you came to own that stock,
3     Mr. Hecker?
4  A  Paid for it.
5  Q  How much did you pay for it when you bought it?
6  A  I don't know. It may sound naive, but I don't
7     know.
8  Q  Did you have an opinion as to what you thought
9     the stock was worth when you transferred it back
10    to Venture Bank?
11 A  Eric Dove negotiated that transaction.
12 Q  Okay. Did you have an opinion, though, as to the
13    value of it?
14 A  Being the seller, I always thought it was worth
15    more than they gave you, so my opinion was always
16    higher than reality.
17 Q  Sure. And I'm just asking for your opinion.
18    Whatever it's worth, it's worth. I'm just trying
19    to get a rough idea here. Are we talking
20    hundreds of thousand, tens of thousands?
21 A  Ten to 25,000 more approximately.
22 Q  Okay. What business dealings have you had in
23    which Mike Givens has been involved?
24 A  A number of pieces of property.
25 Q  Tell me what those are, as best you can recall.

1  A  The Mikden properties. I believe that he already
2     made a deal with them.
3  Q  Which Mikden property? Well --
4  A  There's about six or seven of them.
5  Q  And they're all listed in here (indicating),
6     right? By here I mean there's a long list --
7  A  I believe so, yes.
8  Q  Okay. Now, what's his involvement with Venture
9     Bank?
10 A  He's the guy that talked me into buying the stock
11    in the bank. He had stock in the bank too.
12 Q  Is he on the board of directors --
13 A  I don't know.
14 Q  -- or is he --
15 A  I don't know.
16 Q  Don't know? Okay. Do you have any idea of what
17    his involvement is, if any, with Venture Bank?
18 A  I don't know.
19 Q  But is it Mike Givens that -- Well, when this
20    transaction by which the stock went back to
21    Venture Bank that's disclosed here at Item 10,
22    was Mike Givens involved in those discussions at
23    all?
24 A  I don't believe directly.
25 Q  It was someone from the bank?

1  A  Yes.
2  Q  Who was that someone?
3  A  Mike Zenk.
4  Q  How do you spell that last name; do you know?
5     MR. CUTLER: Z-E-N-K.
6     THE WITNESS: Okay.
7     MR. SKOLNICK: We'll go with that.
8  BY MR. SEAVER:
9  Q  Then farther down at this item -- Let me finish
10    that off. So there's a group of documents that
11    Venture Bank would have that would set forth what
12    happened in this transaction?
13 A  Correct.
14 Q  Okay. Do you remember roughly what the reduction
15    in debt they gave you was? Again, I'm looking
16    for tens of thousands or hundreds?
17 A  Zero to 15, I think.
18 Q  Zero to 50,000, in --
19 A  Uh-huh.
20 Q  -- that range?
21 A  Uh-huh.
22    THE REPORTER: Is that yes or no,
23    please?
24    THE WITNESS: Yes.
25 BY MR SEAVER:

1  Q  And then a little farther down there's Bremer
2     Bank and it says Return of bank stock granted to
3     debtor, as director, $2,000 in value. Were you a
4     director of Bremer Bank?
5  A  I was called the director. I believe they have
6     two forms of directors: They have the director
7     of the bank and the community director. And the
8     directors of the bank were the holding company
9     that made all the decisions. The director I was,
10    was four or five other people from the community
11    that gave our opinions and reviewed the
12    operations with the local management of the
13    Minneapolis area but had no decision-making
14    authority. Maybe more of an advisory directory
15    role.
16 Q  Who was it at Bremer Bank that brought you in in
17    that capacity?
18 A  Steve Meads.
19 Q  Still on this same Exhibit 8, if you turn to page
20    89, down at the bottom it's property held for
21    another person. And it says Northstate Financial
22    Corp., boats, inventory, et cetera, with 150,000
23    value held for resale and securing 1.5 million
24    debt to Bremer Bank.
25    What boats were being held for

EXHIBIT 25

1   Northstate Financial?
2  A   There's a specific list that added up to about
3      150,000. You should have a copy of that.
4  Q   Was there a specific list that you prepared?
5  A   Yes. There is a list with the estimated values
6      of about 150.
7  Q   Okay.
8  A   I'm sure you have it forwarded to you.
9  Q   Who prepared the list?
10 A   Chip Lohmiller, Sue, myself.
11 Q   Okay. When was that list prepared? I'm trying
12     to put this in perspective of your bankruptcy.
13 A   I think there was a list put together almost
14     annually. There was one in June of '08, April of
15     '09, maybe June of '09.
16 Q   Would that be the inventory list Chip Lohmiller
17     would put together up there?
18 A   In part, yes.
19 Q   Okay. Is that the list that you're referring to
20     or is there some other list that would have all
21     of these things --
22 A   I thought there was a more detailed list.
23         MR. SEAVER: All right. Let's go off
24     the record for a minute.
25         (Discussion held off the record.)

1  BY MR. SEAVER:
2  Q   Back on the record. While we were off I was just
3      asking Clint informally if he thought they had
4      the list over there, and then you said you
5      thought there was a list that said MSO on it and
6      some other things. What does MSO mean?
7  A   It stands for Manufacture's Statement of Origin.
8      It's like a title.
9  Q   So there's a list that would have the property
10     name, whatever the Northstate property is --
11 A   A description.
12 Q   Okay. And then a column for the MSO?
13 A   The title, if it was registered, DNR number,
14     value.
15 Q   And if it's still just an MSO, that means that
16     it's never gone into, for title purposes, private
17     ownership, right?
18 A   Correct.
19 Q   I think I know this, but to make sure I
20     understand it, that certificate -- As long as the
21     dealer is holding the vehicle, the title would
22     stay that way. You'd have the certificate of
23     origin. Then when the dealer sold the vehicle to
24     Joe Smith, then there would be the transfer over
25     to Joe of that certificate or statement of

1      origin?
2  A   A lot of those sport places do it different.
3      Either they register it or hand the person the
4      certificate, even if it's new or used or whatever
5      the case might be.
6  Q   But, generally speaking, if there was no
7      Certificate of Title and it was still the origin
8      certificate, that would mean that it hadn't been
9      titled in a private individual?
10 A   Or it didn't come with a certificate. Some of
11     them just came just Bill of Sale.
12 Q   Okay. Still at this page 89 here, on the safe
13     deposit boxes there's one that you held jointly
14     with Chip Lohmiller, correct?
15 A   Yes.
16 Q   Were you ever actually personally in that; did
17     you ever visit that box?
18 A   I don't believe so.
19 Q   And tell me the story of the cash deposited into
20     that box, why it was and what happened to it? I
21     realize that's a compound question.
22 A   It's a paragraph.
23         MR. CUTLER: Sounds like it calls for a
24     narrative.
25 BY MR. SEAVER:

1  Q   That's what I'm asking for, actually.
2  A   Basically there was a charity event that offered
3      a hole-in-one value for -- somebody winning a
4      grand prize for a hole in one. It was insured,
5      and they asked if somebody could provide the
6      50,000 in case somebody won that day, they could
7      hand them the $50,000. So however it worked out
8      I provided the 50,000. Nobody won the 50,000.
9      Chip put it in a safe deposit box and that's
10     where it stayed. He had access to it and so did
11     I.
12 Q   Did you ever actually go there, though, to get
13     access to it?
14 A   I don't believe I did. I don't believe I had a
15     key either.
16 Q   And then the Statement of Financial Affairs says
17     that it was surrendered or transferred or
18     surrendered in March of '09. Did there come a
19     time in the spring of '09 where you had Chip go
20     in there and get whatever remaining cash was in
21     there and deliver it to you?
22 A   I believe there was about 25 or 30,000 in the
23     spring of '09.
24 Q   And did he deliver that money to you?
25 A   Yes, he did.

1  Q   The April trip to Las Vegas that we spoke about
2      briefly, that -- how long was that trip, three,
3      four days?
4  A   Probably four days.
5  Q   Okay. And that was the only one in April, right?
6  A   Yes.
7  Q   All right.
8          MR. SEAVER: Would you mark this,
9      please.
10         (Hecker Exhibit 16 was marked for
11         identification by the court reporter.)
12 BY MR. SEAVER:
13 Q   This Exhibit 16, Mr. Hecker, that I just had put
14     in front of you, it says DEH Items and Associated
15     Registration. Is this the list that you were
16     talking about before?
17 A   This is one of two or three.
18 Q   Okay. Did you have Sue Miller prepare a few
19     different ones?
20 A   Sue prepared one that was inaccurate, and Chip
21     and I went through it and kind of went through
22     her deficiencies and what the problems were.
23 Q   Is this the final version after you and Chip went
24     through it?
25 A   No.

1  Q   Was there another one after that?
2  A   Yes.
3  Q   It's not in front of you, obviously, but would it
4      have a date after April 8 --
5  A   Yes, it would.
6  Q   -- or after April 9, I meant to say?
7  A   Yes.
8          (Hecker Exhibit 17 was marked for
9          identification by the court reporter.)
10 BY MR. SEAVER:
11 Q   All right. Now, Exhibit 17, is this the first
12     one Sue Miller prepared that was inaccurate?
13 A   No, I don't believe so.
14 Q   It says 4/8 up there and says, from Susan
15     Miller. Have you seen this list before?
16 A   Sue was really good at putting lists together,
17     but her scheduling schedules -- or her
18     definitions and accuracy over the last 15 years
19     are somewhat --
20         MR. CUTLER: But the question was --
21 BY MR. SEAVER:
22 Q   I'm not asking about accuracy. I'm just asking
23     if you've seen this list before?
24 A   Oh, yeah, sure.
25 Q   And is this one of the lists you went through and

1      found errors by Sue Miller?
2  A   One of them, yes.
3  Q   Okay. So then there was that one, then there's
4      Exhibit 16, and then after that there will be one
5      that's dated April 10 or after that will be the
6      one you and Chip went through?
7  A   There were some that were last year, '08, '07,
8      '06.
9  Q   Let's just focus on from April 1st to right now
10     or to your bankruptcy filing. So we have the
11     April 8, we have the April 9, and then there will
12     be -- is it one after that, you think --
13 A   There may be one or two more.
14 Q   Okay. And did you sit down with Chip after Susan
15     had done this April 8 one and go through it or
16     did the conversation with him happen later?
17 A   Well, Sue and Chip kind of had this secret
18     dialogue all the time about who wanted to buy
19     what and what was going on, so, actually, I did a
20     physical inventory of what was there and then
21     over that with Chip and then shared that with
22     Sue.
23 Q   Okay. And that would have occurred when, your
24     physical inventory?
25 A   Sometime in June.

1  Q   June of '09?
2  A   Yes. And I would have done one in the fall
3      of '08.
4  Q   You personally?
5  A   Yes.
6  Q   Okay. The one in June of '09, would you have
7      done that just before the filing?
8  A   Yes.
9  Q   Okay. And is that written?
10 A   Yes.
11 Q   And do you have a copy of that?
12 A   I believe I do.
13 Q   Would you send it on to Clint or Bill, whichever?
14 A   If he does not have it, I will.
15 Q   Okay, great. And then there was an inventory
16     that you did in the fall of '08 too; is that what
17     you're saying?
18 A   Yes.
19 Q   Okay. And that was a physical inventory done by
20     you personally?
21 A   Yes.
22 Q   Okay. Now, back at Exhibit 8, that's the -- that
23     is the schedules in this case. I'll just turn to
24     page 89, which is in the Statement of Financial
25     Affairs. And I'm going to draw your attention to

1   the Northstate stuff again. It says that the
2   boats and inventory, et cetera, it says that
3   they're held for resale. Do you see that?
4   A   Yes.
5   Q   All right. Look at Exhibits 17 and 16. And I
6   understand what you've said about them not being
7   completely accurate, but can you look at -- Let's
8   start with 17. Can you look at that and tell me
9   which of those items were being held by
10  Northstate for resale when you filed bankruptcy?
11          MR. SEAVER: Do you want me to rephrase
12  that?
13          MR. CUTLER: Well, you said that were
14  held by Northstate, but this is the information
15  that the debtor is holding property of another
16  person, right, so isn't it backwards? It's
17  property that he's holding that belongs to
18  Northstate.
19  BY MR. SEAVER:
20  Q   That's what I meant to say. Let me rephrase it.
21  Item 14 talks about boats, inventory, et cetera,
22  that you're holding for resale, or is it
23  Northstate that's holding it for resale?
24  A   Northstate would be holding it for resale.
25  Q   It was in your possession?

1   A   Yes.
2   Q   But Northstate was holding it for resale?
3   A   Yes.
4   Q   Okay. On this Exhibit 17 can you point out to me
5   the items here that were being held by Northstate
6   for resale when you filed bankruptcy?
7   A   If I had the most current list that we had, I had
8   it all broken down by -- I would be guessing at
9   the moment. There's several items on the sheet
10  and I wouldn't want to be guessing. I believe
11  that we have the schedule from June before the
12  bankruptcy that could show and clearly define
13  which is which.
14  Q   Well, the 1994 Heritage Classic motorcycle, was
15  that titled in Northstate?
16  A   The sheet that I have -- Excuse me. I don't want
17  to not answer your question. The sheet that we
18  have has the individual piece of -- individual
19  items, serial numbers, whose name it was held in
20  and how long it's been held.
21  Q   Well, you only had one 1994 Harley motorcycle,
22  right?
23  A   Yes.
24  Q   All right. Whose was it, yours or Northstate's?
25  A   I don't have the sheet in front of me, Randy,

1   that shows whose name is on the title or the copy
2   of the --
3   Q   Okay.
4   A   I would like to be able to have the document. It
5   reads itself. It ties to the title and ties to
6   everything. I would be -- If today right now you
7   asked me, I'd be guessing.
8   Q   Well, if it had been owned by you personally when
9   you filed bankruptcy, you would have listed it in
10  Schedule B, wouldn't you?
11  A   I believe so, because I didn't list anything that
12  I owned in Schedule B.
13  Q   Maybe you didn't understand. Schedule B calls
14  for a disclosure of ownership of various items.
15  If you personally had owned the 1994 motorcycle
16  Heritage Classic, you would have listed it in
17  Schedule B, wouldn't you?
18  A   Maybe -- Let me try one more bite at the apple
19  here.
20  Q   No. Just answer the question. If you owned it,
21  you would have disclosed --
22  A   I'm not sure I did own it, that's the problem. I
23  don't know the answer because when Sue Miller put
24  this together, she assumed a number of things.
25  Q   Okay. Let me try and break my question down a

1   little bit more. In the schedules, Schedule B,
2   you did list all of the property you owned,
3   correct?
4   A   Schedule B is --
5   Q   Here, let me show you. Actually, it's Exhibit
6   Number -- or, I'm sorry, it's Exhibit 8, but it's
7   Item Number 25 at Schedule B. It asks for a list
8   of automobiles, trucks, trailers, and other
9   vehicles and accessories.
10  A   Okay.
11  Q   If you had owned -- If Dennis Hecker owned the
12  1994 Harley Davidson at the time you filed
13  bankruptcy, you would have listed it there,
14  wouldn't you?
15          MR. CUTLER: Well, I object to the form
16  of the question. I think it's speculation.
17  BY MR. SEAVER:
18  Q   Well, would you have told --
19          MR. CUTLER: I think you're assuming
20  that he knew that he owned the vehicle, and I
21  think he's saying that he didn't know that he
22  owned the vehicle.
23          THE WITNESS: Or if I knew it.
24  BY MR. SEAVER:
25  Q   So when you did your schedules, you didn't know