## TFCU DEPOSITS & LOAN PAYMENTS

Member No. _____  Date _____

Member
Name _____

*PLEASE PRINT*

NOTE: Use one transaction slip per member number.

| Cash | Currency | Dollars | Cents |
|---|---|---|---|
| | Coin | | |
| | Checks | | |
| | | | |
| | | | |
| | Sub-Total | 7000 | |
| | Less Cash Received | | |
| **TOTAL** | | 7000 | |

☐ Share ($5) $ _____
☐ Sub-Share ($5) $ _____
☑ Value Checking ($10) $ 7000 —
☐ Reward Checking ($15) $ _____
☐ RewardPlus Checking ($20) $ _____
☐ MoneyFund ($30) $ _____
☐ WealthBuilder ($25) $ _____
☐ Loan No. $ _____
☐ Loan No. $ _____
☐ Other $ _____
☐ Other $ _____

**TOTAL** $ 7000

To receive cash back please sign here
X _____

For IRA deposit, indicate tax year & sign
X _____  Tax Year _____

TFCU • 6500 Olson Memorial Hwy., Golden Valley, MN 55427

---

# TFCU
### Teachers Federal Credit Union
*Like a bank. Only smarter.*

763-544-1517 • 1-800-862-1998
www.tfcumn.org

I HAVE SURRENDERED THIS RECEIPT FOR ACCURACY AND ACKNOWLEDGE THE TRANSACTIONS IS CORRECT

| | IN | CASH | OUT |
|---|---|---|---|
| | | 1 | |
| | | 5 | |
| 7000 | | 10 | |
| | | 20 | |
| | | 50 | |
| | | 100 | |

Account Detail
10 VALUE CHECKING
Cash In:   7000.00

***** MULTIPLE TRANSACTION TR#31 *****
Account #
*********5510

BRENT ROWAN
MINNEAPOLIS MN

Vch2331(1)   18 NOV 08  08:40 Br 1 Op 551   Net Amt 7000.00

| Amount | Balance | Available |
|---|---|---|
| 7000.00 | 7875.63 | 7100.64 |

## TFCU DEPOSITS & LOAN PAYMENTS

Member No. _____ Date 11/__/__

Member Name _____

*PLEASE PRINT*

NOTE: Use one transaction slip per member number.

| Cash | Currency | 4000 | — |
|------|----------|------|---|
|      | Coin | | |
|      | Checks | | |
| | | | |
| *Please list each check separately.* | | | |
| | | | |
| | Sub-Total | | |
| | Less Cash Received | | |
| | **TOTAL** | | |

| | | | |
|---|---|---|---|
| ☐ Share (S1) | $ _____ |
| ☐ Sub-Share (S2.___) | $ _____ |
| ☒ Value Checking (S10) | $ 2000 |
| ☒ Reward Checking (S15) | $ 2000 |
| ☐ RewardPlus Checking (S20) | $ _____ |
| ☐ MoneyFund (S30) | $ _____ |
| ☐ WealthBuilder (S28) | $ _____ |
| ☐ Loan No. _____ | $ _____ |
| ☐ Loan No. _____ | $ _____ |
| ☐ Other _____ | $ _____ |
| ☐ Other _____ | $ _____ |

**TOTAL** $ 4000 —

To receive cash back please sign here
X _____

For IRA deposit, indicate tax year & sign
X _____ Tax Year _____

TFCU • 6500 Olson Memorial Hwy., Golden Valley, MN 55427

NCUA

Avail at
34753.

Member No. 8345    Date 11/24/08

Member Name CHRISTI ROWAN

**PLEASE PRINT**

*NOTE: Use one transaction slip per member number.*

| Cash | Currency | DOLLARS | Cents |
|------|----------|---------|-------|
|      | Coin     | 1500    | —     |
|      | Checks   |         |       |
| Please list each check separately. |  |  |  |
|      |          |         |       |
|      |          |         |       |
|      |          |         |       |
|      | Sub-Total | 1500 |  |
|      | Less Cash Received |  |  |
|      | **TOTAL** | 1500 |  |

☐ Share (S1)                        $ _____
☐ Sub-Share (S2____)                $ _____
☑ Value Checking (S10)              $ 1500 —
☐ Reward Checking (S15)             $ _____
☐ RewardPlus Checking (S20)         $ _____
☐ MoneyFund (S30)                   $ _____
☐ WealthBuilder (S28)               $ _____
☐ Loan No. _____                   $ _____
☐ Loan No. _____                   $ _____
☐ Other _____                      $ _____
☐ Other _____                      $ _____
                        **TOTAL** $ 1500 —

**To receive cash back please sign here**
X _____

For IRA deposit, indicate tax year & sign
X _____    Tax Year _____

TFCU • 6500 Olson Memorial Hwy., Golden Valley, MN 55427

lance 56.84

Available 618.29

---

(partial second slip, right side)

Sub-Tot_____
Less Cash Receive_____
**TOTAL**

☐ Share (S1)
☐ Sub-Share (S2.
☐ Value Checking (S
☐ Reward Checking
☐ RewardPlus Check
☐ MoneyFund (S30)
☐ WealthBuilder (S28
☐ Loan No. _____
☐ Loan No. _____
☐ Other _____
☐ Other _____

To receive cash b
X

For IRA deposit, in
X

REVIEWED THIS RECEIPT FOR ACCURACY AND
KNOWLEDGE THE TRANSACTION IS CORRECT.

www.tfcumn.org

rcb811(1)   25 NOV 08  15:02  Br 1 0p 551  Net Amt 5802.00

## TFCU DEPOSITS & LOAN PAYMENTS

Member No. ●9346          Date 11/25/08

Member
Name  CHYUN KOUA

**PLEASE PRINT**

*NOTE: Use one transaction slip per member number.*

| Cash | Currency | 5000 | |
| | Coin | | |
| | Checks | | |
| | *Please list each check separately* | | |
| | | | |
| | | | |
| | | | |
| | Sub-Total | 5000 — | |
| | Less Cash Received | | |
| | **TOTAL** | 5000 — | |

- ☐ Share (S1)                     $
- ☐ Sub-Share (S2___)              $
- ☒ Value Checking (S10)           $ 5000 —
- ☐ Reward Checking (S15)          $
- ☐ RewardPlus Checking (S20)      $
- ☐ MoneyFund (S30)               $
- ☐ WealthBuilder (S28)            $
- ☐ Loan No.                       $
- ☐ Loan No.                       $
- ☐ Other                          $
- ☐ Other                          $

**TOTAL**  $ 5000 —

**To receive cash back please sign here**
X

For IRA deposit, indicate tax year & sign
X _____ Tax Year _____

TFCU • 6500 Olson Memorial Hwy, Golden Valley, MN 55427