**WALDEN AUTO LEASING HOLDING CO.**

MINNEAPOLIS, MN

USBANK
24-84/1230

CHECK NO.
1107

1107

PAY          $5,611.00

TELLER #551

MAY 07 2009

| DATE | AMOUNT |
|---|---|
| 5/7/2009 | 5,611.00 |

TO THE
ORDER
OF         C Larson

TWO SIGNATURES REQUIRED

⑈001107⑈ ⑆123000848⑈                7492⑈

Date:05/07/2009 RT:123000848 Branch:1 Teller:551 Sequence:7575164 Account:        9492 Serial:1107 Amount:$5,611.00
TranCode:0

ENDORSE HERE

## TFCU DEPOSITS & LOAN PAYMEN

Member No. _534~_ · Date _5/14_

Member Name _CHRISTA ROWAN_

*PLEASE PRINT*

NOTE: Use one transaction slip per member/month

| Cash | Currency | Coin | | | Crn |
|------|----------|------|---|---|-----|
| | Currency | | 2000 | | |
| | Coin | | | | |
| | Checks | | | | |
| | *Please list each check separately* | | | | |
| | | | | | |
| | | | | | |
| | Sub-Total | | 2000 | | |
| | Less Cash Received | | | | |
| | **TOTAL** | | 2000 | — | |

- [ ] Share (S1) $ _____
- [ ] Sub-Share (S2___) $ _____
- [x] Value Checking (S10) $ _2000_
- [ ] Reward Checking (S15) $ _____
- [ ] RewardPlus Checking (S20) $ _____
- [ ] MoneyFund (S30) $ _____
- [ ] WealthBuilder (S28) $ _____
- [ ] Loan No. _____ $ _____
- [ ] Loan No. _____ $ _____
- [ ] Other _____ $ _____
- [ ] Other _____ $ _____

**TOTAL** $ _2000_ —

To receive cash back please sign here
X _____

For IRA deposit, indicate tax year & sign
X _____ Tax Year ____

I HAVE MADE A DEPOSIT/RECEIPT FOR ACCURACY AND RETAIN FOR THE TRANSACTION IS CORRECT.

763-544-1517 · 1-800-862-1998
www.tfcumn.org

V2n3902(11)  14 MAY 09 08:33 Br 1 Dp 551 Net Amt 854.00

Account Detail
TO VALUE CHECKING

***** MULTIPLE T
Account #

900.00

## TFCU DEPOSITS & LOAN PAYMENTS

Member No. ██8345   Date 5/19/09

Member Name: CHRISH ROWAN

**PLEASE PRINT**

NOTE: Use one transaction slip per member number.

| Cash | | Dollars | Cents |
|---|---|---|---|
| | Currency | 1500 | |
| | Coin | | |
| | Checks | | |
| Please list each check separately | | | |
| | | | |
| | | | |
| | Sub-Total | 1500 | — |
| | Less Cash Received | | |
| | **TOTAL** | 1500 | — |

- ☐ Share (S1) — $
- ☐ Sub-Share (S2___) — $
- ☑ Value Checking (S10) — $ 1500. —
- ☐ Reward Checking (S15) — $
- ☐ RewardPlus Checking (S20) — $
- ☐ MoneyFund (S30) — $
- ☐ WealthBuilder (S28) — $
- ☐ Loan No. — $
- ☐ Loan No. — $
- ☐ Other — $
- ☐ Other — $

**TOTAL** $ 1500 —

To receive cash back please sign here
X _____

For IRA deposit, indicate tax year & sign
X _____   Tax Year

TFCU • 6500 Olson Memorial Hwy, Golden Valley, MN 55427

---

# TFCU
### Teachers Federal Credit Union

*Like a bank. Only smarter.*

763-544-1517 • 1-800-862-1998
www.tfcumn.org

| | IN | OUT |
|---|---|---|
| CASH | | |
| 1 | | |
| 5 | | |
| 10 | | |
| 20 | | |
| 50 | | |
| 100 | | |

Account Detail
10 VALUE CHECKING
Cash In: 1500.00

I HAVE REVIEWED THIS RECEIPT FOR ACCURACY AND ACKNOWLEDGE THE TRANSACTION IS CORRECT

BRENT ROWAN
MINNEAPOLIS MN

VCR557(1)  19 MAY 09 08:06 Br 1 Op 551 Net Amt 1500.00

***** MULTIPLE TRANSACTION TR#8
Account Amount
██████S10   1500.00
Balance   3108.53
Available   2590.82

Member No. *8345*  Date 5/26/09
Member Name *Gran Rowan*

PLEASE PRINT

NOTE: Use one transaction slip per member number

| Cash | Currency | *5000* | Coin |
|------|----------|--------|------|
| | Coin | | |
| | Checks | | |
| Please list each check separately | | | |
| | | | |
| | | | |
| | Sub-Total | *5000* | |
| | Less Cash Received | | |
| | **TOTAL** | *5000* | |

☐ Share (S1)                          $
☐ Sub-Share (S2____)                  $
☒ Value Checking (S10)                $ *4000*
☒ Reward Checking (S15)               $ *1000*
☐ RewardPlus Checking (S20)           $
☐ MoneyFund (S30)                     $
☐ WealthBuilder (S28)                 $
☐ Loan No._____                      $
☐ Loan No._____                      $
☐ Other_____                         $
☐ Other_____                         $

**TOTAL**  $ *5000.—*

To receive cash back please sign here
X

For IRA deposit, indicate tax year & sign
X_____  Tax Year_____

TFCU • 6500 Olson Memorial Hwy., Golden Valley, MN 55427

---

Member Name

NOT

CA
☐ Sh
☐ Sul
☐ Mo
☐ Line
Cash A

CASH
☐ Share
☐ Sub-Share
☐ Money
☐ Line of
Cashier's C
Make check

TRANSF
☐ Share (S1)
☐ Sub-Share (S
☐ MoneyFund
☐ Line of Credi
Transfer Amou
Transfer to Acc
Name *Mr*
X_____
PLEASE SIG
Your signature is req
asked to also sign the
TFCU • 6500 Olson M