| Some Checks from Hecker Deposited into Rowan Associated Bank Account |||
|---|---|---|
| Deposit | Amount | Document Control # |
| 1/30/2009 | 20,000.00 | AB000062 |
|  | $20,000.00 |  |

| Some Cash Deposited into Rowan Associated Bank Account |||
|---|---|---|
| Deposit | Amount | Document Control # |
| 4/23/09 | 15,000.00 | AB000069 |
| 4/24/09 | 6,000.00 | AB000070 |
|  | $21,000.00 |  |

C:\Data\randy\Trustee-Mpls\Hecker\some cash, check & unknown chart.wpd



EXHIBIT G

**BANK OF THE WEST**
BLAINE BRANCH
10930 CLUB WEST PARKWAY
BLAINE, MN 55449

0097900660

90-78/1211

TELLER #208
JUN 0 4 2009

PURCHASER: ×××WALDEN FLEET SERVICES×××

JUN 03, 2009

PAY TO THE ORDER OF ×××CHRISTY ROWAN×××   $ ×××4,600.00×

Four Thousand Six Hundred Dollars and 00/100

**CASHIER'S CHECK**

AUTHORIZED SIGNATURE

⑆0097900660⑆ ⑈121100782⑈ 0787⑆ 9450

Date:06/04/2009 RT:121100782 Branch:1 Teller:208 Sequence:7350930 Account:0787 Serial:9450 Amount:$4,600.00
TranCode:0





EXHIBIT
H



Account 3335 Date 01-30-2009 Amount 20000.00 Serial 0
Acct_CC 3335

Account 1008 Date 01-30-2009 Amount 20000.00
Serial 5068 Acct_CC 1008

Associated Bank

ACCOUNT NUMBER  3335   $  8000.00

Brent Rosow
(PLEASE PRINT NAME)          (SIGNATURE REQUIRED IF RECEIVING CASH)

SPACE BELOW FOR BANK USE ONLY

3335
02/19/2009 11:25  8,000.00
550022090219      0022 091
                  Deposit

⑆500⑆100⑆0⑆

Account 3335   Date 02-19-2009   Amount 8000.00   Serial 0
Acct_CC  3335

---

Associated Bank                              M4001 (0508)
                                             CASH-IN

0022114
                         0091
149   02/19/2009 11:25   8,000.00
550022090219             0022 091
                         Cash In
⑆50013008⑆  ⑆0091⑆ 149

Account 00500   Date 02-19-2009   Amount 8000.00   Serial 22114
Acct_CC  50000091

DENNIS E. HECKER
MINNEAPOLIS, MN

79-57/751     1002

4/26/09 Date

Pay to the order of  Dennis Hecker     $7000 —

Seventeousand and  no —   Dollars

Associated Bank
associatedbank.com

For _____

⑅075900575⑅   1002  ⑅00000700000⑅

0985269426 02/27/2009
0000000001000510 1 001

Associated Bank 875900575

T8929 102 98 23 4226299
00000004592009 US BANK NA
4091000224 ST PAUL, MN
6146718722

HECKER
0018020088

Account  Date:02-27-2009  Amount:$7,000.00  Serial:1002  Acct_



Account: 1682  Date:04-03-2009  Amount:$2,000.00  Serial:1003  Acct_CC    1682



Account     3912    Date 12-19-2008    Amount 2000.00    Serial 0
Acct_CC    3912

Account 1000500    Date 12-19-2008    Amount 2000.00    Serial 2127
Acct_CC           0091

Associated Bank

ACCOUNT NUMBER 3335 CHECKING / MONEY MARKET DEPOSIT $ 2105.00

(PLEASE PRINT NAME) (SIGNATURE REQUIRED IF RECEIVING CASH)

3335
12/09/2008 09:07 $2,105.00
370020081208 0020 091
Deposit
⑆500⑆300⑆0⑆

Account 3335 Date 12-08-2008 Amount 2105.00 Serial 0
Acct_CC 3335

Associated Bank
CASH-IN

002078
0091
149 12/08/2008 09:18 $2,105.00
370020081208 0020 081
Cash In
⑆500⑆300⑆1⑆ 0091⑆ 149

Account 1000500 Date 12-08-2008 Amount 2105.00 Serial 2078
Acct_CC 100050000091

DEPOSIT TICKET
CHRISTI ROWAN
MINNEAPOLIS, MN

DATE 12/19/08

Associated Bank 12/19/2008 08:23 0021 091
150021081219

⑇500110010⑇  3 335⑇

Account  3335  Date 12-19-2008  Amount 2000.00  Serial 0
Acct_CC  3335

Associated Bank                                              CASH-IN

002129
0091
2,000.00
149  12/19/2008 08:23 0021 091
150021081219            Cash In
⑇500130081⑇    0091⑇ 149

Account 1000500  Date 12-19-2008  Amount 2000.00  Serial 2129
Acct_CC  0091



DEPOSIT TICKET
CHRISTI ROWAN
MINNEAPOLIS, MN
DATE 4/3/09

11500.—
10,000.—
3335 500.00
21,500.06
500.—

Associated Bank  04/03/2009 16:35 0018 081
980018090403

Account 3335   Date 04-03-2009   Amount 21500.00   Serial 0
Acct_CC 3335

DENNIS E. HECKER
MINNEAPOLIS, MN
5506
DATE 4/3/09
PAY TO THE ORDER OF CHRISTI ROWAN
$ 11,500
DOLLARS
usbank
Private Client Group
MEMO

Account 2088   Date 04-03-2009   Amount 11500.00   Serial 5506
Acct_CC 2088

DENNIS E. HECKER
MINNEAPOLIS, MN
5507
DATE 4/3/09
PAY TO THE ORDER OF CHRISTI ROWAN
$ 10,000
DOLLARS
usbank
Private Client Group
MEMO

Account 2088   Date 04-03-2009   Amount 10000.00   Serial 5507
Acct_CC 2088



Account 3335  Date 04-23-2009  Amount 15000.00  Serial 0
Acct_CC 3335

Account  Date 04-23-2009  Amount 15000.00  Serial 19149
Acct_CC 0091



**WALDEN FLEET SERVICES II, INC.**
MINNEAPOLIS, MN

BANK OF THE WEST
1-800-488-2265
75-96/912

11442

CHECK NO.
11442

PAY  $4,500.00

GOLDEN VALLEY

JUN 01 2009

VESTIBULE

DATE  6/1/2009

AMOUNT  4,500.00

TO THE ORDER OF

TWO SIGNATURES REQUIRED

⑈011442⑈ ⑆091200961⑆ 0571⑈

Date:06/01/2009 RT:91200961 Branch:1 Teller:472 Sequence:7059434 Account 0571 Serial:11442 Amount:$4,500.00
TranCode:0

| | | | |
|---|---|---|---|
| **WALDEN FLEET SERVICES II, INC.** | BANK OF THE WEST | | 11443 |
| MINNEAPOLIS, MN | 1-800-488-2265 | | |
| | 75-96/912 | | CHECK NO. |
| PAY   $5,500.00 | | | 11443 |

PAY    $5,500.00

GOLDEN VALLEY        DATE         AMOUNT

JUN 0 1 2009         6/2/2009     5,500.00

TO THE ORDER OF   [signature]

VESTIBULE            [signatures]   TWO SIGNATURES REQUIRED

⑈011443⑈ ⑉091200961⑉ ▇▇▇0571⑈

```
Date:06/01/2009 RT:91200961 Branch:1 Teller:472 Sequence:7059432 Account:▇▇0571 Serial:11443 Amount:$5,500.00
TranCode:0
```

ENDORSE  
[signature]  
6375