**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Dennis E. Hecker,                                                              BKY No. 09-50779
                                                                                                                      Chapter 7

        Debtor.

---

**NOTICE OF HEARING AND MOTION FOR ORDER**
**AUTHORIZING RULE 2004 EXAMINATION**

---

TO:    Dennis E. Hecker and his attorney, William R. Skolnick, Skolnick & Associates, P.A., 2100 Rand Tower, 527 Marquette Avenue South, Minneapolis, MN 55402.

      1.     Randall L. Seaver, the Chapter 7 Trustee of the above-captioned bankruptcy estate ("Trustee"), applies to the court for authorization to conduct a Bankruptcy Rule 2004 examination. The examination for which authorization is sought is that of Dennis E. Hecker.

      2.     The Court will hold a hearing on this motion at 2:00 p.m. on February 10, 2010, in Courtroom 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415.

      3.     Any response to this motion must be filed and served by delivery not later than February 5, 2010 which is five days before the time set for the hearing (including Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

      4.     This case was commenced by the filing of a voluntary petition under Chapter 7 on June 4, 2009. The case is currently pending in this Court. This Court has jurisdiction over this application pursuant to 28 U.S.C. §157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This proceeding is a core proceeding. This Application arises under Bankruptcy Rule 2004. This Application is filed under Local Rule 2004-1(a).

5.      Dennis Hecker has information relating to his financial affairs.  The Trustee previously received authorization to conduct the 2004 examination of Mr. Hecker.  The examination of Mr. Hecker continued over parts of three days and was concluded by the Trustee on January 12, 2010.  After January 12, 2010, the Trustee received information which could lead to the recovery of further assets for the estate.  The Trustee needs to make inquiry of the Debtor about those matters and therefore seeks further and new authorization to conduct a limited Rule 2004 examination of Mr. Hecker.  It is anticipated that inquiry about the new matters will not exceed 3/4 - 1 hour.

6.      The Trustee needs to obtain information from the Debtor so that he can determine the assets of this bankruptcy estate and administer the estate.

7.      The Trustee gives notice that he may testify at the hearing of this matter.

WHEREFORE, the Trustee requests that the Court enter an order approving the Trustee's further examination, pursuant to Bankruptcy Rule 2004, of Dennis E. Hecker.

**LEONARD, O'BRIEN,
SPENCER, GALE & SAYRE LTD.**

Dated: January 22, 2010

By: /e/ Matthew R. Burton
_____
Matthew R. Burton, #210018
Attorneys for Trustee
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

## **VERIFICATION**

      I, Randall L. Seaver, the Chapter 7 Trustee in the above-captioned matter state under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

                                                             /e/  Randall L. Seaver

Executed on January 22, 2010                     _____
                                                           Randall L. Seaver, Trustee

415444

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re: BKY No. 09-50779

Dennis E. Hecker, Chapter 7

      Debtor.
_____

**UNSWORN CERTIFICATE OF SERVICE**
_____

I hereby certify that on January 22, 2010, I caused the following documents:

    *Notice of Hearing and Motion Authorizing Order for Rule 2004 Examinations and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first-class mail, postage paid, to the following:

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Michael B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Michael W. Malter
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Dated: January 22, 2010

    /e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

415573

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                                               BKY No. 09-50779

Dennis E. Hecker,                                          Chapter 7

            Debtor.

---

**UNSWORN CERTIFICATE OF SERVICE**

---

I hereby certify that on January 22, 2010, I caused the following documents:

    *Notice of Hearing and Motion Authorizing Order for Rule 2004 Examinations and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first-class mail, postage paid, to the following:

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Michael B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Michael W. Malter
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Dated: January 22, 2010

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

415573