UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

      Debtor.        BKY 09-50779

----------------------------------

Randall L. Seaver, Trustee,      ADV 09-5030

      Plaintiff,

v.              JUDGMENT

Northstate Financial Corporation,
Rosedale Leasing, LLC, Bremer
Bank, N.A., and James W. Plummer,

      Defendants.

  This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

  It is therefore Ordered and Adjudged:

  1. Bremer has no lien or other interest in (a) the 2007 Cobalt 222 boat and a Yacht Club boat trailer with a VIN of 4H100262270417084; (b) the 2008 Malibu Wakesetter 23 boat and a trailer; or (c) the 2008 Harley Davidson FXDSE2, VIN # 1HD1PS8148K977133 defined in the amended complaint..

  2. All other claims against Bremer in the amended complaint are dismissed.

  3. The debtor's transfers of the Cobalt Boat and trailer, the Malibu Boat and trailer, and the motorcycle are void.

Dated: January 26, 2010        Lori A. Vosejpka
At:  Duluth, Minnesota       Clerk of Bankruptcy Court

             By: Sherri L. Schrecengost
                Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/26/2010*
Lori Vosejpka, Clerk, By SLS, Deputy Clerk