# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:     BKY No.: 09-50779

Dennis E. Hecker,     Chapter 7

          Debtor.
_____

## ORDER
_____

This case is before the court on the motion of Randall L. Seaver, the trustee seeking approval of a settlement agreement.

Based on the motion and the file,

It is ordered:

1.     The trustee's settlement agreement with Christi Rowan, Ralph Thomas and the debtor is approved.

2.     Pursuant to the settlement agreement, the trustee is authorized to execute a trustee's deed to the debtor or his designee with respect to 1615 Northridge Drive, Medina, MN 55391. The trustee may also transfer the 1985 Kawai baby grand piano to the debtor.

Dated: January 27, 2010

                                                 /e/ Robert J. Kressel
                                                 Robert J. Kressel
                                                 United States Bankruptcy Judge

414472

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/27/2010*
Lori Vosejpka, Clerk, by LMH