UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                          BKY No. 09-50779

Dennis E. Hecker,                                                     Chapter 7

      Debtor.

---

**ORDER AUTHORIZING SALE OF ASSETS OF
DEBTOR FREE AND CLEAR OF INTERESTS**

---

This case is before the court on the motion of Randall L. Seaver, the trustee, seeking approval

of a sale of assets free and clear of interests.

Based on the motion and the file,

IT IS ORDERED:

1.      The trustee is authorized to sell

a.      Property located at 1761 Silver Cliff Road, Two Harbors, Minnesota:

Brown leather chair, gray office chair, barley twist legged desk, table lamp on above, end table, Lake Superior map, nautical prints, pair, globe and stand, LG approx. 20 inch flat screen TV, dining table and 6 chairs, 4 mates, 2 captains, matching sideboard, oil painting, bar stools (4), approx. 6 ft. x 9 ft. area rugs (2), misc. décor, misc. kitchen, misc. small appliances, misc. décor in kitchen, approx. 9 ft. x 12 ft. area rug, sofa and loveseat, coffee table, upholstered chairs, golds and browns, pair, round table lamp, lamp table, caramel colored, matching floor lamp, Denon AVR-689 home theater receiver, Phillips DVD player, faux plants (2), black cube shelf, framed photos, pair, Sony Bravia approx. 42 inch flat screen TV, misc. décor, misc. décor in pantry, Sterling and Noble wall clock, Sony wireless headphone, new (2), misc. linens, king size bed, complete, large mirror, orange retro chairs, pair, 5 drawer chest, end tables, pair, Toshiba approx. 22 inch flat screen TV and DVD combo, Acoustic Research surge protector, sofa table, misc. linens, upholstered bench, misc. towels, hall mirror, misc. décor, wall sconce, mirror with hooks, framed print, hall shelf unit, hall umbrella stand, rag rugs (4), bathroom round mirror, misc. décor, Kenmore stainless steel side by side refrigerator, Kenmore stainless steel ice maker, Kenmore stainless steel dishwasher, G.E. Profile stainless steel electric range, Kenmore HE2 front loading washer and dryer, step stool, misc. in closet, painting, Lake Superior map, Feet and Phantoms, round mirror, upstairs bath, misc. linens, Toshiba approx. 22 inch flat screen TV and DVD combo, 8 drawer chest, sleigh type day beds (2), shag rug, king size

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/27/2010*
Lori Vosejpka, Clerk, by LMH

bed complete, faux tree, chairs (browns colors) (2), patio furniture, balcony, table lamp, Toshiba approx. 22 inch flat screen TV and DVD combo, floor lamp, framed print, misc. yard tools, Echo PB-265L gas leaf blower, utility shelf units, plastic (4), misc. on shelf, Sportscraft ping pong table, patio table and 4 chairs, chaise lounge (2), patio, round table (2) and patio, teak chairs (2);

b.      Property located at 1759 Silver Cliff Road, Two Harbors, Minnesota:

Faux tree, pine framed mirrors (2), recliners, tapestry (2), approx. 6 ft. x 9 ft. area rug, misc. décor, framed sailing prints, pair, dinette table and 6 chairs, bar stools, wooden (4), large mirror, sofa table, décor, plastic, leather sofa and love seat, leather chair and ottoman, round coffee table and end tables, approx. 9 ft. x 12 ft. area rug, approx. 42 inch LG flat screen TV, Denon AVR-689 home theater receiver, serpentine shelf unit, misc. décor, table lamp "wicker", floor lamp, Kenmore stainless steel side by side refrigerator, G.E. profile stainless steel electric range, Kenmore stainless dishwasher, misc. kitchen, misc. small appliances, misc. décor, hallway framed print, queen size "sleigh" bed complete, end tables, pair, 8 drawer chest, approx. 20 inch LG flat screen TV, framed prints, pair, misc. linens, Kenmore HE2 washer and dryer, beveled mirror in closet, bench in entry, misc. patio furniture, misc. small appliances, chromed framed mirror, misc. décor, tin framed mirror in bath, approx. 20 inch LG flat screen TV, framed print, queen size bed, padded headboard, complete, end table, leopard fabric chairs, pair, sleigh day bed (2), 6 drawer chest, round rug, 2 drawer end tables, approx. 20 inch LG flat screen TV and floor lamp; and

c.      Property located at 1818 Silver Cliff Road, Two Harbors, Minnesota

Computer desk, Approx. 7 ft. x 9 ft. area rug, beveled mirror, barrel back arm chair, Sharp flat screen TV analog, drop leaf dinette table and 4 chairs, stripped upholstered chairs (2), approx. 8 ft. x 10 ft. area rug, tan "suede" sofa and chair, rust coffee/ottoman, approx. 7 ft. x 9 ft. area rug, balloon back arm chairs (2), floor lamp, table lamp, approx. 42 inch HP flat screen TV, Denon AVR-1706 home theater receiver, Denon DVD-1702 DVD player, framed print "Trees", beveled mirrors (2), bar stools, leatherette (4), Kenmore stainless steel dishwasher, Kenmore smooth top electric stove, free standing, Kenmore stainless steel side by side refrigerator, misc. kitchen, misc. small appliances, misc. kitchen décor, beveled mirror, "wired", arts and craft 5 drawer chest, queen size arts and craft bed, complete, framed print, shelf unit, stripped armless chair, Sharp flat screen TV approx. 16 inch analog, misc. towels, misc. décor, table lamp, framed photos, pair, trees, framed photos, pair, pine cones, Kenmore series 80 top load washer and dryer, round mirror, wall coat hook, print in entry way, misc. patio furniture, Insignia approx. 22 inch flat screen TV, computer desk with top hutch, single beds, complete (2), 5 drawer chest, Sharp flat screen TV small, Murphy bed with side shelf, complete, gray upholstered chairs (2), Kenmore student refrigerator, round rug, bath, large mirror, bath, misc. towels, Weber Genesis gas grill and misc. teak patio furniture.

to The Lake Bank for the sum of $34,000.00 free and clear of all interests

with any interests

of any party attaching to the sale proceeds with the

sam

      2.      The proceeds shall be deposited in the trustee's account and held subject to further

order.

Dated:  January 27, 2010

/e/ Robert J. Kressel
_____
Robert J. Kressel
United States Bankruptcy Judge

414291