# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                                  BKY No. 09-50779

                                                                                          Chapter 7

        Debtor.

## NOTICE OF HEARING AND MOTION FOR TURNOVER OF INSURANCE RECORDS

TO:     OFFICER/MANAGING AGENT, ACE PRIVATE RISK SERVICES, P.O. BOX 94836 CLEVELAND, OH 44101-4836; AND OFFICER/MANAGING AGENT, HORNIG INSURANCE AGENCY, 3455 DAKOTA AVENUE, ST. LOUIS PARK, MN 55416.

      1.     Randall L. Seaver, the Chapter 7 Trustee herein, moves the Court for the relief request below and gives Notice of hearing herewith.

      2.     The Court will hold a hearing on this motion at 2:00 p.m. on March 3, 2010, in Courtroom 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415.

      3.     Any response to this motion must be filed and served by delivery not later than February 26, 2010 which is five days before the time set for the hearing (including Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

      4.     This Court has jurisdiction over this Motion under 28 U.S.C. §157 and §1334 and Bankruptcy Rule 5005. This Motion is filed under Local Rule 9013-2, this proceeding arises under 11 U.S.C. §542(e) and Local Rule 6072-1.

      5.     The petition commencing this Chapter 7 case was filed on June 4, 2009. The case is now pending in this Court.

6. Prior to filing bankruptcy, the debtor maintained various insurance coverage through the Hornig Insurance Agency and it appears that at least some policies of insurance were provided by ACE Private Risk Services.

7. Attached hereto as Exhibit A is a copy of an ACE Private Risk Services printout relating to insurance for the following collections:

| Collections | Total | Premiums |
|---|---|---|
| Itemized Jewelry | $800,000 | $5,881 |
| Itemized Fine Art | $100,000 | $197 |
| Itemized Furs | $200,000 | $547 |
| Musical Instruments | $9,198 | $39 |

8. Apparently ACE Private Risk Services and Horning Insurance Agency have itemized lists of jewelry, fine arts, and furs as set forth above. Those itemized lists would contain information relating to the debtor's financial affairs. Therefore, the trustee seeks an order requiring those entities to turnover to the trustee, within 7 days of the entry of the order, all documents relating to or evidencing the Itemized Jewelry, Itemized Fine Art, Itemized Furs and Musical Instruments set forth in the collections section at Exhibit A hereto including, but not limited to, appraisals, lists of specific items, inventory lists, e-mails relating to placement of the coverage on the collections, photographic images of articles contained in the collections, descriptions of articles contained in the collections, and any other documents which relate to, provide values for, or evidence or identify any of the items contained in the Itemized Jewelry, Itemized Fine Art and Itemized Furs.

WHEREFORE, the trustee requests an order of the court:

1. Compelling ACT Private Risk Services and Horning Insurance Agency to turnover to the trustee, within 7 days of the entry of the order, all documents relating to or evidencing the Itemized Jewelry, Itemized Fine Art, Itemized Furs and Musical Instruments set

forth in the collections section at Exhibit A hereto including, but not limited to, appraisals, lists of specific items, inventory lists, e-mails relating to placement of the coverage on the collections, photographic images of articles contained in the collections, descriptions of articles contained in the collections, and any other documents which relate to, provide values for, or evidence or identify any of the items contained in the Itemized Jewelry, Itemized Fine Art and Itemized Furs.

2. If required, the Trustee gives notice of his intention to testify at the hearing of this matter.

**LEONARD, O'BRIEN,
SPENCER, GALE & SAYRE LTD.**

Dated: February 11, 2010

By: /e/ Matthew R. Burton
_____
Matthew R. Burton, #210018
Attorneys for Trustee
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

# **VERIFICATION**

     I, Randall L. Seaver, Trustee for the Bankruptcy Estate of Dennis E. Hecker, named in the foregoing Notice of Hearing and Motion for Turnover of Insurance Records declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

|  |  |
|---|---|
| | /e/ Randall L. Seaver |
| Executed on February 10, 2010 | _____ |
| | Randall L. Seaver, Trustee |

416863



# ACE Private Risk Services®

## Dennis Hecker

### Homeowners

| Location | Residence | Total Location Limit | Liability | Loss of Use |
|---|---|---|---|---|
| 1492 Hunter Dr., Medina, MN 55391 | $12,342,000 | $24,884,000 | $500,000 | Included in TLL |
| 1815 Northridge Dr., Medina, MN 55391 | $2,991,000 | $5,982,000 | $500,000 | Included in TLL |
| 205 Mariner Way, Bayport, MN 55426 | $410,000 | $574,000 | $500,000 | Included in TLL |
| 106 Mariner Way, Bayport MN 55426 | $841,000 | $1,177,400 | $500,000 | Included in TLL |
| 11614 Echo Bay Dr., Cross Lake, MN 56442 | $988,000 | $1,976,000 | $500,000 | Included in TLL |
| 11706 Cross Avenue, Cross Lake, MN 56442 | $6,070,000 | $12,140,000 | $500,000 | Included in TLL |
| 13833 Cross Lake Avenue Unit 2, Cross Lake, MN 56442 | $302,000 | $422,800 | $500,000 | Included in TLL |
| 11700 Cross Avenue N, Stillwater, MN 56442 | $1,004,000 | $2,008,000 | $500,000 | Included in TLL |
| 8180 Osgood Avenue N, Stillwater, MN 55082 | $575,000 | $1,148,000 | $500,000 | Included in TLL |
| 460 Ford Rd, Unit 405, St. Louis Park, MN 55426 | $308,000 | $431,200 | $500,000 | Included in TLL |
| 460 Ford Rd, Unit 403, St. Louis Park, MN 55426 | $308,000 | $431,200 | $500,000 | Included in TLL |
| 817 S. Mill, Unit E, Aspen, CO. 81611 | $4,008,000 | | $500,000 | $1,603,200 |
| 10458 N 74th St, 105, Scottsdale, AZ | $108,500 | | $500,000 | |

| | Total | Premium |
|---|---|---|
| Collections | | $5,881 |
| Itemized Jewelry | $800,000 | $197 |
| Itemized Fine Art | $100,000 | $547 |
| Itemized Furs | $200,000 | $39 |
| Musical Instruments | $9,198 | |

### Progressive Insurance

| | Agreed Value | Liability | Deductibles | Garaging |
|---|---|---|---|---|
| 2004 Vespa ET2 | $3,000 | $500,000 | $250/$250 | MN |
| 2004 Vespa ET2 | $3,000 | $500,000 | $250/$250 | MN |
| 2005 Vespa GT200 | $4,000 | $500,000 | $250/$250 | MN |
| 2005 Yamaha TTR90 | $1,890 | $500,000 | $250/$250 | MN |
| 5 Boats, 6 Personal watercrafts | | $500,000 | | |

### Excess Liability

| | Premium |
|---|---|
| $10M/$1M um/uim: 16 Locations; 14 Watercraft; 26 Rec Vehicles | $8,407 |
| $25M/$1M um/uim: 16 Locations; 14 Watercraft; 26 Rec Vehicles | $18,907 |

### TOTALS

| Deductible Options | | | | |
|---|---|---|---|---|
| $1,000 | $2,500 | $5,000 | $10,000 | Recommended |
| | | | $25,969 | $25,969 |
| | | | $5,241 | $5,241 |
| | $385 | | | $385 |
| | $782 | | | $782 |
| | $2,754 | | | $2,754 |
| | | | $12,452 | $12,452 |
| $408 | | | | $408 |
| | $3,042 | | | $3,042 |
| | $2,139 | | | $2,139 |
| $326 | | | | $326 |
| $326 | | | | $326 |
| | $5,668 | | | $5,668 |
| Included | | | | Included |
| | | | | |
| | | | | $5,881 |
| | | | | $197 |
| | | | | $547 |
| | | | | $39 |
| | | | | |
| | | | | $112 |
| | | | | $143 |
| | | | | $406 |
| | | | | $96 |
| | | | | $10,379 |
| | | | | |
| | | | | |
| | | | | $18,907 |
| $3,199 | $12,631 | $0 | $43,662 | $96,199 |

*This quote is based on information supplied by you which is subject to verification. This quote is not binding nor is it an offer of coverage. This quote will not become a part of nor should it be used to interpret any terms and conditions of any policy which may be issued by the company. The company reserves the right to make changes at any time prior to the issuance of any insurance policy which may or may not be priced according to this quote or any other quote.*

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: BKY No. 09-50779

Dennis E. Hecker, Chapter 7

      Debtor.

**UNSWORN CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2010, I caused the following documents:

> *Notice of Hearing and Motion for Turnover of Insurance Records and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first-class mail, postage paid, to the following:

Officer/Managing Agent
ACE Private Risk Services
P.O. Box 94836
Cleveland, OH 44101-4836

Officer/Managing Agent
Hornig Insurance Agency
3455 Dakota Avenue
St. Louis Park, MN 55416

Dennis E. Hecker
P.O. Box 1017
Crosslake, MN 56442

Michael B. Lubic
Sonnenschein Nath & Rosenthal LLP
601 S Figueroa St Ste 2500
Los Angeles, CA 90017-5704

Michael W. Malter
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

    /e/ Stephanie Wood

Dated: February 11, 2010

Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

416961

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,  BKY No. 09-50779
 Chapter 7
 Debtor.

## ORDER

This case is before the court on the motion of Randall L. Seaver, Chapter 7 trustee, for turnover of insurance records of the estate.

Upon the motion and the files,

IT IS HEREBY ORDERED that within 7 days of the entry of the order, ACE Private Risk Services and Harris Insurance Agency shall turnover to the trustee all documents relating to or evidencing the Itemized Jewelry, Itemized Fine Art, Itemized Furs and Musical Instruments set forth in the collections section at Exhibit A to the motion, but not limited to, appraisals, lists of specific items, inventory lists, e-mails relating to placement of the coverage on the collections, photographic images of articles contained in the collections, descriptions of articles contained in the collections, and any other documents which relate to, provide values for, or evidence or identify any of the items contained in the Itemized Jewelry, Itemized Fine Art and Itemized Furs.

Dated:

_____

416864