# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER  
12400 PORTLAND AVENUE SOUTH, SUITE 132  
BURNSVILLE, MN 55337

Telephone (952) 890-0888  
Facsimile (952) 890-0244

February 18, 2010

The Honorable Robert J. Kressel  
U.S. Bankruptcy Judge  
Courtroom 8 West  
300 South Fourth Street  
Minneapolis, MN 55415

RE: Dennis E. Hecker  
BKY No. 09-50779

Dear Judge Kressel:

I am writing to request permission to schedule a motion to seek approval of payment of professional fees to two professionals, The Real Estate Company of Crosslake and Wixon Jewelers, Inc., both of whom were hired to provide services to the estate. Thank you for your consideration.

Very truly yours,

/e/ Randall L. Seaver

Randall L. Seaver  
Trustee  
rlseaver@fullerseaverramette.com

RLS:klf