## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                                **NOTICE OF WAIVER OF PRIVILEGES**

        Debtor

------------------------------------------

When this bankruptcy case was commenced according to the debtor, the debtor owned 99% or 100% of the following business entities:

| Entity | % |
|---|---|
| Brainerd Imports LLC | 99% |
| DEH Family Holdings LLC | 99% |
| DEH Funding LLC | 99% |
| DEH Properties, LLC | 99% |
| Dennis Hecker Mortgage LLC | 99% |
| Dennis Hecker Real Estate Holding Company, LLC | 99% |
| Denny Hecker's Automotive Group, Inc. | 100% |
| Denny Hecker's Cadillac-Pontiac-GMC, Inc. | 100% |
| Den-Star Management, Inc. | 100% |
| DH Capital Holdings LLC | 100% |
| HHR of Copper Oaks, LLC | 99% |
| Hecker Capital, LLC | 99% |
| Hudson Auto Sales, Inc. | 100% |
| Inver Grove Holdings, LLC | 99% |
| Inver Grove Investments, LLC. | 100% |
| Inver Grove Investments, Inc. | 100% |
| Jacob Holdings of Medina LLC | 100% |
| Jacob Motors of Pine City LLC | 99% |
| Jacob Motors of Shakopee LLC | 99% |
| Jacob Motors of St. Cloud LLC | 99% |
| Jacob Properties of Aspen, LLC | 99% |
| Lake Country Auto Center, Inc. | 100% |
| Monticello Motors LLC | 99% |
| Rosedale Dodge, Inc. | 100% |
| Rosedale Leasing of Minneapolis LLC | 99% |
| Rosedale Leasing of Minnesota LLC | 99% |
| Southview Chevrolet Co. | 100% |

| | |
|---|---|
| Stillwater Ford, Lincoln-Mercury Inc. | 100% |
| Sydney Holdings of Eden Valley LLC | 100% |
| Sydney Holdings of IGH LLC | 99% |
| Walden Auto Leasing IV, Inc. | 100% |
| Walden Fleet Group, Inc. | 100% |
| Walden Fleet Sales Group, Inc. | 100% |
| Walden Fleet Services II, Inc. | 100% |
| Walden Investment Company | 100% |
| Walden Leasing, Inc. | 100% |
| Walden Payroll Services LLC | 99% |

For, and on behalf of each of the above entities, the trustee waives all attorney/client and work product privileges existing between the above entities and the following individuals and law firms:

Fredrikson & Byron, P.A.
    a.    Attorney:
           i.    Clint Cutler;
           ii.    Douglas Kassebaum;
           iii.    Cynthia Moyer;
           iv.    Christopher Dolan;
           v.    Todd Wind; and
           vi.    Faye Knowles.

    b.    Paralegal:
           i.    Jeannine Christensen.

Mohrman and Kaardal, P.A. and William F. Mohrman
    a.    Attorney:
           i.    Bill Mohrman

Skolnick and Shiff, P.A.
    a.    Attorney:
           i.    William R. Skolnick

Moss & Barnett, P.A.
    a.    Attorney:
           i    Susan Rhode

  b. Paralegal:
    i. Mara Gollin-Garrett.

Briggs and Morgan, P.A. and Timothy R. Thornton
  a. Attorneys:
    i. Tim Thorton;
    ii. Molly Bort;
    iii. Kevin Decker.

  b. Paralegals:
    i. Paula Volk

Kaplan, Stangis and Kaplan, P.A.
  a. Attorneys:
    i. Bruce J. Parker;
    ii. Ralph Strangis; and
    iii. Sam Kaplan.

  b. Paralegals:
    i. Nancy Fredericksen; and
    ii. Sally Swanson.

Dady & Garner:
  a. Attorneys:
    i. J. Michael Dady; and
    ii. John Holland.

Fafinski Mark & Johnson
  a. Attorney:
    i. Pat Schriver.

Leonard, Street & Deinard:
  a. Attorney:
    i. James Sticha.

Larkin Hoffman
  a. Attorneys:
    i. Ken Corey-Edstrom;
    ii. Kathleen Harrell-Latham; and
    iii. Michael Fleming.

Halberg Criminal Defense
    a.    Attorney:
        i.    Marsh Halberg.

    b.    Paralegal:
        i.    Trista Anderson.

In-house Counsel:
    a.    Possible Attorneys or Paralegals:
        i.    Marshall Fein;
        ii.    Eric Dove and
        iii.    Barbara Jerich.

Triveris, L.L.C.:
    a.    Attorneys:
        i.    Konstandinos Nicklow; and
        ii.    Ken Meshbesher.

This is not a waiver of any privileges existing between the trustee and any attorney, law firm or other professionals employed by the trustee in this bankruptcy case.

Dated: February 20, 2010                                /e/ Randall L. Seaver
                                                              Randall L. Seaver, Hecker Trustee