UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                          CHAPTER 7 CASE

Dennis E. Hecker                        CASE NO. 09-50779 RJK

                Debtor                           ORDER

_____

       This case came before the court on the motion of Mortgage Electronic Registration Systems, Inc. through its servicing agent GMAC Mortgage LLC , seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based upon the files and records,

II IS ORDERED:

       1.       The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated November 20, 2001, executed by Dennis E Hecker and Tamitha D Hecker husband and wife , recorded on December 17, 2001, as Document No. 3473642, covering real estate located in Hennepin County, Minnesota, legally described as

                Lot 15 Block 3 North Ridge Farm

and may pursue its remedies under state law in connection with the mortgage deed.

       2.       Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: February 23, 2010

                                                        /e/ Robert J. Kressel
                                                        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 02/23/2010
Lori Vosejpka, Clerk, By amm, Deputy Clerk