UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

        Debtor.                     BKY 09-50779

-----------------------------------

Randall L. Seaver, Trustee,            ADV 10-5004

        Plaintiff,

v.                                                 **JUDGMENT**

Christi M. Rowan,

        Defendant.

---

        This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

        It is therefore Ordered and Adjudged:

1.     The plaintiff shall recover from the defendant the sum of $425,000.00.

2.     The defendant shall turn over to the plaintiff:

    a.     Furnishings and personal property at Northridge (excluding the piano) including, but not limited to, televisions, pool table, tanning bed, and furniture;

    b.     $60,000 fur coat;

    c.     $15,000 Chanel watch and ring; and,

    d.     $30,000 Harrison dog.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/23/2010*
Lori Vosejpka, Clerk, by LMH

3. a. The personal property in Northridge acquired from and after June 4, 2008 is property of this bankruptcy estate;

   b. That any equity in aforementioned Range Rovers is property of the bankruptcy estate;

   c. The refund of the Whitney Deposit is property of the estate (if still held by the landlord); and,

   d. Any personal or real property in the name of defendant which was acquired with funding of the debtor is property of the estate.

4. a. The defendant is enjoined from disposing, transferring, encumbering, secreting or destroying the Harrison dog, Chanel ring and watch, fur coat and other property;

   b. The defendant is directed to turn over the Harrison dog, Chanel ring and watch, fur coat and other property to the plaintiff; and,

   c. The defendant shall immediately disclose all property of the debtor in her custody or control, provide all information about the debtor's financial affairs in her possession or control, and to allow the trustee access to such property and information.

Dated: February 23, 2010  
At:    Duluth, Minnesota

Lori A. Vosejpka  
Clerk of Bankruptcy Court

By:  /e/ Lynn M. Hennen  
_____  
Lynn M. Hennen  
Deputy Clerk