# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

-----------------------------------------------

In re:

Dennis E. Hecker,

        Debtor.

-----------------------------------------------

Randall L. Seaver, Trustee,

        Plaintiff,

vs.

William Prohofsky,

        Defendant.

-----------------------------------------------

BKY No. 09-50779

ADV No. 10-_____

**COMPLAINT**

Randall L. Seaver, Trustee of the Bankruptcy Estate of Dennis E. Hecker as and for his Complaint against William Prohofsky, states and alleges as follows:

1.     Trustee is the duly appointed Chapter 7 Trustee of the bankruptcy estate of the debtor.

2.     This bankruptcy case was commenced on June 4, 2009 by the filing of a voluntary Chapter 7 petition.

3.     This adversary proceeding is a core proceeding within the meaning of 28 U.S.C. §157(b)(2).

4.     This court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§157 and 1334. This case arises under 11 U.S.C. §§541, 542, 548 and 550.

5.     William Prohofsky is a friend of the debtor, Dennis Hecker.  At one time, Prohofsky was married to the mother of Tamitha Hecker.  Tamitha Hecker is the former spouse of Dennis Hecker.

6.     In the two weeks prior to filing his bankruptcy petition, Dennis Hecker and William Prohofsky conspired to and did create and effect a scheme to defraud the bankruptcy estate.

7.     Hecker, in the two weeks prior to filing bankruptcy, with the consent,  agreement and assistance of William Prohofsky, caused business entities, which Hecker controlled, to transfer into a Wells Fargo account of William Prohofsky, ending in numbers 2073  ("Prohofsky Account") in excess of $80,000 ("Hecker Funds").  Those transfers and the source of funds for those transfers were as follows:

| | | |
|---|---|---|
| May 22, 2009 | $ 5,000.00 | Walden Auto Leasing III, Inc., check #1031.  Ex. 1 |
| May 22, 2009 | $23,000.00 | Walden Auto Leasing Holding Co., check #1124. Ex. 2. |
| May 28, 2009 | $20,500.00 | Wire transfer from U.S. Bank. |
| June 4, 2009 | $33,057.00 | Wire transfer from Walden Fleet Services account at Bank of the West.  Copy of the wire transfer confirmation is attached hereto as Exhibit 3. |
| | $81,557.00 | |

8.     The Hecker Funds monies were deposited into the Prohofsky Account at the direction of Hecker with the intention of secreting and concealing from the trustee and others, monies being concealed for the sole use and benefit of Hecker.

9.     After deposit of the Hecker Funds into the Prohofsky Account, Dennis Hecker provided specific and exclusive direction to William Prohofsky in the use of those funds.  Those funds at the direction of Hecker, were used for payment of the bills of Dennis Hecker, and to

provide cash and gift cards to Hecker and Christi Rowan. Copies of some of the checks written from the Prohofsky Account at the direction of Hecker to pay Hecker's bills are attached hereto as Exhibit 4.

10.     On June 11, 2009, $10,000 in gift cards were purchased with Hecker Funds from the Prohofsky Account. Histories for two of those gift cards are attached hereto as Exhibits 5 and 6.

11.     A copy of check number 8787 in the amount of $5,000 payable to Christi Rowan from the Prohofsky Account is attached hereto as Exhibit 7. A copy of check number 8835 in the amount of $9,800 payable to Christi Rowan from the Prohofsky Account is attached hereto as Exhibit 8.

12.     Hecker provided instructions, at all relevant times, to Prohofsky, as to how the Hecker Monies contained in the Prohofsky Account were to be spent. At Hecker's direction, Prohofsky wrote over 50 checks from the Prohofsky Account for Hecker's benefit. Attached hereto as Exhibit 9 is a true and correct copy of a handwritten ledger sheet directing Prohofsky to make certain payments. These checks were written post-petition and were cashed post-petition.

13.     Prohofsky was directed to pay by check all items on the document attached hereto as Exhibit 10. All of these checks were written pre-petition and were cashed both pre- and post-petition.

14.     Prohofsky wrote checks on the Prohofsky Account as directed by Dennis Hecker. When he wrote those checks, Prohofsky wrote the check numbers next to the payment instructions.

15.     On June 4, 2009, the day the date Hecker filed his Chapter 7 petition, the Prohofsky Account had a balance of in excess of $53,000.  Almost all of the  money in the Prohofsky Account on the day of filing became property of the bankruptcy estate.

16.     Neither Dennis Hecker nor William Prohofsky voluntarily disclosed the existence of the Prohofsky Account to the trustee.  The trustee learned of the existence of the Prohofsky Account only as a result of serving a subpoena upon Prohofsky.  Attached hereto as Exhibit 10 are copies of the cover page and pages 17-28, 45-52 and 65-72 of the February 10, 2010 Rule 2004 Examination of William Prohofsky.

17.     In exchange for Prohofsky conspiring and agreeing with Hecker to participate in the scheme to defraud the bankruptcy estate, Hecker caused his companies to pay Prohofsky monies in addition to the $81,557 described at paragraph 7 hereof.  Those monies exceeded $15,000, and were monies under the control and direction of Dennis Hecker.

## COUNT 1

### FRAUDULENT TRANSFERS

18.     Plaintiff realleges and reaffirms paragraphs 1 through 17 above.

19.     The transfers to Prohofsky in the amount of $81,557 were fraudulent transfers of monies over which Dennis Hecker had complete and exclusive control.  The transfers totaling

$81,557 were made with actual intent to hinder, delay and defraud the trustee and creditors of Hecker.

## COUNT 2

### ESTATE PROPERTY

20.     Plaintiff realleges and reaffirms paragraph 1 through 19 above.

21.     Upon the filing of Hecker's Chapter 7 petition on June 4, 2009, all of the Hecker Funds in the Prohofsky Account became property of the bankruptcy estate. The account balance on the day of filing was $53,422.95, and almost all of these funds were estate property.

22.     Prohofsky was required, by the provisions of 11 U.S.C. §542(a) to turnover those funds to the trustee.

23.     Prohofsky did not turn over those funds to the estate but rather, concealed them and continued to participate in the scheme whereby those funds were concealed from the trustee.

24.     Prohofsky is liable to the estate for the sum of at least $50,000.

## COUNT 3

25.     Plaintiff realleges and reaffirms paragraph 1 through 24 above.

26.     In addition to the $81,557 received by Prohofsky, he also received in excess of $15,000 as payment for his role in the scheme and conspiracy to hide assets from the trustee.

27.     Because all monies received by Prohofsky pursuant to the scheme were monies under the exclusive control and direction of the debtor, they are assets of Hecker which were transferred to Prohofsky with the intent to hinder, delay or defraud creditors and the trustee.

28.     All of those transfers, which total in excess of $15,000, are avoidable pursuant to 11 U.S.C. §548 and recoverable by the trustee pursuant to 11 U.S.C. §550.

WHEREFORE, the trustee respectfully requests a judgment of the court as follows:

1.     Entering judgment against the defendant in the amount of $81,557 pursuant to Count 1 hereof.

2.     Entering judgment against the defendant in an amount of not less than $50,000 pursuant to Count 2 hereof.

3.     Entering judgment against the defendant in an amount in excess of $15,000 pursuant to Count 3 hereof.

4.     Awarding the plaintiff his costs and disbursements herein.

5.     Granting such other and further relief as the court deems just and equitable.

LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.

Dated: February 24, 2010            By: /e/ Matthew R. Burton
                                         Matthew R. Burton        #210018
                                         100 South Fifth Street, Suite 2500
                                         Minneapolis, MN 55402
                                         (612) 332-1030

                                         Attorneys for Randall L. Seaver, Trustee

Vendor No. PR000B  William Prohofsky

☑012
1031

<table>
<tr><td colspan="2">INVOICE DATE  INVOICE NO.</td><td>ACCT NO SUB ACCT CONTROL ID</td><td>Check Date  05/22/2009</td><td colspan="2">Check No.  1031</td></tr>
<tr><td colspan="2"></td><td></td><td></td><td>AMOUNT(S)</td><td>PAID AMOUNT(S)</td></tr>
<tr><td>05/22/2009  1031<br>MANAGEMENT FEE</td><td></td><td>6502B  300</td><td></td><td>5,000.00<br>5,000.00</td><td>5,000.00</td></tr>
<tr><td colspan="4" align="right">Total</td><td></td><td>5,000.00</td></tr>
</table>

2-10-10

CHRISTI

Chrisi Rautu

---

**WALDEN AUTO LEASING III, INC.**
500 FORD ROAD
MINNEAPOLIS, MN 55426

USBANK
24-84/1230

CHECK NO.   1031

PAY

1031

FIVE THOUSAND AND 00/100 DOLLARS***********************************************************************

| | DATE | AMOUNT |
|---|---|---|
| | 05/22/2009 | $5,000.00 |

TO THE
ORDER
OF

William Prohofsky
10401 Cedar Lake Road
Unit 303
Minnetonka, MN 55305

TWO SIGNATURES REQUIRED

Thomas R.

**EXHIBIT  1**

⑈001031⑈    ⠿848⠿    ⠿518⑈    PROHOFSKY 15

LDEN AUTO LEASING HOLDING CO. 500 FORD ROAD MINNEAPOLIS, MN 55426

ndor No. PRO00B    William Prohofsky                              Check Date  06/22/2009        Check No.    1124

| INVOICE DATE | INVOICE NO. | ACCT NO SUB ACCT CONTROL ID | AMOUNT(S) | PAID AMOUNT(S) |
|---|---|---|---|---|
| 05/22/2009 | 1124 | 60111    900 | 23,000.00 | |
| EXPENSE REIMBURSEMENT | | | 23,000.00 | 23,000.00 |
| | | | Total | 23,000.00 |

2-18-10



26487W

---

**WALDEN AUTO LEASING HOLDING CO.**
500 FORD ROAD
MINNEAPOLIS, MN 55426

USBANK
24-84/1230

1124

CHECK NO.

1124

AY   TWENTY THREE THOUSAND AND 00/100 DOLLARS************************************************************

DATE               AMOUNT
05/22/2009        $23,000.00

) THE        William Prohofsky
RDER       10401 Cedar Lake Road
               Unit 303                              TWO SIGNATURES REQUIRED
               Minnetonka, MN 55305

# EXHIBIT 2

⑈001124⑈ ⑈▓▓▓▓848⑈ ▓▓▓▓9492⑈          PROHOFSKY 14

# Denny Heckers Automotive Group Inc

Customer Id: 400963
User Name: TOMSCH01
18-Jun-2009 01:02:18 PDT
**Wire Detail Report**

| | | | |
|---|---|---|---|
| **Msg Type** | FED | **Account** | BOW \| 397000571 \| Walden Fleet Services II Inc \| USD |
| **Amount** | 33,057.00 | **Value Date** | 04JUN2009 |
| **Beneficiary Bank** | WELLS FARGO BANK, NA - F/121000248 SAN FRANCISCO CA SAN FRANCISCO, CA US | **Beneficiary Info** | WILLIAM PROHOFSKY ⬛⬛⬛2073 |
| **Status** | CONFIRMED | **Sequence #** | 83 |
| **Confirmation Message** | IMAD: ⬛⬛⬛⬛⬛175 Ref: ⬛⬛⬛⬛255 | | |
| **Control #** | ⬛⬛⬛8292 | **Wire Ref #** | ⬛⬛⬛⬛255 |

| | |
|---|---|
| **Entered on:** | 03JUN2009 |
| **Created on:** | 2009-06-03 at 14:27:30 by TOMSCH01 |
| **Modified on:** | 2009-06-04 at 06:56:22 by TOMSCH01 |
| **Approved on:** | 2009-06-04 at 07:01:06 by RICHAG01 |
| **Released on:** | 2009-06-04 at 07:01:06 by RICHAG01 |
| **Placed in In-Process on:** | 2009-06-04 at 07:01:10 by IISI |
| **Confirmed on:** | 2009-06-04 at 07:01:19 by IISI |
| **Confirmed on:** | 2009-06-04 at 07:01:21 by IISI |

**End of Data**

# EXHIBIT 3

**WILLIAM J. PROHOFSKY**
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN 55305-3271

8791

17-1/910 210
0070372073

5·29·09 Date

Pay to the
Order of ___Beck_____ | $ 800⁷

_E ( GHT H-nDReD )_ — — — — — — — Dollars

WELLS FARGO   Wells Fargo Bank, N.A.
              Minnesota
              wellsfargo.com

For _____              W J. Vil[ey]                    MP

⑈091000019⑈: ⬛⬛⬛⬛⬛2073⑈ 08791⑈



ELECTRONICALLY PRESENTED-1

PAY TO THE ORDER OF
WELLS FARGO BANK MINNESOTA, N.A.
MINNEAPOLIS, MN 55479
FOR DEPOSIT ONLY
WELLS FARGO BANK
BRECK SCHOOL
ACCOUNT

| | | | |
|---|---|---|---|
| R/T Number | 009100001 | Processing Date | 20090601 |
| Sequence Number | 000000284276833 | Amount | 00000080000 |
| Account Number | ⬛⬛⬛2073 | Serial Number | 000000000008791 |

EXHIBIT 4

BTMN1260945:16X1257502A

**WILLIAM J PROHOFSKY**
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN 55305-3271

8800

37-18/910 210
0070372073

0016951758   5-29-09   Date

Pay to the
Order of   INTER BANK   $ 1116 49

ONE THOUSAND ONE HUNDRED SIXTEEN   49   Dollars

Wells Fargo Bank, N.A.
Minnesota
wellsfargo.com

For _____

⑆091000019⑆   ███████ 2073⑈ 08800

CENLAR
Credit the account of the within named payee
without prejudice PEG-REGULUS RP

| | |
|---|---|
| R/T Number | 009100001 |
| Sequence Number | 000008815556965 |
| Account Number | █████2073 |
| Processing Date | 20090603 |
| Amount | 0000111546 |
| Serial Number | 0000000000008800 |

**WILLIAM J PROHOFSKY**
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN 55305-3271

**8801**

17-1/910 210
0070372073

5-29-09 Date

Pay to the
Order of  N. Tro Green                          $ 1774 35/

One Thousand Seven Hundred Seventy Four 33/ Dollars

Wells Fargo Bank, N.A.
Minnesota
wellsfargo.com

For _____

⑆091000019⑆ ⬛⬛⬛ 2073⑈ 0880 1



Americana Community Bank ⬛⬛⬛ 069<
⬛⬛⬛ 06/01/2009 2

| | | |
|---|---|---|
| R/T Number | 009100001 | |
| Sequence Number | 000000285239551 | |
| Account Number | ⬛⬛⬛2073 | |

| | |
|---|---|
| Processing Date | 20090602 |
| Amount | 0000177433 |
| Serial Number | 0000000008801 |



WILLIAM J PROHOFSKY
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN-55305-3271

8802

17-1/910 210
0070372073

Date

Pay to the
Order of: NORTH RIDGE FARMS ASSOCIATION $ 2346.00

THOUSAND THREE HUNDRED FORTY SIX — Dollars

Wells Fargo Bank, N.A.
Minnesota
wellsfargo.com

For

⑆091000019⑆ 2073⑈ 08802



| R/T Number | 009100001 | Processing Date | 20090610 |
|---|---|---|---|
| Sequence Number | 000004140664822 | Amount | 0000234600 |
| Account Number | ████2073 | Serial Number | 000000000008802 |



**WILLIAM J PROHOFSKY**
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN 55305-3271

8809

17-1/910 210
0070372073

5-29-09 Date

Pay to the
Order of _Prudential_  $ 1352 xx

One Thousand Three Hundred Fifty Two xx — Dollars

WELLS FARGO  Wells Fargo Bank, N.A.
Minnesota
wellsfargo.com

1,352.00

For _____

⑈091000019⑈ ⬛⬛⬛2073⑈ 08809 ⑈0000135200⑈

41
CREDIT ACCT OF
ESSEX NEW YORK
END GUAR
56

MAN

R/T Number          009100001
Sequence Number     000008845286959
Account Number      ⬛⬛⬛2073

Processing Date     20090510
Amount              0000135200
Serial Number       000000000008809



WILLIAM J PROHOFSKY 456A
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN 55305-3271

8813

17-1/910 210
10070372073

5-29-09 Date

Pay to the
Order of ROARING FORK                $ 36⁹³

Thirty six 93/_____ Dollars

WELLS FARGO  Wells Fargo Bank, N.A.
             Minnesota
             wellsfargo.com

For_____

⑉091000019⑉     2073⑉  08813



PAY TO THE ORDER OF VECTRA BANK
COLORADO DENVER, CO ▬▬ FOR
DEPOSIT ONLY ROARING FORK LODGE
SNOWMASS ▬▬

| | | |
|---|---|---|
| R/T Number | 009100001 | |
| Sequence Number | 000008845151516 | |
| Account Number | ▬▬72073 | |
| Processing Date | 20090510 | |
| Amount | 0000003693 | |
| Serial Number | 000000000008813 | |

BRMN1260945:16X1257502A

**WILLIAM J PROHOFSKY** 456
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN 55305-3271

8814

17-1/910 210
0070372073

5-34-09 Date

Pay to the
Order of ___ROARING FORK___ $ 202

Two HUNDRED Two _____ Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Minnesota
wellsfargo.com

For _____

⑆091000019⑆ 2073⑆ 08814

PAY TO THE ORDER OF VECTRA BANK
COLORADO DENVER, CO FOR
DEPOSIT ONLY ROARING FORK LODGE
SNOWMASS

| | | | |
|---|---|---|---|
| R/T Number | 009100001 | Processing Date | 20090510 |
| Sequence Number | 000008845151515 | Amount | 0000020200 |
| Account Number | ████2073 | Serial Number | 000000000008814 |



**WILLIAM J PROHOFSKY**
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN 55305-3271

LOOK UP    8816

17-1/910 210
0070372073

5-24-09 Date

Pay to the
Order of ___U S BANK___    $ 3421 64

___Three Thousand Four Hundred Twenty-one 64___ / Dollars

Wells Fargo Bank, N.A.
Minnesota
wellsfargo.com

4037 6919 6800 0062

For _____

⑆091000019⑆  2073⑈ 08816  ⑈0000342164⑈

69 10 00 019 259
S/T 04 10 SC RT 3
ACCT ??????????????

R/T Number          009100001
Sequence Number     000008822461461
Account Number      ████2073

Processing Date     20090605
Amount              00003421654
Serial Number       0000000000008816

BRWN1260945:16X1257502A



**WILLIAM J PROHOFSKY**
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN 55305-3271

952-546-1633

8852

6-30-09
Date

Pay to the
Order of _Lloyd Security, Inc_          | $ 1335.00

One Thousand Three Hundred Thirty Five          Dollars

**WELLS FARGO**
Wells Fargo Bank, N.A.
Maneras
wellsfargo.com

Invoices 8443 & 8016

For _122017 & 122337_

⑈091000019⑈          2073⑈  08852



1520001048137    0001    071309    >091

PAY TO THE ORDER OF
PRIVATE BANK MINNESOTA
MINNEAPOLIS MN 1-40554
FOR DEPOSIT ONLY
LLOYD SECURITY INC.

| | |
|---|---|
| R/T Number | 009100001 |
| Sequence Number | 000008883469856 |
| Account Number | ████2073 |
| Processing Date | 20090713 |
| Amount | 000013350.06 |
| Serial Number | 0000000000008852 |



WILLIAM J PROHOFSKY
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN 55305-3271

8859

17-1/910 210
0070372073

630-09

Date

Pay to the
Order of _Moss + Barnett_ | $ _1091%_

_One Thousand Ninty One_ Dollars

Wells Fargo Bank, N.A.
Minnesota
wellsfargo.com

_Invoice 565411_ **27685**

For _Client 27685_

⑈091000019⑈ ████████ 073⑈ 08859 ⑈000010900⑈



M&I BANK
07/09/09



| | | |
|---|---|---|
| R/T Number | ████ 0001 | Processing Date | 20090709 |
| Sequence Number | ██████████ 89376 | Amount | 0000109100 |
| Account Number | ██████ 073 | Serial Number | 000000000008859 |



**WILLIAM J PROHOFSKY**
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN 55305-3271

8864

6-30-09  Date

Pay to the
Order of  Premier Aquarium  $ 500 ⁰⁰

Five Hundred ——————— Dollars

For  Dennis Hecker

⑆091000019⑆  2073⑈ 08864  ⑆00000500000⑆

---

R/T Number         009100001
Sequence Number    000008881956419
Account Number     ████████72073

Processing Date    20090710
Amount             00000050000
Serial Number      000000000008864

**WILLIAM J PROHOFSKY**
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN 55305-3271

8866

77-1/910 210
0070372073

6-30-09
Date

Pay to the
Order of ___WRIGHT HENNEPIN___ | $ 1441 00/100

___One Thousand Four Hundred Forty One___ Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Minnesota
wellsfargo.com

For ___1493 Hunter Dr___

⑆091000019⑆ ⬛⬛⬛2073⑆ 08866

DEPOSIT ONLY ⬛⬛⬛⬛ B WH ELEC & SECUR

FNB ELKRIVER>⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

| R/T Number | 009100001 | Processing Date | 20090709 |
| Sequence Number | 000008880467346 | Amount | 0000144100 |
| Account Number | ⬛⬛⬛2073 | Serial Number | 000000000008866 |



**WILLIAM J PROHOFSKY**
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN 55305-3271

HECKE

8867

'17-1/910 210
0070372073

6-30-09
Date

Pay to the
Order of _THE TIMBER CLUB_ | $ 671⁵⁰/—

_Six Hundred SeventyOne ⁵⁰/—_ Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Minnesota
wellsfargo.com

For _Delroy + Tam, The Hacker_

⑈091000019⑈ 073⑈ 08867



PAY TO THE ORDER OF
ALPINE BANK
FOR DEPOSIT ONLY
TIMBERS CLUB HOMEOWNERS ASSOC.

87-14-2009

| | |
|---|---|
| R/T Number | 009100001 |
| Sequence Number | 000008884923473 |
| Account Number | 2073 |

| | |
|---|---|
| Processing Date | 20090714 |
| Amount | 000067150 |
| Serial Number | 000000000008867 |



WILLIAM J PROHOFSKY
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN 55305-3271

8871

6-30-09

Date

Pay to the
Order of _City of Medina_ $ 75⁰⁰

_Seventy five_ Dollars

WELLS FARGO
Wells Fargo Bank, N.A.
Minnesota
wellsfargo.com

Invoice 3154

For _Dennis Hecker_

⑆091000019⑆ 73⑈ 0887⑈



PAY TO THE ORDER OF
Farmers State Bank of Hamel
FOR DEPOSIT ONLY
City of Medina

| R/T Number | 009100001 | Processing Date | 20090710 |
| Sequence Number | 000000284893252 | Amount | 0000007500 |
| Account Number | 2073 | Serial Number | 000000000008871 |

| System Date | Post Date | Event | | | Amount | R |
|---|---|---|---|---|---|---|
| Merchant | | | | | Reference | |
| 08/13/2009 | 08/15/2009 | Purchase - Service Stations (with or without Ancillary Services) | | | $2.94 | Fals |
| HOLIDAY STNSTORE 3551 | | ST. LOUIS PAR | MN US | | 24717059226922263414684 | |
| 08/12/2009 | 08/14/2009 | Purchase - Service Stations (with or without Ancillary Services) | | | $0.43 | Fals |
| HOLIDAY STNSTORE 0039 | | MINNETONKA | MN US | | 24717059226922252495992 | |
| 08/10/2009 | 08/12/2009 | Purchase - Eating Places, Restaurants | | | $2.94 | Fals |
| ISLES MARKET | | MINNEAPOLIS | MN US | | 24013399223009572564147 | |
| 08/10/2009 | 08/11/2009 | Purchase - Quick Payment Service, Fast Food Restaurants | | | $5.45 | Fals |
| WHITE CASTLE 080028084 | | HOPKINS | MN US | | 24761979222074624011277 | |
| 07/30/2009 | 08/01/2009 | Purchase - Quick Payment Service, Fast Food Restaurants | | | $4.19 | Fals |
| STARBUCKS USA 00210369 | | HONOLULU | HI US | | 24164079212355461022343 | |
| 07/28/2009 | 07/30/2009 | Purchase - Eating Places, Restaurants | | | $1.18 | Fals |
| ISLES MARKET | | MINNEAPOLIS | MN US | | 24013399210009143384145 | |
| 07/28/2009 | 07/28/2009 | Purchase - Men's and Women's Clothing Stores | | | $63.28 | Fals |
| UNDER ARMOUR | | ASPEN | CO US | | 24071059208330142747089 | |
| 07/28/2009 | 07/28/2009 | Purchase - Gift, Card, Novelty, and Souvenir Shops | | | $229.11 | Fals |
| RADIO BOARD SHOP | | ASPEN | CO US | | 24019519202082086178103 | |
| 07/22/2009 | 07/23/2009 | Purchase - Women's Ready to Wear Stores | | | $190.00 | Fals |
| A.P.C. SERVICE | | 2129960069 | NY US | | 24435659203286199900059 | |
| 06/11/2009 | 06/11/2009 | Value Load - n/a | | | $500.00 | 0 |
| WELLS FARGO A2A ONLINE | | | | | CC0082916C2D | |

EXHIBIT 5

| System Date | Post Date | Event | | | Amount | R |
|---|---|---|---|---|---|---|
| Purse | | Merchant | | | Reference | |
| 07/30/2009 | 08/01/2009 | Purchase - Women's Accessory and Specialty Stores | | | $500.00 | Fals |
| Wells Fargo Store Np | | LOUIS VUITTON WAIKIKI | HONOLULU | HI US | 00034 | |
| 06/11/2009 | 06/11/2009 | Value Load - n/a | | | $500.00 | 0 |
| Wells Fargo Store Np | | WELLS FARGO A2A ONLINE | | | CC003038408C | |
| 06/11/2009 | 06/11/2009 | Activate account | | | | Fals |
| | | Undefined (catch all) | | | CC003038408C | |
| 06/11/2009 | 06/11/2009 | Create a new purse | | | | Fals |
| | | Undefined (catch all) | | | CC003038408C | |
| 08/25/2008 | 08/25/2008 | Embossing Complete | | | | Fals |
| | | Undefined (catch all) | | | CC000ED77350 | |
| 08/25/2008 | 08/25/2008 | Embossing Complete | | | | Fals |
| | | Undefined (catch all) | | | CC003092621D | |
| 08/22/2008 | 08/22/2008 | Create a new account | | | | Fals |
| | | Undefined (catch all) | | | CC00C81238D1 | |
| 08/22/2008 | 08/22/2008 | Embossing Pending | | | | Fals |
| | | Undefined (catch all) | | | CC00932AA326 | |

EXHIBIT 6

Reference: 1000035707616:1000035707616:1000035706615





**R/T Number**     09100001        **Processing Date**   20090526
**Sequence Number** ▓▓▓7821        **Amount**            5000.00
**Account Number** ▓▓▓2073        **Check Number**     8787

EXHIBIT 7

Reference: 1000035709162:1000035709162:1000035708161

**WILLIAM J PROHOFSKY**
10401 CEDAR LAKE RD UNIT 303
MINNETONKA, MN 55305-3271

8835
17-1/910 210
0070372073

6-11-09 Date

Pay to the
Order of _Chris Ronin_                    $ 9800⁷⁄

_Nine Thousand Eight Hundred_                 Dollars

Wells Fargo Bank, N.A.
Minnesota
wellsfargo.com

For _____

⑆091000019⑈        2073⑈ 08835

2073   300
$9,800.00
06/12/09 10:46AM
03 09544 0025 160

| R/T Number | 09100001 | Processing Date | 20090612 |
| Sequence Number | 062 | Amount | 9800.00 |
| Account Number | 2073 | Check Number | 8835 |

EXHIBIT 8

2-24
2-10-10

Ⓩ 008

TOPIC:          DATE:

FILE UNDER:       PAGE:

① Loyd Security    Hunter    Cross Gate
     623 40     —1335    711 66
           —#885

② XL Cel Energy    11674 Echo
         360

③ XL Cel Energy    11700 Cross
         400

④ XL Cel       350 92   #885 534

⑤ Cross Lake Construct = 743 #885    21 Tinwell   671
⑥ Baumans       1277 #885    22 Centi Point   73
⑦ American National = 702 57 #885   23 Disney 2108
      Bank           24 Medina 30
⑧ GTO Inc    = 300 #885    25 Entry Head 42
⑨ "          = 115 #886    26 Herick 405
⑩ Moss Bennett = 1091 #886    27 Ryoma 65
⑪ Rossy Sitawy   = 86 #886      Credit
⑫ Centi Point Energy = #886
⑬ Centi Point    = 170 #886

EXHIBIT 9