# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                                  BKY No. 09-50779

                                                                                                                   Chapter 7

        Debtor.

## ORDER

This case is before the court on the motion of Randall L. Seaver, the trustee, for turnover of property of the estate.

Based on the motion and the file,

IT IS ORDERED: Within seven days from the entry of this order Monroe Summers, Summers Properties West, Inc. and Cozy Point Ranch, LLC, shall turn over to the trustee:

1. A full and complete accounting of all assets which were or have been in their possession since May 1, 2009 and which were held for or on account of Dennis Hecker.

2. Copies of all documents evidencing the items comprising in the "past due balance" of $6,637.64 as referenced in Mr. Summers October 16, 2009 e-mail to Hecker.

3. Copies of all documents relating to or evidencing the storage of any items by Monroe Summers, Summers Properties West, Inc. or Cozy Point Ranch, LLC, which were stored for or on behalf of Dennis Hecker, Christi Rowan or any of Hecker's business entities.

4. Copies of any and all checks, money orders, cashier's checks, or any other instruments by which Monroe Summers, Summers Properties West, Inc. or Cozy Point Ranch, LLC, have received any payment from, or on behalf of Dennis Hecker or Christi Rowan from January 1, 2009 to date.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/24/2010*
Lori Vosejpka, Clerk, by LMH

5. Copies of any and all correspondence, including e-mail correspondence, between Monroe Summers, Summers Properties West, Inc. or Cozy Point Ranch, LLC, on one hand and, on the other hand, Christi Rowan or Dennis Hecker, from January 1, 2009 to date.

Dated: February 24, 2010

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

416450