UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:  BKY No. 09-50779

Dennis E. Hecker,  Chapter 7

Debtor.

---

## NOTICE OF HEARING AND MOTION FOR AN ORDER
## AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS

---

To: Parties specified in Local Rule 9013-3.

1. Randall L. Seaver, the duly-appointed Chapter 7 Trustee in the above-referenced bankruptcy case ("**Trustee**"), moves the Court for the relief requested below and gives notice of hearing.

2. The Court will hold a hearing on this motion at 2:00 p.m. on March 17, 2010 Courtroom No. 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415 or as soon thereafter as counsel can be heard.

3. Any response to this motion must be filed and delivered no later than March 12, 2010 which is five (5) days before the time set for the hearing (including Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334, Rule 5005 of the Federal Rules of Bankruptcy Procedure, and Local Rules 1070-1 and 1073-1. This is a core proceeding. This case was commenced as a voluntary Chapter 7 proceeding on June 4, 2009. The case is now pending before this Court.

5. This Motion arises under 11 U.S.C. §363(b) and (f) and Bankruptcy Rule 6004.

6. Debtor owns fifty percent (50.0%) of the shares of stock in Jacob Holdings of Nestor Falls, Inc. ("**Jacob Nestor Falls**").

7. Jacob Nestor Falls owns one hundred percent (100.0%) of the shares of stock in Shady Roost Lodge Corporation (the "**Company**").

8. The Company owns and operates a fishing camp in Ontario, Canada.

9. The Company is currently indebted to Alliance Bank in the approximate amount of $600,000 (the "**Alliance Bank Liability**").

10. The Company is currently indebted to Michael Holdings, LLC in the approximate amount of $300,000 (the "**Michael Holdings Liability**").

11. The Trustee seeks to take, or consent to, the corporate actions necessary to cause Jacob Nestor Falls to sell to Shady Roost Holdings, Inc. ("**Buyer**") the interest of Jacob Nestor Falls in Shady Roost Lodging Corporation (the "**Company**"), including all of the shares of Company stock which Jacob Nestor Falls may own (the "**Property**") for the sum of $100,000.00. A copy of the proposed Purchase Agreement is attached hereto as Exhibit A.

12. The sale will be free and clear of the interests of any parties. The net proceeds of the sale would be subject to any secured party's interests and would be held in the Trustee's trust account subject to further order of the Court.

13. The Trustee has investigated the financial affairs of the Company and believes, given said review, that the sum of $100,000.00 plus assumption by Buyer of the Alliance Liability, the Michael Holdings Liability and all other liabilities of the Company as set forth in Section 3 of the purchase agreement for the sale is a fair purchase price.

14. The Trustee's consent to the sale is conditioned upon $50,000.00 (or one-half of the purchase price) being paid to "Randall L. Seaver, Trustee."

15. The Trustee does not believe that any party holds a perfected non-avoidable security interest in the Property. There are no UCC financing statements of record that cover Jacob Nestor Falls' interests in the Company.

16. Pursuant to Local Rule 9013-2(c), the Trustee gives notice that he may, if necessary, testify at the hearing regarding the proposed sale.

**WHEREFORE**, the Trustee moves the Court for an order authorizing the Trustee to cause Jacob Nestor Falls to sell the Property to Shady Roost Holdings, Inc. with the Trustee receiving $50,000.00 for said consent and with the sale being free and clear of interests and granting such other relief as the Court may deem just and equitable.

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

Dated: February 24, 2010

By /e/ Matthew R. Burton
Matthew R. Burton, #210018
Attorneys for Randall L. Seaver, Trustee
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
(612) 332-1030

# VERIFICATION

    I, Randall L. Seaver, Trustee of the Bankruptcy Estate of Dennis E. Hecker, the moving party named in the foregoing Notice of Hearing and Motion for an Order Authorizing Sale of Assets Free and Clear of Liens, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: February 24, 2010

/e/ Randall L. Seaver
_____
Randall L. Seaver, Trustee

416505

# PURCHASE AGREEMENT

**THIS AGREEMENT** is made and entered into effective as of __ day of March, 2010, by and between Shady Roost Holdings, Inc., a Minnesota corporation ("Buyer") and Jacob Holdings of Nester Falls, Inc., a Minnesota corporation ("Seller").

## W I T N E S S E T H :

**WHEREAS,** the Seller is the current owner of the Shady Roost Lodge Corporation ("Shady Roost") as evidenced by (1) investments and advances made to Shady Roost as reflected on Seller's December 31, 2009 schedule of assets, and 2 those certain share certificates numbers 2 and 3 ("Shady Roost Shares"), copies of which are attached as **Exhibit 1** and incorporated by reference (collectively, the "Shady Roost Interests");

**WHEREAS,** the chapter 7 trustee for the bankruptcy estate of Dennis E. Hecker ("Hecker Estate") must, subject to prior bankruptcy court approval, sign a Seller shareholder resolution authorizing execution of and performance under this Purchase Agreement;

**WHEREAS,** the Seller presently has estimated liabilities totaling approximately $900,000, as reflected on the Seller balance sheet dated as of Closing and attached hereto as **Exhibit 2** and incorporated by reference ("Liabilities");

**WHEREAS,** Seller has agreed to sell the Shady Roost Interests and Buyer has agreed to purchase the Shady Roost Interests subject to the terms and conditions of this Purchase Agreement.

**NOW THEREFORE,** pursuant to the foregoing recitals, which are an integral part hereof, and in consideration of the mutual covenants contained herein, the sufficiency of which is hereby acknowledged, Buyer and Seller hereby agree as follows.

1. **Sale.** Subject to the terms and upon the conditions contained in this Purchase Agreement, Buyer agrees to purchase the Shady Roost Interests from Seller, and Seller hereby agrees to sell, assign, transfer and convey the Shady Roost Interests to Buyer.

2. **Purchase Price.** In consideration of and for the Shady Roost Interests and subject to the terms hereof, Buyer agrees to make a cash payment of $100,000 ("Cash Payment") at Closing and to assume, without recourse to Seller, the Assumed Liabilities, as herein defined (together the Cash Payment and the Assumed Liabilities are the "Purchase Price").

3. **Assumed Liabilities.** As of Closing, Buyer shall assume and pay and satisfy when due (i) the Liabilities; and (ii) each and every debt, claim and obligation of Seller whether known or unknown, liquidated, contingent or disputed, whenever and however arising (the "Assumed Liabilities").



4. **Buyer's Contingencies.** The obligations of Buyer under this Agreement are contingent upon entry of an order of the United States Bankruptcy Court for the District of Minnesota on or before March 15, 2010 authorizing the chapter 7 trustee to sign a shareholder resolution authorizing the Seller sale of the Shady Roost Interests ("Order").

5. **Closing Date.** The date of the closing on the purchase and sale of the Shady Roost Interests shall occur at such time and place as may be mutually agreed upon by the parties to this Agreement but in no event later than March 25, 2010 (the "Closing"):

6. **Seller's Representations and Warranties.** Seller hereby represents and warrants to Buyer as follows:

    a. Seller has the full power, capacity and authority to enter into this Agreement and to perform hereunder, including without limitation to transfer, assign and convey the Shady Roost Interests to Buyer hereunder. No further corporate proceedings of Seller are required to approve the execution of this Agreement or the transaction contemplated herein. This Agreement constitutes a valid and binding obligation of Seller.

    b. The Shady Roost Interests shall be conveyed to Buyer free and clear of any interests, rights, liens, pledges, security interests, charges or other encumbrances or restrictions of any type or nature whatsoever.

    c. The Shady Roost Interests constitute the entire interest of Seller in Shady Roost and, following the sale, assignment, transfer and conveyance of the Shady Roost Interests to Buyer at Closing, Seller will not have any interest, of any type or nature whatsoever, in Shady Roost or the assets of Shady Roost.

    d. All of Seller's representations and warranties contained in this section and elsewhere in this Agreement are true and correct and will be true and correct upon Closing and shall survive the Closing of this transaction.

7. **Indemnification.** Buyer hereby agrees to, and shall immediately upon demand, indemnify and hold harmless the Seller, Michael Givens and the Hecker Estate (the "Indemnified Parties") from, against and in respect of (1) any liabilities, penalties, interest, costs, expenses or other damages or deficiencies suffered or incurred by the Indemnified Parties arising from or related to the Assumed Liabilities or any misrepresentation or breach of performance of any agreement or covenant on the part of the Buyer under this Agreement or from any misrepresentation and (2) all actions, suits, proceedings, demands, judgments, costs and expenses including, without limitation, reasonable attorneys' fees incident to any of the foregoing. The Buyer shall reimburse the Indemnified Parties, on demand, for any reasonable payment made at any time in respect of any valid liability, obligation or claim to which the foregoing indemnity relates. This section shall survive the Closing of this transaction.

8. **Seller's Closing Deliveries.** At Closing, the Seller shall deliver or cause to be delivered the following documents:

a. An executed Warranty Bill of Sale in the form attached hereto as **Exhibit 3**;

b. Copies of the resolution(s) by which the appropriate representatives of the Seller approve the sale of the Shady Roost Interests as contemplated by this Purchase Agreement, together with a certificate executed on behalf of the Seller by its Secretary certifying to the Buyer that such copies are true, correct and complete copies of such resolutions and that such resolutions are duly adopted and have not been amended or rescinded; and

c. All other documents reasonably determined by Buyer to be necessary to transfer the Shady Roost Interests to Buyer pursuant to the terms of this Purchase Agreement.

9. **Buyer's Closing Deliveries.** At Closing, the Buyer shall deliver or cause to be delivered the following:

    a. Payment of the Cash Payment in the form of a cashier's check; and

    b. Copies of the resolutions by which the members of the Buyer approve the acquisition of the Shady Roost Interests contemplated by this Purchase Agreement, together with a certificate executed on behalf of the Buyer by its Secretary certifying to the Seller that such copies are true, correct and complete copies of such resolutions and that such resolutions are duly adopted and have not been amended or rescinded; and

    c. All other documents reasonably determined by Seller to be necessary to transfer the Acquired Assets to Buyer pursuant to the terms of this Agreement.

10. **Miscellaneous.**

    a. From time to time following the execution of this Agreement, each of Buyer and Seller shall execute, deliver and acknowledge such further documents or instruments and perform such further acts or deeds as may be reasonably necessary to consummate the transactions contemplated by this Agreement and carry out the purposes and intent of this Agreement.

    b. This Agreement shall inure to the benefit of and shall be binding upon Buyer and Seller and each of their respective successors and assigns; provided, however, that neither party may assign their rights or delegate their obligations under this Agreement without the prior written consent of the other party.

    c. This Agreement contains the entire understanding of Buyer and Seller with respect to the subject matter addressed herein and supersedes all prior agreements, discussions, negotiations and understandings between Buyer and Seller with respect to such subject matter.

d. This Agreement may be executed in two or more counterparts, each of which shall be deemed an original and all of which shall constitute one and the same instrument.

e. This Agreement shall be construed and enforced in accordance with the laws of the State of Minnesota (without regard to the provisions thereof which concern conflicts of laws) and any proceeding related to a dispute arising in connection with this Agreement shall be brought exclusively in the State or Federal Courts in Hennepin County, Minnesota.

f. Seller agrees that breach of this Agreement by Seller will cause Buyer irreparable harm for which there is no adequate remedy of law and, without limiting whatever other rights and remedies Buyer may have, Buyer is entitled to the remedy of specific performance to enforce this Agreement and Seller consents to the issuance of an order by a court of competent jurisdiction requiring the specific performance of this Agreement by Seller.

g. If any action, lawsuit or proceeding is initiated under this Agreement by reason of any parties breach of this Agreement or failure to perform as provided hereunder, then, the prevailing party in such action, lawsuit or proceeding shall be entitled to recover, and the non-prevailing party agrees to pay all attorneys' fees, court costs, filing fees, deposition costs and similar expenses incurred by the prevailing party. Such recovery of fees and costs shall be in addition to any and all other remedies available hereunder, at law or in equity.

h. It is expressly agreed by the parties hereto that time is of the essence with respect to this Agreement.

i. The recitals are incorporated and made a part of this Agreement.

j. The section headings or captions appearing in this Agreement are for convenience only, are not a part of this Agreement and are not to be considered in interpreting this Agreement.

**IN WITNESS WHEREOF**, Buyer and Seller have executed this Agreement as of the day and year first above written. The individuals signing below on behalf of Seller and Buyer represent and warrant that they have the authority to bind the applicable party to this Agreement.


SHADY ROOST HOLDINGS, INC.,
a Minnesota corporation


By_____

    Its_____


JACOB HOLDINGS OF NESTER FALLS, INC.,
a Minnesota corporation


By_____

    Its_____


O:\home\Tracy\WPDATA\41616-GIVENS\Jacob Holdings of Nestor Falls (S Corp)\Purchase Agr.doc

5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                           BKY No. 09-50779

Dennis E. Hecker,                                               Chapter 7

                    Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2010, I caused the following documents:

*Notice of Hearing and Motion for an Order Authorizing Sale of Assets Free and Clear of Liens and Order (Proposed)*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- Patti H Bass     ecf@bass-associates.com
- Bruce H. Carlson     bruce.carlson@mlcfargolaw.com, tricia.fossen@mlcfargolaw.com
- Monica L. Clark     clark.monica@dorseylaw.com
- Gordon B. Conn     conn@kwgc-law.com
- Clinton E. Cutler     ccutler@fredlaw.com, mdavis@fredlaw.com
- Stephen F Grinnell     stephen.grinnell@gpmlaw.com
- Douglas W. Kassebaum     dkassebaum@fredlaw.com, scharter@fredlaw.com;bankruptcy@fredlaw.com
- Jeffrey D. Klobucar     jklobucar@foleymansfield.com
- Connie Lahn     connie.lahn@fmjlaw.com, Aong.Moua@fmjlaw.com
- Thomas Lallier     tlallier@foleymansfield.com
- Joseph W. Lawver     jlawver@messerlikramer.com, mnygaard@messerlikramer.com
- Nauni J Manty     ecf@mantylaw.com
- Michael L Meyer     mlmeyer@ravichmeyer.com
- Ralph Mitchell     rmitchell@lapplibra.com, jpipp@lapplibra.com

- Andrew Paul Moratzka    apm@mcmlaw.com, jef@mcmlaw.com;ldj@mcmlaw.com
- Cynthia A. Moyer    cmoyer@fredlaw.com, cthomas@fredlaw.com
- Robert G. Parish    rparish@faegre.com
- Jamie R. Pierce    jpierce@hinshawlaw.com, akulbeik@hinshawlaw.com; mpocock@hinshawlaw.com;kmoore@hinshawlaw.com
- Recovery Management Systems Corp    claims@recoverycorp.com
- Craig E. Reimer    creimer@mayerbrown.com, samahdi@mayerbrown.com; srozen@mayerbrown.com;hroin@mayerbrown.com
- David E. Runck    david.runck@fmjlaw.com, Aong.Moua@fmjlaw.com
- Randall L. Seaver    rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com
- Brad A Sinclair    bsinclair@serklandlaw.com, crohr@serklandlaw.com
- Rebecca G. Sluss    rsluss@oppenheimer.com
- Matthew A Swanson    matthew.swanson@leonard.com, callie.sanford@leonard.com
- US Trustee    ustpregion12.mn.ecf@usdoj.gov

I further certify that I caused a copy of the foregoing documents to be faxed, e-mailed and/or mailed by first class mail, postage paid, to the following:

**SEE ATTACHED SERVICE LIST**

Dated: February 24, 2010

/e/ Jill L. Thorvig
_____
Jill L. Thorvig
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

416507

| | | |
|---|---|---|
| UNITED STATES RENT A CAR<br>4744 PARADISE ROAD<br>LAS VEGAS,, NV 89121 | ACE INSURANCE COMPANY<br>P.O. BOX 294836<br>CLEVELAND OH 44101 | ALDRIDGE, DAN<br>11700 CROSS AVE<br>CROSSLAKE MN 56442 |
| ALLEN EIDE<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 | AMERICAN BANK<br>1060 DAKOTA DRIVE<br>MENDOTA HEIGHTS MN 55120 | AMERICAN EXPRESS<br>P. O. BOX 0001<br>LOS ANGELES CA 90096 |
| AMERICAN NAT'L BANK OF MN<br>7638 WOIDA RD<br>BAXTER MN 56425 | ANCHOR BANK<br>1570 CONCORDIA AVE<br>SAINT PAUL MN 55104 | ANCHOR BANK<br>P.O. BOX 7933<br>MADISON WI 53707 |
| AV CARD/OASIS<br>164 LAKE FRONT DR<br>COCKEYSVILLE MD 21030 | AXIS CAPITAL, INC.<br>308 N LOCUST ST<br>PO BOX 2555<br>GRAND ISLAND NE 68802 | AXLE CAPITAL, LLC / SAGECREST<br>3 PICKWICK PLAZA<br>GREENWICH CT 06830 |
| AMERICAN BANK<br>1578 UNIVERSITY AVENUE W<br>SAINT PAUL, MN 55104 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | BARBARA LYNN CUTTER<br>2350 S BEVERLY GLEN BLVD #5<br>W LOS ANGELES CA 90064 |
| BAYPORT MARINA ASSOCIATION<br>200 5TH STREET<br>BAYPORT MN 55003 | BELISLE, WAYNE<br>1843 EAGLE RIDGE DR<br>SAINT PAUL MN 55118 | BELLAGIO<br>3600 LAS VEGAS BLVD<br>LAS VEGAS NV 89109 |
| BREICH, WALTER<br>13670 -- 122ND STREET<br>NORWOOD YOUNG AMERICA MN 55368 | BREMER BANK<br>633 SOUTH CONCORD STREET,<br>SUITE 350<br>SOUTH ST. PAUL MN 55075 | BRIGGS & MORGAN PA<br>2200 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS MN 55402 |
| C AND C BOAT WORKS<br>36448 CTY RD 66<br>CROSSLAKE MN 56442 | CA BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO CA 94279-7072 | CA DEPT OF MOTOR VEHICLES<br>PO BOX 942869<br>SACRAMENTO CA 94269-0001 |
| CARLTON FINANCIAL CORPORATION<br>1907 E. WAYZATA BLVD. SUITE 180<br>WAYZATA MN 55391 | CENTER POINT ENERGY<br>P.O. BOX 1144<br>MINNEAPOLIS MN 55440 | CESSNA AIRCRAFT COMPANY<br>P.O. BOX 12270<br>WICHITA KS 67277 |
| CHRYSLER FINANCIAL<br>CIMS 740-01-19<br>6400 S FIDDLERS GREEN CIR.,<br>STE. 700<br>ENGLEWOOD CO 80111-4979 | CITY OF ASPEN<br>130 S. GALENA ST.<br>ASPEN CO 81611 | CITY OF BAYPORT<br>294 N. 3RD STREET<br>BAYPORT MN 55003 |

| | | |
|---|---|---|
| CITY OF MEDINA<br>2052 CO RD 24<br>HAMEL MN 55340 | COMMUNITY NATIONAL BANK<br>845 EAST COUNTY ROAD E<br>VADNAIS HEIGHTS MN 55127 | D&H DOCKS<br>23624 SMILEY ROAD<br>NISSWA, MN 56468 |
| COOPERATIVE POWER<br>P.O. BOX 69<br>TWO HARBORS MN 55616 | CORNERSTONE BANK<br>2627 SOUTH UNIVERSITY<br>FARGO ND 58103 | CROSSLAKE PROPERTY SOLUTIONS<br>P.O. BOX 810<br>CROSSLAKE MN 56442 |
| CROW WING COUNTY TREASURER<br>JUDICIAL CENTER<br>213 LAUREL ST<br>BRAINERD MN 56401 | DEERWOOD BANK<br>P.O. BOX 527<br>724 W. WASHINGTON STREET<br>BRAINERD MN 56401 | DON GILBERT<br>1700 PHEASANT RUN<br>HUDSON WI 54016 |
| DONALD M HALSTEAD III<br>15626 SUNSET WAY<br>BRAINERD MN 56401 | ELIZABETH A JOHNSON<br>PO BOX 624<br>PINE RIVER MN 56474 | ENCORE BANK<br>3003 TAMIAMI TRAIL NORTH, #100<br>NAPLES FL 34103 |
| EXXONMOBILE OIL CORPORATION<br>ATTN JENNIFER FRASER<br>120 MCDONALD STREET SUITE B<br>SAINT JOHN NB CANADA E2J 1M5 | FAMILY HOLDINGS OF MN LLC<br>11614 ECHO BAY DRIVE<br>CROSSLAKE MN 56442 | FIFTH THIRD BANK<br>C/O RICHARD J. SWIFT, JR.<br>GARLICK STETLER & SKRIVIAN<br>9115 CORSEA DE FONTANA WAY, #100<br>NAPLES FL 34109 |
| GE CAPITAL<br>1415 WEST 22ND STREET, SUITE 600<br>OAKBROOK IL 60523 | GE CAPITAL, FLEET SERVICES<br>3 CAPITAL DRIVE<br>EDEN PRAIRIE MN 55344 | GELCO CORPORATION<br>THREE CAPITAL DRIVE<br>ATTN: GENERAL COUNSEL<br>EDEN PRAIRIE MN 55344 |
| GEMB LENDING INC<br>2995 RED HILL AVE STE 250<br>COSTA MESA CA 92626 | GEMB LENDING, INC.<br>P.O. BOX 57091<br>IRVINE CA 92619 | GMAC MORTGAGE<br>9661 W. 143RD STREET<br>SUITE 200<br>ORLAND PARK IL 60462 |
| GMAC MORTGAGE<br>P.O. BOX 4622<br>WATERLOO IA 50704 | GMAC, LLC<br>15303 94TH AVENUE<br>ORLAND PARK IL 60462 | GWYN M DOENZ<br>10600 COUNTRY DRIVE<br>PINE CITY MN 55063 |
| HECKER, SANDRA<br>13755 - 84TH PL N<br>MAPLE GROVE MN 55369 | HENNEPIN COUNTY TREASURER<br>300 S SIXTH ST<br>A600 GOVERNMENT CNT<br>MINNEAPOLIS MN 55487 | HOLY CROSS ENERGY<br>3799 HWY 82<br>GLENWOOD SPRINGS CO 81602 |
| HOME FEDERAL SAVINGS BANK<br>1016 CIVIC CENTER DR NW<br>STE 300<br>ROCHESTER MN 55903 | HSBC BANK NEVADA NA<br>BASS & ASSOCIATES, PC<br>3936 E FT LOWELL RD, STE 200<br>TUCSON AZ 85712 | HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>MOUNTAIN VALLEY CA 92708 |

| | | |
|---|---|---|
| INTER BANK<br>P.O. BOX 986<br>NEWARK NJ 07184 | INTERBANK EDINA<br>3400 WEST 66TH STREET, SUITE 100<br>EDINA MN 55435 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>389 US COURTHOUSE 316 N ROBERT<br>ST. PAUL MN 55101 |
| IRS<br>DEPARTMENT OF TREASURY<br>OGDEN UT 84201 | JACOB HOLDINGS OF MEDINA, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 | JACOB PROPERTIES OF ASPEN, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 |
| JASON S. COLBAUGH<br>PO BOX 1220<br>BRAINERD MN 56401 | JAVAN CARL<br>13942 GRAND OAKS DR<br>BAXTER MN 56425 | JAVER ESQUIVEL<br>2807 W AVE 30<br>LOS ANGELES CA 90065 |
| JC BROMAC<br>11860 S. LA CIENEGA BLVD.<br>LOS ANGELES CA 90250 | JOHN J. SORCI TRUST<br>2300 EAST VALLEY COURT<br>SAN JOSE CA 95148 | JP MORGAN CHASE BANK, N.A.<br>726 MADISON AVENUE<br>NEW YORK NY 10021 |
| KAPLAN STRANGIS & KAPLAN PA<br>5500 WELLS FARGO CENTER<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402 | KELLY K. HECKER<br>13905 - 53RD AVE N. APT. 1<br>PLYMOUTH MN 55446 | KLEINBANK<br>14141 GLENDALE ROAD<br>SAVAGE MN 55378 |
| KSTP-FM LLC<br>3415 UNIVERSITY AVE<br>SAINT PAUL MN 55114 | LAKE BANK, N.A., THE<br>613 FIRST AVENUE<br>TWO HARBORS MN 55616 | LLOYD SECURITY<br>1097 10TH SE<br>MINNEAPOLIS MN 55414 |
| LUBIC, MICHAEL, ESQ.<br>601 S FIGUEROA ST<br>STE 2500<br>LOS ANGELES CA 90017-5704 | M&I BANK<br>770 N. WATER STREET<br>MILWAUKEE WI 53202 | MAC OF PINE CITY, LLC<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 |
| MARC D. KOHL<br>39101 DARLING LANE<br>HINCKLEY MN 55037 | MARC E TRESSLER<br>3400 BARBARA LN<br>BURNSVILLE MN 55337 | MARSH CONSUMER<br>333 SOUTH SEVENTH, STE 1600<br>MINNEAPOLIS MN 55402-2427 |
| MARSHALL BANK FIRST<br>225 SOUTH SIXTH STREET, SUITE 2900<br>MINNEAPOLIS MN 55402 | MCENROE, CATHERINE<br>LEONARD STREET & DEINARD<br>150 S FIFTH ST STE 2300<br>MINNEAPOLIS MN 55402 | MICHAEL REYES<br>PO BOX 205<br>BACKUS MN 56435 |
| MIKDEN PROPERTIES<br>7002 6TH STREET NORTH<br>OAKDALE MN 55128 | MINNESOTA DEPT. OF REVENUE<br>MAIL STATION 7701<br>SAINT PAUL MN 55146-7701 | MINNESOTA DEPT. OF REVENUE<br>PO BOX 64649<br>SAINT PAUL MN 55164-0649 |

| | | |
|---|---|---|
| MN DEPT OF PUBLIC SAFETY<br>DRIVER & VEHICLE SERVICES<br>445 MINNESOTA ST<br>SAINT PAUL MN 55101-5160 | NATHAN THIEMAN<br>1030 8TH AVE SW<br>PINE CITY MN 55063 | NEIMAN MARCUS<br>P.O. BOX 5235<br>CAROL STREAM IL 60197 |
| NEVADA STATE BANK<br>6505 NORTH BUFFALO DRIVE<br>LAS VEGAS NV 89131 | NIEDERNHOEFER, MANFRED<br>1563 RIVERCREST RD<br>LAKELAND MN 55043 | NITROGREEN<br>P.O. BOX 41<br>MAPLE PLAINE MN 55359 |
| NORTHMARQ CAPITAL<br>3500 AMERICAN BLVD WEST,<br>SUITE 500<br>BLOOMINGTON MN 55431 | NORTHRIDGE FARM<br>ASSOCIATION<br>P.O. BOX 767<br>WAYZATA MN 55391 | NORTHWOODS BANK<br>PO BOX 112<br>PARK RAPIDS MN 56470 |
| OLD REPUBLIC SURETY<br>1503 - 42ND ST<br>STE 100<br>DES MOINES IA 50305 | PRALLE, GARY<br>3625 PINE HOLLOW PL<br>STILLWATER MN 55082 | PREMIER AQUARIUM<br>6340 IRVING AVE S.<br>RICHFIELD MN 55423 |
| PREMIER BANKS<br>1875 W. HIGHWAY 36<br>ROSEVILLE MN 55113 | PRESS A DENT INC<br>1154 S HIGH ST<br>DENVER CO 80210 | PRINDLE, DECKER & AMARO, LLP<br>310 GOLDER SHORE - 4TH FLOOR<br>LONG BEACH CA 90802 |
| PROFESSIONAL SERVICE<br>BUREAU<br>11110 INDUSTRIAL CIRCLE NW<br>STE B<br>ELK RIVER MN 55330-0331 | PROHOVSKY, BILL<br>11700 CROSS AVE<br>CROSSLAKE MN 56442 | Michael F. McGrath, Esq.<br>Ravich, Meyer, Kirkman, McGrath,<br>Nauman & Tansey, P.A.<br>4545 IDS Center<br>80 S. 8th Street<br>Minneapolis, MN 55402 |
| RANDY'S SANITATION<br>P.O. BOX 169<br>DELANO MN 55328 | RIVERLAND BANCORPORATION<br>700 SEVILLE DRIVE<br>JORDAN MN 55352 | RIVERWOOD BANK<br>LOAN PRODUCTION OFFICE<br>PO BOX 899<br>CROSSLAKE MN 56442 |
| ROE, JESSICA LIPSKY, ESQ.<br>BERNICK LIFSON ET AL<br>500 WAYZATA BLVD STE 1200<br>MINNEAPOLIS MN 55416 | ROYAL JEWELERS<br>73 BROADWAY<br>FARGO, ND 58102 | RUTH ANN BIEDERMAN<br>414 7TH AVE NE<br>PINE CITY MN 55063 |
| SCHUYLER SCARBOROUGH<br>19181 SPENCER ROAD UNIT #15<br>BRAINERD MN 56401 | SCOTT A. KEYPORT<br>1802 AIRWAVES RD NE<br>PINE CITY MN 55063 | SILVER CLIFF ASSOCIATION<br>1201 CEDAR LAKE RD S.<br>MINNEAPOLIS MN 55416 |
| SOURCE GAS<br>P.O. BOX 660474<br>DALLAS TX 75266 | ST. CROIX YACHT CLUB<br>P.O. BOX 2263<br>STILLWATER MN 55082 | STATE OF MINNESOTA DEPT OF<br>REVENUE<br>600 NORTH ROBERT STREET<br>ST. PAUL MN 55101 |

| | | |
|---|---|---|
| STORCHECK CLEANERS<br>857 7TH STREET<br>ST. PAUL MN 55106 | SUMMERS PROPERTY MANAGEMENT<br>111K AABC<br>ASPEN CO 81611 | TCF NATIONAL BANK<br>801 MARQUETTE AVENUE<br>MINNEAPOLIS MN 55402 |
| TCHIDA, BRYANT D., ESQ.<br>LEONARD STREET & DEINARD<br>150 S 5TH ST STE 2300<br>MINNEAPOLIS MN 55402 | THE MIRAGE CASINO-HOTEL<br>C/O MARK W. RUSSELL ESQ<br>3400 LAS VEGAS BLVD S<br>LAS VEGAS NV 89109 | TOYOTA FINANCIAL SAVINGS BANK<br>2485 VILLAGE VIEW DRIVE<br>SUITE 200<br>HENDERSON NV 89074 |
| TOYOTA FINANCIAL SERVICES<br>301 CARLSON PKWY, STE. 210<br>MINNETONKA MN 55305 | TOYOTA MOTOR CREDIT CORP<br>301 CARLSON PKWY STE 210<br>MINNETONKA MN 55305 | U.S. BANK<br>BC-MN-H22A<br>800 NICOLLET MALL, 22ND FLOOR<br>MINNEAPOLIS MN 55402 |
| US BANK VISA CARD<br>P.O. BOX 790408<br>ST. LOUIS MO 63179 | VENTURE BANK<br>5601 GREEN VALLEY DRIVE<br>SUITE 120<br>BLOOMINGTON MN 55437 | VFS FINANCING, INC.<br>10 RIVERVIEW DR<br>ATTN BETH BONELL<br>DANBURY CT 06810 |
| VICTORIA INSURANCE<br>1100 LOCUST STREET<br>DES MOINES IA 50391 | VISION BANK<br>3000 25TH ST. SOUTH<br>P.O. BOX 10008<br>FARGO ND 58106 | WAGENER, MAURICE J.<br>13700 WAYZATA BLVD<br>HOPKINS MN 55305 |
| WASHINGTON COUNTY TREASURER<br>GOVERNMENT CENTER<br>14949 - 62ND ST N<br>STILLWATER MN 55082 | WASHINGTON MUTUAL BANK, FA<br>400 E MAIN ST<br>STOCKTON CA 95290 | WASTE PARTNERS<br>P.O. BOX 677<br>PINE RIVER MN 56474-0677 |
| WATERFORD ASSOCIATION<br>P.O. BOX 1353<br>MINNEAPOLIS MN 55480-1353 | WAYNE BELISLE<br>1843 EAGLE RIDGE<br>MENDOTA HEIGHTS MN 55118 | WELLS FARGO<br>C/O DAVID GALLE<br>45 SOUTH SEVENTH ST, STE 3300<br>MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK N.A.<br>LOAN ADJUSTMENT GROUP<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402 | WELLS FEDERAL BANK<br>53 FIRST ST. SW<br>WELLS MN 56097 | WI DEPT OF TRANSPORTATION<br>PO BOX 7949<br>MADISON WI 53707 |
| WILLIAM BRODY<br>BUCHALTERNEMER<br>1000 WILSHIRE BLVD, STE 1500<br>LOS ANGELES CA 90017-2457 | WORLD OMNI FINANCIAL CORP.<br>190 JIM MORAN BOULEVARD<br>DEERFIELD BEACH FL 33442 | ZAPPIA, THOMAS M., ESQ.<br>ZAPPIA & LEVAHN<br>941 HILLWIND RD NE STE 301<br>MINNEAPOLIS MN 55432 |
| CRAIG E REIMER<br>MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | DENNIS E. HECKER<br>1615 Northridge Drive<br>Medina, MN 55391 | HOWARD J ROIN<br>MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |

MARIA ROMANO
4744 PARADISE ROAD
LAS VEGAS, NV 89121

SAJIDA MAHDI ALI
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

STUART M ROZEN
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

INVER GROVE INVESTMENTS, INC.
500 FORD ROAD
MINNEAPOLIS, MN 55426

JACOB PROPERTIES OF MINNESOTA
500 FORD ROAD
MINNEAPOLIS, MN 55426

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779

Dennis E. Hecker,  Chapter 7

Debtor.

**ORDER AUTHORIZING SALE OF ASSETS OF DEBTOR
FREE AND CLEAR OF INTERESTS**

The above matter came before the court on the motion of Randall L. Seaver, trustee seeking an order authorizing sale of assets free and clear of interests.

Based upon all the files, records and proceedings herein, and the court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The trustee is authorized to consent to, and to take corporate actions necessary to cause Jacob Holdings of Nestor Falls, Inc. to sell to Shady Roost Holdings, Inc. all of Jacob Holdings of Nestor Falls, Inc.'s interest in Shady Roost Lodge Corporation including the stock of Shady Roost Lodge Corporation held by Jacob Holdings of Nestor Falls, Inc. for the sum of $100,000.00, plus assumption by Shady Roost Holdings, Inc. of all of the liabilities of Shady Roost Lodge Corporation as set forth in section 3 of the purchase agreement for the sale.

2. The property and rights sold shall be free and clear of any interest in such property pursuant to 11 U.S.C. §363(b) and (f) with such interests, if any, attaching to the proceeds of sale with the same priority, dignity and effect as such interests existed pre-petition.

3. The trustee is authorized to vote the debtor's shares in approval of the sale of the assets of the company to Shady Roost Holdings, Inc. conditioned upon the trustee receiving not less than $50,000.00 at closing.

4. The proceeds shall be deposited in the trustee's account and held subject to further order of the court.

5. Notwithstanding Fed. R. Bankr. P. 6004(g), this order is effective immediately.

_____    _____

416506