## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

------------------------------------------

In re:

Dennis E. Hecker,

      Debtor.

------------------------------------------

BKY No. 09-50779

**NOTICE REGARDING WAIVER**

On February 19, 2010, the trustee filed a Notice of Waiver of Privileges. That document included, among others, a waiver relating to Fafinski, Mark & Johnson and an attorney in that firm named Pat Shriver. The trustee has been advised that neither the law firm of Fafinski, Mark & Johnson, nor Attorney Pat Shriver have represented Dennis Hecker. The trustee has been advised that the Fafinski, Mark & Johnson firm represents Hyundai Capital America, f/k/a Hyundai Motor Finance Company.

Dated: February 24, 2010

/e/ Randall L. Seaver
Randall L. Seaver, Hecker Trustee