# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

        Debtor.

Chapter 7
Case No. BKY 09-50779

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY

This case is before the court on the motion of Jeffrey Klinger seeking relief from the automatic stay. Based on the motion and the file,

**IT IS ORDERED:**

1. Jeffrey Klinger's may pursue his remedies under applicable state law, including an action to reduce the foreclosure redemption period to five weeks under Minn. Stat. § 582.032, in connection with the real estate owned by the debtor located at 205 Mariner Way, Bayport, Minnesota 55003, legally described as:

> Unit 4, Building 8, Condominium No. 62, Waterford on the St. Croix, Second Supplemental Condominium Plat, together with an undivided 1/41st interest in common areas and facilities as set forth in the Declaration and shown on the Condominium plat on file and of record in the office of the Washington County Recorder, Minnesota.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: February 25, 2010

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on **02/25/2010**
Lori Vosejpka, Clerk, by LMH

6627177v1