UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:    BKY No. 09-50779

Dennis E. Hecker,    Chapter 7 Bankruptcy

            Debtor.

_____

**NOTICE OF CONTINUED HEARING**

PLEASE TAKE NOTICE that the hearing on the Trustee's Motion for Contempt set for March 10, 2010 at 2:00 p.m. has been continued to March 17, 2010 at 2:00 p.m. before the Honorable Robert J. Kressel in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

                                        **LEONARD, O'BRIEN**
                                        **SPENCER, GALE & SAYRE, LTD.**

                                          /e/ Matthew R. Burton
Dated: March 9, 2010            By_____
                                        Matthew R. Burton, #210018
                                        Attorneys for Randall L. Seaver, Trustee
                                        100 South Fifth Street, Suite 2500
                                        Minneapolis, Minnesota 55402-1234
                                        (612) 332-1030

418194

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

BKY No. 09-50779

In re:

Chapter 7

Dennis E. Hecker,

       Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2010, I caused the following documents:

    *Notice of Continued Hearing*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first-class mail, postage paid, to the following:

| | |
|---|---|
| Dennis E. Hecker<br>1615 Northridge Drive<br>Medina, MN 55391 | Michael B. Lubic<br>Sonnenschein Nath & Rosenthal LLP<br>601 S Figueroa St Ste 2500<br>Los Angeles, CA 90017-5704 |
| Christi M. Rowan<br>1615 Northridge Drive<br>Medina, MN 55391 | Michael W. Malter<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |

Dated: March 9, 2010

    /e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

415428