UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: BKY No. 09-50779

Dennis E. Hecker, Chapter 7

      Debtor.

## ORDER AUTHORIZING SALE OF ASSETS

This case is before the court on the motion of Randall L. Seaver, the trustee, seeking an order authorizing sale of assets free and clear of interests.

Based on the motion and the file,

IT IS ORDERED:

1. The trustee is authorized to consent to, and to take corporate actions necessary to cause Jacob Holdings of Nestor Falls, Inc. to sell to Shady Roost Holdings, Inc. all of Jacob Holdings of Nestor Falls, Inc.'s interest in Shady Roost Lodge Corporation including the stock of Shady Roost Lodge Corporation held by Jacob Holdings of Nestor Falls, Inc. for the sum of $100,000.00, plus assumption by Shady Roost Holdings, Inc. of all of the liabilities of Shady Roost Lodge Corporation as set forth in section 3 of the purchase agreement for the sale.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/17/2010*
Lori Vosejpka, Clerk, by LMH

2. The trustee is authorized to vote the debtor's shares in approval of the sale of the assets of the company to Shady Roost Holdings, Inc. conditioned upon the trustee receiving not less than $50,000.00 at closing.

3. The proceeds shall be deposited in the trustee's account and held subject to further order of the court.

4. Notwithstanding Fed. R. Bankr. P. 6004(g), this order is effective immediately.

March 17, 2010

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

416506