UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779
 Chapter 7
Dennis E. Hecker

    Debtor.
_____

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF AUCTIONEER**
_____

1. Applicant is the trustee in this case.

2. Applicant applies for approval of the employment of Dickensheets & Associates, Inc., as auctioneer to sell the following property of the estate: To pick up and sell at auction a Harley Davidson Motorcycle and motorcycle trailer.

4. The terms and conditions of the compensation and reimbursement of expenses are as follows: The agent will receive commission of 10% of gross sales price and will be paid expenses for pickup not expected to exceed $560.00. Said fees and expenses to be withheld from the sale proceeds. Dickensheets & Associates, Inc. has Dealer's License No. 1064 and Auctioneer's Bond No. 3312634.

5. Said professional has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None

Wherefore, applicant requests that the court approve such employment by the trustee.

Dated: _March 23__, 2010                 ____/e/Randall L. Seaver_____
                                                                       Randall L. Seaver

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779
Chapter 7

Dennis E. Hecker

Debtor.

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

I, William Dickensheet and Dickensheet & Associates, Inc., named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

2. I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following:

3. I have the appropriate bonding and insurance coverage: Dealer's License No. 1064, Type- Auctions- Expires 6/30/10. Auctioneer's Bond No. 34RN 090486 for the term of 6/1/09 through 6/1/10.

Dickensheet & Associates, Inc.

Dated: 3/22/10 , 2010    By: /s/ William Dickensheet

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: BKY No. 09-50779

Dennis E. Hecker Chapter 7

    Debtor.
_____

**ORDER**
_____

The application to employ William Dickensheet, and Dickensheets & Associates, Inc., as an auctioneer came before the undersigned. Based on the application, the recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code §327,

IT IS ORDERED the employment is approved.

Dated:                                              _____
                                                                    Robert J. Kressel
                                                                    United States Bankruptcy Judge