

| | Hecker | | | |
|---|---|---|---|---|
| | Charles E. Lundberg | t o : | 'lynn_hennen@mnb.uscourts.gov' | 03/24/2010 10:34 AM |
| | Cc: "'jjorissen@losgs.com'" | | | |
| History: | This message has been forwarded. | | | |

Following up on my telephone call to chambers just now, I am outside ethics counsel to attorney Bill Skolnick.

We wanted to advise Judge Kressel that Mr. Skolnick will be moving to withdraw from representation of Mr. Hecker.

Counsel for the Trustee, Matt Burton, is out of the office this week, so we have advised one of his colleagues, James Jorissen, of this fact and will copy him on this email.

We will file the motion promptly after Mr. Burton returns to town next week.

Thank you.



**CHARLES E. LUNDBERG,** *Attorney*
**BASSFORD REMELE, A Professional Association**

33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
Main: 612.333.3000
Direct: 612.376.1609
Fax: 612.746.1209
clundberg@bassford.com | www.bassford.com

CONFIDENTIALITY NOTICE: THIS INFORMATION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THIS MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THE COMMUNICATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY AT clundberg@bassford.com OR BY TELEPHONE AT 612.333.3000.

THANK YOU.