UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

In re:                                                                                     BKY No. 09-50779

Dennis E. Hecker,                                                    Chapter 7 Bankruptcy

           Debtor.
_____

## NOTICE OF CONTINUED HEARING

PLEASE TAKE NOTICE that the hearing on the Trustee's Motion for Contempt set for April 7, 2010 at 2:00 p.m. has been continued to May 26 at 2:30 p.m. before the Honorable Robert J. Kressel in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

This motion is being continued as the Trustee intends to amend the motion to modify the parties subject to the motion and to amend the acts constituting contempt. Further, the Trustee is aware that Debtor's legal representation is in flux and the continuance allows for those matters to be addressed as well.

                                                      **LEONARD, O'BRIEN**
                                                      **SPENCER, GALE & SAYRE, LTD.**

                                                             /e/ Matthew R. Burton
Dated: April 1, 2010                     By_____
                                                   Matthew R. Burton, #210018
                                                   Attorneys for Randall L. Seaver, Trustee
                                                   100 South Fifth Street, Suite 2500
                                                   Minneapolis, Minnesota 55402-1234
                                                   (612) 332-1030

419451

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

BKY No. 09-50779

In re:

Chapter 7

Dennis E. Hecker,

     Debtor.

_____

## UNSWORN CERTIFICATE OF SERVICE
_____

I hereby certify that on April 1, 2010, I caused the following documents:

    *Notice of Continued Hearing*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first-class mail, postage paid, to the following:

| | |
|---|---|
| Dennis E. Hecker<br>1615 Northridge Drive<br>Medina, MN 55391 | Michael B. Lubic<br>Sonnenschein Nath & Rosenthal LLP<br>601 S Figueroa St Ste 2500<br>Los Angeles, CA 90017-5704 |
| Christi M. Rowan<br>1615 Northridge Drive<br>Medina, MN 55391 | Michael W. Malter<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |

                                              /e/ Stephanie Wood

Dated: April 1, 2010                         _____

                                            Stephanie Wood
                                            100 South Fifth Street, Suite 2500
                                            Minneapolis, MN 55402
                                            (612) 332-1030

415428