UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker

BKY No. 09-50779 RJK

Debtor.

## NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEBTOR

TO:   ENTITIES SPECIFIED IN LOCAL RULE 9013-3:

1. Charles E. Lundberg, on behalf of William R. Skolnick and Skolnick & Shiff, P.A., moves this court for the relief requested below and gives notice of hearing.

2. The court will hold a hearing on this motion at 2:30 p.m. on April 21, 2010 in Courtroom No. 8 West, at the United States Courthouse, at 301 U.S. Courthouse, 300 South Fourth Street, in Minneapolis, Minnesota.

3. Any response to this motion must be filed and served not later than April 16, which is five days before the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THIS MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this chapter 7 case was filed on June 4, 2009. The case is now pending in this court.

5. This motion arises under Fed. R. Bankr. P. 9010, Local Rule 9010-3(e)(2), MN Rules of Professional Conduct 1.16(a)(3), and is filed under Local Rules 9013-1 and 9013-2.

6. On March 24, 2010 the Debtor provided written notice of termination to William R. Skolnick in the bankruptcy matters. <u>See</u> Affidavit of Charles E. Lundberg at Ex. A.

7. Pursuant to Rule 1.16(a)(3) of the Minnesota Rules of Professional Conduct, withdrawal is mandatory upon discharge: "a lawyer <u>shall</u> withdraw from the representation of a client if: the lawyer is discharged." Thus, Skolnick has an absolute ethical duty to withdraw from representation of the Debtor.

**WHEREFORE,** Skolnick moves this court for an order granting leave to withdraw.

<div style="margin-left:40%;">

**BASSFORD REMELE**
*A Professional Association*

</div>

Dated: 4/1/10      By _____

<div style="margin-left:40%;">

Charles E. Lundberg (License #6502X)
Special Ethics Counsel to William Skolnick
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
Telephone: (612) 333-3000
Facsimile: (612) 333-8829

</div>

## VERIFICATION

I, Charles E. Lundberg, the moving party named in the foregoing notice of hearing and motion, declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on 4|1|10

Signed: _____
Charles E. Lundberg
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
Telephone:  (612) 333-3000
Facsimile:  (612) 333-8829

928683.doc

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                               Case No. BKY 09-50779
                          Debtor.                                           Chapter 7 Case

## ORDER ON MOTION OF WILLIAM R. SKOLNICK AND SKOLNICK & SHIFF, P.A. TO WITHDRAW AS DEBTOR'S COUNSEL

The Motion of William R. Skolnick and Skolnick & Shiff, P.A. to Withdraw as Debtor's Counsel (the "Motion") came on for a hearing before the undersigned United States Bankruptcy Judge. Appearances are noted on the record. All capitalized terms not otherwise defined in this Order have the meaning ascribed to them in the Motion.

Based upon the arguments of counsel, all the files, records and proceedings herein, the Court being advised in the premises, and the Court's findings of fact and conclusions of law, if any, have been stated orally and recorded in open court following the close of argument:

IT IS HEREBY ORDERED:

1.      The Motion is GRANTED. William R. Skolnick and Skolnick & Shiff, P.A. is authorized to withdraw from representation of Debtor in this case and may terminate its representation of Debtor.

Dated: _____          _____
                                        Robert J. Kressel
                                        United States Bankruptcy Judge

928778.doc