UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker                                              BKY No. 09-50779 RJK

Debtor.

## AFFIDAVIT OF CHARLES E. LUNDBERG

STATE OF MINNESOTA  )
                    )  SS.
COUNTY OF HENNEPIN  )

Charles E. Lundberg hereby deposes as follows:

1. I am outside ethics counsel to William Skolnick, who heretofore has served as attorney for the Debtor in this matter.

2. I submit this Affidavit in support of Mr. Skolnick's motion to withdraw as attorney for the Debtor.

3. The Debtor recently discharged Mr. Skolnick as counsel. Attached hereto as Exhibit A is a true and correct copy of the letter from Dennis E. Hecker terminating Mr. Skolnick and his firm's representation of him.

4. Attached as Exhibit B is a copy of Minnesota Rule of Professional Conduct 1.16(a)(3).

5. I have discussed this motion for withdrawal with Matthew Burton, counsel for the Trustee, and I have been advised that the Trustee does not oppose the motion.

FURTHER YOUR AFFIANT SAITH NOT.

_____
Charles E. Lundberg

Subscribed and sworn to before me
this 1st day of April, 2010.

_____
Notary Public

928674.doc

MARY P. BORDIAN
Notary Public-Minnesota
My Commission Expires Jan 31, 2015

2

DENNIS E. HECKER
1615 NORTHRIDGE DRIVE
MEDINA, MN 55391

March 24, 2010

VIA MESSENGER

Mr. William R. Skolnick, Esq.
Skolnick & Shiff, P.A.
527 Marquette Ave. S. Suite 2100
Minneapolis, Minnesota 55402

    Re:   <u>Termination of legal representation</u>

Dear Bill:

As discussed, I have made the decision to replace you and your firm in the Family Court matters. In addition, you and your firm's representation in the Bankruptcy matters is terminated as of Friday, March 26, 2010 at the end of the day.

    Bill, I have enjoyed working with you and appreciate the efforts on my behalf.

    Very truly yours,

    */s/ Dennis E. Hecker*
    Dennis E. Hecker

Exhibit A

# MINNESOTA RULES OF PROFESSIONAL CONDUCT

### RULE 1.16: DECLINING OR TERMINATING REPRESENTATION

(a) Except as stated in paragraph (c), a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if:

(1) the representation will result in violation of the Rules of Professional Conduct or other law;

(2) the lawyer's physical or mental condition materially impairs the lawyer's ability to represent the client; or

(3) the lawyer is discharged.