# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779

Dennis E. Hecker,

      Debtor.

## STIPULATION

This Stipulation is made as of the __6th__ day of April, 2010, by and between Randall L. Seaver, the duly appointed and serving Trustee in the above-captioned chapter 7 case ("**Trustee**") and William R. Skolnick and Skolnick & Shiff, P.A. (collectively, "**Skolnick**"), by and through their respective, undersigned counsel.

## R E C I T A L S

A.    Trustee filed an application for order for examination under Rule 2004 of the Federal Rules of Bankruptcy Procedure seeking authority for the examination of Skolnick to be heard on April 21, 2010.

B.    The parties desire to expedite the Trustee's ability to conduct bankruptcy rule 2004 discovery as to Skolnick.

**It is therefore agreed and stipulated that:**

1.    The Court may enter an order granting the Trustee bankruptcy rule 2004 authority to examine Skolnick.

| | |
|---|---|
| **LEONARD, O'BRIEN, SPENCER, GALE AND SAYRE, LTD.** | **BASSFORD & REMELE, P.A.** |
| /e/ Matthew R. Burton<br>By _____<br>Matthew R. Burton, #210018<br>Suite 2500<br>100 South Fifth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 332-1030 | By _____<br>Charles Lundberg, # 006502X<br>Suite 3800<br>33 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 333-3000 |
| **Attorney for Randall S. Seaver, Trustee** | **Attorney for William R. Skolnick and Skolnick & Shiff, P.A.** |

419323

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779

Chapter 7

Dennis E. Hecker,

    Debtor.

# ORDER

This case is before the court on the stipulation between Randall L. Seaver, trustee and William R. Skolnick and Skolnick & Shiff, P.A.

IT IS ORDERED:

1. The stipulation of the parties is hereby approved.

2. The trustee is authorized to conduct a 2004 examination of William R. Skolnick.

_____

                                              _____

419663