UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

Debtor.

Case No. 09-50779

Chapter 7

**ORDER**

This case is before the court on the motion of JPMorgan Chase Bank, N.A., seeking relief from the automatic stay. Based on the motion and the file,

IT IS ORDERED:

1. The automatic stay of 11 U.S.C. § 362(a) is terminated with respect to the right of JPMorgan Chase Bank, N.A. to exercise its right of setoff with respect to the account ending in 9910, held in the name of Dennis E. Hecker;

2. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated: April 8, 2010

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/08/2010
Lori Vosejpka, Clerk, by LMH

6735005v1