UNITED STATES BANKRUPTCY COURT
                           DISTRICT OF MINNESOTA

In re:                                                    BKY No. 09-50779
                                                          Chapter 7
Dennis E. Hecker,

             Debtor.
_____

             **APPLICATION FOR APPROVAL OF EMPLOYMENT OF
              CENTURY 21 PARADISE PROPERTIES AND JOHN HAGGERTY**
_____

1.     Applicant is the trustee in this case.

2.     Applicant believes that the employment of a real estate agent is necessary to represent or assist the trustee in carrying out the trustee's duties as follows: To list for sale a condominium located at 3103, Sur del Area Privativa Fase III del Paraiso, KM 19.5 Transp. San Juan del Cabo, Baja California Sur, 23400, Mexico.

3.     Century 21 Properties and John Haggerty are qualified by reason of practice and experience to render such representation or assistance.

4.     Proposed compensation and reimbursement of expense is as follows: The agent will receive 8% commission plus value-added tax.

5.     Said professional has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None.

6.     The trustee has made the following efforts to recover the asset prior to submitting this Application: The trustee has commenced an adversary proceeding seeking a determination of interested parties' rights as to this real estate (09-5042) and has obtained an order determining the property to be that of the estate (without prejudice to the adversary defendants). The trustee has also caused his representative to inspect the condominium and to meet management and realtors in Mexico. Lastly, Ralph Thomas has expressed interest in the condominium and will be excluded from the listing agreement.

Wherefore, applicant requests that the court approve such employment by the trustee.

Dated: March 26, 2010                          /e/ Randall L. Seaver
                                               Randall L. Seaver

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                      BKY No. 09-50779
                                                            Chapter 7
Dennis E. Hecker,

      Debtor.

---

### VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2014(a)

---

I, John Haggerty named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I am an agent with Century 21 Paradise Properties. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

2. I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following: None.

                                                                **CENTURY 21 PARADISE PROPERTIES**

Dated: April 7, 2010                          By: _____
                                                                         John Haggerty

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779
 Chapter 7
Dennis E. Hecker,

    Debtor.
_____

**ORDER**
_____

The Application to Employ John Haggerty and Century 21 Paradise Properties to assist the trustee with respect to the sale of condominium 3103, de area privativa Fase III, Las Ventanas al Paraiso, KM 19.5 Transp, San Jose del Cabo, Baja California Sur, 23400, Mexico came before the court. Based on the application, the recommendation of the United States Trustee and 11 United States Code §327,

IT IS ORDERED: The employment is approved.


Dated:

                                                                    _____
                                                                     Robert J. Kressel
                                                                     U.S. Bankruptcy Judge