**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Dennis E. Hecker

Debtor(s)

Case No: 09–50779

Chapter 7 Case

# NOTICE TO CREDITORS: DISCHARGE DENIED

TO: All creditors and other parties in interest:

The discharge of Dennis E. Hecker has been denied by order or judgment entered and filed on 04/13/10 under 11 U.S.C. Section 727(a).

Dated: 4/13/10

Lori Vosejpka
Clerk, United States Bankruptcy Court

By: amm
Deputy Clerk

**mnbntdnd** 12/22/2005 – kb