# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA
_____

In re: BKY No.: 09-50779

Dennis E. Hecker, Chapter 7

      Debtor.
_____

# ORDER
_____

This case is before the court on the motion of James C. Gustafson to quash a subpoena served upon him by the trustee.

Based on the motion and the file,

IT IS ORDERED: The motion is denied.

Dated: April 13, 2010

/e/ Robert J. Kressel
United States Bankruptcy Judge

420109

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/13/2010
Lori Vosejpka, Clerk, by LMH