# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,　　　　　　　　　　　　BKY No. 09-50779
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor.

## NOTICE OF APPEAL

　　　　James Carl Gustafson, in accordance with 28 U.S.C. § 158, Rule 8001(a) of the Federal Rules of Bankruptcy Procedure, and Local Rules 8001(b) and 8003-1 of the United States Bankruptcy Court for the District of Minnesota, appeals the order of the bankruptcy judge denying Mr. Gustafson's Motion To Quash Subpoena Duces Tecum entered on the 13th day of April, 2010.

　　　　The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Randall L. Seaver, Trustee<br>12400 Portland Avenue South<br>Suite 132<br>Burnsville, MN 55337 | Matthew R. Burton<br>Attorney for Trustee<br>Leonard, O'Briend, et al<br>100 South Fifth Street, Ste. 2500<br>Minneapolis, MN 55402<br>(612) 332-1030 |
| James C. Gustafson<br>10514 106th Plane North<br>Maple Grove, MN 55369 | Steven J. Meshbesher<br>Attorney for Mr. Gustafson<br>Meshbesher & Associates, P.A.<br>225 Lumber Exchange Building<br>10 South Fifth Street<br>Minneapolis, MN 55402<br>(612) 332-2000 |
| Dated: April 14, 2010 | ___/s/ Steven J. Meshbesher<br>Steven J. Meshbesher<br>Meshbesher & Associates, P.A.<br>225 Lumber Exchange Building<br>10 South Fifth Street<br>Minneapolis, MN 55402<br>(612) 332-2000 |

## TRANSCRIPT ORDER FORM
## To Be Completed By Attorney For Appellant

( X ) Please prepare a transcript of:   ( ) I am not ordering a
                                                                                                  transcript because…

( ) Pre-trial proceedings.   ( ) Previously filed.

( ) Trial testimony or portions thereof:   ( ) Other (specify):

( ) Post Trial proceedings

( X ) Other (speficy:

      Motion Hearing of April 13, 2010

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:

Dennis E. Hecker,                                BKY No. 09-50779
                                                 Chapter 7
      Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2010, I caused the following document(s):

    *Notice of Appeal, Statement of Issues, and Transcript Order Form*

to be filed electronically with the Clerk of Court through ECF, and that the above docuements will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice in accordance with Local Rule 9006-1(a).

I further certify that I caused copies of the foregoing documents to be mailed via U.S. Mail to the following persons:

Matthew R. Burton
Leonard, O'Brien, et al
100 South Fifth Street, Ste. 2500
Minneapolis, MN 55402


    /s/ Kevin M. Gregorius
Kevin M. Gregorius
Meshbesher & Associates, P.A.
225 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 332-2000