# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                       BKY No. 09-50779

Dennis E. Hecker,                            Chapter 7

       Debtor.

## TRUSTEE'S RESPONSE TO MOTION OF
## WATERFRONT PROPERTIES OF AZ, LLC
## FOR RELIEF FROM AUTOMATIC STAY

Randall L. Seaver, Trustee ("**Trustee**"), by and through his undersigned counsel, hereby submits this Response to the Motion of Waterfront Properties of AZ, LLC ("**Waterfront**") for relief from the automatic stay.

## **INTRODUCTION**

Waterfront has moved for relief from the automatic stay based in 11 U.S.C. §362(d)(1) and §362(d)(2). Waterfront has offered no evidence as to value of the subject condominium, an itemization of its payments on behalf of the Debtor, or whether Waterfront is indebted to the Debtor. The condominium is presently listed for $2,950,000 (see Exhibit A hereto).

An additional and significant flaw in Waterfront's motion is that the bankruptcy is a 50% of the LLC with Richard and Brent Olson each owing 25%. The Trustee, as the majority member of the LLC, has not consented to the action taken by Waterfront. Waterfront has not provided any evidence that this motion is brought with the appropriate corporate authority.

Finally, the bankruptcy estate owns 50% of personal property located within the condominium (outside of Waterfront). The motion makes no mention of the personal property.

**ARGUMENT**

Cause does not exist to grant Waterfront's Motion. **Waterfront has provided no evidence to meet its burden that the property (member interests) lacks equity.** The party seeking relief from the automatic stay is required to establish a prima facie case of cause for relief. *In re Planned Systems, Inc.,* 78 B.R. 852, 859-60 (Bankr. S.D. Ohio 1987).

A sufficient equity cushion in relation to the value and nature of collateral in the present market may preclude an order granting a creditor relief from the automatic stay. *In re Johnson*, 90 B.R. 973, 980 (Bankr. D. Minn. 1988); s*ee also First Nat'l Bank v. Turley,* 705 F.2d 1024, 1026 (8th Cir. 1983) (to obtain relief from stay, creditor must show its interest is sufficiently clear and in need of protection). A prima facie case may be established by showing the debtor lacks equity in the property, the value of the property is declining, the property is not adequately maintained, property taxes are not being paid, insurance coverage is inadequate, or other facts evidencing a lack of adequate protection. *In re Briggs Transp. Co.,* 780 F.2d at 1349; *In re Planned Systems, Inc.,* 78 B.R. at 860; *In re Brown,* 78 B.R. 499, 503 (Bankr. S.D. Ohio 1987). If the creditor establishes a prima facie case, the burden shifts to the debtor to prove adequate protection. 11 U.S.C. §362(g); *In re Planned Systems, Inc.,* 78 B.R. at 859-60. In this case, Waterfront has entirely failed to meet its burden.

Waterfront has not established that "cause" for purposes of relief from the automatic stay. Further, Waterfront has not evidenced its authority to seek the relief requested nor has it addressed the estate's interest in personal property within the condominium.

## **CONCLUSION**

Waterfront has failed to establish a basis for any relief from stay and its motion should be denied.

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

Dated: August 13, 2009

/e/ Matthew R. Burton
By_____
Matthew R. Burton, #210018
Attorneys for Randall L. Seaver, Trustee
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402-1234
(612) 332-1030

419376

# Desert Wide - Scottsdale Waterfront
## 866-628-0413 Ext 0026

**Property Categories:**
- Condos / Townhomes
- Gated Community Homes
- Eco-Friendly Homes
- Luxury Real Estate
- Newly Built Properties
- Scenic Real Estate
- Waterfront Properties

**Rental Services:**
- All MLS Rentals
- Private Rental Listings

Desert Wide Properties
**Real Estate Guide**

Staci Miles
Realtor®

- Home Page
- Contact Us
- Expand Search
- Photo Gallery





**7181 E CAMELBACK Road Unit 1204 Building One Scottsdale, AZ, 85251**

Three Bedroom, Condo or Townhome, High Rise, Condominium, Eco-Friendly, Multi-Pane Windows, Multi-Zone HVAC, Single-Story, Guest House, Health Facility, Sauna, City View, Scenic, Near Water, Waterfront, Mountain View, Guarded, Newly Built, Community Pool, Pool, Club House, Community Spa, Spa, Pet-Friendly, Luxury

Found in Maricopa on 7181 E CAMELBACK Road Unit 1204 Building One in Scottsdale Arizona, this property has 3 bedroom(s) and 3.5 bathroom(s). This Apartment Style/Flat home was built in 2007 and is currently available at $2,950,000.

For more information about MLS #4157300 or other homes for sale in the 85251 area of Scottsdale, please contact **Staci Miles** by clicking on the Request More Information button.

$2,950,000

**Bedroom(s):** 3
**Bathroom(s):** 3.5
**Square Footage:** 3860
**Year Built:** 2007
**MLS#:** 4157300

- View On Map
- Print This Page
- Request More Information

| | |
|---|---|
| **Attributes:** | Three Bedroom, Condo or Townhome, High Rise, Condominium, Eco-Friendly, Multi-Pane Windows, Multi-Zone HVAC, Single-Story, Guest House, Health Facility, Sauna, City View, Scenic, Near Water, Waterfront, Mountain View, Guarded, Newly Built, Community Pool, Pool, Club House, Community Spa, Spa, Pet-Friendly, Luxury |
| **Community Pool:** | Heated Community Pool, Heated Community Spa |
| **Cooling System:** | Refrigeration |
| **County:** | Maricopa |
| **Features:** | Dining in Great Room, Formal, Eat-in Kitchen, Multi-Pane Wndws, Sunscreen(s), Multi-Zones, Elevator, Fire Sprinklers |
| **Fireplace:** | 1 Fireplace, Gas Fireplace, Fireplace Living Room |
| **Heating System:** | Electric Heat |
| **Kitchen Ammenities:** | Disposal, Pantry, Kitchen Island, Range/Oven, Refrigerator, Microwave, Dishwasher |
| **Other Rooms:** | 2 Master Bedrooms, Separate Bedroom Exit, Other Bedroom Walkin Closet, Other Bedroom Split, Master Bedroom Walkin Closet, Master Bedroom Sitting Room, Master Bedroom Split, Bonus/Game Room, Great Room, Guest Quarters - Separate Entrance, Exercise/Sauna Room, Den/Office |
| **Parking/Garage:** | 3 Car Garage, Underground Parking, Separate Storage Area, Assigned Parking |
| **Planned Community:** | Scottsdale Waterfront |
| **Private Pool:** | No Pool |
| **Private Spa:** | |
| **Property Type:** | Apartment Style/Flat |
| **Roof:** | Partial Tile |
| **Stories:** | Single Level |
| **Tax Amount:** | $16,150 |
| **Tax Year:** | 2008 |
| **Utilities:** | SRP |
| **Water Source:** | City Water |
| **Listing Courtesy Of:** | Geoffrey H. Edmunds Realty, LLC |

Request More Information



EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:　　　　　　　　　　　　　　　　　　　　　　　　BKY No.: 09-50779

Dennis E. Hecker,　　　　　　　　　　　　　　　　　　Chapter 7

　　　　　Debtor.

_____

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2010, I caused the following documents:

*Trustee's Response to Motion of Waterfront Properties of AZ, LLC for Relief from Automatic Stay and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).


　　　　　　　　　　　　　　　　　　　　　　　　/e/　Stephanie Wood

Dated: April 15, 2010　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Stephanie Wood
　　　　　　　　　　　　　　　　　　　100 South Fifth Street, Suite 2500
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　(612) 332-1030

420402

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re: BKY No.: 09-50779

Dennis E. Hecker, Chapter 7

      Debtor.
_____

**ORDER**
_____

This case is before the court on the motion of Waterfront Properties of AZ, LLC for relief from the automatic stay.

Based on the motion and the file,

IT IS ORDERED:

1. The motion is denied.

Dated: _____

                                                _____
                                                United States Bankruptcy Judge

420400