MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                                    **NOTICE OF SETTLEMENT**

      Debtor.

---------------------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On May 21, 2010, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows: Randall L. Seaver, the trustee, alleged the receipt by Moss & Barnett, P.A. of a preferential payment in the amount of $7,500 made on April 29, 2009 and a $1,091 payment made on June 30, 2009 in the form of an unauthorized transfer (the "Checks").  The trustee has agreed to settle all issues relating to recovery of the transfers represented by the Checks on the following terms, which the trustee believes reasonable, and in the best interests of the estate: (1) Moss & Barnett agrees to fully and timely pay to the trustee in collected U.S. Funds the sum of $6,872.80 to be made contemporaneously with the execution of the Agreement and made payable to "Randall L. Seaver, Trustee"; and (2) The Agreement relates to the two payments made by the Checks only, and is not a release of any other claims that may be possessed by the estate.  Except for the obligations contained within the Agreement, and conditioned upon the full performance hereof by Moss & Barnett, the Trustee and Moss & Barnett agree to release, acquit, and forever discharge each other and their respective successors and assigns, including the other directors, officers, employees, agents and attorneys from and against any and all causes of action, claims and damages arising out of all relationships and transactions related to the Checks.

**OBJECTION: MOTION: HEARING.**  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address |
| --- | --- | --- |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | below) |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: April 21, 2010                                    /e/ Randall L. Seaver
                                                                                     Randall L. Seaver, Trustee
                                                                                      12400 Portland Avenue South, Suite 132
                                                                                       Burnsville, MN 55337
                                                                                       (952) 890-0888