UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Dennis E. Hecker

Case No. 09-50779
Chapter 7

Debtor.

_____

## ORDER DENYING RELIEF FROM AUTOMATIC STAY

Waterfront Properties of AZ, LLC's motion for relief from the automatic stay is before the court. Waterfront Properties of AZ, LLC seeks relief from the automatic stay to sell its only asset, a condominium located in Scottsdale, Arizona, described as follows:

<u>Real Estate Located in Maricopa County, A</u>rizona:

> Unit 1024, of Scottsdale Waterfront Residences, a Condominium as created by that certain Declaration recorded March 18, 2005 as 2005-0334439; First Amendment Recorded March 22, 2005 as 2005-0345833; Second Amendment Recorded March 24, 2005 as 2005-0359961; Third Amendment Recorded November 17, 2005 as 2005-1743708; Fourth Amendment Recorded February 6, 2007 as 2007-0154017; Fifth Amendment Recorded September 26, 2007 as 2007-1062817; Sixth Amendment Recorded as 2007-1101010; Seventh Amendment Recorded as 2008-0511371 and Eighth Amendment Recorded as 2008-0511372, All of Official Records and According to the Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, Recorded March 15, 2005 in Book 735 of Maps, Page 9 and Affidavit of Correction of Plat Recorded as 2005-0442540, of Official Records.

Based on the motion and the file,

IT IS ORDERED: Because the automatic stay does not apply to the movant's proposed sale of property, the motion is denied as moot.

Dated: April 22, 2010

/e/ Robert J. Kressel
_____
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/22/2010*
Lori Vosejpka, Clerk, by LMH