# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE EIGHTH CIRCUIT

No: 10-6023

In re: Dennis E. Hecker

Debtor

------------------------------

James Carl Gustafson

Movant - Appellant

v.

Randall Lee Seaver

Trustee - Appellee

Appeal from U.S. Bankruptcy Court for the District of Minnesota
(09-50779)

## JUDGMENT

Appellant's motion to have this appeal considered by the district court has been considered by the court and is hereby granted. The clerk is directed to return the case to the bankruptcy court for processing to the U.S. District Court for the District of Minnesota.

April 26, 2010

Order Entered at the Direction of the Court:
Clerk, U.S. Bankruptcy Appellate Panel, Eighth Circuit.

/s/ Michael E. Gans