# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE EIGHTH CIRCUIT

No: 10-6023

In re: Dennis E. Hecker

------------------------------

James Carl Gustafson

Appellant

v.

Randall Lee Seaver

Appellee

Appeal from U.S. Bankruptcy Court for the District of Minnesota
(09-50779)

## MANDATE

In accordance with the judgment entered today, and pursuant to the provisions of the Local Rules of the United States Bankruptcy Appellate Panel of the Eighth Circuit 8016A(b), the formal mandate is hereby issued in the above-styled matter.

April 26, 2010

Clerk, U.S. Bankruptcy Appellate Panel, Eighth Circuit.

/s/ Michael E. Gans