# UNITED STATES BANKRUPTCY COURT
## District of Minnesota

In DENNIS E. HECKER           Case #09-50779
        Debtor(s).               Chapter 7

## NOTICE OF APPEARANCE

To: Randall Seaver, Matthew Burton, United States Trustee, all parties in interest:

You will please take notice that Barbara May now appears for the Debtor, Dennis E. Hecker, in the above entitled matter. Please remit all future pleadings, notices and correspondence to:

       Barbara J May
       2780 N. Snelling #012
       Roseville, MN 55113
       651-486-8887
       Attorney ID 129689

Executed on: 4/28/10

       Barbara J. May
       Attorney for Debtor(s)
       2780 N. Snelling #102
       Roseville, MN 55113
       Attorney ID Number: 129869

| STATE OF MINNESOTA | ) | |
|---|---|---|
| | ) SS | Case No.:BKY 09-50779 |
| COUNTY OF RAMSEY | ) | |

Barbara J. May, being duly sworn upon oath, says that on the 28th day of April, 2010, she served via US Mail, the Notice of Appearance of Counsel upon:

U.S. Trustee  BY ELECTRONIC NOTICE
1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

RANDY SEAVER  BY ELECTRONIC NOTICE
12400 PORTLAND AVE S
SUITE 132
BURNSVILLE, MN 55337

MATTHEW BURTON  BY ELECTRONIC NOTICE
LEONARD, O'BRIEN, SPENCER, GALE AND SAYER
100 S. 5TH STREET
SUITE 2500
MPLS, MN 55402

ALL PARTIES IN INTEREST  BY ELECTRONIC NOTICE

/e/ Barbara J. May

Barbara J. May