MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                                      **NOTICE OF ABANDONMENT**

        Debtor.

------------------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On May 26, 2010 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will abandon property of the estate as follows: According to the debtor's schedules, he owned 54% of the stock in Transcend Communications, Inc. at the time of filing. It appears to the trustee that the stock in Transcend Communications, Inc. is of no value to the estate and therefore it will be abandoned. This is an abandonment only of stock.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: April 29, 2010                      /e/ Randall L. Seaver
                                                    Randall L. Seaver, Trustee
                                                    12400 Portland Avenue South, Suite 132
                                                    Burnsville, MN 55337
                                                    (952) 890-0888