# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                                **NOTICE OF SALE**

         Debtor.

---------------------------------------------------

To:     The United States Trustee, all creditors and other parties in interest.

On May 26, 2010 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows: the trustee obtained a judgment in ADV No. 10-5004 against Christi Rowan requiring her, among other things, to turn over furnishings and personal property at Northridge (excluding the piano) including, but not limited to, televisions, pool table, tanning bed and furniture in the home located at 1615 North Ridge Drive. The trustee obtained a subsequent order authorizing entry to gain possession of that personal property. The trustee has agreed to sell the household goods and furnishings in place at 1615 North Ridge Drive to the debtor for the sum of $15,000. This sale does not include watches, jewelry, precious gems or any other such items. The trustee has been provided with $15,000 in cash as payment and has been advised that the funds came from individuals other than the debtor.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: April 29, 2010                                      /e/ Randall L. Seaver
                                                                              Randall L. Seaver, Trustee
                                                                              12400 Portland Avenue South, Suite 132
                                                                              Burnsville, MN 55337
                                                                              (952) 890-0888