UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                  BKY No. 09-50779

Dennis E. Hecker,                                                 Chapter 7 Bankruptcy

               Debtor.

_____

**NOTICE OF CONTINUED HEARING**

PLEASE TAKE NOTICE that the hearing on the Trustee's Expedited Motion for an Order Authorizing Sale of Assets Free and Clear of Liens with respect to the docks and boat lift systems located at 11700 Cross Avenue, Crosslake, Minnesota, set for May 5, 2010 at 2:00 p.m. has been continued to May 26 at 2:30 p.m. before the Honorable Robert J. Kressel in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

                                                         **LEONARD, O'BRIEN**
                                                         **SPENCER, GALE & SAYRE, LTD.**

                                                          /e/ Matthew R. Burton

Dated: May 4, 2010                  By_____
                                            Matthew R. Burton, #210018
                                            Attorneys for Randall L. Seaver, Trustee
                                            100 South Fifth Street, Suite 2500
                                            Minneapolis, Minnesota 55402-1234
                                            (612) 332-1030

421292

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779

Dennis E. Hecker,  Chapter 7

      Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2010, I caused the following documents:

    *Notice of Continued Hearing*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

**SEE ATTACHED SERVICE LIST**

Dated: May 4, 2010

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

420767

| | | |
|---|---|---|
| UNITED STATES RENT A CAR<br>4744 PARADISE ROAD<br>LAS VEGAS,, NV 89121 | ACE INSURANCE COMPANY<br>P.O. BOX 294836<br>CLEVELAND OH 44101 | ALDRIDGE, DAN<br>1600 KENWOOD PKWY.<br>MINNEAPOLIS MN 55405 |
| ALLEN EIDE<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 | AMERICAN BANK<br>1060 DAKOTA DRIVE<br>MENDOTA HEIGHTS MN 55120 | AMERICAN EXPRESS<br>P. O. BOX 0001<br>LOS ANGELES CA 90096 |
| AMERICAN NAT'L BANK OF MN<br>7638 WOIDA RD<br>BAXTER MN 56425 | ANCHOR BANK<br>1570 CONCORDIA AVE<br>SAINT PAUL MN 55104 | ANCHOR BANK<br>P.O. BOX 7933<br>MADISON WI 53707 |
| AV CARD/OASIS<br>164 LAKE FRONT DR<br>COCKEYSVILLE MD 21030 | AXIS CAPITAL, INC.<br>308 N LOCUST ST<br>PO BOX 2555<br>GRAND ISLAND NE 68802 | AXLE CAPITAL, LLC / SAGECREST<br>3 PICKWICK PLAZA<br>GREENWICH CT 06830 |
| AMERICAN BANK<br>1578 UNIVERSITY AVENUE W<br>SAINT PAUL, MN 55104 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | BARBARA LYNN CUTTER<br>2350 S BEVERLY GLEN BLVD #5<br>W LOS ANGELES CA 90064 |
| BAYPORT MARINA ASSOCIATION<br>200 5TH STREET<br>BAYPORT MN 55003 | BELISLE, WAYNE<br>1843 EAGLE RIDGE DR<br>SAINT PAUL MN 55118 | BELLAGIO<br>3600 LAS VEGAS BLVD<br>LAS VEGAS NV 89109 |
| BREICH, WALTER<br>13670 -- 122ND STREET<br>NORWOOD YOUNG AMERICA MN 55368 | BREMER BANK<br>633 SOUTH CONCORD STREET,<br>SUITE 350<br>SOUTH ST. PAUL MN 55075 | BRIGGS & MORGAN PA<br>2200 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS MN 55402 |
| C AND C BOAT WORKS<br>36448 CTY RD 66<br>CROSSLAKE MN 56442 | CA BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO CA 94279-7072 | CA DEPT OF MOTOR VEHICLES<br>PO BOX 942869<br>SACRAMENTO CA 94269-0001 |
| CARLTON FINANCIAL CORPORATION<br>1907 E. WAYZATA BLVD. SUITE 180<br>WAYZATA MN 55391 | CENTER POINT ENERGY<br>P.O. BOX 1144<br>MINNEAPOLIS MN 55440 | CESSNA AIRCRAFT COMPANY<br>P.O. BOX 12270<br>WICHITA KS 67277 |
| CHRYSLER FINANCIAL<br>CIMS 740-01-19<br>6400 S FIDDLERS GREEN CIR., STE. 700<br>ENGLEWOOD CO 80111-4979 | CITY OF ASPEN<br>130 S. GALENA ST.<br>ASPEN CO 81611 | CITY OF BAYPORT<br>294 N. 3RD STREET<br>BAYPORT MN 55003 |

| | | |
|---|---|---|
| CITY OF MEDINA<br>2052 CO RD 24<br>HAMEL MN 55340 | COMMUNITY NATIONAL BANK<br>845 EAST COUNTY ROAD E<br>VADNAIS HEIGHTS MN 55127 | D&H DOCKS<br>23624 SMILEY ROAD<br>NISSWA, MN 56468 |
| COOPERATIVE POWER<br>P.O. BOX 69<br>TWO HARBORS MN 55616 | CORNERSTONE BANK<br>2280 45TH STREET SOUTH<br>FARGO, ND 58104 | CROSSLAKE PROPERTY SOLUTIONS<br>P.O. BOX 810<br>CROSSLAKE MN 56442 |
| CROW WING COUNTY TREASURER<br>JUDICIAL CENTER<br>213 LAUREL ST<br>BRAINERD MN 56401 | DEERWOOD BANK<br>611 WASHINGTON STREET NE<br>BRAINERD MN 56401-3377 | DON GILBERT<br>1700 PHEASANT RUN<br>HUDSON WI 54016 |
| DONALD M HALSTEAD III<br>15626 SUNSET WAY<br>BRAINERD MN 56401 | ELIZABETH A JOHNSON<br>PO BOX 624<br>PINE RIVER MN 56474 | ENCORE BANK<br>3003 TAMIAMI TRAIL NORTH, #100<br>NAPLES FL 34103 |
| EXXONMOBILE OIL CORPORATION<br>ATTN JENNIFER FRASER<br>120 MCDONALD STREET SUITE B<br>SAINT JOHN NB CANADA E2J 1M5 | FAMILY HOLDINGS OF MN LLC<br>11614 ECHO BAY DRIVE<br>CROSSLAKE MN 56442 | FIFTH THIRD BANK<br>C/O RICHARD J. SWIFT, JR.<br>GARLICK STETLER & SKRIVIAN<br>9115 CORSEA DE FONTANA WAY, #100<br>NAPLES FL 34109 |
| GE CAPITAL<br>1415 WEST 22ND STREET, SUITE 600<br>OAKBROOK IL 60523 | GE CAPITAL, FLEET SERVICES<br>3 CAPITAL DRIVE<br>EDEN PRAIRIE MN 55344 | GELCO CORPORATION<br>THREE CAPITAL DRIVE<br>ATTN: GENERAL COUNSEL<br>EDEN PRAIRIE MN 55344 |
| GEMB LENDING INC<br>2995 RED HILL AVE STE 250<br>COSTA MESA CA 92626 | GEMB LENDING, INC.<br>P.O. BOX 57091<br>IRVINE CA 92619 | GMAC MORTGAGE<br>1100 VIRGINIA DRIVE<br>FORT WASHINGTON, PA 19034 |
| GMAC MORTGAGE<br>P.O. BOX 4622<br>WATERLOO IA 50704 | GMAC, LLC<br>15303 94TH AVENUE<br>ORLAND PARK IL 60462 | GWYN M DOENZ<br>10600 COUNTRY DRIVE<br>PINE CITY MN 55063 |
| HECKER, SANDRA<br>13755 - 84TH PL N<br>MAPLE GROVE MN 55369 | HENNEPIN COUNTY TREASURER<br>300 S SIXTH ST<br>A600 GOVERNMENT CNT<br>MINNEAPOLIS MN 55487 | HOLY CROSS ENERGY<br>3799 HWY 82<br>GLENWOOD SPRINGS CO 81602 |
| HOME FEDERAL SAVINGS BANK<br>1016 CIVIC CENTER DR NW<br>STE 300<br>ROCHESTER MN 55903 | HSBC BANK NEVADA NA<br>BASS & ASSOCIATES, PC<br>3936 E FT LOWELL RD, STE 200<br>TUCSON AZ 85712 | HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>MOUNTAIN VALLEY CA 92708 |

| | | |
|---|---|---|
| INTER BANK<br>P.O. BOX 986<br>NEWARK NJ 07184 | INTERBANK EDINA<br>3400 WEST 66TH STREET, SUITE 100<br>EDINA MN 55435 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>389 US COURTHOUSE 316 N ROBERT<br>ST. PAUL MN 55101 |
| IRS<br>DEPARTMENT OF TREASURY<br>OGDEN UT 84201 | JACOB HOLDINGS OF MEDINA, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 | JACOB PROPERTIES OF ASPEN, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 |
| JASON S. COLBAUGH<br>PO BOX 1220<br>BRAINERD MN 56401 | JAVAN CARL<br>13942 GRAND OAKS DR<br>BAXTER MN 56425 | JAVER ESQUIVEL<br>2807 W AVE 30<br>LOS ANGELES CA 90065 |
| JC BROMAC<br>11860 S. LA CIENEGA BLVD.<br>LOS ANGELES CA 90250 | JOHN J. SORCI TRUST<br>2300 EAST VALLEY COURT<br>SAN JOSE CA 95148 | JP MORGAN CHASE BANK, N.A.<br>726 MADISON AVENUE<br>NEW YORK NY 10021 |
| KAPLAN STRANGIS & KAPLAN PA<br>5500 WELLS FARGO CENTER<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402 | KELLY K. HECKER<br>13905 - 53RD AVE N. APT. 1<br>PLYMOUTH MN 55446 | KLEINBANK<br>14141 GLENDALE ROAD<br>SAVAGE MN 55378 |
| KSTP-FM LLC<br>3415 UNIVERSITY AVE<br>SAINT PAUL MN 55114 | LAKE BANK, N.A., THE<br>613 FIRST AVENUE<br>TWO HARBORS MN 55616 | LLOYD SECURITY<br>1097 10TH SE<br>MINNEAPOLIS MN 55414 |
| LUBIC, MICHAEL, ESQ.<br>601 S FIGUEROA ST<br>STE 2500<br>LOS ANGELES CA 90017-5704 | M&I BANK<br>770 N. WATER STREET<br>MILWAUKEE WI 53202 | MAC OF PINE CITY, LLC<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 |
| MARC D. KOHL<br>39101 DARLING LANE<br>HINCKLEY MN 55037 | MARC E TRESSLER<br>3400 BARBARA LN<br>BURNSVILLE MN 55337 | MARSH CONSUMER<br>333 SOUTH SEVENTH, STE 1600<br>MINNEAPOLIS MN 55402-2427 |
| MARSHALL BANK FIRST<br>225 SOUTH SIXTH STREET, SUITE 2900<br>MINNEAPOLIS MN 55402 | MCENROE, CATHERINE<br>LEONARD STREET & DEINARD<br>150 S FIFTH ST STE 2300<br>MINNEAPOLIS MN 55402 | MICHAEL REYES<br>PO BOX 205<br>BACKUS MN 56435 |
| MIKDEN PROPERTIES<br>7002 6TH STREET NORTH<br>OAKDALE MN 55128 | MINNESOTA DEPT. OF REVENUE<br>MAIL STATION 7701<br>SAINT PAUL MN 55146-7701 | MINNESOTA DEPT. OF REVENUE<br>PO BOX 64649<br>SAINT PAUL MN 55164-0649 |

| | | |
|---|---|---|
| MN DEPT OF PUBLIC SAFETY<br>DRIVER & VEHICLE SERVICES<br>445 MINNESOTA ST<br>SAINT PAUL MN 55101-5160 | NATHAN THIEMAN<br>1030 8TH AVE SW<br>PINE CITY MN 55063 | NEIMAN MARCUS<br>P.O. BOX 5235<br>CAROL STREAM IL 60197 |
| NEVADA STATE BANK<br>6505 NORTH BUFFALO DRIVE<br>LAS VEGAS NV 89131 | NIEDERNHOEFER, MANFRED<br>1563 RIVERCREST RD<br>LAKELAND MN 55043 | NITROGREEN<br>P.O. BOX 41<br>MAPLE PLAINE MN 55359 |
| NORTHMARQ CAPITAL<br>3500 AMERICAN BLVD WEST,<br>SUITE 500<br>BLOOMINGTON MN 55431 | NORTHRIDGE FARM<br>ASSOCIATION<br>P.O. BOX 767<br>WAYZATA MN 55391 | NORTHWOODS BANK<br>PO BOX 112<br>PARK RAPIDS MN 56470 |
| OLD REPUBLIC SURETY<br>1503 - 42ND ST<br>STE 100<br>DES MOINES IA 50305 | PRALLE, GARY<br>3625 PINE HOLLOW PL<br>STILLWATER MN 55082 | PREMIER AQUARIUM<br>6340 IRVING AVE S.<br>RICHFIELD MN 55423 |
| PREMIER BANKS<br>1875 W. HIGHWAY 36<br>ROSEVILLE MN 55113 | PRESS A DENT INC<br>1154 S HIGH ST<br>DENVER CO 80210 | PRINDLE, DECKER & AMARO, LLP<br>310 GOLDER SHORE - 4TH FLOOR<br>LONG BEACH CA 90802 |
| PROFESSIONAL SERVICE<br>BUREAU<br>11110 INDUSTRIAL CIRCLE NW<br>STE B<br>ELK RIVER MN 55330-0331 | MICHAEL W. MALTER<br>BINDER & MALTER LLP<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | R. OLSON / WATERFORD<br>PROPERTIES<br>73 N. BROADWAY<br>FARGO ND 58102 |
| RANDY'S SANITATION<br>P.O. BOX 169<br>DELANO MN 55328 | RIVERLAND BANCORPORATION<br>700 SEVILLE DRIVE<br>JORDAN MN 55352 | RIVERWOOD BANK<br>LOAN PRODUCTION OFFICE<br>PO BOX 899<br>CROSSLAKE MN 56442 |
| ROE, JESSICA LIPSKY, ESQ.<br>BERNICK LIFSON ET AL<br>500 WAYZATA BLVD STE 1200<br>MINNEAPOLIS MN 55416 | ROYAL JEWELERS<br>73 BROADWAY<br>FARGO, ND 58102 | RUTH ANN BIEDERMAN<br>414 7TH AVE NE<br>PINE CITY MN 55063 |
| SCHUYLER SCARBOROUGH<br>19181 SPENCER ROAD UNIT #15<br>BRAINERD MN 56401 | SCOTT A. KEYPORT<br>1802 AIRWAVES RD NE<br>PINE CITY MN 55063 | SILVER CLIFF ASSOCIATION<br>1201 CEDAR LAKE RD S.<br>MINNEAPOLIS MN 55416 |
| SOURCE GAS<br>P.O. BOX 660474<br>DALLAS TX 75266 | ST. CROIX YACHT CLUB<br>P.O. BOX 2263<br>STILLWATER MN 55082 | STATE OF MINNESOTA DEPT OF<br>REVENUE<br>600 NORTH ROBERT STREET<br>ST. PAUL MN 55101 |

| | | |
|---|---|---|
| STORCHECK CLEANERS<br>857 7TH STREET<br>ST. PAUL MN 55106 | SUMMERS PROPERTY MANAGEMENT<br>111K AABC<br>ASPEN CO 81611 | TCF NATIONAL BANK<br>801 MARQUETTE AVENUE<br>MINNEAPOLIS MN 55402 |
| TCHIDA, BRYANT D., ESQ.<br>LEONARD STREET & DEINARD<br>150 S 5TH ST STE 2300<br>MINNEAPOLIS MN 55402 | THE MIRAGE CASINO-HOTEL<br>C/O MARK W. RUSSELL ESQ<br>3400 LAS VEGAS BLVD S<br>LAS VEGAS NV 89109 | TOYOTA FINANCIAL SAVINGS BANK<br>2485 VILLAGE VIEW DRIVE<br>SUITE 200<br>HENDERSON NV 89074 |
| TOYOTA FINANCIAL SERVICES<br>301 CARLSON PKWY, STE. 210<br>MINNETONKA MN 55305 | TOYOTA MOTOR CREDIT CORP<br>301 CARLSON PKWY STE 210<br>MINNETONKA MN 55305 | U.S. BANK<br>BC-MN-H22A<br>800 NICOLLET MALL, 22ND FLOOR<br>MINNEAPOLIS MN 55402 |
| US BANK VISA CARD<br>P.O. BOX 790408<br>ST. LOUIS MO 63179 | VENTURE BANK<br>5601 GREEN VALLEY DRIVE<br>SUITE 120<br>BLOOMINGTON MN 55437 | VFS FINANCING, INC.<br>10 RIVERVIEW DR<br>ATTN BETH BONELL<br>DANBURY CT 06810 |
| VICTORIA INSURANCE<br>1100 LOCUST STREET<br>DES MOINES IA 50391 | VISION BANK<br>3000 25TH ST. SOUTH<br>P.O. BOX 10008<br>FARGO ND 58106 | WAGENER, MAURICE J.<br>13700 WAYZATA BLVD<br>HOPKINS MN 55305 |
| WASHINGTON COUNTY TREASURER<br>GOVERNMENT CENTER<br>14949 - 62ND ST N<br>STILLWATER MN 55082 | WASHINGTON MUTUAL BANK, FA<br>400 E MAIN ST<br>STOCKTON CA 95290 | WASTE PARTNERS<br>P.O. BOX 677<br>PINE RIVER MN 56474-0677 |
| WATERFORD ASSOCIATION<br>P.O. BOX 1353<br>MINNEAPOLIS MN 55480-1353 | WAYNE BELISLE<br>1843 EAGLE RIDGE<br>MENDOTA HEIGHTS MN 55118 | WELLS FARGO<br>C/O DAVID GALLE<br>45 SOUTH SEVENTH ST, STE 3300<br>MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK N.A.<br>LOAN ADJUSTMENT GROUP<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402 | WELLS FEDERAL BANK<br>53 FIRST ST. SW<br>WELLS MN 56097 | WI DEPT OF TRANSPORTATION<br>PO BOX 7949<br>MADISON WI 53707 |
| WILLIAM BRODY<br>BUCHALTERNEMER<br>1000 WILSHIRE BLVD, STE 1500<br>LOS ANGELES CA 90017-2457 | WORLD OMNI FINANCIAL CORP.<br>190 JIM MORAN BOULEVARD<br>DEERFIELD BEACH FL 33442 | ZAPPIA, THOMAS M., ESQ.<br>ZAPPIA & LEVAHN<br>941 HILLWIND RD NE STE 301<br>MINNEAPOLIS MN 55432 |
| CRAIG E REIMER<br>MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | DENNIS E. HECKER<br>1615 NORTHRIDGE DRIVE<br>MEDINA, MN 55391 | HOWARD J ROIN<br>MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |

MARIA ROMANO
4744 PARADISE ROAD
LAS VEGAS, NV  89121

SAJIDA MAHDI ALI
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL  60606

STUART ROZEN
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL  60606

MICHAEL B. LUBIC
SONNENSCHEIN NATH &
ROSENTHAL LLP
601 S FIGUEROA ST STE 2500
LOS ANGELES, CA 90017-5704