UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION

IN RE: DENNIS E. HECKER

CASE NO 09-50779

CHAPTER 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept: _To be determined_
   Prior to the filing of this statement I have received: $0.00
   Balance Due: $0.00

2. The source of the compensation paid to me was:
   ☐ Debtor     ☑ Other (specify)
   Attorney has been appointed as a Federal Defender in Debtor's associated criminal matter. To the extent that her work on this bankruptcy matter assists Debtor in his criminal matter, she will be paid $125.00 an hour. For work not related to Debtor's criminal matter, counsel will be working pro bono.

3. The source of compensation to be paid to me is:
   ☑ Debtor     ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

   The services rendered or to be rendered include the following: (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 to the United States Code; (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court; (c) representation of the debtor at the meeting of creditors (d) negotiation with creditors and (e) other services reasonably necessary to represent the debtor in this case.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
ST. PAUL DIVISION

IN RE: DENNIS E. HECKER

CASE NO 09-50779

CHAPTER 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/17/2010
Date

BARBARA J MAY
BARBARA J MAY, ATTORNEY AT LAW
2780 N. SNELLING #102
ROSEVILLE, MN 55113
ATTY ID 129689
Phone: (651) 486-8887 / Fax: (651) 486-8890

Bar No. 129689