UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                 ORDER

                Debtor.                      BKY 09-50779

At Minneapolis, Minnesota, May 18, 2010.

This case came on for hearing on the motion of the debtor.

For reasons stated orally and recorded in open court,

IT IS ORDERED: The debtor and his attorneys may attend the Rule 2004 examination of William R. Skolnick.

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/18/2010*
Lori Vosejpka, Clerk, by LMH