UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:	BKY No. 09-50779

Dennis E. Hecker,	Chapter 7 Bankruptcy

          Debtor.

_____

**NOTICE OF CONTINUED HEARING**

PLEASE TAKE NOTICE that the hearing on the Trustee's Motion for Contempt set for May 26, 2010 at 2:30 p.m. has been continued to July 7, 2010 at 2:00 p.m. before the Honorable Robert J. Kressel in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

**LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.**

Dated: May 21, 2010        By /e/ Matthew R. Burton
                                         Matthew R. Burton, #210018
                                         Attorneys for Randall L. Seaver, Trustee
                                         100 South Fifth Street, Suite 2500
                                         Minneapolis, Minnesota 55402-1234
                                         (612) 332-1030

422280

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

BKY No. 09-50779

In re:

Chapter 7

Dennis E. Hecker,

      Debtor.

_____

## UNSWORN CERTIFICATE OF SERVICE
_____

I hereby certify that on May 21, 2010, I caused the following documents:

    *Notice of Continued Hearing*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first-class mail, postage paid, to the following:

| | |
|---|---|
| Dennis E. Hecker<br>1615 Northridge Drive<br>Medina, MN 55391 | Michael B. Lubic<br>Sonnenschein Nath & Rosenthal LLP<br>601 S Figueroa St Ste 2500<br>Los Angeles, CA 90017-5704 |
| Christi M. Rowan<br>1615 Northridge Drive<br>Medina, MN 55391 | Michael W. Malter<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |

          /e/ Stephanie Wood

Dated: May 21, 2010         _____

          Stephanie Wood
          100 South Fifth Street, Suite 2500
          Minneapolis, MN 55402
          (612) 332-1030

415428