MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

------------------------------------------------

In re:

Dennis E. Hecker,

       Debtor.

------------------------------------------------

BKY No. 09-50779

**NOTICE OF ABANDONMENT**

To: The United States Trustee, all creditors and other parties in interest.

On June 24, 2010 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows: the debtor scheduled an interest in Water Front Properties of AZ, LLC, as owning an interest in an Arizona condominium property at 7181 East Camelback Road, Scottsdale, AZ. The trustee believes that the real property held by that entity has a value that is less than the mortgage secured by the property and therefore the estate's interest in Water Front Properties of AZ, LLC will be abandoned. This is not an abandonment of personal property contained in that Arizona condominium.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
| --- | --- | --- |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: May 24, 2010

/e/ Randall L. Seaver
Randall L. Seaver, Trustee
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337
(952) 890-0888