# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                                    **NOTICE OF SALE**

        Debtor.

---------------------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On June 24, 2010 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows: the debtor scheduled an ownership interest in personal property located in a townhome in Scottsdale, AZ and stated that the furniture had an "unknown" value. The townhome is owned by an LLC in which the debtor has a 50% interest. The other owners have asserted that it is the LLC that owns the furniture. The trustee has agreed to sell the estate's interest in the furniture to Richard Olson in exchange for a $7,500 payment which the trustee believes to be reasonable.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: May 24, 2010                              /e/ Randall L. Seaver
                                                             Randall L. Seaver, Trustee
                                                             12400 Portland Avenue South, Suite 132
                                                              Burnsville, MN 55337
                                                              (952) 890-0888