UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

In re:                                                                    BKY No. 09-50779

Dennis E. Hecker,                                                         Chapter 7

      Debtor.
_____

**ORDER**
_____

This case is before the court on the motion of Randall L. Seaver, the trustee, seeking an order holding James Gustafson in civil contempt of court.

Based on the motion and the file,

IT IS ORDERED:

1. James Gustafson is in contempt of court because of his failure to comply with the trustee's subpoena.

2. James Gustafson must comply with the trustee's subpoena for 2004 examination by producing the documents requested in Exhibit A to the subpoena by 12:00 p.m. on June 4, 2010 and thereafter appearing at a 2004 examination to be renoticed by the trustee.

3. The trustee is awarded his costs and fees incurred in bringing this motion. James Gustafson shall pay $550.00 to the trustee, by way of a check made payable to "Randall L. Seaver, Trustee," on or before June 4, 2010.

4. James Gustafson shall personally appear before this court on Wednesday, June 9, 2010 at 10:00 a.m. in courtroom 8 west for a hearing to determine his compliance with this order. Prior to the hearing, counsel for the trustee and James Gustafson shall file a response with the court indicating each parties' position as to compliance.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/03/2010*
Lori Vosejpka, Clerk, by LMH

5. Failure to comply with this order shall be further contempt of this court.

Dated: June 3, 2010

/e/ Robert J. Kressel
United States Bankruptcy Judge

420611