UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                    BKY No. 09-50779

Dennis E. Hecker,                                                              Chapter 7 Bankruptcy

                            Debtor.
_____

**TRUSTEE'S REPORT REGARDING PRODUCTION OF JAMES GUSTAFSON**

<u>**INTRODUCTION**</u>

The Trustee served a subpoena on James Gustafson in March of 2010. The documents requested from Gustafson were:

1.      Copies of any and all documents relating to, or evidencing, the receipt of any monies checks, other transfers, or property by you, from January 1, 2009 to date from Dennis E. Hecker ("**Debtor**") or any one of his entities. This includes monies received for any reason, including, without limitation, from loans, earnings, gifts, withdrawals, sales and transfers. This request also includes, but is not limited to, copies of checks and copies of bank account statement reflecting the deposit of any such monies.

2.      Copies of any and all receipts for any items purchased for Debtor by you since June 4, 2008 to date.

3.      A list of all gifts and all items received by you from Debtor since June 4, 2008 and any documentation related thereto.

4.      All correspondence between you and Debtor, written or electronic, since June 4, 2008.

5.      Bring to the 2004 examination your U.S. passport that was in effect during the period of June 4, 2007 to June 4, 2009.

6.      Complete copies of your personal bank statements for the period of June 4, 2008 through December 1, 2009 including copies of all deposits (other than checks from the U.S. government) and copies of all transfers from said accounts.

7.      All documents evidencing the payment, by you to Hecker, or made by you for the benefit of Hecker, or to Christi Rowan or any of Hecker's creditors or family members from June 1, 2008 to present.

8.      Your travel records for the period of June 4, 2007 through November 1, 2009.

9.      Your personal income tax returns for the years 2008 and 2009.

10.     Attached as Exhibit 1 is a copy of check number 5054 drawn on a Wells Fargo account held in the name of James Gustafson, which account ends in number 2887. That check is a check payable to The Golf Club of Scottsdale. Provide all documents, including bills, invoices and any other documents which you consulted, or which directed you or advised you in making the payment to The Golf Club Scottsdale represented by check number 5054.

11.     If you have paid any bills or other obligations of Dennis Hecker or Christi Rowan from March 1, 2009 to date, provide copies of all checks by which any such bills were paid.

12.     If you have paid any bills or other obligations of Dennis Hecker or Christi Rowan from March 1, 2009 to date, provide copies of all documents evidencing the bills or invoices for which those payments were made, any instructions to you to make such payments, and any and all other correspondence relating to or evidencing any payment of such bills.

Finally, on June 2, 2010, after significant and costly legal wrangling, Gustafson produced a folder of records to counsel for the Trustee during his contempt hearing. At the hearing, counsel for Gustafson, Mr. Steve Meshbesher, possessed two envelopes containing records which were not produced to the Trustee. One of the envelopes was described as containing incriminating materials (being withheld, presumably, for Fifth Amendment purposes) and the other was described as containing emails between the Debtor and his counsel which was being withheld by Gustafson due to the "attorney/client nature" of the correspondence. So, by definition, Gustafson has not provided the Trustee with all documents responsive to the Trustee's subpoena.

Gustafson has failed to comply with the Trustee's subpoena and his failure will be described herein.

## RESPONSIVE DOCUMENTS NOT PRODUCED

Gustafson provided a folder of documents in numbered sleeves corresponding to the Trustee's subpoena. There was not a folder labeled as "#2."

**As to category 1,** Gustafson's production is incomplete. That there are holes in the production is readily apparent.

The gist of category 1 was to focus on monies and property received by Gustafson from the Debtor and his entities. The request specifically requested both copies of the checks and of the bank statements reflecting deposits. Many deposits received by Gustafson are not evidenced with copies of the checks. Gustafson did not Bates Stamp his production, but the Trustee did add Bates Stamps. Documents 50 and 51 are attached as part of Exhibit A. Supposedly, document 50 was produced to evidence that Gustafson paid a bill for Hecker. However, the check or other method of payment was not produced. Document 51 appears to be an electronic banking printout of a deposit made on June 30, 2009. The deposits are labeled as "Oracle Payroll." No checks were produced (and the Trustee is unfamiliar with an "Oracle" entity). Presumably, Oracle relates to Hecker or it would not have been part of Gustafson's production. No bank statement for that deposit was produced.

Clearly, nowhere near all of the Hecker checks received by Gustafson were produced in response to the Trustee's subpoena. The need for copies of checks is made apparent by document 108 which shows a deposit of $5,809.61 on December 18, 2009 without any explanation as to source. Exhibit A.

In short, Gustafson fell short with his production in category 1 as checks were not produced.

Gustafson did not produce any documents in **category 2.**  There are receipts in category 1, but it is unknown whether other receipts exist.

**Category 4** is another area where Gustafson has not complied.  He produced 80 pages of email correspondence (Document numbers 122 to 202).  The emails cover a large portion of time and are sporadic.  It is known that Hecker and his team were prolific emailers.  Gustafson's representation that he produced two years of relevant e-mail is false.

Before Mr. Skolnick departed as Debtor's counsel, he and the Debtor delivered a summary of available emails which could be obtained by the Trustee upon request.  (All were requested, yet none were produced).  The summary contains email correspondence involving Gustafson.  Those emails were not produced by Gustafson.  See, Exhibit B (examples from printout summary involving Gustafson).  Most interestingly, and of significant concern to the Trustee, is the fact that many of the e-mails withheld by Gustafson are from around the time that Debtor commenced his bankruptcy case – yet these were not produced.

That Gustafson's production is the totality of the email correspondence with the Debtor is not true.  Counsel for the Trustee spent a short amount of time perusing boxes of printed emails in his possession and came up with examples of additional Gustafson email – none of which were produced by Gustafson.  Exhibit C.

The evidence does not support Gustafson's representation that he has produced all of his email records and the Trustee does not believe that he has produced them all.

Gustafson did not produce all of his bank records as required by **Category 6.**  Copies of all transfers from the account were requested in addition to the statements.  Canceled checks were not produced except selectively in other categories.

As to **Category 12**, it appears that Gustafson was, again, selective. Pages 333 to 341 are attached as Exhibit D. It would appear that either (a) Gustafson made charges for Hecker or (b) Hecker used Gustafson's credit card. In either event, there is no check evidencing payment of the credit card. Finally, the last page produced by Gustafson, number 341, appears to list expenses that Gustafson paid for Hecker. Certainly, checks or other evidence of payment of the items on this list was not produced.

## GUSTAFSON DID NOT COMPLY WITH BANKRUPTCY RULE 9016

Rule 45 of the Federal Rules of Civil Procedure is made applicable to these proceedings by Bankruptcy Rule 9016. With respect to a party's duties in responding to a subpoena, the rule provides:

> (2) Claiming Privilege or Protection.
>
> > (A) *Information Withheld*. A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
> >
> > > (i) expressly make the claim; and
> > >
> > > (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

Rule 45(d) F.R. Civ. P.

Gustafson has withheld documents in two envelopes. With respect to each, Gustafson initially entirely failed to comply with Rule 45. The Trustee had no idea, other than the incredibly general descriptions provided by Gustafson, what was in the envelopes or why the documents are being withheld. At the Trustee's request, on June 7, 2010, Gustafson provided the privilege log attached hereto as Exhibit E.

It seems to the Trustee that it is patently obvious that the first group of email ("attorney/client" documents), should have been turned over the Trustee in compliance with the subpoena months ago.  Generally, documents are not protected by the Fifth Amendment privilege.  See, Order Denying Motion to Stay, 09-50779 (April 21, 2010) (Docket entry 447).

## CONCLUSION

Gustafson has not complied with the Trustee's subpoena.  All checks and email records, together with other items, have not been produced.  Again, not only did Gustafson not produce all of the requested responsive records, it is not credible that he has produced all of the responsive email or other communications available to him.  The Trustee requests the Court's assistance in obtaining these records.  Further the Trustee estimates that his counsel's charges in preparing for and attending this hearing are at least $1,700.00.  The Trustee requests reimbursement of those charges.

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

/e/ Matthew R. Burton

Dated: June 8, 2010                    By_____
                                       Matthew R. Burton, #210018
                                       Attorneys for Randall L. Seaver, Trustee
                                       100 South Fifth Street, Suite 2500
                                       Minneapolis, Minnesota  55402-1234
                                       (612) 332-1030

422984



**AOL ACCOUNT REPORT**

PREPARED FOR:

DENNIS HECKER
500 FORD RD
ST LOUIS PARK    MN 55426-1062

‖‖₁‖₁₁·₁‖‖‖‖₁₁‖‖·₁₁‖‖₁₁‖₁‖₁₁‖·₁‖₁‖·₁

0598319482    Z7191N0000

▶ MASTER SCREEN NAME:
DENNYHX

▶ MEMBER ACCOUNT NUMBER:
█████9482

▶ VALUED AOL MEMBER SINCE: 2001

▶ PAYMENT METHOD:  AMEX

▶ ACCOUNT NUMBER:
XXXX-XXXX-XXXX-4003

▶ CURRENT STATUS: Unable to process.

▶ OUTSTANDING BALANCE: $239.40

*(handwritten: pd 5/20/09 mk)*



MEMBER SERVICES
P.O. BOX 30622
Tampa FL 33630-0622

# IMPORTANT NOTICE:

## Your Payment
## Method Is Out Of Date.

To avoid back charges, please call Member Services at
1-888-723-7909 or go to AOL® Keyword: Billing
to update your payment information.

Dear DENNIS HECKER,

We were unable to process your payment for your America Online service.
It appears that your current payment method is out-of-date. Please see the report above for
complete information.

To avoid back charges or interruption to your AOL® Service, please update your
payment information online at AOL® Keyword: Billing or by calling Member Services
at 1-888-723-7909.

We value your AOL® membership. We're constantly listening to the needs of our
members to deliver the extra features and content you want. That's why AOL® now offers
greater anti-virus protection, more music, entertainment, and games, and more ways for you
to customize your AOL® so you get the online experience you want. (See the rest of this
mailing for more details.)

Thank you for updating your payment information. We're glad to have you as part
of the AOL® family.

Sincerely,

America Online, Inc.
Member Services

EXHIBIT

A

tabbies

GUSTAFSON 50

P.S. The fastest and easiest way to update your payment information is online at
AOL® Keyword: Billing. If you have any questions or difficulties, please call AOL® Member

 **Wells Fargo Online®**

<Back to Account Activity

## Deposit Details

Deposit to checking XXXXXX2887

| Deposit Date | Description | | Amount | Status |
|---|---|---|---|---|
| 06/30/09 | DEPOSIT | | $11,626.63 | Posted 06/30/09 |

**Deposit Summary**

| Category | | Amount |
|---|---|---|
| Checks (2 items) | | $11,626.63 |
| Total | | $11,626.63 |

**Deposited Items**

**Checks**

| Item # | Bank | Account # | Check # | | Amount ▽ |
|---|---|---|---|---|---|
| 1 | WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION | XXXXXX3200 | 242721 | *Oracle Payroll* | $11,498.09 |
| 2 | WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION | XXXXXX3200 | 242720 | *Oracle Payroll* | $128.54 |
| Total Checks | | | | | $11,626.63 |

☎ Equal Housing Lender

© 1995 – 2010 Wells Fargo. All rights reserved.

GUSTAFSON 51

Wells Fargo Deposit Details

**WELLS FARGO** Wells Fargo Online®

<Back to Account Activity

## Deposit Details

Deposit #186491612 to checking XXXXXX2887

| Deposit Date | Description | Amount | Status |
|---|---|---|---|
| 12/18/09 | DEPOSIT #186491612 | $5,809.61 | Posted 12/18/09 |

### Deposit Summary

| Category | Amount |
|---|---|
| Checks (1 item) | |
| Total | $5,809.61 |
| | $5,809.61 |

### Deposited Items

**Checks**

| Item # | Bank | Account # | Check # | Amount ▽ |
|---|---|---|---|---|
| 1 | 0910170610 | XXXX734 | 5039 | $5,809.61 |
| Total Checks | | | | $5,809.61 |

⌂ Equal Housing Lender

© 1995 – 2010 Wells Fargo. All rights reserved.

| | | | | |
|---|---|---|---|---|
| | bjp@kskpa.com | Erik1 P. Dove EDove@dennyhecker.com, Robert Moon robertbmoon@gmail.com | Non-Competition Agreement | |
| 50. | Will 1 Plummer WPlummer@dennyhecker.com | Dh heckerauto@aol.com | FW: Harris and Chase | 2/17/2009 10:40:58 AM |
| 51. | Susan A. Miller SMiller@dennyhecker.com | Erik1 P. Dove EDove@dennyhecker.com, Dh heckerauto@aol.com | FW: | 2/17/2009 10:40:58 AM |
| 52. | Jim 1 Gustafson JGustafson@dennyhecker.com | Dh heckerauto@aol.com | FW: Suzuki payments | 2/17/2009 10:40:56 AM |
| 53. | Christine A Fais christine.a.fais@aexp.com | Dh heckerauto@aol.com | ROSEDALE DODGE INC | 2/17/2009 10:40:54 AM |
| 54. | Pat 1 J. Terhaar PTerhaar@dennyhecker.com | Colleen Fowler cfowler@dennyhecker.com, Steve Bright SBright@dennyhecker.com, Mark A Lancman MLancman@dennyhecker.com | RE: Lisa Mullenburg | 2/17/2009 10:40:52 AM |
| 55. | Bruce Parker bjp@kskpa.com | Dh heckerauto@aol.com, Barbara1 A. Jerich BJerich@dennyhecker.com, Erik1 P. Dove EDove@dennyhecker.com | FW: Hyndai loaner vehicles | 2/17/2009 10:40:52 AM |
| 56. | Will 1 Plummer WPlummer@dennyhecker.com | Dh heckerauto@aol.com, Barbara1 A. Jerich BJerich@dennyhecker.com | Fw: Fax From:    952 512 8949 | 2/17/2009 10:40:52 AM |
| 57. | Molly Borg mborg@briggs.com | Bruce Parker bjp@kskpa.com, Dh heckerauto@aol.com, Erik1 P. Dove EDove@dennyhecker.com | FW: Advantage Rent-A-Car: Dismissal of Adversary Proceeding confirmation letter | 2/17/2009 10:40:50 AM |
| 58. | Bruce Parker bjp@kskpa.com | Molly Borg mborg@briggs.com, Erik1 P. Dove EDove@dennyhecker.com, C Culter ccutler@fredlaw.com | RE: Chrysler Financial/Hecker Foreclosures--Draft Templates forStipulation and Order/Hecker-Leased Properties | 2/17/2009 10:40:50 AM |
| 59. | Kelly, Tom kelly.tom@dorsey.com | Bruce Parker bjp@kskpa.com | RE: Consent Letter | 2/17/2009 10:40:50 AM |
| 60. | Bruce Parker bjp@kskpa.com | Dh heckerauto@aol.com, Erik1 P. Dove EDove@dennyhecker.com, Frank w Dankovich FDankovich@dennyhecker.com, Robert Moon robertbmoon@gmail.com, Cal R. Kuhlman CKuhlman@dennyhecker.com | Hertz Sublease | 2/17/2009 10:40:48 AM |
| 61. | Colleen Fowler cfowler@dennyhecker.com | Steve Bright SBright@dennyhecker.com, Pat 1 J. Terhaar PTerhaar@dennyhecker.com, Mark A Lancman MLancman@dennyhecker.com | Re: Lisa Mullenburg | 2/17/2009 10:40:48 AM |
| 62. | Steve Bright SBright@dennyhecker.com | Colleen Fowler cfowler@dennyhecker.com, Pat 1 J. Terhaar | RE: Lisa Mullenburg | 2/17/2009 10:40:48 AM |

EXHIBIT

B

| 79. | Erik1 P. Dove<br>EDove@dennyhecker.com | Dh heckerauto@aol.com | RE: Ablake revised proposal | 2/17/2009 10:40:28 AM |
|---|---|---|---|---|
| 80. | Greg ONeill<br>goneill@nationwideauctio<br>n.com | Dh heckerauto@aol.com | Righeimer | 2/17/2009 10:40:26 AM |
| 81. | harv bunny<br>ronmn1963@yahoo.com | Dick Erie<br>rrerie@hotmail.com | FW: Women or Cars | 2/17/2009 10:40:26 AM |
| 82. | Pat 1 J. Terhaar<br>PTerhaar@dennyhecker.com | Dh heckerauto@aol.com | Re: Hyndai loaner vehicles | 2/17/2009 10:40:26 AM |
| 83. | Tom McGill<br>tmcgill@colemanforsenate<br>.com | Tom McGill<br>tmcgill@colemanforsenate<br>.com | Team Coleman: Star Tribune - Judges rule thousands of ballots can be considered | 2/17/2009 10:40:24 AM |
| 84. | Erik1 P. Dove<br>EDove@dennyhecker.com | Molly Borg<br>mborg@briggs.com, Bruce<br>Parker bjp@kskpa.com, C<br>Culter<br>ccutler@fredlaw.com | RE: Chrysler Financial--Hecker Foreclosures | 2/17/2009 10:40:22 AM |
| 85. | Editor Auto Dealer<br>Monthly<br>editor@autodealermonthly<br>.com | Dh heckerauto@aol.com | Twelve Best Practices | 2/17/2009 10:40:22 AM |
| 86. | Will 1 Plummer<br>WPlummer@dennyhecker.com | Barbara1 A. Jerich<br>BJerich@dennyhecker.com,<br>Dh heckerauto@aol.com | Group Aging Report | 2/17/2009 10:40:22 AM |
| 87. | Donna Rizner<br>DRizner@dennyhecker.com | Dh heckerauto@aol.com,<br>Barbara1 A. Jerich<br>BJerich@dennyhecker.com | FW: top sheets | 2/17/2009 10:40:20 AM |
| 88. | Donna Rizner<br>DRizner@dennyhecker.com | Dh heckerauto@aol.com | RE: FW: Pastor Peter: | 2/17/2009 10:40:20 AM |
| 89. | Jim 1 Gustafson<br>JGustafson@dennyhecker.c<br>om | Dh heckerauto@aol.com,<br>Darwin Lund<br>DLund@dennyhecker.com,<br>Frank w Dankovich<br>FDankovich@dennyhecker.c<br>om, Tom Schwartz<br>tschwartz@dennyhecker.co<br>m | RE: Advantage las Vegas | 2/17/2009 10:40:18 AM |
| 90. | Will 1 Plummer<br>WPlummer@dennyhecker.com | Dh heckerauto@aol.com,<br>Barbara1 A. Jerich<br>BJerich@dennyhecker.com | Group Aging Report | 2/17/2009 10:40:18 AM |
| 91. | KARE 11 TV<br>karemail@kare11.com | Dh heckerauto@aol.com | Your Daily Weather from KARE 11 | 2/17/2009 10:40:18 AM |
| 92. | Troy_Beetz@Toyota.com | btoyota@paulbunyan.net,<br>mdockendorf@charter.net,<br>david.luther@lutherauto.<br>com,<br>smcdaniels@maplewoodtoyo<br>ta.com,<br>rsjoquist@burnsvilletoyo<br>ta.com,<br>pktysver@hotmail.com,<br>Principal@carlson-toyota<br>-22046.dlrmail.com, Paul<br>Walser<br>pwalser@walser.com,<br>awalser@walser. | Sales Summary | 2/17/2009 10:40:16 AM |
| 93. | Will 1 Plummer<br>WPlummer@dennyhecker.com | Dh heckerauto@aol.com | Re: | 2/17/2009 10:40:16 AM |
| 94. | Erik1 P. Dove<br>EDove@dennyhecker.com | Brent Olson<br>bolson@royaljewels.com | FW: CORNERSTONE/HOGRIDE | 2/17/2009 10:40:12 AM |

| 1057. | Lauren Wilson LWilson@dennyhecker.com | | Hertz Book | 9/27/2008 1:07:18 AM |
|---|---|---|---|---|
| 1058. | Tam Hecker thecker67@aol.com | Dh heckerauto@aol.com | Good day | 9/26/2008 8:33:50 AM |
| 1059. | Cr l christimrowan@yahoo.com | Dennis Earl Hecker dennishecker@sprint.blackberry.net | Re: | 9/26/2008 8:28:54 AM |
| 1060. | John B jb83@chryslerfinancial.com | Dh heckerauto@aol.com | Re: DAILY: Mazda names Chase Auto as dealer lender; Chryslertoterminate 300salariedemployees | 9/25/2008 8:21:56 PM |
| 1061. | John B jb83@chryslerfinancial.com | Dh heckerauto@aol.com | Re: DAILY: Mazda names Chase Auto as dealer lender; Chryslertoterminate 300salariedemployees | 9/25/2008 8:15:32 PM |
| 1062. | John B jb83@chryslerfinancial.com | Dh heckerauto@aol.com | Re: DAILY: Mazda names Chase Auto as dealer lender; Chryslertoterminate 300salaried employees | 9/25/2008 8:04:08 PM |
| 1063. | | Cindy Bowser CBowser@dennyhecker.com | Re: Massage Tonight from Lifetime | 9/25/2008 4:55:48 PM |
| 1064. | Tam Hecker thecker67@aol.com | Dh heckerauto@aol.com | Be strong | 9/25/2008 3:22:38 PM |
| 1065. | John B jb83@chryslerfinancial.com | Eric Dove Erik.Dove@waldenauto.com | Hyundai and Suzuki | 9/25/2008 9:48:20 AM |
| 1066. | John B jb83@chryslerfinancial.com | Dh heckerauto@aol.com | Re: Rodriquez- | 9/25/2008 8:42:28 AM |
| 1067. | John B jb83@chryslerfinancial.com | Dh heckerauto@aol.com | Fw: Rodriquez- | 9/25/2008 8:27:40 AM |
| 1068. | Jim 1 Gustafson JGustafson@dennyhecker.com | Dh heckerauto@aol.com | RE: Re: | 9/25/2008 8:10:52 AM |
| 1069. | Nita Singh Nita.Singh@ambuscom.com | dennishecker@sprint.blackberry.net | Re: | 9/24/2008 7:41:18 PM |
| 1070. | Donna Rizner DRizner@dennyhecker.com | Dh heckerauto@aol.com, Lauren Wilson LWilson@dennyhecker.com | FW: Hecker Spots | 9/24/2008 4:15:02 PM |
| 1071. | Donna Rizner DRizner@dennyhecker.com | Dh heckerauto@aol.com | FW: 3 Hecker Radio Ads | 9/24/2008 3:23:36 PM |
| 1072. | Cindy Bowser CBowser@dennyhecker.com | Dh heckerauto@aol.com | FW: Mayo Clinic info | 9/24/2008 3:17:16 PM |
| 1073. | Cindy Bowser CBowser@dennyhecker.com | Dh heckerauto@aol.com | FW: Mayo Clinic info | 9/24/2008 3:10:12 PM |
| 1074. | Donna Rizner DRizner@dennyhecker.com | DHAG-GMs WAG-GMs@dennyhecker.com, DHAG Corporate Management Team DHAGCorporateManagementTeam@dennyhecker.com | FW: September 24 | 9/24/2008 3:03:42 PM |
| 1075. | Tam Hecker thecker67@aol.com | Dh heckerauto@aol.com | Re: I love u | 9/24/2008 2:47:04 PM |

| | christimrowan@mac.com | | | |
|---|---|---|---|---|
| 1122. | Frank w Dankovich FDankovich@dennyhecker.com | Dh heckerauto@aol.com, Jim 1 Gustafson JGustafson@dennyhecker.com, Erik1 P. Dove EDove@dennyhecker.com | RE: Good News --- Potential Buyer for 15 Yukons | 9/17/2008 7:27:14 AM |
| 1123. | Jim 1 Gustafson JGustafson@dennyhecker.com | Dh heckerauto@aol.com | RE: Fw: | 9/17/2008 6:50:06 AM |
| 1124. | | Susan Rhode rhodes@moss-barnett.com | Fw: | 9/17/2008 6:48:10 AM |
| 1125. | | Tam Hecker thecker67@aol.com | | 9/17/2008 6:46:58 AM |
| 1126. | John B jb83@chryslerfinancial.com | Dh heckerauto@aol.com | Re: Fwd: Sixt Meeting - September 15 | 9/17/2008 5:43:00 AM |
| 1127. | John B jb83@chryslerfinancial.com | Dh heckerauto@aol.com | Re: Fwd: Sixt Meeting - September 15 | 9/17/2008 2:03:02 AM |
| 1128. | Greg P. Orthun GOrthun@dennyhecker.com | Dh heckerauto@aol.com, Erik1 P. Dove EDove@dennyhecker.com | ARAC Tax Return | 9/17/2008 2:03:00 AM |
| 1129. | John B jb83@chryslerfinancial.com | Dh heckerauto@aol.com | Re: Fwd: Sixt Meeting - September 15 | 9/17/2008 2:02:42 AM |
| 1130. | | John B jb83@chryslerfinancial.com | Re: Fwd: Sixt Meeting - September 15 | 9/16/2008 9:45:46 PM |
| 1131. | John B jb83@chryslerfinancial.com | Dh heckerauto@aol.com | Re: Fwd: Sixt Meeting - September 15 | 9/16/2008 9:45:44 PM |
| 1132. | John B jb83@chryslerfinancial.com | Dh heckerauto@aol.com | Re: Fwd: Sixt Meeting - September 15 | 9/16/2008 9:42:26 PM |
| 1133. | John B jb83@chryslerfinancial.com | Dh heckerauto@aol.com | Re: Fwd: Sixt Meeting - September 15 | 9/16/2008 9:37:24 PM |
| 1134. | John B jb83@chryslerfinancial.com | Dh heckerauto@aol.com | Re: Fwd: Sixt Meeting - September 15 | 9/16/2008 9:37:20 PM |
| 1135. | John B jb83@chryslerfinancial.com | Dh heckerauto@aol.com | Re: Fwd: Sixt Meeting - September 15 | 9/16/2008 9:37:18 PM |
| 1136. | | John B jb83@chryslerfinancial.com | Re: Fwd: Sixt Meeting - September 15 | 9/16/2008 9:01:18 PM |
| 1137. | Amy C Wilkins AWilkins@dennyhecker.com | Denny E. Hecker DHecker@dennyhecker.com | | 9/16/2008 2:03:34 PM |
| 1138. | | Tom Gillman tfg5@chryslerfinancial.com | Re: Fwd: Sixt Meeting - September 15 | 9/16/2008 10:48:42 AM |
| 1139. | Donna Rizner DRizner@dennyhecker.com | Dh heckerauto@aol.com | Re: Sixt Meeting - September 15 | 9/15/2008 9:06:58 PM |
| 1140. | Erik1 P. Dove EDove@dennyhecker.com | Dh heckerauto@aol.com | FW: Sixt Meeting - September 15 | 9/15/2008 6:26:48 PM |
| 1141. | Tam Hecker thecker67@aol.com | Dh heckerauto@aol.com | Team | 9/15/2008 2:52:42 PM |
| 1142. | Donna Rizner DRizner@dennyhecker.com | Doug L. Boles DBoles@dennyhecker.com | On Behalf of Denny: Good morning! | 9/15/2008 10:27:14 AM |

| 76. | Joe Southview<br>JOECHRISTY3@aol.com | Dh heckerauto@aol.com | congrats on your<br>fresh start !! i<br>have not heard from<br>you for a while!!! | 6/4/2009 11:26:58 PM |
|---|---|---|---|---|
| 77. | Tam Hecker<br>thecker67@aol.com | Dh heckerauto@aol.com | Re: (no subject) | 6/4/2009 11:21:38 PM |
| 78. | Christi Rowan<br>christimrowan@mac.com | dheckerauto@gmail.com<br>Cccc<br>dheckerauto@gmail.com | rowan sent you an<br>article from<br>startribune.com | 6/4/2009 11:20:50 PM |
| 79. | Activation Notice #97621<br>Activation-Notice@asterb<br>rown.com | Dh heckerauto@aol.com | $7500 Activation<br>Notice for<br>heckerauto@aol.com | 6/4/2009 11:16:02 PM |
| 80. | | Tam Hecker<br>thecker67@aol.com | | 6/4/2009 11:00:28 PM |
| 81. | spuds<br>kellyhecker@comcast.net | Dh heckerauto@aol.com | Re: Hecker - proof<br>of filing chapter 7<br>petition | 6/4/2009 10:51:04 PM |
| 82. | Dan Aldridge<br>dan@danaldridge.com | Dh heckerauto@aol.com | | 6/4/2009 10:15:44 PM |
| 83. | Jim 1 Gustafson<br>JGustafson@dennyhecker.c<br>om | Dh heckerauto@aol.com | Re: | 6/4/2009 10:05:54 PM |
| 84. | Angela Wollenberg<br>angela_wollenberg@toyota<br>.com | Dh heckerauto@aol.com | Fw: Final Draft of<br>Statement | 6/4/2009 10:02:08 PM |
| 85. | | Tom 1 Keifer<br>TLKIEFFER@aol.com | Re: Just heard the<br>news | 6/4/2009 9:45:22 PM |
| 86. | Tom 1 Keifer<br>TLKIEFFER@aol.com | Dh heckerauto@aol.com | Re: Just heard the<br>news | 6/4/2009 9:44:30 PM |
| 87. | | Beckie Alexander<br>beckie.alexander@brecksc<br>hool.org, Tam Hecker<br>thecker67@aol.com | Re: Jake Hecker | 6/4/2009 9:42:56 PM |
| 88. | | Erik1 P. Dove<br>EDove@dennyhecker.com | Re: | 6/4/2009 9:42:14 PM |
| 89. | Erik1 P. Dove<br>EDove@dennyhecker.com | Dh heckerauto@aol.com | Re: | 6/4/2009 9:37:08 PM |
| 90. | Beckie Alexander<br>beckie.alexander@brecksc<br>hool.org | Tam Hecker<br>thecker67@aol.com, Dh<br>heckerauto@aol.com | Jake Hecker | 6/4/2009 9:34:32 PM |
| 91. | | Darwin Lund<br>DLund@dennyhecker.com | Re: Legal Summary | 6/4/2009 9:27:54 PM |
| 92. | | wplummer@vzw.blackberry.<br>net | Re: | 6/4/2009 9:25:06 PM |
| 93. | wplummer@vzw.blackberry.<br>net | Dh heckerauto@aol.com | | 6/4/2009 9:21:16 PM |
| 94. | Susan A. Miller<br>SMiller@dennyhecker.com | Dh heckerauto@aol.com | | 6/4/2009 9:10:28 PM |
| 95. | | Jim 1 Gustafson<br>JGustafson@dennyhecker.c<br>om | | 6/4/2009 9:09:22 PM |
| 96. | | Pat 1 J. Terhaar<br>PTerhaar@dennyhecker.com | Fw: tough times | 6/4/2009 9:07:32 PM |
| 97. | John 1 Gangelhoff<br>righthandjohn@gmail.com | | Re: tough times | 6/4/2009 9:06:44 PM |
| 98. | Pat 1 J. Terhaar<br>PTerhaar@dennyhecker.com | Dh heckerauto@aol.com | Re: tough times | 6/4/2009 9:03:30 PM |
| 99. | | John Spencer | Re: | 6/4/2009 8:54:38 PM |

| | | bjp@kskpa.com | | |
|---|---|---|---|---|
| 215. | Susan A. Miller SMiller@dennyhecker.com | Dh heckerauto@aol.com, Erik1 P. Dove EDove@dennyhecker.com | | 6/4/2009 3:28:06 PM |
| 216. | Automotive News autonews@e.ccialerts.com | Dh heckerauto@aol.com | NEWSCAST: GMs Tom Stephens; GM to cede dealer list; Buyers want high-tech | 6/4/2009 3:20:06 PM |
| 217. | Jim 1 Gustafson JGustafson@dennyhecker.com | Dh heckerauto@aol.com | | 6/4/2009 3:17:26 PM |
| 218. | Susan A. Miller SMiller@dennyhecker.com | Dh heckerauto@aol.com, Erik1 P. Dove EDove@dennyhecker.com | FW: | 6/4/2009 3:14:14 PM |
| 219. | Bruce Parker bjp@kskpa.com | James J. Sticha james.sticha@leonard.com james.sticha@leonard.com | Brainerd Hyundai | 6/4/2009 3:12:24 PM |
| 220. | aolalerts@aol.com | Dh heckerauto@aol.com | Stock Alert (TCB) | 6/4/2009 3:11:34 PM |
| 221. | Erik1 P. Dove EDove@dennyhecker.com | Bruce Parker bjp@kskpa.com, Dh heckerauto@aol.com | RE: Payment of debts of DH Toyota-executed docs | 6/4/2009 3:11:18 PM |
| 222. | Bruce Parker bjp@kskpa.com | Pat Shriver Pat.Shriver@fmjlaw.com | RE: Hecker - Brainerd Consent | 6/4/2009 3:08:14 PM |
| 223. | Gwyn M. Doenz GDoenz@dennyhecker.com | Dh heckerauto@aol.com, Erik1 P. Dove EDove@dennyhecker.com | Please Can I get a response | 6/4/2009 3:00:48 PM |
| 224. | Marc Linden communications@intacct.com | Denny E. Hecker DHecker@dennyhecker.com | Reminder: Webcast - Cloud Financials Come of Age | 6/4/2009 2:46:36 PM |
| 225. | Tom 1 Keifer TLKIEFFER@aol.com | Dh heckerauto@aol.com | Today's Phone Call | 6/4/2009 2:39:12 PM |
| 226. | Under Armour Under_Armour@4fa.net | Dh heckerauto@aol.com | Under Armour Requests Your Permission | 6/4/2009 2:38:50 PM |
| 227. | Bruce Parker bjp@kskpa.com | Dh heckerauto@aol.com, Erik1 P. Dove EDove@dennyhecker.com | FW: Payment of debts of DH Toyota-executed docs | 6/4/2009 2:37:58 PM |
| 228. | Lillian Tamm ltamm@avicoraviation.com | Challenger steve.halmos@reuniongroup.com, Challenger sryan@dependonus.com, Challenger dave.cote@honeywell.com, Beechjet mike.tennyson@pcitexas.net, Challenger ayork@jcpenney.com, Challenger bob@pavestone.com, Dh heckerauto@aol.com, Beechjet tberscheidt@tu | $3,800: Aircraft Use Optimization | 6/4/2009 2:35:38 PM |
| 229. | Quantum Auctions LLC broadcast@aviationbroadcast.com | Dh heckerauto@aol.com | We Want To Auction Your Aircraft Today! | 6/4/2009 2:33:02 PM |
| 230. | Bruce Parker bjp@kskpa.com | Erik1 P. Dove EDove@dennyhecker.com, Dh heckerauto@aol.com | RE: Attachments from Bill O'Brien | 6/4/2009 2:29:30 PM |
| 231. | Erik1 P. Dove EDove@dennyhecker.com | Bruce Parker bjp@kskpa.com, Dh heckerauto@aol.com | RE: Attachments from Bill O'Brien | 6/4/2009 2:28:06 PM |

| | | | | |
|---|---|---|---|---|
| | bjp@kskpa.com | james.sticha@leonard.com james.sticha@leonard.com | | |
| 452. | Sam Frobe sfrobe@hmausa.com | Dh heckerauto@aol.com | | 6/3/2009 10:52:34 AM |
| 453. | Sam Frobe sfrobe@hmausa.com | Dh heckerauto@aol.com | | 6/3/2009 10:36:50 AM |
| 454. | Molly 1 M. Kaplan MKaplan@dennyhecker.com | Chris Boyles christopher.boyles@gmacfs.com | GM- Walden Fleet Group, Inc. | 6/3/2009 10:33:06 AM |
| 455. | Molly 1 M. Kaplan MKaplan@dennyhecker.com | Chris Boyles christopher.boyles@gmacfs.com | GM- Stillwater Cadillac-Pontiac-GMC, Inc. | 6/3/2009 10:27:26 AM |
| 456. | Molly 1 M. Kaplan MKaplan@dennyhecker.com | Chris Boyles christopher.boyles@gmacfs.com | FW: | 6/3/2009 10:27:26 AM |
| 457. | Darwin Lund DLund@dennyhecker.com | Dh heckerauto@aol.com, Erik1 P. Dove EDove@dennyhecker.com | Barbara returned car today - no damage. 961 miles over x .25 = 240+ 595 return fee = 835 balance - Corp Motors | 6/3/2009 10:27:26 AM |
| 458. | Jim 1 Gustafson JGustafson@dennyhecker.com | Dh heckerauto@aol.com | | 6/3/2009 10:21:22 AM |
| 459. | Judy A. Bishman JBishman@dennyhecker.com | Judy A. Bishman JBishman@dennyhecker.com, Judy Murphy jmurphy@advantagempls.com, Michael P. Parr MParr@dennyhecker.com, Kevin M. Schweiger KSchweiger@dennyhecker.com, Danny W. Storm DStorm@dennyhecker.com, Jim 1 Gustafson JGustafson@dennyhecker.com, Mark | 401(k) Plan Audit - Huge Favor | 6/3/2009 10:13:44 AM |
| 460. | C Culter ccutler@fredlaw.com | Erik1 P. Dove EDove@dennyhecker.com, Dh heckerauto@aol.com, Bruce Parker bjp@kskpa.com | FW: Chrysler Financial Receiver Motion | 6/3/2009 9:49:06 AM |
| 461. | Steve McDaniels smcdaniels@maplewoodtoyota.com | Dh heckerauto@aol.com | delivery | 6/3/2009 9:45:50 AM |
| 462. | Erik1 P. Dove EDove@dennyhecker.com | Dh heckerauto@aol.com, C Culter ccutler@fredlaw.com | Re: FW: Hecker -- JH Baxter documents | 6/3/2009 9:42:04 AM |
| 463. | Molly 1 M. Kaplan MKaplan@dennyhecker.com | Jim 1 Gustafson JGustafson@dennyhecker.com | RE: Manheim lawyer | 6/3/2009 9:14:42 AM |
| 464. | Rich Ghazarian newsandexperts2@newsandexperts.com | Denny E. Hecker DHecker@dennyhecker.com | [Guest]: How to Have Happy Feet for the Summer | 6/3/2009 9:07:18 AM |
| 465. | Mark1 T. Johnson mtjohnson@dennyhecker.com | Dh heckerauto@aol.com | Early week recap from Brainerd. | 6/3/2009 8:59:06 AM |
| 466. | C Culter ccutler@fredlaw.com | Dh heckerauto@aol.com, Erik1 P. Dove EDove@dennyhecker.com | FW: Hecker -- JH Baxter documents | 6/3/2009 8:57:26 AM |

| 759. | | Tam Hecker<br>thecker67@aol.com | | 6/1/2009 12:09:28 PM |
|---|---|---|---|---|
| 760. | | George Demou<br>george.demou@transcendin<br>c.net | Re: Re: | 6/1/2009 12:08:06 PM |
| 761. | Angela Wollenberg<br>angela_wollenberg@toyota<br>.com | Erik1 P. Dove<br>EDove@dennyhecker.com | Re: Payment of Debt<br>Letter - Follow Up | 6/1/2009 12:06:16 PM |
| 762. | George Demou<br>george.demou@transcendin<br>c.net | Dh heckerauto@aol.com | RE: Re: | 6/1/2009 12:05:56 PM |
| 763. | Gwyn M. Doenz<br>GDoenz@dennyhecker.com | Dh heckerauto@aol.com | Address for fleet | 6/1/2009 12:03:06 PM |
| 764. | | Bill Nelson<br>BNelson@dennyhecker.com,<br>Erik1 P. Dove<br>EDove@dennyhecker.com | Re: dennyhecker.com | 6/1/2009 12:01:46 PM |
| 765. | Dh heckerauto@aol.com | Dh heckerauto@aol.com | | 6/1/2009 11:58:36 AM |
| 766. | | Dh heckerauto@aol.com | | 6/1/2009 11:58:24 AM |
| 767. | Bill Nelson<br>BNelson@dennyhecker.com | Denny E. Hecker<br>DHecker@dennyhecker.com,<br>Erik1 P. Dove<br>EDove@dennyhecker.com | dennyhecker.com | 6/1/2009 11:53:44 AM |
| 768. | | Jim 1 Gustafson<br>JGustafson@dennyhecker.c<br>om | Re: Re: | 6/1/2009 11:52:06 AM |
| 769. | | Susan A. Miller<br>SMiller@dennyhecker.com,<br>Erik1 P. Dove<br>EDove@dennyhecker.com | Re: | 6/1/2009 11:51:56 AM |
| 770. | Jim 1 Gustafson<br>JGustafson@dennyhecker.c<br>om | Dh heckerauto@aol.com,<br>Erik1 P. Dove<br>EDove@dennyhecker.com | RE: Re: | 6/1/2009 11:51:16 AM |
| 771. | Susan A. Miller<br>SMiller@dennyhecker.com | Erik1 P. Dove<br>EDove@dennyhecker.com,<br>Dh heckerauto@aol.com | FW: | 6/1/2009 11:49:40 AM |
| 772. | | Molly 1 M. Kaplan<br>MKaplan@dennyhecker.com | Re: Rob Moon | 6/1/2009 11:48:16 AM |
| 773. | | Jim 1 Gustafson<br>JGustafson@dennyhecker.c<br>om, Eric Dove<br>Erik.Dove@waldenauto.com | Fw: Re: | 6/1/2009 11:42:24 AM |
| 774. | | Susan A. Miller<br>SMiller@dennyhecker.com,<br>Molly 1 M. Kaplan<br>MKaplan@dennyhecker.com | Re: Denny's demo | 6/1/2009 11:40:58 AM |
| 775. | SmartDraw.com<br>mailinfo@smartdraw.com | Denny E. Hecker<br>DHecker@dennyhecker.com | A special offer<br>from SmartDraw | 6/1/2009 11:34:18 AM |
| 776. | | Susan A. Miller<br>SMiller@dennyhecker.com,<br>Jim Gustafson<br>jgustafson@dennyhecker.c<br>om | Re: | 6/1/2009 11:29:26 AM |
| 777. | Bill Nelson<br>BNelson@dennyhecker.com | Denny E. Hecker<br>DHecker@dennyhecker.com,<br>Erik1 P. Dove<br>EDove@dennyhecker.com,<br>Pat 1 J. Terhaar<br>PTerhaar@dennyhecker.com | RE: Technical<br>question | 6/1/2009 11:21:56 AM |
| 778. | Pat 1 J. Terhaar | Dh heckerauto@aol.com | | 6/1/2009 11:05:00 AM |

| | | bjp@kskpa.com | GTaddonio@ReedSmith.com | | |
|---|---|---|---|---|---|
| 951. | | Mike K. Schrank MSchrank@dennyhecker.com | Dh heckerauto@aol.com, Erik1 P. Dove EDove@dennyhecker.com | Brainerd Hyundai | 5/28/2009 2:38:08 PM |
| 952. | | Sean Regan sregan@premierbanks.com | Denny E. Hecker DHecker@dennyhecker.com | RE: St. Cloud and Maplewood loans | 5/28/2009 1:58:24 PM |
| 953. | | Mike J. Zellmann mzellmann@freedomfirst.biz | Denny E. Hecker DHecker@dennyhecker.com | Gus | 5/28/2009 1:23:00 PM |
| 954. | | Sean Regan sregan@premierbanks.com | Denny E. Hecker DHecker@dennyhecker.com | FW: St. Cloud and Maplewood | 5/28/2009 1:06:22 PM |
| 955. | | Nuance - Makers of Dragon NaturallySpeaking nuance@reply.digitalriver.com | Denny E. Hecker DHecker@dennyhecker.com | Final Notice - Last chance to Save $100 on NEW Dragon 10! | 5/28/2009 12:14:38 PM |
| 956. | | Rich Ghazarian newsandexperts2@newsandexperts.com | Denny E. Hecker DHecker@dennyhecker.com | [ALERT]: Are Pain Killers the New Epidemic? | 5/28/2009 11:41:54 AM |
| 957. | | | Bill p Prohofsky@aol.com | Fw: | 5/28/2009 10:28:44 AM |
| 958. | | Editorial, IT Management editorial@itmanagement.com | Denny E. Hecker DHecker@dennyhecker.com | Vote on Which Technology Hardware Retailer Reigns Supreme | 5/28/2009 10:22:08 AM |
| 959. | | Erik1 P. Dove EDove@dennyhecker.com | Denny E. Hecker DHecker@dennyhecker.com | Accepted: Transcend/Quazar call | 5/28/2009 10:10:30 AM |
| 960. | | Christi Rowan christimrowan@mac.com | Denny E. Hecker - 04 DHecker04@dennyhecker.com | | 5/28/2009 10:02:46 AM |
| 961. | | Inside CRM event_notifications@insidecrm.com | Denny E. Hecker DHecker@dennyhecker.com | Virtual Meetings Allow Businesses to Work Smarter Not Harder | 5/28/2009 9:58:40 AM |
| 962. | | Kenneth Tonkin ktsolutions@q.com | Dh heckerauto@aol.com | Re: Keep your head high! | 5/28/2009 9:23:20 AM |
| 963. | | Darwin Lund DLund@dennyhecker.com | Denny E. Hecker DHecker@dennyhecker.com | RE: Great thought for the day from Denny...let Memorial Day live on | 5/28/2009 9:12:58 AM |
| 964. | | Dan Carey danc@visionbanks.com | Denny E. Hecker DHecker@dennyhecker.com | RE: Status | 5/28/2009 8:40:52 AM |
| 965. | | Donna Rizner DRizner@dennyhecker.com | Denny E. Hecker DHecker@dennyhecker.com | Re: misc for stores.xls | 5/28/2009 7:45:56 AM |
| 966. | | Jim 1 Gustafson JGustafson@dennyhecker.com | Denny E. Hecker DHecker@dennyhecker.com | Re: Surplus computers | 5/28/2009 7:45:38 AM |
| 967. | | Will 1 Plummer WPlummer@dennyhecker.com | Denny E. Hecker DHecker@dennyhecker.com | Re: St. Cloud and Maplewood | 5/28/2009 7:26:18 AM |
| 968. | | Bill Nelson BNelson@dennyhecker.com | Denny E. Hecker DHecker@dennyhecker.com | Surplus computers | 5/28/2009 7:01:46 AM |
| 969. | | | Tam Hecker thecker67@aol.com | | 5/27/2009 11:17:36 PM |
| 970. | | | wplummer@vzw.blackberry.net | Re: | 5/27/2009 11:14:00 PM |
| 971. | | | wplummer@vzw.blackberry.net, Eric Dove Erik.Dove@waldenauto.com | Re: eric can we get from sr 1st thing | 5/27/2009 11:13:12 PM |

| | | Erik1 P. Dove EDove@dennyhecker.com, Peter Hasselquist peterh@twincitiesbmw.com | | |
|---|---|---|---|---|
| 1263. | Gwyn M. Doenz GDoenz@dennyhecker.com | Denny E. Hecker DHecker@dennyhecker.com | RE: Pay Checks | 5/15/2009 10:56:16 AM |
| 1264. | Rich Ghazarian newsandexperts2@newsande xperts.com | Denny E. Hecker DHecker@dennyhecker.com | [Guest]: Where Will We Be Able to Shop?? | 5/15/2009 10:31:06 AM |
| 1265. | Jim 1 Gustafson JGustafson@dennyhecker.c om | Denny E. Hecker DHecker@dennyhecker.com | RE: Media inquiry reminder: | 5/15/2009 10:30:18 AM |
| 1266. | | jburke@dennyhecker.com | | 5/15/2009 10:12:24 AM |
| 1267. | | Jim 1 Gustafson JGustafson@dennyhecker.c om | Re: Media inquiry reminder: | 5/15/2009 10:11:48 AM |
| 1268. | Jim 1 Gustafson JGustafson@dennyhecker.c om | Denny E. Hecker DHecker@dennyhecker.com | RE: Media inquiry reminder: | 5/15/2009 10:00:16 AM |
| 1269. | Mike J. Zellmann mzellmann@freedomfirst.b iz | Denny E. Hecker DHecker@dennyhecker.com | ag complaint on Dahl | 5/15/2009 9:56:48 AM |
| 1270. | Judy A. Bishman JBishman@dennyhecker.com | Denny E. Hecker DHecker@dennyhecker.com | FW: Update | 5/15/2009 9:46:52 AM |
| 1271. | Gwyn M. Doenz GDoenz@dennyhecker.com | Denny E. Hecker DHecker@dennyhecker.com | RE: Pay Checks | 5/15/2009 9:10:36 AM |
| 1272. | | Gwyn M. Doenz GDoenz@dennyhecker.com | Re: Pay Checks | 5/15/2009 9:03:48 AM |
| 1273. | Rick Stevens rstevens@paylesscarrenta l.com | Denny E. Hecker DHecker@dennyhecker.com, Erik1 P. Dove EDove@dennyhecker.com, Bruce Parker bjp@kskpa.com | Arizona AG Settlement | 5/15/2009 8:10:04 AM |
| 1274. | Gwyn M. Doenz GDoenz@dennyhecker.com | Pat 1 J. Terhaar PTerhaar@dennyhecker.com , Dave Thomas DThomas@dennyhecker.com, Susan A. Miller SMiller@dennyhecker.com, Denny E. Hecker DHecker@dennyhecker.com | Pay Checks | 5/15/2009 8:00:22 AM |
| 1275. | Anonymous anonymous@whyweprotest.n et | Denny E. Hecker DHecker@dennyhecker.com | May 2009 Activists Call on Psychiatry to Take Stand | 5/15/2009 12:21:36 AM |
| 1276. | Bill Nelson BNelson@dennyhecker.com | Denny E. Hecker DHecker@dennyhecker.com, Molly 1 M. Kaplan MKaplan@dennyhecker.com | iPhone | 5/14/2009 5:07:02 PM |
| 1277. | Bill Nelson BNelson@dennyhecker.com | Erik1 P. Dove EDove@dennyhecker.com, Denny E. Hecker DHecker@dennyhecker.com | RE: Reynolds | 5/14/2009 3:54:04 PM |
| 1278. | Donna Rizner DRizner@dennyhecker.com | DHAG_Corp_Building_Emplo yees DHAG_Corp_Building_Emplo yees@dennyhecker.com | Media inquiry reminder: | 5/14/2009 3:30:28 PM |
| 1279. | Erik1 P. Dove EDove@dennyhecker.com | Bill Nelson BNelson@dennyhecker.com, Denny E. Hecker | RE: Reynolds | 5/14/2009 3:03:24 PM |

| | | | End-Of-Day Quote Alert | |
|---|---|---|---|---|
| 84. | Dollar Thrifty Automotive Group TF-CCBN-Alert@Thomson.com | Dh heckerauto@aol.com | Dollar Thrifty Automotive Group End-Of-Day Quote Alert | 8/5/2009 3:34:16 PM |
| 85. | George Demou george.demou@transcendinc.net | A Erik Dove edove@doveadvisors.com, Michael Kallas mkallas@kallas-law.com, Terri Sayler tlsayler@mchsi.com, Mark Lindgren mark.lindgren@transcendinc.net, Curtis Mohr curtis.mohr@transcendinc.net, Todd Montpetit toddm@itrgroupinc.com, Denny E. Hecker DHeck | Reminder of Tonights TCI Board Meeting at Sofitel | 8/5/2009 3:29:46 PM |
| 86. | Christi Rowan christimrowan@mac.com | Dh heckerauto@aol.com | Delivered: Fw: HECKER - Order re Hawaii and parenting time | 8/5/2009 3:24:06 PM |
| 87. | Gollin-Garrett, Mara L. Gollin-GarrettM@moss-barnett.com | Dh heckerauto@aol.com | HECKER - Order re Hawaii and parenting time | 8/5/2009 3:17:30 PM |
| 88. | Jim 1 Gustafson JGustafson@dennyhecker.com | Dh heckerauto@aol.com, Jami jamiandsophie@yahoo.com | RE: Suspension Notice #2 | 8/5/2009 3:04:52 PM |
| 89. | | Jami jamiandsophie@yahoo.com, Jim 1 Gustafson JGustafson@dennyhecker.com | Fw: Suspension Notice #2 | 8/5/2009 3:03:08 PM |
| 90. | Mike Schrank MSchrank@aol.com | Dh heckerauto@aol.com | Delivered: Re: Brainerd | 8/5/2009 2:57:50 PM |
| 91. | | Mike Schrank MSchrank@aol.com | Re: Brainerd | 8/5/2009 2:57:10 PM |
| 92. | MDA Minneapolis mdatwincities@cmarket.org | Dh heckerauto@aol.com | Show Us Your Support! | 8/5/2009 2:54:04 PM |
| 93. | Auto Rental News edirect@autorentalnews.com | Dh heckerauto@aol.com | Reporter (8/5/08) Avis Budget, Dollar Thrifty Report Earnings; Meet Enterprise Holdings | 8/5/2009 2:53:50 PM |
| 94. | Troy_Beetz@Toyota.com | tanderson@invergrovetoyota.com, btoyota@paulbunyan.net, mdockendorf@charter.net, david.luther@lutherauto.com, smcdaniels@maplewoodtoyota.com, rsjoquist@burnsvilletoyota.com, pktysver@hotmail.com, Principal@carlson-toyota-22046.dlrmail.com, Paul Walser pwa | CARS Payments | 8/5/2009 2:06:10 PM |
| 95. | Jim 1 Gustafson JGustafson@dennyhecker.com | Dh heckerauto@aol.com | | 8/5/2009 1:44:20 PM |

| | | | | |
|---|---|---|---|---|
| . | | Erik.Dove@waldenauto.com | Request to Today Approve the Transfer of Three of Denny Hecker's Dealerships | |
| 1471 . | | Molly Kaplan MKaplan@dennyhecker.com | Fw: Follow-up Request to Today Approve the Transfer of Three of Denny Hecker's Dealerships | 6/1/2009 12:24:14 PM |
| 1472 . | Bruce Parker bjp@kskpa.com | EriK Dove edove@dennyhecker.com | FW: Consent to Sale of Assets - Brainerd | 6/1/2009 12:16:22 PM |
| 1473 . | | Tam Hecker thecker67@aol.com | Re: | 6/1/2009 12:11:02 PM |
| 1474 . | Will 1 Plummer WPlummer@dennyhecker.com | Dh heckerauto@aol.com | Fw: Emailing: Service contract direct marketing | 6/1/2009 12:09:40 PM |
| 1475 . | | Tam Hecker thecker67@aol.com | | 6/1/2009 12:09:28 PM |
| 1476 . | | George Demou george.demou@transcendinc.net | Re: Re: | 6/1/2009 12:08:06 PM |
| 1477 . | Angela Wollenberg angela_wollenberg@toyota.com | EriK Dove edove@dennyhecker.com | Re: Payment of Debt Letter - Follow Up | 6/1/2009 12:06:16 PM |
| 1478 . | George Demou george.demou@transcendinc.net | Dh heckerauto@aol.com | RE: Re: | 6/1/2009 12:05:56 PM |
| 1479 . | Gwyn M. Doenz GDoenz@dennyhecker.com | Dh heckerauto@aol.com | Address for fleet | 6/1/2009 12:03:06 PM |
| 1480 . | Dh heckerauto@aol.com | Dh heckerauto@aol.com | | 6/1/2009 11:58:36 AM |
| 1481 . | | Dh heckerauto@aol.com | | 6/1/2009 11:58:24 AM |
| 1482 . | | Jim 1 Gustafson JGustafson@dennyhecker.com | Re: Re: | 6/1/2009 11:52:06 AM |
| 1483 . | | Susan 1 A. Miller SMiller@dennyhecker.com, EriK Dove edove@dennyhecker.com | Re: | 6/1/2009 11:51:56 AM |
| 1484 . | Jim 1 Gustafson JGustafson@dennyhecker.com | Dh heckerauto@aol.com, EriK Dove edove@dennyhecker.com | RE: Re: | 6/1/2009 11:51:16 AM |
| 1485 . | Susan 1 A. Miller SMiller@dennyhecker.com | EriK Dove edove@dennyhecker.com, Dh heckerauto@aol.com | FW: | 6/1/2009 11:49:40 AM |
| 1486 . | | Molly Kaplan MKaplan@dennyhecker.com | Re: Rob Moon | 6/1/2009 11:48:16 AM |
| 1487 . | | Jim 1 Gustafson JGustafson@dennyhecker.com, Eric Dove Erik.Dove@waldenauto.com | Fw: Re: | 6/1/2009 11:42:24 AM |
| 1488 . | | Susan 1 A. Miller SMiller@dennyhecker.com, Molly Kaplan MKaplan@dennyhecker.com | Re: Denny's demo | 6/1/2009 11:40:58 AM |
| 1489 | | Susan 1 A. Miller | Re: | 6/1/2009 11:29:26 AM |

| | | SMiller@dennyhecker.com, Jim 1 Gustafson JGustafson@dennyhecker.com | | |
|---|---|---|---|---|
| 1490. | Susan 1 A. Miller SMiller@dennyhecker.com | Dh heckerauto@aol.com | FW: | 6/1/2009 11:05:00 AM |
| 1491. | Pat 1 J. Terhaar PTerhaar@dennyhecker.com | Dh heckerauto@aol.com | | 6/1/2009 11:05:00 AM |
| 1492. | Molly Kaplan MKaplan@dennyhecker.com | Dh heckerauto@aol.com | Irma Wolnak-Scottsdale | 6/1/2009 11:04:58 AM |
| 1493. | Steve McDaniels smcdaniels@maplewoodtoyota.com | Dh heckerauto@aol.com | RE: when can you talk today? Should I come over and see you this afternoon? | 6/1/2009 10:57:56 AM |
| 1494. | Mike Dady 1 jmdady@dadygarner.com | Dh heckerauto@aol.com, EriK Dove edove@dennyhecker.com | Proposed Letter to GM | 6/1/2009 10:48:52 AM |
| 1495. | Molly Kaplan MKaplan@dennyhecker.com | Dh heckerauto@aol.com | Rob Moon | 6/1/2009 10:46:30 AM |
| 1496. | Gwyn M. Doenz GDoenz@dennyhecker.com | Dh heckerauto@aol.com | Fleet Vehicles at DHAM.xls | 6/1/2009 10:34:32 AM |
| 1497. | Becky Braun BBraun@dennyhecker.com | Donna Rizner DRizner@dennyhecker.com | RE: Customer issue | 6/1/2009 10:08:14 AM |
| 1498. | Mike K. Schrank MSchrank@dennyhecker.com | Dh heckerauto@aol.com, EriK Dove edove@dennyhecker.com | TCAG Bid | 6/1/2009 10:04:16 AM |
| 1499. | wplummer@vzw.blackberry.net | Dh heckerauto@aol.com | | 6/1/2009 10:02:14 AM |
| 1500. | Susan 1 A. Miller SMiller@dennyhecker.com | Dh heckerauto@aol.com, Mike K. Schrank MSchrank@dennyhecker.com | Brainerd Hyundai: | 6/1/2009 10:00:12 AM |
| 1501. | aolalerts@aol.com | Dh heckerauto@aol.com | Stock Alert (TCB) | 6/1/2009 9:58:32 AM |
| 1502. | David Luther dluther@lutherauto.com | Dh heckerauto@aol.com | | 6/1/2009 9:58:30 AM |
| 1503. | Minnesota Office of the Secretary of State info@sos.state.mn.us | Dh heckerauto@aol.com | June 2009 Open Appointments Press Release | 6/1/2009 9:53:02 AM |
| 1504. | Susan 1 A. Miller SMiller@dennyhecker.com | Jim 1 Gustafson JGustafson@dennyhecker.com, Dh heckerauto@aol.com | | 6/1/2009 9:51:12 AM |
| 1505. | Steve McDaniels smcdaniels@maplewoodtoyota.com | Dh heckerauto@aol.com | when can you talk today? Should I come over and see you this afternoon? | 6/1/2009 9:41:40 AM |
| 1506. | Susan 1 A. Miller SMiller@dennyhecker.com | EriK Dove edove@dennyhecker.com, Dh heckerauto@aol.com, Rich Hage RHage@dennyhecker.com | RE: | 6/1/2009 9:35:48 AM |
| 1507. | EriK Dove edove@dennyhecker.com | Susan 1 A. Miller SMiller@dennyhecker.com, Dh heckerauto@aol.com, Rich Hage RHage@dennyhecker.com | Re: | 6/1/2009 9:35:14 AM |
| 1508. | Mark A Lancman MLancman@dennyhecker.com | Dh heckerauto@aol.com | RE: (no subject) | 6/1/2009 9:34:52 AM |
| 1509. | Susan 1 A. Miller | Dh heckerauto@aol.com, | | 6/1/2009 9:33:24 AM |

| Subj: | **RE: (no subject)** |
|---|---|
| Date: | 5/28/2009 9:00:17 A.M. Central Daylight Time |
| From: | FDankovich@dennyhecker.com |
| To: | Heckerauto@aol.com, JGustafson@dennyhecker.com |
| CC: | edove@dennyhecker.com |

Denny,

Kuhn finally returned my call. He stated he was advised by his upper management not to speak to us as this issue is being addressed by the attorneys. He also said that an executive from Manheim is going call you today but would not give me the name. I met the attorney from Manheim at the bankruptcy hearing. We brought up this matter to him and he seemed agreeable to resolve. In my opinion, his position to resolve is not to pay us 100% of the amount Manheim is holding. Do you want me to call him and attempt to resolve? Manheim is tap dancing and pushing the matter to the attorney.

Frank

---

**From:** HECKERAUTO@aol.com [mailto:HECKERAUTO@aol.com]
**Sent:** Thursday, May 28, 2009 8:29 AM
**To:** Jim Gustafson
**Cc:** Frank Dankovich; Erik P. Dove
**Subject:** Re: (no subject)

whats the status on this? there is nothing more important frank what can we do?

In a message dated 5/26/2009 11:18:50 A.M. Central Daylight Time, JGustafson@dennyhecker.com writes:

> Denny,
>
> Manheim Auto Auction is holding between 50,000 and 100,000 of auction proceeds from Rosedale for Advantage Body shop bills. The reason they say they can do this is because last Summer Frank told them that he was over Advantage's fleet and they are saying that Rosedale and Advantage were basically one in the same in their eyes.
> Frank was trying to get Advantage's lawyers to get these funds released for us, But it has not gone anywhere. I was trying to push it this morning, but I think we need to get Bruce or somebody involved on our end to try and get our funds released to us.
> Please let me know how you want me to proceed. Thanks.
>
> Jim
>
> WALDEN LEASING
>
>
> Jim Gustafson
>
> Walden Leasing
> 500 Ford Road
> Minneapolis, MN 55426<http://maps.yahoo.com/py/maps.py?
> Pyt=Tmap&addr=500+Ford+Road&csz=Minneapolis%2C+MN+55426&country=us>
>
> Jim.Gustafson@waldenauto.com<mailto:Jim.Gustafson@waldenauto.com>
>
> tel:
> fax:
>
> 952/512-8823
> 952/512-8937



EXHIBIT

C

Subject: RE: 2009 Final Form 5500 - 401(k) Plan
Date: Thu, 17 Dec 2009 12:10:06 -0600
From: Jim Gustafson <JGustafson@dennyhecker.com>
<mailto:JGustafson@dennyhecker.com>
To: Judy Bishman <PJB@Bishman.com> <mailto:PJB@Bishman.com> ,
"Denny E. Hecker" <DHecker@dennyhecker.com>
<mailto:DHecker@dennyhecker.com>
References: <4B2A6D9A.5000303@Bishman.com> <mailto:4B2A6D9A.
5000303@Bishman.com>

Judy,
Great news on your job.
On form 5500, please would you use 952-512-8898.
I hope you have a Happy Holidays
Thanks again
Jim


**From:** Judy Bishman [mailto:PJB@Bishman.com]
**Sent:** Thursday, December 17, 2009 11:43 AM
**To:** Jim Gustafson; Denny E. Hecker
**Subject:** 2009 Final Form 5500 - 401(k) Plan

Jim & Denny,

I received the Final Plan Termination - Form 5500 from Diversified
and will request minor changes before sending to you for signature
and mailing.  The Form 5500 indicates Plan assets are at zero
which is what we want.

Please provide a phone number to be used on the return.  I wasn't
sure if I should list 952.512.8823 or another number.

I also have good news to share.  I accepted a Benefits Consultant
position employed by Oberon but working at an Oberon client site.
I start tomorrow!

Thanks and let me know on the phone number.

*Judy Bishman*

**Subject: RE: Surplus computers**
**Date:** Thursday, May 28, 2009 7:45 AM
**From:** Jim Gustafson <JGustafson@dennyhecker.com>
**To:** "Denny E. Hecker" <DHecker@dennyhecker.com>

Denny,

With The PC's I told him I wanted an inventory of what we had and the employee that had it. Also, he was getting bids between 30 and 100 for each depending on model. I think the only ones sold were to Bill P's son.
 I have a company that we had purchased from before that would give me an appraisal of what each model should bring and they may be interested in purchasing a group of them from us. We also were lining Alex up to sell some on Ebay when we get out of school.
Do you want me to continue this path or drop it?

Jim


**From:** Denny E. Hecker
**Sent:** Thursday, May 28, 2009 7:19 AM
**To:** Bill Nelson; Erik P. Dove
**Cc:** Jim Gustafson
**Subject:** Re: Surplus computers

I would like a complete list of what we have and what you sold and to whom for how much!
Thanks bill


On 5/28/09 7:02 AM, "Bill Nelson" <BNelson@dennyhecker.com> wrote:
Denny

I am working on an inventory of PCs that Jim requested though I had a quick question. Should I continue working on selling the surplus computers or are you expecting Jim to deal with them?

Thanks
Bill

Bill Nelson
Director of Technology
Denny Hecker Automotive Group
bnelson@dennyhecker.com <mailto:bnelson@dennyhecker.com>

**From:** Denny Hecker<heckerauto@aol.com>
**To:** Jim 1 Gustafson <JGustafson@dennyhecker.com>
**Sent:** 8/14/2008 3:47:05 PM
**Subject:** Re:

Call me

Sent from my BlackBerry® smartphone with SprintSpeed

---

**From:** Jim Gustafson <JGustafson@dennyhecker.com>
**Date:** Thu, 14 Aug 2008 14:40:57 -0500
**To:** Heckerauto@aol.com<heckerauto@aol.com>
**Subject:**

Denny,

John Bowker just left me a voice massage to call him back regarding he would like to know the process of where the Suzuki Auction proceeds go to.
What do you want me to do?
Jim

| WALDEN LEASING | |
|---|---|
| **Jim Gustafson** | **Walden Leasing** |
| | 500 Ford Road |
| | Minneapolis, MN 55426 |
| Jim.Gustafson@waldenauto.com | tel: 952/512-8823 |
| | fax: 952/512-8937 |
| Signature powered by Plaxo | |
| Add me to your address book... | Want a signature like this? |

Thanks good

------Original Message------
From: Jim 1 Gustafson
To: Dh
Subject: Re: Hertz
Sent: Jan 18, 2009 7:47 PM

Great news
This is awesome

------Original Message------
From: Denny Hecker
To: Jim Gustafson
To: Frank Dankovich
To: Thomas R. Schwartz
ReplyTo: Denny Hecker
Sent: Jan 18, 2009 4:54 PM
Subject: Fw: Hertz

Top secret
Sent via BlackBerry by AT&T

-----Original Message-----
From: heckerauto@aol.com

Date: Sun, 18 Jan 2009 22:52:48
To: Mike Buckingham<mbuckingham@hmausa.com>
Subject: Hertz


Mad deal signing loi off to P/A. Fleet late payments will be covered in deal!!!!!!!!!!!!!
Giant get out free card!!! Thanks denny
Sent via BlackBerry by AT&T


IMPORTANT NOTICE: This e-mail message is intended to be received only by persons entitled to receive the confidential information it may contain. E-mail messages to clients of the Denny Hecker Automotive Group may contain information that is confidential and legally privileged. Please do not read, copy, forward, or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it to the sender and delete it completely from your computer system.


Sent via BlackBerry by AT&T£ioz»"¢p

Thanks we own $$$

Sent via BlackBerry by AT&T

**From**: Jim Gustafson
**Date**: Thu, 15 Jan 2009 16:11:25 -0600
**To**: Heckerauto@aol.com<heckerauto@aol.com>
**Subject**: FW:

Just FYI.  Everything should be set with the Bentley

**From:** Christopher Mitrision
**Sent:** Thursday, January 15, 2009 4:05 PM
**To:** Jim Gustafson
**Subject:** Re:

Jim,

I have the Bently, and I am heading back to Phoenix.

**From:** Jim Gustafson
**To:** Christopher Mitrision
**Sent:** Thu Jan 15 09:56:41 2009
**Subject:**
Chris,

Here is The info on the Bentley for Phoenix

| | | HARDROCK HOTEL AND | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 675262 | 640 | C | LAS VEGAS | NV | SCBDR33W4 | 7C043485 | 2007 | BENTI |

Contact:

HECTOR MORENO | SENIOR DIRECTOR OF ROOMS
HARD ROCK HOTEL & CASINO
4455 PARADISE ROAD | LAS VEGAS, NV | 89169
P: (702) 693-4034 |

Please keep me updated on the status or any problems.  Thanks for all of you assistance

Jim

**Jim Gustafson**

**Walden Leasing**
500 Ford Road
Minneapolis, MN 55426

tel: 952/512-8823
fax: 952/512-8937

Jim.Gustafson@waldenauto.com

Signature powered by Plaxo

Want a signature like this?

Add me to your address book...

IMPORTANT NOTICE: This e-mail message is intended to be received only by persons entitled to receive the confidential information it may contain. E-mail messages to clients of the Denny Hecker Automotive Group may contain information that is confidential and legally privileged. Please do not read, copy, forward, or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it to the sender and delete it completely from your computer system.

# Account Activity

Use the menus below your card summary to sort your account activity or to search for a specific purchase or credit.

**Sears MasterCard®**

View/Download Your Statement

| **Current Balance** | **Minimum Payment Due** | **Payment Due** Apr. 8, 2010 |
|---|---|---|
| **$4,996.69** | **$0.00** | **MAKE A PAYMENT** |
| | Minimum Payment Warning | Late Payment Warning |

| | | Activity Since Last Statement | | Request Paperless Statements |
|---|---|---|---|---|
| Last Statement Balance - 03/12/2010 | $4,946.14 | Payments/Adjustments/Credits | $-683.67 | |
| Next Statement | Apr. 11, 2010 | Purchases/Debits | $734.22 | |
| Total Credit Limit | $8,700.00 | Available for Purchase | $3,702.00 | Earned Points |
| Last Payment | Mar. 13, 2010 | Available for Cash | $0.00 | 13,378 |
| Last Payment Amount | $500.00 | View/Edit Online Payments | | See Details |
| Past Due Amount | $0.00 | | | |

View Special Offers

**View All Account Activity**

Create a Report
View/Download Your Statement

Select Time Period:
`12/09/2009`

Choose a Transaction Type:
`All Transactions`



## Transaction Details for Period Ending 12/09/2009

| Date | Description | Amount | |
|---|---|---|---|
| ~~12/09/2009~~ | ~~PURCHASES $113.29 CASH ADVANCE $0.00~~ | ~~443.29~~ | |
| 12/01/2009 | ASPEN LUXURY RENTALS ASPEN CO | 69.00 | *Denny* |
| 11/19/2009 | CROSSLAKE COMMUNICATIO CROSSLAKE MN | 576.81 | *Denny* |
| 11/19/2009 | CROSSLAKE COMMUNICATIO CROSSLAKE MN | 152.44 | *Denny* |
| 11/19/2009 | CROSSLAKE COMMUNICATIO CROSSLAKE MN | 351.80 | *Denny* |
| 11/19/2009 | CROSSLAKE COMMUNICATIO CROSSLAKE MN | 104.84 | *Denny* |
| ~~11/18/2009~~ | ~~PAYMENT - THANK YOU~~ | ~~-1000.00~~ | |
| ~~11/17/2009~~ | ~~IOLO TECHNOLOGIES LLC 03232578888 CA~~ | ~~14.95~~ | |
| 11/16/2009 | TRAVEL GUARD GROUP 08008261300 WI | 65.70 | *Denny* |

GUSTAFSON 333

| 11/16/2009 | FRONTIER 42221642676683 08002655505 OK | 463.40 | Denny |
| 11/16/2009 | FRONTIER 42221642676646 08002655505 OK | 463.40 | Denny |
| 11/16/2009 | FRONTIER 42221642676672 08002655505 OK | 463.40 | Denny |
| 11/16/2009 | FRONTIER 42221642676661 08002655505 OK | 463.40 | Denny |
| 11/16/2009 | FRONTIER 42221642676650 08002655505 OK | 463.40 | Denny |
| 11/16/2009 | FRONTIER 42221642676635 08002655505 OK | 463.40 | Denny |

| **Total Activity** | **This amount may be different than your Statement Balance. It may include payments and credits not posted to your last statement. It may also exclude any previous statement Balance.** | $3229.23 |

Print This Page

GUSTAFSON 334



Transaction Details
Prepared for
JAMES GUSTAFSON
Account Number
XXXX-XXXXX-91000

| Date | Description | Amount | |
|------|-------------|--------|---|
| 01/05/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 8.99 | |
| 01/05/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 9.95 | |
| 01/05/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 9.95 | |
| 01/03/2010 | FRONTIER AIRLINES   DENVER   CO | 494.70 | |
| 01/03/2010 | ST REGIS REMEDE SPA ASPEN | 396.00 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 8.99 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 8.99 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 8.99 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 9.95 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 9.95 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 9.95 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 9.95 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 9.95 | |
| 01/02/2010 | CAREZEN, INC.   781-6425900 | 30.00 | |
| 01/02/2010 | GAP #2516/THE GAP #2ASPEN | 56.08 | |
| 01/02/2010 | PHONE PAYMENT - THANK YOU | 2,500.00 | -2,500.00 From Jim's Wells Fargo Account |
| 01/01/2010 | FRONTIER AIRLINES   DENVER   CO | 152.40 | |
| 01/01/2010 | FRONTIER AIRLINES   DENVER   CO | 277.00 | |
| 01/01/2010 | FRONTIER AIRLINES   DENVER   CO | 280.00 | |
| 12/31/2009 | BUTCHERS BLOCK OF ASASPEN | 241.12 | |
| 12/31/2009 | CAFE SUZANNE       SNOWMASS VLGE | 189.51 | |
| 12/31/2009 | CITY-MARKET #0416 008774154647 | 186.37 | |
| 12/31/2009 | MONTAGNA BAR MONTAGNASPEN | 137.37 | |
| 12/30/2009 | ASPEN SPORTS 454   SNOWMASS VILL | 51.12 | |
| 12/30/2009 | ASPEN SPORTS 454   SNOWMASS VILL | 154.46 | |
| 12/30/2009 | BREXI BRASSERIE 2748ASPEN | 150.00 | |
| 12/30/2009 | Snowmass Sports 0000(970)923-3567 | 28.70 | |
| 12/30/2009 | SNOWMASS SKI AREA SNSNOWMASS VILLAGE | 809.00 | |
| 12/29/2009 | CARLS PHARMACY    ASPEN | 109.49 | |
| 12/29/2009 | KENICHI OF ASPEN 300ASPEN | 1,050.22 | |
| 12/29/2009 | Progressive Car Insurance | 740.75 | |
| 12/29/2009 | New Dimension's Returned Check | | |
| 12/5/2009 | St Regis Hotel Aspen (Christi said it would be refunded, but was not) | 5,809.61 | |
| 2/4/2010 | C Rowan's Returned Check | 1,815.00 | |
| 2/15/2010. | 2 week Loan | 750.00 | |
| | Total | 10,000.00 | |
| | | 26,524.46 | |



# POOL AND YACHT CLUB

1600 LILYDALE ROAD
LILYDALE ON THE MISSISSIPPI
MINNESOTA 55118
TEL: 651 455 3900 FAX: 651 455 3312
www.poolandyachtclub.com

May 8, 2009

Dennis Hecker
500 Ford Road
Minneapolis, MN 55426

Dear Member,

In connection with our effort to keep our Club employees and suppliers paid on a current basis, we need to have our members keep their accounts current. Your account is over four months old. Our Club cannot continue to pay our bills and employees if our members fail to pay us for their purchases at the Club. If all of our accounts were four months, we would have to close our doors. In addition, we have to borrow and pay interest to cover the cash shortfall from members who are in arrears. This is not fair to your fellow members!

**Please bring your account up to date! Your total charges as of April 30, 2009 are $586.58.**

If you have a problem doing this please call Casey Getten, the Club manager, and work out a payment plan with him. He will do whatever he can to accommodate your situation.

If we have not received your payment or worked out a payment program with you in the next 15 days, we will be forced to take collection action.

Very truly yours,

The Board of Directors

President - Lee Nelson, Vic
Board of Direct

JAMES C. GUSTAFSON                                          5247

17-1/910 633
3934132887

MAPLE GROVE, MN 55369-2856

PAY TO THE
ORDER OF  *Pool and Yacht Club*                    *May 26, 2009*  DATE

$ *586 58*

*Five hundred eighty six and 58/100*                          DOLLARS

WELLS FARGO  Wells Fargo Bank, N.A.
Minnesota
wellsfargo.com

FOR *Dennis Hecker*                          *GUSTAFSON 336*

⑆091000019⑆          288 7⑈ 0 5247

Prepared for: **JAMES C GUSTAFSON**

Account Number: [redacted] 4829

**December 2009 Statement**

Credit Line: $5,000.00
Cash or Credit Available: $0.00

**Bank of America**

## Account Information

**Summary of Transactions**

| | | |
|---|---|---|
| Previous Balance | | $0.00 |
| Payments and Credits | − | $0.00 |
| Purchases and Adjustments | + | $7,245.60 |
| Periodic Rate Finance Charges | + | $0.00 |
| Transaction Fee Finance Charges | + | $0.00 |
| **New Balance Total** | | **$7,245.60** |

**Billing Cycle and Payment Information**

| | |
|---|---|
| Days in Billing Cycle | 30 |
| Closing Date | 12/10/09 |
| Payment Due Date | 01/06/10 |
| Current Payment Due | $72.00 |
| Past Due Amount + | $0.00 |
| Total Minimum Payment Due | **$ 72.00** |

Customer Service
For information on your Account visit:
www.bankofamerica.com
Call toll-free 1-800-626-2556
TDD hearing-impaired 1-800-346-3178
Mail Payments to:
BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001
Mail Billing Inquiries to:
BANK OF AMERICA
P.O. BOX 15026
WILMINGTON, DE 19850-5026

## Transactions

| Purchases and Adjustments | Promotional Offer ID | Posting Date | Transaction Date | Reference Number | Account Number | Amount | |
|---|---|---|---|---|---|---|---|
| FRONTIERAIR 4222164351 FAREFAMILIES OK ROWAN/CHRISTIMICH12/04 MSP/DEN RNDTRP DEN/MSP | | 12/04 | 12/02 | 6263 | 4829 | 776.39 | *Denny* |
| FRONTIERAIR 4222164351 FAREFAMILIES OK HECKER/DENNISEARL12/04 MSP/DEN RNDTRP DEN/MSP | | 12/04 | 12/02 | 6271 | 4829 | 776.39 | *Denny* |
| ST REGIS HOTEL ASPEN ASPEN CO 496483 ARRIVAL DATE 12/04/09 | | 12/05 | 12/04 | 3119 | 4829 | 1,815.00 | *Denny* |
| ~~JARED GALLERIA 12492 MAPLE GROVE MN~~ | | 12/05 | 12/04 | 5734 | 4829 | ~~3,999.98~~ | |
| FEDEX 524334210295020 800-4633339 TN 0222200045062161 | | 12/10 | 12/09 | 4328 | 4829 | 157.84 | *Denny* |
| ~~OVERLIMIT FEE (BASED ON BALANCE 7,045.76)~~ | | 12/10 | 12/05 | D/27 | | ~~39.00~~ | |

```
YOUR ACCOUNT IS OVERLIMIT.
TO AVOID AN OVERLIMIT FEE
ON YOUR NEXT STATEMENT, WE
MUST RECEIVE A CONFORMING
PAYMENT, THAT BRINGS AND
KEEPS YOUR ACCOUNT BALANCE
BELOW THE CREDIT LINE,
WITHIN 27 DAYS OF THE ABOVE
STATEMENT CLOSING DATE,
AND NOT GO OVERLIMIT AGAIN.
```

## Important Information About Your Account

START MANAGING YOUR ACCOUNT THE FAST, EASY WAY AND SIGN-UP FOR ONLINE BANKING
AT BANKOFAMERICA.COM. ONCE ENROLLED - GO GREEN WITH PAPERLESS STATEMENTS.

10 [redacted] 4829

BANK OF AMERICA
P.O. BOX 851001
DALLAS, TX 75285-1001

☐ Check here for a change of mailing address or phone number(s).
Please provide all corrections on the reverse side.

**Payment Information**

ACCOUNT NUMBER: [redacted] 4829

NEW BALANCE TOTAL: $7,245.60
PAYMENT DUE DATE: 01/06/10

TOTAL MINIMUM PAYMENT DUE $72.00

Enter Payment Amount Enclosed:
$

Mail this payment coupon along with a
check or money order payable to: BANK OF AMERICA

JAMES C GUSTAFSON
10514 106TH PL N
MAPLE GROVE MN 55369-2656

Page 1 of 4

⑆ 5 2 4 0 2 2 2 5 0 ⑆ 1 2 5 6 3 0 4 6 7 7 4 8 2 9 ⑈    GUSTAFSON 337

# Account Activity

Use the menus below your card summary to sort your account activity or to search for a specific purchase or credit.

**Sears MasterCard®**

View/Download Your Statement

| Current Balance 🗹 | Minimum Payment Due 🖉 | Payment Due Apr. 8, 2010 |
|---|---|---|
| $4,996.69 | $0.00 | **MAKE A PAYMENT** |
| | Minimum Payment Warning | Late Payment Warning |

| Last Statement Balance - 03/12/2010 | $4,946.14 | Activity Since Last Statement | | Request Paperless Statements |
|---|---|---|---|---|
| Next Statement | Apr. 11, 2010 | Payments/Adjustments/Credits | $-683.67 | |
| Total Credit Limit 🗹 | $8,700.00 | Purchases/Debits | $734.22 | |
| Last Payment | Mar. 13, 2010 | Available for Purchase | $3,702.00 | Earned Points 🗹 |
| Last Payment Amount | $500.00 | Available for Cash 🗹 | $0.00 | 13,378 |
| Past Due Amount | $0.00 | View/Edit Online Payments | | See Details |

View Special Offers

## View All Account Activity

Create a Report
View/Download Your Statement

Select Time Period:

12/09/2009  ▼

Choose a Transaction Type:

All Transactions  ▼

**VIEW**

## Transaction Details for Period Ending 12/09/2009

| Date | Description | Amount |
|---|---|---|
| 12/09/2009 | PURCHASES $113.29 CASH ADVANCE $0.00 | 113.29 |
| 12/01/2009 | ASPEN LUXURY RENTALS ASPEN CO | 69.00 Denny |
| 11/19/2009 | CROSSLAKE COMMUNICATIO CROSSLAKE MN | 576.81 Denny |
| 11/19/2009 | CROSSLAKE COMMUNICATIO CROSSLAKE MN | 152.44 Denny |
| 11/19/2009 | CROSSLAKE COMMUNICATIO CROSSLAKE MN | 351.80 Denny |
| 11/19/2009 | CROSSLAKE COMMUNICATIO CROSSLAKE MN | 104.84 Denny |
| 11/18/2009 | PAYMENT - THANK YOU | -1000.00 |
| 11/17/2009 | IOLO TECHNOLOGIES LLC 03232578888 CA | 14.95 |
| 11/16/2009 | TRAVEL GUARD GROUP 08008261300 WI | 65.70 Denny |

GUSTAFSON 338

4/1/2010

| Date | Description | Amount | |
|---|---|---|---|
| 11/16/2009 | FRONTIER 42221642676683 08002655505 OK | 463.40 | Denny |
| 11/16/2009 | FRONTIER 42221642676646 08002655505 OK | 463.40 | Denny |
| 11/16/2009 | FRONTIER 42221642676672 08002655505 OK | 463.40 | Denny |
| 11/16/2009 | FRONTIER 42221642676661 08002655505 OK | 463.40 | Denny |
| 11/16/2009 | FRONTIER 42221642676650 08002655505 OK | 463.40 | Denny |
| 11/16/2009 | FRONTIER 42221642676635 08002655505 OK | 463.40 | Denny |
| **Total Activity** | **This amount may be different than your Statement Balance. It may include payments and credits not posted to your last statement. It may also exclude any previous statement Balance.** | $3229.23 | |

Print This Page



Transaction Details
Prepared for
JAMES GUSTAFSON
Account Number
XXXX-XXXXXX-91000

One from American Express® / December 26, 2009 to January 26, 2010

| Date | Description | Amount | |
|---|---|---|---|
| 01/05/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 8.99 | |
| 01/05/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 9.95 | |
| 01/05/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 9.95 | |
| 01/03/2010 | FRONTIER AIRLINES   DENVER      CO | 494.70 | |
| 01/03/2010 | ST REGIS REMEDE SPA ASPEN | 396.00 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 8.99 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 8.99 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 8.99 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 9.95 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 9.95 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 9.95 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 9.95 | |
| 01/03/2010 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | 9.95 | |
| 01/02/2010 | CAREZEN, INC.    781-6425900 | 30.00 | |
| 01/02/2010 | GAP #2518/THE GAP #2ASPEN | 56.08 | |
| 01/02/2010 | PHONE PAYMENT - THANK YOU | 2,500.00 | -2,500.00 From Jim's Wells Fargo Account |
| 01/01/2010 | FRONTIER AIRLINES   DENVER      CO | 152.40 | |
| 01/01/2010 | FRONTIER AIRLINES   DENVER      CO | 277.00 | |
| 01/01/2010 | FRONTIER AIRLINES   DENVER      CO | 280.00 | |
| 12/31/2009 | BUTCHERS BLOCK OF ASASPEN | 241.12 | |
| 12/31/2009 | CAFE SUZANNE       SNOWMASS VLGE | 189.51 | |
| 12/31/2009 | CITY-MARKET #0416 008774154647 | 186.37 | |
| 12/31/2009 | MONTAGNA BAR MONTAGNASPEN | 137.37 | |
| 12/30/2009 | ASPEN SPORTS 454   SNOWMASS VILL | 51.12 | |
| 12/30/2009 | ASPEN SPORTS 454   SNOWMASS VILL | 154.46 | |
| 12/30/2009 | BREXI BRASSERIE 2749ASPEN | 150.00 | |
| 12/30/2009 | Snowmass Sports 0000(970)923-3567 | 28.70 | |
| 12/30/2009 | SNOWMASS SKI AREA SNSNOWMASS VILLAGE | 809.00 | |
| 12/29/2009 | CARLS PHARMACY     ASPEN | 109.49 | |
| 12/29/2009 | KENICHI OF ASPEN 300ASPEN | 1,050.22 | |
| 12/29/2009 | Progressive Car Insurance | 740.75 | |
| 12/29/2009 | New Dimension's Returned Check | 5,809.61 | |
| 12/5/2009 | St Regis Hotel Aspen (Christi said it would be refunded, but was not) | 1,815.00 | |
| 2/4/2010 | C Rowan's Returned Check | 750.00 | |
| 2/15/2010. | 2 week Loan | 10,000.00 | |
| | Total | 26,524.46 | |

GUSTAFSON 340

R/D

Professional Sprinkler
S
366.⁰¹

Nitro Green  924.⁹⁰

Randys
Sanitation.   9.23

S. Renke LLC  3500.⁰⁰
              9300.⁰⁰

7.5%   625.⁵⁴ —

Springhill  32.00

Waytasa
CC      1437.³²

CP. Serves  6500.⁰⁰ ?

655 - 368.⁷⁴

Mpls-Club  402.²⁵

Mty:

4k          500.⁰⁰

40L        239.⁴⁰

B/5        136.⁰⁰

GUSTAFSON 341

| | |
|---|---|
| **From:** | <smeshbesh@aol.com> |
| **To:** | <MBurton@losgs.com> |
| **Date:** | 6/7/2010 2:33 PM |
| **Subject:** | Re: Gustafson |
| **Attachments:** | Privilege Log.docx; Privilege Log2.docx |

Mr. Burton,

The privilege logs are attached.

-Kevin Gregorius

Meshbesher & Associates, PA
225 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 332-2000
(612) 332-2077 (fax)

-----Original Message-----
From: Matthew Burton <MBurton@losgs.com>
To: smeshbesh@aol.com
Sent: Mon, Jun 7, 2010 7:18 am
Subject: Re: Gustafson

We would like a privilege log. Particularly with respect to Batch 2, you should provide more detail. If Hecker is a party to any of the Batch 2 items, he is already under court order to produce those.

>>> <smeshbesh@aol.com> 6/4/2010 2:13 PM >>>

Mr. Burton,

The documents withheld and sent in pdf format yesterday to Judge Kressel for an in camera review are as follows:

Batch #1: Approximately 40 pages of e-mail communications, primarily between Mr. Hecker and his former attorney, William Skolnick -- which communications were forwarded to and/or carbon-copied to Mr. Gustafson.

Batch #2: Approximately 12 pages of e-mail communications between Mr. Gustafson, Mr. Hecker, and multiple other individuals.

Meshbesher & Associates, PA
225 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 332-2000
(612) 332-2077 (fax)

-----Original Message-----
From: Matthew Burton <MBurton@losgs.com>
To: smeshbesh@aol.com
Sent: Fri, Jun 4, 2010 9:13 am
Subject: Gustafson



Can you provide a privilege log or some other summary as to what has been withheld from the Gustafson production?

Matthew R. Burton
Leonard, O'Brien, Spencer, Gale & Sayre, Ltd.
100 S. 5th St., Ste. 2500
Minneapolis, MN  55402

(612) 332-1030 (work)
(612) 455-3929 (fax)

# Privilege Log – Batch #1

1) E-mails dated 1/21/10 between John Tracy, John Bowker, Stuart Rozen, Bill Skolnick, Amy Joyce, and Dennis Hecker (forwarded to Gustafson) – 3 pages

2) E-mails dated 12/14/09 and 1/1/10 between, Gustafson, Hecker and Skolnick – 2 pages

3) E-mail dated 11/11/09 between Hecker and Robert Abraham, forwarded to Skolnick, Gustafson, Tom Schwartz, Greg Orthun, Will Plummer, and two others, – 3 pages

4) E-mails dated 10/01/09 between Cynthia Moyer, Hecker, Skolnick and Gustafson – 1 page

5) E-mails dated 9/09/09 and 9/10/09 between Kevin LaCasee and Hecker, copied to Marsh Halberg and Gustafson – 1 page

6) E-mail dated 2/15/10 from Michael Lubic to Skolnick, forwarded to Hecker on 2/16/10; e-mail dated 2/16/10 from Hecker to Gustafson – 2 pages

7) E-mails dated 2/16/10 between Halberg, "Tim", Hecker, and William Mauzy, copied to Gustafson – 2 pages

8) E-mail dated 2/10/10 from Jeff Wold to Gustafson, forwarded to Hecker and Skolnick; e-mail dated 2/11/10 from Hecker to Gustafson – 2 pages

9) E-mail dated 11/18/09 from Hecker to Gustafson, Schwartz, Danny Storm, and Greg Orthun, copied to Skolnick – 1 page

10) E-mail dated 11/18/09 from Hecker to Skolnick, forwarded to Gustafson – 1 page

11) E-mail dated 11/18/09 from Hecker to Skolnick, Mauzy and Halberg, forwarded to Gustafson – 1 page

12) E-mails dated 11/15/09 between Skolnick, Halberg, Andrew Bardwell, and Hecker, forwarded to Will Plummer, Gustafson, LuAnn Petricka and "Eric" – 2 pages

13) E-mail dated 11/10/09 from Petricka to Hecker, copied to Sknolnick and Debbie Larson, forwarded to Gustafon, Orthun, Tom Kieffer, and Schwartz – 1 page

14) E-mails dated 3/05/09, 3/09/09, and 3/16/09 between Halberg, Hecker, Mauzy, Skolnick and Gustafson – 2 pages

15) E-mails dated 3/03/10 between Hecker, Halberg, and Skolnick, forwarded to Gustafson – 1 page

16) E-mails dated 2/16/10 between Gustafson, Skolnick, and Hecker – 1 page

17) E-mails 2/15/010 between Halberg, "Tim", Hecker, Mauzy and Gustafson – 3 pages

18) E-mails dated 2/10/10 between Mark Albert, Hecker and Halberg, forwarded to Gustafson – 2 pages

19) E-mails dated 1/08/10 between Halberg, Nicole Engisch, Mauzy, and Hecker, forwarded to Gustafson – 2 pages

20) E-mails dated 12/16/09 between Engisch, Halberg, Mauzy, Skolnick and Hecker, forwarded to Gustafson – 1 page

21) E-mails dated 10/30/09 between Halberg, Skolnick, Mauzy, Hecker and Gustafson – 1 page

22) E-mails dated 10/06/09 between Clinton Cutler, Hecker, and Gustafson – 1 page

23) E-mail dated 11/24/09 between Kieffer, Hecker, Halberg, Cutler, Gustafson, Bruce Parker and one other individual (rlatour@paylessmsp.com) – 1 page

24) E-mails dated 8/25/09 and 8/27/09 between Halberg, Hecker, Cutler, Gustafson – 1 page

25) E-mail dated 8/07/09 between Skolnick and Hecker, forwarded to Gustafson – 1 page

**Privilege Log – Batch #2**

1) E-mails dated 10/29/09 between Adam Pettit, Dan Aldridge, James Gustafson, and Dennis Hecker – 1 page

2) E-mails dated 3/08/10 between Hecker and Gustafson – 2 pages

3) E-mails dated 1/19/10 between Hecker and Gustafson – 2 pages

4) E-mails dated 10/30/10 between Hecker and Gustafson – 2 pages

5) E-mails dated 11/11/09 between Sam Frobe, Hecker, and Gustafson – 3 pages

6) E-mails dated 8/21/09 and 11/08/09 between David Berg, Greg Christianson, Darrel Mackedanz, Mike McShane, Erik Dove, Hecker and Gustafson – 2 pages

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                    BKY No. 09-50779

Dennis E. Hecker,                                               Chapter 7

              Debtor.

_____

**UNSWORN CERTIFICATE OF SERVICE**

_____

I hereby certify that on June 8, 2010, I caused the following documents:

   ***Trustee's Report Regarding Production of James Gustafson***

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be
delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice
pursuant to Local Rule 9006-1(a).


                                              /e/  Stephanie Wood
Dated:  June 8, 2010                  _____
                                              Stephanie Wood
                                              100 South Fifth Street, Suite 2500
                                              Minneapolis, MN  55402
                                              (612) 332-1030

423242