MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,   **NOTICE OF SETTLEMENT**

        Debtor.

------------------------------------------------

To: The United States Trustee, all creditors and other parties in interest.

On July 23, 2010 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows: Prior to filing bankruptcy, the debtor had purchased a 2001 Mercury Water Mouse #USA01303I001 and 15el Mercury Motor (Minnesota Lic# MN 6337 HV) ("Mouse Boat").  The debtor has indicated that he transferred the Mouse Boat to one of his children.  The trustee asserted that it was property of the bankruptcy estate.  The trustee and Tamitha Hecker, the mother of the minor child, have agreed that the ownership issue as to the Mouse Boat will be settled by the trustee selling the Mouse Boat and paying to Tamitha Hecker 50% of the net proceeds received upon the sale.  The Trustee believes the settlement to be reasonable and in the best interests of the estate.

**OBJECTION: MOTION: HEARING.**  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: June 26, 2010

/e/ Randall L. Seaver
Randall L. Seaver, Trustee
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337
(952) 890-0888