# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                      BKY No. 09-50779
                                                            Chapter 7
Dennis E. Hecker,

       Debtor.

## NOTICE OF HEARING AND MOTION AUTHORIZING
## ORDER FOR RULE 2004 EXAMINATION

TO: ENTITIES SPECIFIED IN LOCAL RULE 9013-3

    1. Randall L. Seaver, the Chapter 7 Trustee of the above-captioned bankruptcy estate ("**Trustee**"), applies to the court for authorization to conduct a Bankruptcy Rule 2004 examination. The examination for which authorization is sought is of Chip Isaacson.

    2. The Court will hold a hearing on this motion at 2:00 p.m. on August 18, 2010, in Courtroom 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415.

    3. Any response to this motion must be filed and delivered no later than August 13, 2010 which is five (5) days before the time set for the hearing (including Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

    4. This case was commenced by the filing of a voluntary petition under Chapter 7 on June 4, 2009. The case is currently pending in this Court. This court has jurisdiction over this application pursuant to 28 U.S.C. §157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This proceeding is a core proceeding. This Application arises under Bankruptcy Rule 2004. This Application is filed under Local Rule 2004-1(a).

5. The entity for which Rule 2004 examination authority is sought is as follows:

(a) Chip Isaacson – Mr. Isaacson is the owner of Ike's Restaurant in Minneapolis. Debtor lent substantial sums of money to Mr. Isaacson prior to the commencement of this case.

6. The Trustee needs to obtain information from Chip Isaacson so that he can determine the assets of this bankruptcy estate and administer the estate.

WHEREFORE, the Trustee requests that the court enter an order approving the Trustee's examination, pursuant to Bankruptcy Rule 2004, of Chip Isaacson.

**LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.**

Dated: July 22, 2010

By: /e/ Matthew R. Burton
_____
Matthew R. Burton
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

Attorneys for Randall L. Seaver, Trustee

# VERIFICATION

     I, Randall L. Seaver, Trustee for the Bankruptcy Estate of Dennis E. Hecker named in the foregoing Notice of Hearing and Motion declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

                                                                /e/ Randall L. Seaver

Executed on July 22, 2010                                  _____
                                                           Randall L. Seaver, Trustee

425259

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:

Dennis E. Hecker,

      Debtor.

_____

BKY No. 09-50779

Chapter 7

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2010, I caused the following documents:

> *Notice of Hearing and Motion Authorizing Order for Rule 2004 Examinations and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

| | |
|---|---|
| Chip Isaacson<br>4207 Quaker Trail<br>Prior Lake, MN  55372 | Michael B. Lubic<br>Sonnenschein Nath & Rosenthal LLP<br>10100 Santa Monica Blvd 7th Floor<br>Los Angeles, CA 90067 |
| Dennis E. Hecker<br>1615 Northridge Drive<br>Medina, MN 55391 | Michael W. Malter<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |

Dated:  July 22, 2010

      /e/  Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
(612) 332-1030

425272

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779
 Chapter 7
Dennis E. Hecker,

    Debtor.

## ORDER FOR RULE 2004 EXAMINATIONS

This case is before the court on the motion of Randall L. Seaver, the trustee seeking authorization to conduct the examination of Chip Isaacson pursuant to Bankruptcy Rule 2004(a) and Local Rule 2004-1(a).

It is ordered: the trustee's application for authorization to conduct a 2004 examination of Chip Isaacson is granted.

_____

                                          _____

425258