UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                              BKY No. 09-50779

Dennis E. Hecker,                                                                        Chapter 7 Bankruptcy

                Debtor.

_____

**NOTICE OF CONTINUED HEARING**

PLEASE TAKE NOTICE that the hearing on the Trustee's Motion for Turnover of Records, set for August 18, 2010 at 2:00 p.m. has been continued to August 25, 2010 at 2:30 p.m. before the Honorable Robert J. Kressel in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

                                    **LEONARD, O'BRIEN
                                    SPENCER, GALE & SAYRE, LTD.**

                                      /e/ Matthew R. Burton

Dated: July 30, 2010                By_____
                                      Matthew R. Burton, #210018
                                      Attorneys for Randall L. Seaver, Trustee
                                      100 South Fifth Street, Suite 2500
                                      Minneapolis, Minnesota 55402-1234
                                      (612) 332-1030

425635

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:

Dennis E. Hecker,

      Debtor.

_____

BKY No. 09-50779

Chapter 7

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2010, I caused the following documents:

*Notice of Continued Hearing*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

Dennis E. Hecker
1615 Northridge Drive
Medina, MN 55391

Michael B. Lubic
Sonnenschein Nath & Rosenthal LLP
10100 Santa Monica Blvd 7th Floor
Los Angeles, CA 90067

Michael W. Malter
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

Dated: July 30, 2010

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

425480