# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                                        BKY No. 09-50779

                                                                                                                                     Chapter 7

Dennis E. Hecker,

         Debtor.

_____

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF
### TIMBERS REAL ESTATE COMPANY AND AMY FELDMAN

_____

1.       Applicant is the Trustee in this case.

2.       Applicant believes that the employment of a real estate agent is necessary to represent or assist the Trustee in carrying out the Trustee's duties as follows: To list for sale Timbers Club Social Interest S06, consisting of a social interest with parking space #95 and ski locker #98

3.       Amy Feldman and Timbers Real Estate Company are qualified by reason of practice and experience to render such representation or assistance.

4.       Proposed compensation and reimbursement of expense is as follows: The agent will receive 6% commission.

5.       Said professional has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None.

6.       The Trustee has made the following efforts to recover the asset prior to submitting this Application: N/A.

Wherefore, applicant requests that the Court approve such employment by the Trustee.


Dated: August 18, 2010                                      /e/ Randall L. Seaver
                                                                                         Randall L. Seaver

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779
Chapter 7

Dennis E. Hecker,

      Debtor.

---

### VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

---

I, Amy Feldman, named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I am an agent with Timbers Real Estate Company. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

2. I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following: None.

TIMBERS REAL ESTATE COMPANY

Dated: August 4, 2010  By: *Amy Feldman*
                                             Amy Feldman

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779
 Chapter 7
Dennis E. Hecker,

    Debtor.

---

### Order
---

The trustee's application to approve his employment of Amy Feldman and Timbers Real Estate Company as a real estate agent came before the court. Based on the application, the recommendation of the United States Trustee and 11 United States Code §327,

    IT IS ORDERED: The employment is approved.

Dated:

                                                             _____
                                                             Robert J. Kressel
                                                              United States Bankruptcy Judge