# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,  **NOTICE OF SETTLEMENT**

        Debtor.

---------------------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On <u>September 28</u>, 2010, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the Debtors named above will settle a controversy as follows: Randall L. Seaver is the duly appointed Chapter 7 Trustee in the above case, which was commenced by the filing of a voluntary Chapter 7 petition on June 4, 2009. Marvin Rambow has indicated that Dennis Hecker transferred possession of a 2003 Harley Davidson motorcycle("Harley Davidson"), VIN # 1HD1HA24X3K842893, to Marvin Rambow. Mr. Rambow believes that this transfer of possession occurred in 2003. Title to the Harley Davidson was never transferred to Rambow and the Harley Davidson title is in the name of Northstate Financial. At the time of transfer Rambow paid no consideration for the Harley Davidson. It is believed the Debtor initially paid approximately $16,700.00 for the Harley Davidson. Rambow has expended funds modifying the Harley Davidson. The Trustee has indicated to Rambow that he believes the Harley Davidson to be property of the Estate. The Trustee has in his possession in Colorado a 2001 Floe International trailer("Trailer"), VIN# 4L4T310142H000606, titled in the name of Marvin Rambow. The parties hereto agree to settle all issues relating to the Harley Davidson and Trailer upon the following terms: (1) Subject to the approval of the bankruptcy court, the Trustee agrees to sell the Estate's interest in the Harley Davidson to Marvin Rambow in exchange for (a) payment in the amount of $7,000.00, and (b) the transfer by Rambow of the 2001 Floe International trailer to the Trustee; and (2) payment will be made as follows: (i)within 10 days of the signing of this Agreement Rambow shall transfer to the Trustee payment in the amount of $3,500, and signed title to the 2001 Floe International trailer; and (ii) Rambow will transfer the $3,500 balance to the Trustee upon the Trustee's delivery of transferable title of the Harley Davidson; and (3) in the event that this Agreement is not approved by the Bankruptcy Court or the Trustee is unable to transfer the Harley Davidson title to Rambow, the Trustee will immediately return to Rambow monies in the amount of $7,000.00 and the 2001 Floe International Trailer. The Trustee believes the above settlement is in the best interest of the estate.

**<u>OBJECTION: MOTION: HEARING.</u>**  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by

the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Office of the Clerk<br>U.S. Bankruptcy Court<br>301 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Office of the U.S. Trustee<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Trustee (see address below) |

Dated: _August 26_, 2010                    ___/e/ Randall L. Seaver_____
                                            Randall L. Seaver, Trustee
                                            12400 Portland Avenue South, Suite 132
                                            Burnsville, MN 55337
                                            (952) 890-0888