# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

BKY No. 09-50779

In re:

Dennis E. Hecker,                                              **NOTICE OF SALE**

        Debtor.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

To:    The United States Trustee, all creditors and other parties in interest.

On September 30, 2010, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows: there were items of personal property in a storage area owned by a Hecker business entity, which was foreclosed. The trustee agreed to sell the following items in the storage area: (1) washer/dryer; (2) microwave oven; (3) 2 tv's; (4) stereo; (5) computer/printer; and (6) cabinet in laundry room/towels to Chip Lohmiller for the sum of $1,200 which includes Mr. Lohmiller picking those items up and removing them from the property. The trustee believes the sale terms to be reasonable and in the best interest of the estate.

**OBJECTION: MOTION: HEARING.**  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | below) |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802db | | |

Dated: August 31, 2010                    /e/ Randall L. Seaver
                                      Randall L. Seaver, Trustee
                                      12400 Portland Avenue South, Suite 132
                                      Burnsville, MN 55337
                                      (952) 890-0888