# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:                                                                                     BKY No.: 09-50779

Dennis E. Hecker,                                                  Chapter 7

                     Debtor.
_____

## ORDER
_____

This case is before the court on the motion of Randall L. Seaver, trustee seeking approval of a settlement agreement with Cornerstone Bank, Cornerstone Holding Company, Inc. and Blackstone Financial, LLC.

Based on the motion and the file,

IT IS ORDERED:

The settlement agreement is approved.

Dated: September 8, 2010

                                                                   /e/ Robert J. Kressel
                                                                   Robert J. Kressel
                                                                   United States Bankruptcy Judge

423260

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/08/2010*
Lori Vosejpka, Clerk, by LMH