UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                          BKY No. 09-50779

Dennis E. Hecker,                                                                   Chapter 7 Bankruptcy

                Debtor.

_____

## WITHDRAWAL

    Randall L. Seaver, Trustee, by and through his undersigned counsel, hereby withdraws his Motion for an Order Authorizing Sale of Assets Free and Clear of Liens with respect to the dockets and boat lift systems located at 11700 Cross Avenue, Crosslake, Minnesota, set for September 29, 2010 at 2:30 p.m.

                                                  **LEONARD, O'BRIEN**
                                                  **SPENCER, GALE & SAYRE, LTD.**

                                                      /e/ Matthew R. Burton
Dated: September 14, 2010        By_____
                                               Matthew R. Burton, #210018
                                               Attorneys for Randall L. Seaver, Trustee
                                               100 South Fifth Street, Suite 2500
                                               Minneapolis, Minnesota 55402-1234
                                               (612) 332-1030

427674

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

In re: BKY No. 09-50779

Dennis E. Hecker, Chapter 7

      Debtor.
_____

**UNSWORN CERTIFICATE OF SERVICE**
_____

I hereby certify that on September 14, 2010, I caused the following documents:

    *Withdrawal*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).


Dated: September 14, 2010

      /e/ Stephanie Wood
      _____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

420767