UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Bky No. 09-50779

Dennis E. Hecker, Chapter 7

    Debtor.

**ORDER**

This case is before the court on the motion of Randall L. Seaver, the trustee, seeking approval of an addendum to a settlement agreement.

Based on the motion and the file,

**IT IS ORDERED**:

1. The trustee's request for expedited relief is granted.

2. The settlement agreement is approved.

Dated: September 16, 2010

/e/ Robert J. Kressel
United States Bankruptcy Judge

427498

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/16/2010
Lori Vosejpka, Clerk, by LMH