# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

Bky No. 09-50779

In re:

Dennis E. Hecker,   **NOTICE OF HEARING AND MOTION AUTHORIZING ORDER FOR RULE 2004 EXAMINATIONS**

       Debtor.

_____

TO: Feldmann Imports, Inc., 4901 American Blvd., Bloomington, MN; Maplewood Imports, 2780 North Hwy. 61, Maplewood, MN 55109; and Sears Imported Autos, Inc., 13500 Wayzata Blvd., Minnetonka, MN 55305.

    1.    Randall L. Seaver, the Chapter 7 Trustee of the above-captioned bankruptcy estate ("**Trustee**"), applies to the court for authorization to conduct Bankruptcy Rule 2004 examinations. The examinations for which authorization is sought are those of Feldmann Imports, Maplewood Imports, Inc. and Sears Imported Autos, Inc.

    2.    The Court will hold a hearing on this motion at 2:30 p.m. on October 20, 2010, in Courtroom 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415.

    3.    Any response to this motion must be filed and served by delivery not later than October 15, 2010 which is five days before the time set for the hearing (including Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

    4.    This case was commenced by the filing of a voluntary petition under Chapter 7 on June 4, 2009. The case is currently pending in this court. This court has jurisdiction over this application pursuant to 28 U.S.C. §157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This proceeding is a core proceeding. This Application arises under Bankruptcy Rule 2004. This Application is filed under Local Rule 2004-1(a).

5. The trustee has received information indicating that Christi Rowan, with the assistance of Dennis E. Hecker, is attempting to purchase or lease a new Mercedes Benz vehicle. Copies of loan applications or other documents or correspondence between any metropolitan Mercedes Benz dealers from Christi Rowan or Dennis E. Hecker may provide information as to assets of this estate, including collection on the estate's judgment against Rowan which is in excess of $400,000.00. There are only three authorized Mercedes Benz dealers in the Twin Cities. Those dealers are Feldmann Imports, Inc., Maplewood Imports and Sears Imported Autos, Inc. The trustee seeks Rule 2004 for Feldmann Imports, Inc., Maplewood Imports and Sears Imported Autos, Inc.

6. The trustee needs to obtain information from above entities so that he can determine the assets of this bankruptcy estate and administer the estate.

WHEREFORE, the trustee requests that the court enter an order approving the trustee's examinations, pursuant to Bankruptcy Rule 2004, of Feldmann Imports, Inc., Maplewood Imports, and Sears Imported Autos, Inc.

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

Dated: October 1, 2010

By: /e/ Matthew R. Burton
Matthew R. Burton, #210018
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
Telephone: (612) 332-1030
Facsimile: (612) 332-2740

ATTORNEYS FOR RANDALL L. SEAVER, TRUSTEE

## **VERIFICATION**

      I, Randall L. Seaver, the Chapter 7 Trustee in the above-captioned matter state under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

                                              /e/ Randall L. Seaver

Executed on October 1, 2010                          _____

                                                Randall L. Seaver, Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:

Dennis E. Hecker,

      Debtor.

_____

BKY No. 09-50779

Chapter 7

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2010, I caused the following documents:

> *Notice of Hearing and Motion Authorizing Order for Rule 2004 Examinations and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

| | |
|---|---|
| Dennis E. Hecker<br>1615 Northridge Drive<br>Medina, MN 55391 | Sears Imported Autos, Inc.<br>Attn: Officer/Managing Agent<br>13500 Wayzata Blvd.<br>Minnetonka, MN 55305 |
| Feldmann Imports, Inc.<br>Attn: Officer/Managing Agent<br>4901 American Blvd.<br>Bloomington, MN 55437 | Michael B. Lubic<br>Sonnenschein Nath & Rosenthal LLP<br>10100 Santa Monica Blvd 7th Floor<br>Los Angeles, CA 90067 |
| Maplewood Imports<br>Attn: Officer/Managing Agent<br>2780 North Hwy. 61<br>Maplewood, MN 55109 | Michael W. Malter<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |

Dated: October 1, 2010

        /e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                        BKY No. 09-50779

Dennis E. Hecker,                             Chapter 7

        Debtor.

## ORDER FOR RULE 2004 EXAMINATIONS

This case is before the court on the motion of Randall L. Seaver, the trustee seeking authorization to conduct the examinations of Feldmann Imports, Inc., Maplewood Imports and Sears Imported Autos, Inc. pursuant to Bankruptcy Rule 2004(a) and Local Rule 2004-1(a).

It is ordered:

1.     The trustee's application for authorization to conduct 2004 examinations of Feldmann Imports, Inc., Maplewood Imports and Sears Imported Autos, Inc. is granted.

_____

                                             _____
                                              United States Bankruptcy Court Judge