# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:                                                              BKY No. 09-50779

Dennis E. Hecker,
                                                      **NOTICE OF HEARING AND MOTION
                                                      FOR TURN OVER OF PROPERTY**

        Debtor.

_____

TO:    Officer/Managing Agent, Western Union Financial Services, 12500 E. Belford Avenue, M21A2, Engelwood, CO 80112.

    1.    Randall L. Seaver, the Chapter 7 trustee herein, moves the court for the relief request below and gives notice of hearing herewith.

    2.    The Court will hold a hearing on this motion at 2:30 p.m. on October 20, 2010, in Courtroom 7 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415.

    3.    Any response to this motion must be filed and served by delivery not later than October 15, 2010 which is five days before the time set for the hearing (including Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

    4.    This Court has jurisdiction over this motion under 28 U.S.C. §157 and §1334 and Bankruptcy Rule 5005. This motion is filed under Local Rule 9013-2, this proceeding arises under 11 U.S.C. §542 and Local Rule 6072-1.

    5.    The petition commencing this Chapter 7 case was filed on June 4, 2009. The case is now pending in this court.

    6.    The debtor purchased many money orders from Western Union Financial Services, Inc. ("**Western Union**") using estate funds converted by the debtor through the cashing of checks from Prudential Life Insurance Company. Western Union would have information regarding who cashed those money orders.

7. The trustee seeks turn over of copies of all Western Union money orders purchased by Dennis E. Hecker through "Your Exchange" or otherwise, from January 1, 2010 to date. It is believed that the money orders purchased from "Your Exchange" are included in the following sequence numbers: 14-066769067-96 and 14-066769120-75. It appears that these sequence numbers will encompass all money orders known to the trustee and may include some money orders issued to others. Accordingly, the trustee seeks an order compelling Western Union to turn over to the trustee copies of the front and back for Western Union money orders issued at "Your Exchange" to Dennis Hecker in Minnesota including those bearing the above-referenced numbers.

8. Christi M. Rowan may have obtained money orders for the Debtor.

WHEREFORE, the trustee requests an order of the court compelling Western Union to turn over to the trustee copies of the front and back of all Western Union money orders issued to Dennis Hecker or Christi M. Rowan at "Your Exchange" in Minnesota including money orders bearing the following sequence numbers: 14-066769067-96 and 14-066769120-75.

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

Dated: October 1, 2010

By: /e/ Matthew R. Burton
Matthew R. Burton, #210018
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
Telephone: (612) 332-1030
Facsimile: (612) 332-2740

ATTORNEYS FOR RANDALL L. SEAVER, TRUSTEE

## VERIFICATION

      I, Randall L. Seaver, trustee for the Bankruptcy Estate of Dennis E. Hecker, named in the foregoing notice of hearing and motion for turnover of property declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

                                                  /e/ Randall L. Seaver

Executed on October 1, 2010                          _____
                                                        Randall L. Seaver, Trustee

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:

Dennis E. Hecker,

      Debtor.

_____

BKY No. 09-50779

Chapter 7

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2010, I caused the following documents:

*Notice of Hearing and Motion for Turn Over of Property and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

| | |
|---|---|
| Dennis E. Hecker<br>1615 Northridge Drive<br>Medina, MN 55391 | Michael B. Lubic<br>Sonnenschein Nath & Rosenthal LLP<br>10100 Santa Monica Blvd 7th Floor<br>Los Angeles, CA 90067 |
| Western Union Financial Services<br>Attn: Officer/Managing Agent<br>12500 E. Belford Avenue, M21A2<br>Engelwood, CO 80112 | Michael W. Malter<br>Binder & Malter LLP<br>2775 Park Avenue<br>Santa Clara, CA 95050 |

Dated: October 1, 2010

        /e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

BKY No. 09-50779

In re:

Dennis E. Hecker,

    Debtor.

**ORDER**

This case before the court on the motion of Randall L. Seaver, trustee, for turn over of property of the estate.

Upon the motion and the files,

It is ordered that:

1. Within 7 days from the entry of this order, Western Union Financial Services, Inc., shall turn over to the trustee copies of the front and back of all Western Union Financial Services, Inc., money orders issued at "Your Exchange" in Minnesota to Dennis E. Hecker, or Christi M. Rowan, including all money orders bearing the following sequence numbers: 14-066769067-96 and 14-066769120-75.

Dated:

                                               United States Bankruptcy Court Judge