# LEONARD, O'BRIEN
# SPENCER, GALE & SAYRE

Thomas W. Newcome**
Brian F. Leonard+
Eldon J. Spencer, Jr.+
Michael R. O'Brien‡
Edward W. Gale†
Grover C. Sayre, III+◇
Thomas W. Newcome III*
Michelle McQuarrie Colton
Joseph J. Deuhs, Jr.
Thomas C. Atmore +
Ernest F. Peake
Matthew R. Burton◇
James M. Jorissen+
Peter J. Sajevic, III▫
Jennifer K. Eggers+§

Attorneys at Law
A Professional Association

100 South Fifth Street
Suite 2500
Minneapolis, Minnesota 55402-1234
Telephone (612) 332-1030
Fax (612) 332-2740

Internet:  www.losgs.com

Andrea M. Hauser✶
Scott S. Payzant∞
Jordan W. Sayre
Patrick J. Lindmark
Andrew J. Budish

Of Counsel
   George B. Ingebrand, Jr.

▫  Also admitted in Arizona
∞  Also admitted in California
✶  Also admitted in Illinois
◇  Also admitted in Iowa
§  Also admitted in Montana
+  Also admitted in Wisconsin
†  Board Certified Civil Trial Specialist
      *(Minnesota State Bar Association and
      National Board of Trial Advocacy)*
*  Certified Real Property Law Specialist
      *(Minnesota State Bar Association)*
‡  Qualified Neutral (Rule 114)
** Retired Status

November 4, 2010

The Honorable Robert J. Kressel
U.S. Bankruptcy Court
300 South Fourth Street
Minneapolis, MN 55415

**_VIA ELECTRONIC FILING_**

Re:   Dennis E. Hecker
      BKY No. 09-50779

Dear Judge Kressel:

This firm has been retained by the Chapter 7 Trustee, Randall L. Seaver, in the above referenced matter.

The purpose of this letter is request authority to file an interim fee application as it will certainly take some time for the estate to be fully-administered and we have dedicated substantial resources to the matter.

Thank you for your consideration.

Very truly yours,

LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.

By       /e/  Matthew R. Burton

         Matthew R. Burton
         Email:  mburton@losgs.com

MRB/slw
430131