UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

        Debtor.                                      BKY 09-50779
-----------------------------------
Randall L. Seaver, Trustee,                  ADV 09-5042

        Plaintiff,

v.                                                   <u>JUDGMENT</u>

Jacob Holdings of Ventanas LLC,
Jacob Properties of Minnesota LLC,
Wells Fargo Bank, Cornerstone Bank,
and Chrysler Financial Services
Americas, LLC,

        Defendant.

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged:

1. The debtor and Ventanas are alter egos and the corporate fiction of Ventanas is disregarded and the assets of Ventanas are property of the estate including the real estate known as Unit 3103, Sur del Area Privativa Fase III del Paraiso, KM 19.5 Transp, San Jose del Cabo, Baja California Sur, 23400, a condominium on the Sea of Cortez at the Las Ventanas Al Paraiso Resort.

2. All other claims, counterclaims, and crossclaims are dismissed.

Dated: November 4, 2010                          Lori A. Vosejpka
At:     Duluth, Minnesota                         Clerk of Bankruptcy Court

                                                                   /e/ Lynn M. Hennen
                                               By: _____
                                                    Lynn M. Hennen
                                                    Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/04/2010*
Lori Vosejpka, Clerk, by LMH