LAW OFFICE

# FULLER, SEAVER & RAMETTE, P.A.
A PROFESSIONAL ASSOCIATION

Timothy D. Fuller
Randall L. Seaver
James E. Ramette
Matthew D. Swanson

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone (952) 890-0888
Facsimile (952) 890-0244

November 4, 2010

The Honorable Robert J. Kressel
Judge of U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE: Dennis E. Hecker
BKY No. 09-50779

Dear Judge Kressel:

My law firm, Fuller, Seaver & Ramette, P.A., has provided legal services to the trustee. I am writing to request authorization to schedule a hearing on an application for interim compensation. It appears that this case will remain open for a lengthy time, and my firm is owed substantial attorney's fees and expenses. Thank you for your consideration.

Very truly yours,

FULLER, SEAVER & RAMETTE, P.A.

Randall L. Seaver
rlseaver@fullerseaverramette.com

RLS:klf

C:\Data\randy\Seaver\Hecker\1013225\ltr to Kressel re request for app.wpd