UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

In re:  BKY No. 09-50779

Dennis E. Hecker,  Chapter 7

          Debtor.
_____

**NOTICE OF HEARING AND MOTION FOR AN ORDER
AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS**
_____

To:    Parties specified in Local Rule 9013-3.

    1.    Randall L. Seaver, the duly-appointed Chapter 7 Trustee in the above-referenced bankruptcy case ("**Trustee**"), moves the Court for the relief requested below and gives notice of hearing.

    2.    The Court will hold a hearing on this motion at 2:00 p.m. on December 1, 2010 Courtroom No. 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415 or as soon thereafter as counsel can be heard.

    3.    Any response to this motion must be filed and delivered no later than November 26, 2010 which is five (5) days before the time set for the hearing (including Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

    4.    This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334, Rule 5005 of the Federal Rules of Bankruptcy Procedure, and Local Rules 1070-1 and 1073-1. This is a core proceeding. This case was commenced as a voluntary Chapter 7 proceeding on June 4, 2009. The case is now pending before this Court.

    5.    This Motion arises under 11 U.S.C. §363(b) and (f) and Bankruptcy Rule 6004.

6. The Trustee possesses the following property which he desires to sell by way of auction, to be held on December 11, 2010 (everything except watches) and December 16, 2010 (watches and glass art work) at the Fred Radde Auctionhouse, 5545 Country Road 33, New Germany, MN:

Items on Exhibits A and B hereto (watches and artwork)

| | |
|---|---|
| 8 firearms including one handgun – further described at Exhibit C hereto | (2) Dinli ATV's |
| | (2) Polaris 50's ATV's |
| 2005 JD 585X 4x4 tractor | (3) Polaris 90's ATV's |
| 2005 J5, 52 in. broom | Yamaha 90 bike |
| 42 in. Panasonic flat screen TV | Yamaha 50 bike |
| Agri 23 HP leaf blower | Vespa 200L |
| 2001 EZ Go golf cart, 38 hr. | 1988 Mercedes Benz - Model 107 560 SL |
| Dinli 50cc child's ATV Model 502 | VIN # WDBBA4809JA088304 |
| Polaris 50 Predator child's ATV | Pair of boxing gloves in case |
| HP color LaserJet 2840 printer | Wind screen for Bentley car |
| Segway X2 | 2003 Toyota Pickup |
| Segway XT | 2 Wheel Drive |
| Arctic Cat 120 snowmobile | VIN # 51BJN32153S385241 |
| Child's Scoot Coupe | 184,627 miles |
| Titan 4x6 trailer | 2007 Polaris 800 EFI Ranger RZR EPI |
| Triton 4x6 trailer | Canvas Top |
| Child's Hummer | VIN # 4XAVH7681D326019 |
| (5) Scooters | 163 miles |
| (3) Child's choppers | Items on Exhibit C hereto |

7. The auction will be conducted by Fred W. Radde & Sons, Inc. of New Germany, Minnesota.

8. The auction sale will be free and clear of the interests of any parties.

9. The Trustee does not believe that any party holds a perfected non-avoidable security interest in the Property, except, perhaps, the IRS.

10. Pursuant to Local Rule 9013-2(c), the Trustee gives notice that he may, if necessary, testify at the hearing regarding the proposed sale.

**WHEREFORE**, the Trustee moves the Court for an order authorizing the Trustee to cause the property described herein to be sold at auction with the sale being free and clear of interests in such property pursuant to 11 U.S.C. §363(b) and (f) with such interests, if any, attaching to the proceeds of sale with the same priority, dignity and effect as such interests existed pre-petition and granting such other relief as the Court may deem just and equitable.

**LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.**

Dated: November 9, 2010

By /e/ Matthew R. Burton
_____
Matthew R. Burton, #210018
Attorneys for Randall L. Seaver, Trustee
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
(612) 332-1030

# VERIFICATION

     I, Randall L. Seaver, Trustee of the Bankruptcy Estate of Dennis E. Hecker, the moving party named in the foregoing Notice of Hearing and Motion for an Order Authorizing Sale of Assets Free and Clear of Liens, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

                                                                           /e/ Randall L. Seaver

Dated: November 9, 2010                                        _____
                                                                          Randall L. Seaver, Trustee

429834

# Exhibit A to Sale Notice - Watches

All watches on this Exhibit have been examined, and authenticated by Wixon Jewelers. Some of the Rolex watches have non-Rolex after market modifications as noted.

Item 37/Swiss Army - Stainless Steel Case
Item 38/Corum - Stainless Steel Case
Item 40/Swiss Army - Stainless Steel Case
Item 41/Radiomir Panerai - Stainless Steel Case
Item 42/Tiger Tudor Prince Date - Stainless Steel Case
Item 44/Locman - Titanium Case
Item 45/Luminor Panerai – Stainless Steel
Item 50/Kobold – Stainless Steel Case
Item 51/429 "Gianni Versace – Round Stainless Steel Case
Item 52/Chevrolet – Stainless Steel Case
Item 53/Kobold – Stainless Steel Case
Item 54/Versace – Stainless Steel Case
Item 55/Cartier – Stainless Steel Case
Item 56/Damiani – Stainless Steel Case
Item 57/Momo Design – Black Coated Cushion-Shaped Steel Case
Item 58/Officina Del Tempo – Stainless Steel Case
Item 59/European Company Watch – Stainless Steel Case
Item 60/Baume & Mercier – Stainless Steel Rectangular Case
Item 61/Grimoldi – Stainless Steel Case
Item 62/Panerai Luminor Marina – Stainless Steel Case
Item 64/Tommy Hilfiger – Stainless Steel Case
Item 65/Montblanc – Stainless Steel Case
Item 66/Montblanc GMT– Stainless Steel Case
Item 68/Tommy Bahama – Steel Case
Item 69/Tiger Tudor Prince Date – Stainless Steel Case
Item 70/Montblanc – Yellow Gold Plated Stainless Steel Case
Item 72/Nixon, the Agent – Stainless Steel Case
Item 73/Rolex Oyster Perpetual Day-Date – Platinum Case – Authenticated Rolex time piece with after market non-Rolex modifications
Item 74/Rolex Oyster Perpetual Cosmograph – 18K Yellow Gold Case
Item 75/Rolex Oyster Perpetual Date – 18K Yellow Gold Case with a Yellow Gold Crown
Item 76/Hublot on Case Back Big Bang – 18 Rose Gold Case
Item 77/Rolex Cellini – 18K Yellow Gold Case
Item 79/Rolex Oyster Perpetual Date - 18K Yellow Gold Case – Authenticated Rolex time piece with after market non-Rolex modifications

Item 80/Rolex Oysterquartz Day-Date – 18K Yellow Gold Case – diamonds and case back engraved "Dennis E. Hecker" – Authenticated Rolex time piece with after market non-Rolex modifications
Item 81/Rolex Oyster Perpetual Date and Yachtmaster – 18K Yellow Gold Case
Item 82/Rolex and Daytona Case – 18K Yellow Gold Case
Item 83/Rolex Oyster Perpetual Date and Yacht-Master – 18K Yellow Gold Case
Item 84/Rolex Oyster Perpetual – Stainless Steel Case
Item 85A/Technomarine – Stainless Steel Case

EXHIBIT B TO SALE NOTICE

WATCHES AND OTHER ITEMS RECEIVED FROM VARIOUS SOURCES

The watches on this Exhibit have not yet been examined by Wixon Jewelers. Only the watches on this Exhibit which are authenticated by Wixon Jewelers will be sold at auction.

1. Swiss Army Stainless Steel white face - (Hunter Drive)
2. Techomarine 3 dial silver face blue rubber band (this was turned over by Hecker)
3. Techomarine 3 dial silver face yellow rubber band (this was turned over by Hecker)
4. Two level watch storage box
5. "DEH" tie pin
6. "Eagle Club" Chrysler ring
7. Pearl Harbor/USS Arizona Memorial Medallion
8. Rolex Submarine Stainless/black face
9. Rolex Submarine Stainless/black face
10. Rolex YachtMaster II Platinum white dial
11. Panerai Luminor submersible blue face velcro
12. Girard Perregaut square/black face
13. Breil Milano black face/rubber
14. Hubolt 3 dial/brown face/leather
15. Hubolt 3 dial black face
16. Rolex Yacht Master white face gold
17. Rolex Yacht Master II white/blue/gold
18. Breitling, stainless steel, red face, pilot bracelet. Model #1A13356, serial #2193407
19. Breitling Superocean, stainless steel, blue face, blue rubber strap, Model #A17320, serial #1091808
20. Andemars Piguet, stainless steel, royal oak offshore chronograph, black face, black rubber strap. Model #F10000, serial number 4329.
21. Rolex watch, 18K yellow gold Yacht Master, white face. Model #16628, serial number N269042
22. Rolex watch, 18K yellow gold Daytona Chronograph, white face, leather strap. Model #116518, serial #P367637
23. Rolex Tudor Tiger, stainless steel, yellow dial, chronograph, yellow strap. Model #79260, serial #B981723.
24. Panerai Luminor, stainless steel, white dial, brown strap. Model #OP6520, serial #BB999079C0272/1500
25. Panerai Luminor Daylight, stainless steel, date/chronograph, black face, black strap. Model #OP6637, serial #PB529420H1367/1500.
26. Rolex 18K yellow gold, Yacht Master, Mother of Pearl ruby dial. Model #16628, serial #P787215.
27. 18K yellow gold diamond cuff links "Quad" Serial #'s 8053 1.31 and 8053 1.30.
28. Riviera Watch - Silver Color w/white face

29. Emporio Armani watch - black and silver in color w/black leather band
30. Lumnior Panerai watch - silver in color w/white face and black croc leather band
31. Hublot watch - black in color w/silver face and black rubber band
32. Hubolt watch - black in color w/silver and black rubber band
33. Swiss Army watch silver in color w/orange face and black rubber band
34. Luminor Marina Pouerai watch black in color w/ivory colored face and black leather band
35. Lacoste watch silver in color w/silver face and blue and white leather cloth band
36. Gucci watch w/red face
37. Bvlgari watch silver in color w/black face and black rubber band
38. Mercedes Benz watch black and silver in color w/tan canvas band
39. Rolex watch - black and silver in color w/black face and stainless steel band
40. Bvlgari watch silver in color w/black face and black rubber band
41. Rolex watch - red and blue in color w/black face and stainless steel band
42. Victorox Swiss Army watch black in color w/black face and black band
43. Rolex Safari
44. Chanel watch
45. Dichroic glass sculpture by James E. Nowak

430256

**EXHIBIT C TO SALE NOTICE**

**HECKER ESTATE FIREARMS**

Benelli Legacy Shotgun
Walther G22 Rifle
Bennelli Super Black Eagle II Shotgun
Benelli Legacy Shotgun
Remington 870 Shotgun
Beretta 20 gauge shotgun
Browning Gold Hunter 12 gauge
Handgun from Crosslake

430255

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

BKY No. 09-50779

In re:

Chapter 7

Dennis E. Hecker,

      Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2010, I caused the following documents:

*Notice of Hearing and Motion for an Order Authorizing Sale of Assets Free and Clear of Liens and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

SEE ATTACHED SERVICE LIST

Dated: November 9, 2010

/e/ Stephanie Wood

Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

430337

| | | |
|---|---|---|
| UNITED STATES RENT A CAR<br>4744 PARADISE ROAD<br>LAS VEGAS,, NV  89121 | ACE INSURANCE COMPANY<br>P.O. BOX 294836<br>CLEVELAND OH 44101 | ALDRIDGE, DAN<br>1600 KENWOOD PKWY.<br>MINNEAPOLIS MN 55405 |
| ALLEN EIDE<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 | AMERICAN BANK<br>1060 DAKOTA DRIVE<br>MENDOTA HEIGHTS MN 55120 | AMERICAN EXPRESS<br>P. O. BOX 0001<br>LOS ANGELES CA 90096 |
| AMERICAN NAT'L BANK OF MN<br>7638 WOIDA RD<br>BAXTER MN 56425 | ANCHOR BANK<br>1570 CONCORDIA AVE<br>SAINT PAUL MN 55104 | ANCHOR BANK<br>P.O. BOX 7933<br>MADISON WI 53707 |
| AV CARD/OASIS<br>164 LAKE FRONT DR<br>COCKEYSVILLE MD 21030 | AXIS CAPITAL, INC.<br>308 N LOCUST ST<br>PO BOX 2555<br>GRAND ISLAND NE 68802 | AXLE CAPITAL, LLC / SAGECREST<br>3 PICKWICK PLAZA<br>GREENWICH CT 06830 |
| AMERICAN BANK<br>1578 UNIVERSITY AVENUE W<br>SAINT PAUL, MN 55104 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | BARBARA LYNN CUTTER<br>7001 W. CHARLESTON BLVD.,<br>#1088<br>LAS VEGAS, NV 89117 |
| BAYPORT MARINA ASSOCIATION<br>200 5TH STREET<br>BAYPORT MN 55003 | BELISLE, WAYNE<br>1843 EAGLE RIDGE DR<br>SAINT PAUL MN 55118 | BELLAGIO<br>3600 LAS VEGAS BLVD<br>LAS VEGAS NV 89109 |
| BREICH, WALTER<br>13670 -- 122ND STREET<br>NORWOOD YOUNG AMERICA MN 55368 | BREMER BANK<br>633 SOUTH CONCORD STREET,<br>SUITE 350<br>SOUTH ST. PAUL MN 55075 | BRIGGS & MORGAN PA<br>2200 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS MN 55402 |
| C AND C BOAT WORKS<br>36448 CTY RD 66<br>CROSSLAKE MN 56442 | CA BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO CA 94279-7072 | CA DEPT OF MOTOR VEHICLES<br>PO BOX 942869<br>SACRAMENTO CA 94269-0001 |
| CARLTON FINANCIAL CORPORATION<br>1907 E. WAYZATA BLVD. SUITE 180<br>WAYZATA MN 55391 | CENTER POINT ENERGY<br>P.O. BOX 1144<br>MINNEAPOLIS MN 55440 | CESSNA AIRCRAFT COMPANY<br>P.O. BOX 12270<br>WICHITA KS 67277 |
| CHRYSLER FINANCIAL<br>CIMS 740-01-19<br>6400 S FIDDLERS GREEN CIR.,<br>STE. 700<br>ENGLEWOOD CO 80111-4979 | CITY OF ASPEN<br>130 S. GALENA ST.<br>ASPEN CO 81611 | CITY OF BAYPORT<br>294 N. 3RD STREET<br>BAYPORT MN 55003 |

| | | |
|---|---|---|
| CITY OF MEDINA<br>2052 CO RD 24<br>HAMEL MN 55340 | COMMUNITY NATIONAL BANK<br>845 EAST COUNTY ROAD E<br>VADNAIS HEIGHTS MN 55127 | D&H DOCKS<br>23624 SMILEY ROAD<br>NISSWA, MN 56468 |
| COOPERATIVE POWER<br>P.O. BOX 69<br>TWO HARBORS MN 55616 | CORNERSTONE BANK<br>2280 45TH STREET SOUTH<br>FARGO, ND 58104 | CROSSLAKE PROPERTY SOLUTIONS<br>P.O. BOX 810<br>CROSSLAKE MN 56442 |
| CROW WING COUNTY TREASURER<br>JUDICIAL CENTER<br>213 LAUREL ST<br>BRAINERD MN 56401 | DEERWOOD BANK<br>611 WASHINGTON STREET NE<br>BRAINERD MN 56401-3377 | DON GILBERT<br>1700 PHEASANT RUN<br>HUDSON WI 54016 |
| DONALD M HALSTEAD III<br>15626 SUNSET WAY<br>BRAINERD MN 56401 | ELIZABETH A JOHNSON<br>PO BOX 624<br>PINE RIVER MN 56474 | ENCORE BANK<br>3003 TAMIAMI TRAIL NORTH, #100<br>NAPLES FL 34103 |
| EXXONMOBILE OIL CORPORATION<br>ATTN JENNIFER FRASER<br>120 MCDONALD STREET SUITE B<br>SAINT JOHN NB CANADA E2J 1M5 | FAMILY HOLDINGS OF MN LLC<br>11614 ECHO BAY DRIVE<br>CROSSLAKE MN 56442 | FIFTH THIRD BANK<br>C/O RICHARD J. SWIFT, JR.<br>GARLICK STETLER & SKRIVIAN<br>9115 CORSEA DE FONTANA WAY, #100<br>NAPLES FL 34109 |
| GE CAPITAL<br>1415 WEST 22ND STREET, #600<br>OAKBROOK IL 60523 | GE CAPITAL, FLEET SERVICES<br>3 CAPITAL DRIVE<br>EDEN PRAIRIE MN 55344 | GELCO CORPORATION<br>THREE CAPITAL DRIVE<br>ATTN: GENERAL COUNSEL<br>EDEN PRAIRIE MN 55344 |
| GEMB LENDING INC<br>2995 RED HILL AVE STE 250<br>COSTA MESA CA 92626 | GEMB LENDING, INC.<br>P.O. BOX 57091<br>IRVINE CA 92619 | GMAC MORTGAGE<br>1100 VIRGINIA DRIVE<br>FORT WASHINGTON, PA 19034 |
| GMAC MORTGAGE<br>P.O. BOX 4622<br>WATERLOO IA 50704 | GMAC, LLC<br>15303 94TH AVENUE<br>ORLAND PARK IL 60462 | GWYN M DOENZ<br>10600 COUNTRY DRIVE<br>PINE CITY MN 55063 |
| HECKER, SANDRA<br>13755 - 84TH PL N<br>MAPLE GROVE MN 55369 | HENNEPIN COUNTY TREASURER<br>300 S SIXTH ST<br>A600 GOVERNMENT CNT<br>MINNEAPOLIS MN 55487 | HOLY CROSS ENERGY<br>3799 HWY 82<br>GLENWOOD SPRINGS CO 81602 |
| HOME FEDERAL SAVINGS BANK<br>1016 CIVIC CENTER DR NW<br>STE 300<br>ROCHESTER MN 55903 | HSBC BANK NEVADA NA<br>BASS & ASSOCIATES, PC<br>3936 E FT LOWELL RD, STE 200<br>TUCSON AZ 85712 | HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>MOUNTAIN VALLEY CA 92708 |

| | | |
|---|---|---|
| INTER BANK<br>P.O. BOX 986<br>NEWARK NJ 07184 | INTERBANK EDINA<br>3400 WEST 66TH STREET, SUITE 100<br>EDINA MN 55435 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>389 US COURTHOUSE 316 N ROBERT<br>ST. PAUL MN 55101 |
| IRS<br>DEPARTMENT OF TREASURY<br>OGDEN UT 84201 | JACOB HOLDINGS OF MEDINA, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 | JACOB PROPERTIES OF ASPEN, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 |
| JASON S. COLBAUGH<br>PO BOX 1220<br>BRAINERD MN 56401 | JAVAN CARL<br>13942 GRAND OAKS DR<br>BAXTER MN 56425 | JAVER ESQUIVEL<br>2807 W AVE 30<br>LOS ANGELES CA 90065 |
| JC BROMAC<br>11860 S. LA CIENEGA BLVD.<br>LOS ANGELES CA 90250 | JOHN J. SORCI TRUST<br>2300 EAST VALLEY COURT<br>SAN JOSE CA 95148 | JP MORGAN CHASE BANK, N.A.<br>726 MADISON AVENUE<br>NEW YORK NY 10021 |
| KAPLAN STRANGIS & KAPLAN PA<br>5500 WELLS FARGO CENTER<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402 | KELLY K. HECKER<br>13905 - 53RD AVE N. APT. 1<br>PLYMOUTH MN 55446 | KLEINBANK<br>14141 GLENDALE ROAD<br>SAVAGE MN 55378 |
| KSTP-FM LLC<br>3415 UNIVERSITY AVE<br>SAINT PAUL MN 55114 | LAKE BANK, N.A., THE<br>613 FIRST AVENUE<br>TWO HARBORS MN 55616 | LLOYD SECURITY<br>1097 10TH SE<br>MINNEAPOLIS MN 55414 |
| MICHAEL B. LUBIC<br>10100 SANTA MONICA BLVD, 7TH FL.<br>LOS ANGELES, CA 90067 | M&I BANK<br>770 N. WATER STREET<br>MILWAUKEE WI 53202 | MAC OF PINE CITY, LLC<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 |
| MARC D. KOHL<br>39101 DARLING LANE<br>HINCKLEY MN 55037 | MARC E TRESSLER<br>3400 BARBARA LN<br>BURNSVILLE MN 55337 | MARSH CONSUMER<br>333 SOUTH SEVENTH, STE 1600<br>MINNEAPOLIS MN 55402-2427 |
| MARSHALL BANK FIRST<br>225 SOUTH SIXTH STREET, SUITE 2900<br>MINNEAPOLIS MN 55402 | MCENROE, CATHERINE<br>LEONARD STREET & DEINARD<br>150 S FIFTH ST STE 2300<br>MINNEAPOLIS MN 55402 | MICHAEL REYES<br>PO BOX 205<br>BACKUS MN 56435 |
| MIKDEN PROPERTIES<br>7002 6TH STREET NORTH<br>OAKDALE MN 55128 | MINNESOTA DEPT. OF REVENUE<br>MAIL STATION 7701<br>SAINT PAUL MN 55146-7701 | MINNESOTA DEPT. OF REVENUE<br>PO BOX 64649<br>SAINT PAUL MN 55164-0649 |

| | | |
|---|---|---|
| MN DEPT OF PUBLIC SAFETY<br>DRIVER & VEHICLE SERVICES<br>445 MINNESOTA ST<br>SAINT PAUL MN 55101-5160 | NATHAN THIEMAN<br>1030 8TH AVE SW<br>PINE CITY MN 55063 | NEIMAN MARCUS<br>P.O. BOX 5235<br>CAROL STREAM IL 60197 |
| NEVADA STATE BANK<br>6505 NORTH BUFFALO DRIVE<br>LAS VEGAS NV 89131 | NIEDERNHOEFER, MANFRED<br>1563 RIVERCREST RD<br>LAKELAND MN 55043 | NITROGREEN<br>P.O. BOX 41<br>MAPLE PLAINE MN 55359 |
| NORTHMARQ CAPITAL<br>3500 AMERICAN BLVD WEST, SUITE 500<br>BLOOMINGTON MN 55431 | NORTHRIDGE FARM ASSOCIATION<br>P.O. BOX 767<br>WAYZATA MN 55391 | NORTHWOODS BANK<br>PO BOX 112<br>PARK RAPIDS MN 56470 |
| OLD REPUBLIC SURETY<br>1503 - 42ND ST<br>STE 100<br>DES MOINES IA 50305 | PRALLE, GARY<br>3625 PINE HOLLOW PL<br>STILLWATER MN 55082 | PREMIER AQUARIUM<br>6340 IRVING AVE S.<br>RICHFIELD MN 55423 |
| PREMIER BANKS<br>1875 W. HIGHWAY 36<br>ROSEVILLE MN 55113 | PRESS A DENT INC<br>1154 S HIGH ST<br>DENVER CO 80210 | PRINDLE, DECKER & AMARO, LLP<br>310 GOLDER SHORE - 4TH FLOOR<br>LONG BEACH CA 90802 |
| PROFESSIONAL SERVICE BUREAU<br>11110 INDUSTRIAL CIRCLE NW STE B<br>ELK RIVER MN 55330-0331 | MICHAEL W. MALTER<br>BINDER & MALTER LLP<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | R. OLSON / WATERFORD PROPERTIES<br>73 N. BROADWAY<br>FARGO ND 58102 |
| RANDY'S SANITATION<br>P.O. BOX 169<br>DELANO MN 55328 | RIVERLAND BANCORPORATION<br>700 SEVILLE DRIVE<br>JORDAN MN 55352 | RIVERWOOD BANK<br>LOAN PRODUCTION OFFICE<br>PO BOX 899<br>CROSSLAKE MN 56442 |
| ROE, JESSICA LIPSKY, ESQ.<br>BERNICK LIFSON ET AL<br>500 WAYZATA BLVD STE 1200<br>MINNEAPOLIS MN 55416 | ROYAL JEWELERS<br>73 BROADWAY<br>FARGO, ND 58102 | RUTH ANN BIEDERMAN<br>414 7TH AVE NE<br>PINE CITY MN 55063 |
| SCHUYLER SCARBOROUGH<br>19181 SPENCER ROAD UNIT #15<br>BRAINERD MN 56401 | SCOTT A. KEYPORT<br>1802 AIRWAVES RD NE<br>PINE CITY MN 55063 | SILVER CLIFF ASSOCIATION<br>1201 CEDAR LAKE RD S.<br>MINNEAPOLIS MN 55416 |
| SOURCE GAS<br>P.O. BOX 660474<br>DALLAS TX 75266 | ST. CROIX YACHT CLUB<br>P.O. BOX 2263<br>STILLWATER MN 55082 | STATE OF MINNESOTA DEPT OF REVENUE<br>600 NORTH ROBERT STREET<br>ST. PAUL MN 55101 |

| | | |
|---|---|---|
| STORCHECK CLEANERS<br>857 7TH STREET<br>ST. PAUL MN 55106 | SUMMERS PROPERTY MANAGEMENT<br>111K AABC<br>ASPEN CO 81611 | TCF NATIONAL BANK<br>801 MARQUETTE AVENUE<br>MINNEAPOLIS MN 55402 |
| TCHIDA, BRYANT D., ESQ.<br>LEONARD STREET & DEINARD<br>150 S 5TH ST STE 2300<br>MINNEAPOLIS MN 55402 | THE MIRAGE CASINO-HOTEL<br>C/O MARK W. RUSSELL ESQ<br>3400 LAS VEGAS BLVD S<br>LAS VEGAS NV 89109 | TOYOTA FINANCIAL SAVINGS BANK<br>2485 VILLAGE VIEW DRIVE<br>SUITE 200<br>HENDERSON NV 89074 |
| TOYOTA FINANCIAL SERVICES<br>301 CARLSON PKWY, STE. 210<br>MINNETONKA MN 55305 | TOYOTA MOTOR CREDIT CORP<br>301 CARLSON PKWY STE 210<br>MINNETONKA MN 55305 | U.S. BANK<br>BC-MN-H22A<br>800 NICOLLET MALL, 22ND FLOOR<br>MINNEAPOLIS MN 55402 |
| US BANK VISA CARD<br>P.O. BOX 790408<br>ST. LOUIS MO 63179 | VENTURE BANK<br>5601 GREEN VALLEY DRIVE<br>SUITE 120<br>BLOOMINGTON MN 55437 | VFS FINANCING, INC.<br>10 RIVERVIEW DR<br>ATTN BETH BONELL<br>DANBURY CT 06810 |
| VICTORIA INSURANCE<br>1100 LOCUST STREET<br>DES MOINES IA 50391 | VISION BANK<br>3000 25TH ST. SOUTH<br>P.O. BOX 10008<br>FARGO ND 58106 | WAGENER, MAURICE J.<br>13700 WAYZATA BLVD<br>HOPKINS MN 55305 |
| WASHINGTON COUNTY TREASURER<br>GOVERNMENT CENTER<br>14949 - 62ND ST N<br>STILLWATER MN 55082 | WASHINGTON MUTUAL BANK, FA<br>400 E MAIN ST<br>STOCKTON CA 95290 | WASTE PARTNERS<br>P.O. BOX 677<br>PINE RIVER MN 56474-0677 |
| WATERFORD ASSOCIATION<br>P.O. BOX 1353<br>MINNEAPOLIS MN 55480-1353 | WAYNE BELISLE<br>1843 EAGLE RIDGE<br>MENDOTA HEIGHTS MN 55118 | WELLS FARGO<br>C/O DAVID GALLE<br>45 SOUTH SEVENTH ST, STE 3300<br>MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK N.A.<br>LOAN ADJUSTMENT GROUP<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402 | WELLS FEDERAL BANK<br>53 FIRST ST. SW<br>WELLS MN 56097 | WI DEPT OF TRANSPORTATION<br>PO BOX 7949<br>MADISON WI 53707 |
| WILLIAM BRODY<br>BUCHALTERNEMER<br>1000 WILSHIRE BLVD, STE 1500<br>LOS ANGELES CA 90017-2457 | WORLD OMNI FINANCIAL CORP.<br>190 JIM MORAN BOULEVARD<br>DEERFIELD BEACH FL 33442 | ZAPPIA, THOMAS M., ESQ.<br>ZAPPIA & LEVAHN<br>941 HILLWIND RD NE STE 301<br>MINNEAPOLIS MN 55432 |
| CRAIG E REIMER<br>MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 | DENNIS E. HECKER<br>1615 NORTHRIDGE DRIVE<br>MEDINA, MN 55391 | HOWARD J ROIN<br>MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |

| | | |
|---|---|---|
| MARIA ROMANO<br>4744 PARADISE ROAD<br>LAS VEGAS, NV  89121 | SAJIDA MAHDI ALI<br>MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL  60606 | STUART ROZEN<br>MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO, IL  60606 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                BKY No. 09-50779

Dennis E. Hecker,                                                     Chapter 7

      Debtor.

**ORDER AUTHORIZING SALE OF ASSETS**

This case is before the court on the motion of Randall L. Seaver, trustee, seeking an order authorizing sale of assets free and clear of interests.

Based on the motion and the file,

IT IS ORDERED:

1.     The trustee is authorized to consent to sell the following property at auction:

8 firearms including one handgun more specifically described as follows:
Benelli Legacy Shotgun
Walther G22 Rifle
Bennelli Super Black Eagle II Shotgun
Benelli Legacy Shotgun
Remington 870 Shotgun
Beretta 20 gauge shotgun
Browning Gold Hunter 12 gauge
Handgun from Crosslake
2005 JD 585X 4x4 tractor
2005 J5, 52 in. broom
42 in. Panasonic flat screen TV
Agri 23 HP leaf blower
2001 EZ Go golf cart, 38 hr.
Dinli 50cc child's ATV Model 502
Polaris 50 Predator child's ATV
HP color LaserJet 2840 printer
Segway X2
Segway XT
Arctic Cat 120 snowmobile
Child's Scoot Coupe
Titan 4x6 trailer
Triton 4x6 trailer
Child's Hummer
(5) Scooters

(3) Child's choppers
(2) Dinli ATV's
(2) Polaris 50's ATV's
(3) Polaris 90's ATV's
Yamaha 90 bike
Yamaha 50 bike
Vespa 200L
1988 Mercedes Benz - Model 107 560 SL
VIN # WDBBA4809JA088304
Pair of boxing gloves in case
Wind screen for Bentley car
2003 Toyota Pickup
2 Wheel Drive
VIN # 51BJN32153S385241
184,627 miles
2007 Polaris 800 EFI Ranger RZR EPI
Canvas Top
VIN # 4XAVH7681D326019
163 miles
Swiss Army Stainless Steel white face - (Hunter Drive)
Techomarine 3 dial silver face blue rubber band (this was turned over by Hecker)
Techomarine 3 dial silver face yellow rubber band (this was turned over by Hecker)
Two level watch storage box
"DEH" tie pin
"Eagle Club" Chrysler ring
Pearl Harbor/USS Arizona Memorial Medallion
Rolex Submarine Stainless/black face
Rolex Submarine Stainless/black face
Rolex YachtMaster II Platinum white dial
Panerai Luminor submersible blue face velcro
Girard Perregaut square/black face
Breil Milano black face/rubber
Hubolt 3 dial/brown face/leather
Hubolt 3 dial black face
Rolex Yacht Master white face gold
Rolex Yacht Master II white/blue/gold
Breitling, stainless steel, red face, pilot bracelet.  Model #1A13356, serial #2193407
Breitling Superocean, stainless steel, blue face, blue rubber strap, Model #A17320, serial #1091808
Andemars Piguet, stainless steel, royal oak offshore chronograph, black face, black rubber strap.  Model #F10000, serial number 4329.
Rolex watch, 18K yellow gold Yacht Master, white face.  Model #16628, serial number N269042
Rolex watch, 18K yellow gold Daytona Chronograph, white face, leather strap.  Model #116518, serial #P367637

Rolex Tudor Tiger, stainless steel, yellow dial, chronograph, yellow strap. Model #79260, serial #B981723.
Panerai Luminor, stainless steel, white dial, brown strap. Model #OP6520, serial #BB999079C0272/1500
Panerai Luminor Daylight, stainless steel, date/chronograph, black face, black strap. Model #OP6637, serial #PB529420H1367/1500.
Rolex 18K yellow gold, Yacht Master, Mother of Pearl ruby dial. Model #16628, serial #P787215.
18K yellow gold diamond cuff links "Quad" Serial #'s 8053 1.31 and 8053 1.30.
Riviera Watch - Silver Color w/white face
Emporio Armani watch - black and silver in color w/black leather band
Lumnior Panerai watch - silver in color w/white face and black croc leather band
Hublot watch - black in color w/silver face and black rubber band
Hubolt watch - black in color w/silver and black rubber band
Swiss Army watch silver in color w/orange face and black rubber band
Luminor Marina Pouerai watch black in color w/ivory colored face and black leather band
Lacoste watch silver in color w/silver face and blue and white leather cloth band
Gucci watch w/red face
Bvlgari watch silver in color w/black face and black rubber band
Mercedes Benz watch black and silver in color w/tan canvas band
Rolex watch - black and silver in color w/black face and stainless steel band
Bvlgari watch silver in color w/black face and black rubber band
Rolex watch - red and blue in color w/black face and stainless steel band
Victorox Swiss Army watch black in color w/black face and black band
Rolex Safari
Chanel watch
Dichroic glass sculpture by James E. Nowak
Item 37/Swiss Army - Stainless Steel Case
Item 38/Corum - Stainless Steel Case
Item 40/Swiss Army - Stainless Steel Case
Item 41/Radiomir Panerai - Stainless Steel Case
Item 42/Tiger Tudor Prince Date - Stainless Steel Case
Item 44/Locman - Titanium Case
Item 45/Luminor Panerai – Stainless Steel
Item 50/Kobold – Stainless Steel Case
Item 51/429 "Gianni Versace – Round Stainless Steel Case
Item 52/Chevrolet – Stainless Steel Case
Item 53/Kobold – Stainless Steel Case
Item 54/Versace – Stainless Steel Case
Item 55/Cartier – Stainless Steel Case
Item 56/Damiani – Stainless Steel Case
Item 57/Momo Design – Black Coated Cushion-Shaped Steel Case
Item 58/Officina Del Tempo – Stainless Steel Case
Item 59/European Company Watch – Stainless Steel Case
Item 60/Baume & Mercier – Stainless Steel Rectangular Case
Item 61/Grimoldi – Stainless Steel Case

Item 62/Panerai Luminor Marina – Stainless Steel Case
Item 64/Tommy Hilfiger – Stainless Steel Case
Item 65/Montblanc – Stainless Steel Case
Item 66/Montblanc GMT– Stainless Steel Case
Item 68/Tommy Bahama – Steel Case
Item 69/Tiger Tudor Prince Date – Stainless Steel Case
Item 70/Montblanc – Yellow Gold Plated Stainless Steel Case
Item 72/Nixon, the Agent – Stainless Steel Case
Item 73/Rolex Oyster Perpetual Day-Date – Platinum Case – Authenticated Rolex time piece with after market non-Rolex modifications
Item 74/Rolex Oyster Perpetual Cosmograph – 18K Yellow Gold Case
Item 75/Rolex Oyster Perpetual Date – 18K Yellow Gold Case with a Yellow Gold Crown
Item 76/Hublot on Case Back Big Bang – 18 Rose Gold Case
Item 77/Rolex Cellini – 18K Yellow Gold Case
Item 79/Rolex Oyster Perpetual Date - 18K Yellow Gold Case – Authenticated Rolex time piece with after market non-Rolex modifications
Item 80/Rolex Oysterquartz Day-Date – 18K Yellow Gold Case – diamonds and case back engraved "Dennis E. Hecker" – Authenticated Rolex time piece with after market non-Rolex modifications
Item 81/Rolex Oyster Perpetual Date and Yachtmaster – 18K Yellow Gold Case
Item 82/Rolex and Daytona Case – 18K Yellow Gold Case
Item 83/Rolex Oyster Perpetual Date and Yacht-Master – 18K Yellow Gold Case
Item 84/Rolex Oyster Perpetual – Stainless Steel Case
Item 85A/Technomarine – Stainless Steel Case

2. The property and rights sold shall be free and clear of any interest in such property pursuant to 11 U.S.C. §363(b) and (f) with such interests, if any, attaching to the proceeds of sale with the same priority, dignity and effect as such interests existed pre-petition.

3. The proceeds shall be deposited in the trustee's account and held subject to further order of the court.

4. Notwithstanding Fed. R. Bankr. P. 6004(g), this order is effective immediately.

_____  _____

429835

4