UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

In re:  BKY No. 09-50779

Dennis E. Hecker,  Chapter 7

       Debtor.
_____

**NOTICE OF HEARING AND APPLICATION FOR INTERIM COMPENSATION**
_____

TO:    All interested parties.

    1.    Leonard, O'Brien, Spencer, Gayle & Sayre, Ltd. ("**Firm**") applies for the relief requested below.

    2.    The Court will hold a hearing on this motion on December 8, 2010 at 2:00 p.m. before the Honorable Robert J. Kressel in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415, or as soon thereafter as counsel may be heard.

    3.    Any response to this motion must be filed and served by delivery no later than December 3, 2010 which is five (5) days before the time and date set for the hearing (including, Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

    4.    This Court has jurisdiction over this application pursuant to 28 U.S.C. §§157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This case was commenced as a voluntary Chapter 7 proceeding on June 4, 2009. The case is now pending before this Court.

    5.    This motion arises under 11 U.S.C. §331, Bankruptcy Rule 2016(b) and Local Rule 2016-1. This application is filed under Bankruptcy Rule 9014 and Local Rule 9013-2. The Applicant requests relief with respect to the allowance of interim compensation for attorneys' fees and expenses incurred by the Firm from November 1, 2009 to August 31, 2010.

6. Attached hereto as Exhibit A is the Court's Order approving this firm's employment as counsel for the Trustee.

7. There was no retainer fee paid to the Firm and the Firm has made one previous interim application. The Firm was awarded $372,278.75 for attorney fees and $11,834.17 for expenses on December 16, 2009. The bankruptcy estate has paid the Firm all amounts previously allowed by the Court.

8. The attorneys and paralegals with time entries on this file, their normal hourly rates are as follows: Matthew R. Burton, $360.00 per hour in 2009 and $375.00 per hour in 2010, James M. Jorissen, $350.00, Ernest F. Peake, $325.00 per hour, Grover C. Sayre, $295.00 per hour, Andrea M. Hauser, $275.00 per hour, Jordan W. Sayre, $150.00 per hour, Jennifer M. Adkisson, $90.00 per hour and Brianna M. Johnson, $90.00 per hour.

9. The total of fees billed by the Firm is $480,925.75, together with expenses in the amount of $21,181.36. A general description of the services provided is as follows:

(a) **General** - This category related to communicating with the client and other interested parties regarding case issues. This category also includes many miscellaneous matters and communications, matters which did not readily fit into any other category and some multiple category entries. Approval is sought for payment of legal fees in this category in the amount of $120,091.00. See attached Exhibit B.

(b) **2004 Discovery** - Time in this category related to preparing multiple motions for 2004 examinations of various individuals and entities. Issued subpoenas upon various parties for records; reviewing voluminous records produced pursuant to subpoenas and conducted examinations of various parties. Approval is sought for payment of legal fees in this category in the amount of $54,098.25. See attached Exhibit C.

(c) **Property Research/Investigation** - The time in this category related to investigation of the Debtor's real and personal property including, but not limited to, the Silver Cliffs property. Approval is sought for payment of legal fees in this category in the amount of $1,911.25. See attached Exhibit D.

(d) **Brainerd Toyota** - The time in this category related to multiple conferences with interested parties; negotiated with numerous parties; worked on multiple transaction documents; prepared two motions for approval of sale. Review Cornerstone Bank appeal pleadings; prepared numerous appeal documents including brief; prepared for and attended oral argument with respect to appeal. Settlement resulted in $400,000.00 to the estate. Negotiated final settlement with Cornerstone Bank. Approval is sought for payment of legal fees in this category in the amount of $39,367.00. See attached Exhibit E.

(e) **Cabo** - The time in this category related to the Adversary Proceeding No. 09-5042 against Jacob Holdings of Ventanas LLC, Jacob Properties of Minnesota LLC, Wells Fargo Bank, Cornerstone Bank, and Chrysler Financial Services Americas, LLC; prepared default motion documents; prepared discovery to Wells Fargo and conferences with various parties. Correspondence with realtors in Mexico regarding sale of property; drafted motion to sell real estate; worked with realtor on listing agreement; drafted and revised proposed settlement agreement; prepared a motion to approve settlement agreement; serve and file with court. Approval is sought for payment of legal fees in this category in the amount of $17,840.25. See attached Exhibit F.

(f) **Chrysler** - The time in this category related to reviewing motions and preparing documents to produce for Trustee's deposition. Time includes negotiating agreements with Chrysler. Approval is sought for payment of legal fees in this category in the amount of $2,430.00. See attached Exhibit G.

(g) **Crosslake** - The time in this category related to the adversary proceeding against Sydney Holdings of Crosslake LLC, Jacob Properties of Minnesota LLC and RiverWood Bank, f/k/a First Federal Savings Bank (Adv. No. 09-5031); drafted default motion papers; correspondence with various parties regarding Crosslake property; reviewed and edited settlement agreement with TCF Bank. Approval is sought for payment of legal fees in this category in the amount of $2,919.25. See attached Exhibit H.

(h) **TCF Bank -** The time in this category related to reviewing potential preference claims against TCF Bank; draft preference demand to TCF Bank; numerous conferences with various parties regarding resolution of preference demand against TCF Bank; drafted settlement agreement; prepared motion to approve settlement. Approval is sought for payment of legal fees in this category in the amount of $13,078.25. See attached Exhibit I.

(i) **Pacific Life Insurance Company** - The time in this category related to reviewing materials related to transfers to family insurance trusts; drafted demand letter; review of multiple correspondences from various parties. Approval is sought for payment of legal fees in this category in the amount of $2,380.00. See attached Exhibit J.

(j) **Turnover Motions** - The time in this category related to preparing multiple motions for turnover of records from various entities and individuals and reviewing the voluminous documents produced pursuant to turnover orders. Approval is sought for payment of legal fees in this category in the amount of $2,054.25. See attached Exhibit K.

(k) **Investments** - The time in this category related to reviewing corporate records for various entities of the Debtor and correspondence with various parties. Approval is sought for payment of legal fees in this category in the amount of $898.50. See attached Exhibit L.

(1) **Adversary Proceedings** - The time in this category related to reviewing documents and preparing adversary complaints against various entities/individuals. Approval is sought for payment of legal fees in this category in the amount of $9,352.25. See attached Exhibit M.

(m) **Rowan** - The time in this category related to preparing a complaint against Christi Rowan; prepared a contempt motion for failure to pay rent; reviewed documents produced by Trustone Bank; docketed judgments in various courts; worked on collection of judgment; garnished various banks to attempt to collect on judgment. Approval is sought for payment of legal fees in this category in the amount of $15,434.25. See attached Exhibit N.

(n) **PSA Litigation** - The time in this category related to claims to a personal services agreement (PSA) issued to Hecker from the Inver Grove Toyota transaction; preparing an amended complaint; numerous phone conferences with various parties; prepared discovery responses; reviewed voluminous documents produced by various parties; reviewed and analyzed settlement agreement; drafted motion to approve settlement agreement; prepared motion for summary judgment with respect to PSA. Approval is sought for payment of legal fees in this category in the amount of $43,008.50. See attached Exhibit O.

(o) **Transcend** - The time in this category related to assisting the Trustee with resolution of a sale of assets to Transcend Communications which resulted in the estate receiving over $400,000.00. The estate retained $65,000.00, and creditors received over $350,000.00 as a result of these services. Approval is sought for payment of legal fees in this category in the amount of $798.00. See attached Exhibit P.

(p) **Shady Roost** - The time in this category related to negotiations to sell the Debtor's interest in Shady Roost Lodge Corporation; review appraisal and multiple conferences with appraiser, prepared motion to sell real estate. The interest of Shady Roost was sold for $50,000.00. Approval is sought for payment of legal fees in this category in the amount of $6,093.50. See attached Exhibit Q.

(q) **Discharge -** The time in this category related to preparing §727 complaint; served and filed the same; numerous conferences with Debtor's attorney regarding settlement; settled discharge action. Hecker lost his discharge. Approval is sought for payment of legal fees in this category in the amount of $3,058.50. See attached Exhibit R.

(r)     **Tamitha Hecker/Divorce** - The time in this category related to settlement communications regarding assets held by Tamitha Hecker; numerous conferences with Ms. Hecker's attorneys; prepared settlement resolving the above issues prepared for and attended mediation. Approval is sought for payment of legal fees in this category in the amount of $12,133.25. See attached Exhibit S.

(s)     **Edgewood Litigation** - The time in this category related to preparing a complaint and default application; correspondence with opposing counsel and realtor regarding sale of property; prepared settlement agreement. The estate netted over $20,000.00 from the sale. Approval is sought for payment of legal fees in this category in the amount of $2,142.00. See attached Exhibit T.

(t)     **Investigation** - The time in this category related to reviewing documents to investigate the Debtor's assets; numerous correspondences with various parties/entities; reviewed Hecker e-mails on USB drives; research various entities/individuals. Approval is sought for payment of legal fees in this category in the amount of $30,060.25. See attached Exhibit U.

(u)     **Cornerstone Bank/Blackstone Financial** - The time in this category related to researching Cornerstone Bank and Olson's connection to Debtor; prepared 2004 subpoenas; traveled to North Dakota for 2004 examinations; prepared complaint against Cornerstone Bank, Royal Jewelers, Inc., Cornerstone Holding Company, Inc. and Richard Olson (Adv. No. 10-5022) alleging that the Debtor had made preferential transfers and alleging other claims; reviewing the U.S. District Court docket with respect to the Blackstone Financial, LLC/Cornerstone appeal. It is believed the value of the Cornerstone case exceeds $2,000,000.00. Approval is sought for payment of legal fees in this category in the amount of $73,739.25. See attached Exhibit V.

(v)     **Applications** - The time in this category related to preparing and serving the first interim fee application for approval of payment of attorneys' fees and costs. Approval is sought for payment of legal fees in this category in the amount of $504.00. See attached Exhibit W.

(w)     **Freedom First Financial** - The time in this category related to reviewing e-mails and documents from John Brandt and telephone conferences with various parties. Approval is sought for payment of legal fees in this category in the amount of $330.00. See attached Exhibit X.

(x)     **Neiman Marcus** - The time in this category related to drafting complaint against Neiman Marcus to recover an alleged preferential transfers pursuant to 11 U.S.C. §547 (Adv. No. 09-5052); prepared application for default against Neiman Marcus; telephone conferences with Attorney Melser; prepared settlement documents. The estate received $4,240.50. Approval is sought for payment of legal fees in this category in the amount of $684.00. See attached Exhibit Y.

(y)     **Spring Hill Country Club** - The time in this category related to reviewing bylaws and multiple correspondences with R. Soskin regarding sale of equity membership. Approval is sought for payment of legal fees in this category in the amount of $756.25. See attached Exhibit Z.

(z)     **James Gustafson** - The time in this category related to preparing objection to motion for leave to appeal; prepared motion for contempt; prepared and filed all required appeal documents; prepared application for default judgment; attend multiple hearings; prepared for and examined Gustafson. Approval is sought for payment of legal fees in this category in the amount of $16,117.50. See attached Exhibit AA.

(aa)     **JM&A** - The time in this category related to preparing 2004 motion for JM&A; telephone conference with Attorney Grinnell; reviewed JM&A materials. Approval is sought for payment of legal fees in this category in the amount of $600.00. See attached Exhibit BB.

(bb)     **Gelco** - The time in this category related to researching Gelco's obligation and relationship of US Bank claim; reviewed UCC filings and claims. Approval is sought for payment of legal fees in this category in the amount of $1,098.75. See attached Exhibit CC.

(cc)     **New Buffalo Auto Sales** - The time in this category related to multiple phone conferences with various parties; drafted complaint; settlement negotiations with various parties; worked on demand letter. This matter is pending. Approval is sought for payment of legal fees in this category in the amount of $5,518.75. See attached Exhibit DD.

(dd)     **U.S. Bank Preference** - The time in this category related to analyzing and reviewing bank records and U.S. Bank preference analysis and new value defense; numerous e-mails and phone conferences with U.S. Bank's counsel, Monica Clark; drafted settlement proposal. This matter hasn't been resolved. Approval is sought for payment of legal fees in this category in the amount of $1,315.00. See attached Exhibit EE.

(ee)     **Inver Grove** - The time in this category related to the sale of Inver Grove Toyota. Approval is sought for payment of legal fees in this category in the amount of $1,113.75. See attached Exhibit FF.

(ff)     **Costs and Disbursements** - The costs and disbursements relate to the time period from November 1, 2009 to August 31, 2010. Approval is sought for payment of costs and disbursements in the amount of $21,181.36. See attached Exhibits B, D, E, F, H, J, N, O, S, U, V and AA).

10.     The Firm is not aware of the total amount of other Chapter 7 administrative expense claims but knows that they include other counsel for the Trustee (Randall L. Seaver, Ralph Mitchell and Gordon Conn) and an accounting professional (Linda Berreau). The Firm believes there will be sufficient funds to pay all Chapter 7 administrative expenses. The Firm has been advised that the Trustee has over $1,600,000.00 in his accounts for this case.

11. The Firm believes that all of the services rendered and described herein are services that were necessary and appropriate to be rendered by legal counsel. However, the Firm agrees to reduce the compensation which it seeks by $24,000.00, or about 5%, at the request of the Trustee.

12. As disclosed in both the Verified Statement and the Employment Application in this case, Randall L. Seaver was a member of the Firm through an "Of Counsel" relationship with the Firm. That relationship was terminated on October 22, 2009.

**WHEREFORE,** the Firm applies for allowance of interim compensation for attorneys' fees in the amount of $456,925.75 and for allowance of interim compensation for expenses in the amount of $21,181.36 and requests that the Trustee be authorized to pay such of these fees as is appropriate. Payment to the Firm from unencumbered and non-disputed funds, and only in such amount as the Trustee believes appropriate, considering other unpaid Chapter 7 expenses.

**LEONARD, OBRIEN,
SPENCER, GALE & SAYRE, LTD.**

Dated: November 15, 2010

By /e/ Matthew R. Burton
Matthew R. Burton, #210018
Attorneys for Trustee Randall L. Seaver
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

## **VERIFICATION**

      I, Matthew R. Burton, attorney for the moving party named in the foregoing Application for Interim Compensation, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

|  |  |
|---|---|
| Executed on November 15, 2010 | /e/ Matthew R. Burton |
|  | Matthew R. Burton |

428647

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

BKY No. 09-50779

In re:

Chapter 7

Dennis E. Hecker,

    Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2010, I caused the following documents:

> *Notice of Hearing and Application for Interim Compensation and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

**SEE ATTACHED SERVICE LIST**

Dated: November 15, 2010

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

430508

| | | |
|---|---|---|
| UNITED STATES RENT A CAR<br>4744 PARADISE ROAD<br>LAS VEGAS,, NV 89121 | ACE INSURANCE COMPANY<br>P.O. BOX 294836<br>CLEVELAND OH 44101 | ALDRIDGE, DAN<br>1600 KENWOOD PKWY.<br>MINNEAPOLIS MN 55405 |
| ALLEN EIDE<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 | AMERICAN BANK<br>1060 DAKOTA DRIVE<br>MENDOTA HEIGHTS MN 55120 | AMERICAN EXPRESS<br>P. O. BOX 0001<br>LOS ANGELES CA 90096 |
| AMERICAN NAT'L BANK OF MN<br>7638 WOIDA RD<br>BAXTER MN 56425 | ANCHOR BANK<br>1570 CONCORDIA AVE<br>SAINT PAUL MN 55104 | ANCHOR BANK<br>P.O. BOX 7933<br>MADISON WI 53707 |
| AV CARD/OASIS<br>164 LAKE FRONT DR<br>COCKEYSVILLE MD 21030 | AXIS CAPITAL, INC.<br>308 N LOCUST ST<br>PO BOX 2555<br>GRAND ISLAND NE 68802 | AXLE CAPITAL, LLC / SAGECREST<br>3 PICKWICK PLAZA<br>GREENWICH CT 06830 |
| AMERICAN BANK<br>1578 UNIVERSITY AVENUE W<br>SAINT PAUL, MN 55104 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | BARBARA LYNN CUTTER<br>7001 W. CHARLESTON BLVD.,<br>#1088<br>LAS VEGAS, NV 89117 |
| BAYPORT MARINA ASSOCIATION<br>200 5TH STREET<br>BAYPORT MN 55003 | BELISLE, WAYNE<br>1843 EAGLE RIDGE DR<br>SAINT PAUL MN 55118 | BELLAGIO<br>3600 LAS VEGAS BLVD<br>LAS VEGAS NV 89109 |
| BREICH, WALTER<br>13670 -- 122ND STREET<br>NORWOOD YOUNG AMERICA MN 55368 | BREMER BANK<br>633 SOUTH CONCORD STREET,<br>SUITE 350<br>SOUTH ST. PAUL MN 55075 | BRIGGS & MORGAN PA<br>2200 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS MN 55402 |
| C AND C BOAT WORKS<br>36448 CTY RD 66<br>CROSSLAKE MN 56442 | CA BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO CA 94279-7072 | CA DEPT OF MOTOR VEHICLES<br>PO BOX 942869<br>SACRAMENTO CA 94269-0001 |
| CARLTON FINANCIAL CORPORATION<br>1907 E. WAYZATA BLVD. SUITE 180<br>WAYZATA MN 55391 | CENTER POINT ENERGY<br>P.O. BOX 1144<br>MINNEAPOLIS MN 55440 | CESSNA AIRCRAFT COMPANY<br>P.O. BOX 12270<br>WICHITA KS 67277 |
| CHRYSLER FINANCIAL<br>CIMS 740-01-19<br>6400 S FIDDLERS GREEN CIR.,<br>STE. 700<br>ENGLEWOOD CO 80111-4979 | CITY OF ASPEN<br>130 S. GALENA ST.<br>ASPEN CO 81611 | CITY OF BAYPORT<br>294 N. 3RD STREET<br>BAYPORT MN 55003 |

| | | |
|---|---|---|
| CITY OF MEDINA<br>2052 CO RD 24<br>HAMEL MN 55340 | COMMUNITY NATIONAL BANK<br>845 EAST COUNTY ROAD E<br>VADNAIS HEIGHTS MN 55127 | D&H DOCKS<br>23624 SMILEY ROAD<br>NISSWA, MN 56468 |
| COOPERATIVE POWER<br>P.O. BOX 69<br>TWO HARBORS MN 55616 | CORNERSTONE BANK<br>2280 45TH STREET SOUTH<br>FARGO, ND 58104 | CROSSLAKE PROPERTY SOLUTIONS<br>P.O. BOX 810<br>CROSSLAKE MN 56442 |
| CROW WING COUNTY TREASURER<br>JUDICIAL CENTER<br>213 LAUREL ST<br>BRAINERD MN 56401 | DEERWOOD BANK<br>611 WASHINGTON STREET NE<br>BRAINERD MN 56401-3377 | DON GILBERT<br>1700 PHEASANT RUN<br>HUDSON WI 54016 |
| DONALD M HALSTEAD III<br>15626 SUNSET WAY<br>BRAINERD MN 56401 | ELIZABETH A JOHNSON<br>PO BOX 624<br>PINE RIVER MN 56474 | ENCORE BANK<br>3003 TAMIAMI TRAIL NORTH, #100<br>NAPLES FL 34103 |
| EXXONMOBILE OIL CORPORATION<br>ATTN JENNIFER FRASER<br>120 MCDONALD STREET SUITE B<br>SAINT JOHN NB CANADA E2J 1M5 | FAMILY HOLDINGS OF MN LLC<br>11614 ECHO BAY DRIVE<br>CROSSLAKE MN 56442 | FIFTH THIRD BANK<br>C/O RICHARD J. SWIFT, JR.<br>GARLICK STETLER & SKRIVIAN<br>9115 CORSEA DE FONTANA WAY, #100<br>NAPLES FL 34109 |
| GE CAPITAL<br>1415 WEST 22ND STREET, #600<br>OAKBROOK IL 60523 | GE CAPITAL, FLEET SERVICES<br>3 CAPITAL DRIVE<br>EDEN PRAIRIE MN 55344 | GELCO CORPORATION<br>THREE CAPITAL DRIVE<br>ATTN: GENERAL COUNSEL<br>EDEN PRAIRIE MN 55344 |
| GEMB LENDING INC<br>2995 RED HILL AVE STE 250<br>COSTA MESA CA 92626 | GEMB LENDING, INC.<br>P.O. BOX 57091<br>IRVINE CA 92619 | GMAC MORTGAGE<br>1100 VIRGINIA DRIVE<br>FORT WASHINGTON, PA 19034 |
| GMAC MORTGAGE<br>P.O. BOX 4622<br>WATERLOO IA 50704 | GMAC, LLC<br>15303 94TH AVENUE<br>ORLAND PARK IL 60462 | GWYN M DOENZ<br>10600 COUNTRY DRIVE<br>PINE CITY MN 55063 |
| HECKER, SANDRA<br>13755 - 84TH PL N<br>MAPLE GROVE MN 55369 | HENNEPIN COUNTY TREASURER<br>300 S SIXTH ST<br>A600 GOVERNMENT CNT<br>MINNEAPOLIS MN 55487 | HOLY CROSS ENERGY<br>3799 HWY 82<br>GLENWOOD SPRINGS CO 81602 |
| HOME FEDERAL SAVINGS BANK<br>1016 CIVIC CENTER DR NW<br>STE 300<br>ROCHESTER MN 55903 | HSBC BANK NEVADA NA<br>BASS & ASSOCIATES, PC<br>3936 E FT LOWELL RD, STE 200<br>TUCSON AZ 85712 | HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>MOUNTAIN VALLEY CA 92708 |

| | | |
|---|---|---|
| INTER BANK<br>P.O. BOX 986<br>NEWARK NJ 07184 | INTERBANK EDINA<br>3400 WEST 66TH STREET, SUITE 100<br>EDINA MN 55435 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>389 US COURTHOUSE 316 N ROBERT<br>ST. PAUL MN 55101 |
| IRS<br>DEPARTMENT OF TREASURY<br>OGDEN UT 84201 | JACOB HOLDINGS OF MEDINA, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 | JACOB PROPERTIES OF ASPEN, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 |
| JASON S. COLBAUGH<br>PO BOX 1220<br>BRAINERD MN 56401 | JAVAN CARL<br>13942 GRAND OAKS DR<br>BAXTER MN 56425 | JAVER ESQUIVEL<br>2807 W AVE 30<br>LOS ANGELES CA 90065 |
| JC BROMAC<br>11860 S. LA CIENEGA BLVD.<br>LOS ANGELES CA 90250 | JOHN J. SORCI TRUST<br>2300 EAST VALLEY COURT<br>SAN JOSE CA 95148 | JP MORGAN CHASE BANK, N.A.<br>726 MADISON AVENUE<br>NEW YORK NY 10021 |
| KAPLAN STRANGIS & KAPLAN PA<br>5500 WELLS FARGO CENTER<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402 | KELLY K. HECKER<br>13905 - 53RD AVE N. APT. 1<br>PLYMOUTH MN 55446 | KLEINBANK<br>14141 GLENDALE ROAD<br>SAVAGE MN 55378 |
| KSTP-FM LLC<br>3415 UNIVERSITY AVE<br>SAINT PAUL MN 55114 | LAKE BANK, N.A., THE<br>613 FIRST AVENUE<br>TWO HARBORS MN 55616 | LLOYD SECURITY<br>1097 10TH SE<br>MINNEAPOLIS MN 55414 |
| MICHAEL B. LUBIC<br>10100 SANTA MONICA BLVD, 7TH FL.<br>LOS ANGELES, CA 90067 | M&I BANK<br>770 N. WATER STREET<br>MILWAUKEE WI 53202 | MAC OF PINE CITY, LLC<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 |
| MARC D. KOHL<br>39101 DARLING LANE<br>HINCKLEY MN 55037 | MARC E TRESSLER<br>147C W. 116TH AVE, APT. 17<br>DENVER CO 80234-2853 | MARSH CONSUMER<br>333 SOUTH SEVENTH, STE 1600<br>MINNEAPOLIS MN 55402-2427 |
| MARSHALL BANK FIRST<br>225 SOUTH SIXTH STREET, SUITE 2900<br>MINNEAPOLIS MN 55402 | MCENROE, CATHERINE<br>LEONARD STREET & DEINARD<br>150 S FIFTH ST STE 2300<br>MINNEAPOLIS MN 55402 | MICHAEL REYES<br>PO BOX 205<br>BACKUS MN 56435 |
| MIKDEN PROPERTIES<br>7002 6TH STREET NORTH<br>OAKDALE MN 55128 | MINNESOTA DEPT. OF REVENUE<br>MAIL STATION 7701<br>SAINT PAUL MN 55146-7701 | MINNESOTA DEPT. OF REVENUE<br>PO BOX 64649<br>SAINT PAUL MN 55164-0649 |

| | | |
|---|---|---|
| MN DEPT OF PUBLIC SAFETY<br>DRIVER & VEHICLE SERVICES<br>445 MINNESOTA ST<br>SAINT PAUL MN 55101-5160 | NATHAN THIEMAN<br>1030 8TH AVE SW<br>PINE CITY MN 55063 | NEIMAN MARCUS<br>P.O. BOX 5235<br>CAROL STREAM IL 60197 |
| NEVADA STATE BANK<br>6505 NORTH BUFFALO DRIVE<br>LAS VEGAS NV 89131 | NIEDERNHOEFER, MANFRED<br>1563 RIVERCREST RD<br>LAKELAND MN 55043 | NITROGREEN<br>P.O. BOX 41<br>MAPLE PLAINE MN 55359 |
| NORTHMARQ CAPITAL<br>3500 AMERICAN BLVD WEST,<br>SUITE 500<br>BLOOMINGTON MN 55431 | NORTHRIDGE FARM<br>ASSOCIATION<br>P.O. BOX 767<br>WAYZATA MN 55391 | NORTHWOODS BANK<br>PO BOX 112<br>PARK RAPIDS MN 56470 |
| OLD REPUBLIC SURETY<br>1503 - 42ND ST<br>STE 100<br>DES MOINES IA 50305 | PRALLE, GARY<br>3625 PINE HOLLOW PL<br>STILLWATER MN 55082 | PREMIER AQUARIUM<br>6340 IRVING AVE S.<br>RICHFIELD MN 55423 |
| PREMIER BANKS<br>1875 W. HIGHWAY 36<br>ROSEVILLE MN 55113 | PRESS A DENT INC<br>1154 S HIGH ST<br>DENVER CO 80210 | PRINDLE, DECKER & AMARO, LLP<br>310 GOLDER SHORE - 4TH FLOOR<br>LONG BEACH CA 90802 |
| PROFESSIONAL SERVICE<br>BUREAU<br>11110 INDUSTRIAL CIRCLE NW<br>STE B<br>ELK RIVER MN 55330-0331 | MICHAEL W. MALTER<br>BINDER & MALTER LLP<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | R. OLSON / WATERFORD<br>PROPERTIES<br>73 N. BROADWAY<br>FARGO ND 58102 |
| RANDY'S SANITATION<br>P.O. BOX 169<br>DELANO MN 55328 | RIVERLAND BANCORPORATION<br>700 SEVILLE DRIVE<br>JORDAN MN 55352 | RIVERWOOD BANK<br>LOAN PRODUCTION OFFICE<br>PO BOX 899<br>CROSSLAKE MN 56442 |
| ROE, JESSICA LIPSKY, ESQ.<br>BERNICK LIFSON ET AL<br>500 WAYZATA BLVD STE 1200<br>MINNEAPOLIS MN 55416 | ROYAL JEWELERS<br>73 BROADWAY<br>FARGO, ND 58102 | RUTH ANN BIEDERMAN<br>414 7TH AVE NE<br>PINE CITY MN 55063 |
| SCHUYLER SCARBOROUGH<br>19181 SPENCER ROAD UNIT #15<br>BRAINERD MN 56401 | SCOTT A. KEYPORT<br>1802 AIRWAVES RD NE<br>PINE CITY MN 55063 | SILVER CLIFF ASSOCIATION<br>1201 CEDAR LAKE RD S.<br>MINNEAPOLIS MN 55416 |
| SOURCE GAS<br>P.O. BOX 660474<br>DALLAS TX 75266 | ST. CROIX YACHT CLUB<br>P.O. BOX 2263<br>STILLWATER MN 55082 | STATE OF MINNESOTA DEPT OF<br>REVENUE<br>600 NORTH ROBERT STREET<br>ST. PAUL MN 55101 |

STORCHECK CLEANERS
857 7TH STREET
ST. PAUL MN 55106

SUMMERS PROPERTY
MANAGEMENT
111K AABC
ASPEN CO 81611

TCF NATIONAL BANK
801 MARQUETTE AVENUE
MINNEAPOLIS MN 55402

TCHIDA, BRYANT D., ESQ.
LEONARD STREET & DEINARD
150 S 5TH ST STE 2300
MINNEAPOLIS MN 55402

THE MIRAGE CASINO-HOTEL
C/O MARK W. RUSSELL ESQ
3400 LAS VEGAS BLVD S
LAS VEGAS NV 89109

TOYOTA FINANCIAL SAVINGS
BANK
2485 VILLAGE VIEW DRIVE
SUITE 200
HENDERSON NV 89074

TOYOTA FINANCIAL SERVICES
301 CARLSON PKWY, STE. 210
MINNETONKA MN 55305

TOYOTA MOTOR CREDIT CORP
301 CARLSON PKWY STE 210
MINNETONKA MN 55305

U.S. BANK
BC-MN-H22A
800 NICOLLET MALL, 22ND
FLOOR
MINNEAPOLIS MN 55402

US BANK VISA CARD
P.O. BOX 790408
ST. LOUIS MO 63179

VENTURE BANK
5601 GREEN VALLEY DRIVE
SUITE 120
BLOOMINGTON MN 55437

VFS FINANCING, INC.
10 RIVERVIEW DR
ATTN BETH BONELL
DANBURY CT 06810

VICTORIA INSURANCE
1100 LOCUST STREET
DES MOINES IA 50391

VISION BANK
3000 25TH ST. SOUTH
P.O. BOX 10008
FARGO ND 58106

WAGENER, MAURICE J.
13700 WAYZATA BLVD
HOPKINS MN 55305

WASHINGTON COUNTY
TREASURER
GOVERNMENT CENTER
14949 - 62ND ST N
STILLWATER MN 55082

WASHINGTON MUTUAL BANK,
FA
400 E MAIN ST
STOCKTON CA 95290

WASTE PARTNERS
P.O. BOX 677
PINE RIVER MN 56474-0677

WATERFORD ASSOCIATION
P.O. BOX 1353
MINNEAPOLIS MN 55480-1353

WAYNE BELISLE
1843 EAGLE RIDGE
MENDOTA HEIGHTS MN 55118

WELLS FARGO
C/O DAVID GALLE
45 SOUTH SEVENTH ST, STE 3300
MINNEAPOLIS MN 55402

WELLS FARGO BANK N.A.
LOAN ADJUSTMENT GROUP
90 SOUTH 7TH STREET
MINNEAPOLIS MN 55402

WELLS FEDERAL BANK
53 FIRST ST. SW
WELLS MN 56097

WI DEPT OF TRANSPORTATION
PO BOX 7949
MADISON WI 53707

WILLIAM BRODY
BUCHALTERNEMER
1000 WILSHIRE BLVD, STE 1500
LOS ANGELES CA 90017-2457

WORLD OMNI FINANCIAL CORP.
190 JIM MORAN BOULEVARD
DEERFIELD BEACH FL 33442

ZAPPIA, THOMAS M., ESQ.
ZAPPIA & LEVAHN
941 HILLWIND RD NE STE 301
MINNEAPOLIS MN 55432

CRAIG E REIMER
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

DENNIS E. HECKER
1615 NORTHRIDGE DRIVE
MEDINA, MN 55391

HOWARD J ROIN
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

MARIA ROMANO  
4744 PARADISE ROAD  
LAS VEGAS, NV  89121

SAJIDA MAHDI ALI  
MAYER BROWN LLP  
71 SOUTH WACKER DRIVE  
CHICAGO, IL  60606

STUART ROZEN  
MAYER BROWN LLP  
71 SOUTH WACKER DRIVE  
CHICAGO, IL  60606

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:

Dennis E. Hecker,

       Debtor.

_____

Chapter 7
BKY No. 09-50779

**ORDER ALLOWING INTERIM COMPENSATION**

The case is before the court on the application of Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. for allowance of attorneys' fees and expenses. Based on the motion and the file, and the court being advised in the premises,

IT IS ORDERED: Interim compensation for services rendered from November 1, 2009 to August 31, 2010 and reimbursement of expenses incurred for the same period are allowed in the following amounts and the trustee may pay the fees and expenses from unencumbered, undisputed funds in such amount as the trustee believes appropriate taking into consideration other unpaid chapter 7 expenses as follows:

|  |  |
|---|---|
| Attorneys' Fees: | $456,925.75 |
| Expenses: | $21,181.36 |
| Total: | $478,107.11 |

Dated: _____

_____
United States Bankruptcy Court Judge

430142