UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,       NOTICE OF SALE BY AUCTION

     Debtor

------------------------------------------

To:   The United States Trustee, all creditors and other parties in interest.

On December 16, 2010 commencing at 5:00 p.m. at FWR Auction Center, 5545 County Road 33, New German, MN, the trustee will sell at public auction the following items: (1) Dennis Hecker gold and diamond wedding ring; and (2) sequentially numbered $2 bills received from Dennis Hecker.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: November 17, 2010

/e/ Randall L. Seaver
Randall L. Seaver, Trustee
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337
(952) 890-0888