# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

----------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker, **NOTICE OF SETTLEMENT**

       Debtor.

----------------------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On December 17, 2010 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows: it appeared that the debtor had paid $7,437.02 to Interbank during the year prior to filing on a debt owed by a Debtor-owned corporate entity and for the benefit of a family member. The trustee asserted to Interbank that the payments were recoverable. The trustee has agreed to settle the matter with Interbank in exchange for a payment of $6,000, which the trustee believes to be reasonable.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: November 18, 2010                        /e/ Randall L. Seaver
                                                                       Randall L. Seaver, Trustee
                                                                       12400 Portland Avenue South, Suite 132
                                                                       Burnsville, MN 55337
                                                                       (952) 890-0888