## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

     Debtor.

BKY No. 09-50779

**ORDER**

This case is before the court on the trustee's notice of settlement filed on August 26, 2010 regarding a settlement between the trustee and Marvin Rambow. No objections to the notice of settlement were filed or served. Based on the file and records,

IT IS ORDERED: The settlement agreement between the trustee and Marvin Rambow is approved.

Dated: November 18, 2010

/e/ Robert J. Kressel
  Robert J. Kressel
  United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/18/2010*
Lori Vosejpka, Clerk, by LMH