UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: BKY No. 09-50779

Dennis E. Hecker, Chapter 7

Debtor.

## ORDER AUTHORIZING SALE OF ASSETS

This case is before the court on the motion of Randall L. Seaver, the trustee, to approve a sale free and clear of interests.

Based on the motion and the file,

IT IS ORDERED:

1. The trustee is authorized to sell the following property at auction:

8 firearms including one handgun more specifically described as follows:
Benelli Legacy Shotgun
Walther G22 Rifle
Bennelli Super Black Eagle II Shotgun
Benelli Legacy Shotgun
Remington 870 Shotgun
Beretta 20 gauge shotgun
Browning Gold Hunter 12 gauge
Handgun from Crosslake
2005 JD 585X 4x4 tractor
2005 J5, 52 in. broom
42 in. Panasonic flat screen TV
Agri 23 HP leaf blower
2001 EZ Go golf cart, 38 hr.
Dinli 50cc child's ATV Model 502
Polaris 50 Predator child's ATV
HP color LaserJet 2840 printer
Segway X2
Segway XT
Arctic Cat 120 snowmobile
Child's Scoot Coupe
Titan 4x6 trailer
Triton 4x6 trailer
Child's Hummer
(5) Scooters

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/01/2010*
Lori Vosejpka, Clerk, by LMH

(3) Child's choppers
(2) Dinli ATV's
(2) Polaris 50's ATV's
(3) Polaris 90's ATV's
Yamaha 90 bike
Yamaha 50 bike
Vespa 200L
1988 Mercedes Benz - Model 107 560 SL
VIN # WDBBA4809JA088304
Pair of boxing gloves in case
Wind screen for Bentley car
2003 Toyota Pickup
2 Wheel Drive
VIN # 51BJN32153S385241
184,627 miles
2007 Polaris 800 EFI Ranger RZR EPI
Canvas Top
VIN # 4XAVH7681D326019
163 miles
Swiss Army Stainless Steel white face - (Hunter Drive)
Techomarine 3 dial silver face blue rubber band (this was turned over by Hecker)
Techomarine 3 dial silver face yellow rubber band (this was turned over by Hecker)
Two level watch storage box
"DEH" tie pin
"Eagle Club" Chrysler ring
Pearl Harbor/USS Arizona Memorial Medallion
Rolex Submarine Stainless/black face
Rolex Submarine Stainless/black face
Rolex YachtMaster II Platinum white dial
Panerai Luminor submersible blue face velcro
Girard Perregaut square/black face
Breil Milano black face/rubber
Hubolt 3 dial/brown face/leather
Hubolt 3 dial black face
Rolex Yacht Master white face gold
Rolex Yacht Master II white/blue/gold
Breitling, stainless steel, red face, pilot bracelet. Model #1A13356, serial #2193407
Breitling Superocean, stainless steel, blue face, blue rubber strap, Model #A17320, serial #1091808
Andemars Piguet, stainless steel, royal oak offshore chronograph, black face, black rubber strap. Model #F10000, serial number 4329.
Rolex watch, 18K yellow gold Yacht Master, white face. Model #16628, serial number N269042
Rolex watch, 18K yellow gold Daytona Chronograph, white face, leather strap. Model #116518, serial #P367637

2

Rolex Tudor Tiger, stainless steel, yellow dial, chronograph, yellow strap. Model #79260, serial #B981723.
Panerai Luminor, stainless steel, white dial, brown strap. Model #OP6520, serial #BB999079C0272/1500
Panerai Luminor Daylight, stainless steel, date/chronograph, black face, black strap. Model #OP6637, serial #PB529420H1367/1500.
Rolex 18K yellow gold, Yacht Master, Mother of Pearl ruby dial. Model #16628, serial #P787215.
18K yellow gold diamond cuff links "Quad" Serial #'s 8053 1.31 and 8053 1.30.
Riviera Watch - Silver Color w/white face
Emporio Armani watch - black and silver in color w/black leather band
Lumnior Panerai watch - silver in color w/white face and black croc leather band
Hublot watch - black in color w/silver face and black rubber band
Hubolt watch - black in color w/silver and black rubber band
Swiss Army watch silver in color w/orange face and black rubber band
Luminor Marina Pouerai watch black in color w/ivory colored face and black leather band
Lacoste watch silver in color w/silver face and blue and white leather cloth band
Gucci watch w/red face
Bvlgari watch silver in color w/black face and black rubber band
Mercedes Benz watch black and silver in color w/tan canvas band
Rolex watch - black and silver in color w/black face and stainless steel band
Bvlgari watch silver in color w/black face and black rubber band
Rolex watch - red and blue in color w/black face and stainless steel band
Victorox Swiss Army watch black in color w/black face and black band
Rolex Safari
Chanel watch
Dichroic glass sculpture by James E. Nowak
Item 37/Swiss Army - Stainless Steel Case
Item 38/Corum - Stainless Steel Case
Item 40/Swiss Army - Stainless Steel Case
Item 41/Radiomir Panerai - Stainless Steel Case
Item 42/Tiger Tudor Prince Date - Stainless Steel Case
Item 44/Locman - Titanium Case
Item 45/Luminor Panerai – Stainless Steel
Item 50/Kobold – Stainless Steel Case
Item 51/429 "Gianni Versace – Round Stainless Steel Case
Item 52/Chevrolet – Stainless Steel Case
Item 53/Kobold – Stainless Steel Case
Item 54/Versace – Stainless Steel Case
Item 55/Cartier – Stainless Steel Case
Item 56/Damiani – Stainless Steel Case
Item 57/Momo Design – Black Coated Cushion-Shaped Steel Case
Item 58/Officina Del Tempo – Stainless Steel Case
Item 59/European Company Watch – Stainless Steel Case
Item 60/Baume & Mercier – Stainless Steel Rectangular Case
Item 61/Grimoldi – Stainless Steel Case

Item 62/Panerai Luminor Marina – Stainless Steel Case
Item 64/Tommy Hilfiger – Stainless Steel Case
Item 65/Montblanc – Stainless Steel Case
Item 66/Montblanc GMT– Stainless Steel Case
Item 68/Tommy Bahama – Steel Case
Item 69/Tiger Tudor Prince Date – Stainless Steel Case
Item 70/Montblanc – Yellow Gold Plated Stainless Steel Case
Item 72/Nixon, the Agent – Stainless Steel Case
Item 73/Rolex Oyster Perpetual Day-Date – Platinum Case – Authenticated Rolex time piece with after market non-Rolex modifications
Item 74/Rolex Oyster Perpetual Cosmograph – 18K Yellow Gold Case
Item 75/Rolex Oyster Perpetual Date – 18K Yellow Gold Case with a Yellow Gold Crown
Item 76/Hublot on Case Back Big Bang – 18 Rose Gold Case
Item 77/Rolex Cellini – 18K Yellow Gold Case
Item 79/Rolex Oyster Perpetual Date - 18K Yellow Gold Case – Authenticated Rolex time piece with after market non-Rolex modifications
Item 80/Rolex Oysterquartz Day-Date – 18K Yellow Gold Case – diamonds and case back engraved "Dennis E. Hecker" – Authenticated Rolex time piece with after market non-Rolex modifications
Item 81/Rolex Oyster Perpetual Date and Yachtmaster – 18K Yellow Gold Case
Item 82/Rolex and Daytona Case – 18K Yellow Gold Case
Item 83/Rolex Oyster Perpetual Date and Yacht-Master – 18K Yellow Gold Case
Item 84/Rolex Oyster Perpetual – Stainless Steel Case
Item 85A/Technomarine – Stainless Steel Case

2. The property sold shall be free and clear of any interest in such property pursuant to 11 U.S.C. §363(b) and (f) with such interests, if any, attaching to the proceeds of sale with the same priority, dignity and effect as such interests existed pre-petition.

3. The proceeds shall be deposited in the trustee's account and held subject to further order of the court.

4. Notwithstanding Fed. R. Bankr. P. 6004(g), this order is effective immediately.

Dated: December 1, 2010

429835

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE