# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                                              **NOTICE OF SETTLEMENT**

        Debtor.

---------------------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On December 30, 2010 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtors named above will settle a controversy as follows: Randall L. Seaver is the duly appointed Chapter 7 trustee in the above case, which was commenced by the filing of a voluntary Chapter 7 petition on June 4, 2009. The plaintiff commenced Adversary Proceeding No. 10-5021 seeking, among other things, a determination that Chrysler Financial Services Americas, LLC ("Chrysler") has no interest in the two Harley Davidson motorcycles and a 1988 Mercedes Benz 560 SL automobile as specifically identified in Exhibit A to the complaint in ADV No. 10-5021 ("Adversary Proceeding"). The trustee and Chrysler have agreed to settle all issues in the Adversary Proceeding on the following terms: (1) Chrysler acknowledges and admits that it has no interest in, or lien against he 2003 Harley Davidson and 2006 Harley Davidson. (2) The 1988 Mercedes Benz 560 SL will be sold at auction. After the trustee receives the net sale proceeds derived from the sale of the Mercedes, he will pay 25% of those net proceeds to Chrysler Financial. That payment will be made to Chrysler Financial within ten (10) days after entry of an order approving the settlement agreement or 10 days after the trustee receives the net sale proceeds, whichever date is later. (3) Upon Bankruptcy Court approval of this settlement, this settlement shall constitute a stipulation for dismissal, without an award of costs, of the plaintiff's claims against Chrysler. The trustee believes the settlement terms to be reasonable and in the best interests of the estate.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | below) |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: December 2, 2010

                                        /e/ Randall L. Seaver
                                        Randall L. Seaver, Trustee
                                        12400 Portland Avenue South, Suite 132
                                        Burnsville, MN 55337
                                        (952) 890-0888