UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

DENNIS E. HECKER,

Debtor.

BKY. No. 09-50779
Chapter 7
DEBTOR'S RESPONSE

---

Debtor, as and for his Response to the Trustee's Motion for Turnover, provides as follows:

1    He has reviewed the trustee's motion for turnover, and he provides the following response.

2    The trustee has asked for copies of the VISA card ending in 5033 that was used to get bidding privileges at Fred Radde's May 25, 2010 auction. Debtor believes that Jim Gustafson used his VISA card to get bidding privileges. Debtor is currently an inmate at the Sherburne County Jail. He has no access to that credit card and no access to Jim Gustafson. He is unable to provide the documents sought by the trustee.

2    The trustee has asked for copies of all records regarding payment of the above VISA bill. Again, debtor has no access to this information. He does not know how or if Jim Gustafson pays his VISA bill. The VISA card in question, however, was not used to purchase anything, but was rather a requirement of entering the bidding process.

3    The trustee has asked for copies of all records regarding the ownership of "Warehouse Merchandising". "Warehouse Merchandising" is a fictitious entity created for the purpose of bidding at the auction. There are no records whatsoever.

4    The trustee has asked for copies of all documents and information submitted by Denny Hecker or on his behalf to bid at the May 25, 2010 auction. There are no such records. All registration was done over the telephone.

5    The trustee has asked for copies of all agreements between Denny Hecker and Warehouse Merchandising and, on the other hand, Automotive Concepts, regarding the purchase of the Yamaha dirt bike and the 2006 Harley Davidson Motorcycle. There are no records, other than a handful of email which debtor has attached.

Debtor asked John Prosser to bid on and buy the items for him, and debtor intended to pay Prosser back out of a large Toyota settlement he believed he had coming. After Prosser bought the two items, debtor paid Prosser $8500.00 in cash and took possession of the Harley. Debtor never had possession of the dirt bike.

Debtor later issued two checks to Prosser, both of which bounced. Prosser took possession of the Harley on Labor Day, because debtor had not been able to finalize the purchase. Prosser is now selling those two vehicles on the internet. To the best of debtor's knowledge, Fred Radde was never able to give him title to the Harley and the Dirt Bike, so debtor imagines that selling those vehicles will be tough.

6   The trustee has asked for any and all items purchased at Golf Galaxy. Debtor bought golf shirts and pants. He will not be able to identify which ones he bought on that day, however he will bag up a collection of miscellaneous golf shirts and pants and have thos delivered to the trustee.

Date:   November 19, 2010            /e/ Barbara J. May
                                      Barbara J. May
                                      2780 N. Snelling #102
                                      Roseville, MN  55113
                                      651-486-8887
                                      Attorney ID 129689

Debtor herein, having reviewed the attached document, declares under penalty of perjury that he knows the information contained herein to be true and correct to the best of his knowledge.

Dated: 12/1/10

_____
DENNIS E. HECKER

Dated:_____    _____

| | | |
|---|---|---|
| STATE OF MINNESOTA | ) | |
| | ) SS | Case No.:BKY  09-50779 |
| COUNTY OF RAMSEY | ) | |

Barbara J. May, being duly sworn upon oath, says that on the 6th day of  December, 2010, she served via

US Mail, the Debtor's response to motion for turnover upon:


U.S. Trustee                                                                              BY ELECTRONIC NOTICE
1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

RANDY SEAVER                                                                    BY ELECTRONIC NOTICE
12400 PORTLAND AVE S
SUITE 132
BURNSVILLE, MN  55337

MATTHEW BURTON                                                             BY ELECTRONIC NOTICE
LEONARD, O'BRIEN, SPENCER, GALE AND SAYER
100 S. 5TH STREET
SUITE 2500
MPLS, MN  55402

ALL PARTIES IN INTEREST                                                  BY ELECTRONIC NOTICE



   /e/ Barbara J. May

  Barbara J. May