## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

-------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                                           **NOTICE OF SETTLEMENT**

      Debtor.

-------------------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On January 20, 2011, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtors named above will settle a controversy as follows: In June, 2010, the debtor converted Prudential Life Insurance monies that were property of the Estate in an amount exceeding $140,000. Many of those funds were used to purchase Western Union money orders. The debtor was, until recently, a member of Lafayette. Some of these money orders, totaling $4,750, were endorsed over to Lafayette for payment on the debtor's account. This money was received by Lafayette on June 25, 2010 and credited to the debtor's account. Of this $4,750 in money orders, $1,017.07 were returned to the debtor as an overpayment on July 21, 2010. On November 12, 2010, the trustee sent a letter to Lafayette demanding the immediate return of the stolen monies. In order to prevent the risk of litigation in this matter, Lafayette agreed to repay the amount of $3,732.93 in full satisfaction of the trustee's demand. The trustee believes the settlement Lafayette is reasonable and in the best interests of the estate.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | below) |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: December 20, 2010              /e/ Randall L. Seaver
                                       Randall L. Seaver, Trustee
                                       12400 Portland Avenue South, Suite 132
                                       Burnsville, MN 55337
                                       (952) 890-0888