## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---

In re:

Dennis E. Hecker,

     Debtor.

---

BKY No. 09-50779

**ORDER**

This case is before the court on the trustee's notice of settlement filed on December 1, 2010 regarding a settlement between the trustee and Jessica Robb. No objections to that notice of settlement were filed or served. Based on the file,

IT IS ORDERED: The settlement agreement between the trustee and Jessica Robb is approved.

Dated: January 03, 2011

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 01/03/2011
Lori Vosejpka, Clerk, by LMH