# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

In re:

Dennis E. Hecker,

      Debtor.

---

BKY No. 09-50779

**ORDER**

     This case is before the court on the trustee's notice of settlement filed on December 2, 2010 regarding a settlement between the trustee and Chrysler Financial Services Americas, LLC. No objections to the settlement were filed or served. Based on the file,

     IT IS ORDERED: The settlement between the trustee and Chrysler Financial Services Americas, LLC is approved.

Dated: *January 03, 2011*

                                     /e/ Robert J. Kressel
                                     Robert J. Kressel
                                     United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/03/2011*
Lori Vosejpka, Clerk, by LMH