# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone (952) 890-0888
Facsimile (952) 890-0244

January 19, 2011

The Honorable Robert J. Kressel
U.S. Bankruptcy Judge
Courtroom 8 West
300 South Fourth Street
Minneapolis, MN 55415

RE: Dennis E. Hecker
BKY No. 09-50779

Dear Judge Kressel:

I am writing to request permission to schedule a motion to seek approval of payment of professional fees to two professionals, Wixon Jewelers, Inc. and Embellir Gallery of Gems, LLC, both of whom were hired to provide services to the estate. Thank you for your consideration.

Very truly yours,

/e/ Randall L. Seaver

Randall L. Seaver
Trustee
rlseaver@fullerseaverramette.com

RLS:klf

C:\Data\randy\Seaver\Hecker\1012567\2nd ltr to Kressel re request for approval of payment.wpd