## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

--------------------------------------------------

In re:

Dennis E. Hecker,

       Debtor.

--------------------------------------------------

BKY No. 09-50779

**ORDER**

This case is before the court on the trustee's notice of settlement filed on December 20, 2010, regarding a settlement between the trustee and Lafayette. No objections to the settlement were filed or served. Based on the file,

IT IS ORDERED: The settlement between the trustee and Lafayette is approved.

Dated: *January 20, 2011*

/e/ Robert J. Kressel
_____
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/20/2011*
Lori Vosejpka, Clerk, by LMH