UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779

Dennis E. Hecker,  Chapter 7

      Debtor.

**ORDER AUTHORIZING EXPEDITED SALE OF ASSETS OF
DEBTOR FREE AND CLEAR OF INTERESTS**

This case is before the court on the motion of Randall L. Seaver, the trustee seeking an order authorizing a sale of assets free and clear of interests.

Based on the motion and the file,

**IT IS ORDERED**:

1. The trustee is entitled to expedited relief.

2. The trustee is authorized to sell the following interest in real property to H. Michael Kurzman or his assigns for the sum of $114,000.00:

    Timbers Club Social Interest S06, consisting of a social interest with parking space #95 and ski locker #98 known as Timbers Club Social #S06, 0065 Timbers Club Court, Snowmass Village, CO 81615

3. The trustee may sell the interest of Tamitha Hecker in the real estate.

4. The proceeds of sale shall be divided pursuant to the trustee's settlement with Tamitha Hecker subject to the lien rights of Becky Toeves Rooney in the share of Tamitha Hecker.

5. The property and rights sold shall be free and clear of any interest in such property pursuant to 11 U.S.C. §363(a), (b) and (f) with such interests, if any, attaching to the proceeds of sale with the same priority, dignity and effect as such interest existed pre-petition.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/22/2011*
Lori Vosejpka, Clerk, by LMH

6. Notwithstanding Bankruptcy Rule 6004(h), this order is effective immediately.

Dated: February 22, 2011

/e/ Robert J. Kressel
United States Bankruptcy Judge

434619