# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker, **NOTICE OF SALE**

        Debtor.

---------------------------------------------------

To: The United States Trustee, all creditors and other parties in interest.

On April 14, 2011 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows: pursuant to judgments held against Dennis Hecker and Christi Rowan, the trustee, on December 10, 2010 exercised judgment rights to execute upon personal property located at 1615 North Ridge Drive, Medina, MN. The trustee has agreed to sell to Palladium Holdings, LLC the estate's interest in a pool table, refrigerators, stoves and appliances, dining room table and chairs, a desk, all furniture, all wall hangings, televisions and all other household goods and office furniture remaining at North Ridge in exchange for a payment to the trustee of $3,000. Given the cost of moving items from the home for sale at auction and after consultation with Fred Radde, the trustee believes the sale price to be reasonable.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: March 18, 2011                  /e/ Randall L. Seaver
                                                           Randall L. Seaver, Trustee
                                                           12400 Portland Avenue South, Suite 132
                                                           Burnsville, MN 55337
                                                           (952) 890-0888