

**U.S. Department of Justice**
United States Attorney's Office
District of Minnesota
300 South 4th St.
600 U.S. Courthouse
Minneapolis, MN 55415
Phone: (612) 664-5715
Fax: (612) 664-5574

RECEIVED
11 MAR 21 AM 9:32
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

March 17, 2011

Clerk of Court
Estate of Dennis E. Hecker
c/o The Clerk of U.S. Bankruptcy Court
300 South Fourth Street
Minneapolis, MN 55415

Re: United States v. Christi Michele Rowan
Case Number 2010R00161 and Court Docket Number: 10-CR-00091

Dear Clerk of Court:

Your name was forwarded to our office by law enforcement as a victim (or potential victim) in the above mentioned criminal case. We will continue to provide you with updated scheduling and event information as the case proceeds through the criminal justice system. The enclosed information provides instructions for accessing the Victim Notification System (VNS) Call Center and VNS web site.

Defendant Christi Michele Rowan has been sentenced by the Court. The Court ordered the defendant to the following:

Incarceration of 1 year(s) 2 month(s)
Followed by Supervised Release of 5 year(s)
Special Assessment of $200.00

The Court ordered restitution to be paid in case 2010R00161 in the total amount of $9,000.00 to Estate of Dennis E. Hecker. While the Court has ordered restitution in this case, it does not mean the defendant(s) will make restitution payments. In the event restitution payments are received from the defendant, the funds will be distributed by the Clerk of the United States District Court. It is your responsibility to keep our Office and the Clerk's Office advised of any address changes.

The Victim Notification System (VNS) is designed to provide you with information regarding the case as it proceeds through the criminal justice system. You may obtain current information about this case on the VNS web site at WWW.Notify.USDOJ.GOV or from the VNS Call Center at 1-866-DOJ-4YOU (1-866-365-4968) (TDD/TTY: 1-866-228-4619) (International: 1-502-213-2767). In addition, you may use the Call Center or Internet to update your contact information and/or change your decision about participation in the notification program. If you update your contact information to include a current email address, VNS will send information to that email address. In order to continue to receive notifications, it is your responsibility to keep your contact information current.

You will use your Victim Identification Number (VIN) '**3159736**' and Personal Identification Number (PIN) '**3936**' anytime you contact the Call Center and the first time you log on to the VNS web site. In addition, the first time you access the VNS Internet site, you will be prompted to enter your last name (or business name) as currently contained in VNS. The name you should enter is Estate of Dennis E. Hecker.

Remember, VNS is an automated system and cannot answer questions. If you have other questions which involve this matter, please contact this office at the number listed above.

Sincerely,

B. Todd Jones
United States Attorney

ADAN PEREZ
Victim Witness Specialist