MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

--------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                                    NOTICE OF SETTLEMENT

        Debtor.

--------------------------------------------------

To:   The United States Trustee, all creditors and other parties in interest.

On May 13, 2011, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows: Randall L. Seaver is the duly appointed Chapter 7 Trustee in the above case, which was commenced by the filing of a voluntary Chapter 7 petition on June 4, 2009. Christi Rowan delivered certain Western Union money orders ("Money Orders"), totaling $7,500, to TCF. The trustee asserted to TCF that the Money Orders represented Prudential Life Insurance funds which had been stolen from the bankruptcy estate. The trustee asserted to TCF that the funds transferred to TCF through the Money Orders were recoverable from TCF. TCF denied that it had liability to the trustee arising from its receipt of the Money Orders. The trustee had TCF have agreed to settle all issues relating to the receipt by TCF of the Money Orders on the following terms: (1) TCF shall pay to the trustee the sum of $4,000 upon execution of this Agreement. If the settlement is not approved, the $4,000 settlement payment shall be returned to TCF; and (2) Upon Bankruptcy Court approval of this Agreement and the trustee's receipt of the $4,000 settlement payment, any and all claims of the trustee arising from or relating to the delivery to TCF of the Money Orders shall be waived and released. The trustee believes the above settlement to be reasonable and in the best interests of the estate.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
| --- | --- | --- |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: April 13, 2011

                                                                                /e/ Randall L. Seaver
                                                                                Randall L. Seaver, Trustee
                                                                                12400 Portland Avenue South, Suite 132
                                                                                Burnsville, MN 55337
                                                                                (952) 890-0888