MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                                         **NOTICE OF SETTLEMENT**

               Debtor.

---------------------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On May 19, 2011, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the Debtors named above will settle a controversy as follows: A settlement agreement between the parties hereto was previously approved and the obligations under that settlement agreement have been performed. The parties' prior settlement agreement inadvertently omits disposition of the estate's interest in two additional policies owned by the debtor as of the petition date, Policy Number V1 002 304 having a cash surrender value of $10,646.38 and Policy Number 94 550 031 having a cash surrender value of $2,829.33. The parties desire to effect the surrender of policies numbered V1-002-304 and 94 550 031. The parties agree to settlement regarding the above policies on the following terms: (1) Policies numbered V1-002-304 and 94 550 031 are hereby deemed surrendered and Prudential shall pay to the estate the sum of $10,646.38 representing the surrender value of policy number V1-002-304 and $2,829.33 representing the surrender value of policy number 94 550 031. (2) Immediately upon approval of this agreement, Prudential shall turn over to the trustee checks in the amount of $10,646.38 representing the surrender value of policy number V1-002-304, and a check in the amount of $2,829.33 representing the surrender value of policy number 94 550 031. (3) The parties further agree that, in the event any additional policies owned by the estate having cash value are later discovered, the trustee shall be authorized to immediately surrender those policies to Prudential and receive the cash value thereof. The trustee believes the above settlement to be reasonable and in the best interests of the estate.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
| --- | --- | --- |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: April 19, 2011  /e/ Randall L. Seaver
Randall L. Seaver, Trustee
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337
(952) 890-0888