MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,   **NOTICE OF SETTLEMENT**

        Debtor.

---------------------------------------------------

To: The United States Trustee, all creditors and other parties in interest.

On May 20, 2011 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtors named above will settle a controversy as follows: The Federal Bureau of Investigation ("FBI") is holding $10,000 that was seized from a safe deposit box held in the name of William J. Prohofsky. Randall L. Seaver, Trustee in the Dennis E. Hecker bankruptcy estate, and the personal representative of the probate estate of William J. Prohofsky ("PR") both claim ownership of the $10,000. ADV Case No. 11-5001 is pending regarding the ownership of those funds. The parties desire to resolve the issues relating to ownership of the $10,000, and the pending adversary proceeding on the following terms: (1) the parties agree to equally share the $10,000 and to request that the FBI deposit the cash and then have a cashier's check in the amount of $10,000 issued to the Trustee who will, in turn, deposit the cashier's check and issue another check in the amount of $5,000 to the PR. The bankruptcy estate shall keep $5,000. (2) Upon court approval of this settlement, the parties shall cause ADV No. 11-5001 to be dismissed with prejudice. The trustee believes the settlement to be reasonable and in the best interest of the estate.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | below) |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: April 21, 2011                                /e/ Randall L. Seaver
                                                            Randall L. Seaver, Trustee
                                                            12400 Portland Avenue South, Suite 132
                                                            Burnsville, MN 55337
                                                            (952) 890-0888