MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,  **NOTICE OF SALE**

       Debtor.

------------------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On May 18, 2011 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows: the trustee has received an offer from Be Iced Jewelers to purchase from the estate the following jewelry: (1) woman's 18k gold fashion ring with gem stones for the price of $84.81 (Rowan); (2) woman's platinum semi-mount ring (no stone) for the price of $183.93 (Rowan); (3) silver Tiffany bracelet for the price of $44.12 (Rowan); (4) woman's 18k gold fashion ring for the price of $357.05 (Rowan); (5) men's 14k gold ring with Onyx for the price of $139.64. The trustee will sell the jewelry to Be Iced Jewelers for those amounts or such adjusted amount as may be in effect at the time of sale approval as a result of fluctuations in gold price. The trustee believes the offer to be reasonable.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
| --- | --- | --- |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: April 21, 2011                                /e/ Randall L. Seaver
                                                                          Randall L. Seaver, Trustee
                                                                          12400 Portland Avenue South, Suite 132
                                                                           Burnsville, MN 55337
                                                                            (952) 890-0888