MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                                    NOTICE OF ABANDONMENT

        Debtor.

---------------------------------------------------

To: The United States Trustee, all creditors and other parties in interest.

On May 24, 2011 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will abandon property of the estate as follows: the trustee will abandon the estate's equity ownership interest in Inver Grove Holdings, LLC, Inver Grove Investments, LLC and Inver Grove Investments, Inc., because none of those entities have any equity value.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: April 29,                        /e/ Randall L. Seaver
                                        Randall L. Seaver, Trustee
                                        12400 Portland Avenue South, Suite 132
                                        Burnsville, MN 55337
                                        (952) 890-0888