UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                               BKY No. 09-50779

Dennis E. Hecker,                                      Chapter 7

                 Debtor.

---

**NOTICE OF HEARING AND MOTION FOR AN ORDER
AUTHORIZING SALE OF ASSETS FREE AND CLEAR OF LIENS**

---

To:      Parties specified in Local Rule 9013-3.

        1.         Randall L. Seaver, the duly-appointed Chapter 7 Trustee in the above-referenced bankruptcy case ("**Trustee**"), moves the Court for the relief requested below and gives notice of hearing.

        2.         The Court will hold a hearing on this motion at 9:00 a.m. on May 25, 2011 Courtroom No. 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415 or as soon thereafter as counsel can be heard.

        3.         Any response to this motion must be filed and delivered no later than May 20, 2011 which is five (5) days before the time set for the hearing (including Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

        4.         This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334, Rule 5005 of the Federal Rules of Bankruptcy Procedure, and Local Rules 1070-1 and 1073-1. This is a core proceeding. This case was commenced as a voluntary Chapter 7 proceeding on June 4, 2009. The case is now pending before this Court.

        5.         This Motion arises under 11 U.S.C. §363(b) and (f) and Bankruptcy Rule 6004.

6. The Trustee possesses the following property ("**Property**") which he desires to sell by way of auction to be held on June 20, 2011 at 5:00 p.m. at the Fred Radde Auctionhouse, 5545 Country Road 33, New Germany, MN:

SEE ATTACHED EXHIBITS A AND B

7. The auction will be conducted by Fred W. Radde & Sons, Inc. of New Germany, Minnesota.

8. The auction sale will be free and clear of the interests of any parties.

9. The Trustee does not believe that any party holds a perfected non-avoidable security interest in the Property, except, perhaps, the Internal Revenue Service.

10. It is believed, based upon the Trustee's investigation, that the Linus statue is property of Denny Hecker's Automotive Group, Inc. which is subject to a restitution order in the Dennis E. Hecker criminal case. The Trustee will pay the proceeds of the sale of the Linus statue to the Federal District Court, less costs of recovery and auction commissions.

11. There are a number of Louis Vuitton travel bags which were recovered by the Trustee. Tamitha Hecker claims an ownership in some, but not all, of the Louis Vuitton bags. The bags were in the possession of Debtor and Christi Rowan and were seized by the Trustee to aid in execution of judgments in the Trustee's favor against the Debtor and Rowan. The Trustee intends to sell the Louis Vuitton bags and retain the proceeds until further order of this Court.

12. Pursuant to Local Rule 9013-2(c), the Trustee gives notice that he may, if necessary, testify at the hearing regarding the proposed sale.

**WHEREFORE**, the Trustee moves the Court for an order authorizing the Trustee to cause the property described herein to be sold at auction with the sale being free and clear of interests in such property pursuant to 11 U.S.C. §363(b) and (f) with such interests, if any, attaching to the proceeds of sale with the same priority, dignity and effect as such interests existed pre-petition and granting such other relief as the Court may deem just and equitable.

**LEONARD, O'BRIEN
SPENCER, GALE & SAYRE, LTD.**

Dated: May 2, 2011

/e/ Matthew R. Burton
By_____
Matthew R. Burton, #210018
Attorneys for Randall L. Seaver, Trustee
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
(612) 332-1030

# VERIFICATION

       I, Randall L. Seaver, Trustee of the Bankruptcy Estate of Dennis E. Hecker, the moving party named in the foregoing Notice of Hearing and Motion for an Order Authorizing Sale of Assets Free and Clear of Liens, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

/e/ Randall L. Seaver

Dated: May 2, 2011                                _____

Randall L. Seaver, Trustee

436748

## Exhibit A

A. The items in this section were taken by the trustee from 1615 North Ridge on December 10, 2010. All net proceeds from the sale of the items in this section, except the Louis Vuitton luggage will be applied to reduce judgments held by the trustee against Christi Rowan or Dennis Hecker. Tamitha Hecker asserts an interest in some or all of the Louis Vuitton luggage, and proceeds from the sale of those items will be allocated in a manner determined by the court.

1. Large brown leather Coach purse - Christi Rowan
2. Regular size brown leather Coach purse - Christi Rowan
3. Mont Blanc pen in case
4. Mont Blanc cuff links
5. "DH" necklace charm
6. Black bear cuff links
7. Butterfly cuff links
8. Red square cuff links
9. Small gold chain with bear
10. Gold rope bracelet
11. Dodge watch
12. Timex watch
13. Mercury Head dime Von Maur cuff links
14. Silver fashion bracelet
15. Monte Verde pen - no case
16. Black pen with Chrysler star
17. Duck cuff links
18. Black/gold earrings
19. Gold colored bracelet
20. Silver shamrock cuff links
21. Other cuff links
22. Single Mercury head/Mercury dime gold cuff link
23. J.J. Weston gold/black cuff links and tie tacks in gold colored box
24. Louis Vuitton luggage:
    a. Folding garment bag with Rowan name tag
    b. Folding garment bag with Rowan name tag
    c. Carrying bag with Dennis Hecker name tag
    d. Carrying bag with Rowan name tag
    e. Carrying bag with Hecker name tag
    f. Carrying bag with Hecker and Rowan name tags
    g. Small carrying bag
25. Black leather "Tod's" bag
26. Faberge glasses in blue case; collection of 4, but missing 1
27. Crystal Waterford Eagle in box
28. Moncler black leather purse
29. Moncler brown fur purse
30. A Tommy Bahamas and a Tommy Hilfiger watch. These items have been certified by Wixon to be authentic.

B. The items in this section were taken by the trustee from 1615 North Ridge on December 10, 2010. The trustee believes these items were pre-petition property of Dennis Hecker and became property of the bankruptcy estate upon his bankruptcy filing. Accordingly, sale funds received from these items will not be applied to reduce judgments against Hecker or Rowan:

1. Lil Abner watch
2. Eight $2 bills, some sequential
3. One 1953 $2 bill with handwriting that says "This bill was acquired the day before Christmas, 1966"
4. Six "Hard Rock" $10 poker chips
5. Two $5 Mirage poker chips
6. Framed $2 bills
7. 12 Douglas Magnus silver/14k gold belt buckles
8. 3 sterling silver Douglas Magnus belt buckles
9. 3 Douglas Magnus belt loops
10. 9 Douglas Magnus belt tips/sterling silver
11. 3 sterling silver belt tips, one with Texas badge, artist unknown
12. 1 Bandera belt loop
13. 7 silver belt buckles - Santa Fe Style
14. Assorted golf clubs and bags as further described at Exhibit B hereto
15. Patrick Henry High School class ring believed to be that of Dennis Hecker
16. Gold/diamond men's ring

C. The trustee believes the following items were purchased by Dennis Hecker using Prudential Life Insurance monies which were estate property, and taken by Hecker. Net proceeds from the sale of these items will be applied to the trustee's judgment against Hecker:

1. Brioni/Nieman Marcus brown suit
2. Tailorbyrd shirt to match suit
3. Facconable shirt to match suit.
4. Assorted new clothing from Golf Galaxy

D. The following items were turned over by Christi Rowan pursuant to the judgment entered against her in ADV No. 10-5004, and net proceeds will not be applied to the monetary judgment against Rowan:

1. Dennis Brasso fur coat - Christi Rowan recovery
2. Silver Chanel fashion ring

E. The following items were recovered pursuant to a settlement with Pat Terhaar and net proceeds will not be applied to the judgments against Hecker or Rowan:

1. Bronze bears

F. The following item appears to have been property of Denny Hecker's Auto Group, Inc. Pursuant to an agreement with the Office of the U.S. Attorney, this item will be sold at auction. The sale proceeds, after deduction of Fred Radde 's expenses and commission, will be paid into the United States District Court pursuant to the March 1, 2011 order entered in the case of U.S. v. Hecker, Criminal Number 10-32(1).

1. Linus (Peanut's character) statue

G. At the prior auction of Hecker watches, two Rolex watch sales did not close. Those watches will be offered at this auction. The watches are as follow:

1. Platinum Rolex Perpetual Day Date watch, Model 18946
2. Gold Rolex Daytona watch, Model 16528

Both watches have been authenticated by Wixon Jewelers as genuine Rolex watches, with some after-market additions to the Platinum Rolex.

437888

# EXHIBIT B

**GOLF CLUBS AND BAGS**

1. (1) White Leather Hot Z Cart Bag – Bob Hope Chrysler Classic
    a. Bobby Jones Woods
        i. 19°
        ii. 45°
        iii. 48°
    b. Callaway FT i-brid Irons
        i. 3, 4, 5, 6, 7, 8 and 9 Irons
        ii. A Wedge
        iii. S Wedge
        iv. P Wedge
    c. Ping G2i Putter
    d. Odyssey White Hot Putter (in plastic bag)

2. (1) Titleist cloth walking bag (Wayzata Country Club Tag-"Hecker")
    a. Woods
        i. Taylor Made R7
        ii. Taylor Made R5
    b. Irons
        i. Taylor Made rac Irons 6, 7, 8, 9, S-Wedge, P-Wedge
        ii. Taylor made r7 cgb Irons 4, 5, A-Wedge
        iii. Callaway Wedge
    c. Taylor Made Putter

3. Loose Clubs
    a. Drivers:
        i. Taylor Made
            1. 10.5° Burner
            2. 21° 7 wood Burner
            3. 10.5° R9
            4. 9.5° R7
            5. R5 3 wood
        ii. Ping 10.5° Rapture 460cc
    b. Putters
        i. Titleist- Scotty Cameron
        ii. Wilson Harmonized
        iii. FA-1 Liquidmetal
        iv. Wilson Staff 8813
    c. Irons
        i. R7 cgb irons 4, 6, P-Wedge, L-Wedge
        ii. R7 cgb max irons 3, 5, 6, S-Wedge

436979

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:

Dennis E. Hecker,

      Debtor.

_____

BKY No. 09-50779

Chapter 7

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2011, I caused the following documents:

*Notice of Hearing and Motion for an Order Authorizing Sale of Assets Free and Clear of Liens and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

SEE ATTACHED SERVICE LIST

Dated: May 2, 2011

/e/ Stephanie Wood
_____
Stephanie Wood
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
(612) 332-1030

436415

| | | |
|---|---|---|
| UNITED STATES RENT A CAR<br>4744 PARADISE ROAD<br>LAS VEGAS, NV  89121 | ACE INSURANCE COMPANY<br>P.O. BOX 294836<br>CLEVELAND OH 44101 | ALDRIDGE, DAN<br>1600 KENWOOD PKWY.<br>MINNEAPOLIS MN 55405 |
| ALLEN EIDE<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 | AMERICAN BANK<br>1060 DAKOTA DRIVE<br>MENDOTA HEIGHTS MN 55120 | AMERICAN EXPRESS<br>P. O. BOX 0001<br>LOS ANGELES CA 90096 |
| AMERICAN NAT'L BANK OF MN<br>7638 WOIDA RD<br>BAXTER MN 56425 | ANCHOR BANK<br>1570 CONCORDIA AVE<br>SAINT PAUL MN 55104 | ANCHOR BANK<br>P.O. BOX 7933<br>MADISON WI 53707 |
| AV CARD/OASIS<br>164 LAKE FRONT DR<br>COCKEYSVILLE MD 21030 | AXIS CAPITAL, INC.<br>308 N LOCUST ST<br>PO BOX 2555<br>GRAND ISLAND NE 68802 | AXLE CAPITAL, LLC / SAGECREST<br>3 PICKWICK PLAZA<br>GREENWICH CT 06830 |
| AMERICAN BANK<br>1578 UNIVERSITY AVENUE W<br>SAINT PAUL, MN 55104 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | BARBARA LYNN CUTTER<br>10175 SPRING MTN. ROAD, #1151<br>LAS VEGAS, NV 89117 |
| BAYPORT MARINA ASSOCIATION<br>200 5TH STREET<br>BAYPORT MN 55003 | BELISLE, WAYNE<br>1843 EAGLE RIDGE DR<br>SAINT PAUL MN 55118 | BELLAGIO<br>3600 LAS VEGAS BLVD<br>LAS VEGAS NV 89109 |
| BREICH, WALTER<br>13670 -- 122ND STREET<br>NORWOOD YOUNG AMERICA MN 55368 | BREMER BANK<br>633 SOUTH CONCORD STREET,<br>SUITE 350<br>SOUTH ST. PAUL MN 55075 | BRIGGS & MORGAN PA<br>2200 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS MN 55402 |
| C AND C BOAT WORKS<br>36448 CTY RD 66<br>CROSSLAKE MN 56442 | CA BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO CA 94279-7072 | CA DEPT OF MOTOR VEHICLES<br>PO BOX 942869<br>SACRAMENTO CA 94269-0001 |
| CARLTON FINANCIAL CORPORATION<br>PO BOX 580<br>WAYZATA, MN 55391-0580 | CENTER POINT ENERGY<br>P.O. BOX 1144<br>MINNEAPOLIS MN 55440 | CESSNA AIRCRAFT COMPANY<br>P.O. BOX 12270<br>WICHITA KS 67277 |
| CHRYSLER FINANCIAL<br>CIMS 740-01-19<br>6400 S FIDDLERS GREEN CIR., STE. 700<br>ENGLEWOOD CO 80111-4979 | CITY OF ASPEN<br>130 S. GALENA ST.<br>ASPEN CO 81611 | CITY OF BAYPORT<br>294 N. 3RD STREET<br>BAYPORT MN 55003 |

| | | |
|---|---|---|
| CITY OF MEDINA<br>2052 CO RD 24<br>HAMEL MN 55340 | COMMUNITY NATIONAL BANK<br>845 EAST COUNTY ROAD E<br>VADNAIS HEIGHTS MN 55127 | D&H DOCKS<br>23624 SMILEY ROAD<br>NISSWA, MN 56468 |
| COOPERATIVE POWER<br>P.O. BOX 69<br>TWO HARBORS MN 55616 | CORNERSTONE BANK<br>2280 45TH STREET SOUTH<br>FARGO, ND 58104 | CROSSLAKE PROPERTY SOLUTIONS<br>P.O. BOX 810<br>CROSSLAKE MN 56442 |
| CROW WING COUNTY TREASURER<br>JUDICIAL CENTER<br>213 LAUREL ST<br>BRAINERD MN 56401 | DEERWOOD BANK<br>611 WASHINGTON STREET NE<br>BRAINERD MN 56401-3377 | DON GILBERT<br>1700 PHEASANT RUN<br>HUDSON WI 54016 |
| DONALD M HALSTEAD III<br>15626 SUNSET WAY<br>BRAINERD MN 56401 | ELIZABETH A JOHNSON<br>PO BOX 624<br>PINE RIVER MN 56474 | ENCORE BANK<br>3003 TAMIAMI TRAIL NORTH, #100<br>NAPLES FL 34103 |
| EXXONMOBILE OIL CORPORATION<br>ATTN JENNIFER FRASER<br>120 MCDONALD STREET SUITE B<br>SAINT JOHN NB CANADA E2J 1M5 | FAMILY HOLDINGS OF MN LLC<br>11614 ECHO BAY DRIVE<br>CROSSLAKE MN 56442 | FIFTH THIRD BANK<br>C/O RICHARD J. SWIFT, JR.<br>GARLICK STETLER & SKRIVIAN<br>9115 CORSEA DE FONTANA WAY, #100<br>NAPLES FL 34109 |
| GE CAPITAL<br>1415 WEST 22ND STREET, #600<br>OAKBROOK IL 60523 | GE CAPITAL, FLEET SERVICES<br>3 CAPITAL DRIVE<br>EDEN PRAIRIE MN 55344 | GELCO CORPORATION<br>THREE CAPITAL DRIVE<br>ATTN: GENERAL COUNSEL<br>EDEN PRAIRIE MN 55344 |
| GEMB LENDING INC<br>2995 RED HILL AVE STE 250<br>COSTA MESA CA 92626 | GEMB LENDING, INC.<br>P.O. BOX 57091<br>IRVINE CA 92619 | GMAC MORTGAGE<br>1100 VIRGINIA DRIVE<br>FORT WASHINGTON, PA 19034 |
| GMAC MORTGAGE<br>P.O. BOX 4622<br>WATERLOO IA 50704 | GMAC, LLC<br>15303 94TH AVENUE<br>ORLAND PARK IL 60462 | GWYN M DOENZ<br>10600 COUNTRY DRIVE<br>PINE CITY MN 55063 |
| HECKER, SANDRA<br>13755 - 84TH PL N<br>MAPLE GROVE MN 55369 | HENNEPIN COUNTY TREASURER<br>300 S SIXTH ST<br>A600 GOVERNMENT CNT<br>MINNEAPOLIS MN 55487 | HOLY CROSS ENERGY<br>3799 HWY 82<br>GLENWOOD SPRINGS CO 81602 |
| HOME FEDERAL SAVINGS BANK<br>1016 CIVIC CENTER DR NW<br>STE 300<br>ROCHESTER MN 55903 | HSBC BANK NEVADA NA<br>BASS & ASSOCIATES, PC<br>3936 E FT LOWELL RD, STE 200<br>TUCSON AZ 85712 | HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>MOUNTAIN VALLEY CA 92708 |

| | | |
|---|---|---|
| INTER BANK<br>P.O. BOX 986<br>NEWARK NJ 07184 | INTERBANK EDINA<br>3400 WEST 66TH STREET, SUITE 100<br>EDINA MN 55435 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>389 US COURTHOUSE 316 N ROBERT<br>ST. PAUL MN 55101 |
| IRS<br>DEPARTMENT OF TREASURY<br>OGDEN UT 84201 | JACOB HOLDINGS OF MEDINA, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 | JACOB PROPERTIES OF ASPEN, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 |
| JASON S. COLBAUGH<br>PO BOX 1220<br>BRAINERD MN 56401 | JAVAN CARL<br>13942 GRAND OAKS DR<br>BAXTER MN 56425 | JAVER ESQUIVEL<br>2807 W AVE 30<br>LOS ANGELES CA 90065 |
| JC BROMAC<br>11860 S. LA CIENEGA BLVD.<br>LOS ANGELES CA 90250 | JOHN J. SORCI TRUST<br>2300 EAST VALLEY COURT<br>SAN JOSE CA 95148 | JP MORGAN CHASE BANK, N.A.<br>726 MADISON AVENUE<br>NEW YORK NY 10021 |
| KAPLAN STRANGIS & KAPLAN PA<br>5500 WELLS FARGO CENTER<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402 | KELLY K. HECKER<br>13905 - 53RD AVE N. APT. 1<br>PLYMOUTH MN 55446 | KLEINBANK<br>14141 GLENDALE ROAD<br>SAVAGE MN 55378 |
| KSTP-FM LLC<br>3415 UNIVERSITY AVE<br>SAINT PAUL MN 55114 | LAKE BANK, N.A., THE<br>613 FIRST AVENUE<br>TWO HARBORS MN 55616 | LLOYD SECURITY<br>204 N. FIRST STREET<br>MINNEAPOLIS MN 55401 |
| MICHAEL B. LUBIC<br>10100 SANTA MONICA BLVD, 7TH FL.<br>LOS ANGELES, CA 90067 | M&I BANK<br>770 N. WATER STREET<br>MILWAUKEE WI 53202 | MAC OF PINE CITY, LLC<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 |
| MARC D. KOHL<br>39101 DARLING LANE<br>HINCKLEY MN 55037 | MARC E TRESSLER<br>147C W. 116TH AVE, APT. 17<br>DENVER CO 80234-2853 | MARSH CONSUMER<br>333 SOUTH SEVENTH, STE 1600<br>MINNEAPOLIS MN 55402-2427 |
| MARSHALL BANK FIRST<br>225 SOUTH SIXTH STREET, SUITE 2900<br>MINNEAPOLIS MN 55402 | MCENROE, CATHERINE<br>LEONARD STREET & DEINARD<br>150 S FIFTH ST STE 2300<br>MINNEAPOLIS MN 55402 | MICHAEL REYES<br>PO BOX 205<br>BACKUS MN 56435 |
| MIKDEN PROPERTIES<br>7002 6TH STREET NORTH<br>OAKDALE MN 55128 | MINNESOTA DEPT. OF REVENUE<br>MAIL STATION 7701<br>SAINT PAUL MN 55146-7701 | MINNESOTA DEPT. OF REVENUE<br>PO BOX 64649<br>SAINT PAUL MN 55164-0649 |

| | | |
|---|---|---|
| MN DEPT OF PUBLIC SAFETY<br>DRIVER & VEHICLE SERVICES<br>445 MINNESOTA ST<br>SAINT PAUL MN 55101-5160 | NATHAN THIEMAN<br>1030 8TH AVE SW<br>PINE CITY MN 55063 | NEIMAN MARCUS<br>P.O. BOX 5235<br>CAROL STREAM IL 60197 |
| NEVADA STATE BANK<br>6505 NORTH BUFFALO DRIVE<br>LAS VEGAS NV 89131 | NIEDERNHOEFER, MANFRED<br>1563 RIVERCREST RD<br>LAKELAND MN 55043 | NITROGREEN<br>P.O. BOX 41<br>MAPLE PLAINE MN 55359 |
| NORTHMARQ CAPITAL<br>3500 AMERICAN BLVD WEST,<br>SUITE 500<br>BLOOMINGTON MN 55431 | NORTHRIDGE FARM<br>ASSOCIATION<br>P.O. BOX 767<br>WAYZATA MN 55391 | NORTHWOODS BANK<br>PO BOX 112<br>PARK RAPIDS MN 56470 |
| OLD REPUBLIC SURETY<br>1503 - 42ND ST<br>STE 100<br>DES MOINES IA 50305 | PRALLE, GARY<br>3625 PINE HOLLOW PL<br>STILLWATER MN 55082 | PREMIER AQUARIUM<br>6340 IRVING AVE S.<br>RICHFIELD MN 55423 |
| PREMIER BANKS<br>1875 W. HIGHWAY 36<br>ROSEVILLE MN 55113 | PRESS A DENT INC<br>1154 S HIGH ST<br>DENVER CO 80210 | PRINDLE, DECKER & AMARO, LLP<br>310 GOLDER SHORE - 4TH FLOOR<br>LONG BEACH CA 90802 |
| PROFESSIONAL SERVICE BUREAU<br>11110 INDUSTRIAL CIRCLE NW<br>STE B<br>ELK RIVER MN 55330-0331 | MICHAEL W. MALTER<br>BINDER & MALTER LLP<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | R. OLSON / WATERFORD PROPERTIES<br>73 N. BROADWAY<br>FARGO ND 58102 |
| RANDY'S SANITATION<br>P.O. BOX 169<br>DELANO MN 55328 | RIVERLAND BANCORPORATION<br>700 SEVILLE DRIVE<br>JORDAN MN 55352 | RIVERWOOD BANK<br>LOAN PRODUCTION OFFICE<br>PO BOX 899<br>CROSSLAKE MN 56442 |
| ROE, JESSICA LIPSKY, ESQ.<br>BERNICK LIFSON ET AL<br>500 WAYZATA BLVD STE 1200<br>MINNEAPOLIS MN 55416 | ROYAL JEWELERS<br>73 BROADWAY<br>FARGO, ND 58102 | RUTH ANN BIEDERMAN<br>414 7TH AVE NE<br>PINE CITY MN 55063 |
| SCHUYLER SCARBOROUGH<br>19181 SPENCER ROAD UNIT #15<br>BRAINERD MN 56401 | SCOTT A. KEYPORT<br>1802 AIRWAVES RD NE<br>PINE CITY MN 55063 | SILVER CLIFF ASSOCIATION<br>1201 CEDAR LAKE RD S.<br>MINNEAPOLIS MN 55416 |
| SOURCE GAS<br>P.O. BOX 660474<br>DALLAS TX 75266 | ST. CROIX YACHT CLUB<br>P.O. BOX 2263<br>STILLWATER MN 55082 | STATE OF MINNESOTA DEPT OF REVENUE<br>600 NORTH ROBERT STREET<br>ST. PAUL MN 55101 |

STORCHECK CLEANERS
857 7TH STREET
ST. PAUL MN 55106

SUMMERS PROPERTY MANAGEMENT
111K AABC
ASPEN CO 81611

TCF NATIONAL BANK
801 MARQUETTE AVENUE
MINNEAPOLIS MN 55402

TCHIDA, BRYANT D., ESQ.
LEONARD STREET & DEINARD
150 S 5TH ST STE 2300
MINNEAPOLIS MN 55402

THE MIRAGE CASINO-HOTEL
C/O MARK W. RUSSELL ESQ
3400 LAS VEGAS BLVD S
LAS VEGAS NV 89109

TOYOTA FINANCIAL SAVINGS BANK
2485 VILLAGE VIEW DRIVE
SUITE 200
HENDERSON NV 89074

TOYOTA FINANCIAL SERVICES
301 CARLSON PKWY, STE. 210
MINNETONKA MN 55305

TOYOTA MOTOR CREDIT CORP
301 CARLSON PKWY STE 210
MINNETONKA MN 55305

U.S. BANK
BC-MN-H22A
800 NICOLLET MALL, 22ND FLOOR
MINNEAPOLIS MN 55402

US BANK VISA CARD
P.O. BOX 790408
ST. LOUIS MO 63179

VENTURE BANK
5601 GREEN VALLEY DRIVE
SUITE 120
BLOOMINGTON MN 55437

VFS FINANCING, INC.
10 RIVERVIEW DR
ATTN BETH BONELL
DANBURY CT 06810

VICTORIA INSURANCE
1100 LOCUST STREET
DES MOINES IA 50391

VISION BANK
3000 25TH ST. SOUTH
P.O. BOX 10008
FARGO ND 58106

WAGENER, MAURICE J.
13700 WAYZATA BLVD
HOPKINS MN 55305

WASHINGTON COUNTY TREASURER
GOVERNMENT CENTER
14949 - 62ND ST N
STILLWATER MN 55082

WASHINGTON MUTUAL BANK, FA
400 E MAIN ST
STOCKTON CA 95290

WASTE PARTNERS
P.O. BOX 677
PINE RIVER MN 56474-0677

WATERFORD ASSOCIATION
P.O. BOX 1353
MINNEAPOLIS MN 55480-1353

WAYNE BELISLE
1843 EAGLE RIDGE
MENDOTA HEIGHTS MN 55118

WELLS FARGO
C/O DAVID GALLE
45 SOUTH SEVENTH ST, STE 3300
MINNEAPOLIS MN 55402

WELLS FARGO BANK N.A.
LOAN ADJUSTMENT GROUP
90 SOUTH 7TH STREET
MINNEAPOLIS MN 55402

WELLS FEDERAL BANK
53 FIRST ST. SW
WELLS MN 56097

WI DEPT OF TRANSPORTATION
PO BOX 7949
MADISON WI 53707

WILLIAM BRODY
BUCHALTERNEMER
1000 WILSHIRE BLVD, STE 1500
LOS ANGELES CA 90017-2457

WORLD OMNI FINANCIAL CORP.
190 JIM MORAN BOULEVARD
DEERFIELD BEACH FL 33442

ZAPPIA, THOMAS M., ESQ.
ZAPPIA & LEVAHN
941 HILLWIND RD NE STE 301
MINNEAPOLIS MN 55432

CRAIG E REIMER
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

DENNIS E. HECKER #15080-041
FPC DULUTH
FEDERAL PRISON CAMP
P.O. BOX 1000
DULUTH, MN 55814

HOWARD J ROIN
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

MARIA ROMANO
4744 PARADISE ROAD
LAS VEGAS, NV  89121

SAJIDA MAHDI ALI
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL  60606

STUART ROZEN
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL  60606

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: BKY No. 09-50779

Dennis E. Hecker, Chapter 7

Debtor.

**ORDER AUTHORIZING SALE OF ASSETS**

This case is before the court on the motion of Randall L. Seaver, trustee, seeking an order authorizing sale of assets free and clear of interests.

Based on the motion and the file,

IT IS ORDERED:

A.  The trustee is authorized to sell the following property at auction:

1. large brown leather Coach purse
2. regular size brown leather Coach purse
3. Mont Blanc pen in case
4. Mont Blanc cuff links
5. "DH" necklace charm
6. black bear cuff links
7. butterfly cuff links
8. red square cuff links
9. small gold chain with bear
10. gold rope bracelet
11. Dodge watch
12. Timex watch
13. Mercury Head dime Von Maur cuff links
14. silver fashion bracelet
15. Monte Verde pen - no case
16. black pen with Chrysler star
17. Duck cuff links
18. black/gold earrings
19. gold colored bracelet
20. silver shamrock cuff links
21. other cuff links
22. single Mercury head/Mercury dime gold cuff link
23. J.J. Weston gold/black cuff links and tie tacks in gold colored box
24. Louis Vuitton luggage:
    a. folding garment bag with Rowan name tag

   b. folding garment bag with Rowan name tag
   c. carrying bag with Dennis Hecker name tag
   d. carrying bag with Rowan name tag
   e. carrying bag with Hecker name tag
   f. carrying bag with Hecker and Rowan name tags
   g. small carrying bag
25. black leather "Tod's" bag
26. Faberge glasses in blue case; collection of 4, but missing 1
27. Crystal Waterford eagle in box
28. Moncler black leather purse
29. Moncler brown fur purse
30. Tommy Bahamas and Tommy Hilfiger watches
31. Lil' Abner watch
32. eight $2 bills, some sequential
33. one 1953 $2 bill with handwriting that says "This bill was acquired the day before Christmas, 1966"
34. six "Hard Rock" $10 poker chips
35. two $5 Mirage poker chips
36. framed $2 bills
37. 12 Douglas Magnus silver/14k gold belt buckles
38. 3 sterling silver Douglas Magnus belt buckles
39. 3 Douglas Magnus belt loops
40. 9 Douglas Magnus belt tips/sterling silver
41. 3 sterling silver belt tips, one with Texas badge, artist unknown
42. 1 Bandera belt loop
43. 7 silver belt buckles - Santa Fe Style
44. Patrick Henry High School class ring believed to be that of Dennis Hecker
45. Gold/diamond men's ring
46. Brioni/Nieman Marcus brown suit
47. Tailorbyrd shirt to match suit
48. Facconable shirt to match suit.
49. assorted new clothing from Golf Galaxy
50. Dennis Brasso fur coat
51. silver Chanel fashion ring
52. bronze bears
53. Linus (Peanut's character) statue
54. platinum Rolex Perpetual Day Date watch, Model 18946
55. gold Rolex Daytona watch, Model 16528

56. (1) white leather Hot Z Cart Bag – Bob Hope Chrysler Classic
    a. Bobby Jones woods
        i. 19°
        ii. 45°
        iii. 48°
    b. Callaway FT i-brid irons
        i. 3, 4, 5, 6, 7, 8 and 9 irons
        ii. A wedge
        iii. S wedge
        iv. P wedge
    c. Ping G2i putter
    d. Odyssey white hot putter (in plastic bag)

57. (1) Titleist cloth walking bag (Wayzata Country Club Tag-"Hecker")
    a. woods
        i. Taylor Made R7
        ii. Taylor Made R5
    b. irons
        i. Taylor Made rac irons 6, 7, 8, 9, S-wedge, P-wedge
        ii. Taylor made r7 cgb irons 4, 5, A-wedge
        iii. Callaway wedge
    c. Taylor Made putter

58. loose clubs
    a. drivers:
        i. Taylor Made
            1. 10.5° Burner
            2. 21° 7 wood Burner
            3. 10.5° R9
            4. 9.5° R7
            5. R5 3 wood
        ii. Ping 10.5° Rapture 460cc
    b. putters
        i. Titleist- Scotty Cameron
        ii. Wilson Harmonized
        iii. FA-1 Liquidmetal
        iv. Wilson Staff 8813
    c. irons
        i. R7 cgb irons 4, 6, P-Wedge, L-wedge
        ii. R7 cgb max irons 3, 5, 6, S-wedge

B. The property and rights sold shall be free and clear of any interest in such property pursuant to 11 U.S.C. §363(b) and (f) with such interests, if any, attaching to the proceeds of sale with the same priority, dignity and effect as such interests existed pre-petition.

C. The proceeds shall be deposited in the trustee's account and held subject to further order of the court.

D. The trustee is authorized to pay the net proceeds of the sale of the Linus Statue to the U.S. District Court for the Dennis Hecker restitution fund.

E. Notwithstanding Fed. R. Bankr. P. 6004(g), this order is effective immediately.

_____          _____
436749