UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  BKY No. 09-50779

Dennis E. Hecker,  Chapter 7

      Debtor.

**NOTICE OF HEARING AND MOTION FOR AN ORDER
AUTHORIZING TRUSTEE'S ABANDONMENT, FORECLOSURE
AND SALE OF ASSETS FREE AND CLEAR OF LIENS**

To: Parties specified in Local Rule 9013-3.

1. Randall L. Seaver, the duly-appointed Chapter 7 Trustee in the above-referenced bankruptcy case ("**Trustee**"), moves the Court for the relief requested below and gives notice of hearing.

2. The Court will hold a hearing on this motion at 10:00 a.m. on June 15, 2011 Courtroom No. 8 West, U.S. Bankruptcy Court, 300 South Fourth Street, Minneapolis, MN 55415 or as soon thereafter as counsel can be heard.

3. Any response to this motion must be filed and delivered no later than June 10, 2011 which is five (5) days before the time set for the hearing (including Saturdays, Sundays, and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334, Rule 5005 of the Federal Rules of Bankruptcy Procedure, and Local Rules 1070-1 and 1073-1. This is a core proceeding. This case was commenced as a voluntary Chapter 7 proceeding on June 4, 2009. The case is now pending before this Court.

5. This Motion arises under 11 U.S.C. §§363(b) and (f), 554, Minn. Stat. §336.9-607 and Bankruptcy Rule 6004.

6. The ultimate purpose of this motion is to vest the entirety of the membership interests in Austin Capital LLC ("**Austin**") with Atlin, Inc., or its assign, for the sum of $117,500.00.

7. In order to achieve this transfer, the Trustee will first abandon the estate's interest in Austin and Walden Investment Company ("**Walden**").

8. Only upon approval of abandonment, the Trustee will exercise his lien rights (obtained by the bankruptcy estate from Cornerstone Bank by way of avoidance) to foreclose on the equity interests of the Debtor Dennis E. Hecker ("**Debtor**") in both Austin and Walden.

9. Only upon approval of the abandonment and the foreclosure, the Trustee will then sell the entirety of the Austin equity interest to Atlin, Inc.

10. Austin has two members: 99% of its membership interests are owned by the Debtor and 1% of its membership interests are owned by Walden. Walden, in turn, is 100% owned by the Debtor. The Trustee will sell the entire (100%) membership interest in Austin, brought into the estate by way of the foreclosure of the interest of Cornerstone Bank, to Atlin, Inc.

11. Austin owns 50% of the membership interests of PCR Venture LLC ("**PCR Ventures**"). Orlin, Inc. ("**Orlin**"), an affiliate of Atlin, Inc., owns the remaining 50%. PCR Ventures (through wholly owned subsidiaries) owns and operates car rental franchises in Denver and Phoenix under the "Payless" brand. Payless Car Rental Systems, Inc. ("**Payless**") and Orlin claim that Austin has failed to honor a joint venture agreement and is indebted to Payless and Orlin in amount in excess of $4.5 million. The Trustee believes that Austin is likely in a substantial default, as Debtor has been unable to fulfill any of his obligations as joint venture for at least two years.

Moreover, the Trustee believes, based on his experiences as a trustee and in this case in general, that there is a limited market for joint venture interests and he has received no purchase offers (other than from Atlin, Inc.) to acquire the Austin interests. Accordingly, the Trustee believes that the proposed price is fair and reasonable under the circumstances of this case, and requests that this Court's order approving the sale to Atlin, Inc. contain a good faith finding under Code Section 363(m).

12. Cornerstone Bank possessed a blanket security interest in Debtor's assets, which was perfected on January 19, 2009. That security interest covered, among other things, general intangibles. The Trustee avoided and preserved for the benefit of the estate as a preference Cornerstone Bank's security interest in Debtor's assets pursuant to this Court's Order dated September 8, 2010.

13. The claim of Cornerstone Bank exceeds $10,000,000.00.

14. The Trustee desires to abandon the estate's ownership interest in and to foreclose his security interest in the membership interests of Austin and Walden and bring the assets of those entities into the bankruptcy estate by way of foreclosure. Again, each of these steps is a condition of sale and the agreement to sell to Atlin, Inc. is null and void without Court approval of the abandonment and foreclosure.

15. As the Trustee is acting in his capacity as a lien creditor to foreclose on assets which will be abandoned by the estate immediately prior to foreclosure, the tax attributes and liabilities of Austin and Walden which could arise on a direct sale by the estate, will not pass to the bankruptcy estate.

16. The Trustee will then sell the entire foreclosed membership interest of Austin to Atlin, Inc. for the sum of $117,500.00 by transferring to Atlin, Inc.: (a) the 99% membership

3

interest in Austin previously owned by Debtor; and (b) the 1% membership interest in Austin previously owned by Walden. Thus, at the end of the transfer, Atlin, Inc. will own all of the membership interests of Austin, free and clear of all liens, security interests, claims and encumbrances.

17. Pursuant to Local Rule 9013-2(c), the Trustee gives notice that he may, if necessary, testify at the hearing regarding this motion.

**WHEREFORE**, the Trustee moves the Court for an order:

(a) Approving of the Trustee's abandonment and, after abandonment, the foreclosure of the Cornerstone Bank security interest in the equity interests of Austin and Walden;

(b) Approving the sale of 100% of the equity membership interest of Austin to Atlin, Inc. for the sum of $117,500.00, obtained as a result of the foreclosure, free and clear of interests in such property pursuant to 11 U.S.C. §363(b) and (f), with such interests, if any, attaching to the proceeds of sale with the same priority, dignity and effect as such interests existed pre-petition;

(c) Finding that Atlin, Inc. is a good faith purchaser of the Austin interest, as that term is used in Code Section 363(m);

(d) Making immediately effective the Order approving sale; and,

(e) Granting such other relief as the Court may deem just and equitable.

**LEONARD, O'BRIEN**
**SPENCER, GALE & SAYRE, LTD.**

Dated: May 17, 2011

/e/ Matthew R. Burton
By_____
Matthew R. Burton, #210018
Attorneys for Randall L. Seaver, Trustee
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
(612) 332-1030

4

## VERIFICATION

      I, Randall L. Seaver, Trustee of the Bankruptcy Estate of Dennis E. Hecker, the moving party named in the foregoing Notice of Hearing and Motion for an Order Authorizing Trustee's Abandonment, Foreclosure and Sale of Assets Free and Clear of Liens, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: May 17, 2011

/e/ Randall L. Seaver
_____
Randall L. Seaver, Trustee

435640

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                                 BKY No. 09-50779

Dennis E. Hecker,                                                                        Chapter 7 Bankruptcy

            Debtor.

_____

**MEMORANDUM IN SUPPORT OF MOTION AUTHORIZING
FORECLOSURE AND SALE OF ASSETS**

Randall L. Seaver, Trustee ("**Trustee**") seeks approval to sell the equity interest of Austin Capital LLC ("**Austin**") to Atlin, Inc. or its assign. As described in the verified Notice of Hearing and Motion, the sale is being achieved by the Trustee foreclosing the security interest of Cornerstone Bank in the equity interest of Debtor Dennis E. Hecker ("**Debtor**") in Austin and Walden Investment Company ("**Walden**"). The Trustee previously avoided the Cornerstone Bank lien by way of a court-approved settlement.

After abandonment, the effect of this motion will be to bring the equity interests of Austin and Walden into the bankruptcy estate by way of foreclosure of the avoided Cornerstone Bank's security interest. The Trustee will then sell the entire interest of the bankruptcy estate in the equity of Austin to Atlin, Inc.

The Trustee may foreclose the security interest of Cornerstone Bank in general intangibles pursuant to Minn. Stat. 336.9-607 by way of this Court's Order.

To the extent that stay relief is required, the Court may authorize such relief pursuant to 11 U.S.C. §362(d)(1) and (2). There is no equity in the assets to any party other than the Trustee.

The Trustee requests that the Court make clear that the estate, by exercising the lien rights obtained from Cornerstone Bank, is not incurring adverse tax consequences. The Trustee

is bringing Austin and Walden into the estate by way of foreclosure, not by acting on his existing interest in Debtor's stock or membership interests. Once in the estate by way of foreclosure, Section 363 of the Bankruptcy Code provides, in part, as follows:

> (b)(1) The Trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate.

Prior to the foreclosure, the Trustee seeks approval of abandonment of the estate's interest in Austin and Walden. 11 U.S.C. §554. This, again, enables the Trustee to act on those assets in his capacity as a lien creditor.

The Trustee seeks to sell the entire equity interest in Austin to Atlin, Inc. for the sum of $117,500.00 which the Trustee believes is a fair and equitable price for that interest. The price is also substantially higher than that first offered by Payless Car Rental Systems, Inc. The Trustee believes that it is in the estate's best interest, and in the best interest of its creditors, that the Court approve the motion before the Court.

The Trustee requests that the Court approve the sale without a stay pursuant to Bankruptcy Rule 6004(h).

## CONCLUSION

The Trustee requests that the Court approve of his foreclosure of the lien rights obtained from Cornerstone Bank, without tax consequence to the estate, and approve the Trustee's sale of the entire equity interest of Austin to Atlin, Inc.

                                 **LEONARD, O'BRIEN**
                                 **SPENCER, GALE & SAYRE, LTD.**

                                   /e/ Matthew R. Burton

Dated: May 17, 2011          By_____
                                     Matthew R. Burton, #210018
                                     Attorneys for Randall L. Seaver, Trustee
                                     100 South Fifth Street, Suite 2500
                                     Minneapolis, Minnesota 55402
                                     (612) 332-1030

438946

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In re:  BKY No.: 09-50779

Dennis E. Hecker,  Chapter 7

      Debtor.
_____

## UNSWORN CERTIFICATE OF SERVICE
_____

I hereby certify that on May 17, 2011, I caused the following documents:

> *Notice of Hearing and Motion for an Order Authorizing Trustee's Abandonment, Foreclosure and Sale of Assets Free and Clear of Liens, Memorandum of Law and Order (proposed)*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following:

                    SEE ATTACHED SERVICE LIST

                                                /e/ Stephanie Wood

Dated: May 17, 2011                     _____
                                                Stephanie Wood
                                                100 South Fifth Street, Suite 2500
                                                Minneapolis, MN 55402
                                                (612) 332-1030

438969

| | | |
|---|---|---|
| UNITED STATES RENT A CAR<br>4744 PARADISE ROAD<br>LAS VEGAS, NV 89121 | ACE INSURANCE COMPANY<br>P.O. BOX 294836<br>CLEVELAND OH 44101 | ALDRIDGE, DAN<br>1600 KENWOOD PKWY.<br>MINNEAPOLIS MN 55405 |
| ALLEN EIDE<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 | AMERICAN BANK<br>1060 DAKOTA DRIVE<br>MENDOTA HEIGHTS MN 55120 | AMERICAN EXPRESS<br>P. O. BOX 0001<br>LOS ANGELES CA 90096 |
| AMERICAN NAT'L BANK OF MN<br>7638 WOIDA RD<br>BAXTER MN 56425 | ANCHOR BANK<br>1570 CONCORDIA AVE<br>SAINT PAUL MN 55104 | ANCHOR BANK<br>P.O. BOX 7933<br>MADISON WI 53707 |
| AV CARD/OASIS<br>164 LAKE FRONT DR<br>COCKEYSVILLE MD 21030 | AXIS CAPITAL, INC.<br>308 N LOCUST ST<br>PO BOX 2555<br>GRAND ISLAND NE 68802 | AXLE CAPITAL, LLC / SAGECREST<br>3 PICKWICK PLAZA<br>GREENWICH CT 06830 |
| AMERICAN BANK<br>1578 UNIVERSITY AVENUE W<br>SAINT PAUL, MN 55104 | AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | BARBARA LYNN CUTTER<br>10175 SPRING MTN. ROAD, #1151<br>LAS VEGAS, NV 89117 |
| BAYPORT MARINA ASSOCIATION<br>200 5TH STREET<br>BAYPORT MN 55003 | BELISLE, WAYNE<br>1843 EAGLE RIDGE DR<br>SAINT PAUL MN 55118 | BELLAGIO<br>3600 LAS VEGAS BLVD<br>LAS VEGAS NV 89109 |
| BREICH, WALTER<br>13670 -- 122ND STREET<br>NORWOOD YOUNG AMERICA MN 55368 | BREMER BANK<br>633 SOUTH CONCORD STREET,<br>SUITE 350<br>SOUTH ST. PAUL MN 55075 | BRIGGS & MORGAN PA<br>2200 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS MN 55402 |
| C AND C BOAT WORKS<br>36448 CTY RD 66<br>CROSSLAKE MN 56442 | CA BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO CA 94279-7072 | CA DEPT OF MOTOR VEHICLES<br>PO BOX 942869<br>SACRAMENTO CA 94269-0001 |
| CARLTON FINANCIAL CORPORATION<br>PO BOX 580<br>WAYZATA, MN 55391-0580 | CENTER POINT ENERGY<br>P.O. BOX 1144<br>MINNEAPOLIS MN 55440 | CESSNA AIRCRAFT COMPANY<br>P.O. BOX 12270<br>WICHITA KS 67277 |
| CHRYSLER FINANCIAL<br>CIMS 740-01-19<br>6400 S FIDDLERS GREEN CIR., STE. 700<br>ENGLEWOOD CO 80111-4979 | CITY OF ASPEN<br>130 S. GALENA ST.<br>ASPEN CO 81611 | CITY OF BAYPORT<br>294 N. 3RD STREET<br>BAYPORT MN 55003 |

| | | |
|---|---|---|
| CITY OF MEDINA<br>2052 CO RD 24<br>HAMEL MN 55340 | COMMUNITY NATIONAL BANK<br>845 EAST COUNTY ROAD E<br>VADNAIS HEIGHTS MN 55127 | D&H DOCKS<br>23624 SMILEY ROAD<br>NISSWA, MN 56468 |
| COOPERATIVE POWER<br>P.O. BOX 69<br>TWO HARBORS MN 55616 | CORNERSTONE BANK<br>2280 45TH STREET SOUTH<br>FARGO, ND 58104 | CROSSLAKE PROPERTY SOLUTIONS<br>P.O. BOX 810<br>CROSSLAKE MN 56442 |
| CROW WING COUNTY TREASURER<br>JUDICIAL CENTER<br>213 LAUREL ST<br>BRAINERD MN 56401 | DEERWOOD BANK<br>611 WASHINGTON STREET NE<br>BRAINERD MN 56401-3377 | DON GILBERT<br>1700 PHEASANT RUN<br>HUDSON WI 54016 |
| DONALD M HALSTEAD III<br>15626 SUNSET WAY<br>BRAINERD MN 56401 | ELIZABETH A JOHNSON<br>PO BOX 624<br>PINE RIVER MN 56474 | ENCORE BANK<br>3003 TAMIAMI TRAIL NORTH, #100<br>NAPLES FL 34103 |
| EXXONMOBILE OIL CORPORATION<br>ATTN JENNIFER FRASER<br>120 MCDONALD STREET SUITE B<br>SAINT JOHN NB CANADA E2J 1M5 | FAMILY HOLDINGS OF MN LLC<br>11614 ECHO BAY DRIVE<br>CROSSLAKE MN 56442 | FIFTH THIRD BANK<br>C/O RICHARD J. SWIFT, JR.<br>GARLICK STETLER & SKRIVIAN<br>9115 CORSEA DE FONTANA WAY, #100<br>NAPLES FL 34109 |
| GE CAPITAL<br>1415 WEST 22ND STREET, #600<br>OAKBROOK IL 60523 | GE CAPITAL, FLEET SERVICES<br>3 CAPITAL DRIVE<br>EDEN PRAIRIE MN 55344 | GELCO CORPORATION<br>THREE CAPITAL DRIVE<br>ATTN: GENERAL COUNSEL<br>EDEN PRAIRIE MN 55344 |
| GEMB LENDING INC<br>2995 RED HILL AVE STE 250<br>COSTA MESA CA 92626 | GEMB LENDING, INC.<br>P.O. BOX 57091<br>IRVINE CA 92619 | GMAC MORTGAGE<br>1100 VIRGINIA DRIVE<br>FORT WASHINGTON, PA 19034 |
| GMAC MORTGAGE<br>P.O. BOX 4622<br>WATERLOO IA 50704 | GMAC, LLC<br>15303 94TH AVENUE<br>ORLAND PARK IL 60462 | GWYN M DOENZ<br>10600 COUNTRY DRIVE<br>PINE CITY MN 55063 |
| HECKER, SANDRA<br>13755 - 84TH PL N<br>MAPLE GROVE MN 55369 | HENNEPIN COUNTY TREASURER<br>300 S SIXTH ST<br>A600 GOVERNMENT CNT<br>MINNEAPOLIS MN 55487 | HOLY CROSS ENERGY<br>3799 HWY 82<br>GLENWOOD SPRINGS CO 81602 |
| HOME FEDERAL SAVINGS BANK<br>1016 CIVIC CENTER DR NW<br>STE 300<br>ROCHESTER MN 55903 | HSBC BANK NEVADA NA<br>BASS & ASSOCIATES, PC<br>3936 E FT LOWELL RD, STE 200<br>TUCSON AZ 85712 | HYUNDAI MOTOR AMERICA<br>10550 TALBERT AVE<br>MOUNTAIN VALLEY CA 92708 |

| | | |
|---|---|---|
| INTER BANK<br>P.O. BOX 986<br>NEWARK NJ 07184 | INTERBANK EDINA<br>3400 WEST 66TH STREET, SUITE 100<br>EDINA MN 55435 | INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>389 US COURTHOUSE 316 N ROBERT<br>ST. PAUL MN 55101 |
| IRS<br>DEPARTMENT OF TREASURY<br>OGDEN UT 84201 | JACOB HOLDINGS OF MEDINA, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 | JACOB PROPERTIES OF ASPEN, LLC<br>500 FORD RD<br>MINNEAPOLIS MN 55426 |
| JASON S. COLBAUGH<br>1914 OAK STREET<br>BRAINERD MN 56401-3811 | JAVAN CARL<br>13942 GRAND OAKS DR<br>BAXTER MN 56425 | JAVER ESQUIVEL<br>2807 W AVE 30<br>LOS ANGELES CA 90065 |
| JC BROMAC<br>11860 S. LA CIENEGA BLVD.<br>LOS ANGELES CA 90250 | JOHN J. SORCI TRUST<br>2300 EAST VALLEY COURT<br>SAN JOSE CA 95148 | JP MORGAN CHASE BANK, N.A.<br>726 MADISON AVENUE<br>NEW YORK NY 10021 |
| KAPLAN STRANGIS & KAPLAN PA<br>5500 WELLS FARGO CENTER<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402 | KELLY K. HECKER<br>13905 - 53RD AVE N. APT. 1<br>PLYMOUTH MN 55446 | KLEINBANK<br>14141 GLENDALE ROAD<br>SAVAGE MN 55378 |
| KSTP-FM LLC<br>3415 UNIVERSITY AVE<br>SAINT PAUL MN 55114 | LAKE BANK, N.A., THE<br>613 FIRST AVENUE<br>TWO HARBORS MN 55616 | LLOYD SECURITY<br>204 N. FIRST STREET<br>MINNEAPOLIS MN 55401 |
| MICHAEL B. LUBIC<br>10100 SANTA MONICA BLVD, 7TH FL.<br>LOS ANGELES, CA 90067 | M&I BANK<br>770 N. WATER STREET<br>MILWAUKEE WI 53202 | MAC OF PINE CITY, LLC<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201 |
| MARC D. KOHL<br>39101 DARLING LANE<br>HINCKLEY MN 55037 | MARC E TRESSLER<br>147C W. 116TH AVE, APT. 17<br>DENVER CO 80234-2853 | MARSH CONSUMER<br>333 SOUTH SEVENTH, STE 1600<br>MINNEAPOLIS MN 55402-2427 |
| MARSHALL BANK FIRST<br>225 SOUTH SIXTH STREET, SUITE 2900<br>MINNEAPOLIS MN 55402 | MCENROE, CATHERINE<br>LEONARD STREET & DEINARD<br>150 S FIFTH ST STE 2300<br>MINNEAPOLIS MN 55402 | MICHAEL REYES<br>PO BOX 205<br>BACKUS MN 56435 |
| MIKDEN PROPERTIES<br>7002 6TH STREET NORTH<br>OAKDALE MN 55128 | MINNESOTA DEPT. OF REVENUE<br>MAIL STATION 7701<br>SAINT PAUL MN 55146-7701 | MINNESOTA DEPT. OF REVENUE<br>PO BOX 64649<br>SAINT PAUL MN 55164-0649 |

| | | |
|---|---|---|
| MN DEPT OF PUBLIC SAFETY<br>DRIVER & VEHICLE SERVICES<br>445 MINNESOTA ST<br>SAINT PAUL MN 55101-5160 | NATHAN THIEMAN<br>1030 8TH AVE SW<br>PINE CITY MN 55063 | NEIMAN MARCUS<br>P.O. BOX 5235<br>CAROL STREAM IL 60197 |
| NEVADA STATE BANK<br>6505 NORTH BUFFALO DRIVE<br>LAS VEGAS NV 89131 | NIEDERNHOEFER, MANFRED<br>1563 RIVERCREST RD<br>LAKELAND MN 55043 | NITROGREEN<br>P.O. BOX 41<br>MAPLE PLAINE MN 55359 |
| NORTHMARQ CAPITAL<br>3500 AMERICAN BLVD WEST, SUITE 500<br>BLOOMINGTON MN 55431 | NORTHRIDGE FARM ASSOCIATION<br>P.O. BOX 767<br>WAYZATA MN 55391 | NORTHWOODS BANK<br>PO BOX 112<br>PARK RAPIDS MN 56470 |
| OLD REPUBLIC SURETY<br>1503 - 42ND ST<br>STE 100<br>DES MOINES IA 50305 | PRALLE, GARY<br>3625 PINE HOLLOW PL<br>STILLWATER MN 55082 | PREMIER AQUARIUM<br>6340 IRVING AVE S.<br>RICHFIELD MN 55423 |
| PREMIER BANKS<br>1875 W. HIGHWAY 36<br>ROSEVILLE MN 55113 | PRESS A DENT INC<br>1154 S HIGH ST<br>DENVER CO 80210 | PRINDLE, DECKER & AMARO, LLP<br>310 GOLDER SHORE - 4TH FLOOR<br>LONG BEACH CA 90802 |
| PROFESSIONAL SERVICE BUREAU<br>11110 INDUSTRIAL CIRCLE NW STE B<br>ELK RIVER MN 55330-0331 | MICHAEL W. MALTER<br>BINDER & MALTER LLP<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | R. OLSON / WATERFORD PROPERTIES<br>73 N. BROADWAY<br>FARGO ND 58102 |
| RANDY'S SANITATION<br>P.O. BOX 169<br>DELANO MN 55328 | RIVERLAND BANCORPORATION<br>700 SEVILLE DRIVE<br>JORDAN MN 55352 | RIVERWOOD BANK<br>LOAN PRODUCTION OFFICE<br>PO BOX 899<br>CROSSLAKE MN 56442 |
| ROE, JESSICA LIPSKY, ESQ.<br>BERNICK LIFSON ET AL<br>500 WAYZATA BLVD STE 1200<br>MINNEAPOLIS MN 55416 | ROYAL JEWELERS<br>73 BROADWAY<br>FARGO, ND 58102 | RUTH ANN BIEDERMAN<br>414 7TH AVE NE<br>PINE CITY MN 55063 |
| SCHUYLER SCARBOROUGH<br>19181 SPENCER ROAD UNIT #15<br>BRAINERD MN 56401 | SCOTT A. KEYPORT<br>1802 AIRWAVES RD NE<br>PINE CITY MN 55063 | SILVER CLIFF ASSOCIATION<br>1201 CEDAR LAKE RD S.<br>MINNEAPOLIS MN 55416 |
| SOURCE GAS<br>P.O. BOX 660474<br>DALLAS TX 75266 | ST. CROIX YACHT CLUB<br>P.O. BOX 2263<br>STILLWATER MN 55082 | STATE OF MINNESOTA DEPT OF REVENUE<br>600 NORTH ROBERT STREET<br>ST. PAUL MN 55101 |

STORCHECK CLEANERS
857 7TH STREET
ST. PAUL MN 55106

SUMMERS PROPERTY MANAGEMENT
111K AABC
ASPEN CO 81611

TCF NATIONAL BANK
801 MARQUETTE AVENUE
MINNEAPOLIS MN 55402

TCHIDA, BRYANT D., ESQ.
LEONARD STREET & DEINARD
150 S 5TH ST STE 2300
MINNEAPOLIS MN 55402

THE MIRAGE CASINO-HOTEL
C/O MARK W. RUSSELL ESQ
3400 LAS VEGAS BLVD S
LAS VEGAS NV 89109

TOYOTA FINANCIAL SAVINGS BANK
2485 VILLAGE VIEW DRIVE
SUITE 200
HENDERSON NV 89074

TOYOTA FINANCIAL SERVICES
301 CARLSON PKWY, STE. 210
MINNETONKA MN 55305

TOYOTA MOTOR CREDIT CORP
301 CARLSON PKWY STE 210
MINNETONKA MN 55305

U.S. BANK
BC-MN-H22A
800 NICOLLET MALL, 22ND FLOOR
MINNEAPOLIS MN 55402

US BANK VISA CARD
P.O. BOX 790408
ST. LOUIS MO 63179

VENTURE BANK
5601 GREEN VALLEY DRIVE
SUITE 120
BLOOMINGTON MN 55437

VFS FINANCING, INC.
10 RIVERVIEW DR
ATTN BETH BONELL
DANBURY CT 06810

VICTORIA INSURANCE
1100 LOCUST STREET
DES MOINES IA 50391

VISION BANK
3000 25TH ST. SOUTH
P.O. BOX 10008
FARGO ND 58106

WAGENER, MAURICE J.
13700 WAYZATA BLVD
HOPKINS MN 55305

WASHINGTON COUNTY TREASURER
GOVERNMENT CENTER
14949 - 62ND ST N
STILLWATER MN 55082

WASHINGTON MUTUAL BANK, FA
400 E MAIN ST
STOCKTON CA 95290

WASTE PARTNERS
P.O. BOX 677
PINE RIVER MN 56474-0677

WATERFORD ASSOCIATION
P.O. BOX 1353
MINNEAPOLIS MN 55480-1353

WAYNE BELISLE
1843 EAGLE RIDGE
MENDOTA HEIGHTS MN 55118

WELLS FARGO
C/O DAVID GALLE
45 SOUTH SEVENTH ST, STE 3300
MINNEAPOLIS MN 55402

WELLS FARGO BANK N.A.
LOAN ADJUSTMENT GROUP
90 SOUTH 7TH STREET
MINNEAPOLIS MN 55402

WELLS FEDERAL BANK
53 FIRST ST. SW
WELLS MN 56097

WI DEPT OF TRANSPORTATION
PO BOX 7949
MADISON WI 53707

WILLIAM BRODY
BUCHALTERNEMER
1000 WILSHIRE BLVD, STE 1500
LOS ANGELES CA 90017-2457

WORLD OMNI FINANCIAL CORP.
190 JIM MORAN BOULEVARD
DEERFIELD BEACH FL 33442

ZAPPIA, THOMAS M., ESQ.
ZAPPIA & LEVAHN
941 HILLWIND RD NE STE 301
MINNEAPOLIS MN 55432

CRAIG E REIMER
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

DENNIS E. HECKER #15080-041
FPC DULUTH
FEDERAL PRISON CAMP
P.O. BOX 1000
DULUTH, MN 55814

HOWARD J ROIN
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

MARIA ROMANO
4744 PARADISE ROAD
LAS VEGAS, NV 89121

SAJIDA MAHDI ALI
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

STUART ROZEN
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO, IL 60606

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                                                                          BKY No. 09-50779

Dennis E. Hecker,                                                                  Chapter 7 Bankruptcy

           Debtor.

_____

**ORDER**

This case is before the court on the motion of the chapter 7 trustee for approval of his foreclosure of assets pursuant to lien rights obtained by the trustee pursuant to his avoidance powers, for approval of a sale of the foreclosed assets, and other relief.

Based on the motion and the file and the court being fully advised in the premises,

**IT IS ORDERED:**

1. The trustee's request for court approval of his abandonment of the bankruptcy estate's ownership of the equity interests of Austin Capital LLC and Walden Investments Company is approved.

2. The trustee's request for approval of the foreclosure utilizing lien creditor rights as to the equity interests of Austin Capital LLC and Walden Investments Company is approved.

3. The trustee's request for court approval of the sale of the entire equity interests of Austin Capital LLC to Atlin, Inc., or its assigns, for $117,500.00 is approved.

4. The trustee shall not incur a tax liability or create adverse tax consequences to the bankruptcy estate by his foreclosure of the liens rights of Cornerstone Bank or his sale of interest of Austin Capital LLC. The trustee will recognize the entire amount, $117,500, from the foreclosed sale of the equity interest in Austin Capital, LLC as interest income in the year received since this payment represents accruing interest income on the underlying loan balance

in excess of $10,000,000.

5.      Atlin, Inc. shall be a good faith purchaser of the equity interests as that term is used in Bankruptcy Code Section 363(m).

6.      As a result of the foregoing transfers, Atlin, Inc. will be the owner of 100% of the membership interests in Austin Capital LLC.

7.      This order effects and gives approval to abandonment, foreclosure and the sale. To the extent it deems it necessary or desirable, the trustee is authorized to execute any and all documents requested to effectuate these transactions.

8.      This order shall be immediately effective upon entry and will serve as evidence for the transactions described herein. This order shall not be subject to stay under any provision of the Bankruptcy Rules, including Bankruptcy Rule 6004.

Dated: _____

                                          _____
                                          United States Bankruptcy Court Judge

438188