MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,    **NOTICE OF SETTLEMENT**

       Debtor.

---------------------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On June 23, 2011 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the Debtors named above will settle a controversy as follows: the debtor indicated that he had provided James Gustafson with $5,000 which Mr. Hecker derived from Prudential Funds wrongfully taken by Mr. Hecker. Mr. Gustafson asserted that he received only $2,000, and that he was entitled to payment from storage of business records for Hecker's business entities. The trustee has agreed to settle with Gustafson the claims arising from his receipt of the Prudential monies in exchange for a payment to the estate of $500, which the trustee believes to be reasonable.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: May 23, 2011

      /e/ Randall L. Seaver
      Randall L. Seaver, Trustee
      12400 Portland Avenue South, Suite 132
      Burnsville, MN 55337
      (952) 890-0888