# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 7 |
| Dennis E. Hecker, | BKY No. 09-50779 |
| Debtor. | |
| Randall L. Seaver, Trustee, | |
| Plaintiff, | Adv. No.: 11-5___ |
| vs. | **ADVERSARY COMPLAINT** |
| Allen N. Eide, | |
| Defendant. | |

Randall L. Seaver, the Chapter 7 Trustee of the Bankruptcy Estate of Dennis E. Hecker ("**Trustee**"), for his Complaint against Allen N. Eide ("**Defendant**" or "**Eide**"), states and alleges as follows:

1. On June 4, 2009, Debtor Dennis E. Hecker ("**Debtor**") commenced this bankruptcy case by filing a voluntary Chapter 7 petition in the District of Minnesota. Trustee was appointed as the Chapter 7 Trustee.

2. Defendant is an automobile dealer and longstanding friend and business partner of the Debtor. Defendant resides in North Dakota and Arizona and has business interests within in the State of Minnesota

3. Defendant lent $500,000.00 to the Debtor without having received a promissory note on two occasions in 2008. In July of 2008, Eide was ultimately able to obtain a note. In August of 2008, Eide did not obtain a note.

4. In late 2008, Debtor was a party to a "standstill agreement" with Chrysler. Despite this, and despite his nonpayment to most other creditors, he continued to make payments to Eide.

5. Eide and Hecker have a history of business dealings and relationships. Most importantly, they were 50/50 owners of Monticello Ford-Mercury, Inc. ("**Monticello Ford**").

6. Hecker acquired his 50 percent interest in Monticello Ford from Eide on or about January 24, 2005. From that point forward, Eide and Hecker co-owned Monticello Ford.

7. As to Monticello Ford, Eide was party to a Consulting Agreement which was either (a) a legitimate agreement which required his actual participation or, (b) was an effort to enable Hecker to disguise the purchase price as a consulting agreement. Either way, Eide remained a half owner of the entity.

8. Eide assisted his daughter in purchasing Hecker property in Baxter for less than Hecker's anticipated valuation.

9. Hecker allowed Eide to have direct access to him while most other creditors were screened and not provided with direct email and telephone access.

10. In late 2008 and early 2009, Hecker owed Eide millions of dollars. At the same time, Hecker owned real property in Pine City, MN. Hecker sold the real estate to Eide or his daughter and structured the purchase as an assumption of the Carlton Financial first mortgage on the property (which was about $2.0 million at the time and possibly in foreclosure). Upon information and belief, Eide or, possibly his daughter, shortly thereafter foreclosed on that interest. The $2.0 million it took for the Eides to acquire the property was substantially less than the roughly $4 million purchase price paid by Hecker about two years prior.

11. Hecker made investments and appears to have left the knowledge and control as to those investments to Eide. An example, is Exhibit A hereto (see the entries for Alien Technologies (i.e., "Allen Eide     Sue Miller will call Sandy (Daughter) for info.")).

12. Debtor and his business entities had a longstanding relationship with Eide and their relationship was sufficiently close to merit extra scrutiny.

13. In the year prior to filing, Hecker repaid the sum of $121,569.61 to Eide, in separate payments, which are avoidable by the Trustee (the "**Transfers**").

14. Due to the nature of the relationships between Debtor, his entities and Eide and his entities, Defendant is an "insider" as defined by the Bankruptcy Code and Minnesota state law.

**COUNT ONE: FRAUDULENT TRANSFER UNDER MINN. STAT. §513.45(b).**

15. The Trustee restates and realleges the foregoing paragraphs of this Complaint.

16. Defendant's claim against Debtor arose prior to the Transfers.

17. The Transfers were made to Defendant on account of an antecedent debt at time when Debtor was insolvent.

18. The Transfers were made to Defendant, an insider, at a time when Defendant had reasonable cause to believe that Debtor was insolvent.

19. Under Minn. Stat. §513.45(b), made applicable to this proceeding by 11 U.S.C. §544, and under 11 U.S.C. §550, the Trustee is entitled to recover the value of the Transfers from Defendant plus interest.

**COUNT TWO - PREFERENCE**

20. The Trustee restates and realleges the foregoing paragraphs of this Complaint.

21. During the year prior to the commencement of this Chapter 7 case, Defendant, an insider, received the Transfers.

22.	At the time of the Transfers, Defendant was a creditor of the Debtor by way of a guaranty.

22.	The Transfers constituted transfers of an interest of the Debtor's property.

24.	The Transfers were for, or on account of, an antecedent debt owed by the Debtor to Defendant.

25.	The Debtor was insolvent at the time of the preferential payments or was presumed to have been insolvent.

25.	The Transfers enabled Defendant to recover more than he would receive as a creditor in this Chapter 7 case.

26.	None of the exceptions to the Plaintiff's avoidance powers set forth in 11 U.S.C. §547(c) applies to the preferential payments.

27.	Pursuant to 11 U.S.C. §547(b), the preferential payments are avoidable.

28.	Pursuant to 11 U.S.C. §550(a), Plaintiff may recover from Defendant the preferential payments.

WHEREFORE, the Trustee seeks a judgment of this Court for the following:

1.	Avoiding the Transfers to Defendant as fraudulent transfers under 11 U.S.C. §544 and under Minn. Stat. §513.45(b);

2.	Avoiding the Transfers to Defendant as preferential pursuant to 11 U.S.C. §547;

3.	Entering judgment for the total value of the Transfers, together with interest, against Defendant and in favor of Randall L. Seaver, Trustee, under 11 U.S.C. §§544, 547, and 550 and under Minn. Stat. §513.45(b); and,

4.	Awarding Randall L. Seaver, Trustee, his costs, disbursements and attorneys' fees as allowed by law, and for such other relief as the Court deems just.

|  |  |
|---|---|
|  | **LEONARD, O'BRIEN SPENCER, GALE & SAYRE, LTD.** |
|  |  |
|  | /e/  Matthew R. Burton |
| Dated:  June 2, 2011 | By_____ |
|  | Matthew R. Burton, #210018 |
|  | 100 South Fifth Street, Suite 2500 |
|  | Minneapolis, Minnesota  55402-1216 |
|  | (612) 332-1030 |
|  | *mburton@losgs.com* |
|  |  |
|  | Attorneys for Randall L. Seaver, Trustee |

438540

| Financial Statements and Tax Returns | | | Prepared By Someone Else | |
|---|---|---|---|---|
| MIKDEN LLC (TCF 2M) 50/50 MG | | 03 | | Don Jensen, Jerad Ducklow, Michael Givens - Wendy's FourCrown |
| Mikden of Stillwater LLC (TCF,4.8) $0Inv/400,NP 50DEH/50MG | | 04 | | Don Jensen, Jerad Ducklow, Michael Givens - Wendy's FourCrown |
| Mikden of Minnetonka LLC (Venture) 150, 50%DEH/50%MG | | 04 | | Don Jensen, Jerad Ducklow, Michael Givens - Wendy's FourCrown |
| Clearwater Retail Center LLC MG&DH&BB 275,000 each | | 03 | | Don Jensen, Jerad Ducklow, Michael Givens - Wendy's FourCrown |
| Jacob Holdings of Nestor Falls, Inc. 120, DH50% MG50% (Alliance600RLC) | | 04 | | Don Jensen, Jerad Ducklow, Michael Givens - Wendy's FourCrown |
|    Shady Roost Lodge Corporation-Owned by JH Nestor Falls | | 04 | | Don Jensen, Jerad Ducklow, Michael Givens - Wendy's FourCrown |
| Mikden of Oakdale LLC (TCF 1.2) 50/50MG | | 04 | | Don Jensen, Jerad Ducklow, Michael Givens - Wendy's FourCrown |
| Michael Holdings of Baxter LLC 50DEH,50MG(was25/75) (Northmarq) 300+375(Ven)+20 | | 05 | | Don Jensen, Jerad Ducklow, Michael Givens - Wendy's FourCrown (Land, Sell to Lowes) |
| Mikden of Baxter Hotels LLC DEH/ MG 50/50% 150,000 each, owns 1sh of 10 of CLL | | 05 | | Don Jensen, Jerad Ducklow, Michael Givens - Wendy's FourCrown |
|    Central Lakes Lodging LLC | | - | | Robert Sullivan, Built a Holiday Inn & Waterpark near Brainard, opened 6/05 |
| Ideal Car Rental, Inc. | | 92 | | Tom Kieffer - Preferred Car Rental |
| Wheels & Things, Inc. | | 92 | | Tom Kieffer - Preferred Car Rental |
| Denny Hecker's Home Loans LLC 75% DEH 25% Plummer | | 07 | | Will Plummer |
| Denny Hecker Mortgage LLC 990DEH,+10WIC (American Bank) DEH 250+250 | | 04 | | Will Plummer Will part owner ? |
| Terra Form LLC DEH25%,JH25%,RV50% DEH=0$ Build Condos,Signature Bank 1.9 | | 04 | | Richard Vogelgesang/Laura Priebe, Jeff Holmers |
| Brighton Ventures LLC ?$ 30units=33% | | 06 | | Wayne Belisle Need copy of Member Control Agreement |
| Belwin, LLC $0 DEH=25%,37.5WB,37.5AL | | 04 | | Wayne Belisle     Documentation of DEH Ownership |
| American Hometown Title, L.L.C. DH30% | | 04 | | Wayne Belisle (30%), Gloria J. Lorenston (40%) |
| P.I.G., LLC $? 5% from Wayne? Owns 40+% of M Ventures Group LLC | | 04 | | Wayne Belisle     Documentation of DEH Ownership |
|    M Ventures Group LLC $50,000 %? Owns Clevrware LLC & Mobiliam LLC | | 04 | | Wayne Belisle     Documentation of DEH Ownership |
| Fleet Team, LLC (Shares owned by RDL) | | 03 | | James Wolf, (Pat Madigan at Comdata Corporation) |
| Jazel Automotive Services, LLC (CA) 70%DEH 30% ??? Need Organizational Document | | 04 | | ??????, John Cadle Final Return 2005 ? |
| Freedom First Financial LLC Was 99/1 now 70%DEH, 15%Plummer, 15%Zellmann | | 04 | | Will Plummer, Mike Zellmann |
| ITR Group, Inc. 500-200=300 DEH 50%,TM 50%,cash basis TR | | 04 | | Todd Monpetit Need Stock Cert. For 480 shares |
|    ITR Mobility LLC Owned 100% by ITR Group, Inc. | | | | |
| H & M Holdings of Mendota LLC DEH50% TM50% $ ?? in from ITR Distribution | | 06 | | Todd Monpetit Office Bldg for ITR |
| RWB Development Company LLC $100,000=1 Unit (Chambers) | | 04 | | Ralph Burnet (Funds are being escrowed, No LLC Cert issued) |
| PCR Venture LLC 50% Austin Capital LLC, 50% Orlin, Inc. | | 05 | | Gary Fulena President,CEO,Mgr,VP,T,S Kandy Sauer, Controller |
|    PCR Venture of Ft. Lauderdale LLC 100% PCR Venture LLC (59,601.09) | | 05 | | Gary Fulena President,CEO,Mgr,VP,T,S Kandy Sauer, Controller |
|    PCR Venture of Denver LLC 100% PCR Venture LLC (600,000 to Austin/Orlin/Denv | | 05 | | Gary Fulena President,CEO,Mgr,VP,T,S Kandy Sauer, Controller |
|    PCR Venture Leasing LLC 100% PCR Venture LLC | | 05 | | Gary Fulena President,CEO,Mgr,VP,T,S Kandy Sauer, Controller |
|    PCR Venture of Phoenix LLC 100% PCR Venture LLC (100,000 Austin,PCR,Phoenix) | | 05 | | Gary Fulena President,CEO,Mgr,VP,T,S Kandy Sauer, Controller |
|    PCR Venture of Orlando LLC 100% PCR Venture LLC Not Used-Orlin owns ops | | 06 | | Gary Fulena President,CEO,Mgr,VP,T,S Kandy Sauer, Controller |
|    PCR Venture of Tampa LLC 100% PCR Venture LLC Not Used-Orlin owns ops | | 06 | | Gary Fulena President,CEO,Mgr,VP,T,S Kandy Sauer, Controller |
| LAS Rentals, LLC 100% Orlin-12/1/6(Was 40/60 Austin/Orlin) Org Docs/Change | | 05 | | Richard(Rick) L. Stevens, Orlin, Inc. |
| Snapdragon's Ventures, LLC ($0, DEH50%,ck with John Besse) no files yet | | 06 | | Jan Belisle |
| Ablake, LLC (WIC 50%) | | 96 | | Rollie Benjamin, Tim Adelmann, Duane Rouse at Abra, Inc. |
| Geeks Techniques Web Site Optimization LLC 49% DEH 51% Eric Brinkman | | 07 | | Eric Brinkman |
| Denny Hecker Real Estate Holding Company LLC 99%DEH 1%WIC | | 07 | | Young |
|    Denny Hecker Real Estate Company LLC 100% DHREHC Merge into TCH ?? | | 07 | | Young |
|    Twin City Homes LLC 100% DHREHCLLC | | ? | | Young |
| Transcend Communications, Inc. $200,000+199,999+1+100,000=500,000=55% | | 06 | | Todd A. Vojta, President |
| Kuhlman Company No K-1 | | 05 | | JPMorgan Chase |
| Hunter Ridge Partners LLC (See Above) - Owns the following Investments | | 05 | | Wayne Mills |
|    Hydrogen Power International 613,005 sh & 75,000 Warrants:$850,000 | | 05 | | Wayne Mills - Held in Ndx Trading, Inc. Brokerage Account |
|    Spectre Gaming, Inc. 2,044sh CS 100 sh Series B Conv. Pref. 315,000 Warrants | | 05 | | Wayne Mills |
|    Nuvo Energy, Inc. 200,000 sh Wayne's Contribution | | 06 | | Wayne Mills - Has this been transferred to Hunter Ridge Partners?/get a copy |
|    Nuvo Energy, Inc. 250,000 sh $ 75,000 | | 06 | | Wayne Mills do we have a copy of the stock cert |
|    Calix Networks, Inc. 13,069 sh $180,352 | | 06 | | Wayne Mills - Has this been transferred to Hunter Ridge Partners?/get a copy |
|    El Capitan Precious Metals, Inc. $50,000=125,000Units=1sh&1w No K-1 | | 05 | | Charles Mottley President, James Ricketts Secretary,Wayne Mills |
|    Dermatrends, Inc. 100,000sh Series A Preferred $250,000 | | 06 | | Wayne Mills |
| Inhibiton Therapeutics, Inc. 30,495 sh (285sh of Inhibitex from Wayne B.) No K-1 | | 05 | | Wayne Mills, Maslon |
| LLC that owns stock in Alien Technology Corporation $200,000 | | 05 | | Allen Eide Sue Miller will call Sandy(Daughter) for info, Erik Dove is getting |
|    Alien Technology Corporation | | ? | | ??? |
| Ten Thousand Lakes Fund, LLC 50,000 Private Placement $0.696/unit 71,840 Units 1% | | 05 | | Gregory Fecho - Held in MJSK Account (Gearworks, Inc.) → snipp — citsm B. |
| Cymbet Corporation 50,000 Private Placement No K-1 | | 04 | | Gregory Fecho - Held in MJSK Account |
| Impres Medical, Inc. 50,000 Private Placement No K-1 | | 05 | | Paul Danielson - Held in MJSK Account |
| Tactile Systems Technology, Inc. 25,050 Private Placement No K-1 16,700 sh | | 05 | | Gregory Fecho - Held in MJSK Account |
| Apollo Diamond, Inc. 50,000 No K-1 | | 04 | | Bryant Linares |
| Bremer Financial Corporation 1,947.50 No K-1 | | 04 | | Jim McWilliams |
| Venture Bancshares, Inc. 50,000 .588586% No K-1 up to 2006 then S-Corp & K-1 | | 01 | | Michael Zenk |
| The Oceanaire, Inc.(Owner:Rosedale Dodge, Inc.) $200,000 (Stock Cert) No K-1 | | 02 | | Phil Roberts, Terence Ryan 72,727 Series A Convertible Preferred Stock |
| The Oceanaire, Inc. (Owner: DEH) $11,180 No K-1 | | 06 | |    2,795 Common Stock |

EXHIBIT A

SIR 15204