# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

-------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                              **NOTICE OF SETTLEMENT**

        Debtor.

-------------------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On June 30, 2011 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the Debtors named above will settle a controversy as follows: the trustee learned of the existence of the ownership of Prudential stock held in the following names in the following amounts: (a) Dennis Hecker - 1,388 shares; and (b) Dennis Hecker and Holly Hecker - 217 shares. The 1,388 shares of Prudential stock which were held solely in the name of Dennis Hecker have been transferred into an account held in the name of the trustee. The stock held in the joint names of Dennis and Holly Hecker is the subject of ADV No. 11-5013 in which the trustee is seeking a determination that the stock is property of the estate. CorePointe Capital Finance LLC ("CorePointe"), as assignee of and successor in interest to Chrysler Financial Services Americas LLC, claims a first priority security interest in the 1,388 shares of stock. The trustee has agreed with CorePointe to satisfy its security interest in that assert by the trustee liquidating the stock held in that account and paying to Corepointe 75% of the net sale proceeds received. Corepointe claims a first security interest in the stock held jointly in the names of Holly and Dennis Hecker. The trustee has agreed to fully satisfy that security interest by paying to Corepointe 75% of the sale proceeds received by the trustee less payment of attorney's fees and expenses incurred in establishing the estate's ownership interest in that stock.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | below) |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: June 3, 2011                                       /e/ Randall L. Seaver
                                                 Randall L. Seaver, Trustee
                                                 12400 Portland Avenue South, Suite 132
                                                 Burnsville, MN 55337
                                                 (952) 890-0888