MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

-------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                      **NOTICE OF SETTLEMENT**

        Debtor.

-------------------------------------------------

To:     The United States Trustee, all creditors and other parties in interest.

On July 1, 2011 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows: the trustee asserted to U.S. Bank that it had received preferential payments from the debtor with respect to the debtor's Visa card accounts ending with numbers 9030, 3062, 1291, 1212 and 0083. U.S. Bank asserted that it had defenses to the preference claims. The trustee has agreed to settle all preference claims relating to the Accounts in exchange for a payment by U.S. Bank to the trustee in the amount of $3,000. The trustee believes the settlement terms to be reasonable and ind the best interests of the estate.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: June 8, 2011                                /e/ Randall L. Seaver
                                                                  Randall L. Seaver, Trustee
                                                                  12400 Portland Avenue South, Suite 132
                                                                  Burnsville, MN 55337
                                                                   (952) 890-0888