UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                                              BKY No. 09-50779

Dennis E. Hecker,                                                           Chapter 7

        Debtor.

---

### ORDER

---

This case is before the court on the trustee's motion to approve a settlement among and between the trustee, GELCO Corporation, U.S. Bank National Association, Corepointe Capital Finance LLC, as assignee of and successor to Chrysler Financial Services Americas, LLC, Denny Hecker's Automotive Group, Inc., and Walden Fleet Services II, Inc.

Based on the motion and the file, the court makes the following findings:

### FINDINGS

1. After extensive negotiations and discussion over several months, the parties agreed to settle all outstanding issues among them. The full and complete terms of the settlement are set out in the settlement agreement appended to the trustee's motion to approve settlement.

2. In the exercise of the trustee's business judgment, the settlement agreement is in the best interests of the estate, Denny Hecker's Automotive Group, Inc., and Walden Fleet Services II, Inc. The settlement is a product of numerous discussions, comprehensive analysis and mutual compromises.

3. After carefully analyzing the legal and factual issues and the costs, risks and benefits of continued litigation, the compromise will serve the best interests of the

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/15/2011*
Lori Vosejpka, Clerk, by LMH

estate and its creditors. The court approves the trustee's exercise of his business judgment to enter into the settlement.

4. The settlement is fair and equitable to the creditors of the estate and to Denny Hecker's Automotive Group, Inc., and Walden Fleet Services II, Inc.

5. The trustee provided notice of the motion to approve settlement to those parties entitled to notice and has properly served the motion to approve settlement on all parties-in-interest.

## ORDER

IT IS ORDERED:

1. The trustee's motion to approve settlement is granted.

2. The trustee's settlement with GELCO Corporation, U.S. Bank National Association, Corepointe Capital Finance LLC, as assignee of and successor to Chrysler Financial Services Americas, LLC, Denny Hecker's Automotive Group, Inc., and Walden Fleet Services II, Inc. is approved.

3. The terms of the settlement agreement and the transactions contemplated are approved. The trustee is authorized to enter into, and to perform his obligations under, the settlement agreement and to execute and perform such agreements or documents and take such other actions as are necessary or desirable to effectuate the terms of the settlement agreement. Upon the satisfaction of all conditions precedent set forth in the settlement agreement, the releases granted shall become fully effective without further notice or order.

4. No later than five business days after this order becomes final, GELCO shall pay the trustee $2,071,300.00, U.S. Bank $1,528,700, and Centerpointe $500,000.

5. This order and the terms shall survive the conversion, dismissal or refiling of any bankruptcy petition by the debtor or any party to the settlement agreement and shall be binding on all successors and assigns, including any trustee or committees appointed under the Bankruptcy Code.

Dated:  June 15, 2011

/e/ Robert J. Kressel
United States Bankruptcy Judge

439237