# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:  Bky No. 09-50779

Dennis E. Hecker,  Chapter 7

Debtor.

## NOTICE OF APPEAL

Dennis E. Hecker, Debtor, appeals under 28 U.S.C. § 158 (a) from the judgment, order, or decree of the bankruptcy judge granting the motion to approve settlement of Trustee Randall L. Seaver and entered in this proceeding on the 15th day of June, 2011.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| TRUSTEE/APPELLEE | COUNSEL FOR TRUSTEE/APPELLEE |
|---|---|
| Randall L. Seaver, Trustee | Matthew R. Burton (#210018)<br>James M. Jorissen (#262833)<br>LEONARD, O'BRIEN, SPENCER, GALE & SAYRE, LTD.<br>100 S 5th St, Suite 2500<br>Minneapolis, MN 55402<br>(612) 332-1030 |
| **DEBTOR/APPELLANT** | **COUNSEL FOR DEBTOR/APPELLANT** |
| Dennis E. Hecker | John R. Neve (#278300)<br>NEVE LAW, PLLC<br>8500 Normandale Lake Boulevard, Suite 1080<br>Minneapolis, MN 55437<br>(952) 929-3232 |

<table>
<tr><td>Dated: June 28, 2011</td><td>NEVE LAW, PLLC

*/e/ John R. Neve*
John R. Neve (#278300)
8500 Normandale Lake Boulevard, Suite 1080
Minneapolis, MN  55437
(952) 929-3232

ATTORNEY FOR DEBTOR AND
DEFENDANT DENNIS E. HECKER</td></tr>
</table>

  If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158 (c), to have the appeal heard by the district court.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re: Dennis E. Hecker,                                      Bky No. 09-50779

        Debtor.                                                            Chapter 7

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

I hereby certify that on June 28, 2011, I caused the following documents:

    ***Debtor Dennis E. Hecker Notice of Appeal***

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).

Dated: June 28, 2011                         Signed:   /e/ John R. Neve