MN - 204

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,   **NOTICE OF ABANDONMENT**

       Debtor.

------------------------------------------------

To:  The United States Trustee, all creditors and other parties in interest.

On September 2, 2011 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will abandon property of the estate as follows: The trustee has received a check from Toyota Motor Sales, USA, Inc., in the amount of $325.50 payable to Randall L. Seaver, Bankruptcy Trustee. While the check is payable to the trustee, based on the source of the monies, the trustee believes that the monies are not property of the bankruptcy estate, and the trustee will turn the check over to the United States District Court pursuant to the March 1, 2011 Order entered in the Dennis Hecker criminal case

**OBJECTION: MOTION: HEARING.**  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: August 8, 2011

    /e/ Randall L. Seaver
    Randall L. Seaver, Trustee
    12400 Portland Avenue South, Suite 132
    Burnsville, MN 55337
    (952) 890-0888