# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Bky No. 09-50779 |
| Dennis E. Hecker, | Chapter 7 |
| Debtor. | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I one of the attorneys for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:     $30,000.00 plus a contingent fee

   Prior to the filing of this statement I have received:     $30,000.00

   Balance Due     $0.00

2. The source of the compensation paid to me was:
   ☐ Debtor
   ☒ Other (specify)
   $15,000.00 paid by Toyota Motor Credit Corporation with regard to Adversary Adv. No. 09-5045

   $15,000.00 paid by Don Larson with regard to the filing of the Objection to the Trustee's Motion to Approve Settlement [Docket No. 771].

3. The source of compensation to be paid to me is:
   ☐ Debtor
   ☒ Other (specify)
   Costs and disbursements may be paid by third parties.

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for certain aspects of the bankruptcy case, including:

   a. Representation of the debtor in Adversary Adv. No. 09-5045, which representation has concluded.

b.  Representation of the debtor in filing an objection to the Trustee's Motion to Approve Settlement [Docket No. 771] and appeal of the adverse decision on the objection.

6.  By agreement with the debtor, the above-disclosed fee does not include the following services:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required, except as noted above; and

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Dated: August 10, 2011

John R. Neve (#278300)
NEVE LAW, PLLC
8500 Normandale Lake Boulevard, Suite 1080
Minneapolis, MN 55437
Telephone: (952) 929-3232/ Fax: (952) 929-3939

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re: Dennis E. Hecker,                                          Bky No. 09-50779

    Debtor.                                                                  Chapter 7

_____

## UNSWORN DECLARATION FOR PROOF OF SERVICE
_____

I hereby certify that on August 10, 2011, I caused the following documents:

    ***Disclosure of Compensation of Attorney for Debtor***

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a).


Dated: August 10, 2011                              Signed:   /e/ John R. Neve