# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

----------------------------------------------

In re:

Dennis E. Hecker

        Debtor.

----------------------------------------------

BKY No. 09-50779

**NOTICE OF ABANDONMENT**

To: The United States Trustee, all creditors and other parties in interest.

On October 12, 2011 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will abandon property of the estate as follows: the trustee took possession of many watches during the course of this case. Prior to selling watches at auction, the trustee had watches authenticated, or, in some cases, it was determined that certain watches were not authentic. Those services were provided by Wixon Jewelers. All of the watches which were authenticated have been sold. The trustee will abandon, by turning over to U.S. Customs for destruction, the watches on the attached Exhibit A which were determined by Wixon jewelers to be "non-authentic."

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address below) |
|---|---|---|
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | |
| 404 U.S. Courthouse | 300 South Fourth Street | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: September 15, 2011

/e/ Randall L. Seaver
Randall L. Seaver, Trustee
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337
(952) 890-0888

# EXHIBIT A

1. Bvlgari with black dial
2. Bvlgari with black dial
3. Hublot with silver checkerboard dial
4. Hoblot with silver checkerboard dial
5. Breitling for Bentley with black dial
6. Panerai Submersible with blue dial
7. Porsche Design with Metallic red dial
8. Bvlgari with black dial
9. Breitling with black dial
10. Breitling with blue dial and three subdials
11. Hublot with silver checkerboard patterned dial
12. Luminor Marina Panerai with white dial
13. Breitling with blue dial
14. Breitling for Bentley Motors with silver dial and three subdials
15. Luminor Penerai with white dial
16. Rolex Oyster Perpetual Date with black dial
17. Rolex Oyster Perpetual Date with black dial
18. Rolex Yachtmaster with black dial (broken bracelet)
19. Luminor Marina Panerai with white dial