UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

DENNIS E. HECKER,

    Debtor.

-------------------------------------------

Randall L. Seaver, Trustee,

        Plaintiff,

v.

Center of Acupuncture,
U.S. Bank, N.A.,

        Defendants.

_____

BKY 09-50779
ADV 11-5027

**JUDGMENT**

    This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

    IT IS ORDERED:

1. The 1998 Mercedes, VIN# WDBBA48D9JA088304, became property of the bankruptcy estate upon the filing of the bankruptcy petition;

2. The Center of Acupuncture no longer has any interest in the 1998 Mercedes, VIN# WDBBA48D9JA088304;

3. U. S. Bank, N.A. has no interest in the 1998 Mercedes, VIN# WDBBA48D9JA088304; and

4. The South Dakota Department of Motor Vehicles shall issue a new title to "Randall L. Seaver, Trustee" for the 1998 Mercedes, VIN# WDBBA48D9JA088304, free and clear of any lien.

Dated: September 16, 2011  Lori Vosejpka,
At: Duluth, Minnesota  Clerk of Bankruptcy Court

By: /e/ Sherri Schrecengost
　　　　Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/16/2011*
Lori Vosejpka, Clerk, By SLS, Deputy Clerk