# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---------------------------------------------------

BKY No. 09-50779

In re:

Dennis E. Hecker,                                                    **NOTICE OF SETTLEMENT**

      Debtor.

---------------------------------------------------

To:    The United States Trustee, all creditors and other parties in interest.

On October 14, 2011 or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows: the trustee seeks approval of a settlement agreement between the Trustee and Allen N. Eide and his successors and assigns ("Eide"). The Trustee initiated ADV No. 11-5020 against Eide to recover payments asserted by the Trustee to be avoidable pursuant to 11 U.S.C. §547. The Trustee and Eide entered into a settlement agreement without admitting any wrongdoing to the other nor making any additional promises other than those that are contained in the settlement agreement. The Trustee and Eide have agreed to settlement on the following terms: (1) Upon approval of the settlement agreement, Eide shall pay the Trustee the sum of $31,000 by way of a check made payable to "Randall L. Seaver, Trustee" (the "Settlement Payment"). (2) Upon court approval of the settlement agreement and the Trustee's receipt of the Settlement Payment, the parties shall file with the United States Bankruptcy for the District of Minnesota (the "Court") a dismissal with prejudice in ADV No. 11-5020. Each party shall be responsible for their own costs and attorneys' fees incurred herein. (3) Except for the obligations contained within the settlement agreement, and conditioned upon the full performances hereby by Eide, the Trustee and Eide agree to release, acquit, and forever discharge each other and their respective successors and assigns, including the other directors, officers, employees, agents, and attorneys from and against all claims that have been or could be brought in relation to the bankruptcy case. This release does not affect Eide's proof of claim on file in this case or his ability to file a claim pursuant to 11 U.S.C. §502(h). The Trustee believes the above settlement terms to be reasonable.

**OBJECTION: MOTION: HEARING.** Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

Office of the Clerk          Office of the U.S. Trustee     Trustee (see address
U.S. Bankruptcy Court      1015 U.S. Courthouse       below)
404 U.S. Courthouse        300 South Fourth Street
515 West First Street        Minneapolis, MN 55415
Duluth, MN 55802

Dated: September 20, 2011        /e/ Randall L. Seaver           
                                   Randall L. Seaver, Trustee
                                   12400 Portland Avenue South, Suite 132
                                   Burnsville, MN 55337
                                   (952) 890-0888