2/21/13

Honorable Robert J. Kressel
Att: Charles Nelson
300 South 4th Street
8 West US Courthouse
Mpls, Minn 55415

FEB 2 0 2013

Ref: Request For Return of Documents

Mr. Nelson,

    Good day. I am requesting the court to return all of the documents I sent
Jan - Feb - March 2011 to Judge Kressel. There are hand written papers as
well as copies of emails. I thank you in advance for your prompt response.

                                              Sincerely,

                                              Dennis Hecker

Dennis Hecker
15080-041
FCI Loretto
P.O. Box 1000
Loretto, PA 15940

⟨⟩15080-041⟨⟩
Dennis Hecker
15080-041
Federal Correctional Instiution
Po Box 1000
Loretto, PA 15940
United States

⟨⟩15080-041⟨⟩
Robert J Kressel
Charles Nelson
300 S 4TH ST
8 West Us Courthouse
Minneapolis, MN 55415
United States



JOHNSTOWN PA 150

22 FEB 2013 PM 3 L

USA FIRST-CLASS FOREVER