## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

---------------------------------------------------

In re:

Dennis E. Hecker,

      Debtor.

---------------------------------------------------

BKY 09-50779

**ORDER**

This case is before the court on the trustee's notice of settlement filed on March 31, 2014, Docket No. 994, regarding a settlement between the trustee and State Farm relating to claim no. 56. No objections to the settlement were filed or served. Based on the notice of settlement and the file,

IT IS ORDERED: The settlement described in the notice of settlement filed on March 31, 2014, is approved.

Dated: April 25, 2014

                                                    /e/ Robert J. Kressel
                                                    _____
                                                    Robert J. Kressel
                                                    United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/25/2014*
Lori Vosejpka, Clerk, by LH

P:\Users\lhennenvm\AppData\Local\Temp\notes12C87F\settlement order re claim 56.wpd