**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

BKY 09-50779

In re:

Dennis E. Hecker,                                    **NOTICE OF SETTLEMENT**

      Debtor.

To:    The United States Trustee, all creditors and other parties in interest.

On or after, May 25, 2018, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a claim of the bankruptcy estate as follows:

The trustee has reached an agreement with the Office of the United States Attorney, District of Minnesota, with respect to unclaimed funds held by the Minnesota Department of Commerce (the "Unclaimed Funds"). The purpose of this settlement is to conclude pending litigation and to liquidate the Unclaimed Funds for the benefit of Hecker's bankruptcy creditors and the federal restitution claimants.

The Unclaimed Funds include, but are not limited to, the following funds on deposit with the Minnesota Department of Commerce:

| Property ID | Entity | Amount |
|---|---|---|
| 3981612 | Burnsville Motors | $454.22 |
| 1780462 | Southview Chevy Co. | $179.03 |
| 5271458 | Denny H Cadillac | $1,000.00 |
| 664119 | Ford-Linc Stillwater | $1,530.00 |
| 3571039 | Southview Chevrolet Co. | $94.75 |
| 2369723 | Rosedale Dodge St Cloud | $530.95 |
| 2267052 | Walden Automotive Group | $14,600.00 |
| 2675186 | Forest Lake Chrysler Plymouth Dodge | $1,190.00 |
| 3181079 | Denny Hecker St Cloud | $101.27 |
| 3926151 | Baxter Imports LLC | $583.66 |
| 1780467 | Rosedale Dodge | $1,097.68 |
| 2746831 | Monticello Motors LLC | $700.00 |
| 3926185 | Southview Chevrolet | $3,277.14 |
| 4851417 | Jacob Holdings Crosslake MNBL | $230.39 |
| 3699781 | Advantage Delaware Management | $2,406.00 |
| 749945 | Southview Chevrolet | $71.46 |
| 399714 | Southview Chevrolet | $1,236.70 |
| 749951 | Southview Chevrolet | $58.85 |
| 1243699 | Roseville Dodge Inc | $167.00 |
| 499812 | Denwal Mgmt Inc d/b/a Bob Carter Ford | $211.24 |
| 1508718 | DH Capital Holdings LLC | $70.00 |
| 2560316 | Routson Motors | $5,798.74 |
| 3699780 | Advantage Delaware Management | $5,954.76 |
| 675183 | Walden Leasing Inc | $150.00 |
| 1536745 | Walden A Group | $154.49 |

| | | |
|---|---|---|
| 2127387 | Jacob Holdings of St Louis Park LLC | $200.00 |
| 1387600 | Hecker Capital | $6,945.87 |
| 2126814 | Jacob Holdings of Cross Lake LLC | $300.00 |
| 3837076 | Twin City Homes Inc. | $90.81 |
| 2003532 | Monticello Motors LLC | $576.50 |
| 33721721 | Forest Lake Chrysler Plymouth Dodge | $454.77 |
| 1318052 | Automotive Credit Super Store Inc | $393.33 |
| 3721722 | Monticello Ford Mercury Inc | $264.94 |
| 2502129 | Rosedale Dodge Hyundai | $419.20 |
| 1243611 | Rosedale Dodge Inc. | $270.00 |
| 1243612 | Rosedale Dodge Inc. | $60.00 |
| 2790008 | Stillwater Ford | $346.95 |
| 5133336 | Rosedale Leasing | $224.00 |
| 1369001 | EZ Home Finance Corp | $1,779.00 |
| 2126812 | Jacob Holdings of Burnsville LLC | $200.00 |
| 2208873 | Hyundai of Inver Grove Heights | $131.71 |
| 2369724 | Rosedale Dodge of St Cloud | $276.12 |
| 1527154 | Dodge Rosedale | $200.00 |
| 1527270 | Walden Automotive Group | $332.67 |
| 1617602 | Southview Chevrolet | $4,194.07 |
| 1638981 | Forest Lake CP Dodge Inc | $59.41 |
| 1780461 | Southview Chevy Co | $241.97 |
| 1780463 | Rosedale Dodge | $560.45 |
| 1780464 | Rosedale Dodge | $166.61 |
| 5456816 | Brainerd Imports LLC | $1,920.77 |
| 4851006 | Inver Grove Motors LLC | $392.41 |
| 2675176 | Monticello Dodge Chrysler Jeep Kia | $1,161.00 |
| 3555520 | Rosedale Dodge Inc. | $690.00 |
| 5371456 | Monticello Motors LLC | $1,000.00 |
| 2126813 | Jacob Holdings of County Rd 36 LLC | $100.00 |
| 2126815 | Jacob Holdings of Forest Lake LLC | $200.00 |
| 2126816 | Jacob Holdings of Long Lake Rd LLC | $400.00 |
| 2193595 | Monticello Motors LLC Ent | $296.01 |
| 2208874 | Stillwater Ford Linc/Mercury | $3,451.07 |
| 4687370 | Inver Grove Hyundai LLC | $180.00 |
| 2229446 | Rosedale Dodge | $2,986.40 |
| 2675178 | Southview Chev Jeep | $2,254.00 |
| 2358939 | Monticello Dodge Chry Jeep | $250.00 |
| 2675179 | Stillwater Ford Lincoln Mercury Inc. | $947.00 |
| 2718731 | Inver Grover Motors LLC | $433.72 |
| 4570165 | Monticello Kia | $578.00 |
| 2972178 | Hecker & Holmer Holding Co LLC | $953.00 |
| 3112051 | Walden Group | $660.00 |
| 3571040 | Southview Chevrolet Co. | $231.88 |
| 3599721 | Rosedale Leasing | $11,250.00 |
| 3926170 | Jacob Motors of St c/o Keith Phillips | $1,965.44 |
| 3503053 | Rosedale Dodge, Inc. | $525.00 |
| 3503055 | Brainerd Hyundai | $406.00 |
| 3503057 | Rosedale Dodge Inc. | $1,255.00 |
| 3555521 | Rosedale Dodge Inc. | $1,690.00 |
| 3560701 | Monticello Chrysler | $300.00 |

| | | |
|---|---|---|
| 3371038 | Southview Chevrolet Co. | $62.53 |
| 3571041 | Southview Chevrolet Co. | $144.91 |
| 5524464 | Twin City Homes GMAC REA | $135.00 |
| 3621801 | Jacob Properties of Long LA | $799.16 |
| 3773056 | Advantage Delaware Management Svcs | $339.00 |
| 3926169 | Inver Grove Motors L c/o Keith Phillips | $2,017.50 |
| 4096943 | Walden Leasing/Suzuki | $150.00 |
| 546241 | Jacob Holdings of Texas LLC | $600.00 |
| 5515289 | Denny Heckers Automotive Group | $97.79 |
| 4570065 | Monticello Dodge | $350.40 |
| 4570145 | Monticello Kia | $647.00 |
| 4851337 | Jacob Holdings of Monticello | $103.98 |
| 5090196 | Roseville Dodge | $74.95 |
| 5167702 | Denny Heckers Automotive Group Inc. | $2,645.09 |
| 5456672 | Host Acquisition LLC | $274.00 |
| 5523991 | Denny Hecker LLC Mortgage | $102.18 |
| 5615104 | Monticello Dodge | $67.85 |
| | Total: | $99,669.50 |

Hecker filed Chapter 7 bankruptcy on June 9, 2009 at which time all of his interests in property became property of his bankruptcy estate (Bankruptcy Court File 09-50779). On March 1, 2011, Hecker and the U.S. entered into a stipulation of their own which was filed with the U.S. District Court as docket item 278 in Court File 10-cr-00032 (the "2011 Stipulation"). In the 2011 Stipulation, Hecker assigned all of his corporate entities, and their respective assets, to the U.S. subject to the claims of the Trustee. The District Court then entered an Order related to the 2011 Stipulation on March 1, 2011 as docket item 279 (the "Order"). The Order approved the 2011 Stipulation and directed parties holding assets belonging to Hecker-related entities to pay them to the U.S. District Court. On August 29, 2017, the Trustee commenced adversary proceeding number 17-5118 against the Minnesota Department of Commerce and Hecker to recover the Unclaimed Funds estimated to have a value of approximately $100,000.00. Hecker has retained counsel (suspended from practice in these courts effective April 30, 2018) who has asserted various objections to the Trustee's adversary proceeding. The State of Minnesota continues to hold the Unclaimed Funds. The Trustee has incurred legal fees with the law firm of Leonard, O'Brien, Spencer, Gale & Sayre, P.A. ("LOSGS"). Additionally, LOSGS has retained CTEQ Data Consultants, LLC ("C-Teq") which has incurred costs of approximately $2,835.67 (for sorting through the State of Minnesota's unclaimed funds database to identify Hecker-related funds) (collectively, the "Legal Expenses"). The parties believe that this settlement will eliminate continuing Legal Expenses and will moot the above-described adversary proceeding.

The parties have agreed to the following settlement terms:

1. The parties agree to demand that the State of Minnesota pay the Unclaimed Funds to the U.S. District Court pursuant to the Order.
2. The parties agree that the Clerk of Court for the U.S. District Court will then pay the entirety of the Unclaimed Funds received from the State of Minnesota to the Trustee.
3. The parties agree that, subject to Bankruptcy Court approval of this agreement and the payment of the Legal Expenses, the Trustee may pay Legal Expenses incurred in the adversary proceeding.
4. The balance of the Unclaimed Funds shall be split on a 50/50 basis by the U.S. and the Trustee. The Trustee shall issue the United States District Court Clerk a check for payment towards restitution in 10-cr-00032.

The trustee believes the settlement is reasonable and in the best interest of the estate.

**OBJECTION: MOTION: HEARING.**  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | below) |
| 300 South Fourth Street, Suite 301 | 300 South Fourth Street | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated:  May 3, 2018

/e/ Randall L. Seaver
Randall L. Seaver, Trustee
12400 Portland Avenue South, Suite 132
Burnsville, MN 55337
(952) 890-0888

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  DENNIS E HECKER | CASE NO: 09-50779<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 5/3/2018, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/3/2018

/s/ Randall L. Seaver
Randall L. Seaver  152882

Trustee in Bankruptcy
12400 Portland Avenue South, Suite 132
Burnsville, MN  55337
952 890 0888
tjameson@fssklaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: DENNIS E HECKER | CASE NO: 09-50779 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 5/3/2018, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/3/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Randall L. Seaver
Trustee in Bankruptcy
12400 Portland Avenue South, Suite 132
Burnsville, MN  55337

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>08645<br>CASE 09-50779<br>DISTRICT OF MINNESOTA<br>DULUTH<br>THU MAY 3 10-04-02 CDT 2018 | ASSOCIATED BANK<br>CO JOSEPH LAWVER ESQ<br>MESSERLI KRAMER PA<br>1400 FIFTH STREET TOWERS<br>100 SOUTH FIFTH STREET<br>MINNEAPOLIS MN 55402-1217 | CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| CORNERSTONE BANK<br>2280 45TH STREET S<br>FARGO ND 58104-8785 | CROWN BANK<br>CO FOLEY MANSFIELD PLLP<br>250 MARQUETTE AVENUE<br>SUITE 1200<br>MINNEAPOLIS MN 55401-1874 | EDINA REALTY<br>BETTY MOST<br>RIVER FALLS OFFICE<br>129 S MAIN STREET<br>RIVER FALLS WI 54022-2449 |
| EMBELLIR GALLERY OF GEMS LLC<br>750 MAIN STREET<br>SUITE 111<br>MENDOTA HEIGHTS MN 55118-3765 | FREDRIKSON BYRON PA<br>200 SOUTH SIXTH ST<br>STE 4000<br>MINNEAPOLIS MN 55402-1425 | FIRST NATIONAL BANK<br>PO BOX P<br>FULDA MN 56131-0500 |
| FULLER SEAVER RAMETTE PA<br>12400 PORTLAND AVENUE SOUTH<br>SUITE 132<br>BURNSVILLE MN 55337-6805 | FULLER SEAVER SWANSON KELSCH PA<br>12400 PORTLAND AVENUE SOUTH<br>SUITE 132<br>BURNSVILLE MN 55337-6805 | HSBC BANK NEVADA NA<br>BASS ASSOCIATES PC<br>3936 E FT LOWELL RD SUITE 200<br>TUCSON AZ 85712-1083 |
| HYUNDAI CAPITAL AMERICA<br>400 FLAGSHIP CORPORATE CENTER<br>775 PRAIRIE CENTER DRIVE<br>EDEN PRAIRIE MN 55344-7314 | JOHN J SORCI TRUST<br>CO BINDER MALTER LLP<br>2775 PARK AVENUE<br>SANTA CLARA CA 95050-6004 | LEONARD OBRIEN SPENCER GALE SAYRE LTD<br>100 SOUTH 5TH STREET<br>SUITE 2500<br>MINNEAPOLIS MN 55402-1234 |
| MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS<br>CO WILFORD AND GESKE<br>8425 SEASONS PKWY<br>STE 105<br>WOODBURY MN 55125-4393 | MIDWEST MOTORS LLC<br>MACKALL CROUNSE MOORE<br>CO WILLIAM OBRIEN<br>1400 ATT TOWER<br>901 MARQUETTE AVE<br>MINNEAPOLIS MN 55402-3205 | PREMIER BANK<br>1875 W HIGHWAY 36<br>ROSEVILLE MN 55113-2767 |
| RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE<br>SUITE 1120<br>MIAMI FL 33131-1605 | TCF NATIONAL BANK<br>CO ROBERT G PARISH<br>FAEGRE BENSON LLP<br>90 SOUTH SEVENTH ST<br>STE 2200<br>MINNEAPOLIS MN 55402-3901 | TIBBLE WESLER CPA PC<br>2813 W MAIN<br>KALAMAZOO MI 49006-2901 |
| TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 | UNITED STATES RENT A CAR INC<br>4744 PARADISE ROAD<br>LAS VEGAS NV 89169-7102 |
| VISIONBANK<br>CO BRUCE H CARLSON<br>MCNAIR LARSON CARLSON LTD<br>PO BOX 2189<br>FARGO ND 58108-2189 | WORLD OMNI FINANCIAL CORP<br>190 JIM MORAN BLVD<br>DEERFIELD BEACH FL 33442-1702 | WATERFRONT PROPERTIES OF AZ LLC<br>73 BROADWAY<br>FARGO ND 58102-4933 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
DULUTH                              ACE FKA ATLANTIC MUTUAL             ACE INSURANCE COMPANY
404 US COURTHOUSE                   CO RECEIVABLE MANAGEMENT            PO BOX 294836
515 WEST FIRST STREET               SERVICES                            CLEVELAND OH 44101
DULUTH MN 55802-1302                307 INTERNATIONAL CIRCLE SUITE 270
                                    HUNT VALLEY MD 21030-1322


ALDRIDGE DAN                        ALDRIDGE DAN                        ALLEN EIDE
11700 CROSS AVE                     1600 KENWOOD PKWY                   3221 32ND AVENUE SOUTH
CROSSLAKE MN 56442-2718             MINNEAPOLIS MN 55405-2223           SUITE 900
                                                                        GRAND FORKS ND 58201-6075


ALLIANCE BANK                       AMERICAN BANK                       AMERICAN EXPRESS
55 EAST 5TH STREET SUITE 115        1060 DAKOTA DRIVE                   P O BOX 0001
ST PAUL MN 55101-2800               MENDOTA HEIGHTS MN 55120-1586       LOS ANGELES CA 90096-0001


AMERICAN NATIONAL BANK OF MN        ANCHOR BANK                         ANCHOR BANK
7638 WOIDA RD                       1570 CONCORDIA AVE                  PO BOX 7933
BAXTER MN 56425-8730                SAINT PAUL MN 55104-5344            MADISON WI 53707-7933


ASSOCIATED BANK                     ASSOCIATED BANK                     ASSOCIATED BANK NATIONAL ASSOCIATION
1270 YANKEE DOODLE RD               IDS CENTER                          CO STEPHEN M MERTZ
SAINT PAUL MN 55121-2231            740 MARQUETTE AVENUE                FAEGRE  BENSON LLP
                                    MINNEAPOLIS MN 55402-2303           2200 WELLS FARGO CENTER
                                                                        90 SOUTH SEVENTH STREET
                                                                        MINNEAPOLIS MN 55402-3901


AV CARDOASIS                        AXIS CAPITAL INC                    AXIS CAPITAL INC
164 LAKE FRONT DR                   308 NORTH LOCUST STREET             308 N LOCUST ST
COCKEYSVILLE MD 21030-2215          GRAND ISLAND NE 68801-5985          PO BOX 2555
                                                                        GRAND ISLAND NE 68802-2555


AXLE CAPITAL LLC  SAGECREST         AMERICAN BANK                       AMERICAN EXPRESS BANK FSB
3 PICKWICK PLAZA                    1578 UNIVERSITY AVENUE W            CO BECKET AND LEE LLP
GREENWICH CT 06830-5538             SAINT PAUL MN 55104-3908            POB 3001
                                                                        MALVERN PA 19355-0701


AMERICAN EXPRESS CENTURION BANK     ASSOCIATED BANK                     BANK OF THE WEST
CO BECKET AND LEE LLP               222 BUSH STREET                     250 MARQUETTE AVENUE
POB 3001                            RED WING MN 55066-2376              MINNEAPOLIS MN 55401-1872
MALVERN PA 19355-0701


BANK OF THE WEST                    BARBARA LYNN CUTTER                 BAYPORT MARINA ASSOCIATION
PO BOX 65020                        2350 S BEVERLY GLEN BLVD 5          200 5TH STREET
WEST DES MOINES IA 50265-0020       W LOS ANGELES CA 90064-2492         BAYPORT MN 55003
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

BEAL BANK NEVADA                        BELISLE WAYNE                           BELLAGIO
CO AARON R HARTMAN ESQ                  1843 EAGLE RIDGE DR                     3600 LAS VEGAS BLVD
ANTHONY OSTLUND BAER   LOUWAGLE PA      SAINT PAUL MN 55118-4208                LAS VEGAS NV 89109-4339
3600 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS MN 55402-3903


BREICH WALTER                           BREMER BANK                             BRIAN LEE WESTENBERG
13670  122ND STREET                     633 SOUTH CONCORD STREET SUITE 350      12983 FINDLAY WAY
NORWOOD YOUNG AMERICA MN 55368-9663     SOUTH ST PAUL MN 55075-2423             APPLE VALLEY MN 55124-7933


BRIGGS  MORGAN PA                       BRUCE A YATES                           BREMER BANK NA
2200 IDS CENTER                         14580 DAMASK AVE W                      CO DAN BECK WINTHROP  WEINSTINE PA
MINNEAPOLIS MN 55402                    ROSEMOUNT MN 55068-4105                 225 SOUTH SIXTH STREET SUITE 3500
                                                                                MINNEAPOLIS MN 55402-4629


BRIAN F LEONARD TRUSTEE                 C AND C BOAT WORKS                      CA BOARD OF EQUALIZATION
FOR ARC VENTURE HOLDINGS INC            36448 CTY RD 66                         PO BOX 942879
CO LEONARD OBRIEN SPENCER GALE          CROSSLAKE MN 56442-2506                 SACRAMENTO CA 94279-7072
100 SOUTH FIFTH STREET
SUITE 2500
MINNEAPOLIS MN 55402-1234


CA DEPT OF MOTOR VEHICLES               CAIN TARA                               CARLTON FINANCIAL CORPORATION
PO BOX 942869                           SAINT PAUL MN 55114                     1907 E WAYZATA BLVD SUITE 180
SACRAMENTO CA 94269-0001                                                        WAYZATA MN 55391-2064


CENTER POINT ENERGY                     CESSNA AIRCRAFT COMPANY                 CHARLES ALLEN VANCANNEYT
PO BOX 1144                             PO BOX 12270                            454 FORESTVIEW CURVE
MINNEAPOLIS MN 55440-1144               WICHITA KS 67277-2270                   ZUMBROTA MN 55992-1206


CHRISTIAN D FETT                        CHRYSLER FINANCIAL                      CHRYSLER FINANCIAL
6005 CONCORD BLVD                       CIMS 7400119                            27777 INKSTER RD
INVER GROVE HEIGHTS MN 55076-1807       6400 S FIDDLERS GREEN CIR STE 700       FARMINGTON HILLS MI 48334-5326
                                        ENGLEWOOD CO 80111-4985


CITY OF ASPEN                           CITY OF BAYPORT                         CITY OF MEDINA
130 S GALENA ST                         294 N 3RD STREET                        2052 CO RD 24
ASPEN CO 81611-1902                     BAYPORT MN 55003-1027                   HAMEL MN 55340-9781


COMMUNITY NATIONAL BANK                 CONDOR FIREPLACE  STONE CO              COOPERATIVE POWER
845 EAST COUNTY ROAD E                  8282 ARTHUR ST NE                       PO BOX 69
VADNAIS HEIGHTS MN 55127-7116           MINNEAPOLIS MN 55432-2132               TWO HARBORS MN 55616-0069
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CRAIG E REIMER ESQ<br>MAYER BROWN<br>71 SOUTH WACKER DRIVE<br>CHICAGO IL 60606-4668 | CROSSLAKE PROPERTY SOLUTIONS<br>PO BOX 810<br>CROSSLAKE MN 56442-0810 | CROW WING COUNTY TREASURER<br>JUDICIAL CENTER<br>213 LAUREL ST<br>BRAINERD MN 56401-3501 |
| CROWN BANK<br>6600 FRANCE AVENUE SOUTH SUITE 125<br>EDINA MN 55435-1802 | CARLTON FINANCIAL CORPORATION<br>1902 E WAYZATA BLVD SUITE 180<br>WAYZATA MN 55391-2064 | CARLTON FINANCIAL CORPORATION<br>CO MESSERLI KRAMER PA<br>100 SOUTH FIFTH STREET<br>1400 FIFTH STREET TOWERS<br>MINNEAPOLIS MN 55402 |
| COREPOINTE CAPITAL FINANCE LLC<br>ATTN THOMAS J OBRIEN ESQ<br>401 SOUTH WOODWARD AVENUE 300<br>BIRMINGHAM MI 48009-6612 | DAVE KOVACS<br>7322 CLEVE AVE EAST<br>INVER GROVE HEIGHTS MN 55076-4304 | DAVID K HINES<br>4395 NYBRO CIRCLE<br>EAGAN MN 55123-1742 |
| DEERWOOD BANK<br>PO BOX 527<br>724 W WASHINGTON STREET<br>BRAINERD MN 56401-2932 | DEH PAYR0LL SERVICES<br>CO PATRICK RUSH JR<br>944 ARMSTRONG AVE<br>ST PAUL MN 55102-3710 | DON GILBERT<br>1700 PHEASANT RUN<br>HUDSON WI 54016-1893 |
| DONALD M HALSTEAD III<br>15626 SUNSET WAY<br>BRAINERD MN 56401-2777 | ELIZABETH A JOHNSON<br>560 PALMER DR<br>PINE RIVER MN 56474-4483 | ENCORE BANK<br>3003 TAMIAMI TRAIL NORTH SUITE 100<br>NAPLES FL 34103-2714 |
| CANADA<br>EXXONMOBILE OIL CORPORATION<br>ATTN JENNIFER FRASER<br>120 MCDONALD STREET SUITE B<br>SAINT JOHN NB CANADA E2J 1M5 | FAMILY HOLDINGS OF MN LLC<br>11614 ECHO BAY DRIVE<br>CROSSLAKE MN 56442-2713 | FIFTH THIRD BANK<br>999 VANDERBILT BEACH 7TH FLOOR<br>MD B9997E<br>NAPLES FL 34108-3510 |
| FIFTH THIRD BANK<br>CO RICHARD J SWIFT JR<br>GARLICK STETLER SKRIVIAN LLP<br>9115 CORSEA DE FONTANA WAY STE 100<br>NAPLES FL 34109-4429 | GE CAPITAL<br>1415 WEST 22ND STREET SUITE 600<br>OAKBROOK IL 60523-2008 | GE CAPITAL FLEET SERVICES<br>3 CAPITAL DRIVE<br>EDEN PRAIRIE MN 55344-3890 |
| GELCO CORP<br>THREE CAPITAL DR<br>EDEN PRAIRIE MN 55344-3890 | GELCO CORPORATION<br>THREE CAPITAL DRIVE<br>ATTN- GENERAL COUNSEL<br>EDEN PRAIRIE MN 55344-3890 | GEMB LENDING INC<br>2995 RED HILL AVE STE 250<br>COSTA MESA CA 92626-1200 |
| GEMB LENDING INC<br>PO BOX 57091<br>IRVINE CA 92619-7091 | GMAC MORTGAGE<br>9661 W 143RD STREET<br>SUITE 200<br>ORLAND PARK IL 60462-2577 | GMAC MORTGAGE<br>PO BOX 4622<br>WATERLOO IA 50704-4622 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

GMAC LLC                              GREGORY G CAZA                        GWYN M DOENZ
15303 94TH AVENUE                     7948 CONROY WAY                       10600 COUNTRY DRIVE
ORLAND PARK IL 60462-3825             INVER GROVE HTS MN 55076-3121         PINE CITY MN 55063-4722




HECKER SANDRA                         HELEN A SWANSON                       HENNEPIN COUNTY TREASURER
13755  84TH PL N                      308 4TH AVE S                         300 S SIXTH ST
MAPLE GROVE MN 55369-4678             SOUTH SAINT PAUL MN 55075-2616        A600 GOVERNMENT CNT
                                                                            MINNEAPOLIS MN 55487-0001




HOLY CROSS ENERGY                     HOME FEDERAL SAVINGS BANK             HSBC BANK NEVADA NA
3799 HWY 82                           1016 CIVIC CENTER DR NW               BASS   ASSOCIATES PC
GLENWOOD SPRINGS CO 81601-9309        STE 300                               3936 E FT LOWELL RD STE 200
                                      ROCHESTER MN 55901-1881               TUCSON AZ 85712-1083




HYUNDAI MOTOR AMERICA                 HYUNDAI MOTOR FINANCE COMPANY         HYUNDAI CAPITAL AMERICA
10550 TALBERT AVE                     PO BOX 20809                          3161 MICHELSON DRIVE SUITE 1900
MOUNTAIN VALLEY CA 92708-6032         FOUNTAIN VALLEY CA 92728-0809         IRVINE CA 92612-4418




INTER BANK                            INTERBANK EDINA                       INTERNAL REVENUE SERVICE
PO BOX 986                            3400 WEST 66TH STREET SUITE 100       SPECIAL PROCEDURES BRANCH
NEWARK NJ 07184-0001                  EDINA MN 55435-2179                   389 US COURTHOUSE 316 N ROBERT
                                                                            ST PAUL MN 55101




INTERNAL REVENUE SERVICE              JACOB HOLDINGS OF MEDINA LLC          JACOB L STANTON
CENTRALIZED INSOLVENCY OPERATIONS     500 FORD RD                           3901 WESTBURY WAY
PO BOX 7346                           MINNEAPOLIS MN 55426-1062             EAGAN MN 55123-1401
PHILADELPHIA PA 19101-7346




JACOB PROPERTIES OF ASPEN LLC         JAMES M BARRON                        JASON S COLBAUGH
500 FORD RD                           348 4TH AVE S                         PO BOX 1220
MINNEAPOLIS MN 55426-1062             S ST PAUL MN 55075-2616               BRAINERD MN 56401-9600




JAVAN CARL                            JAVER ESQUIVEL                        JC BROMAC
13942 GRAND OAKS DR                   2807 W AVE 30                         11860 S LA CIENEGA BLVD
BAXTER MN 56425-8486                  LOS ANGELES CA 90065-1303             LOS ANGELES CA 90250-3461




JOHN A MORRISETTE                     JOHN C JOHNSON                        JOHN J SORCI AND JOHN J SORCI TRUST
2600 75TH STREET E                    1323 SPRUCE ST                        CO JULIE ROMEBANKS
INVER GROVE HEIGHTS MN 55076-2434     RIVER FALLS WI 54022-3054             BINDER  MALTER LLP
                                                                            2775 PARK AVE
                                                                            SANTA CLARA CA 95050-6004
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

JOHN J SORCI TRUST                JP MORGAN CHASE BANK NA           JPMORGAN CHASE BANK NA
2490 MT PLEASANT ROAD             726 MADISON AVENUE                CO BRYANT D TCHIDA
SAN JOSE CA 95148-2302            NEW YORK NY 10065-7207            LEONARD STREET AND DEINARD
                                                                    150 SOUTH FIFTH STREET SUITE 2300
                                                                    MINNEAPOLIS MN 55402-4238


KAPLAN STRANGIS  KAPLAN PA        KELLY K HECKER                    KEVIN LUEDTKE
5500 WELLS FARGO CENTER           13905  53RD AVE N APT 1           18703 ISLAND RESORT ROAD
90 SOUTH 7TH STREET               PLYMOUTH MN 55446-1898            PINE CITY MN 55063-5416
MINNEAPOLIS MN 55402-3903



KLEINBANK                         KLOBUCAR JEFFREY D ESQ            KSTP FM LLC
1550 AUDUBON ROAD                 250 MARQUETTE AVE                 3415 UNIVERSITY AVE
STE 200                           STE 1200                          SAINT PAUL MN 55114-1019
CHASKA MN 55318-4548              MINNEAPOLIS MN 55401-1874



LAKE BANK NA THE                  LALLIER THOMAS J                  LEROY L ANDERSON
613 FIRST AVENUE                  FOLEY  MANSFIELD                  21840 LAIGLE AVE
TWO HARBORS MN 55616-1505         250 MARQUETTE AVE STE 1200        LAKEVILLE MN 55044-5300
                                  MINNEAPOLIS MN 55401-1874



LLOYD SECURITY                    LUBIC MICHAEL ESQ                 MI BANK
1097 10TH SE                      601 S FIGUEROA ST                 770 N WATER STREET
MINNEAPOLIS MN 55414-1312         STE 2500                          MILWAUKEE WI 53202-3593
                                  LOS ANGELES CA 90017-5709



MAC OF PINE CITY LLC              MARC D KOHL                       MARC E TRESSLER
3221 32ND AVENUE SOUTH            39101 DARLING LANE                3400 BARBARA LN
SUITE 900                         HINCKLEY MN 55037-6312            BURNSVILLE MN 55337-1821
GRAND FORKS ND 58201-6075



MARK A SHAW                       MARSH CONSUMER                    MARSHALL BANK FIRST
N13969 250TH ST                   333 SOUTH SEVENTH STE 1600        225 SOUTH SIXTH STREET SUITE 2900
PRAIRIE FARM WI 54762-9626        MINNEAPOLIS MN 55402-2427         MINNEAPOLIS MN 55402-4609



MCENROE CATHERINE                 MELISSA RINGLER                   MEYER MICHAEL ESQ
LEONARD STREET  DEINARD           2340 NAPLES ST                    4545 IDS CENTER
150 S FIFTH ST STE 2300           MORA MN 55051-6810                80 S EIGHTH ST
MINNEAPOLIS MN 55402-4238                                           MINNEAPOLIS MN 55402-2100



MICHAEL REYES                     MIKDEN PROPERTIES                 MINNESOTA DEPT OF REVENUE
PO BOX 205                        7002 6TH STREET NORTH             MAIL STATION 7701
BACKUS MN 56435-0205              OAKDALE MN 55128-6146             SAINT PAUL MN 55146-7701
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MINNESOTA DEPT OF REVENUE<br>PO BOS 64649<br>SAINT PAUL MN 55164-0649 | MIRAGE<br>3400 LAS VEGAS BLVD<br>LAS VEGAS NV 89109-8907 | MN DEPT OF PUBLIC SAFETY<br>DRIVER VEHICLE SERVICES<br>445 MINNESOTA ST<br>SAINT PAUL MN 55101-5160 |
| MONICA CLARK ESQ<br>50 S SIXTH ST<br>STE 1500<br>MINNEAPOLIS MN 55402-1498 | MOSS AND BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 | NATHAN THIEMAN<br>1030 8TH AVE SW<br>PINE CITY MN 55063-1822 |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY LLC<br>LISA M MOORE VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI OH 45203-1101 | NEIMAN MARCUS<br>PO BOX 5235<br>CAROL STREAM IL 60197-5235 | NEVADA STATE BANK<br>6505 NORTH BUFFALO DRIVE<br>LAS VEGAS NV 89131-4039 |
| NEVADA STATE BANK<br>CO HOLLAND HART LLP<br>ATTN TIMOTHY A LUKAS ESQ<br>5441 KIETZKE LANE 2ND FLOOR<br>RENO NV 89511-2094 | NIEDERNHOEFER MANFRED<br>1563 RIVERCREST RD<br>LAKELAND MN 55043-9715 | NITROGREEN<br>PO BOX 41<br>MAPLE PLAINE MN 55359-0041 |
| NORTHMARQ CAPITAL<br>3500 AMERICAN BLVD WEST SUITE 500<br>BLOOMINGTON MN 55431-4435 | NORTHRIDGE FARM ASSOCIATION<br>PO BOX 767<br>WAYZATA MN 55391-0767 | NORTHWOODS BANK<br>PO BOX 112<br>PARK RAPIDS MN 56470-0112 |
| OLD REPUBLIC SURETY<br>1503 42ND ST<br>STE 100<br>DES MOINES IA 50311-2532 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | PITNEY BOWES INCORPORATED<br>ATTN BANKRUPTCY DEPT<br>4901 BELFORT RD STE 120<br>JACKSONVILLE FL 32256-6016 |
| PNC EQUIPMENT FINANCE LLC<br>995 DALTON AVENUE<br>CINCINNATI OH 45203-1100 | PRALLE GARY<br>3625 PINE HOLLOW PL<br>STILLWATER MN 55082-3456 | PREMIER AQUARIUM<br>6340 IRVING AVE S<br>RICHFIELD MN 55423-1220 |
| PREMIER BANK A MINNESOTA CORPORATION<br>CO THE LAW OFFICE OF STEVEN L MACKEY<br>1054 BUCHER AVENUE<br>SHOREVIEW MN 55126-8431 | PREMIER BANKS<br>1875 W HIGHWAY 36<br>ROSEVILLE MN 55113-2767 | PRESS A DENT INC<br>1154 S HIGH ST<br>DENVER CO 80210-1833 |
| PRINDLE DECKER AMARO LLP<br>310 GOLDER SHORE 4TH FLOOR<br>LONG BEACH CA 90802-4232 | PROFESSIONAL SERVICE BUREAU<br>11110 INDUSTRIAL CIRCLE NW<br>STE B<br>ELK RIVER MN 55330-4751 | PROHOVSKY BILL<br>11700 CROSS AVE<br>CROSSLAKE MN 56442-2718 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
R OLSON  WATERFORD PROPERTIES            R OLSONWATERFRONT PROPERTIES             RANDYS SANITATION
73 N BROADWAY                            73 N BROADWAY                            PO BOX 169
FARGO ND 58102-4933                      FARGO ND 58102-4933                      DELANO MN 55328-0169



RIVERLAND BANCORPORATION                 RIVERWOOD BANK                           RIVERWOOD BANKFIRST FEDERAL SAVINGS
700 SEVILLE DRIVE                        LOAN PRODUCTION OFFICE                   BAN
JORDAN MN 55352-4539                     PO BOX 899                               CROSSLAKE   LOAN PRODUCTION OFFICE
                                         CROSSLAKE MN 56442-0899                  PO BOX 899
                                                                                  CROSSLAKE MN 56442-0899



ROE JESSICA LIPSKY ESQ                   ROMANO MARIA IND AND USRAC               RONALD R SMETANA
BERNICK LIFSON ET AL                     3800 HOWARD HUGHES PKWY                  1105 7TH STREET SW
500 WAYZATA BLVD STE 1200                7TH FLOOR                                PINE CITY MN 55063-2018
MINNEAPOLIS MN 55416                     LAS VEGAS NV 89169-5965



ROWAN CHRISTI M                          ROYAL JEWLERS                            RUNCK DAVID E ESQ
1615 NORTHRIDGE DR                       73 BROADWAY                              400 FLAGSHIP CORP CENTER
MEDINA MN 55391-9571                     FARGO ND 58102-4983                      775 PRAIRIE CENTER DR
                                                                                  EDEN PRAIRIE MN 55344-7314



RUTH ANN BIEDERMAN                       SCHUYLER SCARBOROUGH                     SCOTT A KEYPORT
414 7TH AVE NE                           19181 SPENCER ROAD UNIT 15               1802 AIRWAVES RD NE
PINE CITY MN 55063-1177                  BRAINERD MN 56401-5353                   PINE CITY MN 55063-5798



SILVER CLIFF ASSOCIATION                 SONDRA LEE ANDERSON                      SOURCE GAS
1201 CEDAR LAKE RD S                     701 SUMMIT AVE                           PO BOX 660474
MINNEAPOLIS MN 55416-3605                ST PAUL PARK MN 55071-1540               DALLAS TX 75266-0474



ST CROIS YACHT CLUB                      STATE BOARD OF EQUILAZATION              STATE OF MINNESOTA DEPARTMENT OF
PO BOX 2263                              SPECIAL OPERATIONS BRANCH MIC55          REVENUE
STILLWATER MN 55082-3263                 PO BOX 942879                            COLLECTION DIVISION BANKRUPTCY SECTION
                                         SACRAMENTO CA 94279-0055                 PO BOX 64447 - BKY
                                                                                  SAINT PAUL MN 55164-0447



STATE OF MINNESOTA DEPT OF REVENUE       STEPHEN C MINAR                          STEVEN STENGRIM
600 NORTH ROBERT STREET                  6578 LACASSE DR                          11713 GALTIER DR
ST PAUL MN 55101                         LINO LAKES MN 55038-7721                 BURNSVILLE MN 55337-3255



STORCHECK CLEANERS                       SUMMERS PROPERTY MANAGEMENT              SUSAN ANN MARCOTTE
857 7TH STREET                           111K AABC                                335 18TH AVENUE NORTH
ST PAUL MN 55106-4515                    ASPEN CO 81611-3535                      SOUTH ST PAUL MN 55075-1841
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL. DELIVERY
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SWANSON MATTHEW A ESQ<br>150 S FIFTH ST<br>STE 2300<br>MINNEAPOLIS MN 55402-4223 | STATE FARM MUTUAL AUTOMOBILE INSURANCE<br>COMPA<br>CO JEFFREY CHADWICK<br>KATTEN MUCHIN ROSENMAN LLP<br>525 WEST MONROE STREET<br>CHICAGO IL 60661-3693 | TAMMY L RUSHING<br>22 HERITAGE BLVD<br>HUDSON WI 54016-8708 |
| TCF NATIONAL BANK<br>ATTN SHELLEY FITZMAURICE<br>11100 WAYZATA BLVD STE 600<br>MAIL CODE 199-00-0<br>MINNETONKA MN 55305-5529 | TCF NATIONAL BANK<br>MAIL CODE EXO01A<br>1405 XENIUM LANE N<br>PLYMOUTH MN 55441-4402 | TCHIDA BRYANT D ESQ<br>LEONARD STREET DEINARD<br>150 S 5TH ST STE 2300<br>MINNEAPOLIS MN 55402-4238 |
| THE MIRAGE CASINO HOTEL<br>CO MARK W RUSSELL ESQ<br>3400 LAS VEGAS BLVD S<br>LAS VEGAS NV 89109-8907 | THOMAS C KLEIN<br>308 45H AVE S<br>SO ST PAUL MN 55075 | TODD MICHAEL ORTEZ<br>7724 HINTON AVE SO 9<br>COTTAGE GROVE MN 55016-5749 |
| TOYOTA FINANCIAL SAVINGS BANK<br>2485 VILLAGE VIEW DRIVE<br>SUITE 200<br>HENDERSON NV 89074-7133 | TOYOTA FINANCIAL SAVINGS BANK<br>ATTN KATHERINE ADKINS<br>19001 SOUTH WESTERN AVENUE<br>TORRANCE CA 90501-1106 | TOYOTA FINANCIAL SERVICES<br>301 CARLSON PKWY STE 210<br>MINNETONKA MN 55305-7800 |
| TOYOTA MOTOR CREDIT CORP<br>301 CARLSON PKWY STE 210<br>MINNETONKA MN 55305-5357 | TAMITHA HECKER<br>CO MANTY ASSOCIATES PA<br>510 FIRST AVE N 305<br>MINNEAPOLIS MN 55403-1651 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US BANK VISA CARD<br>PO BOX790408<br>ST LOUIS MO 63179-0408 | US BANCORP BUSINESS EQUIPMENT FINANCE<br>GROUP<br>ATTN LEGAL DEPT<br>1310 MADRID ST<br>MARSHALL MN 56258-4099 | VENTURE BANK<br>5601 GREEN VALLEY DRIVE<br>SUITE 120<br>BLOOMINGTON MN 55437-1175 |
| VFS FINANCING INC<br>10 RIVERVIEW DR<br>ATTN BETH BONELL<br>DANBURY CT 06810-6268 | VICTORIA INSURANCE<br>1100 LOCUST STREET<br>DES MOINES IA 50391-1100 | VISION BANK<br>3000 25TH ST SOUTH<br>PO BOX 10008<br>FARGO ND 58106-0008 |
| WAGENER MAURICE J<br>13700 WAYZATA BLVD<br>HOPKINS MN 55305-1734 | WASHINGTON COUNTY TREASURER<br>GOVERNMENT CENTER<br>14949 - 62ND ST N<br>STILLWATER MN 55082-6102 | WASHINGTON MUTUAL BANK FA<br>400 E MAIN ST<br>STOCKTON CA 95202-3002 |
| WASTE PARTNERS<br>PO BOX 677<br>PINE RIVER MN 56474-0677 | WATERFORD ASSOCIATION<br>PO BOX 1353<br>MINNEAPOLIS MN 55480-1353 | WAYN BELISLE<br>1843 EAGLE RIDGE<br>MENDOTA HEIGHTS MN 55118-4208 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WAYNE WESTERBERG<br>7850 LAMAR AVE S<br>COTTAGE GROVE MN 55016-2344 | WELLS FARGO<br>CO DAVID GALLE<br>45 SOUTH SEVENTH ST STE 3300<br>MINNEAPOLIS MN 55402-1650 | WELLS FARGO BANK NA<br>LOAN ADJUSTMENT GROUP<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402-3903 |
| WELLS FARGO BANK NA<br>90 S 7TH ST<br>MPLS MN 55402-3903 | WELLS FEDERAL BANK<br>53 FIRST ST SW<br>WELLS MN 56097-1912 | WI DEPT OF TRANSPORTATION<br>PO BOX 7949<br>MADISON WI 53707-7949 |
| WILLIAM BRODY<br>BUCHALTERNEMER<br>1000 WILSHIRE BLVD STE 1500<br>LOS ANGELES CA 90017-1730 | WILLIAM J HAWTHORNE<br>1308 SIXTH ST EAST<br>ST PAUL MN 55106-4720 | WILLIAM J MCCARTHY<br>PO BOX 101<br>VERMILLION MN 55085-0101 |
| YVONNE M LARSON<br>1749 4TH AVE<br>NEWPORT MN 55055-1037 | ZAPPIA THOMAS M ESQ<br>ZAPPIA   LEVAHN<br>941 HILLWIND RD NE STE 301<br>MINNEAPOLIS MN 55432-5965 | BRIAN FRANCIS LEONARD<br>TRUSTEE OF ARC VENTURE HOLDINGS INC<br>100 S 5TH STE STE 2500<br>MINNEAPOLIS MN 55402-1234 |
| BARBARA J MAY<br>BARBARA J MAY ATTORNEY AT LAW<br>2780 SNELLING AVE N<br>STE 300<br>ROSEVILLE MN 55113-7134 | BARBARA J MAY<br>2780 N SNELLING<br>SUITE 102<br>ROSEVILLE MN 55113-7115 | BRENDA S MACHNIK<br>EMBELLIR GALLERY OF GEMS<br>750 MAIN ST STE 111<br>MENDOTA HEIGHTS MN 55118-3765 |
| CRAIG E REIMER<br>MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO IL 60606-4668 | DEBTOR<br>DENNIS E HECKER<br>5021 VERNON AVE SOUTH STE 290<br>EDINA MN 55436-2102 | HOWARD J ROIN<br>MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO IL 60606-4668 |
| JAMES GUSTAFSON<br>CO STEVEN J MESHBESHER<br>225 LUMBER EXCHANGE BUILDING<br>10 SOUTH FIFTH STREET<br>MINNEAPOLIS MN 55402-1012 | JOHN R NEVE<br>8500 NORMANDALE BLVD STE 1080<br>MINNEAPOLIS MN 55437 | LINDA BERREAU<br>16418 GLADYS LANE<br>MINNETONKA MN 55345-2840 |
| MARIA ROMANO<br>4744 PARADISE ROAD<br>LAS VEGAS NV 89169-7102 | ~~EXCLUDE~~<br>~~RANDALL L SEAVER~~<br>~~12400 PORTLAND AVENUE SOUTH~~<br>~~SUITE 132~~<br>~~BURNSVILLE MN 55337-6005~~ | SAJIDA MAHDI ALI<br>MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO IL 60606-4668 |
| STEVEN LEACH<br>LINDQUIST   VENNUM<br>ATTENTION- ROBERT J HENNESSEY<br>4200 IDS CENTER<br>80 SOUTH EIGHTH STREET<br>MINNEAPOLIS MN 55402-2100 | STUART M ROZEN<br>MAYER BROWN LLP<br>71 SOUTH WACKER DRIVE<br>CHICAGO IL 60606-4668 | |