UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,                                    ORDER

                Debtor.                       BKY 09-50779

At Minneapolis, Minnesota, July 12, 2018.

      This case is before the court on the trustee's notice of settlement filed on May 3, 2018, as document no. 1034, regarding a settlement between the trustee and the United States Attorney for the District of Minnesota. The debtor filed an objection to the settlement, but has since withdrawn his objection.

      Based on the notice of settlement, the motion, and the file,

      IT IS ORDERED: The settlement described in the notice of settlement filed on May 3, 2018, as document no. 1034, is approved.

                                          /e/ Robert J. Kressel
                                          ROBERT J. KRESSEL
                                          UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 07/12/2018
Lori Vosejpka, Clerk, by LH