**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY 09-50779 |
| | Chapter 7 Case |
| Dennis E. Hecker, | |
|       Debtor. | |

## NOTICE OF SETTLEMENT

To:    The United States Trustee, all creditors and other parties in interest.

On or after, March 22, 2019, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a claim of the bankruptcy estate as follows: The trustee initiated the litigation in the above-captioned action against debtor and Christi M. Rowan ("**Rowan**") to recover assets of the bankruptcy estate.   Judgment [docket item 39] was entered in the trustee's favor against each debtor and Rowan on April 19, 2011 in the amount of $294,899.20 together with other relief.   More specifically, the judgment provided as follows: (1) Debtor is permanently enjoined from using, disposing, transferring, encumbering, secreting or destroying any and all property of the estate; (2) Debtor is permanently enjoined from using, removing, concealing, disposing of or encumbering or transferring any personal property including all property purchased with money from the cashing of the Prudential checks; (3) The plaintiff shall recover from debtor the sum of $294,899.20; (4) Rowan is permanently enjoined from using, disposing, transferring, encumbering, secreting or destroying any and all estate property, including estate property concealed by defendants; and (5) Rowan is permanently enjoined from using, removing, concealing, disposing of or encumbering or transferring any personal property including all property purchased with money from the cashing of the Prudential checks.   The trustee and debtor enter into this Agreement without admitting any wrongdoing to the other nor making any additional promises other than those that are contained herein.

The trustee and the debtor have agreed to the following settlement:   Concurrent with the execution of this Agreement, debtor shall pay or cause to be paid to debtor's attorneys' trust account, the sum of $100,000.00 by way of a check made payable to Chestnut Cambronne, P.A. Trust Account (the "**Settlement Payment**").   Debtor shall disclose the source of funding for the Settlement Payment and shall promptly and truthfully respond to all questions the trustee may have related to the source of the funds.   The funds deposited in the trust account shall remain the property of the person or persons providing the funds to debtor (the "Lenders").   Trustee and Debtor must obtain court approval for this transaction.   In the event this Agreement is not approved or completed for any reason, the funds shall immediately be returned to the persons or persons who provided the funds to the debtor. Upon Trustee and Debtor each obtaining Court approval of this settlement.   Upon the Trustee and the Debtor eafch obtaining Court approval of this settlement, the trustee shall assign and transfer the Judgment against debtor to   Paul Warnert after the funds in the Chestnut Cambronne, P.A. trust account have been paid by way of check made payable to "Randall L. Seaver", Trustee.   The trustee will not be assigning the Judgment as to Rowan and but, as to her, the Settlement Payment shall be credited as a partial satisfaction of the Judgment.   Each party shall be responsible for their own costs and attorneys' fees incurred herein.   Debtor agrees to: (a) Cooperate with the trustee and assist the bankruptcy estate to

collect unclaimed funds which relate to assets which were originally property of the estate whether in Minnesota or elsewhere in the United States; (b) Cooperate, as required, with the administration of the bankruptcy estate and the collection of its assets; and (c) Remain bound by the injunction provisions of the Judgment.   Except for the obligations contained within this Agreement, upon receipt of the One Hundred Thousand Dollars ($100,000.00) paid to Randall L. Seaver, Trustee, the trustee and debtor agree to release, acquit, and forever discharge each other and their respective successors and assigns, including the other directors, officers, employees, agents, and attorneys from and against all claims that have been or could be brought in relation to this bankruptcy case.   Debtor agrees that any claim asserted by him either individually or as an officer of an entity against the bankruptcy estate shall be disallowed without further action by the trustee.   However, the release contained in this paragraph specifically does not release any claim by the trustee related to property of the bankruptcy estate or the Judgment against Rowan.   The United States Bankruptcy Court for the District of Minnesota shall retain jurisdiction over this case.   It is specifically understood and agreed that the consideration hereinfore recited is in full, final, and complete compromise, settlement, accord, and satisfaction of disputed claims; and there are no covenants, promises, or undertakings outside of this Agreement other than as specifically set forth herein.   The undersigned, by execution hereof, state that they have reviewed this Agreement with their respective legal counsel, if any, and that they understand and fully agree to each, all, and every provision hereof, and hereby acknowledge receiving a copy hereof.   This Agreement shall be construed under the laws of the State of Minnesota and is subject to final approval of the United States Bankruptcy Court.   If approval is not obtained, this Agreement shall become null and void and the trustee shall return to debtor the Settlement Payment.   This Agreement shall not be amended or otherwise altered except by a writing that is signed by the parties' authorized representatives and their respective legal counsel.   This Agreement is valid if executed in counterparts which if read together constitute a fully executed Agreement.   The trustee believes the settlement terms to be reasonable, and in the best interests of the estate.

**OBJECTION: MOTION: HEARING.**   Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.   If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate.   If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection

with reduced notice of the hearing.   The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| | | |
|---|---|---|
| Office of the Clerk | Office of the U.S. Trustee | Trustee (see address |
| U.S. Bankruptcy Court | 1015 U.S. Courthouse | below) |
| 300 South Fourth Street, Suite 301 | 300 South Fourth Street | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated:  February 28, 2019                                    /e/ Randall L. Seaver
                                                                              Randall L. Seaver, Trustee
                                                                              12400 Portland Avenue South, Suite 132
                                                                              Burnsville, MN 55337
                                                                              (952) 890-0888

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  DENNIS E HECKER | CASE NO: 09-50779<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 2/28/2019, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/28/2019

/s/ Randall L. Seaver
Randall L. Seaver  152882
Trustee in Bankruptcy
12400 Portland Ave S, Suite 132
Burnsville, MN  55337
952 890 0888

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:  DENNIS E HECKER

CASE NO: 09-50779

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 2/28/2019, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/28/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Randall L. Seaver
Trustee in Bankruptcy
12400 Portland Ave S, Suite 132
Burnsville, MN  55337

```
PARTIES DESIGNATED "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br>  LABEL MATRIX FOR LOCAL NOTICING<br>08645<br>CASE 09-50779<br>DISTRICT OF MINNESOTA<br>DULUTH<br>THU FEB 28 11-17-40 CST 2019 | ASSOCIATED BANK<br>CO JOSEPH LAWVER ESQ<br>MESSERLI  KRAMER PA<br>1400 FIFTH STREET TOWERS<br>100 SOUTH FIFTH STREET<br>MINNEAPOLIS MN 55402-1217 | CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 |
| CORNERSTONE BANK<br>2280 45TH STREET S<br>FARGO ND 58104-8785 | CROWN BANK<br>CO FOLEY  MANSFIELD PLLP<br>250 MARQUETTE AVENUE<br>SUITE 1200<br>MINNEAPOLIS MN 55401-1874 | EDINA REALTY<br>BETTY MOST<br>RIVER FALLS OFFICE<br>129 S MAIN STREET<br>RIVER FALLS WI 54022-2449 |
| EMBELLIR GALLERY OF GEMS LLC<br>750 MAIN STREET<br>SUITE 111<br>MENDOTA HEIGHTS MN 55118-3765 | FREDRIKSON  BYRON PA<br>200 SOUTH SIXTH ST<br>STE 4000<br>MINNEAPOLIS MN 55402-1425 | FIRST NATIONAL BANK<br>PO BOX P<br>FULDA MN 56131-0500 |
| FULLER SEAVER  RAMETTE PA<br>12400 PORTLAND AVENUE SOUTH<br>SUITE 132<br>BURNSVILLE MN 55337-6805 | FULLER SEAVER SWANSON  KELSCH PA<br>12400 PORTLAND AVENUE SOUTH<br>SUITE 132<br>BURNSVILLE MN 55337-6805 | HSBC BANK NEVADA NA<br>BASS  ASSOCIATES PC<br>3936 E FT LOWELL RD SUITE 200<br>TUCSON AZ 85712-1083 |
| HYUNDAI CAPITAL AMERICA<br>400 FLAGSHIP CORPORATE CENTER<br>775 PRAIRIE CENTER DRIVE<br>EDEN PRAIRIE MN 55344-7314 | JOHN J SORCI TRUST<br>CO BINDER  MALTER LLP<br>2775 PARK AVENUE<br>SANTA CLARA CA 95050-6004 | LEONARD OBRIEN SPENCER GALE  SAYRE LTD<br>100 SOUTH 5TH STREET<br>SUITE 2500<br>MINNEAPOLIS MN 55402-1234 |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS<br>CO WILFORD AND GESKE<br>8425 SEASONS PKWY<br>STE 105<br>WOODBURY MN 55125-4393 | MIDWEST MOTORS LLC<br>MACKALL CROUNSE  MOORE<br>CO WILLIAM OBRIEN<br>1400 ATT TOWER<br>901 MARQUETTE AVE<br>MINNEAPOLIS MN 55402-3205 | PREMIER BANK<br>1875 W HIGHWAY 36<br>ROSEVILLE MN 55113-2767 |
| RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE<br>SUITE 1120<br>MIAMI FL 33131-1605 | TCF NATIONAL BANK<br>CO ROBERT G PARISH<br>FAEGRE  BENSON LLP<br>90 SOUTH SEVENTH ST<br>STE 2200<br>MINNEAPOLIS MN 55402-3901 | TIBBLE  WESLER CPA PC<br>2813 W MAIN<br>KALAMAZOO MI 49006-2901 |
| TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 | UNITED STATES RENT A CAR INC<br>4744 PARADISE ROAD<br>LAS VEGAS NV 89169-7102 |
| VISIONBANK<br>CO BRUCE H CARLSON<br>MCNAIR LARSON  CARLSON LTD<br>PO BOX 2189<br>FARGO ND 58108-2189 | WORLD OMNI FINANCIAL CORP<br>190 JIM MORAN BLVD<br>DEERFIELD BEACH FL 33442-1702 | WATERFRONT PROPERTIES OF AZ LLC<br>73 BROADWAY<br>FARGO ND 58102-4933 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ~~EXCLUDE~~<br>~~DULUTH~~<br>~~404 US COURTHOUSE~~<br>~~515 WEST FIRST STREET~~<br>~~DULUTH MN 55802-1302~~ | ACE FKA ATLANTIC MUTUAL<br>CO RECEIVABLE MANAGEMENT<br>SERVICES<br>307 INTERNATIONAL CIRCLE SUITE 270<br>HUNT VALLEY MD 21030-1322 | ACE INSURANCE COMPANY<br>PO BOX 294836<br>CLEVELAND OH 44101 |
| ALDRIDGE DAN<br>11700 CROSS AVE<br>CROSSLAKE MN 56442-2718 | ALDRIDGE DAN<br>1600 KENWOOD PKWY<br>MINNEAPOLIS MN 55405-2223 | ALLEN EIDE<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201-6075 |
| ALLIANCE BANK<br>55 EAST 5TH STREET SUITE 115<br>ST PAUL MN 55101-2800 | AMERICAN BANK<br>1060 DAKOTA DRIVE<br>MENDOTA HEIGHTS MN 55120-1586 | AMERICAN EXPRESS<br>P O BOX 0001<br>LOS ANGELES CA 90096-0001 |
| AMERICAN NATIONAL BANK OF MN<br>7638 WOIDA RD<br>BAXTER MN 56425-8730 | ANCHOR BANK<br>1570 CONCORDIA AVE<br>SAINT PAUL MN 55104-5344 | ANCHOR BANK<br>PO BOX 7933<br>MADISON WI 53707-7933 |
| ASSOCIATED BANK<br>1270 YANKEE DOODLE RD<br>SAINT PAUL MN 55121-2231 | ASSOCIATED BANK<br>IDS CENTER<br>740 MARQUETTE AVENUE<br>MINNEAPOLIS MN 55402-2303 | ASSOCIATED BANK NATIONAL ASSOCIATION<br>CO STEPHEN M MERTZ<br>FAEGRE BENSON LLP<br>2200 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS MN 55402-3901 |
| AV CARDOASIS<br>164 LAKE FRONT DR<br>COCKEYSVILLE MD 21030-2215 | AXIS CAPITAL INC<br>308 NORTH LOCUST STREET<br>GRAND ISLAND NE 68801-5985 | AXIS CAPITAL INC<br>308 N LOCUST ST<br>PO BOX 2555<br>GRAND ISLAND NE 68802-2555 |
| AXLE CAPITAL LLC SAGECREST<br>3 PICKWICK PLAZA<br>GREENWICH CT 06830-5538 | AMERICAN BANK<br>1578 UNIVERSITY AVENUE W<br>SAINT PAUL MN 55104-3908 | AMERICAN EXPRESS BANK FSB<br>CO BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 |
| AMERICAN EXPRESS CENTURION BANK<br>CO BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | ASSOCIATED BANK<br>222 BUSH STREET<br>RED WING MN 55066-2376 | BANK OF THE WEST<br>250 MARQUETTE AVENUE<br>MINNEAPOLIS MN 55401-1872 |
| BANK OF THE WEST<br>PO BOX 65020<br>WEST DES MOINES IA 50265-0020 | BARBARA LYNN CUTTER<br>2350 S BEVERLY GLEN BLVD 5<br>W LOS ANGELES CA 90064-2492 | BAYPORT MARINA ASSOCIATION<br>200 5TH STREET<br>BAYPORT MN 55003 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| BEAL BANK NEVADA<br>CO AARON R HARTMAN ESQ<br>ANTHONY OSTLUND BAER LOUWAGLE PA<br>3600 WELLS FARGO CENTER<br>90 SOUTH SEVENTH STREET<br>MINNEAPOLIS MN 55402-3903 | BELISLE WAYNE<br>1843 EAGLE RIDGE DR<br>SAINT PAUL MN 55118-4208 | BELLAGIO<br>3600 LAS VEGAS BLVD<br>LAS VEGAS NV 89109-4339 |
| BREICH WALTER<br>13670 122ND STREET<br>NORWOOD YOUNG AMERICA MN 55368-9663 | BREMER BANK<br>633 SOUTH CONCORD STREET SUITE 350<br>SOUTH ST PAUL MN 55075-2423 | BRIAN LEE WESTENBERG<br>12983 FINDLAY WAY<br>APPLE VALLEY MN 55124-7933 |
| BRIGGS MORGAN PA<br>2200 IDS CENTER<br>MINNEAPOLIS MN 55402 | BRUCE A YATES<br>14580 DAMASK AVE W<br>ROSEMOUNT MN 55068-4105 | BREMER BANK NA<br>CO DAN BECK WINTHROP WEINSTINE PA<br>225 SOUTH SIXTH STREET SUITE 3500<br>MINNEAPOLIS MN 55402-4629 |
| BRIAN F LEONARD TRUSTEE<br>FOR ARC VENTURE HOLDINGS INC<br>CO LEONARD OBRIEN SPENCER GALE<br>100 SOUTH FIFTH STREET<br>SUITE 2500<br>MINNEAPOLIS MN 55402-1234 | C AND C BOAT WORKS<br>36448 CTY RD 66<br>CROSSLAKE MN 56442-2506 | CA BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO CA 94279-7072 |
| CA DEPT OF MOTOR VEHICLES<br>PO BOX 942869<br>SACRAMENTO CA 94269-0001 | CAIN TARA<br>SAINT PAUL MN 55114 | CARLTON FINANCIAL CORPORATION<br>1907 E WAYZATA BLVD SUITE 180<br>WAYZATA MN 55391-2064 |
| CENTER POINT ENERGY<br>PO BOX 1144<br>MINNEAPOLIS MN 55440-1144 | CESSNA AIRCRAFT COMPANY<br>PO BOX 12270<br>WICHITA KS 67277-2270 | CHARLES ALLEN VANCANNEYT<br>454 FORESTVIEW CURVE<br>ZUMBROTA MN 55992-1206 |
| CHRISTIAN D FETT<br>6005 CONCORD BLVD<br>INVER GROVE HEIGHTS MN 55076-1807 | CHRYSLER FINANCIAL<br>CIMS 7400119<br>6400 S FIDDLERS GREEN CIR STE 700<br>ENGLEWOOD CO 80111-4985 | CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 |
| CITY OF ASPEN<br>130 S GALENA ST<br>ASPEN CO 81611-1902 | CITY OF BAYPORT<br>294 N 3RD STREET<br>BAYPORT MN 55003-1027 | CITY OF MEDINA<br>2052 CO RD 24<br>HAMEL MN 55340-9781 |
| COMMUNITY NATIONAL BANK<br>845 EAST COUNTY ROAD E<br>VADNAIS HEIGHTS MN 55127-7116 | CONDOR FIREPLACE STONE CO<br>8282 ARTHUR ST NE<br>MINNEAPOLIS MN 55432-2132 | COOPERATIVE POWER<br>PO BOX 69<br>TWO HARBORS MN 55616-0069 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| COREPOINTE CAPITAL FINANCE LLC<br>ATTN DEALER CREDIT<br>4300 S US HIGHWAY 1<br>SUITE 203-347<br>JUPITER FL 33477-1198 | CRAIG E REIMER ESQ<br>MAYER BROWN<br>71 SOUTH WACKER DRIVE<br>CHICAGO IL 60606-4668 | CROSSLAKE PROPERTY SOLUTIONS<br>PO BOX 810<br>CROSSLAKE MN 56442-0810 |
| CROW WING COUNTY TREASURER<br>JUDICIAL CENTER<br>213 LAUREL ST<br>BRAINERD MN 56401-3501 | CROWN BANK<br>6600 FRANCE AVENUE SOUTH SUITE 125<br>EDINA MN 55435-1802 | CARLTON FINANCIAL CORPORATION<br>1902 E WAYZATA BLVD SUITE 180<br>WAYZATA MN 55391-2064 |
| CARLTON FINANCIAL CORPORATION<br>CO MESSERLI KRAMER PA<br>100 SOUTH FIFTH STREET<br>1400 FIFTH STREET TOWERS<br>MINNEAPOLIS MN 55402 | DAVE KOVACS<br>7322 CLEVE AVE EAST<br>INVER GROVE HEIGHTS MN 55076-4304 | DAVID K HINES<br>4395 NYBRO CIRCLE<br>EAGAN MN 55123-1742 |
| DEERWOOD BANK<br>PO BOX 527<br>724 W WASHINGTON STREET<br>BRAINERD MN 56401-2932 | DEH PAYR0LL SERVICES<br>CO PATRICK RUSH JR<br>944 ARMSTRONG AVE<br>ST PAUL MN 55102-3710 | DON GILBERT<br>1700 PHEASANT RUN<br>HUDSON WI 54016-1893 |
| DONALD M HALSTEAD III<br>15626 SUNSET WAY<br>BRAINERD MN 56401-2777 | ELIZABETH A JOHNSON<br>560 PALMER DR<br>PINE RIVER MN 56474-4483 | ENCORE BANK<br>3003 TAMIAMI TRAIL NORTH SUITE 100<br>NAPLES FL 34103-2714 |
| CANADA<br>EXXONMOBILE OIL CORPORATION<br>ATTN JENNIFER FRASER<br>120 MCDONALD STREET SUITE B<br>SAINT JOHN NB CANADA E2J 1M5 | FAMILY HOLDINGS OF MN LLC<br>11614 ECHO BAY DRIVE<br>CROSSLAKE MN 56442-2713 | FIFTH THIRD BANK<br>999 VANDERBILT BEACH 7TH FLOOR<br>MD B9997E<br>NAPLES FL 34108-3510 |
| FIFTH THIRD BANK<br>CO RICHARD J SWIFT JR<br>GARLICK STETLER SKRIVIAN LLP<br>9115 CORSEA DE FONTANA WAY STE 100<br>NAPLES FL 34109-4429 | GE CAPITAL<br>1415 WEST 22ND STREET SUITE 600<br>OAKBROOK IL 60523-2008 | GE CAPITAL FLEET SERVICES<br>3 CAPITAL DRIVE<br>EDEN PRAIRIE MN 55344-3890 |
| GELCO CORP<br>THREE CAPITAL DR<br>EDEN PRAIRIE MN 55344-3890 | GELCO CORPORATION<br>THREE CAPITAL DRIVE<br>ATTN- GENERAL COUNSEL<br>EDEN PRAIRIE MN 55344-3890 | GEMB LENDING INC<br>2995 RED HILL AVE STE 250<br>COSTA MESA CA 92626-1200 |
| GEMB LENDING INC<br>PO BOX 57091<br>IRVINE CA 92619-7091 | GMAC MORTGAGE<br>9661 W 143RD STREET<br>SUITE 200<br>ORLAND PARK IL 60462-2577 | GMAC MORTGAGE<br>PO BOX 4622<br>WATERLOO IA 50704-4622 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
GMAC LLC                              GREGORY G CAZA                        GWYN M DOENZ
15303 94TH AVENUE                     7948 CONROY WAY                       10600 COUNTRY DRIVE
ORLAND PARK IL 60462-3825             INVER GROVE HTS MN 55076-3121         PINE CITY MN 55063-4722




HECKER SANDRA                         HELEN A SWANSON                       HENNEPIN COUNTY TREASURER
13755  84TH PL N                      308 4TH AVE S                         300 S SIXTH ST
MAPLE GROVE MN 55369-4678             SOUTH SAINT PAUL MN 55075-2616        A600 GOVERNMENT CNT
                                                                            MINNEAPOLIS MN 55487-0001




HOLY CROSS ENERGY                     HOME FEDERAL SAVINGS BANK             HSBC BANK NEVADA NA
3799 HWY 82                           1016 CIVIC CENTER DR NW               BASS   ASSOCIATES PC
GLENWOOD SPRINGS CO 81601-9309        STE 300                               3936 E FT LOWELL RD STE 200
                                      ROCHESTER MN 55901-1881               TUCSON AZ 85712-1083




HYUNDAI MOTOR AMERICA                 HYUNDAI MOTOR FINANCE COMPANY         HYUNDAI CAPITAL AMERICA
10550 TALBERT AVE                     PO BOX 20809                          ATTN WENI GIESEKING
MOUNTAIN VALLEY CA 92708-6032         FOUNTAIN VALLEY CA 92728-0809         3161 MICHELSON DRIVE SUITE 1900
                                                                            IRVINE CA 92612-4418




INTER BANK                            INTERBANK EDINA                       INTERNAL REVENUE SERVICE
PO BOX 986                            3400 WEST 66TH STREET SUITE 100       SPECIAL PROCEDURES BRANCH
NEWARK NJ 07184-0001                  EDINA MN 55435-2179                   389 US COURTHOUSE 316 N ROBERT
                                                                            ST PAUL MN 55101




INTERNAL REVENUE SERVICE              JACOB HOLDINGS OF MEDINA LLC          JACOB L STANTON
CENTRALIZED INSOLVENCY OPERATIONS     500 FORD RD                           3901 WESTBURY WAY
PO BOX 7346                           MINNEAPOLIS MN 55426-1062             EAGAN MN 55123-1401
PHILADELPHIA PA 19101-7346




JACOB PROPERTIES OF ASPEN LLC         JAMES M BARRON                        JASON S COLBAUGH
500 FORD RD                           348 4TH AVE S                         PO BOX 1220
MINNEAPOLIS MN 55426-1062             S ST PAUL MN 55075-2616               BRAINERD MN 56401-9600




JAVAN CARL                            JAVER ESQUIVEL                        JC BROMAC
13942 GRAND OAKS DR                   2807 W AVE 30                         11860 S LA CIENEGA BLVD
BAXTER MN 56425-8486                  LOS ANGELES CA 90065-1303             LOS ANGELES CA 90250-3461




JOHN A MORRISETTE                     JOHN C JOHNSON                        JOHN J SORCI AND JOHN J SORCI TRUST
2600 75TH STREET E                    1323 SPRUCE ST                        CO JULIE ROMEBANKS
INVER GROVE HEIGHTS MN 55076-2434     RIVER FALLS WI 54022-3054             BINDER  MALTER LLP
                                                                            2775 PARK AVE
                                                                            SANTA CLARA CA 95050-6004
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED; ADDITIONALLY, LAST CALLED
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JOHN J SORCI TRUST<br>2490 MT PLEASANT ROAD<br>SAN JOSE CA 95148-2302 | JP MORGAN CHASE BANK NA<br>726 MADISON AVENUE<br>NEW YORK NY 10065-7207 | JPMORGAN CHASE BANK NA<br>CO BRYANT D TCHIDA<br>LEONARD STREET AND DEINARD<br>150 SOUTH FIFTH STREET SUITE 2300<br>MINNEAPOLIS MN 55402-4238 |
| KAPLAN STRANGIS KAPLAN PA<br>5500 WELLS FARGO CENTER<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402-3903 | KELLY K HECKER<br>13905 53RD AVE N APT 1<br>PLYMOUTH MN 55446-1898 | KEVIN LUEDTKE<br>18703 ISLAND RESORT ROAD<br>PINE CITY MN 55063-5416 |
| KLEINBANK<br>1550 AUDUBON ROAD<br>STE 200<br>CHASKA MN 55318-4548 | KLOBUCAR JEFFREY D ESQ<br>250 MARQUETTE AVE<br>STE 1200<br>MINNEAPOLIS MN 55401-1874 | KSTP FM LLC<br>3415 UNIVERSITY AVE<br>SAINT PAUL MN 55114-1019 |
| LAKE BANK NA THE<br>613 FIRST AVENUE<br>TWO HARBORS MN 55616-1505 | LALLIER THOMAS J<br>FOLEY MANSFIELD<br>250 MARQUETTE AVE STE 1200<br>MINNEAPOLIS MN 55401-1874 | LEROY L ANDERSON<br>21840 LAIGLE AVE<br>LAKEVILLE MN 55044-5300 |
| LLOYD SECURITY<br>1097 10TH SE<br>MINNEAPOLIS MN 55414-1312 | LUBIC MICHAEL ESQ<br>601 S FIGUEROA ST<br>STE 2500<br>LOS ANGELES CA 90017-5709 | MI BANK<br>770 N WATER STREET<br>MILWAUKEE WI 53202-3593 |
| MAC OF PINE CITY LLC<br>3221 32ND AVENUE SOUTH<br>SUITE 900<br>GRAND FORKS ND 58201-6075 | MARC D KOHL<br>39101 DARLING LANE<br>HINCKLEY MN 55037-6312 | MARC E TRESSLER<br>3400 BARBARA LN<br>BURNSVILLE MN 55337-1821 |
| MARK A SHAW<br>N13969 250TH ST<br>PRAIRIE FARM WI 54762-9626 | MARSH CONSUMER<br>333 SOUTH SEVENTH STE 1600<br>MINNEAPOLIS MN 55402-2427 | MARSHALL BANK FIRST<br>225 SOUTH SIXTH STREET SUITE 2900<br>MINNEAPOLIS MN 55402-4609 |
| MCENROE CATHERINE<br>LEONARD STREET DEINARD<br>150 S FIFTH ST STE 2300<br>MINNEAPOLIS MN 55402-4238 | MELISSA RINGLER<br>2340 NAPLES ST<br>MORA MN 55051-6810 | MEYER MICHAEL ESQ<br>4545 IDS CENTER<br>80 S EIGHTH ST<br>MINNEAPOLIS MN 55402-2100 |
| MICHAEL REYES<br>PO BOX 205<br>BACKUS MN 56435-0205 | MIKDEN PROPERTIES<br>7002 6TH STREET NORTH<br>OAKDALE MN 55128-6146 | MINNESOTA DEPT OF REVENUE<br>MAIL STATION 7701<br>SAINT PAUL MN 55146-7701 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MINNESOTA DEPT OF REVENUE<br>PO BOS 64649<br>SAINT PAUL MN 55164-0649 | MIRAGE<br>3400 LAS VEGAS BLVD<br>LAS VEGAS NV 89109-8907 | MN DEPT OF PUBLIC SAFETY<br>DRIVER  VEHICLE SERVICES<br>445 MINNESOTA ST<br>SAINT PAUL MN 55101-5160 |
| MONICA CLARK ESQ<br>50 S SIXTH ST<br>STE 1500<br>MINNEAPOLIS MN 55402-1498 | MOSS AND BARNETT<br>150 SOUTH FIFTH STREET<br>SUITE 1200<br>MINNEAPOLIS MN 55402-4129 | NATHAN THIEMAN<br>1030 8TH AVE SW<br>PINE CITY MN 55063-1822 |
| NATIONAL CITY COMMERCIAL CAPITAL COMPANY LLC<br>LISA M MOORE VICE PRESIDENT<br>995 DALTON AVENUE<br>CINCINNATI OH 45203-1101 | NEIMAN MARCUS<br>PO BOX 5235<br>CAROL STREAM IL 60197-5235 | NEVADA STATE BANK<br>6505 NORTH BUFFALO DRIVE<br>LAS VEGAS NV 89131-4039 |
| NEVADA STATE BANK<br>CO HOLLAND  HART LLP<br>ATTN TIMOTHY A LUKAS ESQ<br>5441 KIETZKE LANE 2ND FLOOR<br>RENO NV 89511-2094 | NIEDERNHOEFER MANFRED<br>1563 RIVERCREST RD<br>LAKELAND MN 55043-9715 | NITROGREEN<br>PO BOX 41<br>MAPLE PLAINE MN 55359-0041 |
| NORTHMARQ CAPITAL<br>3500 AMERICAN BLVD WEST SUITE 500<br>BLOOMINGTON MN 55431-4435 | NORTHRIDGE FARM ASSOCIATION<br>PO BOX 767<br>WAYZATA MN 55391-0767 | NORTHWOODS BANK<br>PO BOX 112<br>PARK RAPIDS MN 56470-0112 |
| OLD REPUBLIC SURETY<br>1503  42ND ST<br>STE 100<br>DES MOINES IA 50311-2532 | PITNEY BOWES GLOBAL FINANCIAL SERVICES<br>ATTN RECOVERY DEPT<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4361 | PITNEY BOWES INCORPORATED<br>ATTN BANKRUPTCY DEPT<br>4901 BELFORT RD STE 120<br>JACKSONVILLE FL 32256-6016 |
| PNC EQUIPMENT FINANCE LLC<br>995 DALTON AVENUE<br>CINCINNATI OH 45203-1100 | PRALLE GARY<br>3625 PINE HOLLOW PL<br>STILLWATER MN 55082-3456 | PREMIER AQUARIUM<br>6340 IRVING AVE S<br>RICHFIELD MN 55423-1220 |
| PREMIER BANK A MINNESOTA CORPORATION<br>CO THE LAW OFFICE OF STEVEN L MACKEY<br>1054 BUCHER AVENUE<br>SHOREVIEW MN 55126-8431 | PREMIER BANKS<br>1875 W HIGHWAY 36<br>ROSEVILLE MN 55113-2767 | PRESS A DENT INC<br>1154 S HIGH ST<br>DENVER CO 80210-1833 |
| PRINDLE DECKER  AMARO LLP<br>310 GOLDER SHORE  4TH FLOOR<br>LONG BEACH CA 90802-4232 | PROFESSIONAL SERVICE BUREAU<br>11110 INDUSTRIAL CIRCLE NW<br>STE B<br>ELK RIVER MN 55330-4751 | PROHOVSKY BILL<br>11700 CROSS AVE<br>CROSSLAKE MN 56442-2718 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
R OLSON  WATERFORD PROPERTIES         R OLSONWATERFRONT PROPERTIES        RANDYS SANITATION
73 N BROADWAY                         73 N BROADWAY                       PO BOX 169
FARGO ND 58102-4933                   FARGO ND 58102-4933                 DELANO MN 55328-0169


RIVERLAND BANCORPORATION              RIVERWOOD BANK                      RIVERWOOD BANKFIRST FEDERAL SAVINGS
700 SEVILLE DRIVE                     LOAN PRODUCTION OFFICE              BAN
JORDAN MN 55352-4539                  PO BOX 899                          CROSSLAKE   LOAN PRODUCTION OFFICE
                                      CROSSLAKE MN 56442-0899             PO BOX 899
                                                                          CROSSLAKE MN 56442-0899


ROE JESSICA LIPSKY ESQ                ROMANO MARIA IND AND USRAC          RONALD R SMETANA
BERNICK LIFSON ET AL                  3800 HOWARD HUGHES PKWY             1105 7TH STREET SW
500 WAYZATA BLVD STE 1200             7TH FLOOR                           PINE CITY MN 55063-2018
MINNEAPOLIS MN 55416                  LAS VEGAS NV 89169-5965


ROWAN CHRISTI M                       ROYAL JEWLERS                       RUNCK DAVID E ESQ
1615 NORTHRIDGE DR                    73 BROADWAY                         400 FLAGSHIP CORP CENTER
MEDINA MN 55391-9571                  FARGO ND 58102-4983                 775 PRAIRIE CENTER DR
                                                                          EDEN PRAIRIE MN 55344-7314


RUTH ANN BIEDERMAN                    SCHUYLER SCARBOROUGH                SCOTT A KEYPORT
414 7TH AVE NE                        19181 SPENCER ROAD UNIT 15          1802 AIRWAVES RD NE
PINE CITY MN 55063-1177               BRAINERD MN 56401-5353              PINE CITY MN 55063-5798


SILVER CLIFF ASSOCIATION              SONDRA LEE ANDERSON                 SOURCE GAS
1201 CEDAR LAKE RD S                  701 SUMMIT AVE                      PO BOX 660474
MINNEAPOLIS MN 55416-3605             ST PAUL PARK MN 55071-1540          DALLAS TX 75266-0474


ST CROIS YACHT CLUB                   STATE BOARD OF EQUILAZATION         STATE OF MINNESOTA DEPARTMENT OF
PO BOX 2263                           SPECIAL OPERATIONS BRANCH MIC55     REVENUE
STILLWATER MN 55082-3263              PO BOX 942879                       COLLECTION DIVISION BANKRUPTCY SECTION
                                      SACRAMENTO CA 94279-0055            PO BOX 64447 - BKY
                                                                          SAINT PAUL MN 55164-0447


STATE OF MINNESOTA DEPT OF REVENUE    STEPHEN C MINAR                     STEVEN STENGRIM
600 NORTH ROBERT STREET               6578 LACASSE DR                     11713 GALTIER DR
ST PAUL MN 55101                      LINO LAKES MN 55038-7721            BURNSVILLE MN 55337-3255


STORCHECK CLEANERS                    SUMMERS PROPERTY MANAGEMENT         SUSAN ANN MARCOTTE
857 7TH STREET                        111K AABC                           335 18TH AVENUE NORTH
ST PAUL MN 55106-4515                 ASPEN CO 81611-3535                 SOUTH ST PAUL MN 55075-1841
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| SWANSON MATTHEW A ESQ<br>150 S FIFTH ST<br>STE 2300<br>MINNEAPOLIS MN 55402-4223 | STATE FARM MUTUAL AUTOMOBILE INSURANCE<br>COMPA<br>CO JEFFREY CHADWICK<br>KATTEN MUCHIN ROSENMAN LLP<br>525 WEST MONROE STREET<br>CHICAGO IL 60661-3693 | TAMMY L RUSHING<br>22 HERITAGE BLVD<br>HUDSON WI 54016-8708 |
| TCF NATIONAL BANK<br>ATTN SHELLEY FITZMAURICE<br>11100 WAYZATA BLVD STE 600<br>MAIL CODE 199-00-0<br>MINNETONKA MN 55305-5529 | TCF NATIONAL BANK<br>MAIL CODE EXO01A<br>1405 XENIUM LANE N<br>PLYMOUTH MN 55441-4402 | TCHIDA BRYANT D ESQ<br>LEONARD STREET DEINARD<br>150 S 5TH ST STE 2300<br>MINNEAPOLIS MN 55402-4238 |
| THE MIRAGE CASINO HOTEL<br>CO MARK W RUSSELL ESQ<br>3400 LAS VEGAS BLVD S<br>LAS VEGAS NV 89109-8907 | THOMAS C KLEIN<br>308 45H AVE S<br>SO ST PAUL MN 55075 | TODD MICHAEL ORTEZ<br>7724 HINTON AVE SO 9<br>COTTAGE GROVE MN 55016-5749 |
| TOYOTA FINANCIAL SAVINGS BANK<br>2485 VILLAGE VIEW DRIVE<br>SUITE 200<br>HENDERSON NV 89074-7133 | TOYOTA FINANCIAL SAVINGS BANK<br>ATTN KATHERINE ADKINS<br>19001 SOUTH WESTERN AVENUE<br>TORRANCE CA 90501-1106 | TOYOTA FINANCIAL SERVICES<br>301 CARLSON PKWY STE 210<br>MINNETONKA MN 55305-7800 |
| TOYOTA MOTOR CREDIT CORP<br>301 CARLSON PKWY STE 210<br>MINNETONKA MN 55305-5357 | TAMITHA HECKER<br>CO MANTY ASSOCIATES PA<br>510 FIRST AVE N 305<br>MINNEAPOLIS MN 55403-1651 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| US BANK VISA CARD<br>PO BOX790408<br>ST LOUIS MO 63179-0408 | US BANCORP BUSINESS EQUIPMENT FINANCE<br>GROUP<br>ATTN LEGAL DEPT<br>1310 MADRID ST<br>MARSHALL MN 56258-4099 | VENTURE BANK<br>5601 GREEN VALLEY DRIVE<br>SUITE 120<br>BLOOMINGTON MN 55437-1175 |
| VFS FINANCING INC<br>10 RIVERVIEW DR<br>ATTN BETH BONELL<br>DANBURY CT 06810-6268 | VICTORIA INSURANCE<br>1100 LOCUST STREET<br>DES MOINES IA 50391-1100 | VISION BANK<br>3000 25TH ST SOUTH<br>PO BOX 10008<br>FARGO ND 58106-0008 |
| WAGENER MAURICE J<br>13700 WAYZATA BLVD<br>HOPKINS MN 55305-1734 | WASHINGTON COUNTY TREASURER<br>GOVERNMENT CENTER<br>14949 - 62ND ST N<br>STILLWATER MN 55082-6102 | WASHINGTON MUTUAL BANK FA<br>400 E MAIN ST<br>STOCKTON CA 95202-3002 |
| WASTE PARTNERS<br>PO BOX 677<br>PINE RIVER MN 56474-0677 | WATERFORD ASSOCIATION<br>PO BOX 1353<br>MINNEAPOLIS MN 55480-1353 | WAYN BELISLE<br>1843 EAGLE RIDGE<br>MENDOTA HEIGHTS MN 55118-4208 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

WAYNE WESTERBERG
7850 LAMAR AVE S
COTTAGE GROVE MN 55016-2344

WELLS FARGO
CO DAVID GALLE
45 SOUTH SEVENTH ST STE 3300
MINNEAPOLIS MN 55402-1650

WELLS FARGO BANK NA
LOAN ADJUSTMENT GROUP
90 SOUTH 7TH STREET
MINNEAPOLIS MN 55402-3903

WELLS FARGO BANK NA
90 S 7TH ST
MPLS MN 55402-3903

WELLS FEDERAL BANK
53 FIRST ST SW
WELLS MN 56097-1912

WI DEPT OF TRANSPORTATION
PO BOX 7949
MADISON WI 53707-7949

WILLIAM BRODY
BUCHALTERNEMER
1000 WILSHIRE BLVD STE 1500
LOS ANGELES CA 90017-1730

WILLIAM J HAWTHORNE
1308 SIXTH ST EAST
ST PAUL MN 55106-4720

WILLIAM J MCCARTHY
PO BOX 101
VERMILLION MN 55085-0101

YVONNE M LARSON
1749 4TH AVE
NEWPORT MN 55055-1037

ZAPPIA THOMAS M ESQ
ZAPPIA  LEVAHN
941 HILLWIND RD NE STE 301
MINNEAPOLIS MN 55432-5965

BRIAN FRANCIS LEONARD
TRUSTEE OF ARC VENTURE HOLDINGS INC
100 S 5TH STE STE 2500
MINNEAPOLIS MN 55402-1234

BARBARA J MAY
BARBARA J MAY ATTORNEY AT LAW
2780 SNELLING AVE N
STE 300
ROSEVILLE MN 55113-7134

BARBARA J MAY
2780 N SNELLING
SUITE 102
ROSEVILLE MN 55113-7115

BRENDA S MACHNIK
EMBELLIR GALLERY OF GEMS
750 MAIN ST STE 111
MENDOTA HEIGHTS MN 55118-3765

CRAIG E REIMER
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO IL 60606-4668

DEBTOR
DENNIS E HECKER
5021 VERNON AVE SOUTH STE 290
EDINA MN 55436-2102

HOWARD J ROIN
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO IL 60606-4668

JAMES GUSTAFSON
CO STEVEN J MESHBESHER
225 LUMBER EXCHANGE BUILDING
10 SOUTH FIFTH STREET
MINNEAPOLIS MN 55402-1012

JOHN R NEVE
8500 NORMANDALE BLVD STE 1080
MINNEAPOLIS MN 55437

JOHN WILLIAM VERANT
7120 RIVERVIEW TERRACE NE
FRIDLEY MN 55432-3045

LINDA BERREAU
16418 GLADYS LANE
MINNETONKA MN 55345-2840

MARIA ROMANO
4744 PARADISE ROAD
LAS VEGAS NV 89169-7102

~~EXCLUDE~~
~~RANDALL L SEAVER~~
~~12400 PORTLAND AVENUE SOUTH~~
~~SUITE 132~~
~~BURNSVILLE MN 55337-6005~~

SAJIDA MAHDI ALI
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO IL 60606-4668

STEVEN LEACH
LINDQUIST  VENNUM
ATTENTION- ROBERT J HENNESSEY
4200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS MN 55402-2100

STUART M ROZEN
MAYER BROWN LLP
71 SOUTH WACKER DRIVE
CHICAGO IL 60606-4668